# Termination Notice

The following serves as a termination notice to the Software License and Services Agreement ("Agreement") between Equityfeed Corporation and JewMon Enterprises, LLC.

Below are the relevant clauses from the Agreement related to termination of the Agreement:

**6.    CONFIDENTIAL INFORMATION.** Each party shall keep confidential and not disclose to any third party or use (except as contemplated by this Agreement), any non-public information obtained from the other party that is marked or otherwise designated confidential ("Confidential Information"), provided, however, that neither party shall be prohibited from disclosing or using Confidential Information that: (i) is publicly available or becomes publicly available through no act or omission of the receiving party, (ii) is or has been disclosed to such party by a third party who is not under an obligation of confidentiality with respect thereto, (iii) is or has been independently developed by such party, without use or reference to the other party's confidential information, by persons without access to the same, or (iv) must be used or disclosed under court order, request of a governmental agency or applicable law, provided such use or disclosure is to the minimum extent required by such court order, governmental request or applicable law. JewMon also agrees not to disclose the terms of this Agreement to any third party.

**7.    CUSTOMER DATABASE.** Notwithstanding anything else contained herein, the parties agree that the database of Website customers (including all personal information pertaining to such customers) shall be jointly owned by the parties. During the term of this Agreement, EquityFeed shall not make use of the database other than to provide the Services. Upon termination of this Agreement, both parties shall be free to engage in marketing activities using the database.

**8.    TERM/TERMINATION.** This Agreement shall commence on the Effective Date and continue thereafter until terminated as described in this Section. If either party materially breaches this Agreement, the other party may terminate this Agreement by giving the breaching party thirty (30) days written notice of such breach, unless the breach is cured within the notice period. Either party also may terminate this Agreement at any time, with or without cause, upon sixty (60) days' notice. Upon termination of this agreement for any reason, all use of the Software by JewMon shall cease, the provision of Services by EquityFeed shall cease, and each party shall return to the other party or destroy any Confidential Information obtained from the other party. Sections 5 through 13 shall survive any termination or expiration of this Agreement. Within thirty (30) days of termination of this Agreement, EquityFeed agrees to remit to JewMon all amounts due or accrued to Jewmon as of the date of such termination.

| JewMon Enterprises, LLC | EquityFeed Corporation |
|---|---|
| Per: _____ | Per: _____ |
| Signature | Signature |
| Name: Timothy Skyes | Name: Stephan Touizer |
| Title: Managing Director | Title: CEO |
| Address: 80 SW 8th St. Suite 2000 | Address: 5485 Pare, Suite 204 |
| Miami, FL 33130 | Montreal, Quebec, H4P 1P7 |
| Date: _____ | Date: April 27, 2015 |

# Termination Notice

The following serves as a termination notice to the Software License and Services Agreement (Agreement) between Equityfeed Corporation and JewMon Enterprises, LLC.

Below are the relevant clauses from the Agreement related to termination of the Agreement:

6. **CONFIDENTIAL INFORMATION.** Each party shall keep confidential and not disclose to any third party or use (except as contemplated by this Agreement), any non-public information obtained from the other party that is marked or otherwise designated confidential ("Confidential Information"), provided, however, that neither party shall be prohibited from disclosing or using Confidential Information that: (i) is publicly available or becomes publicly available through no act or omission of the receiving party, (ii) is or has been disclosed to such party by a third party who is not under an obligation of confidentiality with respect thereto, (iii) is or has been independently developed by such party, without use or reference to the other party's confidential information, by persons without access to the same, or (iv) must be used or disclosed under court order, request of a governmental agency or applicable law, provided such use or disclosure is to the minimum extent required by such court order, governmental request or applicable law. JewMon also agrees not to disclose the terms of this Agreement to any third party.

7. **CUSTOMER DATABASE.** Notwithstanding anything else contained herein, the parties agree that the database of Website customers (including all personal information pertaining to such customers) shall be jointly owned by the parties. During the term of this Agreement, EquityFeed shall not make use of the database other than to provide the Services. Upon termination of this Agreement, both parties shall be free to engage in marketing activities using the database.

8. **TERM/TERMINATION.** This Agreement shall commence on the Effective Date and continue thereafter until terminated as described in this Section. If either party materially breaches this Agreement, the other party may terminate this Agreement by giving the breaching party thirty (30) days written notice of such breach, unless the breach is cured within the notice period. Either party also may terminate this Agreement at any time, with or without cause, upon sixty (60) days' notice. Upon termination of this agreement for any reason, all use of the Software by JewMon shall cease, the provision of Services by EquityFeed shall cease, and each party shall return to the other party or destroy any Confidential Information obtained from the other party. Sections 5 through 13 shall survive any termination or expiration of this Agreement. Within thirty (30) days of termination of this Agreement, EquityFeed agrees to remit to JewMon all amounts due or accrued to Jewmon as of the date of such termination.

| JewMon Enterprises, LLC | EquityFeed Corporation |
|---|---|
| Per: _____ | Per: _____ |
| Signature | Signature |
| Name: Zachary Westphal | Name: Stephan Touizer |
| Title: Managing Director | Title: CEO |
| Address: 80 SW 8th St. Suite 2000 | Address: 5485 Pare, Suite 204 |
| Miami, FL 33130 | Montreal, Quebec, H4P 1P7 |
| Date: 4/23/2015 | Date: April 24, 2015 |