**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SCANZ TECHNOLOGIES, INC., fka EQUITYFEED CORPORATION, A Canadian (Quebec) Corporation<br><br>   Plaintiff,<br><br>vs.<br><br>JEWMON ENTERPRISES, LLC, a Florida limited liability corporation; TIMOTHY SYKES, an individual; ZACHARY WESTPHAL, an individual; TIMOTHY BOHEN, an individual; MILLIONAIRE PUBLISHING, LLC, a Florida limited liability corporation; MILLIONAIRE PUBLISHING, LLC, a Colorado limited liability corporation; MILLIONAIRE MEDIA, LLC, a Florida limited liability corporation and STOCKSTOTRADE.COM INC., a Delaware corporation,<br><br>   Defendants. | Case No. 20-cv-22957-RNS |

**DECLARATION OF DEFENDANT TIMOTHY C. BOHEN**
**IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Timothy C. Bohen, declare and state as follows:

  1.  I am a named defendant in this action.  I present this declaration in support of my motion to dismiss Plaintiff's Complaint.  I am over 18 years old.  I have personal knowledge of the facts contained in this declaration, and, if called as a witness, will testify as to their accuracy.

### I am a Resident of Michigan and Have No Connection to Florida

2. I am not currently and never have been a resident of the State of Florida. Since 2000, I have resided in Sheridan, Michigan, and I have been a Michigan resident since birth. Attached as **Exhibit A** is a redacted copy of my Michigan driver's license.

3. I do not currently and never have had a Florida driver's license.

4. I am not currently and never have registered to vote in Florida.

5. I do not currently and never have had an office, a phone number, or mailing address in Florida.

6. I do not currently and never have owned personal or real property, or assets in Florida.

### Prior to April 2016, I Did Not Have a Relationship With Any of the Defendants

7. I am the sole member of Bohen Asset Management, LLC ("BAM"), a Michigan limited liability company, which was organized in November 2008. Attached as **Exhibit B** are BAM's Articles of Organization, as maintained by Michigan's Department of Licensing and Regulatory Affairs.

8. In April 2016, BAM became an independent contractor to StocksToTrade.com, Inc. ("**STT**"). Prior to that date, neither I personally nor BAM had worked with or provided services in any capacity to any of the defendants named in this action. Attached as composite **Exhibit C** are redacted copies of: (*i*) BAM's IRS Form W-9 submitted to STT on April 30, 2016, to support STT's first payment of fees to BAM incurred for services rendered in April 2016; and (*ii*) BAM's invoice No. 1009, dated April 30, 2016, to STT for services rendered in April 2016. BAM ceased providing services when I became a salaried employee of STT in November 2016.

9. On November 11, 2016, I became a salaried employee of STT, working from Sheridan, Michigan. I continue to work in that capacity to date. Attached as composite **Exhibit D** are redacted copies of my IRS Forms W-2 for tax years 2016–2019.

10. I am not currently and never have been an employee of Timothy Sykes or Zachary Westphal. With the exception of STT, as described in paragraph 9 above, I am not currently and never have been an employee of any of the other defendant entities, including JewMon Enterprises, LLC; and Millionaire Publishing, LLC (whether the Florida or Colorado entities alleged in the Complaint); and Millionaire Media, LLC.

11. I do not currently own and never have owned an interest, nor do I currently hold and never have held management positions in any of the defendant entities. I also never have been granted a power of attorney to act on behalf of any of the defendant entities.

### I Did Not Participate in the Conspiracy Alleged in the Complaint

12. The Complaint alleges that I participated in a conspiracy with the other defendants to first "misappropriate" and then "utilize" Plaintiff's product or software, including those defined in the Complaint as "Scanz Assets" and "Scanz Trade Secrets." (Compl. ¶ 39). As I explain below, I did not and could not have entered into such a conspiracy.

13. According to the Complaint, the conspiracy to "misappropriate" began "in the spring of 2013," when Plaintiff and JewMon Enterprises, LLC, entered into a "license agreement" (*id*. ¶¶ 26, 39) and continued through "late April of 2015," with the execution of that agreement's "Termination Notice." (*Id*. ¶¶ 30, 39). I am not a party to either document and was not aware of and did not participate in their negotiation. As explained above, I have never worked for or provided services to JewMon, either personally or through BAM. Further, it was only during and *after* April 2016 that I, through BAM, began providing consulting services to STT and then became

a STT salaried employee in November 2016. Accordingly, neither I nor BAM had any involvement with STT at either of the dates alleged in the Complaint—spring of 2013 and April 2015—and did not and could not have entered into any purported conspiracy at the time to misappropriate or steal secrets or information allegedly covered under the "license agreement" between Plaintiff and JewMon, or the Termination Notice of that license agreement.

14. For same reason—because I was not involved with any of the defendants prior to April 2016—I also did not and could not have agreed to or in fact "cooperated with" Timothy Sykes and Zachary Westphal to "utilize" the corporate defendants as vehicles to allegedly misappropriate or steal secrets or information covered under the "license agreement" or the Termination Notice of that license agreement. *Id.* ¶ 39. Nor did I enter into an agreement with any of the defendants to "mislead" Plaintiff regarding the Termination Notice's content or the use of Plaintiff's secrets or information following that Termination Notice.

