# Exhibit A

## SOFTWARE LICENSE AND SERVICES AGREEMENT

This Software License and Services Agreement ("**Agreement**") is made this 10 day of April, 2013 between EquityFeed Corporation ("**EquityFeed**"), having a principal place of business at 5485 Pare, Suite 204, Montreal, Quebec H4P 1P7 and JewMon Enterprises, LLC. ("**JewMon**"), having a place of business at 80 SW 8th St. Suite 2000 Miami, FL 33130. Collectively, EquityFeed and JewMon shall be known as "the Parties".

**The Parties agree as follows:**

1. "**Effective Date**" means the 10 day of April, 2012. 2013

2. **SOFTWARE LICENSE.** "**Software**" means EquityFeed's computer software for the web-based market analysis platform known as EQUITYFEED, including any additions, modifications, alteration, enhancements, ungrades and customizations made thereto for JewMon's purposes as set out in this Agreement. As of the Effective Date, EquityFeed hereby grants to JewMon a worldwide, non-transferable, non-exclusive license to use the Software for the purpose offering a web-based market analysis platform via a 'white label' website ("**WLP**") located at www.stockstotrade.com (the "**Website**"), subject to the terms of this Agreement. For clarity, the source code for the Software shall not be delivered to JewMon.

3. **SERVICES PROVIDED BY EQUITYFEED.** EquityFeed shall provide JewMon certain Software customization and back-office support services (collectively, the "**Services**") as specified in **Exhibit A** hereto.

4. **WHITE LABEL PRODUCT.** The parties hereby acknowledge and agree that, as of the date of this Agreement. EquityFeed has fully performed the Software customization Services in order to create JewMon's WLP, STOCKSTOTRADE, and that JewMon's Website is now live and fully functional. JewMon acknowledges that it is satisfied with the content and functionality of the Website and the Software. With respect to any further work performed by EquityFeed in this regard, EquityFeed shall use commercially reasonable efforts to perform the Services and deliver the deliverables (if any) ("**Deliverables**") in conformance with the specifications and schedule agreed upon by the parties. JewMon understands that EquityFeed's performance is dependent in part on JewMon's actions. Accordingly, JewMon will use commercially reasonable efforts to provide EquityFeed with the necessary items and assistance in a timely manner. In addition, JewMon will provide EquityFeed with any content, images, trademarks, marketing creative, information or other materials and intellectual property (collectively, "**Assets**") as reasonably necessary for the performance of all Services.

5. **FEES, EXPENSES & PAYMENT.** In consideration of all Services performed under this Agreement, EquityFeed shall be entitled to seventy percent (70%) of all monthly Website subscription fees. Given that the Services to be performed by EquityFeed include acting as payment agent for JewMon in the collection of Website subscription fees, EquityFeed shall remit to JewMon its thirty percent (30%) of monthly Website subscription fees, less its 30% share of any chargebacks or refunds, on the 15th day of each month (for the prior calendar month). Late payments will bear interest at the rate of 3.5% per month, or, if lower, the maximum rate allowed by law. EquityFeed understands and gives JewMon full rights to charge upfront activation/user fees for the WLP — this does not encompass the monthly continuity payment ("monthly subscription"). JewMon shall be entitled to keep all monies collected for the activation/user fee. The only revenue that will be split between JewMon and EquityFeed is the recurring monthly subscription billing — not the fee initial fee charged

by JewMon, but the fee associated with subsequent ongoing rights to use the software. Any increase in the monthly subscription fees charged to the subscribers of the WLP (which are currently $100.00 per month) shall be subject to the mutual agreement of the parties. Monthly subscription fees are payable by customers in advance, on the first day of each month. EquityFeed reserves the right to suspend WLP access to customers who have not paid the monthly subscription fee in a timely manner.

6.    **CONFIDENTIAL INFORMATION.** Each party shall keep confidential and not disclose to any third party or use (except as contemplated by this Agreement), any non-public information obtained from the other party that is marked or otherwise designated confidential ("**Confidential Information**"), provided, however, that neither party shall be prohibited from disclosing or using Confidential Information that: (i) is publicly available or becomes publicly available through no act or omission of the receiving party, (ii) is or has been disclosed to such party by a third party who is not under an obligation of confidentiality with respect thereto, (iii) is or has been independently developed by such party, without use or reference to the other party's confidential information, by persons without access to the same, or (iv) must be used or disclosed under court order, request of a governmental agency or applicable law, provided such use or disclosure is to the minimum extent required by such court order, governmental request or applicable law. JewMon also agrees not to disclose the terms of this Agreement to any third party.

