# EXHIBIT 1

Twitter

🔍

⚙

← **Tweet**

**Scanz**                                                              ⌄
@GetScanz

**@StocksToTrade @timothysykes** Congratulations on
your attempted carbon-copy ripoff of **#EquityFeed** with
your rinky dink **#STT**. We're flattered

8:15 AM · Feb 16, 2016 · Twitter Web Client

**1** Like

💬                    🔁                    ♡                    ⬆

**Louie** @_Louie__ · May 18, 2016                                      ⌄
Replying to @GetScanz @EquityFeed and 2 others
as a former student of Sykes, they've been bragging to us students about
STT for 2 years.

💬              🔁              ♡              ⬆

**Louie** @_Louie__ · May 18, 2016                                      ⌄
Replying to @GetScanz @EquityFeed and 2 others
it took them forever to copy EQ. I just sticked to EQ as its clearly SUPERIOR
than STT!

💬              🔁              ♡              ⬆

**Don't miss what's happening**                        Log in      **Sign up**
People on Twitter are the first to know.

**Don't miss what's happening**

People on Twitter are the first to know.

Log in

Sign up