**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**

| | |
|---|---|
| SCANZ TECHNOLOGIES, INC., fka EQUITYFEED CORPORATION, A Canadian (Quebec) Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEWMON ENTERPRISES, LLC, a Florida limited liability corporation; TIMOTHY SYKES, an individual; ZACHARY WESTPHAL, an individual; TIMOTHY BOHEN, an individual; MILLIONAIRE PUBLISHING, LLC, a Florida limited liability corporation; MILLIONAIRE PUBLISHING, LLC, a Colorado limited liability corporation; MILLIONAIRE MEDIA, LLC, a Florida limited liability corporation; and STOCKSTOTRADE.COM INC., a Delaware corporation,<br><br>Defendants. | **Case No. 20-cv-22957-RNS** |

**DECLARATION OF STEPHAN TOUIZER IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT TIMOTHY C. BOHEN'S MOTION TO DISMISS**

I, Stephan Touizer, declare and state as follows:

1. I have personal knowledge of the facts contained herein and if called to testify I could and would competently testify thereto.

2. I am the founder of Plaintiff Scanz Technologies, Inc. ("Scanz") and act in its day-to-day affairs as President and Chief Executive Officer. This is the role I have continuously held since Scanz was formed in 2003, at which time Scanz was known as MicrocapTrade, Inc. The

1

corporation changed its name to EquityFeed in 2007. None of the Scanz shareholders have ever nominated or even suggested that another principal lead the company, directly or indirectly.  In 2018, EquityFeed Corporation began doing business under the trade name Scanz Technologies, Inc. pursuant to an internal corporate reorganization.

      3.      The way that Scanz maintains its corporate records involves both electronic and paper files, including via cloud-based and electronic media storage facilities.  Though I am not the Custodian of Records of the physical paper files of Scanz (that role is held by our corporate lawyer), I am the custodian of the company's business records that are housed electronically in computer and cloud-based storage facilities.  In this regard, I attest that it is Scanz' invariable business practice to make and maintain all of these records and files involved in cloud-based and computerized storage at or about the time of the events recorded therein and in the ordinary course of its business.  Furthermore, I attest that during each year's internal audit within Scanz there is a reconciliation of the company's paper records with its electronic records, and at no time since 2003 has there ever been a discrepancy between the two, such that the electronic records of Scanz I am custodian of are identical to any paper records maintained by the Company.

      4.      Attached hereto as Exhibit 1 is a disc containing four video files which are YouTube videos posted by Timothy Bohen some six years ago, available at www.youtube.com. I downloaded these files directly from Youtube.com on October 17, 2020 using Snagit screen capture and recording software. As the Court can see, these YouTube videos reflect on the screen that they were posted to the Internet by Mr. Bohen at various points throughout 2014. The disc is being lodged with this Court concurrently herewith.  In addition, URL links associated with each of these four videos of Mr. Bohen are as follows:

    https://www.youtube.com/watch?v=fwa4XDTP0HU

    https://www.youtube.com/watch?v=zz-Tvao1YpU

    https://www.youtube.com/watch?v=gjQbrmrzDFU

https://www.youtube.com/watch?v=HNuh-dLXoQ8

Upon clicking on these hyperlinks, anybody with access to the Internet can see Mr. Bohen's YouTube videos and watch the videos for themselves.

5.      Attached hereto as Composite Exhibit 2 are eleven screenshots I captured of moments in time within each of the four YouTube postings reflected by Exhibit 1. I captured these screenshots using Snagit screen capture and recording software. These eleven screenshots reflect the following digital time-stamps within the four 2014 videos posted to YouTube by Mr. Bohen:

- Date Posted on YouTube: May 13, 2014
  Link to Video: https://www.youtube.com/watch?v=zz-Tvao1YpU
  Time code on video: 03:33 to 03:37

- Date Posted on YouTube: May 29, 2014
  Link to Video: https://www.youtube.com/watch?v=gjQbrmrzDFU
  Time code on video: 05:38 to 05:40

- Date Posted on Youtube: August 06, 2014
  Link to Video: https://www.youtube.com/watch?v=fwa4XDTP0HU
  Time code on video: 04:47 to 04:54

