# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

|  |  |
|---|---|
| SCANZ TECHNOLOGIES, INC., fka EQUITYFEED CORPORATION, A Canadian (Quebec) Corporation, | **Case No. 20-cv-22957 (RNS/EGT)** |
| Plaintiff, | |
| vs. | **DECLARATION OF ANTHONY HAYTER, PH.D.** |
| JEWMON ENTERPRISES, LLC, a Florida limited liability corporation; TIMOTHY SYKES, an individual; ZACHARY WESTPHAL, an individual; TIMOTHY BOHEN, an individual; MILLIONAIRE PUBLISHING, LLC, a Florida limited liability corporation; MILLIONAIRE PUBLISHING, LLC, a Colorado limited liability corporation; MILLIONAIRE MEDIA, LLC, a Florida limited liability corporation; and STOCKSTOTRADE.COM INC., a Delaware corporation, | |
| Defendants. | |

## Table of Contents

**I. Background and Qualifications.**                                              4

**II. Scope of Analyses and Conclusions.**                                         5

**III. Identical Structural Path Diagrams for Filter Builder and Screener+.**      6

Figure 1: Identical Structural Path Diagrams for Filter Builder and Screener+.     8

Figure 2: Similar Numbers of Choices in Structural Path Diagrams for
     Filter Builder and Screener+.                         9

**IV. Identically Worded Variable Matches between Screener+**                       10
    **and Other Products.**

Figure 3: Variable Matches between Screener+ and Other Products.                    12

**V. Matches in the Orderings of Terms between Filter Builder**                     13
    **and Screener+.**

**VI. Matches in the Terms, Names, Labels, and Phrases used by**                    14
    **Filter Builder and Screener+.**

**VII.  Matches Identified by Brian Berg.**                                         15

**VIII. Conclusions.**                                                                    18

Attachments.                                                                              20

Attachment 1: Curriculum Vitae of Dr. Anthony Hayter.                                     21

Attachment 2: Previous Expert Witness Testimonies of Dr. Anthony Hayter                   55
    within the Past 4 years.

Attachment 3: Fee Schedule of Dr. Anthony Hayter.                                         62

Attachment 4: Illustrative Examples of Matches in the Orderings of Terms                  64
    between Filter Builder and Screener+.

Attachment 5: Illustrative Examples of Matches in the Terms, Names,                       68
    Labels, and Phrases used by Filter Builder and Screener+.

I, Anthony Hayter, have personal knowledge of the facts and opinions set forth herein, and I believe them to be true and correct to the best of my knowledge.  If called to do so, I would testify consistent with the sworn testimony set forth in this Declaration.

## I.  Background and Qualifications.

1.      I am a full professor at the University of Denver in the Department of Business Information and Analytics.  My qualifications for forming the opinions set forth in this Declaration are summarized here and are listed in more detail in a true and accurate copy of my curriculum vitae, which is attached as Attachment 1.  A list of my previous expert witness testimonies within the past 4 years is attached as Attachment 2.  My fee schedule is attached as Attachment 3.  No part of my compensation is contingent upon the outcome of this matter.  I reside in Denver, Colorado, and I am a citizen of the United States of America.

2.      I have a B.A. and an M.A. in mathematics from Cambridge University, England, where I scored a first class in each of my three years of attendance.  I obtained my M.Sc. and Ph.D. in Statistics from Cornell University.  I have spent almost my entire career in an academic environment, and for over thirty-five years I have held university positions with responsibilities for teaching and researching statistics, probability, and data analysis.

3.      Between 2006 and 2010 I was the Chair of the Department of Statistics and Operations Technology in the Daniels College of Business at the University of Denver, holding the rank of full professor.

4.      I was awarded a Fulbright Foreign Scholarship Award in 2011-2012 and a Fulbright Specialist Grant in 2014 to assist the government, universities, and businesses in Thailand with surveys, data analysis, curriculum development, and research projects.

5.     Through my academic work and professional career as a statistician and professor, I have extensive experience in numerous fields, including: statistical analyses, probability analyses, regression analyses, sampling, data collection and analyses, modeling, bias detection, reliability, risk analyses, extrapolation, samples, quality control,  econometrics, mathematics, hypothesis testing, p-values, prediction, forecasting, estimation, small and large datasets, statistical significance, data mining, experimental design, statistical software packages, and time series.

6.     I have established a collaborative research program which has so far resulted in over 100 refereed peer-reviewed journal publications involving probability, statistics, and data analysis.  Over the course of my career, I have taught a wide range of courses related to statistics, probability, and data analysis at both the undergraduate and graduate levels.

7.     I have delivered keynote addresses at meetings and conferences on experimental design and applied data analysis.  I have also authored four editions of the textbook "Probability and Statistics for Engineers and Scientists", which has been adopted at over sixty universities around the world; advised eight doctoral students; served as an associate editor of three research journal publications involving probability, statistics, and data analysis; and presented over 100 invited research seminars worldwide.

**II.  Scope of Analyses and Conclusions.**

8.     I have been retained by Scanz Technologies, Inc. in the case *Scanz Technologies, Inc. v. Jewmon Enterprises, LLC, et al.*, to provide expert consultation from a mathematical, probabilistic, and statistical perspective.  Specifically, I have been asked to analyze and quantify the similarities between the ███████████ products from a mathematical, probabilistic, and statistical perspective.

9.      In preparing this Declaration, I have reviewed the following information:

- Complaint, July 17th, 2020.
- Second Declaration of Brian Berg, June 3rd, 2021.
- Videos, screenshots, summaries, and demonstrations of ███ ███████████████ and other products.
- Software License and Services Agreement, April 10th, 2013.

10.     Based upon my review of the above information, I make the following conclusions.

11.     I conclude that there are many clear and observable matches between the operating structures, variables employed, layouts, and terms, names, labels, and phrases used by ████████████████████████

12.     I conclude that the data are clearly consistent with and supportive of the assertion that ████████████ was used as an input to or as a basis for the construction of ████████████

13.     I conclude that the probabilities are extremely small that the matches between ██████████████████████ could have occurred purely by chance without ████████████ being used as an input to or as a basis for the construction of ████████████

14.     I conclude that for all practical purposes, from a mathematical and statistical viewpoint it would be impossible to conceive that the matches between ████ ████████████████████ occurred by chance without ████████████ being used as an input to or as a basis for the construction of ██████████.

## III.  Identical Structural Path Diagrams for ██████████████████████

15.     As an initial matter, I investigated the operating structures of ████ ██████████████████. Figure 1 shows that ██████████████████████ have identical operating structures as evidenced by their identical structural path diagrams.  It can be

seen from Figure 1 that both ███████████████████ have an identical number of boxes A through G, and that both ███████████████████ have three identical stopping points.  Figure 1 also shows that the connections and relationships between the boxes and stopping points are identical.  Finally, Figure 1 shows that the boxes in ███████████████████ correspond to identical elements, with box A being ████████████████████████████████████████████████ ███████████████████████, and so on.

16.    Figure 2 shows the similarities in the numbers of choices in each of the corresponding boxes in the structural path diagrams for ███████████████████ Thus, for example, ██████████ has 117 choices for the █████████████" in Box A, while ████████ has 144 choices for the ██████████████" in Box A (the matches between the actual variables used by ████████████████ are discussed in Section IV of this Declaration below).

17.    It is my understanding that the structural path diagram for █████████████ shown in Figure 1 was developed for ██████████ as an original and innovative concept.  In order to investigate from a mathematical and statistical viewpoint the probability that the makers of █████████ developed an identical structural path diagram purely by chance (without █████████ being used as an input to or as a basis for the development of █████████), one must consider the proverbial "hat" containing pieces of paper with all of the possible structural path diagrams one might be able to utilize in this situation (with the different pieces of paper corresponding to different structural path diagrams).  One would then consider the chance that the identical structural path diagram was randomly selected from all of these possibilities.  It is my understanding that there are very many possible structural path diagrams one might be able to utilize in this situation, so that consequently this probability is very small.

Figure 1:  Identical Structural Path Diagrams for ██████████████



Figure 2:  Similar Numbers of Choices in Structural Path Diagrams for ███████████████



**IV. Identically Worded Variable Matches between** ████████ **and Other Products.**

18.     As discussed above, Box A in the structural path diagrams for ████ ████████████████ (Figure 1) represents the "Starting Variables".  Figure 2 shows that ████████ has 117 choices for the "Starting Variable" in Box A, while Screener + has 144 choices for the "Starting Variable" in Box A.  I investigated the matches between these 144 variables used by Screener+ with the 117 variables used by ████ ████.  I also investigated the matches between these 144 variables used by ██████ with the corresponding starting variables used by the products Finviz, StockFetcher, TradingView, and Yahoo.

19.     Figure 3 shows the identically worded variable matches between ████████ and the other products (including ████████).  As previously noted, ████ ████ has 117 variables, and 100 of these variables are also part of the 144 variables used by ██████, which is a proportion of 85.5% ($100 \div 117 = 85.5\%$).  Finviz has 67 variables, and only 2 of these variables are also part of the 144 variables used by ██████, which is a proportion of 3.0% ($2 \div 67 = 3.0\%$).  StockFetcher has 174 variables, but none of these variables are also part of the 144 variables used by ██████, which is a proportion of 0.0% ($0 \div 174 = 0.0\%$).  TradingView has 146 variables, and only 3 of these variables are also part of the 144 variables used by ██████ which is a proportion of 2.1% ($3 \div 146 = 2.1\%$).  Finally, Yahoo has 118 variables, and only 1 of these variables is also part of the 144 variables used by ██████, which is a proportion of 0.8% ($1 \div 118 = 0.8\%$).

20.     Figure 3 shows that there is a strong match in the identically worded variables used by ████████████████, whereas there are negligible matches in the identically worded variables used by ██████ and the other products Finviz, StockFetcher, TradingView, and Yahoo.  From a mathematical and statistical viewpoint,

these data are clearly consistent with and supportive of the assertion that ███████████

was used as an input to or as a basis for the construction of ███████████

Figure 3:  Identically Worded Variable Matches between ▇▇▇▇▇ and Other Products.

| Product | Number of Variables in Product. | Number of Variables in Product that ▇▇▇▇ also uses. | Proportion of Variables in Product used by ▇▇▇▇. |
|---|---|---|---|
| ▇▇▇▇▇ | 117 | 100 | 85.5% |
| Finviz | 67 | 2 | 3.0% |
| StockFetcher | 174 | 0 | 0.0% |
| TradingView | 146 | 3 | 2.1% |
| Yahoo | 118 | 1 | 0.8% |



## V.  Matches in the Orderings of Terms between ██████████████████████

21.     I have also investigated the various matches in the orderings of terms between ████████████████████████   To illustrate this point, suppose that for my website I wish to have a dropdown box from which the user can select one of three colors: black, red, or white.  The three colors are to be presented in a vertical array, with one color on top, one in the middle, and one at the bottom.  There are six possible ways in which to do this:

- black=top, red=middle, white=bottom,
- black=top, white=middle, red=bottom,
- red=top, black=middle, white=bottom,
- red=top, white=middle, black=bottom,
- white=top, black=middle, red=bottom,
- white=top, red=middle, black=bottom.

Since there is no natural logical ordering of these three colors, the actual ordering that I choose is an arbitrary choice.  In addition, if somebody else was also doing this independently of myself, then there is a probability of "1 out of 6" that our arbitrary choices of orderings would match.