15. In connection with BAM's engagement with STT beginning in April 2016 and my employment with STT beginning in November 2016, I never have entered into an agreement with any of the defendants, within or outside of Florida, to "misappropriate" or "utilize" Plaintiff's product or software. In fact, I am not aware of and have never knowingly used in any capacity, including as an STT employee or as BAM's sole member, any product or software owned or developed by the Plaintiff, including those defined in the Complaint as "Scanz Assets" and "Scanz Trade Secrets." (*Id.* ¶ 2).

16. To the extent that I may have unknowingly used a "misappropriated" product or software belonging to the Plaintiff during BAM's engagement with or my employment at STT, I was unaware at the time of the product or software's provenance, that it belonged to the Plaintiff, or that it may have been misappropriated from the Plaintiff.

17. Neither in my personal capacity nor as BAM's sole member have I ever traveled to Florida in connection with BAM's consulting services to STT or my employment responsibilities at STT.

18. Neither I nor BAM have ever performed any work for, provided any services to, or otherwise had any relationship with the Plaintiff.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2020 in Sheridan, Michigan.

Timothy C. Bohen

TCB

# EXHIBIT A



# EXHIBIT B

# Michigan Department of Labor & Economic Growth

# Filing Endorsement

This is to Certify that the ARTICLES OF ORGANIZATION (DOMESTIC L.L.C.)

for

**BOHEN ASSET MANAGEMENT LLC**

ID NUMBER: E15985

received by facsimile transmission on November 26, 2008 is hereby endorsed

Filed on November 26, 2008 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 26TH day of November, 2008.

, Director

**Bureau of Commercial Services**

Sent by Facsimile Transmission 08331

BCS/CD-700 (Rev. 12/05)

# MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
## BUREAU OF COMMERCIAL SERVICES

Date Received

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name: MyCorporation.com, an Intuit Company
Address: 21215 Burbank Blvd. Ste.400
City: Woodland Hills    State: CA    Zip Code: 91367

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

## ARTICLES OF ORGANIZATION
### For use by Domestic Limited Liability Companies
(Please read information and instructions on last page)

B

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Articles:

**ARTICLE I**

The name of the limited liability company is: Bohen Asset Management LLC

**ARTICLE II**

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

**ARTICLE III**

The duration of the limited liability company if other than perpetual is: Perpetual

**ARTICLE IV**

1. The street address of the location of the registered office is:

   2270 Senator Road, Sheridan, Michigan 48884
   (Street Address)          (City)                          (ZIP Code)

2. The mailing address of the registered office if different than above:

   _____, Michigan _____
   (Street Address or P.O. Box)  (City)           (ZIP Code)

3. The name of the resident agent at the registered office is: Timothy Bohen

**ARTICLE V** (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

Signed this 26 day of November, 2008

By [signature]
(Signature(s) of Organizer(s))

Meghan Record, Organizer
(Type or Print Name(s) of Organizer(s))

11/26/2008  1:05PM

# MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
## BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION
### LIMITED LIABILITY COMPANY ANNUAL STATEMENT

## 2010

| Identification Number | Limited Liability Company Name |
|---|---|
| E15985 | BOHEN ASSET MANAGEMENT LLC |

**Resident agent name and mailing address of the registered office**
TIMOTHY BOHEN

MI

**The address of the registered office**
2270 SENATOR RD

SHERIDAN MI 48884

### Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| TIMOTHY C. BOHEN | Owner | 9892839181 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

### Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25.00 | 02/12/2010 15:41:28 | 71315 6802 E15985 2010 |

Required by Section 207, Act 23, Public Acts of 1993

## INFORMATION & INSTRUCTIONS

**Annual Statement must be signed in accordance with MCL 450.4103.**

**For Domestic Limited Liability Companies** - It may be signed by a member, if managed by members, by a manager if managed by managers, or by an authorized agent of the company.

**For Foreign Limited Liability Companies** - Must be signed by a person with authority to do so under the laws of the jurisdiction of its organization.

Vers 5.2(08/15)

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU**
**LIMITED LIABILITY COMPANY ANNUAL STATEMENT**

# 2016

| Identification Number | Limited Liability Company Name |
|---|---|
| E15985 | BOHEN ASSET MANAGEMENT LLC |

**Resident agent name and mailing address of the registered office**
TIMOTHY BOHEN

MI

**The address of the registered office**
2270 SENATOR RD

SHERIDAN MI 48884

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| TIMOTHY C. BOHEN | MEMBER | 9892895200 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25 | 04/29/2016 07:44:56 | 71315 6802 E15985 2016 |

Required by Section 207, Act 23, Public Acts of 1993

## INFORMATION & INSTRUCTIONS

**Annual Statement must be signed in accordance with MCL 450.4103.**

**For Domestic Limited Liability Companies** - It may be signed by a member, if managed by members, by a manager if managed by managers, or by an authorized agent of the company.