7.    **CUSTOMER DATABASE.** Notwithstanding anything else contained herein, the parties agree that the database of Website customers (including all personal information pertaining to such customers) shall be jointly owned by the parties. During the term of this Agreement, EquityFeed shall not make use of the database other than to provide the Services. Upon termination of this Agreement, both parties shall be free to engage in marketing activities using the database.

8.    **TERM/TERMINATION.** This Agreement shall commence on the Effective Date and continue thereafter until terminated as described in this Section. If either party materially breaches this Agreement, the other party may terminate this Agreement by giving the breaching party thirty (30) days written notice of such breach, unless the breach is cured within the notice period. Either party also may terminate this Agreement at any time, with or without cause, upon sixty (60) days' notice. Upon termination of this agreement for any reason, all use of the Software by JewMon shall cease, the provision of Services by EquityFeed shall cease, and each party shall return to the other party or destroy any Confidential Information obtained from the other party. Sections 5 through 13 shall survive any termination or expiration of this Agreement. Within thirty (30) days of termination of this Agreement, EquityFeed agrees to remit to JewMon all amounts due or accrued to Jewmon as of the date of such termination.

9.    **WARRANTIES AND REPRESENTATIONS.** Each party warrants that it has the right and power to enter into this Agreement and an authorized representative has executed this Agreement. EquityFeed warrants that the Services will be performed in a professional and workmanlike manner in accordance with recognized industry standards.

10.   JewMon additionally represents, warrants and covenants that: (a) with respect to Personal Data provided by JewMon hereunder, JewMon has complied and will comply with (i) all applicable statutes and regulations in all relevant jurisdictions and its publicly available privacy policy relating to the collection, storage, use and onward transfer of all Personal Data collected by JewMon or by third parties on JewMon's behalf ("Privacy Requirements"); and (ii) all applicable statutes and regulations concerning marketing, including, without limitation, the CAN-SPAM Act of 2003, any Federal Trade Commission ("FTC") guidelines and other statutes and regulations concerning the transmission of commercial emails, text messages and other marketing materials and offers; and (b) the Assets and



JewMon's promotions, products and services, as applicable, do not and will not (when used by EquityFeed to perform the Services hereunder), (i) contain any offensive, libelous, obscene, indecent or otherwise unlawful material; (ii) infringe or violate any intellectual property right or other rights of any third party, including without limitation rights of privacy, publicity or freedom from defamation; (iii) violate any governmental rule, law or regulation, including without limitation the Privacy Requirements, the CAN-SPAM Act of 2003, FTC rules and regulations, false advertising and consumer protection statutes including but not limited to celebrity endorsements and income earning claims, and laws governing contests, sweepstakes, and other promotions; or (v) violate any of EquityFeed's policies, including but not limited to EquityFeed's Privacy Policy.

11.  THE SOFTWARE, SERVICES, DELIVERABLES AND ALL RELATED TECHNOLOGY AND MATERIALS ARE PROVIDED BY EQUITYFEED "AS IS." EXCEPT AS SET FORTH IN THIS SECTION, EQUITYFEED DISCLAIMS ALL WARRANTIES, IMPLIED OR EXPRESS, INCLUDING WITHOUT LIMITATION ALL IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE. FURTHER, EQUITYFEED DOES NOT WARRANT THAT THE SOFTWARE AND DELIVERABLES ARE ERROR-FREE. EQUITYFEED DOES NOT WARRANT THE RESULTS THAT MAY BE OBTAINED FROM USE OF THE SOFTWARE, THE SERVICES OR DELIVERABLES, AND JEWMON ASSUMES ALL RISK WITH RESPECT THERETO. IN NO EVENT WHATSOEVER WILL EQUITYFEED, ITS DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, CONTRACTORS OR AFFILIATES BE LIABLE FOR ANY CLAIM FOR PUNITIVE, EXEMPLARY OR AGGRAVATED DAMAGES, LOSS OF PROFITS OR REVENUE, INDIRECT, CONSEQUENTIAL OR SPECIAL DAMAGES OF ANY KIND OR ANY DAMAGES WHATSOEVER RELATING TO INTERRUPTION, DELAYS, ERRORS OR OMISSIONS. THE MAXIMUM TOTAL LIABILITY OF EQUITYFEED FOR ANY CLAIM WHATSOEVER BY JEWMON SHALL BE LIMITED TO AN AWARD FOR DIRECT, PROVABLE DAMAGES NOT TO EXCEED THE AMOUNT OF FEES PAID TO EQUITYFEED PURSUANT TO THIS AGREEMENT DURING THE SIX MONTH PERIOD PRIOR TO THE OCCURRENCE GIVING RISE TO THE CLAIM.