- Date Posted on Youtube: May 13, 2014
  Link to Video: https://www.youtube.com/watch?v=zz-Tvao1YpU
  Time code on video: 01:06 to 01:33

- Date Posted on Youtube: May 13, 2014
  Link to Video: https://www.youtube.com/watch?v=zz-Tvao1YpU
  Time code on video: 03:06 to 03:52

- Date Posted on Youtube: May 29, 2014
  Link to Video: https://www.youtube.com/watch?v=gjQbrmrzDFU
  Time code on video: 00:01 to 00:33

- Date Posted on Youtube: May 29, 2014
  Link to Video: https://www.youtube.com/watch?v=gjQbrmrzDFU
  Time code on video: 05:00 to 05:14

- Date Posted on Youtube: March 17, 2014
  Link to Video: https://www.youtube.com/watch?v=HNuh-dLXoQ8
  Time code on video: 05:47 to 05:58

- Date Posted on Youtube: May 13, 2014

      Link to Video: https://www.youtube.com/watch?v=zz-Tvao1YpU
      Time code on video: 00:22 to 00:38

- Date Posted on Youtube: August 06, 2014
  Link to Video: https://www.youtube.com/watch?v=fwa4XDTP0HU
  Time code on video: 00:00 to 00:05

- Date Posted on Youtube: May 13, 2014
  Link to Video: https://www.youtube.com/watch?v=zz-Tvao1YpU
  Time code on video: 00:00 to 00:19

      On each of these screenshots illustrated as Exhibit 2, the Court can see a man I believe to be Mr. Bohen in the flesh on the bottom right and left-hand corners of each screen that I've captured. The Court can also see the StocksToTrade logo on the main Launchpad module as well as an operational stock scanning & market analysis platform, labeled "StocksToTrade Application" in the Apple Mac title bar, which I represent to the Court appears to be identical to the one licensed to JewMon Enterprises, Inc. pursuant to the license agreement in 2013. On the top of the pages of Exhibit 2 (No. 3 - No. 11), I have placed in quotation marks the words uttered by Mr. Bohen at the foregoing nine digital time-stamps within the four YouTube videos identified as Exhibit 1.

      6.    Mr. Bohen sought and received direct access to Scanz' stock scanning & market analysis platform and related technologies in October of 2013 (Scanz was known as EquityFeed Corporation at the time), when Mr. Bohen bought and sustained a personal subscription to our stock scanning & market analysis platform at a cost of USD $179.00 per month. Mr. Bohen maintained this relationship during the months of October 2013, November 2013, December 2013 and January 2014. Attached hereto as Composite Exhibit 3 is a compilation of true and correct copies of the invoices sent directly to Mr. Bohen's email address related to his accessing the Scanz platform and technologies. Attached hereto as Exhibit 4 is a true and correct copy of the account history maintained in the business records of Scanz with respect to Mr. Bohen's account. As can be seen by that account history, Mr. Bohen paid for his subscription to our

platform and technologies using a VISA card ending in 4729.  Mr. Bohen provided Scanz with his email address at tim@bohenam.com and maintained his account and all communications with Scanz through that email address.

7. It has always been Scanz' custom and practice for me to attempt to provide a personal experience to each subscriber of our stock scanning and market analysis technologies. Accordingly, I regularly access our computerized databases to assess the clientele using our platform.  In this way, I am able to monitor customer usage of the system's modules to determine the most popular modules, and to also detect any individual user's system "crashes" or malfunctions during critical trading hours.  I recall in 2013 and early 2014 seeing in my regular supervision of our clientele that Mr. Bohen was actively using the Scanz products he purchased from us and that Mr. Bohen was a regular user of the Scanz platform during a very large portion of the four months reflected by the invoices.