22.     It is my understanding that there are many examples of where: (i) there are lists of identical terms presented in ████████████████████  (ii) these terms are presented in a vertical array, (iii)  there is no complete natural logical ordering of the terms, and (iv) there is either a perfect match or a substantive partial match between the orderings used in █████████████████████   Three illustrative examples of this are provided in Attachment 4.

## VI. Matches in the Terms, Names, Labels, and Phrases used by ███████ ███████

23.    There are many examples where S█████ uses exactly the same terms, names, labels, and phrases as were used in ███████.  Some illustrative examples of this are provided in Attachment 5.

24.    Consider first Illustrative Example 1 in Attachment 5.  In this example ███████ uses ████████████████████████████████████████ ██████████████████████████ It is my understanding that these terms and labels (and their associated concepts) were introduced into ███████ as original and innovative terms.  However, the exact same terms and labels also appear in ████, and also in exactly the same order (which is an additional example that could be added to the discussion above in Section V on matching orderings).  If this matching of terms and labels were to be considered to have occurred purely by chance, then this would imply that the ███████ makers came up with exactly the same concept and terms, and it would imply that they also decided to label them in exactly the same way.

25.    For example, both ███████ and ██████ use the exact same label ████████  To understand the probability of this having happened purely by chance, one must consider the proverbial "hat" containing pieces of paper with all of the possible ways in which one might decide to label this concept, and one must then consider the chance that the label ███████ randomly selected from all of these possibilities in the hat.  Moreover, the same argument also applies to each of the additional matching terms and labels ███████████████████████ ██████████████████

26.    Illustrative Example 2 in Attachment 5 is similar to the first example, except with the terms ███████████████████████████████ ████████████████  The probability of this match having arisen purely by chance can also be considered in exactly the same way.

27.     In Illustrative Example 3 in Attachment 5 there are exact matches of the terms ███████████████████████████████████████████ ████████████████████ ".  Again, the probability of this match having arisen purely by chance can be considered in exactly the same way, and there is an additional match here in that ████████ uses exactly the same time periods 5, 10, 15, 20, 30 and 60 as ████████.

28.     Illustrative Examples 4 and 5 in Attachment 5 are similar to Illustrative Example 3, and the probabilities of these matches having arisen purely by chance can also be considered in exactly the same way.

29.     In summary, in order to calculate the probability that the matches in the terms, names, labels and phrases used by █████████████████████ in these five illustrative examples (and in the many additional instances not discussed here) could have arisen purely by chance, it would be necessary to consider conceptually how many possible pieces of paper there were in the proverbial "hat" for each individual match.

## VII.  Matches Identified by Brian Berg.

30.     In his Declaration of June 3rd, 2021, Brian Berg identifies 35 matches between ██████████████████████

> "*I identify these 35 identicalities and near-identicalities as "Match #1" through "Match #35.*"[1]

Moreover, he indicates that these 35 matches are representative examples, and that they are not intended to be an exhaustive list:

> "*While these 35 Matches are not at all exhaustive, they are representative of the extensive nature of StocksToTrade's intrusion on EquityFeed's protected trade secrets as*

---

[1] Second Declaration of Brian Berg, June 3rd, 2021, paragraph 82.

> *contained in the UI and surrounding UOTS as encompassed within each platform.*"[2]

31.     As a consequence of basic and fundamental laws of mathematics and probability, it is my opinion that these 35 matches identified by Brian Berg, together with the arguments that I have presented in Sections III-VI of this Declaration above, clearly establish that the probabilities are extremely small that the matches between ▬▬▬▬▬▬▬▬▬ could have occurred purely by chance without ▬▬▬ ▬▬▬ being used as an input to or as a basis for the construction of ▬▬▬. Furthermore, from a mathematical and statistical viewpoint this leads me to conclude that for all practical purposes it would be impossible to conceive that the matches between ▬▬▬▬ and ▬▬▬▬ occurred by chance without ▬▬▬▬ being used as an input to or as a basis for the construction of ▬▬▬.

32.     The first of Brian Berg's matches is "*Match #1: Toolbar to Configure Filter Settings*", where he concludes that:

> *While these toolbars have a different look, their use in the configuration of each respective Filtering Tool is nearly identical.*"[3]

As discussed previously, to understand the probability of this having happened purely by chance, one must consider the proverbial "hat" containing pieces of paper with all of the possible ways in which this element of ▬▬▬ might have been developed, and one must then consider the chance that this particular choice for ▬▬▬ was randomly selected from all of these possibilities in the hat.

33.     A similar argument applies to each of the other matches identified by Brian Berg from "*Match #2: Toolbar (Markets Selection)*"[4] all the way through to

---

[2] Second Declaration of Brian Berg, June 3rd, 2021, paragraph 83.
[3] Second Declaration of Brian Berg, June 3rd, 2021, paragraph 88.
[4] Second Declaration of Brian Berg, June 3rd, 2021, paragraph 89.

"*Match #35: Custom Indicators*"[5].  The probabilities of each of these matches having arisen purely by chance can also be considered in exactly the same way.

34.    It is now important to note that basic and fundamental laws of mathematics and probability can be used to assess the overall probability of all of these 35 matches occurring purely by chance (and it must also be remembered that, as discussed previously, Brian Berg's list of 35 matches is not intended to be an exhaustive list of matches between ████████ and ███████).  To illustrate these laws, suppose that a fair six-sided die is rolled 35 times.  The probability that a six is obtained on the first roll is "one out of six".  In addition, the probability that a six is obtained on the second roll is also "one out of six".  In fact, the probability that a six is obtained on any of the 35 rolls is "one out of six".  However, crucially, the probability that a six is obtained on each and every one of the 35 rolls is obtained by multiplying the probabilities "one out of six" 35 times, which results in the negligible probability of less than one chance out of $10^{27}$ (which is 1 followed by 27 zeroes).

35.    Consequently, if it is felt that there are at least six pieces of paper in the proverbial "hat" every time that ███████ matched ████████ for each of Brian Berg's 35 matches, and if it is felt that these matches are independent of each other (which for practical purposes means that the occurrence of any one of Brian Berg's 35 matches does not imply that any of the other matches have a probability of greater that "one of six"), then basic and fundamental laws of probability theory imply that the probability that the 35 matches occurred purely by chance without ████████ being used as an input to or as a basis for the construction of ███████ is less than one chance out of $10^{27}$ (which is 1 followed by 27 zeroes).

36.  To be more conservative, perhaps it is felt that there are only two pieces of paper in the proverbial "hat" every time that ████████ matched ████████ for each

---

[5] Second Declaration of Brian Berg, June 3rd, 2021, paragraph 122.

of Brian Berg's 35 matches, with the matches being independent of each other. Then in this case, basic and fundamental laws of probability theory imply that the probability that the 35 matches occurred purely by chance without ████████ being used as an input to or as a basis for the construction of ████████ is obtained by multiplying the probabilities "one out of two" 35 times, which is less than one chance out of 34 billion.

37.   To be even more conservative, perhaps it is felt that there are only 20 matches that are completely independent of each other, and that there are only two pieces of paper in the proverbial "hat" for each of these 20 matches.  Then in this case, basic and fundamental laws of probability theory imply that the probability that the 20 matches occurred purely by chance without ████████ being used as an input to or as a basis for the construction of ████████ is obtained by multiplying the probabilities "one out of two" 20 times, which is less than one chance out of a million.

38.   In considering the 35 matches identified by Brian Berg, different people may have different opinions on how many pieces of paper there are in the proverbial "hat" for each match, and the extent to which the matches are independent and unrelated to each other.  Nevertheless, the probability calculations presented above illustrate that the 35 matches identified by Brian Berg (which are not exhaustive), together with the arguments that I have presented in Sections III-VI of this Declaration above, clearly establish that the probabilities are extremely small that the matches between ████ ████ and ████████ could have occurred purely by chance without ████████ being used as an input to or as a basis for the construction of ████████

## VIII.  Conclusions.

39.   As indicated above, I make the following conclusions based on my analyses.

40.     I conclude that there are many clear and observable matches between the operating structures, variables employed, layouts, and terms, names, labels, and phrases used by ███████████ and ███████████

41.     I conclude that the data are clearly consistent with and supportive of the assertion that ███████████ was used as an input to or as a basis for the construction of ███████████

42.     I conclude that the probabilities are extremely small that the matches between ███████████ and ███████████ could have occurred purely by chance without ███████████ being used as an input to or as a basis for the construction of ███████████

43.     I conclude that for all practical purposes, from a mathematical and statistical viewpoint it would be impossible to conceive that the matches between ███████████ and ███████████ occurred by chance without ███████████ being used as an input to or as a basis for the construction of ███████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration is executed on this 6th day of June, 2021 in Denver, Colorado.

_Anthony Hayter_

_____

ANTHONY HAYTER, PHD

Attachments to the Declaration of

Dr. Anthony Hayter

Attachment 1

Curriculum Vitae of Dr. Anthony Hayter.

# Anthony Hayter, Ph.D.

Full Professor
Department of Business Information and Analytics
Daniels College of Business
University of Denver
Anthony.Hayter@du.edu
**HayterStatistics.com**

## Degrees

Ph.D., 1985, Cornell University, Statistics.
M.Sc., 1984, Cornell University, Statistics.
M.A., 1986, Cambridge University, Mathematics.
B.A., 1982, Cambridge University, Mathematics (triple first class).

## Employment

Full Professor, Department of Business Information and Analytics,
    Daniels College of Business, University of Denver, 2010-present.
Department Chair and Full Professor, Department of Statistics and Operations Technology,
    Daniels College of Business, University of Denver, 2006-2010.
Associate Professor, School of Industrial and Systems Engineering,
    Georgia Institute of Technology, 1991-2006.
Visiting Assistant Professor, Department of Statistics,
    Ohio State University, 1991.
Lecturer, Department of Mathematical Sciences,
    University of Bath, United Kingdom, 1987-1990.

Visiting Professor and Visiting Researcher positions at:
- Center for the Study of Finance and Insurance, Osaka University, Japan.
- Chulalongkorn University, Thailand.
- Graduate School of Business Sciences, University of Tsukuba, Japan.
- Nagoya University of Commerce and Business, Japan.
- Department of Statistics, Chinese University of Hong Kong.
- Department of Economics, Singapore Management University.
- Institute of Statistical Mathematics, Tokyo, Japan.
- University of Southampton and London School of Economics, United Kingdom.
- National Institute for Agro-Environmental Sciences, Tsukuba, Japan.

## Keynote Speaker

Keynote Speaker at the Annual Meeting of the Thailand Operations Research Society, Thailand, 2010.  "Business Analytics in the Global Arena."

Keynote Speaker at the Osaka Meeting of the Japanese Society for Quality Control on Quality Management and Global Competition, Japan, 2009.  "The Importance of Quality Management and Quantitative Skills in Global Business."

Keynote Speaker at the International Conference on Recent Advances in Statistics, Institute of Mathematical Statistics, Tokyo, Japan, 2000.  "A Probability Analysis of the Playoff System in Sumo Tournaments."

Keynote Speaker at the German Biometric Society Meeting, 1998.  "Advances in Simultaneous Inference Techniques."

## Panelist

Symposium on Statistical and Clinical Equivalence of Measurements and Data in Dentistry, Bangkok, Thailand, 2018.

Symposium on Business Information and Business Analytics for Logistics Professionals, Council of Supply Chain Management Professionals, Bangkok, Thailand, 2011.

Panelist on "How to Attain Quality Excellence by Statistical and Related Methodologies," 7th Asian Network for Quality Congress, Tokyo, Japan, 2009.