**For Foreign Limited Liability Companies** - Must be signed by a person with authority to do so under the laws of the jurisdiction of its organization.

# EXHIBIT C

Form **W-9**
(Rev. December 2014)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Bohen Asset Management LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:
- [✓] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

**Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.
- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)
[redacted]

**6** City, state, and ZIP code
Sheridan, MI 48884

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number: ___ - ___ - ___
or
Employer identification number: [redacted]

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**
Signature of U.S. person ▶ [signature]
Date ▶ 4/30/2016

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding? *on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)

Bohen Asset Management LLC

**BAM**
Bohen Asset Mgmt.

tim@bohenam.com

# INVOICE

**BILL TO**
Stocks To Trade

**INVOICE #** 1009
**DATE** 04/30/2016
**DUE DATE** 05/01/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** <br> Services Rendered for April 2016 | 1 | ███ | ███ |

| | BALANCE DUE | ███ |
|---|---|---|

# EXHIBIT D

| a Employee's social security number | | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website at www.irs.gov/efile |
|---|---|---|---|---|---|
| **b** Employer identification number (EIN) | | | **1** Wages, tips, other compensation | | **2** Federal income tax withheld |
| **c** Employer's name, address, and ZIP code | | | **3** Social security wages | | **4** Social security tax withheld |
| StocksToTrade.Com, Inc. | | | **5** Medicare wages and tips | | **6** Medicare tax withheld |
| 222 Main St, STE 500 | | | **7** Social security tips | | **8** Allocated tips 0 |
| Salt Lake City     UT   84101 | | | | | |
| **d** Control number | | | **9** | | **10** Dependent care benefits 0 |
| **e** Employee's first name and initial   Last name   Suff. | | | **11** Nonqualified plans 0 | | **12a** See instructions for box 12 |
| Timothy    C   Bohen | | | **13** Statutory employee [ ]   Retirement plan [ ]   Third-party sick pay [ ] | | **12b** |
| | | | **14** Other | | **12c** |
| Sheridan         MI | | | | | **12d** |
| **f** Employee's address and ZIP code | | | | | |
| **15** State  Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
| MI | | | | | |

Form **W-2** **Wage and Tax Statement**    **2016**    Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

| a Employee's social security number | OMB No. 1545-0008 | Safe, accurate, FAST! Use **IRS e-file** | Visit the IRS website at *www.irs.gov/efile* |
|---|---|---|---|

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| ███████████ | ███████████ | ███████████ |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| StocksToTrade Com Inc<br>222 Main St, STE 500<br>Salt Lake City    UT   84101 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips<br>0 |

| d Control number | 9 Verification code | 10 Dependent care benefits<br>0 |
|---|---|---|

| e Employee's first name and initial   Last name   Suff. | 11 Nonqualified plans<br>0 | 12a See instructions for box 12<br>Code D  ███████ |
|---|---|---|
| Timothy         C  Bohen | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| ███████████ | 14 Other | 12c |
| Sheridan                MI   48884 | | 12d |
| f Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MI | ███████ | ███████ | ███████ | | | |

Form **W-2** **Wage and Tax Statement**       **2017**       Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

| a Employee's social security number | | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website at www.irs.gov/efile |
|---|---|---|---|---|---|
| **b** Employer identification number (EIN) | | | **1** Wages, tips, other compensation | **2** Federal income tax withheld | |
| **c** Employer's name, address, and ZIP code StocksToTrade Com Inc 135 S State College Blvd, Ste. 200 Brea           CA   92821 | | | **3** Social security wages | **4** Social security tax withheld | |
| | | | **5** Medicare wages and tips | **6** Medicare tax withheld | |
| | | | **7** Social security tips | **8** Allocated tips 0 | |
| **d** Control number | | | **9** Verification code | **10** Dependent care benefits 0 | |
| **e** Employee's first name and initial   Last name   Suff. Timothy         C   Bohen | | | **11** Nonqualified plans 0 | **12a** See instructions for box 12 Code D | |
| | | | **13** Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | **12b** Code DD | |
| | | | **14** Other | **12c** Code | |
| Sheridan             MI   48884 | | | | **12d** Code | |
| **f** Employee's address and ZIP code | | | | | |
| **15** State MI | Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |

Form **W-2** **Wage and Tax Statement**       **2018**       Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

| a Employee's social security number | | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website at www.irs.gov/efile |
|---|---|---|---|---|---|

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code StocksToTrade Com Inc 135 S State College Blvd, Ste. 200 Brea          CA   92821 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips 0 |
| d Control number | 9 | 10 Dependent care benefits 0 |
| e Employee's first name and initial   Last name              Suff. Timothy         C   Bohen | 11 Nonqualified plans 0 | 12a See instructions for box 12 Code D |
| | 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | 12b Code DD |
| | 14 Other | 12c Code |
| Sheridan              MI   48884 | | 12d Code |
| f Employee's address and ZIP code | | |

| 15 State MI | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** **Wage and Tax Statement**   2019   Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.