12.  **INDEMNITY.** JewMon agrees to defend, indemnify and hold EquityFeed harmless from and against any and all claims, liabilities, costs, losses, settlements, damages, and expenses, including reasonable attorneys' fees, in connection with any claim or action arising from or relating to (i) any breach or alleged breach of JewMon's obligations under this Agreement, including the representations and warranties contained herein, (ii) any actual or alleged violation by JewMon of any governmental rule, law or regulation (including without limitation the Privacy Requirements, the CAN-SPAM Act of 2003, FTC rules and regulation related to false advertising, consumer protection, celebrity endorsements and income earnings claims, and laws governing contests, sweepstakes and other promotions), (iii) JewMon's products or services (including without limitation product liability claims or breaches of product warranties), and (iv) use of the Software by any customer of JewMon via the Website. EquityFeed agrees to defend, indemnify and hold JewMon harmless from and against any and all claims, liabilities, costs, losses, settlements, damages, and expenses, including reasonable attorneys' fees, in connection with any claim or action arising from or relating to SEC and/or FINRA compliance issues with regard to EquityFeed's trading platform equityfeed.com and the WLP that JewMon Enterprises will be using. JewMon does not warranty the accuracy or legal compliance of EquityFeed's trading platform with US Equity Governing Bodies. JewMon will not be held responsible for any FINRA and/or SEC complaints, investigations, or lawsuits - EquityFeed assumes all liabilities with SEC and or FINRA and agrees to hold JewMon void of any legal ramifications from financial governing bodies such as Exchanges (NYSE, AMX, OTCBB, Pink Sheets and SEC, FINRA). All market data provided by EquityFeed shall be provided on an "as is" basis and EquityFeed shall not be responsible for its accuracy or completeness.

13. **OWNERSHIP RIGHTS.** Other than the rights explicitly granted herein, JewMon shall have no other rights, express or implied, in the Software or any component thereof. EquityFeed shall retain ownership of all right, title and interest in and to the Software, technology and other intellectual property, as well as all data, materials, ideas, concepts, designs, techniques, know-how, inventions, works of authorship and any other information resulting from or arising in the course of performance of the Services, and all intellectual property rights related to the foregoing. Without limiting the generality of the foregoing, Jewmon acknowledges that the Software, including, without limitation, any updates, upgrades, customizations and modifications thereto provided by EquityFeed, is proprietary to EquityFeed, and JewMon agrees and undertakes not to, except as permitted in this Agreement: (i) use the Software, or any part thereof, in an outsourcing arrangement in support of any third-party; (ii) sell, lease, sublicense or distribute the Software, or part thereof, or otherwise transfer the Software other than as expressly permitted herein; (iii) reverse engineer, decompile, disassemble, or otherwise reduce to human-perceivable form the Software's source code, or part thereof; (iv) modify, revise, enhance, or alter the Software other than for internal use purposes in accordance with the terms set forth herein; or (v) claim any rights to or ownership of the Software. Notwithstanding the foregoing, it is agreed that JewMon shall own the white label brand STOCKSTOTRADE, along with all associated domain names. JewMon will have an affiliate arrangement with EquityFeed for the monthly data feed provided by EquityFeed to the WLP.

14. **NON-CIRCUMVENT.** JewMon agrees that during the term of this Agreement JewMon shall not, directly or indirectly, interfere with, circumvent or attempt to circumvent, avoid, bypass or obviate EquityFeed's interest (or the interest or relationships between EquityFeed and its associates, producers, sellers, buyers, brokers, dealers, distributors, shippers, financial institutions, technology owners or manufacturers) in order to directly or indirectly change, increase, or avoid payment of fees or commissions hereunder. JewMon will on occasion introduce EquityFeed to other brokers in order to utilize the "trade connect" function to improve the subscriber experience. EquityFeed agrees that during the term of this Agreement EquityFeed shall not, directly or indirectly, interfere with, circumvent or attempt to circumvent, avoid, bypass or obviate JewMon's interests (or the interest or relationships between JewMon and its associates, producers, sellers, buyers, brokers, dealers, distributors, shippers, financial institutions, technology owners or manufacturers). This is explicitly to be the case with JewMon's preferred broker SureTrader.

15. **EXCLUSIVITY.** During the term of this Agreement, neither JewMon nor its principals shall, directly or indirectly, offer any other real-time, market data and analysis platform to its customers or have any involvement or interest in, directly or indirectly, any other real-time, market data and analysis platform. After termination of this Agreement, while it is acknowledged that JewMon may create or procure a competitive market analysis platform to offer to its customers, JewMon shall not utilize any portion of the Software and shall not copy the 'look and feel' of the Software/Website.