8. At the time of Mr. Bohen's YouTube postings in 2014 reflected by Exhibits 1 and 2, all users of the StocksToTrade stock scanning and market analysis platform were in fact using the "white label" technology platform provided to Jewmon Enterprises, Inc. by Scanz pursuant to the license agreement referenced in the Complaint in this matter.  Because of Scanz' insistence on always vigorously protecting its ownership of these technologies, particularly during the pendency of the "white label" license agreement and at all times prior to approximately April of 2015, the following mechanisms and screen labeling were built into the "white label" product:

(a) Upon reaching the StocksToTrade website itself at www.stockstotrade.com, every user would then see a disclaimer notification identifying that the Plaintiff (known at the time as EquityFeed Corporation) owned the technology that user was purchasing and accessing through StocksToTrade's website.  Attached hereto as Exhibit 5 is a true and correct copy of the defendant StocksToTrade.com's website at the time, in 2014, which I obtained from the Wayback Machine (www.waybackmachine.com), by accessing the following link:

5

https://web.archive.org/web/20141217000744/http://stockstotrade.com on October 17, 2020. The Wayback Machine is a site that regularly houses material from the Internet going back decades and allows anybody to go back in time and see the identical condition of virtually any website's state at a particular moment in history.  The footer at the bottom of the page taken from the StocksToTrade website contains the following disclaimer: "The StocksToTrade software is powered and delivered by EquityFeed.com. When you subscribe to StocksToTrade, your relationship is directly with Equityfeed.com. You understand and agree that StocksToTrade.com is not responsible for the delivery, quality or support of the StocksToTrade software, or for fulfilling any of the terms of your agreement with Equityfeed.com. StocksToTrade.com does not warrant or assume any responsibility for, and shall have no responsibility or liability in connection with the StocksToTrade software or your use or reliance on such service. Please contact Equityfeed.com directly for customer service, billing, technical support or any other inquiries with respect to the StocksToTrade software;" and

      (b) As a matter of redundancy and to assure repetitive disclaimer activity for all users of StocksToTrade during the license agreement, our technologists at Scanz built into the StocksToTrade market analysis application a pop-up system where, while using the StocksToTrade application, every user would also periodically experience a pop-up window that randomly appeared on their screen during use of StocksToTrade.  This pop-up window included the text "EquityFeed Application" to remind them that they were using Plaintiff's (known as EquityFeed Corporation at the time) product. Composite Exhibit 2 (No. 1) hereto shows that Mr. Bohen during his May 13, 2014 YouTube video posting actually experienced this pop-up window reminding him that he was in the process of using EquityFeed's products through StocksToTrade's application. The video shows Mr. Bohen explicitly clicking the "Ok" button to close the pop-up window. I am informed and believe that it is Mr. Bohen's face on the bottom left hand corner of the screen.  I am informed and believe that Mr. Bohen saw this exact pop-up window on numerous occasions during his utilization of StocksToTrade's products during 2014

and at all times up to and including approximately April of 2015. Composite Exhibit 2 (No. 2) shows a system menu embedded within the StocksToTrade platform with the option "Close EF [EquityFeed] System" as the last option on the menu. I am informed and believe that Mr. Bohen saw and accessed this exact system menu each and every time he utilized StocksToTrade's products during 2014 and at all times up to and including approximately April of 2015.

9. Attached hereto as Composite Exhibit 6 is a true and correct copy of corporate records I obtained from http://search.sunbiz.org/ confirming the Florida organization and existence for JewMon Enterprises, LLC, listing Timothy Sykes and Zachary Westphal as its principals with offices in Miami, FL, as well as its apparent name change to Millionaire Publishing, LLC in 2017.

10. Attached hereto as Exhibit 7 is a true and correct copy of corporate records I obtained from http://search.sunbiz.org/ confirming the Florida organization and existence for Millionaire Publishing, LLC listing Timothy Sykes and Zachary Westphal as its principals with offices in Miami, FL.

11. Attached hereto as Exhibit 8 is a true and correct copy of corporate records I obtained from http://search.sunbiz.org/ confirming the Florida organization and existence for Millionaire Media, LLC listing Timothy Sykes and Joann Sykes as its principals with offices in Boca Raton, FL.

12. Attached hereto as Exhibit 9 is a true and correct copy of the Annual Report I obtained from http://search.sunbiz.org/ confirming the Florida organization and existence for Millionaire Media I, LLC, listing Timothy Sykes and Joann Sykes as its principals with offices in Miami, FL.

///

///

///

///

I declare under penalty of perjury under the laws of the State of Florida and the United States that the foregoing is true and correct.

Executed this 19th day of October, 2020.

_____
Stephan Touizer