Panelist at Corporate Counsel Conference on Employment Litigation Issues, Las Vegas, 2007.

## International Activities

Visiting Professor, Center for the Study of Finance and Insurance, Osaka University, Japan, 2015-2017.  Delivered courses on Data Science and Case Studies.

Fulbright Specialist Grant, 2014.  To assist Chulalongkorn University in Thailand with curriculum development, student mentoring, and research projects.

Visiting Professor, Chulalongkorn University, Thailand, 2012-2015.

Session Chair and Organizer, International Symposium on Business and Industrial Statistics, Thailand, 2012.

Fulbright Foreign Scholarship Award, 2011-2012.  To assist government and businesses with surveys and data analysis in Thailand.  Hosted by the School of Business, Chulalongkorn University.

Visiting Professor, Graduate School of Business Sciences, University of Tsukuba, Japan, 2008-2016.  Delivered courses on Business Analytics in the Global Arena to International MBA students.

External Examiner for the MBA program, Universiti Tunku Abdul Rahman, Malaysia, 2011-present.

Visiting Professor, Nagoya University of Commerce and Business, Japan, 2010-2012. Delivered MBA course on Quality Control.

Visiting Researcher, Chinese University of Hong Kong, Department of Statistics, 2011-2014.

Visiting Researcher, Singapore Management University, Department of Economics, 2011.

International Planning Committee Member, Kent State International Symposium on Green and Sustainable Supply Chains, 2011.

Visiting Researcher, Institute of Statistical Mathematics, Tokyo, Japan, 1996, 1999-2000, 2008 and 2010.  Supported by grants from the Japanese Ministry of Education.

Goodwill Ambassador, City of Okayama, Japan, 2009-present.

Accompanied EMBA students on a study trip to Dubai, 2009.

Program Committee Member of the First Indian Institute of Management Ahmedabad International Conference on Advanced Data Analysis, Business Analytics, and Intelligence, India, 2009.

Organizing Committee Chair for the First International Symposium of Case Studies Involving Statistics and Operation Research for Decision Making: Solving Human Problems in Business, Society and Scientific Areas, Tokyo, Japan, 2009.

Invited Session Organizer, 4th World Conference of the International Association for Statistical Computing, Yokohama, 2008.

Organizing Committee Member for the 5th International Multiple Comparisons Conference, Vienna, Austria, 2007.

Visiting Researcher, University of Southampton and London School of Economics, UK, 2004.  Supported by a grant from the British Engineering and Physical Sciences Research Council.

Visiting Researcher, National Institute for Agro-Environmental Sciences, Tsukuba, Japan, 1998.  Supported by a grant from the Japanese Ministry of Education.

<u>**Research and Teaching Interests**</u>

Quantitative skills, business intelligence and analytics, statistics, probability, data analysis, survey sampling, quality control, experimental design, management science, operations management.

## Courses Taught – Undergraduate Level

- Business Statistics
- Statistics and Applications
- Probability Theory and Applications
- Introduction to Statistical Methods
- Design of Experiments
- Quality Control
- Stochastic Processes
- Mathematical Theory of Statistics

## Courses Taught – Graduate Level  (Masters, MBA, PMBA, EMBA, Ph.D. level)

- Quantitative Analytical Skills
- Business Statistics
- Ethics and Leadership
- Statistical Multiplicity and High-Dimensional Computation
- Statistical Modeling and the Design of Experiments
- Probability and Statistics
- Nonparametric Data Analysis
- Linear Regression Analysis
- Categorical Data Analysis
- Topics in Nonlinear Regression

- Advanced Experimental Design
- Mathematical Theory of Statistics
- Advanced Linear Models
- Survival Analysis and Reliability Theory

## **Other Teaching Activities**

Workshop on "Design of Experiments: Examples and Research Topics", Department of Statistics, Chulalongkorn University, Thailand, 2017.

Presentation on "Statistical Process Control" to the Kroger Company, 2007.

Invited contributor to the Video Library, Institute of Statistical Mathematics, Tokyo, "Multiple Comparisons and Nonlinear Dose Response Analysis," 2000.

Invited contributor to the Video Library, Radiation Effects Research Foundation, Hiroshima, Japan, "An Overview of Simultaneous Inference Procedures," 1999.

Invited contributor to the Video Library, Institute of Statistical Mathematics, Tokyo, "Topics in Directional Inference," 1998.

## **Published Textbook**

"*Probability and Statistics for Engineers and Scientists*"
1st edition, PWS, 1996,
2nd edition, Duxbury, 2002,
3rd edition, Brooks-Cole, 2006.
4th edition, Brooks-Cole, 2012.
4th edition, Korean version, Brooks-Cole, 2014.

## **Refereed Publications**

(101) Peng, J., Liu, W., Bretz, F., and Hayter, A. J., "Simultaneous confidence tubes for comparing several multivariate linear regression models," to appear in *Biometrical Journal*.

(100) Prayongrat, A., Hayter, A. J., et al., "Assessment of the confidence interval in the multivariable normal tissue complication probability model for predicting radiation-induced liver disease in primary liver cancer," *Journal of Radiation Research*, 1-11, 2021.

(99) Saengkyongam, S., Hayter, A. J., Kiatsupaibul, S., and Wei, L., "Efficient computation of the stochastic behavior of partial sum processes," *Computational Statistics*, 35, 343-358, 2020.

(98) Liu, W., Bretz, F., and Hayter, A. J., "Confidence sets for statistical classification (II): Exact confidence sets," *Stats*, 2(4), 439-446, 2019.

(97) Liu, W., Bretz, F., Srimaneekarn, N., Peng, J., and Hayter, A. J., "Confidence sets for statistical classification," *Stats*, 2(3), 332-346, 2019.

(96) Peng, J., Liu, W., Bretz, F., and Hayter, A. J., "Counting by weighing: construction of two-sided confidence intervals," *Journal of Applied Statistics*, 46, 2, 262-271, 2019.

(95) Chantarangsi, W., Liu, W., Bretz, F., Kiatsupaibul, S., and Hayter, A. J., "Normal probability plots with confidence for the residuals in linear regression," *Communications in Statistics, Simulation and Computation,* 47:2, 367-379, 2018.

(94) Kiatsupaibul, S., Hayter, A. J. and Wei, L., "Rank constrained distribution and moment computations," *Computational Statistics and Data Analysis,* 105, 229-242, 2017.

(93) Kiatsupaibul, S., Hayter, A. J., and Somsong, S. "Confidence sets and confidence bands for a beta distribution with applications to credit risk management," *Insurance: Mathematics and Economics*, 75, 98-104, 2017.

(92) Hayter, A. J., Yang, P., and Kiatsupaibul, S., "Win-probabilities for comparing two Weibull distributions," *Quality Technology and Quantitative Management*, 14:1, 1-18, 2017.

(91) Wiwatwattana, N., Hayter, A. J., and Kiatsupaibul, S., "Win-probabilities for comparing two binary outcomes," *Communications in Statistics, Simulation and Computation,* 46 (1), 204-214, 2017.

(90) Liu, W., Han, Y., Wan, F., Bretz, F. and Hayter, A. J., "Simultaneous confidence tubes in multivariate linear regression," *Scandinavian Journal of Statistics,* 43, 879-885, 2016.

(89) Chantarangsi, W., Liu, W., Bretz, F., Kiatsupaibul, S., and Hayter, A. J., "Q-Q plots with confidence for testing Weibull and exponential distributions," *Hacettepe Journal of Mathematics and Statistics,* 45 (3), 887-904, 2016.

(88)  Kwong, K. S., Cheung, S. H., and Hayter, A. J., "Step-up procedures for non-inferiority tests with multiple experimental treatments," *Statistical Methods in Medical Research*, 25 (4), 1290-1302, 2016.

(87)  Hayter, A. J., "Win probabilities for comparing two Poisson variables," *Communications in Statistics, Theory and Methods*, 45 (20), 5966-5976, 2016.

(86)  Hayter, A. J., Kiatsupaibul, S., Napalai, P. and Liu, W., "Simultaneous inferences on the cumulative distribution function of a normal distribution," *Communications in Statistics, Theory and Methods*, 44, 24, 5136-5145, 2015.

(85) Hayter, A. J., "Confidence bounds on the coefficient of variation of a normal distribution with applications to win-probabilities," *Journal of Statistical Computation and Simulation*, 85, 18, 3778-3791, 2015

(84)  Balakrishnan, N., Hayter, A. J., Liu, W. and Kiatsupaibul, S., "Confidence intervals for quantiles of a two-parameter exponential distribution under progressive type-II censoring," *Communications in Statistics, Theory and Methods*, 44, 14, 3001-3010, 2015

(83)  Lin, Y., Hayter, A. J., and Liu, W., "Establishing practical equivalence between three treatments," *Journal of Statistical Theory and Practice*, 9, 3, 600-607, 2015.

(82)  Srimaneekarn, N., Kiatsupaibul, S., Hayter, A. J. and Liu, W., "Estimating drug shelf-life with unknown lot-to-lot variability," *Communications in Statistics, Simulation and Computation,* 44, 8, 2195-2207, 2015.

(81)  Kiatsupaibul, S. and Hayter, A. J., "Recursive confidence band construction for an unknown distribution function," *Biometrical Journal*, 57, 1, 39-51, 2015.

(80)  Chantarangsi, W., Liu, W., Bretz, F., Kiatsupaibul, S., Hayter, A. J. and Wan, F., "Normal probability plots with confidence," *Biometrical Journal,* 57, 1, 52-63, 2015.

(79)  Liu, W., Hsu, J.C., Bretz, F., Hayter, A. J. and Han, Y., "Shelf-life and its estimation in drug stability studies," *Journal of Applied Statistics*, 41, 9, 1989-2000, 2014.

(78)  Hayter, A. J., "Recursive formulas for multinomial probabilities with applications," *Computational Statistics*, 29, 5, 1207-1219, 2014.

(77)  Hayter, A. J. and Kim, J., "Small-sample tests for the equality of two normal cumulative probabilities, coefficients of variations and Sharpe ratios," *Journal of Statistical Theory and Practice*, 9, 23-36, 2015.

(76)  Hayter, A. J. and Kiatsupaibul, S., "Exact inferences for a gamma distribution," *Journal of Quality Technology*, 46, 2, 140-149, 2014.

(75)  Hayter, A. J., "Inferences on linear combinations of normal means with unknown and unequal variances," *Sankhya A*, 76, 2, 257-279, 2014.

(74)  Hayter, A. J., "Simultaneous confidence intervals for several quantiles of an unknown distribution," *The American Statistician*, 68:1, 56-62, 2014.

(73)  Hayter, A. J., "Identifying common normal distributions," *Test*, 23, 1, 135-152, 2014.

(72)  Hayter, A. J., "A new procedure for the Behrens-Fisher problem that guarantees confidence levels," *Journal of Statistical Theory and Practice*, 7, 3, 515-536, 2013.

(71)  Liu, W., Bretz, F., Hayter, A. J. & Glimm, E. "Simultaneous inference for several quantiles of a normal population with applications," *Biometrical Journal*, 55, 360-369, 2013.

(70)  Hayter, A. J. and Lin, Y., "The evaluation of trivariate normal probabilities defined by linear inequalities," *Journal of Statistical Computation and Simulation*, 83, 4, 666-674, 2013.

(69)  Hayter, A. J. and Kiatsupaibul, S., "Exact inferences for a Weibull model," *Quality Engineering*, 25, 2, 175-180, 2013.