16. **GENERAL.**

**16.1 Publicity.** Neither party shall issue a press release or other public statement regarding the relationship of the parties or this Agreement without the prior written consent of the other party.

**16.2 Relationship of Parties.** For all purposes under this Agreement each party shall be and act as an independent contractor and shall not bind nor attempt to bind the other to any contract. Each party will be solely responsible for its own income taxes in connection with this Agreement and JewMon will be responsible for sales, use and similar taxes, if any.

**16.3 Excusable Delay.** Neither party shall be liable to the other for any delay or failure to perform,

4

which is due to causes beyond the reasonable control of such party, including, but not limited to, acts of God, acts of the public enemy, acts of any governmental authority in its sovereign capacity, fires, floods, power outages, hurricanes, earthquakes, epidemics, quarantine restrictions, strikes or other labor disputes and freight embargoes; provided, however, that failure to make any payments provided for herein shall not be excused for any of the foregoing reasons.

**16.4. Governing Law; Attorney's Fees.** This Agreement and any dispute arising hereunder shall be governed by the laws of the Province of Quebec, without regard to the conflicts of law provisions thereof. In any action or proceeding to enforce rights under this Agreement, the prevailing party will be entitled to recover reasonable costs and attorneys' fees.

**16.5 Miscellaneous.** Neither party shall have the right to assign this Agreement to another party without the prior written consent of the other party, acting reasonably. No waiver, change, or modification to this Agreement will be effective unless in writing signed by both parties. Any notices in connection with this Agreement will be in writing and sent by major overnight delivery courier service to the address specified on the cover sheet or such other address as may be properly specified by written notice hereunder. The parties agree that this Agreement may be signed by manual or facsimile signatures and in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. In the event that any provision of this Agreement shall be determined to be illegal or unenforceable, that provision will be limited or eliminated so that this Agreement shall otherwise remain in full force and effect and enforceable

**16.6 Entire Agreement.** This Agreement and any Exhibits attached hereto set forth the entire understanding of the parties with respect to the subject matter described herein and constitute the entire agreement between the parties.

**16.7 English Language.** This Agreement has been drafted in the English language at the request of the Parties. A la demande des Parties, cette convention a été rédigée dans la langue anglaise.

By signing below, the parties agree to be bound by the terms and conditions of this Agreement.

| **JewMon Enterprises, LLC** | **EquityFeed Corporation** |
|---|---|
| Per: _[signature]_<br>Signature<br>Name: Timothy Skyes<br>Title: Managing Director<br>Address: 80 SW 8th St. Suite 2000<br>Miami, FL 33130 | Per: _____<br>Signature<br>Name: Stephan Touizer<br>Title: CEO<br>Address: 5485 Pare, Suite 204<br>Montreal, Quebec, H4P 1P7 |
| Date: 4-10-13 | Date: _____ |

# EXHIBIT A

## SERVICES

**A. Description of EquityFeed's Services and Deliverables**

    a. Provide JewMon a White Label Product ("WLP") of equityfeed.com equities trading software and monthly data feed
    b. Services will include:

- Program Timothy Sykes's trading parameters programmed into the software
- Provide monthly data feed
- Provide merchant and affiliate platform to track monthly subscribers
- Dress the WLP for JewMon
- Provide custom preferences to e trading software WLP within reason
- Affiliate accurate reporting
- Provide Level 2 customer support services mainly related to technical issues and technical difficulties experienced by end users.
- Host and deliver the Website platform to end users (including monthly billing)
- Provide JewMon with limited access to EquityFeed's licensed subscription management back-office infrastructure, in order to input new subscriber information and to access, download and print reports pertaining to the Website. JewMon shall have no access for any information pertaining to www.equityfeed.com.
- Collect monthly subscription fees as payment agent for JewMon, and remit to JewMon (less EquityFee's 70% revenue share and less 30% of any chargebacks or refunds claimed by or provided to customers). The first remittance shall be made by EquityFeed to JewMon (via wire transfer) on April 15th, 2013 (with respect to all months up to and including March, 2013). Thereafter, remittances shall be made on the 15th day of each month.

**B. Description of JewMon's Obligations**

    a. Approve content
    b. Provide logos and trading parameters to complete the WLP
    c. Provide other specific trading strategies to be incorporated into the WLP
    d. Provide initial telephone subscription services and entry of subscriber information into EquityFeed's licensed subscription management back-office
    e. Provide all Level 1 customer support including sign up support, billing support, product inquiries support and product orientation support.
    f. Responsible for all web design services and multi-media related to the STOCKSTOTRADE website.
    g. Responsible for all marketing, internet marketing and customer acquisition activities in relation to the WLP.