(68)  Hayter, A. J., "Inferences on the difference between future observations for comparing two treatments," *Journal of Applied Statistics*, 40, 4, 887–900, 2013.

(67)  Liu, W., Ah-Kine, P., Bretz, F. and Hayter, A. J., "Exact simultaneous confidence intervals for a finite set of contrasts of three, four or five generally correlated normal means," *Computational Statistics and Data Analysis*, 57, 141–148, 2013.

(66)  Kuriki, S., Miwa, T. and Hayter, A. J., "Abstract tubes associated with perturbed polyhedrons with applications to multidimensional normal probability computations," Harmony of Grobner Bases and the Modern Industrial Society, World Scientific Publishing Company, 169–183, 2012.

(65)  Kwong, K. S., Cheung, S. H., Hayter, A. J. and Wen, M., "Extension of three-arm non-inferiority studies to trials with multiple new treatments," *Statistics in Medicine*, 31, 2833–2843, 2012.

(64)  Hayter, A. J., "Win-probabilities for regression models," *Statistical Methodology*, 9, 5, 520–527, 2012.

(63)  Kiatsupaibul, S. and Hayter, A. J., "Dimensional reduction for latent scores modeling using recursive integration," *Journal of Statistical Theory and Practice*, 6, 501–509, 2012.

(62)  Hayter, A. J., "Confidence bands for the reliability function of a two parameter exponential model," *Journal of Quality Technology*, 44, 2, 155–160, 2012.

(61)  Hayter, A. J. and Lin, Y., "The evaluation of two-sided orthant probabilities for a quadrivariate normal distribution," *Computational Statistics*, 27, 3, 459–471, 2012.

(60)  Hayter, A. J., Kiatsupaibul, S., Liu, W., and Wynn, H., "An independence point method of confidence band construction for multiple linear regression models," *Communications in Statistics, Theory and Methods*, 41, 4132–4141, 2012.

(59)  Hayter, A. J., "Recursive integration methodologies with applications to the evaluation of multivariate normal probabilities," *Journal of Statistical Theory and Practice*, 5, 4, 563-589, 2011.

(58)  Tamhane, A. C. and Hayter, A. J., "Selecting the normal population with the smallest coefficient of variation," *American Journal of Mathematical and Management Sciences*, 29, 1 & 2, 31-50, 2009.

(57)  Liu, W., Bretz, F., Hayter, A. J. and Wynn, H. P., "Assessing non-superiority, non-inferiority or equivalence when comparing two regression models over a restricted covariate region," *Biometrics*, 65, 4, 1279-1287, 2009.

(56)  Hayter, A. J., Liu, W. and Ah-Kine, P. "A ray method of confidence band construction for multiple linear regression models," *Journal of Statistical Planning and Inference*, 139, 2, 329-334, 2009.

(55)  Liu, W., Hayter, A. J., Piegorsch, W. W. and Ah-Kine, P., "Comparison of hyperbolic and constant width simultaneous confidence bands in multiple linear regression under MVCS criterion," *Journal of Multivariate Analysis*, 100, 1432-1439, 2009.

(54)  Hayter, A. J., Kim, J. and Liu, W., "Critical point computations for one-sided and two-sided pairwise comparisons of three treatment means," *Computational Statistics and Data Analysis*, 53, 463-470, 2008.

(53)  Lin, C. and Hayter, A. J., "A stepdown procedure with feedback for identifying inferiority among three treatments," *Biometrical Journal*, 50, 5, 884-896, 2008.

(52)  Kim, J. and Hayter, A. J., "Testing the equality of the non-centrality parameters of two non-central t-distributions with identical degrees of freedom," *Communications in Statistics, Simulation and Computation*, 37 (9): 1709-1717, 2008.

(51)  Liu, W., Hayter, A. J. and Wynn, H., "Statistical inferences for linear regression models when the covariates have functional relationships: polynomial regression," *Journal of Statistical Computation and Simulation*, 78, 4, 315-324, 2008.

(50)  Kim, J. and Hayter, A. J., "Efficient confidence interval methodologies for the non-centrality parameter of a non-central t-distribution," *Communication in Statistics, Simulation and Computation*, 37 (4), 660-678, 2008.

(49)  Liu, W. and Hayter, A. J., "Minimum area confidence set optimality for confidence bands in simple linear regression," *Journal of the American Statistical Association*, 102, 477, 181-190, 2007.

(48)  Liu, W., Hayter, A. J. and Wynn, H., "Operability region equivalence: simultaneous confidence bands for the equivalence of two regression models over restricted regions," *Biometrical Journal*, 49, 1, 144-150, 2007.

(47)  Hayter, A. J., "A combination multiple comparisons and subset selection procedure to identify treatments strictly inferior to the best," *Journal of Statistical Planning and Inference*, 137, 7, 2115-2126, 2007.

(46)  Hayter, A. J., Liu, W. and Wynn, H., "Easy-to-construct confidence bands for comparing two simple linear regression lines," *Journal of Statistical Planning and Inference*, 137, 1213-1225, 2007.

(45)  Ganesh, S., Hayter, A.J., Kim, J., Sanford, J., Sprigle, S. and Hoenig, H., "Wheelchair use by veterans newly prescribed a manual wheelchair," *Archives of Physical Medicine and Rehabilitation*, 88, 4, 434-439, 2007.

(44)  Hayter, A. J., Wynn, H. and Liu, W., "Slope modified confidence bands for a simple linear regression model," *Statistical Methodology*, 3, 186-192, 2006.

(43)  Bath, S. K., Hayter, A. J., Cairns, D. A. and Anderson, C., "Characterization of home range using point peeling algorithms," *Journal of Wildlife Management*, 70(2), 422-434, 2006.

(42)  Hayter, A. J., "Recursive integration methodologies with applications," *Journal of Statistical Planning and Inference*, 136, 2284-2296, 2006.

(41)  Tamhane, A. C. and Hayter, A. J., "Comparing variances of several measurement methods using a randomized block design with repeat measurements: a case study," Advances in Ranking and Selection, Multiple Comparisons and Reliability, Birkhauser, 165-178, 2005.

(40)  Miwa, T., Hayter, A. J. and Kuriki, S., "The evaluation of general non-centered orthant probabilities," *Journal of the Royal Statistical Society, Series B*, 65, 223-234, 2003.

(39)  Hayter, A. J., "A probability analysis of the playoff system in sumo tournaments," Recent Advances in Statistical Research and Data Analysis, Springer-Verlag, 2002.

(38)  Kuriki, S., Shimodaira, H. and Hayter, A. J., "On the isotonic range statistic for testing against an ordered alternative," *Journal of Statistical Planning and Inference*, 105(2), 347-362, 2002.

(37)  Koyama, N. and Hayter, A. J., "One-stage and two-stage designs for clinical trials using an indifference zone approach," *Communications in Statistics, Simulation and Computation*, 32, 1, 2002.

(36)  Bretz, F., Hayter, A. J. and Genz, A., "Critical point and power calculations for the studentised range test for generally correlated means," *Journal of Statistical Computation and Simulation*, 71, 85-97, 2001.

(35)  Hayter, A. J., Miwa, T., and Liu, W., "Efficient directional inference methodologies for the comparisons of three ordered treatment effects," *Journal of the Japanese Statistical Society*, 31, 2, 153-174, 2001.

(34)  Sommerville, P., Miwa, T., Liu, W. and Hayter, A. J., "Combining one-sided and two-sided confidence interval procedures for successive comparisons of ordered treatment effects," *Biometrical Journal*, 43, 5, 533-542, 2001.

(33)  Liu, W. and Hayter, A. J., "Selecting and sharpening inferences in simultaneous inference via a Bayesian approach," *Communications in Statistics, Theory and Methods*, 30, 135-145, 2001.

(32)  Liu, W., Miwa, T. and Hayter, A. J., "Simultaneous confidence interval estimation for successive comparisons of ordered treatment effects," *Journal of Statistical Planning and Inference*, vol. 88, 1, 75-86, 2000.

(31)  Hayter, A. J., Miwa, T. and Liu, W., "Combining the advantages of one-sided and two-sided test procedures for comparing several treatments with a control," *Journal of Statistical Planning and Inference*, vol. 86, 1, 81-99, 2000.

(30)  Miwa, T., Hayter, A. J. and Liu, W., "Calculation of level probabilities for normal random variables with unequal variances with applications to Bartholomew's test in unbalanced one-way models," *Computational Statistics and Data Analysis*, vol. 34, 1, 17-32, 2000.

(29)  Hayter, A. J., "Multivariate quality control procedures," Statistical Process Monitoring and Optimization, Marcel Dekker, Inc., 209-222, 1999.

(28)  Miwa, T. and Hayter, A. J., "Combining the advantages of one-sided and two-sided test procedures for comparing several treatment effects," *Journal of the American Statistical Association*, vol. 94, 445, 302-307, 1999.

(27)  Hayter, A. J. and Liu, W., "A test for testing against an umbrella alternative and the associated simultaneous confidence intervals," *Computational Statistics and Data Analysis*, vol. 30, 393-401, 1999.

(26)  Goldsman, D., Hayter, A. J. and Kastner, T., "Multinomial selection procedures with elimination," Advances in Statistical Decision Theory and Applications, 265-274, 1997.

(25)  Hayter, A. J. and Liu, W., "A note on the calculation of some order probabilities," *The American Statistician*, vol. 50, 4, 1996.

(24)  Hayter, A. J. and Chen, V. C. P., "Sensitivity analysis of upper confidence bounds on the range of treatment effects," *Journal of Computational Statistics and Data Analysis*, vol. 23, 257-262, 1996.

(23)  Hayter, A. J. and Liu, W., "Exact calculations for the one-sided studentized range test for testing against a simple ordered alternative," *Journal of Computational Statistics and Data Analysis*, vol. 22, 17-25, 1996.

(22)  Hayter, A. J. and Tsui, K., "Identification and quantification in multivariate quality control problems," *Journal of Quality Technology*, vol. 26, no. 3, 197-208, 1994.

(21)  Hayter, A. J., "On the selection probabilities of two-stage decision procedures," *Journal of Statistical Planning and Inference*, vol. 38, 223-236, 1994.

(20)  Hayter, A. J. and Hsu, J. C., "On the relationship between stepwise decision procedures and confidence sets," *Journal of the American Statistical Association*, vol. 89, 425, 128-136, 1994.

(19)  Hayter, A. J. and Dowling, M., "Experimental designs and emission rate modeling for chamber experiments," *Atmospheric Environment*, vol. 27A, no. 14, 2225-2234, 1993.

(18)  Bofinger, E., Hayter, A. J. and Liu, W., "The construction of upper confidence bounds on the range of several location parameters," *Journal of the American Statistical Association*, vol. 88, no. 423, 906-911, 1993.

(17)  Hirotsu, C., Kuriki, S., and Hayter, A. J., "The multiple comparison procedure based on the maximal component of the cumulative chi-squared statistic," *Biometrika*, vol. 79, 381-392, 1992.

(16)  Hayter, A. J. and Hurn, M., "Power comparisons for tests of the equality of several normal means," *Journal of Statistical Computation and Simulation,* vol. 42, no. 3-4, 173-185, 1992.

(15)  Hayter, A. J. and Liu, W., "A method of power assessment for tests comparing several treatments with a control," *Communications in Statistics, Theory and Methods*, vol. 21, no. 7, 1871-1889, 1992.

(14)  Hayter, A. J. and Liu, W., "Some minimax test procedures for comparing several normal means," Multiple Comparisons in Biostatistics: Current Research in the Topics of C.W. Dunnett, Marcel Dekker, Inc., 137-148, 1992.

(13)  Santner, T. J. and Hayter, A. J., "The least favorable configuration of a two-stage procedure for selecting the largest normal mean," Multiple Comparisons in Biostatistics: Current Research in the Topics of C.W. Dunnett, Marcel Dekker, Inc., 247-265, 1992.

(12)  Hayter, A. J., "Multiple comparisons of three ordered normal means for unbalanced models," *Journal of Computational Statistics and Data Analysis*, vol.13, 153-162, 1992.

(11)  Hayter, A. J. and Stone, G., "Distribution free multiple comparisons for monotonically ordered treatment effects," *Australian Journal of Statistics*, vol. 33, no. 3, 345-346, 1991.

(10)  Bechhofer, R. E., Hayter, A. J. and Tamhane, A. C., "Optimal sample size allocation for selecting the best of several normal populations with known unequal variances," *Journal of Statistical Planning and Inference*, vol. 28, 271-289, 1991.

(9)  Hayter, A. J. and Tamhane, A. C., "Sample size determination for step-down multiple comparison procedures: orthogonal contrasts and comparisons with a control," *Journal of Statistical Planning and Inference*, vol. 27, 271-290, 1991.

(8)  Hayter, A. J., "A one-sided studentized range test for testing against ordered alternatives," *Journal of the American Statistical Association*, vol. 85, 778-785, 1990.

(7)  Hayter, A. J. and Liu, W., "Power assessment for tests of the equality of several proportions," *Communications in Statistics, Theory and Methods*, vol. 19, no. 1, 19-30, 1990.

(6)  Hayter, A. J. and Liu, W., "The power function of the Studentized range test," *The Annals of Statistics*, vol. 18, no. 1, 465-468, 1990.

(5)  Hirotsu, C., Kuriki, S., and Hayter, A. J., "The multiple comparison procedure based on the maximal component of the cumulative chi-squared statistic-calculation of significance probability and its application to dose levels," *Japanese Journal of Applied Statistics*, 18, 129-142, 1989.

(4)  Hayter, A. J., "Selecting the largest mean when the variances are unequal," *Communications in Statistics, Theory and Methods*, vol. 18, no. 4, 1455-1468, 1989.

(3)  Hayter, A. J., "Pairwise comparisons of generally correlated means," *Journal of the American Statistical Association*, vol. 85, 208-213, 1989.

(2)  Hayter, A. J., "The maximum familywise error rate of Fisher's least significant difference test," *Journal of the American Statistical Association*, vol. 81, 1000-1004, 1986.

(1)  Hayter, A. J., "A proof of the conjecture that the Tukey-Kramer multiple comparisons procedure is conservative," *The Annals of Statistics*, vol. 12, 61-75, 1984.

## Book Review

Hayter, A. J., "Book review of Constrained Statistical Inference: Inequality, Order, and Shape Restrictions," by M. J. Silvapulle and P. K. Sen," *Biometrics*, 2005.

## Other Publications

(38)  Hayter, A. J., "Recursive integration methodologies with statistical applications," Proceedings of the Conference on Computational Algebraic Statistics, Theories and Applications, Kyoto, Japan, 2008.

(37)  Lin, C. and Hayter, A. J., "A stepdown procedure with feedback for identifying inferiority among three treatments," Proceedings of the Conference on Probability and Statistics, Kyushuu University, Japan, 2008.

(36)  Hayter, A. J., Lin, C. and Kim, P., "Recent advances in identifying inferior treatments in clinical trials and inferences on non-central t-distributions," Proceedings of the Conference on Several Problems on Statistical Inference, Hokkaido, Japan, 2007.

(35)  Hayter, A. J., Wynn, H. and Liu, W., "Slope modified confidence bands for a simple linear regression model," Proceedings of the Conference on Statistical Theory, Kagoshima, Japan, 2005.

(34)  Miwa, T., Hayter, A. J. and Kuriki, S., "The evaluation of singular orthant probabilities," Proceedings of the Joint Meeting of the Japanese Statistical Societies, Hiroshima, Japan, 2005.

(33)  Miwa, T., Hayter, A. J. and Kuriki, S., "The dissection of polyhedral cones and its application to the evaluation of multi-normal probabilities," Proceedings of the 54th Session of the International Statistical Institute, 2003.

(32)  Hayter, A. J. "Evaluating high dimensional probability expressions using recursive integration," Proceedings of the Yokohama University Statistics Colloquium, 2003.

(31)  Hayter, A. J. "The evaluation of multivariate normal probabilities," Proceedings of the Chiba University Workshop on Computational Statistics, 2002.

(30)  Miwa, T., Hayter, A. J. and Kuriki, S., "The efficient calculation of non-centered orthant probabilities," Proceedings of the 69th Annual Meeting of the Japan Statistical Society, 2001.

(29) Miwa, T., and Hayter, A. J., "Combining the advantages of one-sided and two sided procedures for environmental risk assessment." Proceedings of the International Conference on Statistical Challenges in Environmental Health Problems, 2001.

(28)  Miwa, T., Hayter, A. J. and Kuriki, S., "The calculation of non-centered orthant probabilities," Proceeding of the 53rd Session of the International Statistics Institute, Korea, 2001.

(27)  Miwa, T., Hayter, A. J. and Kuriki, S., "Efficient computation of high dimensional integral expressions," Proceedings of the 15th Annual Meeting of the Japanese Society of Computational Statistics, Okayama, 2001.

(26)  Miwa, T., Hayter, A. J. and Kuriki, S., "Simultaneous inference, recursive integration and the evaluation of multivariate normal probabilities," Proceedings of the 3rd Hakata Symposium on Statistics, Fukuoka, 2000.

(25)  Miwa, T., Hayter, A. J. and Kuriki, S., "The evaluation of multivariate normal probabilities," Proceedings of the Annual Conference of the Japan Society of Applied Statistics, Kobe, 2000.

(24)  Miwa, T., Hayter, A. J. and Kuriki, S., "Recursive integration techniques and cone dissections," Proceedings of the Symposium on New Developments in Multivariate Analysis and Asymptotic Theory, Hiroshima, 2000.

(23)  Hayter, A. J., "Some probability calculation concerning the playoff system in sumo tournaments," Proceedings of the Institute of Statistical Mathematics Symposium, Tokyo, 2000.

(22)  Hayter, A. J. and Miwa, T., "Multiple comparisons for non-linear dose response models," Proceedings of the Annual Meeting of the Japanese Statistical Society, Sapporo, Japan, 2000.

(21)  Miwa, T. and Hayter, A. J., "The general procedure for combining one-sided and two-sided confidence intervals of the means of correlated normal random variables," Proceedings of the Institute of Statistical Mathematics Symposium, Tokyo, 2000.

(20)  Miwa, T. and Hayter, A. J., "The null distribution of Bartholomew's test in unbalanced models," Proceedings of the 7th Japan-China Symposium on Statistics, Tokyo, 2000.

(19)  Miwa, T., Hayter, A. J. and Liu, W., "Calculation of Bartholomew's tests for ordered alternatives in unbalanced one-way models," Proceedings of the 20th International Biometric Conference, San Francisco, 2000.

(18)  Hayter, A. J., Miwa, T. and Liu, W., "Combining the advantages of one-sided and two-sided multiple comparison procedures," Proceedings of the 2nd International Conference on Multiple Comparisons, Berlin, Germany, 2000.

(17)  Miwa, T., Hayter, A. J. and Liu, W., "Exact calculations of the level probabilities in the unbalanced one-way models with applications to Bartholomew's test," Proceedings of the 2nd International Conference on Multiple Comparisons, Berlin, Germany, 2000.

(16)  Hayter, A. J. and Miwa, T., "General procedure for combining the advantages of one-sided and two-sided confidence intervals in comparisons between ordered treatments," Proceedings of the East Asia Statistics Meeting, Tokyo, 2000.

(15)  Miwa, T. and Hayter, A. J., "Analysis of non-linear dose response models," Proceedings of the Conference on Non-Linear Modeling, Matsuyama, Japan, 2000.

(14)  Hayter, A. J., Miwa, T. and Liu, W., "Combining one-sided and two-sided simultaneous confidence intervals for comparisons against a control," Proceedings of the International Statistics Institute Bi-annual Meeting, Helsinki, Finland, 1999.

(13)  Hayter, A. J., Miwa, T. and Liu, W., "Combining one-sided and two-sided inference procedures," Proceedings of the Annual Conference of the Japanese Applied Statistics and Biometric Society, Tokyo, 1999.

(12)  Miwa, T., Hayter, A. J. and Liu, W., "Calculation of level probabilities for normal random variables with unequal variances," Proceedings of the 13th Annual Meeting of the Japanese Computational Statistics Society, Hyogo, Japan, 1999.

(11)  Miwa, T. and Hayter, A. J., "Combining one-sided and two-sided confidence intervals for ordered treatments," Proceedings of the XIXth International Biometric Conference, Cape Town, South Africa, 1998.

(10)  Miwa, T. and Hayter, A. J., "Combining directional inference procedures for all pairwise comparisons of treatment effects," Proceedings of the Annual Conference of the Japanese Applied Statistics and Biometric Society, Tokyo, 1998.

(9)  Hayter, A. J., Miwa, T. and Liu, W., "One-sided and two-sided combinations for comparisons with a control," Proceedings of the Conference on Statistical Testing, Kumamoto, Japan, 1998.

(8) Kuriki, S., Shimodaira, H. and Hayter, A. J., "The isotonic range statistic," Proceedings of the Conference on Statistical Modeling, Osaka, Japan, 1998.

(7)  Miwa, T. and Hayter, A. J., "Bartholomew's test in unbalanced settings," Proceedings of the Annual Conference of the Japanese Statistical Society, 1998.

(6)  Miwa, T. and Hayter, A. J., "Combining one-sided and two-sided effects for pairwise comparisons of means," Proceedings of the Annual Conference of the Japanese Statistical Society, 1998.

(5)  Hayter, A. J., "On the pairwise comparisons of means," Proceedings of the Conference on Statistical Inference, Tokyo, 1997.

(4)  Hayter, A. J., "Recent Advances in Multivariate Quality Control Procedures," International Conference on Quality, Yokohama, 1996, 1017-1020.

(3)  Hayter, A. J. and Bush, H. M., "Nonparametric multivariate quality control procedures," International Conference on Statistical Methods and Statistical Computing for Quality and Productivity Improvement, Seoul, 1995, 225-235.

(2)  Hayter, A. J. and Chen, V. C. P., "Upper confidence bounds on the range of treatment effects," Statistics in Industry, Science & Technology, Tokyo, 1994, 340-345.

(1)  Hayter, A. J. and Turnbull, B. W., "A forward stochastic approximation procedure for scheduling sacrifices in tumorigenicity studies," Proceedings of the Biopharmaceutical Section, Annual meeting of the American Statistical Association, 126-131, 1985.

## Other Conference Presentations

(37)  Hayter, A. J., "Efficient Computation for Stochastic Behavior Problems," International Workshop on Marketing and Data Science, Tohoku, Japan, 2019.

(36)  Chantarangsi, W., Liu, W., Bretz, F., Kiatsupaibul, S., and Hayter, A. J., "Normal Probability Plots with Confidence for the Residuals in Linear Regression," The International Conference on Applied Statistics, Phuket, Thailand, 2016.

(35)  Hayter, A. J. "Simultaneous confidence intervals for several quantiles of an unknown distribution," 4th Institute of Mathematical Statistics Asia Pacific Rim Meeting, Chinese University of Hong Kong, Hong Kong, 2016.

(34)  Hayter, A. J., "Recursive integration methodologies with applications to multiple comparisons," 9th International Chinese Statistical Association International Conference: Challenges of Statistical Methods for Interdisciplinary Research and Big Data, Hong Kong, 2013.

(33)  Liu, W., Chantarangsi, W., Bretz, F., Kiatsupaibul, S. and Hayter, A. J., "Normal probability plots with confidence," 8th International Conference on Multiple Comparison Procedures, University of Southampton, UK, 2013.

(32)  Hayter, A. J., "Recursive integration methodologies with applications to multiple comparisons," 8th International Conference on Multiple Comparison Procedures, University of Southampton, UK, 2013.

(31)  Kiatsupaibul, S. and Hayter, A. J., "Dimensional Reduction for Latent Scores Modeling using Recursive Integration and Applications to Credit Risk Rating Models," International Symposium on Business and Industrial Statistics, Thailand, 2012.

(30)  Hayter, A. J., "Credit Risk Rating Evaluations in Thailand," Conference on Building Partnerships in South East Asia: Opportunities and Challenges for the U.S., Vietnam, 2012.

(29)  Liu, W., Bretz, F., Hayter, A. J., and Glimm, E., "Simultaneous inference for several quantiles of a normal population with applications," Multiple Comparisons Procedures Conference, Washington D.C., 2011.

(28)  Hayter, A.J., "Using data to make good management decisions," XVII International Symposium on Mathematical Methods Applied to the Sciences, San Jose, Costa Rica, 2010.

(27)  Hayter, A. J., "Choosing the right statistical methodology," Makarere University Business School 14th Annual International Management Conference, Kampala, Uganda, 2009.

(26)  Hayter, A. J., "Using data to make good management decisions," International Conference on Advanced Data Analysis, Business Analytics, and Intelligence, Ahmedabad, India, 2009.

(25)  Liu, W., Bretz, F., Hayter, A. J., Jamshidian, M., Wynn, H. P. and Zhang, Y. "Simultaneous confidence bands for regression analysis," International Conference on Multiple Comparisons Procedures, Japan, 2009.

(24)  Liu, W., Bretz, F., Hayter, A.J., Jamshidian, M., Wynn, H.P. and Zhang, Y. "Simultaneous confidence bands for regression analysis," Novartis, Switzerland, 2008.

(23)  Lin, C. and Hayter, A. J., "A stepdown procedure with feedback for identifying inferiority among three treatments,"  4th World Conference of the International Association for Statistical Computing, Yokohama, 2008.

(22)  Hayter, A. J. and Lin, C., "Recent advances in identifying inferior treatments in clinical trials," East Asia Regional Biometric Conference, Tokyo, 2007.

(21)  Liu, W. and Hayter, A. J., "Minimum area confidence set optimality for confidence bands in simple linear regression," 5th International Conference on Multiple Comparisons, 2007.

(20)  Ganesh, S., Hayter, A. J., Kim, J., Sanford, J., Sprigle, S. and Hoenig, H., "Manual wheelchair use by community dwelling and institutionalized veterans," Conference of the American Geriatrics Society, 2006.

(19)  Ganesh, S., Hayter, A. J., Kim, J., Sanford, J., Sprigle, S. and Hoenig, H., "Manual wheelchair use by community dwelling and institutionalized veterans," Conference of the American Academy of Physical Medicine and Rehabilitation, 2005.

(18)  Liu, W., Hayter, A. J. and Wynn, H., "Recent advances in confidence band construction and inferences," Multiple Comparisons Procedures Conference, Shanghai, 2005.

(17)  Miwa, T., Hayter, A. J. and Kuriki, S., "The evaluation of normal orthant probabilities with singular correlation matrices," Multiple Comparisons Procedures Conference, Shanghai, 2005.

(16)  Miwa, T., Hayter, A. J. and Kuriki, S., "The efficient evaluation of multi-dimensional normal distribution functions," Annual Meeting of the American Statistical Association, 2002.

(15)  Miwa, T., Hayter, A. J. and Kuriki, S., "The efficient evaluation of multi-dimensional normal distribution functions," Multiple Comparisons Meeting, 2002.

(14)  Hayter, A. J., Miwa, T. and Liu, W., "Combining the advantages of one-sided and two-sided procedures for comparing treatments with a control," Statistical Conference, Ohio State University, 1999.

(13)  Hayter, A. J., "Recent advances in combining directional inferences," German Biometric Society Annual Meeting, 1998.

(12)  Hayter, A. J., "On the pairwise comparisons of treatment effects," Keynote Lecture, German Biometric Society Annual Meeting, 1998.

(11)  Hayter, A. J., "Power functions of permutation invariant test procedures," International Conference on Combinatorics and Statistical Sciences, Tokyo, 1998.

(10)  Hayter, A. J., "On the pairwise comparisons of means," Conference on Statistical Inference, Tokyo, 1997.

(9)  Hayter, A. J., "Recent advances in multivariate quality control," International Conference on Multivariate Data, Hiroshima, 1997.

(8)  Hayter, A. J. and Dowling, M., "Experimental designs and emission rate modeling for chamber experiments," 6th International Environmetrics Conference, Kuala Lumpur, 1995.

(7)  Hayter, A. J. and Liu, W., "Exact calculations for the one-sided studentized range test for testing against a simple ordered alternative," American Statistical Association Annual Meeting, Orlando, 1995.

(6)  Hayter, A. J., "On the selection probabilities of two-stage decision procedures," Conference on Multiple Decision Theory and Related Topics, Purdue University, 1995.

(5)  Hayter, A. J. and Chen, V.C.P., "Assessing the Equivalence of Several Treatment Means," Research Conference on Statistics in Industry and Technology, Institute of Mathematical Statistics, Chapel Hill, 1994.

(4)  Hayter, A. J. and Tsui, K., "Identification and quantification in multivariate quality control problems," 11th Annual Quality and Productivity Research Conference, Rochester, 1994.

(3)  Hayter, A. J., "Identification and quantification in quality control," American Statistical Association Winter Meeting, Atlanta, 1994.

(2)  Hayter, A. J., "The construction of upper confidence bounds on the range of several location parameters," American Statistical Association Annual Meeting, San Francisco, 1993.

(1)  Hayter, A. J., "The conservative nature of the studentized range multiple comparisons procedure," Aarhus University, Denmark, 1989.

## Professional and Corporate Relations

Site Review Team Member at the National Institutes of Health.  Review of scientific procedures and management of the Division of Epidemiology, Statistics and Prevention Research at the National Institute of Child Health and Human Development, 2008.

Workshop for business leaders on "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today - how they can help you if you have them, or hurt you if you don't have them."
Module 1 – Using Data Effectively
Module 2 – The Data Analyst's Toolbox – Extracting Information from Data
Module 3 – Building Models for Understanding and Prediction
Module 4 – What can Probability Theory do for You?
Module 5 – Ethical Considerations in Probability and Statistics.

Five week Executive MBA class on "Quantitative Analytical Skills."

## Editorial and Review Work for Journals

Associate Editor of the "Annals of the Institute of Statistical Mathematics," 2002-2015.

Associate Editor of the "Journal of the Japanese Statistical Society," 2001-2008.

Associate Editor of the "Journal of Statistical Computation and Simulation," 1997-2001.

**Referee work for the following journals:**
Annals of Statistics, Biometrical Journal, Biometrics, Biometrika, BMC Medical Research Methodology, British Journal of Mathematical and Statistical Psychology, Canadian Journal of Statistics, Communications in Statistics - Simulation and Computation, Communications in Statistics – Theory and Methods, Complexity, Discrete Dynamics in Nature and Society, IIE Transactions, Computational Statistics and Data Analysis, Entropy, International Journal of Production Research, Iranian Journal of Science and Technology, Journal of Applied Mathematics and Decision Sciences, Journal of Applied Statistics, Journal of Business & Economic Statistics, Journal of Computational and Graphical Statistics, Journal of Nonparametric Statistics, Journal of Quality Technology, Journal of Risk and Financial Management, Journal of Statistical Computation and Simulation, Journal of Statistical Planning and Inference, Journal of Statistical Theory and Practice, Journal of the American Statistical Association, Journal of the Royal Statistical Society, Mathematical Population Studies, Mathematical Problems in Engineering, Metrika, Metron, Multidiscipline Modeling in Materials and Structures, Psychometrics, Risks, Scandinavian Journal of Statistics, Statistical Methodology, Statistical Papers, Statistics, Statistics and Decisions, Statistics and Probability

Letters, Statistics in Medicine, Symmetry, Technometrics, TEST, The American Statistician, Transactions on Neural Systems & Rehabilitation Engineering.

## Invited Seminars and Presentations

(101) Chulalongkorn University, Thailand, "Business Applications of Data Science," 2021.

(100) University of Adelaide, Australia, "Efficient High Dimensional Computation for Statistical Problems and Win-Probabilities," 2020.

(99) University of Queensland, Australia, "Statistical Inferences for High Dimensional Problems and Win-Probabilities," 2019.

(98) Canberra University, Australia, "Recursive Computational Methodologies and Win-Probabilities," 2019.

(97) University of Sydney, Australia, "Recent Advances in Statistical Inference and Computational Methodologies," 2019.

(96) Chulalongkorn University, Thailand, "Business Applications of Data Science," 2019.

(95) Tohoku University, Japan, "Recent Advances in Statistical Inference and Computational Methodologies," 2019.

(94) Mahidol University, Thailand, "Introduction to Biostatistics," 2019.

(93) University of Manchester, England, "Recent Advances in Statistical Inference and Computational Methodologies," 2018.

(92) King Monkut Institute of Technology, Thailand, "Case Studies in Statistical Analysis," 2018.

(91) National University of Singapore, "Recent Advances in Statistical Inference and Computational Methodologies," 2018.

(90) Titu Maiorescu University, Romania, "The Importance of Data Skills in the Business World Today," 2018.

(89) Lancaster University, England, "Recent Advances in Statistical Inference and Computational Methodologies," 2017.

(88)  Universiti Tunku Abdul Rahman, Malaysia, "Business Analytics for Today's Global Business Environment," 2016.

(87)  Mahidol University International College, Thailand, "Conducting and Publishing Quantitative Research," 2015.

(86)  Chulalongkorn University, Thailand, "Data Analysis Strategies for Business Success," 2015.

(85)  Chulalongkorn University Business School 75th Year Anniversary Special Lecture, Thailand, "Business Analytics," 2014.

(84)  Yonsei University, Korea, "Recent Advances in Statistical Inference and Computational Methodologies," 2014.

(83)  Kyung Hee University, Korea, "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today," 2014.

(82)  Khon Kaen University, Thailand, "Regression Analysis and Financial Modeling," 2013.

(81)  Kyushu University, Japan, "Recent Advances in Statistical Inference and Computational Methodologies," 2013.

(80)  Acadia University, Canada, "Win-Probabilities for Regression Models, Modeling Financial Credit Ratings, and Efficient Computational Methodologies," 2012.

(79)  Dalhousie University, Canada, "Recent Advances in Statistical Inference and Computational Methodologies," 2012.

(78)  National Institute of Development Administration, Thailand, "The Importance of Business Analytics for Management Today," 2012.

(77)  Khon Kaen University, Thailand, "Selecting Statistical Methodologies for Business Research," 2012.

(76)  Sasin Graduate Institute of Business Administration, Thailand, "Modelling Financial Credit Scores," 2012.

(75)  Mahidol University International College, Thailand, "Data Analytics and Business Information in the Global Arena," 2012.

(74)  Yuan Ze University, Taiwan, "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today," 2011.

(73)  Universiti Tunku Abdul Rahman, Malaysia, "Examples of Quantitative Analyses in Business Decision Making," 2011.

(72)  Singapore Management University, "Topics in Statistical Inference: Confidence bands for regression models and recursive integration methodologies," 2011.

(71)  Institute of Statistical Mathematics, Tokyo, "The Application of Data Oriented Approaches for Business," Workshop on Data-centric Human and Social Informatics, Tokyo, Japan, 2011.

(70)  Chulalongkorn University, Thailand, "Recent Advances in Confidence Band Construction for Regression Lines," 2010.

(69)  Ritsumeikan Asia Pacific University, Oita, Japan, "The Importance of Quantitative Skills in Business Decision Making," 2010.

(68)  Chulalongkorn University, Thailand, "The Importance of Quantitative Skills in Business Decision Making," 2009.

(67)  Thammasat University, Thailand, "How to use Data from CMMI to make Better Decisions," 2009.

(66)  Sophia University, Japan, "The Importance of Quantitative Skills in Business Decision Making," 2009.

(65)  India Institute of Technology, Mumbai, "Topics in Inferential Statistics," 2009.

(64)  Santa Clara University, "The Challenges Facing Business Schools," 2009.

(63)  Adelphi University, "The Challenges Facing Business Schools," 2008.

(62)  Osaka Institute of Technology, "Using Data for Better Decision Making," 2008.

(61)  Moffitt Cancer Center & Research Institute, University of South Florida, "Recent Advances in Inferior Treatments in Clinical Trials," 2008.

(60)  National Statistics Center of Japan, "Comparisons of Statistical Use Around the World," 2007.

(59)  Tsukuba University Business School, Japan, "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today," 2007.

(58)  Sophia University, Japan, "Statistical analysis of rolling mills in the steel industry, recursive integration methodologies, and detecting inferior drugs," 2007.

(57)  United States Air Force Academy, "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today," 2007.

(56)  Colorado State University, "Statistical Analysis of Rolling Mills in the Steel Industry, Recursive Integration Methodologies, Inferences on the Non-Centrality Parameter of a Non-Central t-Distribution, and Detecting Inferior Drugs," 2007.

(55)  University of New Mexico, "Applications and Misapplications of Probability and Statistics," 2007.

(54)  Los Alamos National Laboratory, "Applications and Misapplications of Probability and Statistics," 2007.

(53)  University of Denver, "Applications and Misapplications of Probability and Statistics," 2005.

(52)  Macalester University, "Applications and Misapplications of Probability and Statistics," 2005.

(51)  Bentley College, "Applications and Misapplications of Probability and Statistics," 2005.

(50)  Kennesaw State University, Sigma Xi Chapter, "Applications and Misapplications of Probability and Statistics," 2005.

(49)  Washington State University, "The Evaluation of Multivariate Normal Orthant Probabilities," 2002.

(48)  Institute of Statistical Mathematics, Japan, "Introduction to Multiple Comparisons and Simultaneous Inference," 2000.

(47)  Atomic Radiation Research Laboratory, Hiroshima Medical University, "Multiple Comparisons and Simultaneous Inference," 2000.

(46)  Okayama University, Japan, "Introduction to Multiple Comparisons and Recent Research Results," 2000.

(45)  Institute of Statistical Mathematics, Japan, "Non-linear Dose Response Analysis," 2000.

(44)  Radiation Effects Research Foundation, Japan, "An Overview of Simultaneous Inference Procedures," 1999.

(43)  Institute of Statistical Mathematics, Japan, "Decision Theoretic Approaches to Binary Response Data in Reliability Studies," 1998.

(42)  Institute of Statistical Mathematics, Japan, "Combining One-sided and Two-sided Inference Procedures," 1998.

(41)  Seoul National Polytechnic University, "Current Trends in Industrial Engineering," 1998.

(40)  Seoul National University, "Recent Advances in Multivariate Quality Control," 1998.

(39)  Institute of Statistical Mathematics, Japan, "On the Pairwise Comparisons of Means," 1997.

(38)  Tsukuba University, Japan, "Combining the Advantages of One-sided and Two-sided Inference Methods," 1997.

(37)  Hiroshima University, Japan, "Recent Advances in Multivariate Quality Control," 1997.

(36)  Tsukuba University, Japan, "On the Selection Probabilities of Two-Stage Procedures," 1997.

(35)  National Institute of Environmental Agriculture, Japan, "Multiple Comparison Procedures," 1997.

(34)  University of Tokyo, "On the Selection Probabilities of Two-stage Decision Procedures," 1997.

(33)  United States Military Academy, West Point, N.Y., "Applications of Probability and Statistics," 1997.

(32)  Institute of Statistical Mathematics, Japan, "On the Selection Probabilities of Two-Stage Decision Procedures," 1997.

(31)  Institute of Statistical Mathematics, Japan, "Customized Confidence Set Construction," 1996.

(30)  University of South Alabama, "Customized Confidence Set Construction," 1996.

(29)  Clemson University, "Customized Confidence Set Construction," 1996.

(28)  University of Alabama-Huntsville, "Recent Advances in Multivariate Quality Control," 1996.

(27)  University of North Carolina-Charlotte, "Recent Advances in Multivariate Quality Control," 1996.

(26)  University of Central Florida, "Customized Confidence Set Construction," 1996.

(25)  University of Singapore, "Confidence Set Construction for Stepwise Decision Procedures," 1995.

(24)  University of Georgia, "Confidence Set Construction for Stepwise Decision Procedures," 1992.

(23)  University of South Carolina, "Confidence Set Construction for Stepwise Decision Procedures," 1992.

(22)  Northwestern University, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1991.

(21)  Georgia Institute of Technology, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1991.

(20)  McMaster University, Canada, "Minimax Test Procedures for Comparing Several Location Parameters," 1991.

(19)  University of Georgia, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1991.

(18)  Ohio State University, "A One-Sided Studentized Range Test for Comparing Several Ordered Location parameters," 1991.

(17)  Rice University, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1990.

(16)  Trier University, Germany, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1990.

(15)  City University, England, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1990.

(14)  Cambridge University, England, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1989.

(13)  National Central University, Taiwan, "Minimax Test Procedures for Comparing Several Location Parameters," 1988.

(12)  Tsing-hua University, Taiwan, "Power Assessment of Tests Comparing Several Treatments with a Control," 1988.

(11)  Hiroshima University, Japan, "Minimax Test Procedures for Comparing Several Location Parameters," 1988.

(10)  Keio University, Japan, "Power Assessment of Tests Comparing Several Treatments with a Control," 1988.

(9)  Osaka University, Japan, "Minimax Test Procedures for Comparing Several Location Parameters," 1988.

(8)  Tokyo University, Japan, "Power Assessment of Tests Comparing Several Treatments with a Control," 1988.

(7)  Tokyo University, Japan, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1988.

(6)  Bath University, England, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1987.

(5)  National Central University, Taiwan, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1986.

(4)  Cheng-Kung University, Taiwan, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1986.

(3)  Tsing-hua University, Taiwan, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1986.

(2)  Imperial College, England, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1984.

(1)  Cornell University, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1983.


## **External Examiner**

Examiner for the Thailand-Unites States Educational Foundation (Fulbright) Open Competition Scholarship Program, 2014.

External Examiner for the MBA program, *Universiti Tunku Abdul Rahman*, Malaysia, 2011-2018.

Examiner for the doctoral dissertation of Zamir Hussain, "Flood Frequency Analysis of River Systems of Pakistan, Using L-Moments," *Bahauddin Zakariya University*, Pakistan, 2012.

Examiner for the doctoral dissertation of Alia Sajjad, "Optimality in Sparse Block Designs," *Quaid-I-Azam University*, Pakistan, 2010.

External faculty evaluator, *Bahauddin Zakariya University*, Pakistan, 2010.

Panel of expert member for the purpose of evaluation of candidates for faculty positions, *Quaid-i-Azam University*, Pakistan, 2010.

Examiner for the doctoral dissertation of Muhammad Zakaria, "Stochastic Models for the Population of Pakistan," *Allama Iqbal Open University*, Pakistan, 2010.

Examiner for the doctoral dissertation of Saima Altaf, "Statistical Analysis of Paired Comparison Models Through Bayesian Approach," *Quaid-i-Azam University*, Pakistan, 2009.

Examiner for the doctoral dissertation of Muhammed Saleem, "Bayesian Analysis of Mixture Distributions," *Quaid-i-Azam University*, Pakistan, 2009.

Examiner for the doctoral dissertation of N. Koyama, "Experimental Designs for Clinical Trials," *Institute of Statistical Mathematics*, Tokyo, Japan, 2000.

Examiner for the doctoral dissertation of Chandra Kumar Biswas, "Design of Multivariate Statistical Process Control Charts with Statistical and Economic Approaches," *Indian Institute of Technology*, India, 1998.

## **Selected Recent College Activities**

Scholarship of Research Award, Daniels College of Business, 2012 and 2015.

Development and teaching of new MBA, PMBA and EMBA quantitative courses.

Teaching and organization of pre-course workshops for the MBA quantitative course.

Developed and marketed a new Masters Degree in Business Intelligence in collaboration with the Information Technology and Marketing departments.

Committee member for High Quality Scholarship.  Finding ways to develop and encourage the College's research activities.

Presentation on "Teaching Effectiveness" at the New Faculty Orientation.

## Ph.D. Students Supervised

Chen-ju Lin, 2007, "New methods for eliminating inferior treatments in clinical trials."

Jongphil Kim, 2007, "Efficient confidence interval methodologies for the non-centrality parameters of non-central t-distributions."

Generazio Hoa, 2000, "Disaggregation from Constructive to Virtual Combat Simulations."

Tom Kastner, 1997, "Multinomial Selection with Elimination."

Philip DeCamp, 1997, "Efficiency of Nonparametric Confidence Intervals."

Helen Bush, 1996, "Nonparametric Multivariate Quality Control."

Jennifer Robinson, 1996, "The Construction of Joint Confidence Sets for the Comparison of Two Exponential Distributions."

Wei Liu, 1990, "Power Analysis of Multiple Comparisons Procedures."

## Master Thesis Students Supervised

Andy Napoli, 1996, "An Assessment of Current Statistical Analysis in Published Engineering Research."

Merilee Hurn, 1989, "A Study of the Power Functions of some Optimal Simultaneous Inference Procedures by Exact Evaluation and Simulation Techniques."

## Ph.D. Student Committee Member

Rebecca Yew Ming Yian, 2019, "Governance as a Critical Element for Driving Excellence in Charity Sector in Malaysia." Institute of Postgraduate Studies & Research, Universiti Tunku Abdul Rahman, Malaysia.

Faryal Younis, 2018, "Use of Adaptive Cluster Sampling under Different Sampling Designs." Department of Statistics, Quaid-i-Azam University, Islamabad, Pakistan.

Sudhashini A/P Senggaravellu, 2018, "Push and Pull Factors and the Relationship between Lecturer's Job Satisfaction and Turnover Intention." Institute of Postgraduate Studies & Research, Universiti Tunku Abdul Rahman, Malaysia.

Low Mei Peng, 2016, "Linking Entrepreneurial Orientation and Internal Corporate Social Responsibility to Turnover Intention in Small Medium Sized Enterprises." Institute of Postgraduate Studies & Research, Universiti Tunku Abdul Rahman, Malaysia.

Cham Tat Huei, 2016, "An Integrated Framework for Brand Image, Healthcare Service Quality, Patient Trust, Perceived Value, Patient Satisfaction and Behavioral Intention: Evidence from Medical Tourism of Malaysia." Institute of Postgraduate Studies & Research, Universiti Tunku Abdul Rahman, Malaysia.

Zachary Loftus, 2012, "Additive Manufacturing Process for Titanium Components in Space Applications," *School of Mechanical Engineering.*

Seung Oh Lee, 2006, "Modeling of Local Scour Around Bridge Piers," *Environmental Fluid Mechanics and Water Resource Group, School of Civil and Environmental Engineering.*

Ilya Lavrik, 2005, "Novel Wavelet-based Statistical Methods with Applications in Classification, Shrinkage, and Nano-scale Image Analysis."

Seungmook Chae, 2004, "Effect of Follower Forces on Aeroelastic Stability of Flexible Structures." *School of Aerospace Engineering.*

Gwen Malone, 2004, "Bernoulli and Multinomial Ranking and Selection Procedures."

Hyoungtae Kim, 2004, "Load Sharing and Decisions under Uncertainties in Logistics Operations."

Jennifer Muncy, 2003, "Predictive Failure Model of Flip Chip On Board Component Level Assemblies." *School of Mechanical Engineering.*

Glenn Miller, 2003, "Predictive Inference Methods."

Debora Daberkow, 2002, "A Formulation of Metamodel Implementation Processes for Complex Systems Design." *School of Aerospace Engineering*.

Evelyn Wu, 2000, "Analysis of Traffic Crash Data." *School of Civil and Environmental Engineering.*

Chien-ho Hung, 1999, "Development of Leading Models of Metallic Contaminants Solidified by Cement Using Time Series Analysis." *School of Civil and Environmental Engineering.*

Chris Fowler, 1997, "Heuristic Solution Performance for the Uncapacitated Facility Location Problem with Uncertain Data."

Carolina Barcenas, 1996, "Geometric Tolerance Verification - a Quality Oriented Approach."

Karen Emmanual, 1996, "Multivariate Control Charts for Autocorrelated data."

Saliu Ur Rehman, 1995, "Semiparametric Modeling of Cross-semivariograms."


## M.S. Students Committee Member

Chutimon Sindhuprama, 2017, "Statistical Inference based on Imperfect Ranking from Concomitant Variables and its Application in Portfolio Selection."  Department of Statistics, Chulalongkorn University, Thailand.

Sawanya Poongoen, 2015, "A Comparison of Variable Screening Methods for Hierarchical Testing of High-Dimensional Regression Coefficients."  Department of Statistics, Chulalongkorn University, Thailand.

Chaiyanun Tharasuke, 2012, "A Computational Method for Ordinal Probit Regression based on Polar Metropolis".  Department of Statistics, Chulalongkorn University, Thailand.

Natchalee Srimaneekarn, 2012, "A Development of Drug Expiration Prediction Model". Department of Statistics, Chulalongkorn University, Thailand.

Rebekah Kovarik, 2010, "An Experimental Study of Optical Adhesive Bonds Subjected to Thermal Cycling Environments."  *School of Mechanical Engineering.*

Tadashi Watanabe, 2009, "Japan's Preventive Strategy: The National Defense Program Guidelines in and after FY 2010." *School of International Studies.*

Jim Gigrich, 1997, "Comparison of Silver-Meal and Wagner-Whiten Procedures for Material Requirements Planning Under Varying Demand."

Dennis Day, 1997, "Minimization of Cost and Target Escapes in Combat Models Using the Multivariate Polya Distribution."

Chris Combs, 1996, "Non-Newtonian Conversion of Type II Emulsion Liquid Membranes." *School of Chemical Engineering*.

Bernd F. Schliemann, 1996, "Analysis and Modeling of the Initiative Tenet of Current Army Operations Doctrine."

Tasha Williams, 1995, "A Comparison of Selection Procedures for the Best Mean from a Set of Normal Populations."

Eric Wiedemann, 1995, "Reducing Variance between two Systems by Inducing Correlation."

John Picciuto, 1994, "Using Lp-norm Standardized Time Series Variance Estimators for Output Analysis of Simulations."

Tim Petit, 1994, "A Robustness Study of Gupta's Subset Selection Procedure."
Susan Robertson, 1993, "Usability and Viability of the Dynamic Help Toolkit."

## **Post-Doctoral Student Supervision**

Supervisor of post-doctoral student Youngshin Park, support by a grant from the Korea Science and Engineering Foundation, 2001.

Attachment 2

Previous Expert Witness Testimonies of

Dr. Anthony Hayter

within the Past 4 years.

# **Previous expert witness testimonies of Dr. Anthony Hayter within the past 4 years.**

(1)  Nordica Condominium Association, Inc. versus Grand Marquis, LLC, et al.

Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

Case No.: 19-004584 CA 01 (43).

Deposition: March 27th, 2021.


(2)  Blue Dog at 399, Inc. versus Seyfarth Shaw, LLP, et al.

United States Bankruptcy Court.

Southern District of New York.

Case No.: 19-1029-mew.

Deposition: March 10th, 2021.


(3)  Darrell Eden versus Bradley County et al.

United States District Court for the Eastern District of Tennessee at Chattanooga.

Case No.: 1:18-cv-00217-JRG-CHS.

Deposition: January 11th, 2021.

(4)  Montage Condominium Association versus Shea Homes at Montage, Inc.

Judicial Arbitration and Mediation Services, San Francisco, California.

Case No. 1100090956.

Deposition: August 3rd, 2020.


(5)  Melosh, et al. versus Western Pacific Housing, Inc.

Judicial Arbitration and Mediation Services, Santa Clara, Northern California.

Case No. 1100091610.

Deposition: March 9th, 2020.


(6)  SH 130 Concession Company, LLC, versus Central Texas Highway Constructors, LLC, et al.

International Chamber of Commerce, International Court of Arbitration.

ICC Matter No. 23164/MK.

Deposition: February 17th, 2020.

Arbitration testimony: August 19th, 2020.


(7)  Gilreath versus Fiat Chrysler Automobiles US LLC, et al.

Court of Common Pleas, Butler County, Ohio.

Case No. CV 2018 07 1583.

Deposition: October 18th, 2019.

(8)  Maldonado, et al. versus Apple, Inc., et al.

United States District Court, Northern District of California.

Case No. 3:16-cv-04067-WHO.

Deposition: April 19th, 2019.


(9)  Armstrong Townhomes Association versus Armstrong Townhomes.

Judicial Arbitration and Mediation Services, San Francisco, California.

Case No. 1100085853.

Deposition: April 9th, 2019.


(10)  Catherine Lee versus City of Beverly Hills, et. al.

Superior Court of the State of California, County of Los Angeles, West District.

Case No. BC553839.

Deposition: August 30th, 2018.


(11)  Evangelical Retirement Homes of Greater Chicago versus Bovis Lend Lease, Inc.

American Arbitration Association.

No. 01-15-0002-5934.

Deposition: August 28th, 2018.


(12)  Kim et al. versus Crocs, Inc et al.

United States District Court for the District of Hawaii.

Civil No. 1:16-cv-00460 JMS-KJM.

Deposition: May 25th, 2018.

(13)  City of Pomona versus SQM North America Corporation.

United States District Court for the Central District of California.

Case No. 2:11-cv-00167-RGK-JEM.

Deposition: April 20th, 2018.

Trial testimony: May 15th, 2018.


(14)  Arbor Real Homeowners Association versus Western Pacific Housing.

Judicial Arbitration and Mediation Services, San Francisco, Northern California.

Case No. 1100085234.

Deposition: April 13th, 2018.

Arbitration testimony: May 11th, 2018.


(15)  Mary "Molly" Digman versus Dr. Patti M. Nemeth and St. Luke's Hospital.

Circuit Court of St. Louis County, State of Missouri.

Case No. 15SL-CC02801.

Deposition: March 12th, 2018.

Trial testimony: March 26th, 2018.


(16)  Jose Cruz Ramos versus El Paso-Los Angeles Limo Express Inc., et al.

Superior Court of the State of California for the County of Los Angeles.

Case No. BC549973.

Deposition: March 6th, 2018.

(17)  Banc of California, Inc. versus Farmers & Merchants Bank of Long Beach.

United States District Court for the Central District of California.

Case No. 16-cv-01601-CJC-AFM.

Deposition: August 22nd, 2017.


(18)  Ruth Sherman versus Secretary of Health and Human Services.

United States District Court, District of Connecticut.

Case No. 3:15-cv-01468 (JAM).

Deposition: June 30th, 2017.


(19)  Thorpe Design, Inc. and Fire Sprinkler Systems, Inc. versus The Viking Corporation, et al.

United States District Court, Northern District of California.

Case No. 3:15-cv-03324-EDL.

Deposition: June 22nd, 2017.


(20)  Hee Suk Shin versus Auto Club Insurance Association, State of Michigan.

Oakland County Circuit Court.

Case No. 2016-154516-NF.

Deposition: May 19th, 2017.

(21)  Kendall Brasch et al. versus K. Hovnanian Enterprises, Inc., et al.

Superior Court of California, County of Orange.

Case No. 30-2013-00649417-CU-CD-CXC.

Deposition: April 21st, 2017.

# Attachment 3

Fee Schedule of Dr. Anthony Hayter.

## Fee schedule of Dr. Anthony Hayter.

My hourly rate for this work is $475.  My hourly rate for deposition and trial testimony is $575.  No part of my compensation is contingent upon the outcome of this matter.

# Attachment 4

## Illustrative Examples of Matches in the Orderings of

Terms between ███████████ and ██████████

## Matches in the Orderings: Illustrative Example 1

## Price Data, Second Level

| | ▆▆▆▆ Ordering | ▆▆▆▆ Ordering |
|---|---|---|
| First Place | | |
| Second Place | | |
| Third Place | | |
| Fourth Place | | |
| Fifth Place | | |
| Sixth Place | | |
| Seventh Place | | |
| Eight Place | | |

## Matches in the Orderings: Illustrative Example 2

## Liquidity, Second Level

| | ███████ Ordering | ███████ Ordering |
|---|---|---|
| First Place | | |
| Second Place | | |
| Third Place | | |
| Fourth Place | | |

## Matches in the Orderings: Illustrative Example 3

## Price Data, Third Level

|  | ███████ Ordering | ███████ Ordering |
|---|---|---|
| First Place | ███████ | ███████ |
| Second Place | | |
| Third Place | | |
| Fourth Place | | |
| Fifth Place | | |
| Sixth Place | | |
| Seventh Place | | |
| Eight Place | | |

Attachment 5


Illustrative Examples of Matches in the

Terms, Names, Labels, and Phrases used by

█████████ and █████████

## Matches in the Labels: Illustrative Example 1

## % OFF



## Matches in the Labels: Illustrative Example 2

## $ OFF



## Matches in the Labels: Illustrative Example 3

## Simple Moving Average



## Matches in the Labels: Illustrative Example 4

## Average Daily Volume



## Matches in the Labels: Illustrative Example 5

### Average Daily Range

