# EXHIBIT 1

**To Motion for Motion for Partial Summary Judgment (Transcript of Deposition of Timothy Sykes, May 20, 2021, partially redacted)**

Timothy Sykes
May 20, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-22957-RNS


SCANZ TECHNOLOGIES, INC.,

         Plaintiff,
-vs-

JEWMON ENTERPRISES, LLC, et al.,

         Defendants.
_____

        VIDEOTAPED DEPOSITION OF TIMOTHY SYKES

  Excerpts of this transcript have been declared
 confidential and are produced under separate cover

           via Remote Videoconference



           Thursday, May 20, 2021
           9:30 a.m. - 5:21 p.m.







Reported By:
Sandra W. Townsend, RPR, FPR
Notary Public, State of Florida
U.S. Legal Support, Inc.
West Palm Beach Office
Job #2435754

Timothy Sykes
May 20, 2021

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3         ELAD BOTWIN, ESQUIRE
           SQUIRE LAW GROUP, P.A.
 4         301 West Atlantic Avenue
           Suite 5
 5         Delray Beach, Florida  33444
           dlage@squirelawgroup.com
 6         ebotwin@squirelawgroup.com

 7         JEFFREY FELDMAN, ESQUIRE
           SUSAN LATHAM, ESQUIRE
 8         LAYLA WYNNE, ESQUIRE
           TRAILBLAZER
 9         1200 Brickell Avenue
           Penthouse 1900
10         Miami, Florida  33131
           jfeldman@trailblazer.com
11
      On behalf of the Defendants StocksToTrade.com, Inc. and
12    Zachary Westphal::

13         DAVID PRUETER, ESQUIRE
           SQUIRE PATTON BOGGS
14         275 Battery Street
           #2600
15         San Francisco, California  94111
           joseph.meckes@squirepb.com
16         david.prueter@squirepb.com

17         GABRIEL COLWELL, ESQUIRE
           SQUIRE PATTON BOGGS
18         555 Flower Street
           31st Floor
19         Los Angeles, California  90071
           gabriel.colwell@squirepb.com
20
      On behalf of the Defendants Jewmon Enterprises, LLC,
21    Timothy Sykes, Millionaire Publishing, LLC, and
      Millionaire Media, LLC:
22
           BRETT D. JAFFE, ESQUIRE
23         ALSTON & BIRD, LLP
           90 Park Avenue
24         New York, New York  10016
           brett.jaffe@alston.com
25         steven.campbell@alston.com
```

Timothy Sykes
May 20, 2021

```
 1    ALSO PRESENT:

 2         CARLOS COELLO, VIDEOGRAPHER
           U.S. LEGAL SUPPORT, INC.
 3
           STEPHAN TOUIZER
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Timothy Sykes
May 20, 2021

```
 1                        -   -   -

 2                    I N D E X

 3                        -   -   -

 4

 5   WITNESS:           DIRECT    CROSS   REDIRECT   RECROSS

 6   TIMOTHY SYKES

 7      By Mr. Feldman     7

 8

 9

10                        -   -   -

11                E X H I B I T S

12                        -   -   -

13
     NUMBER                DESCRIPTION              PAGE
14
     Exhibit No. 68        About Us page            133
15   Exhibit No. 69        Video (retained by       160
                           Counsel)
16   Exhibit No. 70        Video (retained by       193
                           Counsel)
17   Exhibit No. 71        Video (retained by       201
                           Counsel)
18   Exhibit No. 72        Article                  222
     Exhibit No. 73        Article                  228
19   Exhibit No. 75        Video (retained by       299
                           Counsel)
20   Exhibit No. 76        Document                 309
     Exhibit No. 77        Video (retained by       321
21                         Counsel)
     Exhibit No. 78        Document                 334
22

23

24

25
```

Timothy Sykes
May 20, 2021

P R O C E E D I N G S

1

2                          - - -

3      Deposition taken before Sandra W. Townsend,

4  Registered Professional Reporter and Notary Public

5  in and for the State of Florida at Large, in the

6  above cause.

7                          - - -

8           VIDEOGRAPHER:  Good morning.  We are now on

9       the record.  Participants should be aware that this

10      proceeding is being recorded, and as such, all

11      conversations held will be recorded unless there is

12      is a request and agreement to go off the record.

13      Private conversations and/or attorney/client

14      interactions should be held outside the presence of

15      the remote interface.

16           For the purpose of creating a witness only

17      video recording, the witness is being spotlighted

18      on all video screens while in speaker view.  We ask

19      that the witness not remove the spotlight setting

20      during the deposition, as it may cause other

21      participants to appear on the final video rather

22      than just the witness.

23           For anyone who doesn't want the witness' video

24      to take up the large part of your screen, you may

25      click the gallery view button in the upper right

Timothy Sykes
May 20, 2021

```
1    corner of the remote depo interface.

2         This is the remote video recorded deposition

3    of Timothy Sykes, being taken by Counsel for the

4    Plaintiff.  Today is Thursday, May 20, 2021.  The

5    time is now 1:30 p.m. UTC, 9:30 a.m. EDT.

6         We are here in the matter of Scanz

7    Technologies, Inc. versus Jewmon Enterprises, LLC,

8    et al.

9         My name is Carlos Coello, remote video

10   technician on behalf of U.S. Legal Support.  I am

11   not related to any party in this action, nor am I

12   financially interested in the outcome.

13        At this time, will the reporter, Sandra

14   Townsend, on behalf of U.S. Legal Support, please

15   enter the statement for remote proceedings into the

16   record.

17        COURT REPORTER:  The attorneys participating

18   in this deposition acknowledge that I am not

19   physically present in the deposition room and that

20   I will be reporting this deposition remotely.  They

21   further acknowledge that in lieu of an oath

22   administered in person, I will administer the oath

23   remotely.  This arrangement is pursuant to Florida

24   Supreme Court Administrative Order No. AOSC-20-23.

25   The parties and their counsel consent to this
```

Timothy Sykes
May 20, 2021

```
 1        arrangement and waive any objections to this manner

 2        of reporting.  Please indicate your agreement by

 3        stating your name and your agreement on the record.

 4             MR. FELDMAN:  Jeff Feldman, Counsel for Scanz

 5        Technologies, Plaintiff.

 6             MR. JAFFE:  Brett Jaffe of Alston and Bird,

 7        for Millionaire Media, Millionaire Publishing,

 8        Jewmon and Mr. Sykes.  And we consent.

 9             MR. COLWELL:  Gabriel Colwell, of Squire

10        Patton Boggs, for StocksToTrade.com, Inc. and

11        Zachary Westphal.  And we agree.

12             MR. FELDMAN:  Elad, you want to make your

13        appearance?

14             MR. BOTWIN:  Sure.  Elad Botwin for Squire Law

15        Group, representing Plaintiff, Scanz Technologies.

16        And we agree.

17   THEREUPON,

18                     TIMOTHY SYKES,

19   having been first duly sworn or affirmed, was examined

20   and testified as follows:

21             THE WITNESS:  I do.

22                  DIRECT EXAMINATION

23   BY MR. FELDMAN:

24        Q    Good morning, Mr. Sykes.  How are you?

25        A    Morning.  How are you?
```

Timothy Sykes
May 20, 2021

1    Q    Good.   My name is Jeff Feldman.   I represent

2   Scanz and I'll be taking your deposition today.   Okay?

3         Have you done this --

4    A    Okay.

5    Q    -- before?   Have you done this before?

6    A    No.

7    Q    All right.   Never given a deposition in any

8   other proceeding?

9    A    No.

10   Q    Okay.   It's a question and answer proceeding.

11   A    Okay.

12   Q    I ask questions.   When I -- after I ask the

13  question, your Counsel has an opportunity to make

14  objections to the form of my questions.   So you should

15  give your Counsel an opportunity to make those

16  objections before you answer.   Okay?

17   A    Will do.

18   Q    It's important that you answer audibly because

19  the court reporter has to take down your answer.   So

20  there's a transcript as well as a video that's being

21  done this morning, but the transcript requires audible

22  responses.   Okay?

23   A    Okay.

24   Q    If I ask a yes or no question, I would

25  appreciate a yes or no answer, followed by any

Timothy Sykes
May 20, 2021

1   explanation you want to give.

2        A    Okay.

3        Q    All right?  At no point am I calling for an

4   answer that includes your discussions with Counsel.

5   Okay?

6        A    Okay.

7        Q    You should not tell me your discussions with

8   Counsel.

9        A    Okay.

10       Q    All right?

11            In terms of talking to your lawyer during the

12  depo, no problem, except when there's a question

13  pending.  So if I ask a question, the answer precedes

14  the conversation with Counsel.  Okay?

15       A    Okay.

16       Q    But once you give the answer, before the next

17  question you're free to talk to Counsel.

18       A    Okay.

19       Q    If you need a break during the depo, you let

20  me know and I'll be happy to accommodate you.  Okay?

21       A    Thank you.

22       Q    We usually take a few breaks, and obviously

23  there's a lunch break.  I know you have a flight to

24  catch at 5:45.  I'm going to do my best to finish to get

25  you out in time.  Okay?

Timothy Sykes
May 20, 2021

```
 1        A    Much appreciated.

 2        Q    No problem.  All right.  Brett Jaffe is your

 3   lawyer?

 4        A    Yes.

 5        Q    And he's present in the room with you?

 6        A    Yes.

 7        Q    Okay.  Is there anybody else present with you?

 8        A    No.

 9        Q    All right.  So let's start.

10             First, are you under the influence of any kind

11   of medicine or any other substance that would impair

12   your ability to give this deposition today?

13        A    No.

14        Q    Have you ever been diagnosed with any kind of

15   illness or condition that -- that --

16        A    No.

17        Q    -- impairs memory or your ability to recall

18   and to relay information from memory?

19        A    No.

20        Q    So you feel well and ready to give the

21   deposition this morning?

22        A    Yes.

23        Q    Okay.  What did you do to prepare for the

24   deposition today?

25        A    You know, I came to New York and I just tried
```

Timothy Sykes
May 20, 2021

```
 1   to think about everything that's gone on over the past

 2   few decades since I began teaching.

 3        Q    All right.  And did you meet with anyone to

 4   prepare for the depo?

 5        A    Just my -- my lawyer here.

 6        Q    Brett?

 7        A    Correct.

 8        Q    And when did you meet with Mr. Jaffe?

 9        A    Yesterday.

10        Q    For how long?

11        A    A few hours.

12        Q    Okay.  Did you look at any documents?

13        A    No.  Just talked about basically how this --

14             MR. JAFFE:  We're not going to talk about what

15        we talked about.

16   BY MR. FELDMAN:

17        Q    Right.  So you met with Counsel for a few

18   hours yesterday?

19        A    Yes.

20        Q    Anybody else present besides you and

21   Mr. Jaffe?

22             MR. JAFFE:  My partner, Steve Campbell, and

23        one of our associates was also present for parts of

24        the meeting.

25             MR. FELDMAN:  Okay.
```

Timothy Sykes
May 20, 2021

```
1   BY MR. FELDMAN:

2       Q    All right.  And you're saying that you did not

3   look at any documents; is that right?

4       A    No.

5       Q    Did you look at any websites or videos, social

6   media, anything at all of that nature?

7       A    I use social media every day, so I look at my

8   own -- my own social media.

9       Q    I'm saying in preparation for the

10  deposition --

11      A    No.

12      Q    -- did you look -- okay.

13           MR. FELDMAN:  Guys, by the way, Layla Wynne,

14      who is our associate, is present in the room with

15      me observing the deposition.  Okay?

16           MR. JAFFE:  No problem.

17  BY MR. FELDMAN:

18      Q    All right.  So, first, how do you spell your

19  last name?

20      A    S-Y-K-E-S.

21      Q    Right.  And what is your residential address?

22      A    110 Washington Avenue, Apartment 1524, Miami

23  Beach, Florida, 33139.

24      Q    Which building is that?

25      A    This is the Cosmopolitan.
```

Timothy Sykes
May 20, 2021

1        Q    This is south of Fifth?

2        A    Correct.

3        Q    Okay.  And is this the same -- is this in the

4    same building as your parents?  Is this --

5        A    Correct.

6        Q    Do you live in the same unit with your

7    parents?

8        A    We -- I bought multiple units and we combined

9    them, so they're separate, but they're next to each

10   other.

11       Q    I understand.  And what is your date of birth?

12       A    4/15/81.

13       Q    And do you have an email address?

14       A    Sorry.  What was that?

15       Q    Do you have one or more email addresses that

16   you use?

17       A    They all feed into tim@timothysykes.com.

18       Q    So understanding they feed in, how many other

19   email addresses do you use that feed back to

20   timothysykes.com?

21       A    So I have a website called Profit.ly, where we

22   do the video lessons, watch lists and stuff.  So it's

23   tim@profit.ly.

24            I run a charity.  So this is

25   tim@karmagawa.com.  So that all goes into

Timothy Sykes
May 20, 2021

```
 1   timothysykes.com.

 2        Q    Okay.  So those three addresses are your email

 3   addresses?

 4        A    Correct.

 5        Q    And have they always been your email

 6   addresses?  In other words, have there been others that

 7   you have used in the past?

 8        A    These are my addresses.

 9        Q    Would you mind covering for me your

10   educational background?

11        A    Sure.  How far back do you want to go?  High

12   school?  College?

13        Q    Yes, please, high -- starting from high

14   school.

15        A    Sure.  I mean, I graduated high school.  I was

16   already stock trading then.

17             I went to college first at Tufts University

18   for freshman year.  I was majoring in finance and

19   economics, but transferred down to Tulane in New Orleans

20   with a major change to philosophy and a minor in

21   finance --

22        Q    Okay.

23        A    -- which I graduated.

24        Q    What high school --

25        A    I graduated from Tulane.
```

Timothy Sykes
May 20, 2021

```
 1       Q    What high school?

 2       A    Sorry.  The high school was Amity Regional

 3  High School in Woodbridge, Connecticut.

 4       Q    I see, okay.  So you went to high school in

 5  Connecticut, went to Tufts and then transferred to

 6  Tulane?

 7       A    Correct.

 8       Q    And then ended up with a degree in -- fill in

 9  the blank for me.

10       A    Philosophy.

11       Q    Okay.

12       A    Philosophy.

13       Q    Okay.  And the only degree you hold is a

14  degree in philosophy from Tulane?

15       A    Correct.

16       Q    Okay.  And forgive me, what year did you get

17  the degree?

18       A    I graduated college in 2003.

19       Q    And then your occupational history after --

20  after college, please, Mr. Sykes?

21       A    So actually during college I started a hedge

22  fund senior year.  It was called Cilantro Fund

23  Management.  And I ran that fund myself for four years.

24            After that I got into teaching and that's

25  where we created, you know, an educational business
```

Timothy Sykes
May 20, 2021

```
 1    around my trading.  I've always been trading all through

 2    high school, college and still today.

 3         Q    Okay.  So could you just tell me the names of

 4    the companies for whom you performed professional

 5    services since leaving college, whether you owned or --

 6    whether you owned the company or not.  I just want -- I

 7    want you to identify, if you would, please, the entities

 8    for whom you have performed services of any kind.

 9         A    Yeah.  So Profit.ly is the website, as I

10    mentioned before.

11         Q    Could you say that again, please, Mr. Sykes?

12         A    Profit.ly, Profit.ly.  And the corporate name

13    is TLC Media.

14         Q    I see.  Okay.  And then the next one?

15         A    Then there's Millionaire Media and Millionaire

16    Publishing, where, again, it's more lessons and

17    educational resources for upcoming traders.

18         Q    Okay.  Then next?

19         A    And then Karmagawa Apparel.  This is charity

20    merch that we -- I donate all my trading profits to

21    charity, but then also we sell this merchandise, and

22    then we donate the profits from this merch to charity,

23    too.  That's Karmagawa Apparel.

24         Q    Would you mind spelling that for me, please?

25         A    Sure.  It's K-A-R-M-A-G-A-W-A Apparel.
```

Timothy Sykes
May 20, 2021

```
 1        Q    K-A -- K-A-R-M-A?

 2        A    Yes.  G-A-W-A.

 3        Q    G-A-W.

 4             And this is a apparel company that you raise

 5   charity monies for or with?

 6        A    Correct.  So there's the Karmagawa Foundation.

 7   It used to be the Timothy Sykes Foundation, but we

 8   changed the name because I didn't want it to be about

 9   me.

10             And then we have the Karmagawa Apparel

11   Company, which donates the profits from the apparel to

12   the foundation.

13        Q    And I'm not going to spend a lot of time on

14   this, but just what is the nature of the apparel that

15   you sell through this?

16        A    Yeah.  So we're trying to create sustainable

17   merch.

18             This is actually partially recycled plastic

19   and recycled cotton.

20             And then we also make documentary films to

21   teach people how to treat animals better and the

22   environment better.

23             And we also build schools.  As of right now we

24   have 82 schools around the world.  My goal is to build a

25   thousand-plus schools around the world.
```

Timothy Sykes
May 20, 2021

1    Q    Any other -- any other companies besides TLC,

2  Millionaire Media, Millionaire Publishing and Karmagawa?

3    A    Nope.  Those are my main companies.

4    Q    What about Jewmon Enterprises?

5    A    I believe we changed the name from Jewmon to

6  Millionaire.  There was, you know, I listened on the

7  advice of Counsel, so it's just legal matters.

8    Q    And what about StocksToTrade.com, Inc.?

9    A    So that is something that I'm, you know, an

10  investor in.

11    Q    Okay.  So you left -- you left

12  StocksToTrade.com, Inc. off the list of companies that

13  you perform services for because?

14    A    I mean, I don't -- I don't run it.  I don't

15  consider it my company.  I'm just an investor.

16    Q    Are you a director of that company?

17    A    To tell you the truth, I don't even know.

18    Q    Were you a founder of that company?

19    A    I don't believe that is what I'm listed as.

20    Q    Well, what do you understand you were listed

21  as in relation to the creation of StocksToTrade.com,

22  Inc.?

23    A    Sure.  I mean, I believe I'm an investor.  And

24  -- I know I'm an investor.

25    Q    Do you believe that you -- have you ever held

Timothy Sykes
May 20, 2021

```
 1    any position as an officer or director of that company,

 2    StocksToTrade.com, Inc.?

 3         A    Not that I'm aware.  I'm too busy teaching.

 4              MR. FELDMAN:  Would -- Elad, would you put up

 5         the State of Delaware document, please.

 6              MR. BOTWIN:  Okay.

 7              MR. JAFFE:  Just remind you, they're going to

 8         put a document up on your screen.

 9              THE WITNESS:  Okay.

10              MR. JAFFE:  Okay?  And Elad is going to be

11         controlling the document.

12              THE WITNESS:  Okay.

13              MR. JAFFE:  So if you'd like him to move it

14         around, so that you can see different parts of the

15         document, just let him know.

16              THE WITNESS:  Okay.

17              MR. JAFFE:  And he'll be happy to do that.

18              THE WITNESS:  Sounds good.

19              MR. BOTWIN:  Yes.  What Gabriel said.

20              MR. JAFFE:  It was Brett, but...

21              MR. BOTWIN:  I'm sorry.  I apologize.

22              MR. JAFFE:  No problem.

23              MR. BOTWIN:  Getting voices mixed up.

24              So I have uploaded the document to the chat.

25         I will screen share in a moment.
```

Timothy Sykes
May 20, 2021

```
 1              This is Exhibit 23 from the Westphal
 2        deposition.
 3   BY MR. FELDMAN:
 4        Q    So I'm showing you the State of Delaware
 5   Annual Franchise Tax Report for StocksToTrade.com, Inc.
 6   for tax year 2015.
 7              And if you look at the document, Mr. Sykes, it
 8   says the incorporation date is 6/11/2015.
 9              Do you see that?
10        A    Okay.  Yes, I see that.
11        Q    Okay.  And then if we scroll down, it lists
12   the directors, and your name is there with Zachary
13   Westphal.
14              Do you see that?
15        A    Yes.
16        Q    Does this document refresh your recollection
17   as to whether you were a director of StocksToTrade.com,
18   Inc. at the time of its formation?
19        A    I mean, I've never seen this document, this is
20   the first time, but it doesn't surprise me.
21        Q    So you would agree that you were a director of
22   StocksToTrade.com, Inc. at the time of its formation in
23   June 2015, correct?
24              MR. JAFFE:  Objection to the form.
25              You can answer.
```

Timothy Sykes
May 20, 2021

```
 1              THE WITNESS:  I mean, if that's what the
 2        document says, then yes.
 3              But, again, I'm focused -- as you'll learn
 4        today, I'm really focused on my teachings and I
 5        have a lot of help from my team, whether it's my
 6        accountants or lawyers.  So excuse my ignorance on
 7        a lot of these paperwork matters.  You're going to
 8        see I've never seen a lot of the documents that
 9        you're probably going to show me.
10  BY MR. FELDMAN:
11        Q    Okay.  So we -- you have now listed five
12  companies, we've talked about five companies, right?  We
13  talked about TLC Media, Millionaire Media, Millionaire
14  Publishing, Karmagawa Apparel and StocksToTrade.com,
15  Inc.
16              Are there any other companies that you have --
17  that you either own, in whole or in part, or for which
18  you have performed services that we have not talked
19  about since --
20        A    Not that I'm --
21        Q    -- since you left college?
22        A    Not that I'm aware of.
23        Q    Okay.  So I can -- I can walk from this
24  deposition understanding that since college the only
25  companies that you have ever owned or provided services
```

Timothy Sykes
May 20, 2021

```
 1    for are TLC Media, Millionaire Media, Millionaire
 2    Publishing, Karmagawa Apparel and StocksToTrade.com,
 3    Inc., correct?
 4         A    Well, I mentioned I ran a hedge fund.  I think
 5    I believe I said Cilantro Fund Management was the name
 6    of it.  So that was a past company which no longer
 7    exists.
 8         Q    Okay.  So other than Cilantro, have we covered
 9    everything else?
10         A    I believe so.
11         Q    Okay.  Very good.  So --
12              MR. JAFFE:  Jeff -- Jeff, I'm sorry.  Are we
13         done with the exhibit?
14              MR. FELDMAN:  Yes.  Thank you, Brett, yeah.
15    BY MR. FELDMAN:
16         Q    So, Mr. Sykes, is it fair to say that you've
17    never been an employee of an entity that you have never
18    -- that you have not owned?
19         A    I've never been an employee of an entity I've
20    not known?
21         Q    Not owned --
22         A    Owned?
23         Q    Yes.
24         A    I'm sorry.  I listen to whatever my
25    accountants and lawyers say.  I'm 100 percent focused on
```

1    teaching and social media creating content.

2          If you -- if you have questions about the

3    legal entities, I encourage you to ask, you know, the

4    lawyers.

5        Q    Okay.  Mr. Sykes, I need an answer to the

6    question.

7        A    Can you repeat the question?

8        Q    Yeah.  You have been -- is it -- do you agree

9    that you have been self employed since graduating

10   college?

11       A    I'm not 100 percent sure on the legal

12   definition of self employed, but yes, I, you know, I

13   work for myself.

14       Q    Since college?  Since graduation?

15       A    Correct.

16       Q    Okay.  Now, let's -- let's go back to the

17   inception of your interest in trading stocks.

18       A    Okay.

19       Q    All right?  And then I want to take it

20   chronologically.  Okay?

21       A    Okay.

22       Q    So that we're doing the deposition orderly.

23   Okay?

24       A    Okay.

25       Q    You'd be comfortable answering questions in

Timothy Sykes
May 20, 2021

1   that manner?

2       A    So I also wrote a book called, An American

3   Hedge Fund, which chronicles my entire trading and

4   educational process.  So it's all literally in a -- it's

5   literally an open book.

6       Q    Okay.  I appreciate that.  So before --

7       A    And I'll tell you --

8            MR. JAFFE:  Let -- why don't we let him answer

9       the question.

10           THE WITNESS:  Okay.

11  BY MR. FELDMAN:

12      Q    Very quickly, before we start this chronology,

13  what business is TLC Media in?

14      A    Educating and publishing.

15           We publish -- I publish watch lists, trading

16  commentary.  We do webinars, video lessons and DVDs.

17      Q    In what field?

18      A    Sorry.  In what?

19      Q    In what field?

20      A    This is all the stock market, finance.

21      Q    Okay.  So it's education -- stock market

22  education and publishing?

23      A    Correct.

24      Q    Okay.  Now, Millionaire Media --

25      A    Same.

Timothy Sykes
May 20, 2021

1      Q     -- what does that company do?

2      A     All financial and stock market education.

3      Q     And what -- what is -- what are the

4   differences, if any, in services between TLC Media and

5   Millionaire Media?

6      A     I'm not a lawyer.  This is -- these are legal

7   questions.

8      Q     No, I'm asking you about the services the two

9   companies deliver.

10     A     I don't know specifically what is involved in

11  each company.  Again, I have many people who help

12  organize everything.  My focus is on teaching and

13  creating the content.

14     Q     Do you know what The Challenge is?

15     A     Correct, yes.

16     Q     What is The Challenge?

17     A     So The Challenge is where we take the most

18  dedicated students.  People have to apply.  Rather than,

19  you know, just paying, they actually go through an

20  interview.  This is where we find, you know, the most

21  dedicated students.  And then they get extra access to

22  me and my top students.  We give weekly webinars.  And,

23  you know, that's -- these are the most dedicated

24  students.

25     Q     And that mentoring is done through Millionaire

Timothy Sykes
May 20, 2021

1    Media, correct?

2        A    You know, again, I'm sorry, I'm not really

3    well versed in what company does what.  I'm focused on

4    teaching.

5        Q    Okay.  Millionaire Publishing, what is that

6    company?

7        A    Again, the same answer.  You'd have to ask the

8    lawyers what company provides what.  I'm -- I'm -- I

9    just do content.

10       Q    You're sitting here today telling me you don't

11   know what Millionaire Publishing does, what services or

12   products it provides or makes?

13            MR. JAFFE:  Objection to the form.

14            THE WITNESS:  I don't know the difference

15       between Millionaire Media or Millionaire

16       Publishing.  I'm not into the whole legal side of

17       how these companies are set up.

18   BY MR. FELDMAN:

19       Q    What is legal about understanding what a

20   company does?  I don't understand --

21            MR. JAFFE:  Objection.

22   BY MR. FELDMAN:

23       Q    -- why that's legal.

24            MR. COLWELL:  Objection.

25            THE WITNESS:  I mean, we have several

Timothy Sykes
May 20, 2021

 1        companies.  And I'm not a lawyer.  I just -- I

 2        teach.  I educate.

 3   BY MR. FELDMAN:

 4        Q    Well, you founded Millionaire Publishing with

 5   Zachary Westphal, didn't you?

 6        A    Yes.  Zachary Westphal is my partner.

 7        Q    What did you found that company to do?

 8        A    To teach.

 9        Q    So you're saying that Millionaire Publishing

10   was -- was a education and publishing company; is that

11   right?

12        A    Yes, education and publishing is what I do.

13        Q    But I'm not asking about what you do.

14             Is it your testimony today under oath that

15   Millionaire Publishing was formed to be an education and

16   publishing company?

17        A    I believe so.

18        Q    And StocksToTrade.com, Inc., what's that

19   company do?

20        A    So this is also part of education, but instead

21   of video lessons and, you know, what I would do is more

22   databased with data, news and charts.  So it's still

23   useful for the students' education, but it's data.

24        Q    So StocksToTrade.com markets a trading

25   platform; is that right?

Timothy Sykes
May 20, 2021

1      A    I believe it's just a news and chart data

2   platform.  It's not a brokerage.

3      Q    I understand it's not a brokerage.

4           But would you -- just give me a second,

5   please.

6      A    Sure.

7      Q    Does the term Screener Plus mean anything to

8   you?

9      A    I've heard it.  I wouldn't know what it is.

10   It sounds like a software program.

11      Q    It sounds like -- which software program?

12      A    I don't know.  I've heard it in passing.  I've

13   never really looked into it.

14      Q    So, Mr. Sykes, you can't identify Screener

15   Plus as the market scanning software program that

16   StocksToTrade.com sells on the internet?

17           MR. COLWELL:  Objection to the form of the

18      question.

19           THE WITNESS:  I don't know the name.  I know

20      what data looks like.  I know what scans look like,

21      because, you know, part of the founding with

22      StocksToTrade is I imparted my specific scans.  But

23      I don't know the specific names behind this, just

24      like I don't know the legal companies.

25   BY MR. FELDMAN:

Timothy Sykes
May 20, 2021

```
 1        Q    Are you telling --

 2        A    I'm pretty focused on teaching.

 3        Q    Are you telling the truth now?

 4        A    Yes.

 5             MR. JAFFE:  Objection.  Argumentative.

 6             MR. COLWELL:  Objection.

 7             MR. FELDMAN:  There's nothing argumentative

 8        about asking a witness if the witness is telling

 9        the truth.

10   BY MR. FELDMAN:

11        Q    When you say you don't know whether

12   StocksToTrade.com, Inc. markets a market scanning

13   program called Screener Plus, is that a truthful answer?

14        A    I'm sorry.  As I said before, I'm not involved

15   with the running of StocksToTrade.  You know, my

16   involvement includes giving my scans, my own personal,

17   custom scans to the company and to the students to help

18   them learn.  That's pretty much my -- my involvement.

19             MR. FELDMAN:  Sandy, would you read the

20        witness the question again, please?

21   BY MR. FELDMAN:

22        Q    I need an answer to my question, Mr. Sykes.

23        A    Sure.  What's the question?

24        Q    The court reporter will read it back.

25        A    Thank you.
```

Timothy Sykes
May 20, 2021

```
 1              (A portion of the transcript was read.)

 2   BY MR. FELDMAN:

 3        Q    That's a yes or a no question.

 4        A    Yes, that was a truthful answer.

 5        Q    Okay.

 6             MR. JAFFE:  Can I just -- can I just clarify?

 7        I just want to make sure the court reporter is

 8        clear on something.

 9             Mr. Sykes uses the word scans a lot.  He's

10        saying S-C-A-N-S.

11             THE WITNESS:  Technical scans.

12             MR. JAFFE:  Not the business name, S-C-A-N-Z,

13        that is the Plaintiff in this case.

14             THE WITNESS:  Good note.

15             COURT REPORTER:  Thank you.

16   BY MR. FELDMAN:

17        Q    Does Timothy Sykes promote a market scanning

18   software product?

19        A    Yes.  StocksToTrade is the scanning product

20   that I use and that I promote.

21        Q    What's the name of that market scanning

22   product?  What do you know --

23        A    StocksToTrade.  I just -- I literally link to

24   StocksToTrade all the time.

25        Q    And as you sit here today, do you know if the
```

Timothy Sykes
May 20, 2021

1    phrase Screener Plus is used in relation to the

2    StocksToTrade market scanning software product?

3              MR. JAFFE:  Objection.

4              THE WITNESS:  I'm sorry.  I don't know.

5    BY MR. FELDMAN:

6         Q    Okay.  All right.  So which -- would you agree

7    that StocksToTrade.com, Inc. is the company that markets

8    the StocksToTrade market scanning program?

9         A    I believe so, yes.

10        Q    Okay.  So you would agree that the company

11   that operates the StocksToTrade software product since

12   it was -- let me -- let me step back.

13             The company that -- that operates the

14   StocksToTrade market scanning software product today,

15   the company that operates it today is StocksToTrade.com,

16   Inc., correct?

17        A    I believe so, yes.

18        Q    Okay.  So other than operating the market

19   scanning product, StocksToTrade market scanning product,

20   what else does StocksToTrade.com, Inc. do, as far as you

21   know?

22        A    There are the data scans, with an S, technical

23   scans.  There's charts.  And there's news.  And also the

24   StocksToTrade Breaking News, which is the main feature

25   that I use where they have curated market news that I

Timothy Sykes
May 20, 2021

```
 1   think every trader should utilize, because that is what

 2   I believe makes StocksToTrade.com the killer application

 3   that it is.

 4        Q    So, Mr. Sykes, let's -- we'll talk more about

 5   these companies as we roll through the chronology.

 6   Okay?

 7        A    Okay.

 8        Q    So let's go back.

 9             When did your interest in stock trading begin?

10        A    I mean, as a child I was always interested in

11   the stock market.  But at first I wanted to be a mutual

12   fund manager, a longterm investor.  So I'd read books

13   like, you know, about Goldman Sachs, about Fidelity.

14   But I was injured senior year of coll -- of high

15   school -- sorry -- and I had surgery on my arm, so I

16   couldn't play tennis anymore.  And I had these two casts

17   on my arm.  This was 1999.  The stock market was going

18   crazy.

19             So I took my Bar Mitzvah money, my parents

20   gave it to me, they thought that I would lose it all and

21   that would be a good lesson, and I put the $12,000 into,

22   I believe, E-Trade and Sure Trader at the time were the

23   two brokerages.  And because I had this longterm

24   investment mindset, I invested in Boston Celtics, Super

25   Cuts and Viacom were my first three stocks, I believe.
```

Timothy Sykes
May 20, 2021

1           And the account really didn't do anything for

2    several months.

3           So the stock market, like I said, was going

4    crazy in 1999 and 2000, so I gravitated towards trading

5    stocks.  I couldn't afford the expensive stocks at the

6    time, like Yahoo and Netscape, so I gravitated towards

7    trading lower stocks, lower priced stocks, penny stocks.

8           In senior year of high school I made a little

9    over 100,000, which was crazy to me because, you know, I

10   grew up in a middle class neighborhood.

11          Freshman year I made over 700,000.  This was

12   year 2000, at the peak of the NASDAQ mania or bubble.

13          And so then from there I was just hooked.

14   When you can make, you know, roughly $800,000 in two

15   years as a young kid or a teenager, that was -- that got

16   me, you know, really focused on trading.

17   Q    Okay.  And then we talked before about TLC

18   Media.

19          Was TLC Media the first company that you

20   formed in relation to your interest in -- in trading,

21   stock trading?

22   A    Well, Cilantro Fund Management was the first

23   company, because I went from high school trader to

24   college trader to hedge fund trader.

25   Q    Okay.  And would you, for the benefit of those

Timothy Sykes
May 20, 2021

1   listening to this video down the line that may not be

2   versed in stock trading, what is a hedge fund?

3       A    So mutual funds are more focused on longer

4   term investments.  They can mainly only go long.

5            Hedge funds can go long or short, and short

6   meaning, you can bet on lower stock prices, you can bet

7   against the companies, which was my primary strategy

8   back then.  I was a short seller.

9            So I started the hedge fund in order to

10  basically raise more money.  I used the money that I had

11  made at the time before I graduated college, it was

12  nearly $2 million before taxes.  It was, like, roughly a

13  million dollars after taxes.

14           And then I started taking on investors,

15  friends and family money, and my hedge fund got up to,

16  like, $3 million, which in the grand scheme of things is

17  very small, but for me it allowed me to trade with

18  greater capital and I was going long and short.

19      Q    Okay.  By the way, do you have any training in

20  writing software?

21      A    No.  I don't even know what programming

22  language looks like.

23      Q    And how about, to your knowledge, does Zachary

24  Westphal have any experience in writing software?

25      A    Not that I know of.

Timothy Sykes
May 20, 2021

```
 1      Q    Okay.  Now -- all right.  So you went on this
 2  hedge fund.  When did it end?
 3      A    So for three years I was the number one ranked
 4  short buy fund.  But, you know, again, short selling was
 5  very tough when you're trading low price stocks.  It
 6  wasn't very scalable.
 7           In the fourth year I went for, you know, a
 8  homerun.  I invested in my best friend's dad's company.
 9  They basically invented print-at-home ticketing.  I
10  thought this was my entrance into the bigger leagues,
11  rather than just running a $3 million fund.
12           As is usually inevitable when you get involved
13  with technology companies and family friends, that
14  company failed.  I lost basically a third of my hedge
15  fund, lost all my industry credibility.
16           But at the same time I did this tv show called
17  Wall Street Warriors, which was a reality show and they
18  were basically documenting me in my trading.  And that
19  show was taking off right as my hedge fund had lost
20  30 percent.
21           So I got invited to speak on CNBC.  I was, you
22  know, writing for the Street.com, MSN Money, AOL.  So I
23  started becoming public.
24           As a hedge fund manager back then you weren't
25  allowed to really talk about your performance publicly
```

Timothy Sykes
May 20, 2021

1    to non-accredited investors.  I know the rules have

2    changed now.  But back then I was trying to just tell

3    people about, like, yes, you can short sell penny

4    stocks, yes, you don't just have to invest for the long

5    term.

6              So I gradually realized, you know, there was a

7    big inefficiency where, even though I was successful as

8    a trader and, you know, basically I lost as an investor,

9    I wanted to teach from my successes and from my

10   failures.  And thanks to the success of the tv show,

11   which I heard was apparently the number one most

12   downloaded show on Itunes back in, like, this was, like,

13   2007, I had a lot of people asking me, how do you trade?

14             And so I wrote the book, An American Hedge

15   Fund, and I got into teaching and I closed down the

16   hedge fund.

17             The investors weren't asking for their money

18   back.  I'm always very clear about this, like, some

19   people think I lost all the money.  We lost basically

20   30 percent, which, you know, is not very good, but over

21   four years we still finished up 2 percent per year.

22             But I saw more opportunity in just being

23   honest, being blunt, being transparent, showing every,

24   single trade online, which I continue to do.

25             I show all my trades, you know, now 13, 14

Timothy Sykes
May 20, 2021

1    years later after I began teaching.  And now I donate

2    all my trading profits to charity.  But every, single

3    trade I do video lessons or watch lists and I say what I

4    did right and what I did wrong.  It's not just about the

5    money.  It's about the profit.  So that's what I'm

6    focused on pretty much every day.

7         Q    All right.  So, Mr. Sykes, first, I appreciate

8    your answer.

9              So just to clarify then, so you started your

10   career as a hedge fund manager and then transitioned

11   from that to an educator?

12        A    Correct.

13        Q    And so when did -- when did your career as a

14   hedge fund manager end, what year?

15        A    This was, I believe, 2007.  I started the

16   website timothysykes.com in late 2007, I believe.

17        Q    So you -- your hedge fund days ended in 2007?

18        A    Correct.

19        Q    And then you believe that your career as an

20   educator began that same year?

21        A    Yes.  I transitioned.

22        Q    All right.  And the genesis of your career as

23   an educator began with this television show?

24        A    That's what led me to understand that there

25   was an opportunity in being so honest, like I said,

Timothy Sykes
May 20, 2021

 1   with, you know, there was a conflict where you couldn't

 2   talk about your results publicly, and yet a lot of

 3   people had a lot of questions.  So I was -- I was

 4   conflicted.

 5          I couldn't talk about my strategy openly as a

 6   hedge fund manager, so I had to leave the hedge fund,

 7   where I wrote the book, and then I could talk freely.

 8       Q    Okay.  Now, when did you create your first

 9   company to provide your educational services?

10       A    So I believe, you know, and I could be

11   wrong -- again, I have a lot of -- a lot of people

12   helping with lawyers and accountants.  But I believe it

13   was 2007 when I closed down the hedge fund and created

14   my own publishing company.

15       Q    And was that TLC?

16       A    It was called Bullship Press at first,

17   Bullship with a P at the end.  I had, like, a joke where

18   I was going to, you know, cut through the BS and ship

19   people books.  It didn't really work.  It just sounded

20   like I was swearing.

21       Q    And where -- and where -- what state did you

22   incorporate or form that company in?

23       A    That's a good question.  That was -- that was

24   a while ago.  I'm not 100 percent sure.  I believe it

25   was Florida, but I can't be sure.

Timothy Sykes
May 20, 2021

```
 1        Q    Okay.  And then how long did Bullship survive?

 2        A    Not very long, because as I was learning, it

 3   sounds like you're swearing, so my attempt at humor

 4   failed.  I couldn't really say the name of my company on

 5   tv, so we changed it to Millionaire Media.

 6        Q    Okay.  So, listen, I deposed your father the

 7   other day, Joel Leabman.  And he told -- he told me the

 8   first company that was formed was TLC Media.  Do you

 9   have a different recollection?

10        A    I mean, I wrote the book before we started any

11   websites.  So, you know, he's also a part of all of

12   this.

13             But we're talking about something that was

14   over a decade ago.  So the exact timeline, you know, I

15   don't know exactly, but I wrote the book before we

16   created the website.  I wasn't even going to create a

17   website.  We only created it in order to promote the

18   book.

19        Q    Okay.  So let me -- let me try to put these

20   pieces together.  All right?

21        A    Sure.

22        Q    So you finished as a hedge fund manager in

23   2007, and then realized that there was a career in

24   educating people on how to trade; that's correct?

25        A    Yes.
```

Timothy Sykes
May 20, 2021

```
 1        Q    Okay.

 2        A    Correct.

 3        Q    And you -- the first step you took in becoming

 4   a trading educator was opening Bullship something,

 5   whether it's Inc. --

 6        A    Bullship Press.

 7        Q    Bullship Press.

 8        A    Yeah.  So it was a publishing company.

 9        Q    Okay.  Now, you mentioned a book, American

10   Hedge Fund?

11        A    Correct.

12        Q    What year did you write that book, if you

13   recall?

14        A    I'm not sure whether we got it published in

15   2007.  It was -- it was either late 2006 or 2007.  It

16   was right around the whole transitioning time.  It took

17   me several months to write it.

18        Q    And was your authoring that book part of your

19   launch as becoming an educator?

20        A    Correct.  That was my first step.

21        Q    Okay.  And after the -- was the book sold

22   through a particular company?

23        A    It was and continues to be sold on Amazon

24   only.

25        Q    I see.  Okay.  Now, was the book successful?
```

Timothy Sykes
May 20, 2021

```
 1        A     Not in the way I thought.  I thought I would

 2   sell a million copies.  Didn't work out that way.  But

 3   it forced me to learn self publishing.

 4              I had a $35,000 offer from Wiley to publish my

 5   book.  But then once I started running the numbers, you

 6   know, Wiley is a very big publishing company, but they

 7   would basically own my life story.

 8              So writing the book and learning about the

 9   publishing business forced me to create my own

10   publishing company, which, you know, has made me

11   successful over time.  But the book itself did not take

12   off the way I expected.

13        Q     And the publishing company that you created

14   was what company?

15        A     So this was Bullship Press, that now is

16   Millionaire Media.

17        Q     Okay.  Well, I got that much.  So tell me

18   about TLC.  What does -- what does TLC do?

19        A     So TLC is the website, the corporate name, I

20   believe, behind Profit.ly, which is the website where I

21   have my video lessons, watch lists, commentary, my chat

22   room.  This was created after I wrote the book because

23   we started to realize we needed to teach rather than

24   just, you know, write a book.  Like, it needed to be

25   more realtime.  So Profit.ly and TLC Media are the
```

Timothy Sykes
May 20, 2021

1   realtime teachings of my book.

2       Q    What is the URL for the website run by

3   Profit.ly?

4       A    Profit.ly is the URL.

5       Q    That's the full, it's Profit.ly.com?

6       A    Correct.  Or no.  I mean, it's profit.ly.

7   Back then when we started it there was a whole rage

8   about instead of not having .com, it was .ly.  It was en

9   vogue.  The trend didn't last.

10      Q    So if I want to find the website, I would go

11  to -- I would just put in www.profit.ly?

12      A    Correct.

13      Q    And that website is still running today?

14      A    Yes.

15      Q    And that's the website where you market your

16  educational material and services?

17      A    Correct.

18      Q    Okay.  And then Millionaire Media is yet, you

19  said earlier, another educational company.  And that is

20  the company -- that -- what does that company do that

21  Profit.ly doesn't do?

22      A    I believe, and again, I could be wrong,

23  because again, this is a legal question.  But I believe

24  Millionaire Media is the company for timothysykes.com,

25  which is my own, personal website.

Timothy Sykes
May 20, 2021

```
 1              Profit.ly has multiple trading educators on

 2    it.  So Profit.ly is multiple.  Timothysykes.com is me.

 3         Q    And so Millionaire Media is timothysykes.com?

 4         A    I believe so.  But again, don't quote me.

 5    This is a legal question.  I'm not 100 percent sure of

 6    how it's set up.

 7         Q    Do you know -- do you have partners in

 8    Profit.ly?

 9         A    Yes, Michael Mosari (phonetics) is the

10    programmer.

11         Q    And do you have partners or co-owners in

12    Millionaire Media?

13         A    Not that I'm aware of.

14         Q    Now, Millionaire Publishing, you also said

15    that is an educational publishing company.

16              What does Millionaire Publishing do that

17    Millionaire Media and Profit.ly don't do?

18         A    I'm not 100 percent sure of why there is, you

19    know, what -- what is designated for each company.  This

20    is a question for lawyers.

21         Q    Did Millionaire Publishing ever have a

22    different name?

23         A    I'm not sure.

24         Q    You don't know what the first name of

25    Millionaire Publishing was?
```

Timothy Sykes
May 20, 2021

```
 1        A    I believe -- is it Jewmon?  I, you know,

 2    again, I'm sorry, I'm not well versed in the legal

 3    questions.  I have, you know, my team.  You know, you

 4    talked to my dad.  He handles a lot of the -- actually

 5    all of the paperwork.

 6        Q    Mr. Sykes, here's the thing I don't

 7    understand.

 8        A    Sure.

 9        Q    When we were talking earlier about the

10    companies that you provided services for, you mentioned

11    Millionaire Publishing.

12             And I said, well, what about Jewmon?

13             And then you reminded me that Jewmon used to

14    be Millionaire Publishing.

15             And now you're telling me a few minutes later

16    that you don't remember that Jewmon was the original

17    name of Millionaire Publishing.

18             I don't understand --

19        A    Correct.

20        Q    -- how you could lose your memory in such a

21    short period of time.

22        A    Because I'm not -- because I'm not well versed

23    in these legal questions, as I keep saying.

24        Q    So you remembered it about 10 minutes ago, but

25    you forgot in the 10 minutes subsequent.  Is that what
```

Timothy Sykes
May 20, 2021

1    you're telling me?

2         MR. JAFFE:  Objection to the form.

3         THE WITNESS:  It's not really about

4      forgetting.  It's more about just not -- this is

5      not my forte, right?

6         So, like, if you -- if you show me these

7      things where it's on paper, like, if you show me a

8      document, then I can confirm it.  But in my head --

9    BY MR. FELDMAN:

10    Q    I didn't show you a document 10 minutes ago.

11   You were the one who reminded me that Millionaire

12   Publishing --

13    A    Okay.

14    Q    -- was Jewmon Enterprises.

15         And now you don't remember that it was.  I'm

16   just -- I'm just confused by that.

17         MR. JAFFE:  Why don't you wait for a question.

18         THE WITNESS:  Sure.

19         MR. JAFFE:  Is there a question, Jeff?

20         MR. FELDMAN:  Yeah.

21   BY MR. FELDMAN:

22    Q    Can you explain to me why when I asked you the

23   question just now, you weren't sure that Jewmon used to

24   be the name for Millionaire Publishing?

25         MR. JAFFE:  Objection.

Timothy Sykes
May 20, 2021

1          Go ahead.

2          THE WITNESS:  Because, again, this is not my

3      forte.  If you ask me about a stock, if you ask me

4      about a trading pattern, this is what my mind is

5      100 percent focused on.

6          With the legal matters and the companies, this

7      is why I have lawyers and accountants and my dad,

8      frankly.

9  BY MR. FELDMAN:

10     Q    Okay.  Now -- by the way, StocksToTrade, when

11  did you begin using that slogan?

12     A    What year?  Is that the question?

13     Q    Yeah.

14     A    I don't know the exact year.  This was later

15  on after -- you know, the whole teaching journey, as

16  you'll learn, is, it's a step-by-step process.  At first

17  I wrote the book, thought that was going to be a

18  bestseller.  It wasn't.

19          How did I try to promote the book?  I created

20  the website.  When I created the website, people wanted

21  it more in realtime, so we created Profit.ly.  Profit.ly

22  has a realtime chat room.

23          Timothysykes.com does not have a realtime chat

24  room.

25          So it's a progression of teaching my strategy

Timothy Sykes
May 20, 2021

1   and then figuring out how to really maximize my

2   teachings, one thing at a time.

3           So StocksToTrade kind of developed because

4   there was a need to automate my strategy, rather than me

5   just manually typing out my watch list every day,

6   manually saying, here's my pattern.

7           So if we could program it into a software

8   program, you know, that's ultimately what StocksToTrade

9   became.

10      Q    So let me -- let me ask you this:  Can we

11  agree that StocksToTrade was a -- what would you call

12  that?  Can we agree -- can we agree to call it a slogan

13  or service mark?  Tell me -- tell me how you refer to --

14  what's that?

15      A    Sure.  StocksToTrade is a software program

16  that I use to, you know, look at different stocks in the

17  market.

18      Q    Okay.  So when we talk about StocksToTrade,

19  that phrase, StocksToTrade, was -- was always and only

20  used in relation to the market scanning program or a

21  market scanning program?

22          MR. COLWELL:  Objection to the form of the

23      question.

24          MR. JAFFE:  Objection.

25          THE WITNESS:  The scan is one tool in

Timothy Sykes
May 20, 2021

```
 1        StocksToTrade.  But as I said, more than just

 2        scans, we have news, there's charts.  And mainly I

 3        use StocksToTrade Breaking News.  That is the

 4        number one component that I would say is

 5        responsible for half of my trading profits lately.

 6   BY MR. FELDMAN:

 7        Q    I just want to know when StocksToTrade began

 8   providing a service of any kind to anyone anywhere.

 9        A    I mean, I'm sure there's paperwork.  I don't

10   know the exact year.

11             For me, again, you'll see that I'm focused on

12   teaching, so I can really talk about my progression as a

13   teacher.  But as of terms of company names or what year

14   something is incorporated, I mean, I believe there's

15   paperwork for that.

16        Q    Okay.  Well, let me -- let me stay within the

17   chronology.  Okay?

18        A    Okay.

19        Q    This much is clear:  When we talk about

20   StocksToTrade, StocksToTrade is a slogan that was only

21   used in relation to a trading platform, correct?

22             MR. JAFFE:  Objection.

23             THE WITNESS:  Incorrect.  It is not a trading

24        platform.  It is used for charts, news, scans, and

25        now actually webinars, too, given by, you know,
```

Timothy Sykes
May 20, 2021

```
 1        some of my students.
 2   BY MR. FELDMAN:
 3        Q    Okay.  And when -- when -- do you have an
 4   approximate date of when StocksToTrade was used to -- to
 5   brand those services?
 6        A    When did StocksToTrade start using these
 7   different services?  Like, each service is a different
 8   date.
 9        Q    Let's -- so let's -- let me put things in
10   context.
11        A    Sure.
12        Q    StocksToTrade.com, Delaware corporation,
13   formed June 2015.  That's -- that is a company under
14   Delaware law.  Okay?
15        A    Okay.
16        Q    But before there was a company called
17   StocksToTrade.com, Inc., there was a service mark called
18   StocksToTrade.
19             Do you agree?
20             MR. COLWELL:  Objection --
21             MR. JAFFE:  Objection.
22             MR. COLWELL:  -- to the form of the question.
23             THE WITNESS:  Again, I don't know the legal
24        paperwork.  If you have paperwork that suggests it,
25        then I would agree.
```

Timothy Sykes
May 20, 2021

1   BY MR. FELDMAN:

2      Q    Well, it's in the license agreement that you

3   signed with Scanz Technologies or EquityFeed at the

4   time.

5      A    So --

6           MR. JAFFE:  Look, hang on.  Let's wait for a

7      question.

8           Jeff, what's your question?

9   BY MR. FELDMAN:

10     Q    So what I'm trying to understand, I'm

11  distinguishing between StocksToTrade.com as a service

12  mark, okay, versus as the name of a company that was

13  formed in 2015.  I'm just trying to understand when you

14  began using StocksToTrade as a service mark.

15          MR. JAFFE:  Objection.

16          You can answer.

17          MR. COLWELL:  Same objection.

18          THE WITNESS:  So from my understanding, we had

19      a white label version of a scanning software, which

20      was EquityFeed, which we called StocksToTrade

21      before StocksToTrade.com went off on its own and

22      created a different platform.

23  BY MR. FELDMAN:

24     Q    Perfect.  Okay.  Now, so can we agree that the

25  first time you used StocksToTrade, the phrase

Timothy Sykes
May 20, 2021

```
 1   StocksToTrade, was under the white label agreement with

 2   EquityFeed?

 3           MR. JAFFE:  Objection to the form.

 4           MR. COLWELL:  Same objection.

 5           THE WITNESS:  I believe, actually, the first

 6       time I used it, the way that I acquired the name

 7       was a student of mine actually had the term

 8       StocksToTrade, and he was willing to sell it to me.

 9       And I believe I sold him three DVDs in exchange for

10       StocksToTrade.  That was the first time going back.

11   BY MR. FELDMAN:

12       Q    When was that?

13       A    I -- you know, I don't know the exact date,

14   but that was where the term came from.

15       Q    Okay.  So you bought it from a student?

16       A    Correct.

17       Q    And then do you remember when you first used

18   it in relation to a product or service?

19       A    I believe in relation to a product or service,

20   again, we were trying to automate my strategy, my

21   different research process because, frankly, I looked

22   through, like, 50 websites and it's just not very easy

23   for students.  So we were trying to figure out a way on

24   how to automate it.

25           And I believe one of the first, if not the
```

Timothy Sykes
May 20, 2021

1    first, I'm not 100 percent sure, was the white label

2    version with EquityFeed before we realized, you know,

3    EquityFeed could not handle what we needed and, you

4    know, it went off on its own.

5        Q    Okay.  So -- so the first time you used

6    StocksToTrade in relation to a product or service was

7    under the white label agreement with EquityFeed,

8    correct?

9        A    I believe so, yes.

10       Q    Okay.  Now, before -- before we get to that

11   white label agreement, we were talking about Jewmon.

12   And I want -- I do want to talk to you about that a

13   little more.

14            But before I get there, we talked generally

15   about your interest in being an educator.

16            Can you tell me what you believe your

17   expertise is?

18       A    Sure.  Because now I've been trading for 21,

19   22 years, I've seen a lot of bull markets, bear markets,

20   but even, you know, when I first began teaching back in

21   2007 I had still been trading for eight years.

22            And it's my experience and my own personal ups

23   and downs that I'm willing to share transparently that

24   separates me from, you know, a lot of the educators on

25   the internet where they only talk about their wins, they

Timothy Sykes
May 20, 2021

```
1    only talk about their successes, they don't give a full

2    view of the process.

3            And if you know, with industry stats most

4    traders lose money.  So how do we get students not to

5    fall prey to, you know, lack of preparation, which I

6    think is the main problem with a lot of students.

7            So for me, as you'll get to know me, I'm 100

8    percent focused every, single day giving watch lists,

9    commentary, trade alerts, video lessons, making DVDs,

10   giving webinars, writing blog posts, ten to 20 tweets a

11   day.  I am a content machine, and I'm doing it through

12   my lens of an experienced and, you know, frankly,

13   cynical/conservative trader.

14       Q    Okay.  Now, going to -- oh, by the way, have

15   you been involved in any litigation before this case?

16       A    Not that I'm aware of.

17       Q    You've never been a plaintiff or a defendant

18   in a case?

19       A    Not that I'm aware of.

20       Q    Have you ever given testimony in a case?

21       A    No.

22       Q    Okay.  So this is the very first time you're

23   testifying ever?

24       A    This, yes.  This is my first deposition.

25       Q    Okay.  Going to Jewmon, first, where did that
```

Timothy Sykes
May 20, 2021

```
 1   name come from?

 2        A    So Zach is Mormon, I'm Jewish, and we put

 3   those words together.

 4        Q    And how did you meet Zach, Zach Westphal?

 5        A    He's -- so Zach Westphal saw me on the tv show

 6   Wall Street Warriors.  He emailed me, he said, you know,

 7   I think you have potential as a guru as an educator.

 8   And that began our -- our partnership.

 9        Q    And what relationship formed as a result of

10   that?

11        A    So he markets my teachings and lessons.

12        Q    And isn't it true that you and Mr. Westphal

13   created Jewmon as a marketing company?

14        A    I don't know the, again, the legality

15   formation of, like, is it a marketing company?  Is it an

16   education company?

17             My role is educating.  His role is marketing.

18        Q    Right.  So would you agree that Mr. Westphal

19   marketed your content through Jewmon Enterprises?

20        A    I mean, it sounds accurate.  I don't know the

21   legality.

22        Q    Now, Jewmon was formed in June of 2012.  Would

23   you take my word for it or I could show you a document.

24        A    I'll take your word --

25        Q    Okay.
```

Timothy Sykes
May 20, 2021

```
 1        A    I'll take your word for it.  I'll take your

 2   word for it.  You seem trustworthy.

 3        Q    So before June of 2012, you would agree that

 4   there was no use of StocksToTrade, correct?

 5        A    I don't believe we had that name back then.

 6        Q    Okay.  Now --

 7             And we can agree that when the company was

 8   formed, Jewmon was formed in June of 2012, you did not

 9   have a market scanning software product, correct?

10        A    No.  In the beginning it was just my teachings

11   before we gradually realized we needed, you know, some

12   programming to aid in the education business.

13        Q    Would it be fair to call the StocksToTrade

14   market scanning software product a trading tool?

15        A    I would say yes, it's a tool.  But again,

16   trading, it gets murky because trading is brokerages,

17   and StocksToTrade is not a brokerage.  We tap into other

18   brokerages.

19        Q    But the StocksToTrade, both the white label

20   market scanning tool, and then the subsequent scanning

21   tool that StocksToTrade.com, Inc. markets today,

22   these -- these software tools enable people to search

23   databases of equities to find equities that are of

24   interest to them based on criteria that they use as a

25   filter.  Is that a fair description?
```

Timothy Sykes
May 20, 2021

 1              MR. COLWELL:  Objection --

 2              THE WITNESS:  Yes.

 3              MR. COLWELL:  -- to the form of the question.

 4   BY MR. FELDMAN:

 5       Q    Appreciate that.  Now --

 6       A    It's a research tool.

 7       Q    It's a tool, research tool.

 8       A    A research tool more than a trading tool.

 9   Let's -- let's agree on that.

10       Q    Okay.  Got it.  And now -- and so just so that

11   we both know what we're talking about during the depo,

12   let's -- let's agree to a term that we can call this.

13   Okay?

14              So when I talk about a market scanning

15   research tool, I'm -- I am referring either -- I will

16   refer to either the white label tool or to the

17   StocksToTrade tool that StocksToTrade.com, Inc. markets

18   today.  Okay?

19              MR. COLWELL:  Objection to the form of the

20         question.  Assuming that's a question.

21              MR. FELDMAN:  You know what?  I'm going to

22         agree with Counsel's objection.  I'll clarify what

23         I'm talking about in the context of each question.

24         I think it will be easier.

25              MR. JAFFE:  We agree.

Timothy Sykes
May 20, 2021

```
1    BY MR. FELDMAN:

2         Q    All right.  At the time that Jewmon was

3    formed, we can agree that you had not yet created, by

4    yourself or through a third party, any -- any market

5    scanning research tool, correct?

6              MR. JAFFE:  Objection.

7              You can answer.

8              THE WITNESS:  I believe so.  But again, I'm

9         not 100 percent on the dates, because you're

10        talking about years ago.  And it was a

11        step-by-step, you know, progression of what we

12        needed to be the best educators.

13   BY MR. FELDMAN:

14        Q    Okay.  So Jewmon was formed in June of 2012

15   and the white label agreement with EquityFeed was signed

16   in April of 2013.

17             Would you accept my representation on that?  I

18   could show you the document, if you want.

19        A    It sounds about right.

20        Q    Okay.  So there was -- the white label

21   agreement was signed less than a year after Jewmon was

22   formed.

23             Do you agree with that?

24        A    If you're telling me these dates, yes.  I'm

25   not 100 percent sure on the date, but it would make
```

Timothy Sykes
May 20, 2021

1    sense chronologically.

2        Q    Okay.  So I want to -- I want to talk --

3    starting in June of 2012, what was the first -- if you

4    recall, what was the first service or product that

5    Jewmon launched?

6        A    I believe it was The Challenge, because that

7    was basically how Zach came into my life, because I was

8    already giving, you know, watch lists and trade alerts.

9             But he said, you know, there's more that you

10   can do with education.  We can combine, you know -- oh,

11   and I had DVDs.  So he's, like, combine the DVDs, the

12   watch lists into a whole curriculum and he would market

13   The Challenge.

14       Q    Now, what I understood from Mr. Westphal was

15   that The Challenge was marketed through Millionaire

16   Media.

17       A    Again, I'm not familiar with the companies.

18       Q    Okay.  So what you know is, is that at some

19   point in time Jewmon launched a white label version of

20   the EquityFeed market scanning research tool, correct?

21       A    Yes.  We had a white label for a short period

22   of time.

23       Q    Right.  And then what I'm trying to understand

24   is, before Jewmon launched the white label market

25   research scanning tool, what else had it done?

Timothy Sykes
May 20, 2021

```
1       A     I mean --

2             MR. JAFFE:  Objection to the form.

3             But go ahead.

4             THE WITNESS:  The Challenge is the primary

5       driver of my education, being able to put

6       everything into one curriculum so that students

7       could get step-by-step education.

8             This is where, you know, we now have nearly

9       two dozen millionaire students.  All of them have

10      been in The Challenge because they get the watch

11      lists, the commentary, the trade alerts, the video

12      lessons, the DVDs, the webinars, the community.

13            So I don't know the specific companies that,

14      you know, what applies to what company, but the

15      challenge is what I'm focused on trying to be the

16      best teacher I can.

17   BY MR. FELDMAN:

18      Q     Okay.  So as we sit here today, can we agree

19   that apart from launching the white label market

20   research tool with EquityFeed, Jewmon, to your

21   recollection, did not engage in any other service or

22   product prior to the time that the white label product

23   launched?

24            MR. JAFFE:  Objection.

25            MR. COLWELL:  Objection to the form of the
```

Timothy Sykes
May 20, 2021

1        question.

2              THE WITNESS:  I can't confirm that it was the

3        only one.  We're reached out to by literally dozens

4        of companies every day.  I don't know -- I usually

5        just forward emails of people and companies that

6        are interested in me, and I forward them to Zach

7        and he has conversations.

8    BY MR. FELDMAN:

9        Q    Okay.  So -- but as you sit here today, do you

10   have any recollection of Jewmon doing anything by way of

11   service or product before it launched the white label

12   version of the EquityFeed market research tool?

13             MR. JAFFE:  Objection.

14             THE WITNESS:  It's possible, but I don't

15       recall.  This was too long ago.  And you're

16       literally talking about thousands of companies that

17       contact us.

18             So I don't know what actually got to, you

19       know, close to fruition versus what didn't.  You

20       know, as you see with EquityFeed, sometimes

21       projects don't work out.

22   BY MR. FELDMAN:

23       Q    Right.  Okay.  Now, you do have a clear

24   recollection, though, of Jewmon launching the white

25   label version of the EquityFeed market research market

Timothy Sykes
May 20, 2021

```
1    scanning tool, correct?

2         A    Yes.  I remember we had a white label product

3    for a short period of time.

4         Q    Okay.  Now, do you remember how -- the lead up

5    to the license agreement that was signed between Jewmon

6    and EquityFeed?

7         A    I believe Stephan reached out to me saying he

8    wanted to work with me or with us and, you know, I

9    basically forwarded him to Zach.

10        Q    Okay.  Have you ever met Stephan Touizer?

11        A    I don't believe so.

12             MR. FELDMAN:  Okay.  Stephan, would you come

13        onto the video, please?   Stephan?

14             Elad, would you call Stephan, please, and ask

15        him to -- Stephan Touizer is on the video.

16             MR. JAFFE:  Is he on your video?  Hang on,

17        Jeff.  He's not -- he's not on the witness' video

18        because the witness is in -- the -- Jeff, is it

19        okay if I show him my screen, which has Stephan on

20        it?

21             MR. FELDMAN:  Absolutely.  Appreciate it,

22        Brett.  Yes.

23             THE WITNESS:  Okay.  I see him.

24    BY MR. FELDMAN:

25        Q    Do you recognize Stephan as someone that
```

Timothy Sykes
May 20, 2021

1  you've previously met?

2      A    I mean, I don't really recall meeting anybody

3  like him.

4      Q    Okay.  So as -- as you are testifying today

5  under oath, it's your testimony that you never met

6  Stephan Touizer, correct?

7          MR. JAFFE:  Objection.

8          THE WITNESS:  I don't believe so.  I meet

9      thousands of people per year, you know?  Like, you

10     have to try to understand, I'm -- I'm the public

11     face of, you know, teaching.  So I literally have

12     thousands of students and I meet people everywhere.

13         I mean, the hotel bellboy recognized me this

14     morning.  And I just want you to understand, like,

15     I don't necessarily remember every, single person I

16     met.

17         So I don't believe we met.  Maybe we met in

18     passing.  I don't -- I don't remember.

19  BY MR. FELDMAN:

20     Q    Well, tell me what you remember of how

21  EquityFeed and Jewmon connected.

22     A    As I said, I remember him messaging and

23  saying, let's work together.  I do believe we had a few

24  phone calls regarding that.  And then I passed him off

25  to Zach.

Timothy Sykes
May 20, 2021

```
 1        Q    Now, do you remember what it was that -- well,

 2   let me -- let me back up for a second.

 3             You do remember talking to Stephan at some

 4   point in time, correct?

 5        A    I believe we talked, yes.

 6        Q    Do you remember what it is that you talked

 7   about?

 8        A    I believe we talked about the white label

 9   product.

10        Q    Okay.  And when you talked about --

11        A    Or even before the white label product.  I

12   believe we talked about doing something together and the

13   white label product is what came out of it.

14        Q    Okay.  Had you known of EquityFeed's market

15   scanning tool before you spoke with Stephan?

16        A    I mean, I've heard of them.  There's literally

17   dozens of market scanning tools.  They all share the

18   same data.

19        Q    Right.  But, Mr. Sykes, I'm asking specific

20   questions.  And I do, I appreciate, you know, your

21   willingness to give more information than what I'm

22   asking you for.  Okay?

23        A    Of course.

24        Q    Your lawyer probably isn't, but I'm grateful.

25             MR. JAFFE:  I'm good.
```

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:

 2        Q    But let's -- let's try this again.

 3        A    Okay.

 4        Q    You would agree that at the time that the

 5   conversation between Jewmon and EquityFeed began,

 6   EquityFeed had a -- a market scanning software tool,

 7   correct?

 8        A    Yes.  They were one of dozens of companies

 9   with a market scanning tool.  And he reached out to me,

10   so we gave him a chance.

11        Q    Had you -- before you spoke to Stephan or

12   communicated with Stephan for the first time, whether it

13   was by email or phone, had you, Tim Sykes, seen the

14   EquityFeed market scanning tool?

15        A    I don't believe so.  I've been using E-trade

16   Pro for 20-plus years now.

17        Q    Okay.  Have you ever seen EquityFeed's market

18   scanning tool to this day?

19        A    I don't believe I've used it personally, but

20   I've seen other people post screen shots.

21        Q    So when you were under the white label

22   agreement, you're saying you never used the white label

23   version of the EquityFeed market scanning tool?

24        A    I -- I don't believe so.

25        Q    Okay.  All right.  Well, so -- so it's your
```

Timothy Sykes
May 20, 2021

1    testimony then, as I understand it -- let me rephrase.

2          What interest did you have in the EquityFeed

3    market scanning tool prior to the time that the initial

4    contact between Jewmon and EquityFeed occurred?

5          MR. JAFFE:  Objection to the form.

6          MR. COLWELL:  Object to the form.

7          THE WITNESS:  What was my interest before we

8      had the white label product?

9    BY MR. FELDMAN:

10    Q    No.  What -- before the very first

11    communication between EquityFeed and Jewmon, did you

12    have any interest at all in the EquityFeed market

13    research software product?

14    A    Not at all.  EquityFeed is one of dozens of

15    companies with just tools, and they're all at the

16    traders expo every, single year.

17    Q    Okay.  So --

18    A    So literally this is a whole cottage industry

19    of, you know, tools.  EquityFeed is just one of them.

20    Q    How many market scanning tools were out there

21    out in the marketplace at the time that EquityFeed and

22    Jewmon first began to talk?

23    A    I don't know the exact number, but it would

24    either be in the dozens or possibly even the hundreds.

25    Q    Okay.  But the one -- but the one tool you

Timothy Sykes
May 20, 2021

1    ended up expressing, or the one tool that you ended up

2    entering into a business arrangement for was the

3    EquityFeed product, right?

4         A    Correct.  We gave EquityFeed a chance because

5    they reached out to us.  They failed to deliver the

6    product, so that was it.

7         Q    Okay.  It was a bad product?

8         A    Based on the lots of complaints from my

9    students, yes.

10        Q    And what about EquityFeed as a company, was it

11   a good company or bad company?  What was it?

12             MR. JAFFE:  Objection to the form.

13             THE WITNESS:  I wouldn't know.  I'm -- as

14        you're beginning to understand, I'm 100 percent

15        focused on teaching and my students.  So whenever I

16        have a video lesson or a DVD or a webinar or a

17        software tool, when we throw it out to the

18        community I get the feedback.  And there were a lot

19        of complaints with the white label product from the

20        beginning.

21   BY MR. FELDMAN:

22        Q    Okay.  So -- so what I'm gathering is, is

23   this:  Before the white label agreement, your company

24   did not have a market research software tool or did not

25   promote a market research software tool for any other

Timothy Sykes
May 20, 2021

1    company, correct?

2         A    I don't believe so.  There might have been one

3    or two.  Again, nothing -- nothing worked.  I'll tell

4    you that.

5         Q    Nothing worked.  Okay.  But you can -- you

6    would agree the very first market research software tool

7    that you ever promoted was the white label product with

8    EquityFeed, correct?

9              MR. JAFFE:  Objection.

10             Go ahead.

11             THE WITNESS:  Again, I don't know if it was

12        the first.  It got the furthest along of, you know,

13        this whole new area.

14   BY MR. FELDMAN:

15        Q    Okay.  And how long did -- how long did that

16   agreement or how long did that relationship last?

17        A    I mean, I'm sure you have the paperwork.  I

18   don't know exactly.  But to my recollection, you know,

19   maybe a year or two.

20        Q    Okay.  And then did you give this white label

21   product a name?

22        A    I believe the white label product's name was

23   StocksToTrade.

24        Q    Did you create a website in relation to the

25   StocksToTrade product?

Timothy Sykes
May 20, 2021

```
 1              MR. JAFFE:  Objection to the form.

 2              THE WITNESS:  I believe our programmers did.

 3        I know nothing about programming, so I, personally,

 4        did not.

 5    BY MR. FELDMAN:

 6        Q    What was the website URL?

 7        A    I believe it was stockstotrade.com.

 8        Q    Okay.  And then what was the -- the overall

 9    arrangement, if you could just sort of simplify it for

10    me if you can, just so I can understand how you

11    understand the agreement that you had with EquityFeed --

12    strike that -- that Jewmon had with EquityFeed.

13              MR. COLWELL:  Objection --

14              THE WITNESS:  Sure.

15              MR. COLWELL:  -- to the form of the question.

16              MR. JAFFE:  Objection.

17              THE WITNESS:  Sure.  So to my understanding --

18        and again, this is very limited from the lens of a

19        teacher.  Every, single day I write out my watch

20        list, five, ten, 15 stocks, very manually

21        intensive.

22              We wanted to have another way to kind of

23        automate it and make it easier for students.  So I

24        believe the white label product, to my

25        understanding, mainly was, I gave this company and,
```

Timothy Sykes
May 20, 2021

```
1        you know, you can tell me the company names, the

2        corporate structure, but I gave the white label

3        product my 40-plus personal scans that I use every

4        day that I have programmed into E-trade Pro.

5             And we basically were going to sell these

6        40-plus scans so that students could do their own

7        scanning.  That was the first product of the white

8        label in the beginning.

9   BY MR. FELDMAN:

10       Q    Okay.  Give me a second, please.

11       A    Sure.

12       Q    Now, of the dozens or maybe hundreds of

13  scanning tools that were in the marketplace at that

14  time, why did you choose EquityFeed's product?

15            MR. JAFFE:  Objection.  Foundation.

16            MR. COLWELL:  Objection.

17            THE WITNESS:  We didn't choose EquityFeed.

18       Like I said, I believe Stephan reached out to us

19       and we gave him a chance.

20            A lot of people, you know, reach out to us.  I

21       think you'd have to talk to Zach on why, you know,

22       we went with EquityFeed, which, you know, looks to

23       be, you know, a mistake in hindsight.

24  BY MR. FELDMAN:

25       Q    Who signed the license agreement between
```

Timothy Sykes
May 20, 2021

```
 1    EquityFeed and Jewmon, do you know?

 2         A    My guess would be Zach.  He handles most of

 3    the contracts.

 4         Q    And okay.  All right.  Well, do you remember

 5    how the relationship with EquityFeed came to an end?

 6         A    I don't know the specifics.  I, as a teacher,

 7    again, get all the feedback from students, and we got

 8    more and more complaints.

 9              And I remember telling Zach to talk to Stephan

10    to make it work.  And it just wasn't -- the relationship

11    wasn't heading in the right direction.

12              So I don't know exactly how it ended or what

13    Zach said, but it was ended.  And from what I remember,

14    we ended amicably.

15              I remember -- I think EquityFeed put out a

16    statement saying, you know, we're ending this, but we

17    wish them well.  I think it was something of that.  I

18    didn't think anything of it after that.

19         Q    Okay.  Who ended the relationship, Jewmon or

20    EquityFeed?

21         A    I don't know specifically.  Again, this is --

22    Zach was in charge of the relationship.  I just

23    forwarded the complaints to Zach and, you know, I'm

24    guessing he made some -- some decision, like, either we

25    can keep working on it and trying to improve or, you
```

Timothy Sykes
May 20, 2021

```
 1   know, just cut our losses.
 2        Q    So -- and there came a point, didn't there,
 3   where a StocksToTrade 2.0 version of the market scanning
 4   tool that had originally been white labeled was created;
 5   isn't that true?
 6             MR. JAFFE:  Objection.
 7             MR. COLWELL:  Objection.
 8             THE WITNESS:  I mean, it sounds right.  We're
 9        always trying to improve.  Like, the StocksToTrade
10        Breaking News that I utilize the most, this was not
11        in the initial tool.  This was just something that
12        we recognized that we needed over time.
13             So it's a -- I don't know how to say it.  It's
14        a gradually evolving product.
15   BY MR. FELDMAN:
16        Q    All right.  So the product that
17   StocksToTrade.com, Inc. sells today, the market -- the
18   market scanning research tool sold as StocksToTrade, is
19   that -- is that market scanning tool different than the
20   other market scanning tools available in the
21   marketplace?
22             MR. COLWELL:  Objection.
23             THE WITNESS:  Yes.  Sorry.
24             Yes.  I mean, we have -- again, every tool,
25        whether it's E-trade Pro or EquityFeed or
```

Timothy Sykes
May 20, 2021

```
 1        StocksToTrade or, you know, Think or Swim, every
 2        tool has access to the same data.
 3            What separates StocksToTrade this time right
 4        now as we're talking in 2021 is this curated
 5        Breaking News feed run by two ex-hedge fund
 6        traders.  And they basically pull out the most
 7        actionable news from different news wires,
 8        different chat rooms, different social media sites.
 9        So that is not data that's just being piped in like
10        all these other services.
11            And I think that the StocksToTrade Breaking
12        News, like I said, I mean, this is -- this is what
13        I mainly use the app for these days.
14   BY MR. FELDMAN:
15        Q    Okay.  We talked earlier about Screener Plus.
16            COURT REPORTER:  Mr. Feldman?
17            MR. FELDMAN:  Yes.
18            COURT REPORTER:  I believe we've lost the
19        videographer.
20            MR. FELDMAN:  Oh, okay.  We can't have that.
21        When did that happen?
22            COURT REPORTER:  Just now.
23            THE WITNESS:  Yeah, I saw it pop up.
24            MR. JAFFE:  Well, Jeff, you want to use this
25        as a good chance for a 2-minute bathroom break and
```

Timothy Sykes
May 20, 2021

1        we'll be right back?

2              MR. FELDMAN:  Yes.

3              (Recess.)

4              VIDEOGRAPHER:  We are now back on the video

5        record.  The time is 2:57 p.m. UTC, 10:57 a.m. EDT.

6    BY MR. FELDMAN:

7        Q    So, Mr. Sykes, is it your testimony that

8    Jewmon was dissatisfied with the white label product?

9        A    I don't know if you could say that it was

10   because of Jewmon.  I just know that it was -- it wasn't

11   working.  The students weren't happy, Zach wasn't happy.

12   That's as much as I know.

13       Q    And so a decision had been made at some point

14   by you and Mr. Westphal to terminate the agreement with

15   Jewmon -- the agreement with EquityFeed, correct?

16             MR. JAFFE:  Objection.  Foundation.

17             Go ahead.

18             THE WITNESS:  I believe it was -- I believe it

19        was Zach's decision because he was the one who was

20        talking with Stephan and, you know, he knew more

21        than I did.

22   BY MR. FELDMAN:

23       Q    So Zach -- Zach was going to terminate the

24   white label agreement with EquityFeed, correct?

25             MR. COLWELL:  Objection to the form of the

Timothy Sykes
May 20, 2021

1       question.

2              MR. JAFFE:  Objection.

3              THE WITNESS:  Again, I don't know how it all

4       played out.  All I know is that we switched gears

5       and, you know, the white label was out due to many

6       reasons.

7    BY MR. FELDMAN:

8       Q    And those many reasons were?

9       A    There were complaints from the students that,

10   you know, it would crash.  There were complaints from

11   our side where, you know, I kept checking to see when

12   my -- you know, again, my -- my role in this was showing

13   my 40-plus scans.  And there were problems implementing

14   those 40-plus scans.

15              There were just endless excuses, so, you know,

16   it ended.

17      Q    Right.  So at some point did you all make a

18   decision to develop your own market scanning research

19   tool?

20      A    Yes.

21      Q    When did you make that decision relative to

22   the time the agreement terminated in April of 2015?

23      A    I mean, it was -- it was most likely within a

24   few weeks or months.  I don't know the exact timing.

25      Q    Well, tell me about -- tell me about what you

Timothy Sykes
May 20, 2021

```
1   remember of the decision to develop your own market
2   research -- market scanning research tool.
3        A     Yes.  From what I remember -- and again, I'm
4   sorry, I don't know the exact dates, but the white label
5   had failed, for lack of a better word.  And then it was,
6   like, okay, how do we, you know, try to create our own
7   software, because this -- this is a good idea to try to
8   help students learn faster.
9             And then, you know, there were -- there were
10  discussions.  And I don't remember who -- who was, like,
11  the first programmer or what company and stuff like
12  that, but it was -- we basically tried to create our own
13  software.
14       Q     So did you interview software development
15  companies?
16       A     Again, that's -- that's Zach.  I want -- I
17  really want you to understand.  I'm working 16, 18, 20
18  hours a day every day giving content.
19            So whether it's in terms of, you know, calls
20  for the white label product, dealing with other
21  businesses, this is -- this is Zach's part of the
22  business.
23       Q     I understand.  I'm just asking about what you
24  remember.
25       A     Got you.
```

Timothy Sykes
May 20, 2021

```
 1        Q    Do you remember meeting with or communicating
 2   with software development companies to develop a new
 3   market scanning research tool --
 4        A    I remember one meeting --
 5        Q    I've got to finish the question.
 6        A    Sure.  Okay.
 7        Q    Do you remember meeting software developers to
 8   talk to them about developing a new market scanning
 9   research tool for StocksToTrade?
10        A    I remember one meeting specifically with one
11   of my students, his name was Jamil.  And he was in The
12   Challenge, he was a Challenge student.
13             And he, I don't know whether Zach -- I mean, I
14   guess he had to come to us, because, you know, I don't
15   know -- like, I don't reach out to random students.
16             But I believe Jamil reached out to me or
17   reached out to Zach and said, hey, I'm a programmer, you
18   know, we can do something together.
19        Q    Okay.  Does the name Scopic mean anything to
20   you?
21        A    So this is one of --
22             MR. JAFFE:  Just other -- I want to be careful
23        that you're not -- that you do not disclose
24        anything that we've talked about.
25             THE WITNESS:  Okay.
```

Timothy Sykes
May 20, 2021

```
 1            MR. JAFFE:  This is your independent

 2       recollection --

 3            THE WITNESS:  Yeah.

 4            MR. JAFFE:  -- other than conversations you've

 5       had with me.

 6            THE WITNESS:  Okay.

 7            I mean, they're one of the programming teams

 8       that -- that was hired by us.

 9  BY MR. FELDMAN:

10       Q    Were there other programming teams hired by

11  you?

12       A    I don't know the specifics.  Zach -- Zach

13  handles all of that.

14       Q    Okay.  But you do -- you do remember Scopic

15  being hired to do software development, correct?

16       A    Yeah.  I mean, we're always looking for new --

17  new programmers.  So Scopic, I believe, was one of the

18  companies hired for programming.

19       Q    And what -- what particular type of software

20  was Scopic hired to develop?

21       A    I don't know.  This is Zach's field.

22       Q    As you sit here today, you don't know that

23  Scopic developed the market scanning research tool that

24  StocksToTrade sells today or markets today?

25       A    It would make sense.  But again, I'm not
```

Timothy Sykes
May 20, 2021

```
 1    involved in the business side of this.

 2         Q    I'm not asking you if it makes sense.  I'm

 3    just asking for a yes or no.

 4              Isn't it true that as you sit here today, you

 5    know that Scopic wrote the software for the

 6    StocksToTrade market scanning research tool that

 7    StocksToTrade.com, Inc. sells today?  Isn't that true?

 8              MR. COLWELL:  Objection to the form of the

 9         question.

10              THE WITNESS:  Let me be very clear.  We have

11         had a lot of programmers.  I don't know the

12         specifics.

13              As you can see, I don't even know, you know,

14         my own legal formalities.  So with these other

15         companies, if you ask me who's a part of Scopic, I

16         wouldn't even know.

17    BY MR. FELDMAN:

18         Q    Mr. Sykes, honestly, listen, you can answer

19    the questions any way you want.  And, remember, it's

20    being taken down by video, so that I can show this to a

21    jury and to a judge --

22         A    Sure.

23         Q    -- so that they can judge your credibility.

24         A    Cool.

25         Q    So you answer everything at your own risk.
```

Timothy Sykes
May 20, 2021

1    Okay?

2            But what I would suggest that you to do is

3    listen to the question and answer the question directly.

4    Okay?

5            I'm asking a simple question.  It was a yes or

6    a no.

7            Did -- as you sit here today, do you know

8    whether Scopic wrote the software for the StocksToTrade

9    market research tool that StocksToTrade.com, Inc. sells

10   today, yes or no?

11       A    It would make sense to say yes, but I can't

12   confirm it 100 percent.

13       Q    Okay.  It would make sense to say yes.

14           It makes sense to say yes because you know

15   that Scopic wrote the software for StocksToTrade's

16   market research tool, correct?

17           MR. JAFFE:  Objection.

18           MR. COLWELL:  Objection.

19           THE WITNESS:  As I said, I don't know.  I'm

20       not 100 percent certain, so I can't lie and say I'm

21       certain about something I'm not certain about.  I'm

22       sorry.  I wish I was more, you know, if I knew more

23       about these companies, but I don't.  I'm so focused

24       on teaching.  We hire programmers.  They build

25       stuff.  Sometimes it works, sometimes it doesn't.

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:

 2       Q    Didn't -- did you ever give your programmers

 3   programming features that you wanted included in the

 4   StocksToTrade market scanning research tool that it

 5   sells today?

 6       A    Yes.  So that is the list of 40 custom scans

 7   that I use.  And this is whether it's a white label,

 8   whether it's StocksToTrade, this is the 40 scans that I,

 9   personally, use every day.

10       Q    And so you gave them -- you only remember 40

11   programming features that you gave to the software

12   development team?

13           MR. COLWELL:  Objection.

14           THE WITNESS:  I mean, there might be 42.  It's

15       roughly 40.

16   BY MR. FELDMAN:

17       Q    Okay.  All right.  Now, don't you remember

18   giving those programming features to Scopic?

19       A    I don't know who I sent it to.  There's -- I'm

20   sure you probably have the email, but it's either Zach

21   or Jamil.  I don't know the difference.

22       Q    Isn't it true that you guys were developing

23   your own market research tool prior to the time that the

24   white label agreement ended with EquityFeed in April of

25   2015?
```

Timothy Sykes
May 20, 2021

```
1        A    I don't know the exact timing.  Again, this
2   is -- this is Zach and his business decisions.
3             My role was giving the 40-plus scans and
4   waiting for a program that could actually fulfill it.
5        Q    Now -- so where we are in the story, we're
6   going to look at some documents in a minute.  But where
7   we are in the story is, as I understand it is, is that,
8   number one, sometime after Jewmon was formed, you
9   believe that my client, Stephan, contacted Jewmon,
10  correct?
11       A    I believe he contacted me, but I'm not 100
12  percent sure.
13       Q    Okay.  And you recall there being conversation
14  about EquityFeed's market scanning research tool,
15  correct?
16       A    I believe there was conversations about
17  creating the white label product, which did get created
18  and then failed.
19       Q    And you agree that it was you who negotiated
20  with Stephan, correct?
21       A    Not at all.  I do not negotiate any contracts
22  with any of my companies.
23       Q    And you would agree that -- that you signed
24  the white label agreement, correct?
25       A    I don't believe I did.  I don't remember.
```

Timothy Sykes
May 20, 2021

```
 1        Q    Well, it wouldn't make sense for you to sign

 2   the contract if you didn't negotiate it, right?

 3             MR. COLWELL:  Objection to the form of the

 4        question.

 5             THE WITNESS:  I mean, there's -- there's

 6        contracts that, frankly, Zach negotiates and Zach

 7        says, you know, sign this or -- I mean, this is --

 8        you have to understand, Zach is the business

 9        manager.  I'm the teacher.

10             So I don't negotiate with Stephan when he's

11        asking me questions.  I push him off to Zach

12        because I, frankly, don't have time for this.

13   BY MR. FELDMAN:

14        Q    And would you -- would you sign an agreement

15   that you did not negotiate?

16             MR. JAFFE:  Objection to the form.

17             MR. COLWELL:  Same objection.

18             THE WITNESS:  I mean, again, I trust my team.

19        So if Zach says, you know, sign something, I go

20        with it, just because I trust Zach.

21             But I don't personally -- I don't personally

22        negotiate any contract.  So this is how I know I

23        did not do that, because I never do.

24   BY MR. FELDMAN:

25        Q    Well, would you sign an agreement that you had
```

Timothy Sykes
May 20, 2021

```
 1   not previously read?

 2        A    If Zach --

 3             MR. JAFFE:  Objection.

 4             THE WITNESS:  If Zach had told me to and said,

 5        you know, we need this to push a business, sure.

 6   BY MR. FELDMAN:

 7        Q    So you would sign anything that Zach gave you

 8   to sign?

 9             MR. COLWELL:  Objection to the form of the

10        question.

11             MR. JAFFE:  Objection.

12             THE WITNESS:  I wouldn't say anything, but if

13        it's -- again, this is a minor potential upcoming

14        product.  It's not a big deal.  I mean, I thought

15        it was worth a shot to try.

16   BY MR. FELDMAN:

17        Q    Okay.

18        A    But I don't remember signing -- I don't

19   remember signing the agreement and I certainly did not

20   negotiate it.

21        Q    Okay.  And then once the agreement was

22   signed -- strike that.

23             Under the agreement there was a white label

24   version of EquityFeed's market scanning research tool

25   created for StocksToTrade, correct?  Well, let me -- let
```

Timothy Sykes
May 20, 2021

1    me rephrase it.

2            Under the agreement with EquityFeed there was

3    a white label version of EquityFeed's product that was

4    created, correct?

5        A    I believe so.

6        Q    And Jewmon decided to call that white label

7    product StocksToTrade, correct?

8        A    Yes.

9        Q    And there was customization that was done for

10   you in that white label product, correct?

11       A    Yes.

12       Q    And tell me what you remember that

13   customization to be.

14       A    The roughly 40 scans that I use, we were

15   trying to put it into this white label product and there

16   were problems from the get go.

17       Q    And those same 40 scans were later put into

18   the StocksToTrade market scanning research tool that's

19   sold today, correct?

20       A    Yes.  And they're also in my E-Trade platform,

21   too.  These are the scans that I, personally, use.

22       Q    Okay.  But we can agree that you asked

23   EquityFeed to customize the white label version of

24   its -- of its product to accommodate these 40 scans,

25   correct?

Timothy Sykes
May 20, 2021

```
 1        A    Yes.

 2        Q    All right.  We call them the 40 scans.

 3   Actually, when we talk about 40 scans, we're talking

 4   about -- strike that.

 5             Tell me what these 40 scans were.  I don't

 6   need --

 7        A    Sure.

 8        Q    -- each of the 40, but generically what --

 9   what were their components generically?

10        A    Sure.  So there's tens of thousands of stocks

11   out there.  Most people trade random stocks and they get

12   random results.

13             I believe that my results are solid, compared

14   to the masses, because I focus on just a few stocks.  So

15   as I said, I, personally, write out five, ten, 15 stocks

16   on a watch list every night.

17             But these 40 scans, just pulling market data.

18   So some of the scans are, you know, based on percentage

19   gain of a stock and the share price of a stock.

20             So one of the scans might be the biggest

21   percent gainers in the entire stock market of stocks

22   trading under $5 a share.  So that spits out a small

23   result.  And out of that result I might trade those

24   stocks.  So it's a way of curating tens of thousands of

25   stocks down to a few dozen.
```

Timothy Sykes
May 20, 2021

```
 1      Q    Okay.  So basically these were pre-programmed
 2  searches.  Is that a fair description?
 3      A    Yes.
 4      Q    And essentially what -- what you wanted
 5  EquityFeed to do was to develop 40 pre-programmed
 6  searches that were made up of particular criteria that
 7  you felt were particularly important?
 8      A    Correct.
 9      Q    Okay.  And on this point, you teach people how
10  to trade.  Is that -- is that fair?
11      A    Yes.
12      Q    And to understand how to trade, you need to
13  know the variables that are important to identifying the
14  stocks that you may want to buy and to sell, correct?
15      A    Yes.
16      Q    And how many different variables are there in
17  deciding which stocks to sell or to buy?
18      A    So I have a DVD called, Trader Checklist,
19  which goes over the seven key indicators that I utilize.
20  And so big percent change or dollar volume, these are
21  two variables on a scan.
22      Q    Now, in order to understand the variables that
23  matter in identifying stocks to buy or sell, you need to
24  have knowledge, right?
25      A    Correct.  That's why I teach.
```

Timothy Sykes
May 20, 2021

1    Q    Right.  The entire purpose for your career is
2  to teach people the criteria that matters in selecting a
3  stock to buy or sell, correct?
4    A    And how to enter and exit the stock.  It's a
5  whole decision-making process and I'm trying to teach
6  the entire process.
7          Data is one component of the process as a
8  whole.
9    Q    So basically -- when you talk about data, what
10  we start with is the market; that is, all the stocks in
11  all of the markets, whether it's OTC or NASDAQ or the
12  Dow, everything starts with the securities that are
13  available for purchase and to sell, correct?
14    A    Correct.
15    Q    Okay.  And what you do for a living as an
16  educator is help people understand how to slice and dice
17  all that data to find the needles in the haystack,
18  correct?
19          MR. JAFFE:  Objection to the form.
20          MR. COLWELL:  Objection.
21          THE WITNESS:  Yes.  To use data.  But again,
22      this is one component.  It doesn't matter if you
23      just have the data, you need education, you need
24      knowledge, you need a plan.  So it's a whole
25      process.

Timothy Sykes
May 20, 2021

```
1   BY MR. FELDMAN:
2        Q    Right.  And so you would agree that as one
3   becomes more experienced in trading, one better --
4   begins to better understand what variables, what
5   criteria matter most in understanding, you know, in
6   understanding how to find a needle in the haystack in
7   the market, right?
8        A    Yes.
9             MR. JAFFE:  Objection to the form.
10            MR. COLWELL:  Objection.
11  BY MR. FELDMAN:
12       Q    So if -- if somebody brand new, somebody who's
13  brand new has a market scanning research tool that has
14  the search variables pre-programmed, is that a benefit
15  to that novice?
16       A    Yes.  That's why we did this.
17       Q    Right.  When you say "we did this," you're
18  talking about your own StocksToTrade market research
19  tool, correct?
20       A    I'm talking about getting into the software
21  business at all.  Whether it's a white label or whether
22  it's our own, we wanted to go in the direction to aid
23  the students so that they could be better traders.
24            So I didn't choose to, you know, create
25  anything.  It was just a gradual realization that, wait
```

Timothy Sykes
May 20, 2021

```
 1   a minute, let's give the students another tool to become
 2   better over time.
 3        Q    So -- and the tool that you gave them was a
 4   tool that had the criteria pre-programmed, listed in a
 5   logical flow pattern, so that they -- they had available
 6   to them the variables that they could consider in
 7   figuring out which stocks to look at for buying or
 8   selling that were available in the marketplace, right?
 9             MR. JAFFE:  Objection to the form.
10             Go ahead.
11             MR. COLWELL:  Same objection.
12             THE WITNESS:  Yes.  Software simplifies the
13        research process.  Whether you're using data, news,
14        charts, it's all interconnected and you're trying
15        to use the market indicators to make better
16        educated decisions.
17   BY MR. FELDMAN:
18        Q    Now, and to understand what the market
19   indicators are, you need to know them, correct?
20        A    Correct.  That's why I teach them.
21        Q    Right.  And if -- if you don't know them, and
22   you're not studying with Tim Sykes, it would be of great
23   benefit to have a tool that lists those indicators in a
24   logical way to help the novice understand what variables
25   they can use in deciding which stocks to buy or sell,
```

Timothy Sykes
May 20, 2021

1    correct?

2            MR. JAFFE:  Objection to the form.

3            THE WITNESS:  I would -- I would disagree with

4        that, because the data only does so much.  Like any

5        market scanning tool, whether it's EquityFeed or

6        StocksToTrade or E-trade Pro, it spits out stocks.

7        But without knowledge of patterns, rules, history,

8        which is what I teach, the data is jibberish, it's

9        meaningless.

10           On a scale of one to ten, data is probably one

11       in terms of value, compared to, you know, actually

12       knowing the patterns inside and out, knowing how to

13       read financial statements.

14           Data on its own, I mean, it's just -- it's

15       worthless.

16   BY MR. FELDMAN:

17       Q    Right.  But what I'm asking is this, all

18   right?  Let me get my notes.  Give me one second.

19           So, you know, for starters, in selecting

20   stocks it's important, wouldn't you agree, to know the

21   markets that are available to pick stocks from?

22       A    Yes.

23       Q    So I could -- I could buy stocks over the

24   counter, NASDAQ, Dow, a bunch of different exchanges,

25   right?

Timothy Sykes
May 20, 2021

```
 1      A    Yes.

 2      Q    And if I'm just getting into this trading

 3 business -- strike that.

 4           If I'm just learning trading, you would agree

 5 it would be helpful to have the tool for the novice that

 6 enables the novice to identify markets to buy equities

 7 from, correct?

 8           MR. JAFFE:  Objection.  Form.

 9           THE WITNESS:  It's helpful, but it doesn't

10      guarantee success.  We know 90 percent of traders

11      lose.

12           If everyone just had data, why are 90 percent

13      of people still losing?  Like, it's only a small

14      component of the whole package, which is what, you

15      know, frankly, my challenge delivers.

16           My challenge is much more important than any

17      data.

18           Data is simply one component that can help

19      refine the process.

20           But I manually make my watch list every,

21      single night.  I look at different websites.  And

22      the data can help me speed it up, but it's not the

23      complete solution; otherwise, 90 percent of traders

24      wouldn't lose.

25           If everyone just had EquityFeed or
```

Timothy Sykes
May 20, 2021

 1          StocksToTrade or E-Trade Pro, why are 90 percent of

 2          traders still losing?  Because they don't have the

 3          education.

 4   BY MR. FELDMAN:

 5          Q    Right.  I'm not disputing the importance of

 6   education.

 7          A    I just want to be clear about this.

 8          Q    I understand.

 9          A    Because, you know, data is just one component,

10   which is useful.  But again, StocksToTrade Breaking

11   News, if you ask me to place which is more important, I

12   would put StocksToTrade Breaking News over the data.

13               Over StocksToTrade Breaking News and data, I

14   would put my patterns and my 7,000 video lesson library.

15   So each one plays a role in educating my students.

16          Q    Okay. Mr. Sykes, so forgive me, I'm going to

17   use an analogy here to help the jurors or the Court in

18   understanding what we're talking about.  If you don't

19   think the analogy works, stop me.  Okay?

20          A    Okay.

21          Q    So we've got -- we've got a constant stream of

22   data in the equities markets, correct?

23          A    Yes.

24          Q    There are thousands of stocks being offered

25   every day, every minute of every business day, correct?

Timothy Sykes
May 20, 2021

```
 1        A    Yes.

 2        Q    And so -- and it's dynamic; it changes from

 3   moment to moment, correct?

 4        A    Yes.

 5        Q    So if I'm a trader and I want to buy, I have

 6   the -- I can choose among thousands of stocks whose

 7   value changes from moment to moment, correct?

 8        A    Yes.

 9        Q    Okay.  Now, in order -- I'm going to analogize

10   that marketplace of thousands of stocks as the haystack.

11   Okay?

12        A    Okay.

13        Q    Now, in that haystack are the needles.  And

14   what I mean by that is that, in that -- in that big

15   haystack of equities there are stocks that can generate

16   a profit either by buying or selling them, correct?

17        A    Yes.

18        Q    And so in order to find those valuable stocks,

19   those stocks that can generate a profit, I need to know

20   how to do that, correct?

21        A    Yes.

22             MR. JAFFE:  Objection.  Form.

23   BY MR. FELDMAN:

24        Q    So you can't just look at the haystack and

25   know which strands of hay are valuable; you got -- you
```

Timothy Sykes
May 20, 2021

```
1   have to have a way of filtering all those strands of hay

2   to know which ones are profitable, correct?

3          MR. COLWELL:  Objection.

4          THE WITNESS:  Yes.  And this is why there's

5      literally dozens of softwares out there.  None of

6      them have anything unique.  They simply just spit

7      out different scans.

8          So whether it's, again, E-trade,

9      StocksToTrade, EquityFeed, Scanz, you know, Trade

10     Station, Binance, Coinbase, eToro, there's so many

11     different platforms out there, it's all about

12     curating data.  But it doesn't matter.  Like, that

13     doesn't make anyone successful.

14         And this is me as a teacher speaking.  So I

15     know that you're trying to place a value on the

16     data, but it's just not as much as you're trying to

17     suggest.

18  BY MR. FELDMAN:

19     Q    No, I'm not trying by any means to diminish

20  what you do for a living.  You're obviously a very

21  smart, successful person.  Okay?  And I respect what you

22  do.  Okay?

23     A    I appreciate it.  I'm not -- look, I'm not

24  trying to look for compliments.  I'm just trying to help

25  you understand the educational process.
```

Timothy Sykes
May 20, 2021

1    Q    But I want you to understand that I respect

2    what you do.  I'm not trying in any way to diminish your

3    success --

4    A    Okay.  Thank you.

5    Q    -- or to diminish your knowledge.  All right?

6         So now, one tool that traders can use to find

7    the valuable strands of hay is a market research

8    scanning or market scanning research tool, right?

9    A    Yes.  Or 40 of them in my case.

10   Q    Okay.  So EquityFeed was one of those market

11   scanning research tools that enabled traders to identify

12   the valuable strands of hay, correct?

13   A    Well, let me -- let me clarify that, because,

14   again, whether it's EquityFeed, Trade Station, E-trade,

15   Ameritrade, Fidelity, everyone has their own platforms.

16   The platforms are not what matters.  It's what you do

17   with the platform that matters.

18        So with EquityFeed, I wish the white label

19   would have worked out, but we had complaints.  The

20   platform did not work for the students, so we had to get

21   away from it.  And that's when StocksToTrade.com became

22   its own product, because the other one wasn't working.

23        Both have access to the same data.  It's just,

24   you know, I don't know -- again, I don't know

25   programming, so don't ask me, but the complaints have

Timothy Sykes
May 20, 2021

1   decreased on StocksToTrade versus the EquityFeed white

2   label.  That's the difference.

3       Q    And let's -- let's call the white label

4   version STT 1.0.  And then let's call the second version

5   STT 2.0.  Okay?

6       A    If that's what you like, sure.

7       Q    All right.  I think it's just easier.  So --

8       A    Well, I would -- I would say it's not, because

9   we're using -- for the white label product we're using

10  EquityFeed software.

11          For StocksToTrade it's a completely different

12  software.  It might be the same data, but it's a

13  different delivery system.  And it's the delivery system

14  that matters.

15          EquityFeed failed to deliver the data properly

16  to the students.

17          StocksToTrade, on the other hand, not perfect

18  by any means, there still are, you know, issues, every

19  software has issues, but the number of complaints has

20  decreased dramatically.

21          As I said before, if you want to get into why

22  it didn't work, I'm sure -- I mean, maybe you asked this

23  with Zach, but Zach knew what was working and what

24  wasn't.  There was a specific decision to say, hey, this

25  white label delivery system is not working.  I don't

Timothy Sykes
May 20, 2021

1    know the specifics, but it did not work so we moved on.

2         Q    So let me ask you this:  So, again, let's --

3    my hesitation in calling the white label -- I'm sorry --

4    my hesitation in calling the -- the new product, the

5    second, the second research tool that StocksToTrade

6    sells now, the StocksToTrade version, is that the white

7    label was also referred to as StocksToTrade.  So --

8         A    I mean, it might have had --

9              MR. JAFFE:  Let's wait for a question.

10   BY MR. FELDMAN:

11        Q    So -- so let's try it this way:  Stocks --

12   there were two versions or there were two market

13   research tools that were marketed to the public under

14   the StocksToTrade service mark.  The first one was the

15   white label EquityFeed product, and the second one was

16   the one that you and Mr. Westphal had developed.  Okay?

17             And so what I'm going to do is, I'm going to

18   refer to the white label version, that is, the very

19   first market research tool that -- that Stocks -- that

20   was sold as StocksToTrade, I'm going to refer to that as

21   StocksToTrade 1.

22             And then the second one, which was the one

23   that you and Mr. Westphal had developed, I'm going to

24   refer to that as StocksToTrade 2.  Okay?

25        A    Okay.

Timothy Sykes
May 20, 2021

1        Q    We'll try to keep it clear like that.

2             So were there differences between the -- were

3    there differences between StocksToTrade 2 and

4    StocksToTrade 1?

5             MR. COLWELL:  Objection to the form of the

6        question.

7    BY MR. FELDMAN:

8        Q    Or are there differences between the two?

9        A    Huge differences.

10       Q    Okay.  What are those differences?

11       A    So white label EquityFeed, lots of complaints,

12   failed to work.

13            StocksToTrade.com version 2.0, in your words,

14   works.  That's the main difference.

15       Q    Okay.  Now, I appreciate that.  But in terms

16   of enabling people to filter from the stack of hay those

17   strands of hay that were potentially profitable, you

18   know, the strands of hay that they should look at for

19   buying and selling, did the two market research tools,

20   StocksToTrade 1, StocksToTrade 2, did they use the same

21   filter and criteria?

22            MR. COLWELL:  Objection to the form of the

23       question.

24            MR. JAFFE:  Objection.

25            THE WITNESS:  To tell you the truth, I don't

Timothy Sykes
May 20, 2021

 1        know.  I'm not a programmer.

 2              For me, my viewpoint is very high level when

 3        students complain or when students compliment.

 4              White label EquityFeed, lots of complaints.

 5              StocksToTrade, again, still a few complaints,

 6        but much less, and maybe more features.

 7              Like I said, I think a few times now, I really

 8        want you to understand, I focus on StocksToTrade

 9        Breaking News, which EquityFeed white label never

10        had.

11              So we've been able to create a software with a

12        foundation based on less complaints, and now offer

13        more tools.  Like, frankly, I don't even use the

14        technical scans on StocksToTrade now.  I almost

15        primarily just use StocksToTrade Breaking News.  So

16        I've evolved based on the tools evolution as a

17        teacher and as a trader.

18   BY MR. FELDMAN:

19        Q    So let's talk about the scanning function of

20   StocksToTrade 2, number 2.

21        A    StocksToTrade 1 or StocksToTrade 2?

22        Q    Number 2.

23        A    Okay.

24        Q    Now, you reference scanning as a -- as a

25   functionality feature of the product, right?

Timothy Sykes
May 20, 2021

1          MR. JAFFE:  Objection to the form.

2    BY MR. FELDMAN:

3          Q     That's a feature of --

4          A     It's one -- sorry.  It's one of many features,

5    yes.

6          Q     Okay.  So let's -- so that the jury and Court

7    understands what you're talking about when you use the

8    word scanning, would you mind telling us what the word

9    scanning means to you?

10         A     Sure.  So we're talking about technical scans.

11   Or, I mean, I guess you could do fundamental scans, but

12   I don't do much of that.

13              Technical scans, as I started to explain

14   before, it's like where you're curating the stock market

15   in -- down to just the stocks that fit your strategy.

16              So for me, one of the 40, roughly 40 scans

17   that I use is, you know, big percent gainers over the

18   last three days, big percent gainers over the last five

19   days, so I'm choosing different timeframes.

20              And then I can curate even more and say, you

21   know, stocks between $5 and $10 a share, stocks under a

22   dollar a share.

23              So it's just segmenting the stocks and putting

24   them in their own compartment because, you know, a stock

25   trading at a dollar or a penny trades different than a

Timothy Sykes
May 20, 2021

```
1    stock trading at $20 a share.  Each stock has its own
2    characteristics.  So I'm trying to put them and organize
3    them.  That's what technical scans are.
4         Q    Okay.  So would you agree that scanning then
5    is filtering?
6              MR. JAFFE:  Objection.
7              THE WITNESS:  Yes.  You're filtering the stock
8         market based on your own indicators.
9    BY MR. FELDMAN:
10        Q    Right.  So what you're doing is, with scanning
11   you're building filters based on selected criteria,
12   correct?
13        A    Yes.
14        Q    And in terms of criteria that you can use for
15   filters, are the available criteria voluminous?
16        A    Sorry.  What are you asking?
17        Q    So when -- when we're designing a filter, if
18   we're going to design a scan to run against the market,
19   the haystack, okay, I can choose from a multitude of
20   criteria to use on how to segregate that -- that
21   haystack into smaller piles, correct?
22        A    Correct.  There's a drop-down menu.  You can
23   choose, you know, dollar sign, like, dollar amount, $5,
24   $10, big percent change.
25              There's -- every platform has drop downs.
```

Timothy Sykes
May 20, 2021

```
 1        Q    Right.  And in StocksToTrade, the drop down

 2   includes price data, correct?

 3        A    StocksToTrade 1 or 2?

 4        Q    2.  StocksToTrade 2, the drop down includes

 5   price data, correct?

 6        A    Yes.  Literally every, single platform does

 7   this.

 8        Q    Liquidity, correct?

 9        A    Yes, every platform.

10        Q    Fundamentals, correct?

11        A    Most platforms do this, yes.

12        Q    But I'm talking about StocksToTrade now.

13        A    Yeah.  But I want you to understand that

14   whether we're talking StocksToTrade or EquityFeed or

15   Trade Station or E-trade, this is literally widespread.

16             This is like saying, you know, are there water

17   fountains in the park?  There's a million water

18   fountains in every park.  People get thirsty walking

19   through the park.

20             The scanning is irrelevant, in terms of value.

21        Q    Okay.  The technical --

22        A    So you're focusing on something that just

23   doesn't have a lot of value in my mind.  So I'm sorry.

24   I just want to be clear.

25        Q    Well, if it doesn't have a lot of value, then
```

Timothy Sykes
May 20, 2021

1   why is it on StocksToTrade 2?

2        A    It does have some value.  It just doesn't have

3   a lot of value.

4        Q    Okay.  Now, in addition to price data,

5   liquidity, fundamentals, there's also technical overlay,

6   correct?

7        A    Yes.

8        Q    Now -- and each one of those -- each one of

9   those components, you got -- you know, again, we got the

10  big haystack, the big market of equities.  And now what

11  we're trying to do is figure out how to reduce that

12  gigantic haystack down to the few strands of hay that

13  may generate a profit by buying or selling.

14            And so what we've identified thus far is a

15  pull-down menu that is the first step in learning how to

16  reduce that big stack of hay down to a small pile.

17            And what we've established thus far is that

18  there are multiple criteria, including price data,

19  liquidity, fundamentals and technical overlay, correct?

20       A    Yes.

21            MR. JAFFE:  Objection to the form.

22            THE WITNESS:  There are multiple indicators

23       and advanced technical, too.  Whether you want to

24       put in Bollinger bands, RFI, every single platform

25       has advanced and basic technical indicators.

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:

 2        Q    Right.  And under each of those categories,

 3   price, liquidity, there are -- there are sub criteria

 4   that you can choose from, correct?

 5        A    Yes.

 6        Q    So, for instance, under price, we have sub

 7   data, last price, bid price, asked price, spread price,

 8   correct?

 9        A    Yes.

10             MR. COLWELL:  Objection to the form of the

11        question.

12   BY MR. FELDMAN:

13        Q    And so -- and each one of those categories

14   that we talked about have these submenus, these

15   pull-down menus, correct?

16        A    Yes.

17        Q    And so the combinations of potential searches

18   goes into the thousands, maybe more, correct?

19        A    Yes.  And that's why I put it into 40 scans.

20   My scans, you can call it the secret sauce.  This is

21   my -- my, you know, formula.  It's not an exact science,

22   but these are my indicators.  That's why I share them

23   with students, to take away all the mess.

24        Q    Right.  So to even demonstrate more about what

25   I'm talking about, price is just one variable, correct?
```

Timothy Sykes
May 20, 2021

```
 1        A    Yes.

 2        Q    And under price there's less, bid, ask and

 3   spread, correct?

 4        A    Yes.

 5             MR. JAFFE:  Objection.

 6   BY MR. FELDMAN:

 7        Q    And then under highs -- I'm sorry.  Give me

 8   one second, please.

 9        A    Sure.

10        Q    So another category would be percent change;

11   is that correct?

12        A    Yes.

13        Q    And is percent change a subcategory of price?

14             MR. JAFFE:  Objection to the form.

15             THE WITNESS:  I don't know if it's a sub -- I

16        mean, again, like, this is -- you don't have to go

17        through all this.  You can have my 40 programmed

18        scans.  This is -- this is the value that my 40,

19        roughly 40 scans provide.  You don't have to go

20        into all these little nuances.  You know, it's

21        already there for students.

22   BY MR. FELDMAN:

23        Q    Right.  I understand what you're -- I figured

24   it out.  I got confused from all the -- I'm clear now.

25        A    Good to hear.
```

Timothy Sykes
May 20, 2021

```
 1       Q    Look, I understand you have your 40 scans.
 2  But the point that I'm trying to make is that -- is that
 3  there are literally thousands of ways of slicing and
 4  dicing that big stack of hay, correct?
 5       A    Yes.
 6       Q    Okay.  So if you'll bear with me for a moment.
 7       A    Sure.  Sure.
 8       Q    So we established price data as one -- one
 9  way, one variable to try to reduce the size of that
10  haystack, correct?
11       A    Yes.
12       Q    And then under price data there are
13  subcategories, which include change, percent change,
14  highs, lows, range, open, close, correct?
15       A    Yes.
16       Q    And then even under those categories there are
17  subcategories.  For instance, under highs, there's day
18  high, yesterday high, two day high, five day high, ten
19  day high, 20 day high, 40 day high, 26 week high, 52
20  week high, correct?
21       A    Yes.
22            MR. JAFFE:  Objection.
23            THE WITNESS:  These are some of the
24       indicators.
25  BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

1    Q    So -- at the end of the day, in StocksToTrade

2    2 all of these variables, all of these variables in

3    these pull-down menus, they're all listed for a trader

4    to pick from, correct?

5         MR. JAFFE:  Objection.

6         THE WITNESS:  If they want a custom.  Or they

7    could use my 40 scans and not have to deal with any

8    of this.

9    BY MR. FELDMAN:

10   Q    Agreed.  So you offer your 40 scans.  But you

11   also offer the trader the variables that the trader can

12   use to create their own filter rule, correct?

13   A    Yes.

14   Q    So -- and so what StocksToTrade 2 does is, it

15   lists out in a logical flow pattern the variables that

16   they can consider to develop their scan, their search,

17   correct?

18        MR. COLWELL:  Objection to the form of the

19   question.

20        MR. JAFFE:  Objection.

21        Go ahead.  You can answer.

22        THE WITNESS:  StocksToTrade 2 does this.

23   Think or Swim does this.  E-trade Pro does this.

24   Coinbase does this.  Every, single brokerage,

25   every, single trading research tool has these same

Timothy Sykes
May 20, 2021

1          indicators.  They're available to everybody.

2               It's like going to a grocery store.  Everyone

3          has access to the bread and to the vegetables, but

4          they don't have the recipe.  Just because you have

5          access to the grocery store doesn't mean that

6          you're going to make a good meal.  You need the

7          recipe, for that analogy, if that makes sense.

8   BY MR. FELDMAN:

9          Q    Well, certainly before you know how to -- you

10  know, before you know the -- before you know -- let me,

11  I want to make sure I'm doing this accurately.

12              Before you know how to cook the recipe, you

13  need the ingredients, right?

14         A    Yes, the ingredients are part of the recipe.

15         Q    Right.

16         A    Yes.  But that doesn't insure you're going to

17  be a good chef.

18              MR. JAFFE:  Hang on.  Hang on.  We're talking

19         over each other.

20              THE WITNESS:  Sorry.  I like that you took up

21         my analogy.  Thank you for that.

22              MR. JAFFE:  Jeff, ask your question.

23  BY MR. FELDMAN:

24         Q    So with the filtering criteria listed

25  logically, you know, you've got price and then

Timothy Sykes
May 20, 2021

```
1    subcategories of price, and then under each subcategory
2    the variables for that -- for that particular
3    subcategory.  You're enabling the trader to granularly
4    filter the stack ahead to help that trader find stocks
5    that meet the criteria that is important to the trader,
6    correct?
7         A    Yes.  Indicators matter.
8         Q    And for someone who is new to the game, having
9    these criteria listed out in a logical flow pattern
10   helps that trader make selections that they would not be
11   able to make if they did not know these variables,
12   correct?
13             MR. JAFFE:  Objection to form.
14             THE WITNESS:  I mean, I can't speculate on all
15        traders, but I do believe it's helpful.
16   BY MR. FELDMAN:
17        Q    Right.  So what -- what StocksToTrade 2 does
18   is, it gives both the novice and it gives the
19   experienced trader the opportunity to create searches
20   based on listed variables organized in a logical way,
21   correct?
22             MR. COLWELL:  Objection to the form of the
23        question.
24             THE WITNESS:  Yes.
25   BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

1        Q     And so, again --

2        A     It's one of the features.

3   BY MR. FELDMAN:

4        Q     Another analogy.  If I wanted to do a Google

5   search, in order to do the search I have to put the

6   words into the search, right?

7        A     Yes.

8        Q     But if I want to do a search on StocksToTrade

9   2, I don't have to put any words into the search, do I?

10             MR. JAFFE:  Objection to the form.

11             MR. COLWELL:  Objection to the form.

12             THE WITNESS:  I mean, the analogy doesn't work

13        because you're not really using words.  But, again,

14        with StocksToTrade, with every program that I've

15        ever used, you have preprogrammed scans and then

16        you have the ability to make your own scans.

17             Every, single platform has this.  I've never

18        used a platform that does not have these options.

19   BY MR. FELDMAN:

20        Q     I understand.  But, again, forgive the

21   analogy, but I think it's helpful in explaining at least

22   what I'm trying to talk about with you.  Okay?

23        A     Okay.  I'll go with that.

24        Q     You know, if I -- StocksToTrade 2 is a search

25   engine, isn't it?

Timothy Sykes
May 20, 2021

```
1              MR. JAFFE:  Objection.

2              MR. COLWELL:  Objection.

3              THE WITNESS:  I wouldn't -- I'm sorry, I

4         wouldn't qualify it as that.  It's a research tool.

5         Search engines have a totally different business

6         model.  I don't think that analogy works.

7    BY MR. FELDMAN:

8         Q    Okay.  But what StocksToTrade 2 is, it helps a

9    person find equities that they're looking for based on

10   specific criteria, correct?

11             MR. COLWELL:  Objection.

12             THE WITNESS:  I mean, this is one of the

13        features.  But again, if you use my 40 scans, you

14        don't have to search.  It's spitting it out.

15             If you use StocksToTrade Breaking News,

16        they're spitting it out.

17             So it's a debate about, you know, how much

18        work does a user have to do versus what's given.

19        But it's -- it's a research tool that gives ideas.

20        You know, that's what it -- that's what it does.

21   BY MR. FELDMAN:

22        Q    Mr. Sykes, let's -- let's break it out.  Okay?

23             So StocksToTrade 2 has different modules,

24   correct?

25        A    Yes.  I agree.
```

Timothy Sykes
May 20, 2021

```
 1        Q    And one module is your 40 scans, correct?

 2        A    Yes.  Yes.

 3        Q    I could just go -- I'm going to do -- I could

 4   be a trader that just works Tim's scans, correct?

 5        A    Yes.

 6        Q    Okay.  Now, the second module is this market

 7   news module, correct?

 8        A    Breaking News, yes.

 9        Q    Breaking News.  And I can trade based on

10   Breaking News, correct?

11        A    Correct.

12        Q    Then you've got a third module called, scans,

13   correct?  S-C-A-N-S, not Z.  I'm not referring to my

14   client.

15        A    Technical scans, yes, that is one of the

16   options.

17        Q    Right.  And with that option and that module,

18   for those who don't want to do Breaking News and Tim's

19   scans, you give the trader the ability to formulate

20   scans of the market in realtime using criteria that's

21   organized in a logical way, correct?

22        A    I don't personally give that, no.

23        Q    I'm sorry?

24        A    I don't personally give that.  You said you

25   give that.
```

Timothy Sykes
May 20, 2021

1          Q    I'm not talking about you.  I'm talking about
2     the tool.
3               The tool enables a trader to do searches
4     against a haystack to look for strands of hay that meet
5     criteria that the trader can select from in that scan
6     module, correct?
7          A    Yes, I believe the tool does that.
8          Q    Okay.  Now, you -- you would agree that when
9     the criteria is listed in an organized way, that that
10    means in a way where a buyer or a trader that is trying
11    to buy stock based on price, who could then open the
12    price component and then look at the various
13    subcomponents of price, change, percent change, highs,
14    lows, range, open, close.  And that trader says, you
15    know what, I want to work a search on highs.  So he's
16    given a choice of day high, yesterday high, two day,
17    five day, ten day, 20, 40, 26 week, 52 week high.
18    You're giving the trader choices, many choices on how to
19    find stocks based on price, correct?
20               MR. COLWELL:  Objection.
21               MR. JAFFE:  Objection.
22               THE WITNESS:  I agree.  People can search for
23         whatever they want.  They can choose their scans.
24               But I would like the record to show that I
25         would suggest using my scans because I have the

Timothy Sykes
May 20, 2021

```
 1        experience they don't.

 2   BY MR. FELDMAN:

 3        Q    The ultimate marketer even during a

 4   deposition.  I got it.  Okay?

 5        A    It's not marketing.  I just -- I want to be

 6   very clear with the educational process.  It's a very

 7   slippery slope once you start going away from teachings,

 8   rules, discipline.

 9        Q    Now, if I'm a novice trader and I open up the

10   scan module of StocksToTrade 2, and I decide, you know

11   what, I want to look for a stock based on price, and I

12   have -- and I know nothing about buying stocks, and I

13   have in front of me a search tool that lists out all the

14   variables of price, change, percent change, highs, lows,

15   range, open, close, and even under highs, day high,

16   yesterday high, two day high, so forth, I have an

17   advantage in having that -- those choices available to

18   me, don't I?

19             MR. JAFFE:  Objection.

20             MR. COLWELL:  Objection.

21             THE WITNESS:  I wouldn't say it's an

22        advantage.

23             I'm sorry to go against this, but I think

24        sometimes you have this -- there's a thing called

25        analysis paralysis, where you analyze, you analyze,
```

Timothy Sykes
May 20, 2021

```
 1        you analyze, you come to a conclusion that's just a

 2        random conclusion, but you have more confidence in

 3        that conclusion because you've done the analysis,

 4        and that doesn't necessarily lead to better

 5        results.

 6             So I, personally, I'll tell you the truth.  I,

 7        personally, have never used a custom builder, you

 8        know, scanning for, like, random indicators like a

 9        lot of these advanced technical indicators.  I

10        think that it's too much information.  That's why I

11        prefer my 40 scans, which simplifies.

12  BY MR. FELDMAN:

13     Q    Well, your 40 scans were based on -- I mean,

14  at one point in time your 40 scans were new scans that

15  you developed, right?

16     A    I created them based on my own process over

17  the past 20 years.  I never created them in any

18  software.

19             Before, you know, before either the EquityFeed

20  white label or the StocksToTrade version 2.0, you know,

21  all of my -- my stuff has been learned on my own and I

22  try to spit it out.  Like, the seven indicators that I

23  teach, I tried to reverse engineer how I think about

24  stocks, and then I came up with the seven indicators.

25  That's my teaching process.
```

Timothy Sykes
May 20, 2021

```
 1        Q    Mr. Sykes, but at the end of the day, your 40

 2   scans are made up of criteria that you believe are

 3   important, correct?

 4        A    Yes.

 5        Q    And what the scanning function on

 6   StocksToTrade 2 does is, it gives the next guy who may

 7   be the next Tim Sykes or even better than Tim Sykes the

 8   ability to experiment and, thus, to build filters,

 9   scanning filters that enable that person to find the

10   stocks that meet those criteria, correct?

11             MR. COLWELL:  Objection --

12             THE WITNESS:  I agree --

13             MR. COLWELL:  To the form of the question.

14             THE WITNESS:  I agree that it allows them to

15        experiment.  I don't agree that it leads to better

16        results.

17   BY MR. FELDMAN:

18        Q    Okay.  That's the key.  The choices inherent

19   in the data or this criteria in the scanning module on

20   StocksToTrade 2 enable both the novice trader and the

21   experienced trader to run realtime -- to run scans

22   against realtime market data to help them find those

23   stocks in realtime that meet the criteria that they're

24   running the search for, correct?

25        A    Correct.  They can run technical scans.
```

Timothy Sykes
May 20, 2021

```
1        Q    Right.  Now, and having those criteria listed
2   out, criteria, sub criteria, sub sub criteria, pull one
3   menu, one component opening up a drop-down menu, which
4   in turn opens up another drop-down menu, so that the
5   trader can see the choices related, for instance, to
6   price, that's -- that's a benefit to a trader, isn't it?
7        A    It could be a detriment.
8             MR. JAFFE:  Object.  Form.
9             THE WITNESS:  Like I said, there could be
10        analysis paralysis.  I don't think you can say that
11        it's always helpful.  Sometimes it's detrimental.
12   BY MR. FELDMAN:
13        Q    But you would not have put it into the
14   scanning module, would you have, if you thought it was a
15   detriment?  It's there because you thought it would be a
16   benefit, right?
17             MR. COLWELL:  Objection.
18             THE WITNESS:  I mean, again, it's helpful.  It
19        can be helpful, but it can also be detrimental.
20             I don't think that you can say, as you said,
21        that it is always beneficial, because it's not.
22             I'm sorry.  I have to tell the truth.  I'm
23        under oath.
24   BY MR. FELDMAN:
25        Q    Okay.  So let's go to, again, by analogy, a
```

Timothy Sykes
May 20, 2021

```
 1    Google search.

 2            When I go to Google and I want to look for

 3    something, I've got to give Google the words to run,

 4    right?

 5        A    Yes.

 6        Q    But when I go -- if I go to StocksToTrade 2, I

 7    don't have to put words in; I can just -- I can just go

 8    through each flow chart and pick the criteria that

 9    matters to me.  I don't need to know anything.  I could

10    just -- I could just pick words that you give me, right?

11        A    Yes.

12            MR. COLWELL:  Objection.

13            THE WITNESS:  You can type in a ticker and you

14        can use whatever indicators you want, but it

15        doesn't always lead to a good solution.

16            If you want to use your analogy with Google,

17        there are films made about how the internet leads

18        to, you know, bad information, misinformation,

19        whether you're talking about pizzagate, there's a

20        whole documentary called, The Social Dilemma.  That

21        same kind of misuse with data happens in the stock

22        market.

23            So someone can run their own scan, but without

24        guidance they will come up with a conclusion that

25        they believe to be true, based on their own
```

Timothy Sykes
May 20, 2021

```
1        research, and it is not true, and they'll lose,

2        like most traders do.

3            So I want to be very clear that having data

4        does not insure success, and, in fact, it can lead

5        to losses; hence, why my teaching is the rules, the

6        discipline, the patterns and the data, not just the

7        data on its own.

8            Data on its own is potentially very hazardous

9        for your financial health.

10  BY MR. FELDMAN:

11       Q    Okay.  But what we're -- what we're talking

12  about now is using the scanning tool.  All right?

13       A    You said that it was beneficial.

14            MR. JAFFE:  Let him finish.

15  BY MR. FELDMAN:

16       Q    You're making the same point dozens of time.

17       A    Okay.

18       Q    And I don't need you to.  I understand it.

19            Okay?

20       A    Okay.

21       Q    So all that I'm talking about now is how to

22  reduce the stack of hay down to a smaller stack.  And

23  whether that's enough information or you need more,

24  we'll leave for another day.  Okay?

25       A    Fair enough.
```

Timothy Sykes
May 20, 2021

1    Q    But all we're talking about right now is how

2    to reduce the size of the stack of hay.  All right?

3    A    Okay.

4    Q    And so with that clarification, if I'm a

5    novice investor and I can go to your scanning module and

6    open up a menu that leads to another menu that leads to

7    another drop-down menu, all of which are logically

8    connected because each submenu is related to the

9    criteria up line; for instance, you know, price, price

10   variables, change, percent change, high, lows, range,

11   open, close.

12         Highs, if I want to look at highs, day high,

13   yesterday high, two day high.

14         Having all of these related variables put in

15   front of me in a logical flowing pattern, doesn't that

16   help me as a novice investor in understanding what my

17   choices are?

18   A    It can --

19         MR. JAFFE:  Objection to the form.

20         THE WITNESS:  It can be helpful and it can be

21   detrimental.

22   BY MR. FELDMAN:

23   Q    Okay.  Now, the reason that StocksToTrade 2

24   included these variables related as they are from one

25   pull-down menu to the other is because you guys thought

Timothy Sykes
May 20, 2021

1  that they had benefit, right?  They wouldn't be there if

2  there was no benefit, would they?  Would they be?

3          MR. COLWELL:  Objection.

4          MR. JAFFE:  Objection.  Foundation.

5          THE WITNESS:  Along with my teachings they can

6      be helpful.  Without my teachings they can be

7      detrimental, if you want to clarify.

8  BY MR. FELDMAN:

9      Q    Okay.  So -- so you would agree that the

10 reason that these -- these scan criteria, these -- these

11 filters are present on StocksToTrade 2 and organized as

12 they are is because they can have a benefit to a trader,

13 correct?

14     A    Sometimes, yes.

15     Q    Okay.  And you would agree that on

16 StocksToTrade 2 the -- the number of variables, sub

17 variables and sub sub variables in combination number in

18 the thousands, correct?

19     A    Yes.

20     Q    Tens of thousands, correct?

21     A    I don't know about tens of thousands, but

22 there's a lot.

23     Q    Right.  And so you -- without -- without

24 having to sit there and look at the Google screen and

25 figure out, oh, my god, what words should I use to

Timothy Sykes
May 20, 2021

1   reduce the size of the haystack, what you enable me to

2   do is to go into the scanning module and just look at

3   the criteria, it's there, written.  Hey, look at this, I

4   can -- I can pick a stock based on price.  If I want to

5   look at price, I can look at -- I could look at change,

6   percent change, highs, lows, range.  Hey, and if I want

7   to do it by high, I can consider yesterday's high, ten

8   day high, 15 day high, you tell me how to do it by

9   price, right?

10        A    I just want to clarify --

11             MR. JAFFE:  Objection.

12             THE WITNESS:  -- it's not me.

13             MR. COLWELL:  Objection.

14             THE WITNESS:  StocksToTrade is separate.  The

15        tool does it.  And every, single platform on planet

16        earth does this.  This is not unique to anyone.

17   BY MR. FELDMAN:

18        Q    Right.  Now, let's talk about that.

19             So I understand that variables are what they

20   are.  But does every scanning tool organize the criteria

21   the same way?

22        A    I mean, there's -- as I said before, there's

23   dozens, if not hundreds, of software providers.  I'm

24   sure there's some differences.

25             You know, StocksToTrade, the newest version,

Timothy Sykes
May 20, 2021

1  and what we tried to do with the EquityFeed white label,

2  is to specify the indicators specifically for my

3  teaching.

4          Like, I don't trade Crypto, I don't trade 4X,

5  so there's no point in having, you know, 4X on

6  StocksToTrade.

7      Q    Right.  But, you know, basically what you're

8  saying to me is that, look, you know, price is price.

9  You know, highs and lows and range and open, close, hey,

10  those are -- those are standard elements of price.

11  That's what you're basically saying to me, right?

12      A    Yes.

13          MR. JAFFE:  Objection to the form.

14          THE WITNESS:  There's a general consensus of,

15      I don't know how many indicators, maybe there's 50

16      or, you know, maybe even a hundred, but there seems

17      to be a general consensus in the financial industry

18      of what indicators to show.

19  BY MR. FELDMAN:

20      Q    Right.  But when I go to StocksToTrade 2.0 or

21  StocksToTrade number 2, okay, and I open -- I start

22  opening up menus, those menus are organized in a

23  specific way, right?

24      A    Sure.

25      Q    And so what I'm asking you is, is

Timothy Sykes
May 20, 2021

1    StocksToTrade's menus, the indicators that I could

2    choose from, are they organized the same way as they may

3    be on Fidelity or E-Trade?

4            MR. JAFFE:  Objection to the form.

5            THE WITNESS:  I mean, I would speculate, but

6        I'm not involved in the actual programming in this

7        specific place.  I don't make the decision, like,

8        use this indicator, use this one.

9            My limit -- my involvement in StocksToTrade 2

10       and in the EquityFeed white label are the 40 scans.

11           If you want to look at what I basically gave

12       to the platforms, those are them.

13   BY MR. FELDMAN:

14       Q    Okay.  So as you sit here today, you can't

15   say, can you, Tim Sykes cannot say that the organization

16   of the scanning indicators that a trader can use to find

17   the needles in the haystack are identical to the way

18   that they may be organized on any other trading

19   platform?

20           MR. COLWELL:  Objection.  Form.

21           THE WITNESS:  I cannot say that because I have

22       not used all the trading platforms and I have found

23       my recipe in my 40 scans.

24           All I can talk with certainty is the way that

25       I use my own personal scans.

Timothy Sykes
May 20, 2021

1  BY MR. FELDMAN:

2      Q    But you can agree, can't you, that the way

3  that the indicators are organized on StocksToTrade 2 are

4  very similar to the way they were organized on the

5  EquityFeed white label product, correct?

6            MR. JAFFE:  Objection.

7            THE WITNESS:  All indicators on every trading

8        platform are very similar.  I would -- I would be

9        amused to see a study to compare the differences

10       between the bid, the price, the level two.

11            It's -- this is a seemingly industry-wide

12       agreement.  Whether, you know, it happened

13       accidentally or on purpose, the industry seems to

14       agree everyone gets to see the bid, everyone gets

15       to see the ask, everyone gets to see the last

16       traded price.  I'm sure there's regulations I'm

17       just not aware of.

18  BY MR. FELDMAN:

19      Q    Mr. Sykes, so can we agree that the manner in

20  which the thousands of indicators that are on

21  StocksToTrade 2 -- strike that.

22            Can we agree that the organization of the

23  indicators on StocksToTrade 2 are similar to the

24  organization of the indicators on the white label

25  EquityFeed product?

Timothy Sykes
May 20, 2021

```
 1          MR. JAFFE:  Objection.

 2          MR. COLWELL:  Objection.

 3          MR. JAFFE:  Form.

 4          You can answer.

 5          THE WITNESS:  Yes, and every other platform on

 6     Wall Street.

 7  BY MR. FELDMAN:

 8     Q    Okay.

 9     A    And more than just Wall Street;

10  internationally, too.  Sorry.  It's not just a U.S.

11  thing.  It's internationally.

12     Q    So, for instance, I want to be real clear.

13          So you would agree that on StocksToTrade 2,

14  one of the -- one of the filtering criteria, as we said,

15  is price, correct?

16     A    Yes.  Yes.

17     Q    And price is also listed on the EquityFeed

18  white label version, correct?

19     A    And every other trading platform in the world.

20     Q    Right.  And then you would agree on

21  StocksToTrade 2 the pull-down menu for price brings up

22  change, percent change, highs, lows, range, open, close,

23  correct?

24     A    Yes, and every other trading platform in the

25  world.
```

Timothy Sykes
May 20, 2021

1    Q    Okay.  And then under highs, we have day

2  high -- and by the way, before I move on to the sub sub,

3  you would agree that the submenus for price on the white

4  label EquityFeed tool also includes percent change,

5  highs, lows, range, open, close, correct?

6    A    I don't know.  I don't remember the white

7  label EquityFeed.  I don't know what was included and

8  what wasn't.

9    Q    Well, would it -- would it be odd to you for

10  the two tools, StocksToTrade 2 and the white label tool,

11  to have the same indicators with the same subcomponents,

12  same sub factors organized in the identical way?

13          MR. COLWELL:  Objection.

14          MR. JAFFE:  Objection to form.

15          THE WITNESS:  I mean, I'm not surprised by

16      anything in this industry because every, single

17      trading platform, every, single research tool has

18      the same indicators.

19  BY MR. FELDMAN:

20    Q    Right.  So -- but if information is organized

21  the same way in the same -- same pull-down menu format,

22  would you agree that that would make -- strike that.

23          If the search indicators are organized in the

24  same way on both the white label version and the

25  StocksToTrade 2 version, that the organization, the

Timothy Sykes
May 20, 2021

1   organization of that information in like manner gives

2   both websites the same look and feel?

3           MR. COLWELL:  Objection.

4   BY MR. FELDMAN:

5       Q    Strike that.  Not website.

6           But gives the tools the same look and feel,

7   correct?

8           MR. COLWELL:  Objection.

9           THE WITNESS:  I think all the tools

10      industry-wide have the same look and feel with the

11      same indicators.

12          Again, I think the value is in what you do

13      with the indicators, not the indicators themselves.

14  BY MR. FELDMAN:

15      Q    So you would agree then that StocksToTrade 2

16  has the same look and feel as the white label tool,

17  correct?

18          MR. COLWELL:  Objection.

19          MR. JAFFE:  Objection.

20          THE WITNESS:  Along with -- along with every

21      other trading tool and website in the entire world,

22      yes.

23  BY MR. FELDMAN:

24      Q    Okay.  And if you signed a contract that said

25  that the StocksToTrade 2 market research tool could not

Timothy Sykes
May 20, 2021

1    have the same look and feel as the white label

2    agreement, and the StocksToTrade 2 ended up having the

3    same look and feel as the white label agreement, that

4    would be a breach of contract, wouldn't it?

5            MR. COLWELL:  Objection.

6            THE WITNESS:  I don't know.  That's not my

7        department.

8    BY MR. FELDMAN:

9        Q    Okay.  But if you're the guy who signed and

10   made the promise, you would agree that is your

11   department, right?

12           MR. COLWELL:  Objection.

13           THE WITNESS:  I don't -- I can't deal in

14       hypotheticals.  That's not me.

15   BY MR. FELDMAN:

16       Q    Okay.  All right.  Now, going back -- going

17   back to Scopic -- or let's -- let me make it more

18   generic.

19           Going back to the developmental period, the

20   development of the StocksToTrade 2 product, you -- you

21   and Mr. Westphal used software developers to do that,

22   correct?

23       A    I don't know what -- what Zach used and who he

24   didn't.  Again, my -- my role is giving the 40 scans.

25       Q    Listen, as you sit here today, you know that

Timothy Sykes
May 20, 2021

```
1    the StocksToTrade 2, number 2, was developed by an
2    independent software developer, correct?
3         A    I don't know specifically who did what in what
4    role.  I know that my contact is Jamil, and so any
5    feature requests I give to Jamil.
6         Q    Okay.  But before Jamil was hired, wasn't
7    there a software development company already working on
8    the StocksToTrade number 2 tool?
9         A    I have no idea.  That's Zach's department.
10        Q    It is.  You --
11        A    Yes.
12        Q    You never told -- you never made a video where
13   you told the public how long you and Mr. Westphal had
14   been working on developing a StocksToTrade 2.0 version?
15   Did you ever do that?
16        A    I mean, I've made thousands of videos.  It
17   wouldn't surprise me if I made a video about it.
18        Q    Okay.  But as you sit here today, you have no
19   recollection of either you or Mr. Westphal retaining
20   Scopic to develop StocksToTrade number 2, correct?
21        A    Correct.
22        Q    Okay.  You have no recollection, as you sit
23   here today, of you or Mr. Westphal ever hiring any
24   software developer, forget Scopic, any software
25   developer to build StocksToTrade 2; is that what you're
```

Timothy Sykes
May 20, 2021

```
 1   saying?

 2        A    I can't speak to that because I wasn't

 3   involved.

 4        Q    Okay.  All right.

 5             Do you have any recollection of any

 6   communications with Jamil where Jamil had expressed

 7   concern about the similarity and appearance between

 8   StocksToTrade 2 and the white label EquityFeed product?

 9        A    No.

10        Q    Do you have any recollection at any time prior

11   to today of having conversations with anyone other than

12   your Counsel about the similarities and appearance of

13   StocksToTrade 2 and the white label product?

14        A    No.

15        Q    Okay.  And as you sit here today, is it your

16   testimony under oath that you have no knowledge as to

17   whether StocksToTrade number 2 has -- has the same look

18   and feel as the white label product?

19             MR. JAFFE:  Objection.

20             THE WITNESS:  I don't know because I never

21        saw, you know.  I don't -- I don't know the

22        differences.  You know, I haven't seen the stuff.

23   BY MR. FELDMAN:

24        Q    Are you testifying that prior to today you

25   never saw the white label product?
```

Timothy Sykes
May 20, 2021

```
 1              MR. COLWELL:  Objection.

 2              THE WITNESS:  I might have glanced at it, but

 3      I don't remember it.

 4   BY MR. FELDMAN:

 5      Q    Did you promote the white label product

 6   when -- when you were under the license agreement?

 7      A    Unfortunately, yes.  And that's what led to so

 8   many student complaints.

 9      Q    So you promoted a product that you did not

10   ever see?

11      A    I promoted a product that had my 40 scans,

12   which I knew to be very useful.

13              The look doesn't matter to me.  It's all about

14      the scans, the technical scans.

15      Q    Okay.  All right.

16              MR. FELDMAN:  So, Elad -- guys, before I go to

17      this next question, I'll accommodate you on lunch.

18      I mean, frankly, I'll work through lunch if the

19      others want to do it.  You tell me what you want to

20      do.

21              I think Sandy and Carlos may want to take a

22      break.

23              MR. JAFFE:  So, yes.  Look, I think -- I think

24      folks ought to be able to take a break to eat

25      something, particularly our court reporter.  But
```

Timothy Sykes
May 20, 2021

1  we're happy to cut it really short and do it in 15

2  minutes or something like that.

3       MR. FELDMAN:  Sandy and Carlos, can we go --

4  let's go off record for a second.

5       VIDEOGRAPHER:  We are now going off the video

6  record.  The time is 4:11 p.m. UTC, 12:11 p.m. EDT.

7       (Lunch recess.)

8       VIDEOGRAPHER:  We are now back on the video

9  record.  The time is 4:30 p.m. UTC, 12:30 p.m. EDT.

10       MR. FELDMAN:  Elad, would you put up --

11       MR. BOTWIN:  Yes.

12       MR. FELDMAN:  -- the About Us page from the

13  StocksToTrade.com website, please.

14       MR. BOTWIN:  Yes.  One Moment.

15       MR. FELDMAN:  And, Sandy, we're going to need

16  an exhibit number for this.

17       MR. BOTWIN:  This will be Exhibit 68.

18       (Exhibit No. 68 was marked for

19  identification.)

20       MR. BOTWIN:  Can you see the document.

21       MR. FELDMAN:  Scroll down, please.

22       MR. BOTWIN:  Sure.

23       MR. FELDMAN:  I'm looking for the year

24  reference.

25       MR. BOTWIN:  Oh, that's at the beginning.

Timothy Sykes
May 20, 2021

```
 1              MR. FELDMAN:  Yeah.

 2   BY MR. FELDMAN:

 3        Q    Okay.  Mr. Sykes, do you recognize the

 4   document on the screen?

 5        A    I mean, if you say this is the StocksToTrade

 6   website, I believe you.

 7        Q    I'm making that representation, that it's --

 8   this is --

 9        A    Cool.

10        Q    -- a page that is on the StocksToTrade, Inc.

11   website today as of right now.

12        A    Okay.

13        Q    Okay?

14              MR. FELDMAN:  And, Carlos, what is this?  I'm

15        sorry.

16              Elad, what is the Exhibit Number?

17              MR. BOTWIN:  68.

18              MR. FELDMAN:  Okay.  So for the record, we're

19        looking at Exhibit 68.

20   BY MR. FELDMAN:

21        Q    Now, we're looking at a page that's captioned,

22   quote, "About."

23              And this page says, "Since 2009, StocksToTrade

24   has helped new and seasoned traders trade smarter

25   everyday.  StocksToTrade's all-in-one trading platform
```

Timothy Sykes
May 20, 2021

1   helps traders to quickly analyze and identify key trade

2   setups without a hedge fund manager."

3            I want to focus on a couple things here.

4            First, this reference to quickly analyze and

5   identify key trade setups.  Is this a reference to the

6   filtering capacity functionality that we were talking

7   about earlier when we were talking about the scanning

8   function of the StocksToTrade 2 research tool?

9        A    I have no idea.  I wouldn't speculate because

10  I have nothing to do with this website.

11       Q    You're not a director today of

12  StocksToTrade.com?

13       A    Well, you showed me paperwork that I am, but

14  again, I'm not involved with a lot of the content

15  creation.

16            My involvement is limited to the roughly 40

17  scans that, in my mind -- you know, and I'm just

18  speculating, but in my mind the 40 scans is what this is

19  referring to because that's basically, frankly, why this

20  was created, where I put in the hard work to analyze

21  everything.  But I'm just speculating because I didn't

22  write this.  This is the first time I'm seeing this.

23       Q    Okay.  So you're saying then that you really

24  don't know what this -- what this language is referring

25  to?

Timothy Sykes
May 20, 2021

```
1        A     No.  Because, again, we have -- there's a
2   large team involved.  That's not me.
3        Q     Okay.  But, also, I want to refer -- I want to
4   draw your attention to the -- to the language, quote,
5   "Since 2009, StocksToTrade has helped new and seasoned
6   traders trade smarter every day."
7              Do you see that?
8        A     Yes.
9        Q     But we have already established that the first
10  time StocksToTrade was ever used was in 2000 -- after
11  2012 in relation to the white label agreement.
12             Do you remember saying that?
13       A     Maybe.  Yeah, sure.  I don't know -- again, I
14  can't speak to a website that I'm not a part of.  Maybe
15  it's a typo.  Maybe they're referring to a past project.
16  I have no idea.  I can't speculate.
17       Q     Okay.  So based on your knowledge, your
18  knowledge, what you know, you would agree --
19       A     Yes.
20       Q     -- that the statement, "Since 2009
21  StocksToTrade has helped new and seasoned traders trade
22  smarter everyday," that's a false statement, isn't it?
23             MR. COLWELL:  Objection to the form of the
24       question.
25             MR. JAFFE:  Objection.
```

Timothy Sykes
May 20, 2021

```
 1              THE WITNESS:  My guess would be that it's a
 2        typo.  It happens.
 3   BY MR. FELDMAN:
 4        Q    So it's not correct?
 5              MR. COLWELL:  Objection.
 6              THE WITNESS:  I don't know.  You asked me to
 7        speculate.  I can't confirm or deny.  I'm just
 8        guessing.
 9   BY MR. FELDMAN:
10        Q    Well, you said it's -- you believe it's a
11   typo.  If you believe it's a typo, it means it's not
12   correct, right?
13              MR. COLWELL:  Objection.
14              MR. JAFFE:  Objection.
15              THE WITNESS:  I'm just -- I'm literally
16        guessing.  Maybe, you know, we're -- ask Zach.
17        Maybe he's referring to, you know, one of his prior
18        projects.  Maybe he worked on a similar project
19        before me.  I don't know.  This is not my
20        department.
21   BY MR. FELDMAN:
22        Q    Okay.  All right.  Now, earlier in the depo --
23              MR. FELDMAN:  You can take that down, Elad.
24        Thank you.
25   BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

```
 1        Q     Earlier in the depo you referenced an

 2   announcement being made by Jewmon when the white label

 3   agreement terminated.

 4              Do you remember that?

 5        A     I don't remember specifically.  I make a lot

 6   of content every, single day.

 7        Q     In this deposition you told me that there was

 8   an announcement.

 9        A     I believe you suggested there was an

10   announcement and I said it was likely.

11        Q     I did not suggest it.  You -- listen, the

12   transcript is what it is.

13        A     Okay.

14        Q     But you said that -- you volunteered that

15   there was an announcement made announcing --

16        A     It would make sense to me that there was an

17   announcement made.  I don't remember it specifically.

18        Q     Well, you remembered it earlier in the

19   deposition.  Now you don't remember it?

20              MR. COLWELL:  Objection.  Argumentative.

21              THE WITNESS:  If you want to show it, then --

22         then we can see it.  It doesn't matter to me.

23         Every, single day I'm writing blog posts, tweets,

24         announcements, video records.  I really want you to

25         understand how overwhelmed I am.  This is why I'm
```

Timothy Sykes
May 20, 2021

```
 1        ignorant --

 2              (Simultaneous speakers.)

 3   BY MR. FELDMAN:

 4        Q    I'm not going to lie to you, we are all

 5   overwhelmed, right?  We all -- we all work hard.  We all

 6   have a lot to do.  But we all have a memory.  All right?

 7        A    Yeah, but I --

 8        Q    Okay.  So let's stop.  All right?

 9              Now, whatever you -- whatever testimony you

10   gave, you gave, and the record will show it.  All right?

11              So I'm asking you now, did -- was an

12   announcement put on the Internet announcing that the

13   StocksToTrade/EquityFeed relationship had come to an

14   end?

15        A    It would make sense to me that, yes, there

16   would be an announcement.  I don't remember it.

17        Q    Okay.

18              MR. FELDMAN:  Elad, would you put the

19        announcement up, please.

20              MR. BOTWIN:  Yes.

21   BY MR. FELDMAN:

22        Q    Now, you would agree while he's putting it up,

23   that StocksToTrade.com could not put up an announcement

24   before it was formed, right?

25        A    I don't know.  That's not my department.
```

Timothy Sykes
May 20, 2021

1      Q    Wouldn't it make sense -- no, you don't need a

2    department, lawyers, accountants.  It's a logical

3    question.

4           A company can't make an announcement before

5    it's formed; would you agree?

6      A    I don't know.  You're speculating.

7      Q    You really don't know?  Is that the answer --

8      A    I do not know.

9      Q    -- you want to leave for a jury in a Federal

10    Court?  You don't know?

11           MR. JAFFE:  Objection.

12           Now, that -- Jeff, ask a question.  Don't

13      argue with him.  Ask a question.

14    BY MR. FELDMAN:

15      Q    Seriously, are you saying as you sit here

16    today that you don't know whether a company that has not

17    yet been formed could make an announcement before it's

18    formed?  You don't know that --

19           (Simultaneous speakers.)

20           THE WITNESS:  You're speculating, first of

21      all.  Second of all --

22    BY MR. FELDMAN:

23      Q    What am I speculating about?  What am I

24    speculating about?

25           MR. JAFFE:  Jeff, let the witness answer --

Timothy Sykes
May 20, 2021

```
 1        hang on.  Hang on.  If you want to ask a question,

 2        he's got to answer the question, then you can ask

 3        another question.

 4              So are you done with your answer?

 5              COURT REPORTER:  I need one at a time, please,

 6        because when you speak over each other I don't get

 7        anybody.

 8              THE WITNESS:  Sorry about that.

 9   BY MR. FELDMAN:

10        Q    Here's the question:  To your knowledge, can a

11   company that has not yet been formed issue an

12   announcement on its behalf?

13        A    That is speculation.  I have no idea what

14   you're referring to, so I can't answer it.

15        Q    Okay.

16              MR. FELDMAN:  Would you put up the

17        announcement, please.

18              MR. BOTWIN:  Yes.  This is Exhibit 25.

19   BY MR. FELDMAN:

20        Q    Do you see Exhibit 25, Mr. Sykes?

21        A    Yes.

22              MR. FELDMAN:  Okay.  First, would you let the

23        witness read the document.  And I would ask you to

24        look -- start with the URL at the top of the page.

25              THE WITNESS:  You want me to read it out loud?
```

Timothy Sykes
May 20, 2021

```
 1    BY MR. FELDMAN:
 2         Q    No.  I want you to read it to yourself and let
 3    me know when you're ready to answer questions about the
 4    document.
 5         A    Okay.  Thanks.
 6              Can you scroll down a little bit?
 7              Thank you.
 8              Okay.  Read it.
 9         Q    Okay.  Let me -- now, do you -- do you
10    recognize this document?
11         A    I mean, it looks familiar now that you've
12    brought it to my attention.  I wouldn't have remembered
13    it otherwise.
14         Q    Okay.  What is it?
15         A    This is an announcement saying StocksToTrade
16    and EquityFeed are parting ways.
17         Q    And is the document true and accurate?
18         A    It appears to be.
19         Q    Okay.  Now, let's look at the -- now, this is
20    an announcement that Jewmon put up announcing the end of
21    the white label agreement, correct?
22              MR. COLWELL:  Objection.
23              THE WITNESS:  I don't know which company put
24         it up.  I had nothing to do with writing this.
25    BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

1      Q    Well, the white label agreement was between

2    Jewmon and EquityFeed, correct?

3      A    If you say so.  I mean, this is what Zach --

4      Q    I'm going to show you -- I'm going to show you

5    the -- the license agreement in a moment.  And I'll

6    represent to you that the license agreement was between

7    Jewmon and EquityFeed.

8      A    Okay.  Sounds right.

9      Q    So given that it was Jewmon's -- Jewmon's

10   relationship, this was an announcement put up by Jewmon,

11   agreed?

12          MR. COLWELL:  Objection.

13          MR. JAFFE:  Objection.

14          THE WITNESS:  Again, I don't know the

15      specifics of which company and which website.  This

16      is -- this is business outside my lane.  I stay in

17      my lane.

18   BY MR. FELDMAN:

19      Q    Okay.  But you do agree that the announcement

20   is legitimate, that it is authentic?

21      A    It appears to be, yes.

22      Q    Okay.  Now, it says, first, at the very top of

23   the page, we see the reference to the URL,

24   "http://stockstotrade.com/announcement," correct?

25      A    Yes.

Timothy Sykes
May 20, 2021

```
 1        Q    And that, you would agree, is a URL that

 2   StocksToTrade -- strike that.

 3             That is a URL that Jewmon used under the white

 4   label agreement, correct?

 5        A    Again, I don't know what the white label

 6   agreement says and what company.

 7        Q    But you do --

 8        A    But if you -- if you have documents, then

 9   sure.

10        Q    You agree that StocksToTrade.com is a URL you

11   recognize, correct?

12        A    Yes.

13        Q    How do you recognize it?

14        A    How do I recognize StocksToTrade.com?

15        Q    Yes.

16        A    I mean, this is, again, going back to my

17   negotiations with a student to buy the term

18   StocksToTrade.

19        Q    Okay.  So this is a URL that you recognize as

20   one that you or others on your behalf have used,

21   correct?

22        A    Yes, correct.

23        Q    And you know that this URL was used in

24   relation to the white label agreement, correct?

25        A    Appears to be true, yes.
```

Timothy Sykes
May 20, 2021

1     Q    Now, it says, "Important announcement.  Dear

2    StocksToTrade user, as you've read by now, StocksToTrade

3    and EquityFeed are parting ways.  StocksToTrade has been

4    powered by EquityFeed for the last two years."

5          Those statements you agree are true, correct?

6     A    It appears to be, yes.

7     Q    And "Here's what you need to know about your

8    account with EquityFeed.  On May 10th your account will

9    be available on EquityFeed.com.  You should receive

10    emails from EquityFeed regarding that.  The application

11    will function the same."

12          Do you see that?

13    A    Yes.

14    Q    So this is an announcement that was put up

15    sometime prior to May 10, 2015, correct?

16          MR. COLWELL:  Objection.

17          THE WITNESS:  This is what it says.  I don't

18     know, what does the EquityFeed email say?

19    BY MR. FELDMAN:

20    Q    We're talking about this document.  The

21    document --

22    A    I know, but it says you should have received

23    emails from EquityFeed regarding that.  So theoretically

24    there's emails from EquityFeed regarding this, too.

25    Q    But I'm asking you, given that the

Timothy Sykes
May 20, 2021

```
 1   announcement is referencing May 10th as a date in the

 2   future, this announcement was put up prior to May 10th,

 3   correct?

 4             MR. COLWELL:  Objection.

 5             MR. JAFFE:  Objection.

 6             THE WITNESS:  I don't know when this was put

 7        up.

 8   BY MR. FELDMAN:

 9        Q    Well, you see in the upper -- in the middle of

10   the page there's a reference to May 17, 2015.

11        A    Yes.

12        Q    Do you see that?

13             This is from the Wayback Machine.  Have you

14   used the Wayback -- have you used the Wayback Machine?

15        A    I've heard of it.

16        Q    Okay.  So this is a snapshot taken of the

17   StocksToTrade website on May 17, 2015.  Okay?

18        A    Okay.

19             MR. COLWELL:  Objection.

20   BY MR. FELDMAN:

21        Q    So what I'm asking you is, do you -- do you

22   have any doubt in your mind that this announcement was

23   on the -- was on your -- was on the StocksToTrade

24   website on May 17, 2015?

25             MR. COLWELL:  Objection.
```

Timothy Sykes
May 20, 2021

```
 1              THE WITNESS:  It appears that way.
 2   BY MR. FELDMAN:
 3       Q     Thank you.
 4              Now, if you go to the second paragraph.
 5              MR. FELDMAN:  Can you scroll down, please,
 6       Elad?
 7   BY MR. FELDMAN:
 8       Q     It says, "Here's what you need to know about
 9   your account with StocksToTrade."
10              It says, "The new STT 2.0 is almost ready.
11   It's a desktop application built for both Mac and
12   Windows."
13              Do you see that?
14       A     Yes.
15       Q     Do you understand that sentence?
16       A     Yeah.  I mean, it's -- it sounds like this is
17   where we parted ways.
18       Q     Okay.  So explain to me what this language
19   means, "The new SS -- new STT 2.0 is almost ready."
20              What does that mean to you?
21              MR. COLWELL:  Objection.
22              THE WITNESS:  Just where you told me where
23       there's the EquityFeed white label in StocksToTrade
24       version 1 and then this is StocksToTrade 2.0.  So
25       they're two distinct things.
```

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:

 2        Q    So can we agree that by May 2015 StocksToTrade

 3   2.0 was almost ready?

 4             MR. COLWELL:  Objection.

 5             MR. JAFFE:  Objection.  Foundation.

 6             THE WITNESS:  I have no idea.  I remember

 7        there were a lot of programming issues where

 8        everything got delayed.  And I think this might be

 9        a case of we're saying it's almost ready.  I don't

10        remember the exact date that it launched.

11   BY MR. FELDMAN:

12        Q    Do you remember when -- when the development

13   began?

14        A    Not at all.

15        Q    You have no -- you have no knowledge -- have

16   you -- have you ever had any knowledge as to how long it

17   took -- strike that.

18             How long, to your knowledge, did it take to

19   develop StocksToTrade 2.0?

20        A    I don't know specific dates.  I know that it

21   was a lot longer than I would have liked and it was

22   several years.

23        Q    Okay.  When you say "several," more than two

24   years?

25             MR. COLWELL:  Objection.
```

Timothy Sykes
May 20, 2021

```
 1              THE WITNESS:  Yeah.  I'd say -- I'd say that
 2         was fair.  I don't -- you know, the problem is, I
 3         don't know the exact launch date.  I'm not a part
 4         of the launches.  It's all, you know, several years
 5         ago.
 6    BY MR. FELDMAN:
 7         Q    The exact launch date was February 16, 2016.
 8         A    Okay.
 9         Q    So can we agree that it took two years prior
10    to February 16, 2016, to develop StocksToTrade 2?
11              MR. COLWELL:  Objection.  Lacks foundation.
12              MR. JAFFE:  Objection.
13              THE WITNESS:  I don't know.  I wasn't involved
14         in the programming.
15    BY MR. FELDMAN:
16         Q    Are you -- are you -- is that a truthful
17    answer?
18         A    Yes.  I know nothing about programming
19    whatsoever.
20         Q    And you're saying as you sit here today, you
21    have never known how long it took Stocks -- it took --
22    strike that.
23              As you sit here today, is it your testimony
24    that at the time StocksToTrade 2 launched on
25    February 16, 2016, you had no appreciation for how long
```

Timothy Sykes
May 20, 2021

```
 1   it took to develop that -- that product?

 2       A    Correct.

 3       Q    Okay.  Now, it says on point 2, "As a

 4   StocksToTrade, STT, member, you will gain access to the

 5   platform once it is ready.  We expect it to be ready

 6   within 14 days."

 7            Do you see that?

 8       A    Yes.

 9       Q    Is that language -- to your knowledge, is that

10   language accurate and correct?

11       A    I don't know when it was ready.  I'm not a

12   part of the customer service.  I, you know, I can't

13   answer to it.

14       Q    Okay.  But certainly if -- if something is

15   ready to be launched within 14 days, you would agree

16   that it's near completion, right?

17            MR. JAFFE:  Objection.  Speculation.

18            THE WITNESS:  I mean, I remember we had a lot

19       of issues trying to launch it, so I don't know the

20       exact dates when it was launched.  You know,

21       there's soft launches and bigger launches.  So you

22       might say, oh, this is launching in a blog post,

23       but it's really just a soft launch to maybe a

24       hundred people as a test.  That's the gift and

25       curse of, you know, programming.
```

Timothy Sykes
May 20, 2021

```
 1              MR. FELDMAN:  Go to number 4.

 2   BY MR. FELDMAN:

 3       Q    "Once STT 2.0 is launched, it will be updated

 4   constantly, as we already -- as we already have the next

 5   versions after launch being programmed."

 6              Do you see that?

 7       A    Yes.

 8       Q    So you would agree if the next version of

 9   StocksToTrade was already being programmed in May of

10   2015, it had been under development for quite some time

11   before then, right?

12              MR. COLWELL:  Objection.

13              MR. JAFFE:  Objection.

14              THE WITNESS:  I can't speculate.  I wasn't

15       part of the programming team.

16              Again, a lot of this is aspirational thoughts.

17              If you remember, President Trump said,

18       coronavirus is going to be over by Easter and then

19       it was another year.  So do you blame President

20       Trump or is that aspirational thinking?  I think

21       that's probably what this is.

22              MR. FELDMAN:  Go to the bottom paragraph.

23   BY MR. FELDMAN:

24       Q    It says, quote, "Bottom line, we have had a

25   great relationship with EquityFeed over the last two
```

Timothy Sykes
May 20, 2021

1    years.  They truly are a great company with a great

2    product."

3              Do you see that?

4         A    Yes.

5         Q    Now, you told me many times during this

6    deposition how bad this product was.

7         A    Correct, yes.

8         Q    When it came time to make the announcement,

9    it's the exact opposite of what you said in this

10   deposition, right?

11        A    I think, again, this goes to my point that

12   this is an aspirational email where, you know, they're

13   trying to be positive, trying to say the new software is

14   coming out, we have a great relationship.

15             You don't want to say, it takes a lot longer

16   to program, EquityFeed's product sucked.  You know,

17   you're not going to put that in an email.  We weren't

18   looking to, you know, have -- we don't talk crap about

19   people publicly.  I mean, that's just never been

20   anything to do with my own personal business or Zach's

21   businesses, either.  Like, I don't see anything wrong

22   with this.

23        Q    So if a -- so what you're saying then is that

24   notwithstanding that my client's product was supposedly

25   terrible, you went out to the market and told the world

Timothy Sykes
May 20, 2021

1   how great my client's product is?

2          MR. COLWELL:  Objection.

3          THE WITNESS:  I did not.  I had nothing to do

4      with this website or this press release, so it

5      wasn't me.

6          My own experience was opposite, you know.  If

7      you look at the emails, we have customer complaints

8      and there were issues galore.

9          I'm not always going to air out all the dirty

10      laundry publicly.  I don't know any successful

11      businessperson that does that.

12  BY MR. FELDMAN:

13      Q    But you didn't air any dirty laundry here.

14  You just told everybody that my client's product is

15  great, right?

16          MR. JAFFE:  Objection.  Foundation.

17          MR. COLWELL:  Objection.

18          THE WITNESS:  This is not me.  I had nothing

19      to do with this website or press release.

20  BY MR. FELDMAN:

21      Q    Okay.  You were an owner of Jewmon, correct?

22      A    Yes.  But I'm not involved in every piece of

23  content creation.  I have -- this is literally the first

24  time I'm reading this in full.

25      Q    Really?

Timothy Sykes
May 20, 2021

```
 1       A     Yes.

 2       Q     But you knew enough about it to mention it

 3   earlier in the depo without being prompted, right?

 4       A     I remember that one thing where it was like,

 5   you know, we ended well.  That's how I remembered the

 6   ending of this.  Frankly, this entire situation was a

 7   surprise to me because I thought we ended pretty well.

 8       Q     Right.  But my -- I just don't understand why

 9   you testified in this deposition how bad the product

10   was, when your company went to market and told the world

11   how great the product was.

12             I mean, do you have an explanation for that?

13             MR. JAFFE:  Objection.

14             THE WITNESS:  Again, I didn't write this.  And

15       my speculative guess is that we were not looking to

16       create enemies.

17             We don't want to say EquityFeed sucked, that,

18       you know, they're incompetent at programming.

19             Unfortunately, that was the truth, in terms of

20       what our white label product was, but we weren't

21       going to air this publicly, you know?  I think

22       that, frankly, this is the right way to do business

23       where you say, okay, you know, we're just moving

24       on, we're parting ways.

25   BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

1        Q    Okay.  So what you're telling me is, is that

2   you're all right trashing my client's product in this

3   lawsuit, but you were -- you were not all right saying

4   that in an announcement to your clients, correct?

5             MR. JAFFE:  Objection.

6             THE WITNESS:  I have never trashed it.  You

7        know, this is the students telling me that it

8        sucked.

9             I would go with any program that works.  Okay?

10             Unfortunately, your client couldn't fulfill,

11        you know, what we needed, and so that was the end

12        of it.

13   BY MR. FELDMAN:

14        Q    And so your testimony, you're like Sergeant

15   Schultz, I know nothing, I know nothing about this

16   announcement.  Is that -- is that

17        A    I don't know Sergeant --

18             MR. COLWELL:  Objection.

19             MR. JAFFE:  Objection.

20             MR. COLWELL:  Quite an antiquated reference as

21        well.  But, please.

22             THE WITNESS:  I don't know Sergeant Schultz.

23        I'm sorry.

24   BY MR. FELDMAN:

25        Q    I know nothing.

Timothy Sykes
May 20, 2021

```
 1        A    I don't know who that is.

 2             MR. JAFFE:  Hang on.  Let's wait for him to

 3        ask a question.

 4   BY MR. FELDMAN:

 5        Q    That's because you were born in 1981.  It's a

 6   reference to a character from a program called, Hogan's

 7   Heroes, long time ago.

 8        A    Okay.  Cool.

 9        Q    Okay?

10        A    I'll check it out.

11        Q    Mr. Sykes, your testimony is that prior to

12   seeing this sentence today you had never seen it before;

13   is that right?

14        A    I have a recollection to the announcement

15   being made.  I never read it in depth like this.

16        Q    Okay.  And so I'll ask you now.  The

17   statement -- is this statement true, to your knowledge:

18   "We have had a great relationship with EquityFeed over

19   the last two years.  They truly are a great company with

20   a great product."

21             Is that a true statement?

22        A    Personally --

23             MR. JAFFE:  Objection.

24             THE WITNESS:  Personally, I would not agree

25        with that, but I did not write this.
```

Timothy Sykes
May 20, 2021

1   BY MR. FELDMAN:

2       Q    Okay.  Now, if you go further down to the

3   third sentence at the bottom paragraph, "Your current"

4   -- actually, it's the fourth sentence.  "Your current

5   account will be moved over to EquityFeed.com on May

6   10th."

7            Once again we see this May 10th date.

8            Wouldn't that -- would you agree that given

9   that content, this announcement was up prior to May 10th

10  in whatever year it was posted?

11           MR. COLWELL:  Objection to form.

12           THE WITNESS:  Didn't you say that this --

13      didn't you say that this was May 17th?

14  BY MR. FELDMAN:

15      Q    I'm saying that the image was -- the image was

16  snapshotted on May 17th by the Wayback Machine.

17      A    Okay.

18      Q    But the content of the announcement references

19  May 10th as a -- as a day coming.

20           So my question to you is, would you agree that

21  because May 10th is referenced as a date in the future,

22  this announcement was in existence prior to May 10th?

23           MR. JAFFE:  Objection.

24           MR. COLWELL:  Objection.  Speculation.

25           THE WITNESS:  I don't know.  I wasn't involved

Timothy Sykes
May 20, 2021

```
1        in this in any way.  You have to ask Zach and the

2        StocksToTrade team.

3   BY MR. FELDMAN:

4        Q    Okay.  It says, again, next sentence, "Once

5   StocksToTrade 2.0 is launched," paren, "14 days."

6             Do you see that?

7        A    Which number is this?  Number 4?

8        Q    No.  Under the last paragraph.

9        A    Oh, yes.  Sorry, yeah.

10            Okay.  I see it.

11       Q    Okay.  Again, looking at the reference that

12  the StocksToTrade 2 is -- is going to be launched in 14

13  days, does that refresh your recollection at all as to

14  when StocksToTrade version 2 was first put under

15  development?

16       A    I don't know the specifics.  This is Zach's

17  project.

18       Q    Okay.  So as we sit here today -- let me --

19  let me back up.

20            The contract was terminated in April of 2015.

21  I can show you a document if you would like to see it,

22  or if you -- would you accept my representation as being

23  correct?

24       A    I'll take your word for it.

25       Q    Okay.  So was -- was StocksToTrade version 2.0
```

Timothy Sykes
May 20, 2021

1  under development prior to the time that the white label

2  agreement was terminated?

3       A    I don't know, because the extent of my

4  involvement was giving the 40 scans, which I did for the

5  white label, which I did for StocksToTrade 2.0.  That is

6  my involvement.

7       Q    Okay.  I want to show you a video.

8       A    Okay.

9            MR. FELDMAN:  Would you -- Elad, would you put

10           up the launch video, please?

11           MR. BOTWIN:  Yes, one moment.

12           MR. FELDMAN:  Carlos, everything that's

13           displayed on the screen is on your video, correct?

14           VIDEOGRAPHER:  Yes, Counselor.  It will be a

15           picture and picture of you.

16           MR. FELDMAN:  So you'll be able to see the

17           video on -- we'll be able to see the YouTube video

18           on your -- on your video, correct?

19           VIDEOGRAPHER:  Yes, sir.

20           MR. FELDMAN:  Okay.

21           MR. BOTWIN:  Again, Jeff, this is the video

22           entitled, StocksToTrade One Month Free Offer?

23           MR. FELDMAN:  Okay.  And this will be Exhibit

24           what?

25           MR. BOTWIN:  69.

Timothy Sykes
May 20, 2021

```
 1              (Exhibit No. 69 was marked for

 2         identification.)

 3              MR. FELDMAN:  Okay.  And then what we could do

 4         is identify the source, Elad, please, of the video.

 5              MR. BOTWIN:  I put the link in the chat.

 6              MR. FELDMAN:  Okay.  And if we can put it up

 7         and play it, please.

 8    BY MR. SYKES:

 9         Q    But before we start, Mr. Sykes, is that you?

10         A    Yes, this is me.

11         Q    Okay.  And let's go ahead and run the video,

12    please.

13              MR. BOTWIN:  And when I play it, please let me

14         know if you have any issues hearing it.  Actually,

15         I need to fix that real quick.

16              Okay.  It will now work.

17              MR. FELDMAN:  Now, Elad, before we play, can

18         you for the record identify where this video comes

19         from?

20              MR. BOTWIN:  This video comes from YouTube,

21         channel Timothy Sykes.  It was uploaded on

22         February 6, 2016.

23              MR. FELDMAN:  So let's -- I want to start

24         there.  Let's not play this yet.

25    BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

```
 1       Q    Mr. Sykes, do you remember making the video

 2   that we're -- we're getting ready -- strike that.

 3            Do you remember making this video that we've

 4   marked as Exhibit --

 5            MR. FELDMAN:  What number, Elad?

 6            MR. BOTWIN:  69.

 7   BY MR. FELDMAN:

 8       Q    You remember making this video that we've

 9   marked as Exhibit 69, correct?

10       A    I don't remember making it, but I see that it

11   was made.  I mean, I make tens of thousands of videos.

12       Q    Do you dispute that you made this video?

13       A    No.  This video was made.  I just don't

14   remember it.

15       Q    Did you make it, yes or no?

16       A    I starred in it.  I'd like you to play it so I

17   can see what's even being said, because I don't know

18   what I said.

19       Q    And then do you dispute that the video was

20   placed on YouTube on February 6, 2016?

21       A    I do not dispute that.  That is what YouTube

22   says.

23       Q    Okay.  So -- okay.  So let's --

24            MR. FELDMAN:  Scroll down, please, one more

25       time.  I just want to --
```

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:

 2        Q    Now, there -- there's also a post from Timothy

 3   Sykes --

 4        A    Yes.

 5        Q    -- under the video.

 6             Do you see that?

 7        A    Okay.

 8        Q    You would agree that you posted the statement

 9   under the video, correct?

10        A    My team did.  I don't always write all the

11   captions or, you know, tags.  We have a team that does

12   content.

13        Q    Okay.  So the statement that's attributed to

14   you states, "We're officially unavailing the

15   revolutionary http://stockstotrade.com software

16   February 15th.  For just a few days you can get your

17   first month free and 30 percent off all plans going

18   forward.  Go see http://stockstotrade.com right now

19   before this one-time offer expires."

20             Did I read that correctly?

21        A    Yes.

22        Q    And so you made an announcement -- you made an

23   announcement on or about February 6, 2016, that

24   StocksToTrade 2.0 was getting ready to be launched on

25   February 15, 2016, correct?
```

Timothy Sykes
May 20, 2021

```
 1        A      Sure.

 2               MR. FELDMAN:  Okay.  Now, let's play the

 3        video, please.

 4               MR. BOTWIN:  Okay.  And please let me know if

 5        anybody encounters any audio issues or other issues

 6        viewing it.

 7               (The following video was played:)

 8               THE WITNESS:  Hey, this is Timothy Sykes.  I

 9        have some very exciting news to share with you.

10        StocksToTrade is a revolutionary stock scanning and

11        trading platform that my team and I have been hard

12        at work for over a year.

13               MR. FELDMAN:  Stop right there.  Stop right

14        there.

15               (Video stopped.)

16   BY MR. FELDMAN:

17        Q      Did you make the statements that were just

18   played?

19        A      Yes, this is me talking.

20        Q      Now, the statement that you just made on this

21   video said that me and my team have been hard at work

22   making this tool for over a year, paraphrasing.

23               Do you remember saying that just a moment ago?

24        A      Yes.

25        Q      We saw that on the video?
```

Timothy Sykes
May 20, 2021

```
 1        A     Yes.

 2        Q     Okay.  So given that you made that statement,

 3   that StocksToTrade 2.0 was under development for over a

 4   year and this video was posted on February 6, 2016, we

 5   can agree, right, that the StocksToTrade software had

 6   been first put -- was first under development prior to

 7   February 16, 2015, correct?

 8        A     I don't know.  I'm not involved in the

 9   programming.

10              And what you have to understand -- I see where

11   you're going with a lot of this.

12              When we say StocksToTrade, because the

13   EquityFeed white label was called StocksToTrade, we're

14   including that in the development.

15              We learned a lot, frankly, what not to do.

16   And so when I say my team and I have been hard at work

17   for years, we're including the level -- white label, you

18   know, StocksToTrade 1.0, as you want to call it.

19              So when you want to say that there's -- like,

20   you know, we created all this stuff, like, on our own,

21   we're including the white label as part of the

22   development process.

23        Q     Oh.

24              MR. FELDMAN:  Oh, let's go back.  Let's -- go

25        back to the beginning, Elad, please.
```

Timothy Sykes
May 20, 2021

```
 1              And if you would, let's -- let's go back to

 2         the -- to the screen before we started playing.  I

 3         want to look at the caption.

 4    BY MR. FELDMAN:

 5         Q    Now, on February 6th the post says, "We're

 6    officially unveiling the revolutionary htp --

 7    http://stockstotrade.com software February 16th."

 8              Are you saying that the reference to the

 9    revolutionary StocksToTrade.com software was the white

10    label software?

11              MR. JAFFE:  Objection.

12              MR. COLWELL:  Objection.

13              THE WITNESS:  I don't know what this caption

14         refers to.  I didn't write it.

15              I'm saying, in terms of my videos and my

16         statements when I'm on screen, when I'm saying, you

17         know, StocksToTrade has been in development from my

18         team and I, I didn't do the programming.

19              So if you're going to suggest that I'm the

20         programmer, I have no idea about programming.

21              And what I know to be true, based on what I

22         say in videos, this whole thing was a process.  It

23         was an evolution from a white label product that

24         did not work to this.

25              The confusing part is because it's the same
```

Timothy Sykes
May 20, 2021

```
 1        name.  So you want to muddy the waters, I mean,

 2        that's up to you.

 3  BY MR. FELDMAN:

 4        Q    Mr. Sykes, you know very well that you and

 5  your team never programmed StocksToTrade version 1; you

 6  know that, right?

 7        A    I don't know what the programmers did on

 8  EquityFeed's or, you know, I don't know the timing on

 9  when Jamil entered the situation.  I don't deal with the

10  programmers.  I don't deal with the business.  I deal

11  with teaching.  I'll say it again and again.

12        Q    Thou sayeth too much, Mr. Sykes.

13             I have a question, a very narrow question.

14        A    Okay.

15        Q    Isn't it true, Mr. Sykes, that all the

16  programming for StocksToTrade version 1 was done by

17  EquityFeed?  True or false?

18        A    I don't know.  I wasn't involved in the

19  programming.

20        Q    Well, then if you don't know, then you can't

21  say that your statements in this video were referencing

22  StocksToTrade version 1, right?

23             MR. JAFFE:  Objection.

24             THE WITNESS:  I'm saying, as a general subject

25        matter, in my mind as a teacher, StocksToTrade
```

Timothy Sykes
May 20, 2021

1          version 1, the white label, was part of the

2          evolution of what became StocksToTrade 2.0.

3                    Unfortunately, EquityFeed, whether it was your

4          programming team or the other programmers, I don't

5          know the specifics.

6                    All I know is that in my mind it's one project

7          leading to the next after the ties were cut with

8          EquityFeed due to incompetence, due to programmers.

9          I don't know the specifics of what the programming

10         issues were.

11   BY MR. FELDMAN:

12     Q    Mr. Sykes, what we're talking about right now

13   is not very complicated.

14                    We're talking about an announcement of a new

15   version of StocksToTrade.  And we're talking about

16   statements that you made about how long the new version

17   was under development.  And there's only been one new

18   version, and that's StocksToTrade 2.

19                    So again, question:  Would you agree that this

20   statement in this video about the software being under

21   development for more than a year was in relation to

22   StocksToTrade 2.0?

23     A    I don't know, because I have nothing to do

24   with the programming.  You have to ask the programmers

25   and Zach.  They know specifics more than I do.

Timothy Sykes
May 20, 2021

1      Q    But you would agree, even though you don't

2   know what you were saying, at least now, you do agree

3   that you said this on February -- on or about

4   February 6, 2016, right?

5      A    I made -- I made this video on February, but I

6   don't know the specifics.  And you're trying to get into

7   specifics that I had nothing to do with.  I'm sorry, I

8   wish I could be more help.

9      Q    Did you tell the truth in the statements you

10  made in this video, yes or no?

11     A    I haven't heard the whole video, so let's --

12  let's hear the whole video.

13     Q    Do you lie -- do you lie in the videos that

14  you make for your students?

15     A    No.  I just don't --

16          MR. JAFFE:  Objection.

17          MR. COLWELL:  Objection.

18          THE WITNESS:  I just don't want to comment on

19      what I said in the video when I haven't seen it.

20      Like I said, I don't even remember making it, so I

21      want to be very clear and play a video.

22          MR. FELDMAN:  Hold on.  Elad, hold on.

23  BY MR. FELDMAN:

24     Q    Would you ever make a false statement in any

25  video?

Timothy Sykes
May 20, 2021

```
1           MR. JAFFE:  Objection.

2           THE WITNESS:  No.  But I would like to see the

3      whole video played before I comment on it.  I think

4      that's fair.

5  BY MR. FELDMAN:

6      Q    I'm not talking about this video now.  I'm

7  just saying, as a general practice, being that you're a

8  teacher and all, you would make only truthful

9  statements, right?

10     A    Correct.

11          MR. JAFFE:  Objection.

12          MR. FELDMAN:  Okay.  Now, could you just pull

13     it out again for one second, please?  Just bring it

14     out to the prior screen.

15          And can you just scroll to the top, please.

16     To the top.

17  BY MR. FELDMAN:

18     Q    Now, it says here, "StocksToTrade one month

19  free offer."

20          You know that that one month free offer was in

21  relation to StocksToTrade version 2, correct?

22     A    I don't know.  I didn't deal with that.

23          MR. FELDMAN:  Okay.  Let's play the entire

24     video this time, please.

25          (Video continued:)
```

Timothy Sykes
May 20, 2021

```
 1       THE WITNESS:  Hey, this is Timothy Sykes. I
 2   have some very exciting news to share with you.
 3       StocksToTrade is a revolutionary stock
 4   scanning and trading platform that my team and I
 5   have been hard at work for over a year.
 6   February 15, 2016, we are finally releasing it into
 7   the wild.  All of you guys will be able to have
 8   this on your own desktops.  Mobile versions are
 9   coming.
10       But I have a very exciting opportunity for you
11   right now, because if you enter your name and email
12   just below this video right now, you will get the
13   first month of StocksToTrade completely free, no
14   risk whatsoever.
15       On top of that, you will also get 30 percent
16   off future plans.
17       And we're going to be introducing a lot of
18   more features here, algorithmic trading, alerts,
19   scans, community.  There's going to be so much
20   going on with StocksToTrade, I want you to be a
21   part of it.
22       You have one opportunity right now.  Enter
23   your name and e-mail below.  You will get your
24   first month free and 30 percent off future plans.
25   I just want to throw that out there.
```

Timothy Sykes
May 20, 2021

1          Let me just show you some of the stuff that

2     already people are saying about this, because, you

3     know, we have 150 people who have been beta testing

4     it for the past few months.

5          This is one example.  WATT, this was the other

6     day, pre-market at 8:22 in the morning came this

7     news about Energis up roughly 5 percent on the day,

8     following Apple wireless charging rumors.

9          I saw this alert on StocksToTrade and I was

10    immediately watching this stock for potential

11    spiking.  I bought it right at the market open in

12    the mid 5s.  Within an hour it went to the mid 7s.

13         I actually sold it too soon, because I didn't

14    realize how much of an advantage StocksToTrade gave

15    me, because most news services picked this up

16    around 9:45 or 10:00 in the morning.  I knew about

17    it at 8:22 in the morning.

18         I'm not saying this is always going to happen,

19    but no other platform really cares about low-priced

20    stocks.  No other platform is built by traders for

21    traders.  We have a lot of politicians and a lot

22    of, you know, investors who build these platforms.

23         I'm a trader and I specifically requested over

24    200 features be added to this.

25         My programmers think I'm absolutely crazy, but

Timothy Sykes
May 20, 2021

```
 1        I'm just very specific.

 2             So we have built StocksToTrade for you.  And I

 3        will guarantee you that there is no other platform

 4        better for stock traders, especially if you trade

 5        low-price stocks like I do.

 6             So you have one opportunity right now.  After

 7        watching this video, enter your name and email

 8        below.  You will get your first month free so you

 9        can try it out and see how good it is.  And you

10        will get 30 percent going forward.  Do not waste

11        this opportunity.

12             I hope you enjoy StocksToTrade.

13             (Video concluded.)

14   BY MR. FELDMAN:

15        Q    Now, we just -- we just finished watching the

16   video, right?

17        A    Yes.

18        Q    Did you make all the statements in that video?

19        A    Yes.

20        Q    Are all the statements you made true?

21        A    Yes, but they didn't play out as facts.  Like

22   I said, we were going to have mobile trading.  That

23   literally just came out in 2021, so it was five years.

24             So as much as we want to say a feature is

25   going to come out on this date, sometimes it takes
```

Timothy Sykes
May 20, 2021

1   longer, sometimes much longer, and that's,

2   unfortunately, the gift and curse of programming.

3           Maybe I should, you know, learn to do it

4   better.  But everything else I agree with.

5       Q    Now, you said in the video that this is,

6   quote, my program.

7       A    Okay.

8       Q    Is that a true statement?

9       A    I mean, it's the program that I use, yes.

10  This is my program.  This is my sweater.  I'm wearing

11  this sweater.  I use this program.

12      Q    And then you said, "We have built STT for

13  you."  We would include you, correct?

14      A    Correct.  Because it has my 40-plus scans.

15  And as you heard, I said there were over 200

16  modifications, which is another true statement, because

17  I'm giving tips on charts.  And, you know, frankly, in

18  that video I also talk about how that was an early

19  version of StocksToTrade Breaking News, which did give

20  me, you know, a benefit on WATT.

21      Q    Right.  And you talk about 200 features that

22  you gave to, quote, my programmers, correct?

23      A    The 40-plus scans, yes.  That's 40 of them.

24  And then little tidbits.  Like, I wanted the logo over

25  here, you know.  So I have, like, some ideas on, you

Timothy Sykes
May 20, 2021

1  know, how to get this to what I want it to be.

2      Q    Okay.  So, Mr. Sykes, you said on the video

3  that you gave 200 features to my programmers.  You agree

4  you said that, right?

5      A    Yes.

6      Q    Now, so the programmers were your programmers,

7  right?

8      A    I mean, if you want the details, I probably

9  sent it to Zach and then Zach dealt with the

10  programmers.  I don't program.

11      Q    Right.  Let's just talk about your words.

12  When you say, my programmers, that means Tim Sykes'

13  programmers, right?

14           MR. JAFFE:  Objection.

15           THE WITNESS:  I don't go into all these

16      specifics on these videos.  This is a 2-minute

17      video.  You're trying to look at, like, little

18      things, like you said this, you said that.  I mean,

19      it's a general video marketing this new product.

20  BY MR. FELDMAN:

21      Q    Aha, a new product.  Thank you.

22           The new product was StocksToTrade 2.0, right?

23      A    It's just a software program.  I don't know

24  the specifics of all the programming.  I don't know the

25  specifics of what you want me to know, because I wasn't

Timothy Sykes
May 20, 2021

1   involved in that.  I gave my scans and, yes, I use it

2   for Breaking News.

3       Q    Mr. Sykes, you just said a new product.

4            This video was made in relation to

5   StocksToTrade 2.0, yes or no?  You're under oath.  Yes

6   or no?

7            MR. JAFFE:  Yes or no did he say that?

8   BY MR. FELDMAN:

9       Q    Mr. Sykes, was this video made by you in

10  relation to the launch of StocksToTrade 2.0, yes or no?

11      A    This was made in relation to StocksToTrade,

12  which is an evolving thing.  It's an evolving product.

13           Until today I never thought of StocksToTrade

14  1.0 or 2.0.  What I thought of previously was a white

15  label with EquityFeed that failed.  We recreated

16  something that was better that does not fail.  That's

17  how I look at it.

18           I never -- I don't go into all the details

19  like you want me to.  I'm sorry, that's not the way I

20  think.

21      Q    Mr. Sykes, when you just volunteered a moment

22  ago that it was in relation to a new product, what new

23  product were you referring to?

24      A    StocksToTrade.

25      Q    Version 1 or version 2?

Timothy Sykes
May 20, 2021

```
 1        A    I don't know.  This was six years ago.  I
 2   don't remember specifically.
 3        Q    Okay.  And when you said my programmers, would
 4   you agree that what you were saying to your community
 5   was that the programmers worked for Tim Sykes, right?
 6             MR. JAFFE:  Objection.
 7             MR. COLWELL:  Objection.
 8             THE WITNESS:  There -- I object, too.  There
 9        is no Timothy Sykes, Inc.  It's a team.
10             So I don't go into the specific legalities in
11        videos.  As you can tell, I don't even know, you
12        know, the legal company names.
13             When I make a video like that, I'm
14        specifically saying the team is creating it, which
15        I still mean today.
16   BY MR. FELDMAN:
17        Q    Mr. Sykes, you didn't say my team's
18   programmers; you said my programmers, didn't you?
19        A    It's a 2-minute YouTube video.  I was, you
20   know.  It's quick.  I don't have time to go into all the
21   intricacies.  I had no idea that this was going to play
22   out, you know, several years.  I'm just literally just
23   making a video.
24        Q    And you're saying -- you said in the video
25   that this is the only -- only tool that was made by --
```

Timothy Sykes
May 20, 2021

1   was made for traders, day traders.  You said something

2   to that effect, correct?

3       A    I believe it was for low-price traders, which

4   is what I specialize in.

5       Q    Wasn't the white label software directed to

6   low-price traders?

7       A    I believe they're -- it's more of a general

8   for all traders, as opposed to just low-price traders.

9            I believe I'm probably the only teacher who

10  focuses purely on penny stocks.

11      Q    Now, the 200 features that you gave to your

12  programmers, what were those features?

13      A    I mean --

14      Q    You don't have to --

15      A    -- first of all --

16      Q    Just tell me generically, what kind of

17  features were you -- did you give to your programmers?

18      A    Sure.  Like I said, you know, there's 40.  I

19  think there might actually be 42 scans.  So out of the

20  200, I'm talking about those 40.  Other ones, I'm just

21  talking about, you know, I need the chart to be able to

22  expand, I need a logo that's not in the way of the

23  volume chart, looking at, you know, maybe, like, the

24  width of a volume, little -- little things like that.

25      Q    So you were intricately involved in the look

Timothy Sykes
May 20, 2021

1    and feel, developing the look and feel of the

2    StocksToTrade 2.0, right?

3            MR. COLWELL:  Objection.

4            MR. JAFFE:  Objection to the form.

5            THE WITNESS:  I wouldn't say I'm intricately

6        involved.

7            I would say I'm giving a list of what I would

8        like.

9            And to this day there's still stuff that

10       hasn't been made.  As I said, mobile took five

11       years.  I would have preferred mobile much sooner.

12   BY MR. FELDMAN:

13       Q    But you were looking at the StocksToTrade

14   prototype when it was under development saying, I want

15   this, I want that, fix this, fix that, correct?

16       A    Yes.

17           MR. COLWELL:  Objection.

18           MR. JAFFE:  Objection.

19   BY MR. FELDMAN:

20       Q    Now -- and you're saying that while you looked

21   at the StocksToTrade prototype as it was under

22   development, you never, ever looked at the white label

23   product, correct?

24           MR. JAFFE:  Objection.

25           THE WITNESS:  I never saw it in action.  Like

Timothy Sykes
May 20, 2021

```
1          I said, I might have glanced at it.  I just, you

2          know, wanted my scans built at first.

3    BY MR. FELDMAN:

4          Q    Right.  But -- but you -- during the two years

5    that the white label agreement was in place, even though

6    you didn't look at the white label agreement, you were

7    out telling the world how great it was, right?

8          A    I was out --

9          Q    Let me rephrase it.  I made a mistake.

10              Even though you did not look, ever look at the

11   white label product, during the two years of the white

12   label relationship you were telling your community how

13   great the white label product was, correct?

14              MR. COLWELL:  Objection.

15              THE WITNESS:  I told my community how great my

16         40-plus scans were, which is what the white label

17         represented.  I did not go public with all the

18         customer complaints.  Perhaps I should have.

19   BY MR. FELDMAN:

20         Q    No.  What your company did was tell the world

21   how great the product was, right?

22              MR. JAFFE:  Objection.

23              MR. COLWELL:  Objection.

24              THE WITNESS:  I do believe my 40 scans are

25         great.  I do believe that the white label product
```

Timothy Sykes
May 20, 2021

```
 1         failed to show off the greatness of my 40 scans and

 2         that was what we had to correct.

 3    BY MR. FELDMAN:

 4         Q    Okay.  By the way, do you remember in the

 5    agreement that you signed on behalf of Jewmon that any

 6    customization made of the white label software belong to

 7    my client?

 8              MR. JAFFE:  Objection.  Foundation.

 9              MR. COLWELL:  Objection.

10              THE WITNESS:  I don't remember at all.

11    BY MR. FELDMAN:

12         Q    I'll show you.

13              But you would agree if you did sign a document

14    on behalf of Jewmon saying that any customization made

15    of the white label product would be owned by Jewmon --

16    I'm sorry -- would be owned by EquityFeed, it would have

17    been wrong for -- for Jewmon to later incorporate those

18    customizations into StocksToTrade 2.0, right?

19              MR. COLWELL:  Objection.

20              MR. JAFFE:  Objection.

21              THE WITNESS:  I don't know because my value in

22         what I think the value in any platform, as I've

23         been saying this whole time, is not the data or the

24         look or the feel.  It's the actual recipe.

25              My involvement is giving the recipe.  'Til my
```

Timothy Sykes
May 20, 2021

```
 1        dying day I will promote recipes because they are

 2        homemade, I think they are good.  I don't care what

 3        platform my recipes are on, I will bring my recipes

 4        to whatever platform that can deliver them

 5        successfully to students.

 6   BY MR. FELDMAN:

 7        Q    Okay.  So now, we agreed before that

 8   StocksToTrade was used by Jewmon before it was used by

 9   StocksToTrade.com, Inc., correct?

10        A    If you say so.

11        Q    Not me saying so.

12             You testified in this deposition that

13   StocksToTrade was used by -- used the first time in

14   relation to the white label agreement that -- that

15   Jewmon entered into with EquityFeed.

16             Do you remember that?

17        A    If that's -- if that's what the paperwork is

18   good, then I'm fine with that.

19             I'm sorry.  You have to forgive me.  This is

20   my first deposition.  I'm getting confused with --

21             MR. JAFFE:  Jeff, do you mean -- Jeff, do you

22        mean the name StocksToTrade?  That's, I think, what

23        the confusion is.

24             THE WITNESS:  Yeah.

25   BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

1      Q    The name StocksToTrade was first used

2  by Jewmon -- strike that.

3           The first time that you or any one of your

4  companies ever used StocksToTrade, that phrase, was in

5  relation to the white label product, correct?

6      A    I can't be certain of that because I think

7  that, you know -- first of all, the first time I heard

8  about StocksToTrade was when I acquired it from my

9  student, which I said.

10          Also, I don't know if we had other discussions

11  with other companies.  Like I said, there's dozens of

12  software vendors.  None of them are unique.

13          I don't know if Zach had any talks with them.

14  I'm not involved with that.

15     Q    Mr. Sykes, you would agree that Jewmon used

16  the phrase StocksToTrade to -- as a brand for the white

17  label product, correct?

18     A    I would agree we used it.  I'm just not sure

19  if it was first.

20     Q    Okay.  So -- and you would agree that

21  StocksToTrade.com, Inc. also refers to StocksToTrade

22  version 2 as StocksToTrade, correct?

23     A    Are you asking me if StocksToTrade is

24  StocksToTrade?  Yes, StocksToTrade is StocksToTrade.

25     Q    So in --

Timothy Sykes
May 20, 2021

1        A     I believe StocksToTrade is trademarked, but

2   I'm not 100 percent sure.

3        Q     It is.

4        A     Okay.

5        Q     Okay?  It was registered in 2016 by your

6   partner, Mr. Westphal.

7        A     Good.  Good to know.

8        Q     Now, Mr. Sykes, here's -- here's the -- an

9   ultimate question.

10             In the video you say that the StocksToTrade

11   product has been under development for more than a year.

12   You would agree you said that, right?

13        A     Yes, I said this in the video.

14             And I want you to understand, that video, the

15   script is written by Zach Westphal.  I recognize the

16   office.  That was at his office.  So I literally just

17   read scripts from my team.  That's what this was.

18             I'm not even aware of specific dates or

19   contracts.  That's what I want you to understand.

20        Q     So whatever someone puts in front of you, you

21   read, regardless of whether it's the truth?

22             MR. COLWELL:  Objection.

23             MR. JAFFE:  Objection.

24             THE WITNESS:  Not -- not anybody, but I do

25        trust my partners, yes.

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:

 2        Q    But are you saying that when you uttered in

 3   the video that the StocksToTrade software product that

 4   you were promoting in the video was under development at

 5   that time for more than a year, are you saying that that

 6   was a true statement or a false statement?

 7        A    I'm saying --

 8             MR. COLWELL:  Form.

 9             THE WITNESS:  -- that I don't know the

10        specific timing and this is what the script

11        provided to me was.

12   BY MR. FELDMAN:

13        Q    Okay.  So, Mr. Sykes, you realize that the

14   date that the program was developed, first went under

15   development, there are records of that, aren't there?

16        A    I have no idea.  I've never seen them.

17        Q    Well, certainly Scopic would have records of

18   the work that it did for you and your partner, right?

19        A    I guess.  I don't know.  I have not seen them.

20   You'd have to ask them.

21        Q    So understanding that the records are there

22   and they're being requested, and thus, whether your

23   statement -- strike that.

24             The date that you and Mr. Westphal or one of

25   your companies engaged Scopic is an ascertainable fact
```

Timothy Sykes
May 20, 2021

1  because there will be records of that, right?

2      A    If you say so.

3          MR. COLWELL:  Objection.

4  BY MR. FELDMAN:

5      Q    Well, didn't you sign -- are you aware of

6  whether there was a contract signed with Scopic?

7      A    I would imagine that there's a contract.  I

8  have not seen it.

9      Q    Right.  So if there's a contract, there will

10 be a date on the contract?

11         MR. JAFFE:  Objection.  Speculation.

12         THE WITNESS:  Okay.  But what does this have

13     to do with me?

14 BY MR. FELDMAN:

15     Q    It has everything to do with you.  Because

16 you're sitting here being presented with a video where

17 you told the world that this software was under

18 development for more than a year at that time, which was

19 February 6, 2016.  And now what you're saying is, is

20 that you don't know when you said it whether that was

21 the truth?

22     A    No.  I don't know exactly in this video from

23 several years ago whether I'm referring to the white

24 label and adding that to, you know, the length of

25 development.

Timothy Sykes
May 20, 2021

```
 1              I mean, this isn't an exact science.  I was
 2    not -- in the video I'm not even saying that there was a
 3    white label and there's something new.  I mean, it's --
 4    it's just a short video.
 5              (Simultaneous speakers.)
 6    BY MR. FELDMAN:
 7         Q    Mr. Sykes, you're dancing on the head of a
 8    pin, my friend.
 9              MR. JAFFE:  Jeff, you're interrupting him.
10         You're interrupting him.
11              (Simultaneous speakers.)
12              COURT REPORTER:  One at a time, please.  One
13         at a time, please.
14    BY MR. FELDMAN:
15         Q    Mr. Sykes, you made a statement on the video
16    that the StocksToTrade software product that you were
17    referring to, whatever it was, whatever it was that you
18    were referring to on that video had been under
19    development for more than a year at that time.  Did you
20    say that, yes or no?
21         A    I said it, but it's not an exact science.
22    This is a YouTube video that you're referring to, not a
23    deposition.  There's no exact dates.  And everything was
24    moving very fast.  And I'm basically reading a script.
25              So I want you to understand my standpoint
```

Timothy Sykes
May 20, 2021

 1  where I don't know -- I literally could not tell you the

 2  difference between March of 2015 or February 2016.  I

 3  mean, I don't recognize the difference at all.  This was

 4  many years ago.  And you're referring to a video that

 5  now I've seen, but I don't remember making.

 6      Q    Mr. Sykes, let's just call it a year.  Forget

 7  the words or more.  Let's just call it a year.

 8           One year prior to February 6, 2016, would have

 9  been what date?

10      A    February 2015.

11      Q    Right.  In February 2015 Jewmon was still in

12  term, still in agreement with EquityFeed, correct?

13      A    If you say so.

14      Q    Well, I mean, the agreement didn't end, the

15  relationship didn't end until April 2015.

16      A    But again, you're referring to a YouTube

17  video, not an exact science.  Maybe it was under

18  development for seven months and I just said a year.

19  Like, it's all an estimate.

20           You're taking something out of context and I

21  have to call you out on that.  I'm sorry.

22      Q    I'm taking something out of context?   You

23  say --

24      A    Correct.

25      Q    -- it was a year or more under development.

Timothy Sykes
May 20, 2021

```
 1   What am I taking out of context?  Tell me.

 2             MR. JAFFE:  Objection.  Argumentative.

 3             Ask a question.

 4   BY MR. FELDMAN:

 5       Q    How am I taking that out of context, Mr.

 6   Sykes?

 7             MR. JAFFE:  Jeff, ask the question.

 8             (Simultaneous speakers.)

 9             MR. FELDMAN:  Stop.  Stop.

10             COURT REPORTER:  One at a time, please.

11   BY MR. FELDMAN:

12       Q    Mr. Sykes, because I want the question clear,

13   when I question you about your statement, quote, a year

14   or more, what am I taking out of context?

15       A    It might have been nine months or more.  I

16   don't remember.  It might have been eight months or

17   more.  I don't know the exact dates.  I'm telling you

18   this.

19       Q    Okay.  Have you made your clarification now,

20   yes or no?

21       A    I believe so, but I don't want you to think

22   that, you know, YouTube videos made very quickly I'm

23   going to know exact dates.  I didn't know the exact date

24   then, I still don't know the exact date.

25       Q    Okay.  Mr. Sykes, a year prior to
```

Timothy Sykes
May 20, 2021

```
1    February 2016 would have been February 2015.  The
2    agreement with EquityFeed didn't terminate until April
3    2015.
4            So if -- if you and Mr. Westphal were -- had
5    already begun developing StocksToTrade version 2 while
6    the agreement was still in term, were you in breach of
7    the agreement with EquityFeed?
8            MR. COLWELL:  Objection.
9            MR. JAFFE:  Objection.
10           MR. COLWELL:  Foundation.
11           THE WITNESS:  I don't know because I had
12        nothing to do with the agreement, and I don't know
13        the dates.  So I don't know what you -- what you
14        want me to say.
15   BY MR. FELDMAN:
16       Q    You read the agreement, didn't you?
17           MR. JAFFE:  Objection.  No foundation.
18           THE WITNESS:  I have not seen the agreement,
19        no.
20   BY MR. FELDMAN:
21       Q    Yeah, we're going to look at it, trust me.
22   We're going to look at it today.
23       A    Okay.  Show me.  I'm curious.
24       Q    All right.  Mr. Sykes, so I'm asking you now a
25   very simple question.
```

Timothy Sykes
May 20, 2021

```
 1              Isn't it -- when you referred to my
 2   programmers in the video, you were referring to Scopic;
 3   isn't that right?
 4        A    I don't recognize the difference between
 5   programmers.  And I was reading a script that Zach gave
 6   me, so I don't know what company you're referring to.  I
 7   was referring to the team.
 8        Q    All right.  And, Mr. Sykes, you would agree
 9   that in February of 2015 StocksToTrade version 2 had
10   already been under development, correct?
11              MR. JAFFE:  Objection.
12              THE WITNESS:  I don't know.  That wasn't my
13        part of my business.
14   BY MR. FELDMAN:
15        Q    So you have no -- you can't state, having
16   watched the video and looked at the date of the video,
17   you can't state today to the jury in this case or the
18   Court that StocksToTrade version 2 had already been
19   under development in February of 2015, correct?
20              MR. JAFFE:  Objection.  Asked and answered.
21              MR. COLWELL:  Objection.
22              THE WITNESS:  Correct.  I don't know.
23   BY MR. FELDMAN:
24        Q    And if, in fact, StocksToTrade version 2 had
25   already been under development in February of 2015, the
```

Timothy Sykes
May 20, 2021

```
 1   company that would have had it under development would
 2   have been Jewmon, correct?
 3        A    I don't know.
 4        Q    Why don't you know that?
 5             MR. COLWELL:  Objection.
 6             MR. JAFFE:  Objection.
 7   BY MR. FELDMAN:
 8        Q    Tell me.
 9        A    Because I'm not -- I don't handle the business
10   side of this.  This is Zach and my father.  They are
11   involved in that.  I trust them to do it.
12        Q    There's a reference in the video to 150 people
13   beta testing the product.
14             Do you remember that?
15        A    Yes.
16        Q    Would you ever beta test a product that was
17   already being sold?
18        A    I don't know.  I wasn't one of those 150.
19        Q    What is beta testing?
20        A    From my understanding -- and again, I'm not a
21   programmer, so forgive my ignorance when it comes to
22   this.  But from what I understand, and my understanding
23   comes from there were several hundred people beta
24   testing StocksToTrade mobile for several months, they
25   use the platform and they test it out to see if there's
```

Timothy Sykes
May 20, 2021

1    any bugs.

2         Q    Okay.  So who arranged the beta testing?

3         A    I have no idea.

4         Q    Well, how did you know that there were 150

5    people doing the beta testing?

6         A    I didn't.  This is the script that Zach gave

7    me for that video.

8         Q    So you're sitting here today testifying that

9    you uttered the script, uttered the words on the script

10   without knowing whether the information in the script

11   was truthful.

12              MR. COLWELL:  Objection.

13   BY MR. FELDMAN:

14        Q    Is that your testimony?

15        A    Because I -- because I trust my business

16   partners, yes.  If Zach tells me 150 people are beta

17   testing it, I believe him.

18        Q    And as you sit here today, you have no idea

19   who those 150 people are, who arranged to have these

20   people do this beta testing, correct?

21        A    Correct.

22              MR. FELDMAN:  Now, Elad, would you put up the

23        second video.  I forgot the reference.  It's the --

24        put up the second video, if you don't mind.

25              MR. BOTWIN:  I'm sorry.  I have more than two

Timothy Sykes
May 20, 2021

```
 1      videos.

 2             MR. FELDMAN:  It's the -- the second Sykes

 3      video.

 4             MR. BOTWIN:  Do you have a title for it?

 5             MR. FELDMAN:  Hold on one second.  I'll get

 6      it.  Just bear with me.

 7             It's the -- it's the one where Mr. Sykes says

 8      he uses the platform every, single day.

 9             MR. BOTWIN:  Okay.

10             MR. FELDMAN:  And let's mark this exhibit,

11      please, and identify it.

12             MR. BOTWIN:  This will be Exhibit 70.  And I

13      will have it momentarily.

14             (Exhibit No. 70 was marked for

15      identification.)

16             MR. BOTWIN:  The YouTube link is in chat.

17             This is Exhibit 70, YouTube video entitled,

18      The Software I Use Every Day to Find the Best

19      Stocks to Trade, uploaded April 21, 2019, by

20      Timothy Sykes YouTube channel.

21             MR. FELDMAN:  If we can stop for a moment.

22  BY MR. FELDMAN:

23      Q    Mr. Sykes, do you recognize the image of the

24  video that's on the screen now?

25      A    Yes.
```

Timothy Sykes
May 20, 2021

1      Q     Okay.  Did you make -- is that -- is that your

2    image?

3      A     Yes.

4            MR. FELDMAN:  Okay.  Can we -- can we play

5        this video, please.

6            MR. BOTWIN:  I can play the relevant section.

7            MR. FELDMAN:  Go ahead, please.

8            MR. BOTWIN:  Okay.  The relevant section, I'm

9        going to type this in chat so it's there.  Give me

10       a moment, please.

11           MR. JAFFE:  I'll just remind you that if you

12       want to see some other sections, you can feel free

13       to see the whole video.

14           THE WITNESS:  Yeah, I think -- is it possible

15       to see the whole video, just because I want the

16       proper context, because there's a habit of taking

17       things out of context lately.

18           MR. BOTWIN:  Up to you Jeff.

19           MR. FELDMAN:  Yeah.  Go ahead and play it.

20           MR. BOTWIN:  Okay.

21           MR. FELDMAN:  Play the whole thing.

22           MR. BOTWIN:  Okay.  Playing the relevant

23       section here.

24           MR. FELDMAN:  No, no.  Play the whole video,

25       please.

Timothy Sykes
May 20, 2021

1        MR. BOTWIN:  Okay.

2        THE WITNESS:  Thank you.

3        (The following video was played:)

4        THE WITNESS:  So in this video we're going to

5   talk about the tool that I use every, single day

6   that allows me to actually go out and live and

7   still be prepared for the best stocks.

8        What's up?  Tim Sykes, millionaire, mentor and

9   trader here, enjoying this beautiful day in Miami

10  Beach in my Rolls Royce, going out for a drive.

11       I'm not home very often, so when I'm home I

12  like to check out, you know, the neighborhood.

13  It's kind of crazy seeing some of these houses that

14  have been, you know, just recently put up.  I

15  haven't been back in a while.

16       Leave a comment underneath this video.  Let me

17  know if you're interested in new houses and buying,

18  you know, houses.  Like, I'm just fascinated by it.

19       I'm not, like, into real estate that much, but

20  let me know if you get inspired by, like, you know,

21  wanting a house or wanting to build your own house

22  or, you know, buy a place for somebody else.

23       You know, I just recently bought a place for

24  my parents down here in Miami Beach, moved them

25  down from Connecticut, so I'm very proud of that.

Timothy Sykes
May 20, 2021

```
 1        Does that inspire you?  Do houses inspire you,
 2   I guess is the best question.  Because I'm just
 3   inspired by it.  And I'm looking for ways to
 4   inspire you to study harder.
 5        And I'm also excited to just, frankly, show
 6   off the opportunity that you have.
 7        I don't know if you realize this, but I'm
 8   traveling the world trading stocks from everywhere
 9   I go.
10        Even while I'm driving here in Miami Beach, I
11   have my StocksToTrade software running at home
12   scanning for the best stocks.  And I really think
13   that you should be using this tool every, single
14   day.
15        Click a link just below.  I'm going to give
16   you an exclusive offer on StocksToTrade if you
17   click just below this video, because I want you to
18   live more.  I want you to get out more.  You know,
19   whether you're driving, you know, in your hometown
20   or whether you're traveling the world, you know.
21        Last week I was in Australia and Guatemala.
22   Next week I'm going to Seashells and Palau with
23   Save the Reef.  This is my newest charity to try to
24   save the coral reefs.  Click the link just below if
25   you want to learn about that, too.
```

Timothy Sykes
May 20, 2021

1          But I like sharing this stuff with you.  I

2      like, you know, just showing you the world, no

3      matter where I am in the world.  And understand

4      that you can do this, too.  You do not have to sit

5      in your same hometown or city or have like an

6      office or a cubicle.  The world can be your office,

7      thanks to new technology, if you use it properly.

8      Okay?

9          I can't tell you how many messages I get from

10     people where they're, like, how do you find the hot

11     stocks every, single day?  Like, my broker doesn't

12     even have the stock that you're talking about.

13         Well, there's a lot of bad brokers out there.

14     Robin Hood is one of them.  Okay?  You save a

15     little money on commissions and then they basically

16     screw you with bad executions and lack of services.

17     So you save 5 or $10 and you miss out on 3 or $500,

18     you don't even realize it.  Don't even get me

19     started.

20         But, also, a lot of people just don't have the

21     right scanner, you know.

22         Without StocksToTrade I don't know what I

23     would do.  I would probably miss a lot of stocks,

24     too.  I would probably miss a lot of opportunities.

25         And a lot of people are, like, ah, Tim, I'm

Timothy Sykes
May 20, 2021

1   just going to, you know, just find these stocks.

2   They're just going to come to me, I'm just going to

3   find them in a chat room.

4       But the sad thing is that the scanners, which,

5   by the way, StocksToTrade has 40-plus built in,

6   those are the scans that I use to create my several

7   million dollars in trading profits.  Those are the

8   scans that pretty much all of my top students use.

9   These 40-plus scans that are built in will save you

10  time.  These 40-plus scans, like, basically swipe

11  the market.  They do, like, a whole overview and

12  you can hone in on the absolute best stocks.

13      So I don't even want to imagine, you know, how

14  many opportunities I would miss if I wasn't using

15  StocksToTrade.

16      And I know some of you guys already are, but I

17  think that every, single person should.

18      So I need to make videos like this and this is

19  why I'm so proud to give you this exclusive offer.

20      So click the link just below, use

21  StocksToTrade, recognize that some days there's not

22  going to be truly great plays.

23      Like, right now I made a few hundred dollars

24  in the morning, now I'm going out for a drive.

25      There's not a perfect play every, single

Timothy Sykes
May 20, 2021

1    second, and you do not need to sit by your computer

2    every, single second.

3         That said, you should have StocksToTrade

4    running and scanning for potential plays.  Okay?

5    Because a potential play can come at any time.

6         So you might not have to sit there and be

7    there and, like, you know, slave your life away for

8    these plays that might not happen that day, but you

9    should still scan for it.

10        Like, every, single day, no matter where I am,

11   I'm prepared for a potential trade.  And I know

12   it's like a little, you know, nuance, or it's like

13   a little subtle where you're like, but, wait,

14   there's not a great play every day, but you have to

15   be prepared?  Correct.  Okay?

16        Prepare, prepare, prepare.  Have the tools,

17   have the mindset, be ready for some potential play,

18   but don't force trades.  Sometimes the best trade

19   is no trade.

20        So StocksToTrade is not all about, like,

21   having to trade every, single second.  It's being

22   prepared every, single second.  It's kind of like

23   insurance.

24        You know, when I have StocksToTrade running at

25   home, I know that I'm not going to miss a great

Timothy Sykes
May 20, 2021

1       play, you know?  The 40-plus scans are going to

2       pick up pretty much every, single hot play that

3       might interest me, even though right now I'm not

4       currently, you know, trading.  Right now I'm

5       enjoying Miami Beach and its beauty.

6           So anyways, leave a comment just below.  Let

7       me know what you think about this video, about

8       StocksToTrade, and just enjoy your life and be

9       prepared.  Cheers.

10          Hey, Tim Sykes, millionaire, mentor and

11      trader.  Thank you for watching my videos.  I hope

12      that they help you. I want to share everything that

13      I've learned over the years.

14          You can check out more videos right over

15      there.  And also click subscribe so that you can

16      watch all of these videos, get that knowledge and

17      become my next millionaire student.

18          (Video ended.)

19          MR. FELDMAN:  Let's turn it off.

20  BY MR. FELDMAN:

21      Q    Mr. Sykes, you watched the full video,

22  correct?

23      A    Yes.  Thank you for that.

24      Q    Okay.  You were -- do you agree that all --

25  all the content in that video was uttered by you?

Timothy Sykes
May 20, 2021

```
1        A     Yes.

2        Q     And was all the content truthful?

3        A     Yes.

4        Q     And the product that you were promoting in

5    that video was StocksToTrade 2.0, correct?

6        A     Yes.

7        Q     Okay.

8              MR. FELDMAN:  Elad, would you put up the .mp4.

9              MR. BOTWIN:  Yes.  One moment.

10             I am uploading the video to the chat right

11       now.

12             MR. FELDMAN:  And if you would give it an

13       exhibit number and also its source, please, I would

14       appreciate it.

15             MR. BOTWIN:  This is Exhibit 71.  According to

16       the -- on the video it appears that it was captured

17       from a web page belonging to StocksToTrade.com.

18             (Exhibit No. 71 was marked for

19       identification.)

20             MR. FELDMAN:  Go ahead, please.

21             MR. BOTWIN:  Okay.

22             (The following video was played:)

23             THE WITNESS:  What's up?  Tim Sykes,

24       millionaire, mentor and trader.

25             I'm loving this market in 2020.  I know it's a
```

Timothy Sykes
May 20, 2021

1   crazy world out there, but the stock market has

2   been on fire.  You know, we had the big crash, now

3   we've had the big bounce and just a lot of

4   volatility.

5        And what's happening lately is that these

6   plays have been spiking faster than in previous

7   years.  And a lot of it is due to Breaking News.

8        And I'm, frankly, having record, you know,

9   profits.  I've already made more in the first few

10  weeks of 2020 than I did in all of 2019.  And it's

11  because of the volatility, it's because of all

12  these setups, and it's also because of new tools

13  and new technology.

14       And on StocksToTrade there is one new tool

15  that I'm using every, single day.  It is a Breaking

16  News tool.  And that way I'm able to spot the news

17  faster than anybody else.

18       A lot of people have asked me, like, how do

19  you spot this?  This is this one tool.  It is

20  essential.

21       And I wanted to give you a chance just to

22  check it out before prices go up, because actually,

23  I don't know if you know this, but, like, we don't

24  make any money on StocksToTrade.  Like, it's all

25  data.  There's dozens of websites pouring their

Timothy Sykes
May 20, 2021

 1    data and news into, you know, the architecture, the

 2    technology.

 3          And what Breaking News does, this tool, is, it

 4    filters out all the non-important news.  So it only

 5    focuses on the best stock moving, market moving

 6    news.  And it is literally a lifesaver.

 7          And that's why the price is going up, because

 8    we've actually been losing money on it, so we're

 9    going to actually go back to just breaking even,

10    because so many people are loving it and now, like,

11    people are seeing the value and it's, like, okay,

12    we don't need to lose money, let's at least just

13    break even on this tool.

14          And I just want to be honest with you, because

15    I don't make any money from selling you this tool.

16    I just want you to actually utilize it because it

17    will help your trading a lot, I think.

18          So click the button below, check out this

19    Breaking News tool.  It is literally the single

20    best tool that I use right now in 2020.

21          You know, maybe in a slower stock market it

22    won't matter as much, but right now the market is

23    moving fast, these stocks are moving fast, you

24    might as well take advantage.

25          The price is very low right now, but like I

Timothy Sykes
May 20, 2021

1          said, the price is going up.  So this is your

2          chance to grab it.  Click the link below.  Enjoy.

3          Study up.

4                  (Video ended.)

5    BY MR. FELDMAN:

6          Q    Mr. Sykes, you would agree that you were given

7    the opportunity to see the entirety of the video in

8    Exhibit --

9                  MR. FELDMAN:  What exhibit, Elad?

10                 MR. BOTWIN:  Exhibit 71.

11                 MR. JAFFE:  I'm sorry.  Jeff, just one second.

12                 Elad, do you know what web -- do you have any

13         identifying information so we at least know where

14         this thing came from?

15                 MR. BOTWIN:  It says, StocksToTrade/Breaking

16         News chat.

17                 MR. JAFFE:  And is there any date?  I just

18         couldn't -- it was too small.  I couldn't see what

19         was at the top of the screen.

20                 Is there any date on this or could you at

21         least tell us the date you captured it?

22                 MR. BOTWIN:  Not that I can see.  I do not

23         know because it's a video I did not produce or

24         create myself.

25                 THE WITNESS:  I can tell you when that one was

Timothy Sykes
May 20, 2021

```
1          filmed, if that's useful, because I know.

2               MR. JAFFE:  I'm just trying to -- I'm just

3          trying to put it in context so we all know what

4          this thing is.  That's all.

5     BY MR. FELDMAN:

6          Q    First, did you -- did you film the video in

7     Exhibit 71?

8          A    The first video or the second video?

9               MR. JAFFE:  The one we just watched.

10    BY MR. FELDMAN:

11         Q    The one we just looked at where --

12         A    Yes, this is me.

13         Q    And all the statements in that video were made

14    by you contemporaneous with the -- with the making of

15    that film, correct?

16         A    Sorry.  I don't know -- "contemporaneous,"

17    what does that mean?

18         Q    You made those statements as that video was

19    being filmed, correct?

20         A    Yes.

21         Q    Okay.  There was no script, correct?

22         A    It was basically I was told that we needed to

23    promote the StocksToTrade Breaking News tool, so that

24    was -- that was my video.

25         Q    And so --
```

Timothy Sykes
May 20, 2021

1      A    I believe there were bullets.  I don't think

2    there was an actual script on that one.

3      Q    So you did that extemporaneously with the help

4    of some bullet points, correct?

5      A    Yes, I believe so.

6      Q    Now, everything in that video the truth?

7      A    Yes, I believe so.

8      Q    So you said in the video that you were selling

9    the tools.  You said that, right?

10     A    I mean, Stocks -- again, this is you versus

11   StocksToTrade.  StocksToTrade is selling the tools.

12   It's the team that's selling the tools.

13          But yes, I do use Breaking News.  I'm a very

14   proud customer every, single day.

15     Q    No.  But you told -- in the video you said

16   that you were selling the tool, Tim Sykes, correct?

17          MR. COLWELL:  Objection.

18          MR. JAFFE:  Objection.

19          THE WITNESS:  I don't believe -- I don't

20      believe I said Tim Sykes is selling it.  I said,

21      you know, we, as a team, which is how I view my

22      business.

23   BY MR. FELDMAN:

24     Q    Okay.  And then you also said that no money is

25   made from the sale of StocksToTrade version -- strike

Timothy Sykes
May 20, 2021

 1   that.

 2          You said that you make no money selling

 3   StocksToTrade.  Do you remember that?

 4          MR. JAFFE:  Objection.

 5          MR. COLWELL:  Objection.

 6          THE WITNESS:  Yeah.  I believe we were -- we

 7      were down seven figures with the development.  I

 8      don't know the exact numbers, but I know that there

 9      was a big loss.

10          And when this video was coming out, it had

11      just started to, you know, the loss had started to

12      decrease.

13   BY MR. FELDMAN:

14      Q    This video was made in 2020, right?

15      A    Correct.  We had accumulated a large loss,

16   from what I understand.

17      Q    Right.  And so in 2020 StocksToTrade version 2

18   had been on the market since February of 2016, correct?

19      A    Okay.

20      Q    All right?  And you know that the statement

21   that you -- you don't make any money or have not made

22   any money was not a truthful statement, right?

23          MR. JAFFE:  Objection.

24          THE WITNESS:  I believe it was, because I know

25      we had accumulated a large deficit and I know we

Timothy Sykes
May 20, 2021

1              were eating away at that deficit.

2                   I don't know the exact numbers, but from what

3              I understand, like I said, we were down seven

4              figures and it was finally getting -- the losses

5              were getting smaller.

6    BY MR. FELDMAN:

7         Q    When you say "losses," are you talking about

8    operating losses or you're talking about capitalization

9    expenses?

10        A    You're -- I'm sorry.  I don't know that, the

11   business.  I know that millions of dollars were poured

12   into the programming and we were down quite a bit.

13                        * * * * *

14                  (Page 208, line 13 to page 222, line 8 of the

15              transcript has been declared confidential and is

16              produced under separate cover.)

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Timothy Sykes
May 20, 2021

```
 1    #

 2    #

 3    #

 4    #

 5    #

 6    #

 7    #

 8    #

 9    #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #
```

Timothy Sykes
May 20, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Timothy Sykes
May 20, 2021

```
1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #
```

Timothy Sykes
May 20, 2021

```
 1        #

 2        #

 3        #

 4        #

 5        #

 6        #

 7        #

 8        #

 9        #

10        #

11        #

12        #

13        #

14        #

15        #

16        #

17        #

18        #

19        #

20        #

21        #

22        #

23        #

24        #

25        #
```

Timothy Sykes
May 20, 2021

1       #

2       #

3       #

4       #

5       #

6       #

7       #

8       #

9       #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #

Timothy Sykes
May 20, 2021

```
 1        #

 2        #

 3        #

 4        #

 5        #

 6        #

 7        #

 8        #

 9        #

10        #

11        #

12        #

13        #

14        #

15        #

16        #

17        #

18        #

19        #

20        #

21        #

22        #

23        #

24        #

25        #
```

Timothy Sykes
May 20, 2021

1        #

2        #

3        #

4        #

5        #

6        #

7        #

8        #

9        #

10       #

11       #

12       #

13       #

14       #

15       #

16       #

17       #

18       #

19       #

20       #

21       #

22       #

23       #

24       #

25       #

Timothy Sykes
May 20, 2021

```
 1        #

 2        #

 3        #

 4        #

 5        #

 6        #

 7        #

 8        #

 9        #

10        #

11        #

12        #

13        #

14        #

15        #

16        #

17        #

18        #

19        #

20        #

21        #

22        #

23        #

24        #

25        #
```

Timothy Sykes
May 20, 2021

```
 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #
```

Timothy Sykes
May 20, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Timothy Sykes
May 20, 2021

```
 1        #

 2        #

 3        #

 4        #

 5        #

 6        #

 7        #

 8        #

 9        #

10        #

11        #

12        #

13        #

14        #

15        #

16        #

17        #

18        #

19        #

20        #

21        #

22        #

23        #

24        #

25        #
```

Timothy Sykes
May 20, 2021

```
 1    #

 2    #

 3    #

 4    #

 5    #

 6    #

 7    #

 8    #

 9    #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #
```

Timothy Sykes
May 20, 2021

```
 1     #

 2     #

 3     #

 4     #

 5     #

 6     #

 7     #

 8     #

 9     #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #
```

Timothy Sykes
May 20, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9                        * * * * *

10        MR. FELDMAN:  Yeah.

11        MR. JAFFE:  Back in 5 minutes.

12        VIDEOGRAPHER:  We are now going off the video

13    record.  The time is 6:08 p.m. UTC, 2:08 p.m. EDT.

14        (Recess.)

15        VIDEOGRAPHER:  We are now back on the video

16    record.  The time is 6:17 p.m. UTC, 2:17 p.m. EDT.

17        MR. FELDMAN:  Okay.  Elad, Susan Latham sent

18    you a document during the break.

19        MR. BOTWIN:  Yes.

20        MR. FELDMAN:  Ready to Enter the Trading

21    Challenge.  Would you mind putting that up, please?

22        MR. BOTWIN:  Yes, one moment, please.

23        MR. FELDMAN:  This will be, I guess, Exhibit

24    72.

25        (Exhibit No. 72 was marked for

Timothy Sykes
May 20, 2021

```
 1        identification.)
 2             MR. BOTWIN:  Can you remind what is the title
 3        of the article?
 4             MR. FELDMAN:  The title of the article is,
 5        Ready to Enter the Trading Challenge, Paper
 6        Tradings, Pros, Cons and Top Simulators for 2020.
 7             MR. BOTWIN:  That's what I'm looking for.
 8        Thank you.
 9             MR. FELDMAN:  And, Carlos, while Elad is doing
10        that, could you tell me how much time I have left
11        in this depo?
12             VIDEOGRAPHER:  Sure.  Stand by for a few
13        seconds.
14             MS. LATHAM:  Elad, it's the second one I sent
15        you.
16             MR. BOTWIN:  Yes.  It is here.  This is
17        Exhibit 72.  Article from timothysykes.com
18        entitled, Paper Trading Pros, Cons and Top
19        Simulators for 2020.
20             MR. FELDMAN:  All right.  And this will be
21        Exhibit 72?
22             MR. BOTWIN:  Yes.
23   BY MR. FELDMAN:
24        Q    All right.  Do you recognize the document on
25   the screen that's been marked as Exhibit 72, Mr. Sykes?
```

Timothy Sykes
May 20, 2021

```
 1        A     Yes.

 2        Q     What is this document?

 3        A     I believe this is a blog post from my website,

 4   timothysykes.com.

 5        Q     Okay.  And we're going to show you page 9 of

 6   this post.

 7              And if you would look -- if you would look at

 8   page 9, please.

 9              Do you recognize that page?

10        A     Yes, sure.

11        Q     Did you make the statements on this page?

12        A     Well, I didn't write this blog post.  This was

13   our team of writers, first of all.  But I agree with the

14   statements on the screen.

15        Q     Okay.  But it was -- it was posted on your --

16   on your website, timothysykes.com, correct?

17        A     Correct.  We have a team of writers that --

18   that write for us.

19        Q     Right.  And the way this was written, it was

20   written as if it was a statement that you made, correct?

21        A     Yeah.  And like I said, I agree with the

22   statement.

23        Q     Okay.  So you -- you ratified the statement as

24   yours, even though you did not write it originally,

25   correct?
```

Timothy Sykes
May 20, 2021

```
 1            MR. JAFFE:  Can we just be clear about which

 2       statement we're talking about, Jeff?

 3            MR. FELDMAN:  The statements on page 9 from

 4       Exhibit 72.

 5            MR. JAFFE:  The highlighted ones?

 6            MR. FELDMAN:  No, everything that's on the

 7       page.

 8  BY MR. FELDMAN:

 9       Q    Everything that's on this page, page 9 of 30,

10  are statements that you adopted as your own, correct?

11       A    I was just talking about the highlighted

12  statements.

13            Give me a second.

14            But, yeah, I mean, again, this goes back to my

15  secret recipe of my 40 scans.  I think my 40 scans are,

16  you know, the key tools needed to be a successful

17  trader.  StocksToTrade hosts the 40 scans, so I endorse

18  StocksToTrade.

19       Q    Okay.  So on page 9 of Exhibit 72 --

20            MR. FELDMAN:  And for the record, the exhibit

21       is only the first page to identify the document

22       where this -- where page 9 came from.  So the

23       exhibit is a cover page and then page 9.  And the

24       questions I'm asking come off page 9.

25  BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

1      Q    On page 9 there are two highlighted sentences.

2           Do you see that?

3      A    Yes.

4      Q    And the first highlighted sentence says, "Full

5  disclosure, I probably -- I proudly helped develop the

6  StocksToTrade platform."

7           Do you see that?

8      A    Yes.

9      Q    And you agree with that statement?

10     A    Yes.  I added my 40 scans and that is how I

11  helped the StocksToTrade platform, along with the

12  roughly 200 instructions that I've given to programmers

13  over the years.

14     Q    Okay.  And then you said in the next

15  highlight, "We went through a lot of testing to design

16  this program."

17           Correct, you said that?

18     A    Correct.  As I've been saying, the program has

19  evolved greatly since the failed test with, you know,

20  EquityFeed.

21     Q    So what kind of testing did you -- did you do

22  to design StocksToTrade version 2?

23           MR. JAFFE:  Objection.

24           THE WITNESS:  I don't know, again, if it was

25      just StocksToTrade version 2.  Like I've been

Timothy Sykes
May 20, 2021

1   saying, there have been multiple updates.  And, you

2   know, from the programmers doing design tests to

3   individuals doing beta tests, you know, this is

4   how -- how software is optimized over time.

5        And again, full disclosure, when I say we, I

6   mean it as a team.  Me, personally, I am not a beta

7   tester, I am not a programmer.  So I want to be

8   very clear about this.

9        VIDEOGRAPHER:  Mr. Feldman, this is your

10  videographer.  You currently have 2 hours and 36

11  minutes left.

12       MR. FELDMAN:  Thank you.

13       Okay.  And just give me one more moment,

14  please.

15       Elad, would you put up and mark this as

16  Exhibit 73.  It's the document, Ready to Enter --

17  it's a -- What's My Favorite Stock Screener?  Ready

18  to enter the Trading Challenge?  Strike that.

19       It's What's My Favorite Stock Screener, by

20  Timothy Sykes, dated -- last dated -- last updated

21  on February 17, 2021.

22       MR. BOTWIN:  Okay.  One moment, please.

23       MR. FELDMAN:  I need one moment, please.

24       MR. BOTWIN:  Okay.

25       MR. FELDMAN:  Elad, if you would put up the --

Timothy Sykes
May 20, 2021

```
 1        that document, please.

 2              MR. BOTWIN:  Okay.

 3              This is Exhibit 73.  Article entitled, What's

 4        My Favorite Stock Scanner, dated February -- excuse

 5        me -- dated February 17, 2021, from

 6        timothysykes.com.

 7              (Exhibit No. 73 was marked for

 8        identification.)

 9   BY MR. FELDMAN:

10        Q    Okay.  And, Mr. Sykes, do you recognize

11   Exhibit 73 as an article that --

12        A    Yes.

13        Q    -- you wrote?

14        A    Yes, this is an article on my website.  I did

15   not write it.  Again, this is written by my writing

16   team.

17        Q    Right.  But you adopted it as your own,

18   correct?

19        A    I mean, it's on timothysykes.com, so I approve

20   of the message, yes.

21              MR. FELDMAN:  Okay.  And if you can scroll

22        through the document one page at a time, slowly,

23        please, Elad, so that Mr. Sykes can be certain that

24        we have given him the complete document.

25              THE WITNESS:  Okay.  You can scroll down a
```

Timothy Sykes
May 20, 2021

1        little bit more.

2             MR. COLWELL:  This is a 19-page document.

3             MR. FELDMAN:  Exactly.  So I'm showing the

4        witness, each page is marked -- it's a 20-page

5        document and each page has its own page number.

6             So I just want to be certain that the witness

7        knows that the document -- that all 20 pages are

8        here.

9             THE WITNESS:  Got you.

10            Okay.  You can keep going.

11            MR. COLWELL:  Just for the record, it's 19.

12            THE WITNESS:  Okay.  You can scroll down.

13            MR. FELDMAN:  Keep scrolling, please, Elad.

14            THE WITNESS:  Yeah.  You can keep going.

15            MR. FELDMAN:  One page at a time.  Just keep

16        scrolling.

17            THE WITNESS:  Okay.  Read it all.  Cool.  I

18        approve.

19   BY MR. FELDMAN:

20        Q    You approve of -- you agree that the document

21   that I've given you as Exhibit 73 is complete, correct?

22        A    I approve.  I agree.

23        Q    Okay.  And you agree with all the statements

24   made in the document, correct?

25        A    Yes.

Timothy Sykes
May 20, 2021

```
 1            MR. FELDMAN:  Okay.

 2            Elad, would you stop right there, please.

 3   BY MR. FELDMAN:

 4       Q    Now, in this document you're talking about the

 5   benefits of using a stock screener, right?

 6       A    Yes.

 7       Q    And -- and you say here on page -- I believe

 8   it's page 2, that "A stock screener is the ultimate

 9   trader's filtering device.  It's a tool that lets you

10   screen stocks based on specific criteria that you set,"

11   correct?

12       A    Yes.

13       Q    You agree with that statement?

14       A    Yes.

15       Q    Then you go on to say, "By applying various

16   filters on a stock screening program, you can narrow

17   down your trading to the stocks that fit your criteria

18   and the setups that work best for you."

19            You said that, correct?

20       A    Yes.

21       Q    And you agree with that statement?

22       A    Well, again, I didn't say this, but I agree

23   with the statement, yes.

24       Q    And you adopted it as your own statement,

25   correct?
```

Timothy Sykes
May 20, 2021

```
 1        A     Sure.

 2              MR. COLWELL:   Objection.

 3   BY MR. FELDMAN:

 4        Q     And then further down on the page you state,

 5   quote, "To start, you set up your criteria for the

 6   screen.  For example, you could set up a filter to find

 7   the top percent gainers for stocks priced under $5 per

 8   share with a volume of at least 1 million shares being

 9   traded," correct?

10        A     Yes.  This is one of my 40 scans.

11        Q     Okay.

12        A     So we're introducing the readers to why my 40

13   scans are so special.

14        Q     Well, you're not talking about 40 scans here.

15   You're talking about how screeners work, correct?

16        A     Correct.  It's the introduction to the

17   background of how a scan works, so that then you can

18   see, oh, you can do all this work on your own or you can

19   have me do it for you.

20              This is -- this entire page that you're seeing

21   is basically an up sell to value my 40-plus scans

22   because, frankly, I don't think it's worth anybody's

23   time to create it on their own.  So we kind of try to

24   show that scanning is useful, but we can make it easier,

25   that's why StocksToTrade is so useful.
```

Timothy Sykes
May 20, 2021

```
 1              So I just want to -- you know, I want you to
 2    have the right perspective, like, why do we write blog
 3    posts.  Yes, we're introducing what a scanner is.  But
 4    then also why I believe the product that we sell,
 5    StocksToTrade is better than if you tried to do it on
 6    your own.
 7              No different than how I teach, where I think
 8    you can learn everything I've learned in 20-plus years,
 9    or you can utilize my lessons to speed up your learning
10    curve.  Very similar, you know, mindsets there.
11              MR. FELDMAN:  Elad, if we can go to -- I need
12        just one moment, please.
13              Could we do a scroll back up, please.
14              Keep going.
15              And then scroll down slowly, please.
16              Little faster, please.
17    BY MR. FELDMAN:
18        Q    Now, on page 3 of the exhibit we see an image.
19             What is that image?
20        A    This, I believe, is a scan from StocksToTrade.
21        Q    Okay.  And is this an image of StocksToTrade's
22    main scanning feature called Screener Plus?
23              MR. COLWELL:  Objection.
24              THE WITNESS:  Apparently.  Like I said, I
25        don't use it because I have my scans that are
```

Timothy Sykes
May 20, 2021

```
 1        already built in.  I don't think I've used Screener

 2        Plus.

 3   BY MR. FELDMAN:

 4        Q    And would you agree that you have stated

 5   publicly that in your opinion StocksToTrade is the best

 6   stock scanner out in the market?

 7        A    100 percent, because of my 40 scans.

 8             Any platform where my 40 scans live on, I

 9   believe that is the best.  I will live and die on that

10   mountain of my 40 scans.

11             StocksToTrade hosts my 40 scans, so forgive

12   me, that is the best because of my scans.

13             If the 40 scans were not on it, I would say

14   this is not the best.

15             All I'm interested in is what platform can

16   host my 40 scans.  EquityFeed tried.  They failed.

17   StocksToTrade 2.0 did.  They succeeded.

18        Q    Right.  But what you're -- what you featured

19   in your article that's Exhibit 73, the article that

20   we're looking at.

21             MR. FELDMAN:  Elad, did I get the exhibit

22        number correct?  It's 73?

23             MR. BOTWIN:  Yes.

24   BY MR. FELDMAN:

25        Q    Okay.  But what you featured in Exhibit 73 in
```

Timothy Sykes
May 20, 2021

1   your article is Screener Plus, correct?

2        A    And again, as I explained, this article exists

3   as an up sell to my 40 scans.  Because we show what it

4   looks like if you build your own, where, frankly,

5   there's a lot of work to be done, it kind of gets people

6   to say, whoa, this is too much.  And then we get them

7   into my 40-plus scans, which I think are better for

8   them.  So it's very important to have the right context.

9             And that's why I want to understand -- I want

10  you to understand the entire, full story.

11            We don't just write a blog post for

12  educational purposes.  There's educational purposes,

13  okay, this is how a scan works.  But then, also, the 40

14  scans that I have that is my secret sauce, that is the

15  ultimate key to StocksToTrade.  Nothing else matters.

16  And now, actually, StocksToTrade Breaking News, so this

17  was --

18       Q    Mr. Sykes?

19       A    Yes.

20       Q    The feature from StocksToTrade that you

21  featured in this article was the Screener Plus feature,

22  true or false?  It's there.

23            MR. JAFFE:  Objection.

24            MR. COLWELL:  Objection.

25            THE WITNESS:  It's true, because this is the

Timothy Sykes
May 20, 2021

```
 1        background where we want to show how difficult it

 2        is to build your own scan.

 3   BY MR. FELDMAN:

 4        Q    Now, do me a favor.  Go through Exhibit 73 and

 5   show me where in Exhibit 73 you featured your 40 scans.

 6        A    Can I get the blog post?

 7        Q    Sure.

 8             THE WITNESS:  Scroll down.

 9             Keep going.

10             Scroll down.

11             Oh, wait one sec.  Narrow down choices.  Save

12        time.

13             MR. FELDMAN:  Let's stop right there for a

14        second.

15             We're looking at -- what page is that, Elad,

16        please?

17             MR. BOTWIN:  5.

18   BY MR. FELDMAN:

19        Q    We're looking at page 5 --

20        A    Okay.  Keep going.

21        Q    -- of Exhibit 73.  Hold on.

22             Now, at the top --

23        A    It also --

24        Q    Mr. Sykes, I'm asking you a question.  All

25   right.
```

Timothy Sykes
May 20, 2021

```
 1              Now, on page 5 you're promoting the benefits
 2    of StocksToTrade.  And you're saying first, "locate
 3    promising stocks with a stock" -- actually, let me step
 4    back.
 5              MR. FELDMAN:  Could you scroll up just one
 6         page, please.  Just a little bit, please.  Yes.
 7    BY MR. FELDMAN:
 8         Q    On page 4, bottom of page 4, it says, "Do you
 9    need a stock screener?"
10              Then it says, "This one's an easy answer.
11    Modern, efficient traders need stock screeners.  You
12    could pour over a list of stocks and research every,
13    single one, but that's not a smart use of your time,
14    especially if you have a full-time job and can dedicate
15    only so much time to trading.  In short, a stock
16    screener helps you identify opportunities quickly."
17              Did I read that correctly?
18         A    Yes.
19         Q    Then the next page, top of page 5, it says,
20    "Locate promising stocks.  With a stock screener you can
21    filter the thousands of stocks out there to narrow down
22    the choices based on specific criteria that you set."
23              Did I read that correctly?
24         A    Yes.
25         Q    And so what you're saying there, what you're
```

Timothy Sykes
May 20, 2021

1    doing is promoting criteria that's set by the user, the

2    client in the screener, not your 40 -- not your 40

3    scans, right?

4           MR. JAFFE:  Objection.

5           MR. COLWELL:  Objection.

6           THE WITNESS:  Well, so this is the problem,

7       where you have only isolated one blog post.  You

8       don't realize that aside from this blog post, we

9       have mailers going out every day.

10          So yes, a stock screener is helpful.  As I

11      said, it can be helpful.  You can call it level one

12      helpful, right?

13          And then in a mailer, if I had, you know, if I

14      knew about this document, I could probably bring up

15      20 mailers that we also sent out in conjunction

16      with this blog post that said, hey, here's a level

17      one stock screener, but if you want to take it to

18      the next level, here are the three program scans.

19          So in my business it is not just about the

20      blog posts.  The blog posts work with video

21      lessons, with DVDs, with webinars and with mailers.

22          So you highlighting one piece of the pie, you

23      can't determine the whole pie, you can't come up

24      with this whole conclusion based on one piece of

25      evidence.

Timothy Sykes
May 20, 2021

```
 1              This is why I teach.  This is why I work 16,
 2         18, 20 hours a day, because I have the whole pie,
 3         which you're not showing here.
 4    BY MR. FELDMAN:
 5         Q    You want to say anything else or you're
 6    finished?
 7         A    I just want you to see the whole pie.  I wish
 8    you did.
 9         Q    I'm asking you about the benefits that you
10    promoted in this -- this piece, the benefits --
11         A    Yes.
12         Q    -- of a stock screener.
13         A    You're taking one piece of pie out of context.
14              MR. JAFFE:  Let him -- let him ask the
15         question, Tim.
16              Go ahead, Jeff.
17    BY MR. FELDMAN:
18         Q    Mr. Sykes, you would agree that in this piece,
19    Exhibit 73, you told people that the benefit of using a
20    stock screener is locating promising stocks to filter
21    out irrelevant choices and save time, correct?
22         A    Yes.  This is level one.
23              Level two would be in a mailer.  I could bring
24    up -- literally if I had time, I would bring up 50
25    emails saying, this is level one helpfulness, and now
```

1    there's another level two.

2              This is how we teach.  We create educational

3    resources like this and then we build it up and then we

4    up sell them to something that saves even more time.

5              If a scanner or a screener can save a little

6    time, imagine a screener created by somebody like me

7    with 20 years of experience.

8              So this is how I teach, step by step by step.

9              You're taking one step and isolating it,

10   ignoring all the other steps and coming to a different

11   conclusion.  I won't let that happen.

12   Q    Okay.  And then, Mr. Sykes, with regard to

13   filtering out irrelevant choices, you state, "By

14   filtering based on your criteria, the stocks that aren't

15   relevant won't even show up in your search and won't

16   distract you."

17             So you said that here, correct?

18   A    This is how it works for level one usefulness

19   in a scanner.

20             And then as I'm going to say for a third time,

21   then once you learn how level one helps, but maybe

22   they're going to try to create their own scans, maybe

23   they'll get overwhelmed.  That makes them more able and

24   more likely to become a higher premium subscriber, a

25   better student, once they realize how hard it is to do

Timothy Sykes
May 20, 2021

1    on their own.

2          Q    Then you say under save time, quote, "Sure,

3    you want to be a trader, but you also want to have a

4    life.  If you have a full-time job, as many new traders

5    do, you probably want to maximize your trading time.

6    Stock research takes time and energy.  By filtering with

7    a stock screener, you can make the most of your limited

8    time."

9                You said that, right?

10         A    Correct.  And then with a mailer, with a

11   video, with a DVD, with a webinar that goes along with

12   this blog post, we take it up another level.

13               You're only telling part of the story.  I have

14   to bring up the whole story.  I'm sorry.

15               A level one scanner is better than nothing.

16   But level two, which, you know, I'm just calling it

17   level two, my scans, that's the next level.  That's the

18   most important.  That is the secret sauce.  That is why

19   I'm successful.  That's why my students are successful,

20   not basic scans.

21               Everyone has access to basic scans.  This is

22   not unique.  This is literally on every, single trading

23   platform in the world.

24               If you go to traders expo, there's literally

25   hundreds of companies having this exact, same stuff.

Timothy Sykes
May 20, 2021

```
1    Nothing is special.

2              90 percent of traders lose.

3              It's all about what is the secret sauce, what

4    is the secret recipe.  And I got to get that through to

5    you.

6         Q    You don't have to get it through to me.

7         A    Well, I'll get it through to whoever is

8    listening, you know?  Like, it's trading --

9              MR. JAFFE:  Why don't we wait for a question.

10   BY MR. FELDMAN:

11        Q    Yeah, why don't we do that.

12        A    Sorry.  My bad.  I'm just passionate about

13   this.  I apologize.

14             MR. FELDMAN:  Let's go to page 10, please.

15             MR. BOTWIN:  Jeff, before we do that, could we

16        confer for a quick minute?  Just a 1-minute break?

17             MR. FELDMAN:  Yes.

18             VIDEOGRAPHER:  We are now going off the video

19        record.  The time is 6:44 p.m. UTC, 2:44 p.m. EDT.

20             (Recess.)

21             VIDEOGRAPHER:  We are now back on the video

22        record.  The time is 6:46 p.m. UTC, 2:46 p.m. EDT.

23   BY MR. FELDMAN:

24        Q    Mr. Sykes, the white label --

25             MR. FELDMAN:  We can take that document down.
```

Timothy Sykes
May 20, 2021

```
 1              THE WITNESS:  Can we go to actually page 9 on

 2        that document, because there actually is a section

 3        with built-in scanner.

 4   BY MR. FELDMAN:

 5        Q    Your Counsel can do it if he wants to cross

 6   examine you.  I'm done with the document.  Okay?

 7        A    Okay.  Just want to make a note for the

 8   record, there is on page 9 built-in --

 9        Q    There's no question pending.  Okay?

10        A    Just a note.

11              MR. COLWELL:  He's clarifying his prior

12        answer.  The witness can do that.

13   BY MR. FELDMAN:

14        Q    Mr. Sykes, the StocksToTrade version 1 was the

15   white label version, correct?

16        A    In your words, yes.

17        Q    Okay.  And the white label version was the

18   version under the Jewmon/EquityFeed license agreement,

19   correct?

20        A    If you say so, yes.

21        Q    Well, if I say so?  I'm asking you.  You're

22   the guy that entered into the agreement.  Your signature

23   is on the license agreement.

24        A    I have not --

25              MR. JAFFE:  Objection.  Foundation.
```

Timothy Sykes
May 20, 2021

```
 1        THE WITNESS:  I have not seen it.  I don't

 2   know.

 3        MR. COLWELL:  Objection.  Lacks foundation.

 4        MR. FELDMAN:  Let's put up the -- let's put up

 5   the license agreement, please, Elad.

 6        MR. BOTWIN:  Yes, one moment.

 7        MR. FELDMAN:  The record should reflect that

 8   page 9 was the original page that we put up with

 9   the prior exhibit, Exhibit 73.  That was the very

10   first page that was put up.

11        THE WITNESS:  But there was a section --

12        MR. JAFFE:  Hang on.  Well, hang on.

13        You can't have it both ways.  If you want him

14   to speak about what's on page 9, he's going to

15   speak about what's on page 9.

16        Do you want him to or not?

17        MR. FELDMAN:  Go ahead.  I apologize.  It was

18   improper for me to try to cut you off.  That was

19   not right.  So, please, state what you want.  Go

20   ahead.

21        MR. JAFFE:  Well, let's put the exhibit back

22   up.  Let's go to page 9, and he'll explain what he

23   wanted to explain.

24        MR. FELDMAN:  That's fine.

25        Elad, put page 9 back up very quickly, please.
```

Timothy Sykes
May 20, 2021

```
 1              MR. BOTWIN:  Okay.  This is page 9 of Exhibit

 2        73.

 3    BY MR. FELDMAN:

 4        Q    Go ahead.

 5        A    So right in there it says, "Built-in scans.

 6    StocksToTrade has a variety of scans built right into

 7    the platform.  A lot of them are scans I've been using

 8    for decades.  It's an easy to use program that can help

 9    you build a strong watch list."

10              So, again, this looks like a small thing in

11    the middle of a blog list, but this is, frankly, how we

12    teach and how we market products.

13              So you learn, okay, there is a scan that you

14    can build on your own.  It is more useful than not

15    having a scan.  But why would you want to build it

16    yourself?

17              You know, like, you can cook meals at home or

18    you can go to a restaurant where they will cook it for

19    you.

20              So this is how we do this, and this is why I

21    want you to understand that the true value of

22    StocksToTrade is not in the customizable scans that

23    every, single trading and research and data platform in

24    the world has.  It is my secret sauce that I've refined

25    over 20-plus years.  So I just want to make that clear.
```

Timothy Sykes
May 20, 2021

1       Q    And then further down on the page you talked

2    about awesome charting software, right?

3       A    Yes.

4       Q    And that's talking about the indicators that

5    the people can use to run their own searches, right?

6            MR. COLWELL:  Objection.

7            THE WITNESS:  I mean, anyone can use any

8       indicator, yes.

9    BY MR. FELDMAN:

10      Q    Right.  So the bottom line is, is that, this

11   article was written in order to explain what screeners

12   do.  And you wrote the general benefits of using

13   screeners, and then you talked about StocksToTrade and

14   the specific benefits of StocksToTrade, correct?

15           MR. COLWELL:  Objection.

16           THE WITNESS:  Yes.  But first of all, I did

17      not write this, my team wrote this.

18           Second of all, in conjunction with an

19      educational blog post like this, there would be

20      mailers and videos and webinars going along with it

21      that shows why my way, I think, is frankly better.

22           So it's -- I know it's confusing because most

23      people just have a blog, but the blog works in

24      conjunction with the other teaching tools.  We have

25      a whole umbrella of teaching tools.

Timothy Sykes
May 20, 2021

```
 1              And that's why I say my team, you know, it's a
 2         team effort of educating traders.
 3    BY MR. FELDMAN:
 4         Q    Right.  But what you -- you would agree that
 5    on page 9 you were not only talking about built-in --
 6    built-in scans, but you were also promoting
 7    StocksToTrade 2.0's awesome charting software, correct?
 8         A    Awesome charting software and news catalyst.
 9              If you click that news catalyst, that would
10    probably take you to StocksToTrade Breaking News.
11              So we're showing all the different benefits,
12    and StocksToTrade Breaking News is an add on.
13              So we have the StocksToTrade, plus the add-on
14    features which, you know, have done very well because
15    they're very useful.
16         Q    My point, Mr. Sykes, is that in addition to
17    promoting the built-in scans in StocksToTrade version 2,
18    you also promoted the scanning function in StocksToTrade
19    2.0, correct?
20         A    I agree.
21         Q    Okay.  And you were telling the world how
22    great the scanning function is on StocksToTrade 2.0,
23    correct?
24              MR. COLWELL:  Objection.
25              THE WITNESS:  My 40-plus scans, yes, they are
```

Timothy Sykes
May 20, 2021

```
 1        great.

 2   BY MR. FELDMAN:

 3        Q    That's not what you were talking about under

 4   awesome charting software.  You were not talking

 5   about your --

 6        A    Awesome -- awesome charting software is not

 7   scanning software.  Charting is a visual thing.

 8             And I do like the visuals because I had a role

 9   in making the charts look better.  That's in my whole

10   list of the 200 incremental, you know, changes that

11   we've made over time.

12             So, yes, I do like the charts on StocksToTrade

13   2.0 rather than a chart like bigcharts.com or

14   stockcharts.com.

15             I'm a visual kind of guy.

16             So it's a whole combination.  Every, single

17   component matters.

18             But if you had to place a value, I would place

19   a value on my 40 scans above all the others, aside from

20   StocksToTrade Breaking News.

21             If I could break it down to two simple

22   components, it would be my 40 scans and StocksToTrade

23   Breaking News.  I wouldn't use any of the others if I

24   was only allowed two features.

25        Q    Let's go to page 11.  And this will be the
```

Timothy Sykes
May 20, 2021

```
 1   last reference.

 2        A    Okay.

 3             MR. FELDMAN:  Under "The wrap."

 4             Go up, please.

 5             Go further up.

 6   BY MR. FELDMAN:

 7        Q    On page 11 we see "The wrap," correct?

 8        A    Yes.

 9        Q    That's the conclusion, correct?

10        A    It appears to be, yes.

11        Q    And -- and what you say in the conclusion is,

12   quote, "A stock -- a great stock screener is one of the

13   most vital tools to have in your trading repertoire.  It

14   has the power to help you sift through the dizzying

15   number of available stocks so that you can focus those

16   that fit your specific criteria and trading strategy."

17             You say that, right?

18        A    I, again, did not write this, but I agree.  A

19   stock scanner is useful.  I'm just trying to help you

20   understand there's a hierarchy of useful tools.

21        Q    Yeah.  But what you're promoting under your

22   own name in the wrap is how a great stock screener can

23   help sift through the dizzying number of available

24   stocks, so that you could focus on those that fit your

25   specific criteria and trading strategy, correct?
```

Timothy Sykes
May 20, 2021

```
1        A    I agree.

2        Q    And what you're talking about there are the

3   trader's specific criteria and trading strategy, not

4   your 40 scans, correct?

5        A    Correct.  In this paragraph, not my 40 scans.

6        Q    Okay.  Let's -- let's go back.

7             Anything else, Mr. Sykes?

8        A    No.  Just, I mean, I was going to say, you

9   can't just drill the 40 scans all the time, so you need

10  to give some basic education.

11            I, also, you know, mention in this post, you

12  can see that there are several different options, both

13  free and paid.  So it's a very non-biased ask type

14  article, even though, personally, I would not use a free

15  charting program or a free scanning software because you

16  would miss out on the best.

17            But again, we have a lot of people coming to

18  timothysykes.com, some are beginners, some are

19  intermediate, some are advanced.  So this was kind of

20  like a resource blog post.

21            This is why there are certain blog posts on

22  timothysykes.com where I, personally, write, where it's

23  very strongly worded, it's very much my opinion.

24            This is more of an overall resource guide, and

25  that's why I have writers.
```

Timothy Sykes
May 20, 2021

1          So I just want to be clear about the

2   difference.

3          MR. FELDMAN:  Let's go to the license

4       agreement, please, Elad.

5          MR. BOTWIN:  The license agreement has

6       previously been shown as Exhibit 24.

7          First page reads Exhibit A as it was produced

8       in this matter.

9          MR. FELDMAN:  And if you would introduce it.

10      Just show the witness the exhibit, please.

11   BY MR. FELDMAN:

12      Q    And the question is, while you're looking, do

13   you recognize the document?

14      A    I have not seen this document.

15      Q    You've never seen it?

16      A    I mean, I know that there was a document where

17   there was an agreement, but I have not personally read

18   this, no.

19          MR. FELDMAN:  Okay.

20          Scroll to the signature page, please.

21   BY MR. FELDMAN:

22      Q    Now, you've now seen the entire document,

23   correct?

24      A    Okay.

25      Q    Actually, I think there's one more page.

Timothy Sykes
May 20, 2021

```
 1            You would agree you've now been shown the

 2   entire document, Mr. Sykes?

 3       A    Yes.  I have seen it now.  Thank you.

 4       Q    Now, your signature is on this document,

 5   correct?

 6       A    That is not my signature.  That is one of

 7   my -- my team member's.  I don't know who signed this,

 8   but that is not my signature.  And it's also my name is

 9   spelled incorrectly, too, if you notice.  It's

10   S-Y-K-E-S.

11       Q    Do you know who signed this document?

12       A    I do not.

13       Q    Interesting.  The initials on each page, are

14   those your initials?

15       A    Those are my initials, but I did not sign

16   them.  That's not my handwriting.

17       Q    So is it now -- is it now your position that

18   Jewmon never entered into an agreement with EquityFeed?

19            MR. JAFFE:  Objection.  Mischaracterizes.

20            But go ahead.

21            THE WITNESS:  I'm not a lawyer.  I don't know

22       this stuff.  I'm just answering questions where,

23       you know, that's not my signature and my name is

24       spelled wrong, which just adds kind of insult to

25       injury.
```

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:

 2       Q    Did -- did you ever read this document before

 3   it was executed?

 4       A    No.  You have to understand, the business is,

 5   you know, not my department.  So Zach negotiated this.

 6   You know, maybe he signed it, maybe someone in his

 7   office signed it, maybe my dad.  I don't know the

 8   specifics.

 9       Q    Do you allow other people to sign your name to

10   documents?

11       A    Not anybody.  But people I trust, like Zach or

12   my father, yes.

13       Q    And then is that what you believe happened

14   here, that someone you trusted signed your name to the

15   document?

16            MR. COLWELL:  Objection.

17            THE WITNESS:  I mean, it would make sense.  I

18        don't know whose writing this is, but, I mean,

19        that's not my writing, that's not my signature,

20        that's not my name even.

21   BY MR. FELDMAN:

22       Q    So is it your testimony that you authorized

23   someone to sign this -- this Software License and

24   Services Agreement between Jewmon and EquityFeed on your

25   behalf?
```

Timothy Sykes
May 20, 2021

```
 1            MR. COLWELL:  Objection.

 2            MR. JAFFE:  Objection.

 3            THE WITNESS:  I mean, I don't -- again, I

 4       don't know.  I often times have people in my

 5       business sign things for me because I just get too

 6       busy, frankly.

 7            So if it's a minor thing like this, I mean,

 8       that's what I would have probably done.  I don't

 9       know.  I can only speculate.

10  BY MR. FELDMAN:

11       Q    It is your -- is your best belief that you

12  authorized someone to sign your name to this contract,

13  correct?

14            MR. JAFFE:  Objection.

15            THE WITNESS:  Yeah.  I think that's probably

16       what happened.

17            MR. FELDMAN:  Now, if we can go to page 2.

18            Carlos, how much time do I have left, please?

19            VIDEOGRAPHER:  Stand by, Counselor.

20            MR. COLWELL:  Thank you.

21  BY MR. FELDMAN:

22       Q    On page 2 we see that the agreement is dated

23  April 10, 2013, correct?  You would agree --

24       A    Okay.

25       Q    -- with this?
```

Timothy Sykes
May 20, 2021

```
1              MR. JAFFE:  I think you're on the wrong page.
2        I think we have the wrong page up.
3              MR. FELDMAN:  It's actually page 1.  Excuse
4        me.
5              VIDEOGRAPHER:  Counselor, this is your
6        videographer.  You have 2 hours, 4 minutes.
7              MR. FELDMAN:  Thank you.
8    BY MR. FELDMAN:
9        Q    You would agree that this Software License and
10   Service Agreement was made on April 10, 2013, correct?
11             MR. JAFFE:  Objection.
12             MR. COLWELL:  Objection.
13             THE WITNESS:  It appears so, yes.
14   BY MR. FELDMAN:
15       Q    And that the agreement was between EquityFeed
16   Corporation and Jewmon Enterprises, LLC, correct?
17       A    Yes.
18             MR. COLWELL:  Objection.
19   BY MR. FELDMAN:
20       Q    And if you look to paragraph 2, it says,
21   "Software license."
22       A    Okay.
23       Q    It starts with, "Software means EquityFeed's
24   computer software for the web-based market analysis
25   platform known as EquityFeed, including any additions,
```

Timothy Sykes
May 20, 2021

1  modifications, alteration, enhancements" -- it says,

2  "ungrades," so I think it means upgrades but --

3  "ungrades and customizations made thereto for Jewmon's

4  purposes as set out in this agreement," correct?

5      A    Yes.

6      Q    So you would agree that modifications and

7  additions made by EquityFeed to the computer software

8  for the web-based market analysis platform were included

9  in what EquityFeed was bringing to this agreement?

10          MR. JAFFE:  Objection.  Foundation.

11          MR. COLWELL:  Objection.

12          MR. JAFFE:  Legal conclusion.

13          You can answer, Tim.

14          THE WITNESS:  I don't -- I don't know.  I'm

15      not a lawyer.  I don't know what any of this stuff

16      really means.  I'm sorry.

17          MR. FELDMAN:  Okay.  Well, let's go to

18      paragraph 3.

19          Actually, in paragraph 2 -- let's stick with

20      paragraph 2 for a second.

21  BY MR. FELDMAN:

22      Q    You see the reference in paragraph 2 to the

23  white label website, correct?

24      A    Yes.

25      Q    And the white label website is actually listed

Timothy Sykes
May 20, 2021

```
 1   as www.stockstotrade.com, correct?

 2        A    Correct.

 3        Q    So we know from this agreement that Jewmon

 4   actually used StocksToTrade.com to promote the white

 5   label product that was licensed under this agreement,

 6   correct?

 7             MR. JAFFE:  Objection.

 8             THE WITNESS:  Makes sense.

 9             MR. COLWELL:  Objection.

10   BY MR. FELDMAN:

11        Q    Okay.  And also in paragraph 3 it says that

12   EquityFeed shall provide Jewmon certain software

13   customization, correct?

14             MR. COLWELL:  Objection.

15             THE WITNESS:  Sure.

16             MR. COLWELL:  Did you say you?

17             MR. FELDMAN:  No.  I said --

18   BY MR. FELDMAN:

19        Q    It says in paragraph 3, it states that

20   EquityFeed shall provide Jewmon certain software

21   customization, correct?

22        A    Sure.

23        Q    That customization was the 40 scans, correct?

24             MR. JAFFE:  Objection.

25             THE WITNESS:  I don't know the specifics.
```

Timothy Sykes
May 20, 2021

1          Again, you know, I don't know what Zach and the

2          business negotiated.  My part was the 40 scans.

3                 I don't even see the 40 scans listed here, so

4          I don't know what is what.  I don't want to

5          speculate.

6    BY MR. FELDMAN:

7          Q    You understand, though, don't you, Mr. Sykes,

8    that the customization that my client did under the

9    white label agreement included the 40 scans that you

10   have been making reference to in this deposition,

11   correct?

12         A    I understand that the 40 scans are my scans.

13   I would never turn over the rights to my 40 scans to

14   anybody else.  That's my secret recipe.

15         Q    Mr. -- Mr. Sykes, you would agree that among

16   the customizations that my client made for Jewmon under

17   this agreement were the 40 scans that you have made

18   reference to in this deposition, correct?

19              MR. COLWELL:  Objection.

20              MR. JAFFE:  Objection.

21              THE WITNESS:  I would not agree because

22         they're not customizations; they're scans that I

23         created that I put on any platform I want.

24              They're my scans.  They're my -- they're my,

25         you know, I say recipe, but that's basically what

Timothy Sykes
May 20, 2021

1          they are.  This is my secret sauce.

2                  I don't know in terms of what they're

3          considered, but this is what I bring to the table.

4    BY MR. FELDMAN:

5          Q    Did you ever have conversations with Stephan

6    or anyone else from EquityFeed as to how the EquityFeed

7    product works?

8          A    No.

9          Q    Do you have any recollection of ever having --

10   actually, do you have any recollection of Stephan ever

11   giving any information to you as to how the white label

12   product functions?

13         A    Nope.

14                 MR. FELDMAN:  Now, could you go to paragraph

15         8, please.

16   BY MR. FELDMAN:

17         Q    And if you look to the lower third of the

18   paragraph, there's a sentence that says, quote, "Upon

19   termination of this agreement for any reason, all use of

20   the software by Jewmon shall cease.  The provisions of

21   services by EquityFeed shall cease and each party shall

22   return to the other party or destroy any confidential

23   information obtained from the other party."

24                 Did I read that correctly?

25         A    Yes.

Timothy Sykes
May 20, 2021

1    Q    Now, did -- when the agreement terminated, did

2  Jewmon return to EquityFeed or destroy any confidential

3  information that EquityFeed gave to Jewmon under the

4  agreement?

5            MR. COLWELL:  Objection.

6            MR. JAFFE:  Objection.  Foundation.

7            THE WITNESS:  I don't know because I wasn't

8        involved in this at all.  I, you know, I got my 40

9        scans.  That's all I care about.

10 BY MR. FELDMAN:

11    Q    Okay.  And now, the paragraph continues and

12  says, "Sections 5 through 13 shall survive any

13  termination or expiration of this agreement."

14            Do you see that?

15    A    Yes, I see that.

16    Q    So isn't it true, sir, that you understood

17  when this agreement terminated in April of 2015, you

18  understood that Jewmon still had continuing contractual

19  obligations under this agreement, correct?

20            MR. COLWELL:  Objection.  Lacks foundation.

21            MR. JAFFE:  Objection.  Foundation.

22            THE WITNESS:  I don't know.

23            Considering I never saw this, I didn't know

24        when the -- when the agreement began or when it

25        ended.  I'm relying on Zach, who basically said

Timothy Sykes
May 20, 2021

 1          that the relationship was not going to work out.

 2          That's as far as I -- that's the limitation of my

 3          involvement here.

 4               Like, I don't know the dates when it began.  I

 5          don't know when the dates when -- I mean, I'm just

 6          seeing right now that it began on April 10th.

 7               What I remember is that there was a lot of

 8          problems setting something up, and then it was a,

 9          you know, an unwinding.  I don't know the dates.  I

10          don't know the specifics.

11     BY MR. FELDMAN:

12          Q    Okay.  So do you remember when Zach was

13     planning on terminating the relationship with

14     EquityFeed?

15               MR. COLWELL:  Objection.

16               MR. JAFFE:  Objection.  Foundation.

17               THE WITNESS:  No.  I just remember Zach having

18          a lot of frustration and Stephan couldn't fulfill

19          his end for some reason.  I don't know the details.

20     BY MR. FELDMAN:

21          Q    Okay.  So am I correct in understanding that a

22     decision had been made at some point by either you

23     and/or Mr. Westphal to terminate the agreement with

24     EquityFeed?

25               MR. COLWELL:  Objection to form.

Timothy Sykes
May 20, 2021

```
 1              MR. JAFFE:  Objection.

 2              THE WITNESS:  I mean, it would be Zach.  You

 3         can ask him.  I don't deal with this.

 4    BY MR. FELDMAN:

 5         Q    So you're saying, as you sit here today, you

 6    know that Zach was disappointed with the product, but

 7    you don't know when he was planning on terminating?

 8         A    Correct.

 9         Q    But you do know that he was planning on

10    terminating, even though you don't --

11              MR. COLWELL:  Objection.

12              THE WITNESS:  I don't -- I don't know the

13         exact dates.  I know that it wasn't heading in the

14         right direction.  We talked back then probably, I

15         don't know, maybe once every few days, and he was

16         just growing more and more frustrated.

17              And I remember the students were growing more

18         and more frustrated.

19              So I don't have the answers.

20    BY MR. FELDMAN:

21         Q    And the reason that StocksToTrade 2.0 was

22    being developed was because the relationship with

23    EquityFeed was not working out, correct?

24         A    I don't know the exact timing on which is

25    which.  I just knew that this one was ending or ended,
```

Timothy Sykes
May 20, 2021

```
1   and, you know, something new that could potentially work
2   where we didn't have issues.
3        Q    Right.  I understand that.  But the reason
4   that StocksToTrade 2.0 was being developed was because
5   Zach was planning on terminating the license agreement
6   with EquityFeed, correct?
7              MR. COLWELL:  Objection.
8              MR. JAFFE:  Objection.
9              THE WITNESS:  I don't know.  You'd have to ask
10       Zach.  I can't speak for him.
11  BY MR. FELDMAN:
12       Q    Well, you had no understanding that the
13  relationship was going to be terminated with EquityFeed
14  once StocksToTrade 2.0 was ready?
15       A    I don't know the timing of the termination
16  versus the new software.  It was -- for me, it's just
17  wherever I can put my 40 scans.
18              I'm happy if I can just get my 40 scans to
19  work and the students not to complain.  That's the whole
20  umbrella of my involvement.  I know it's difficult to
21  understand, but that's it.
22       Q    Mr. Sykes --
23       A    Yes.
24       Q    Simple question.  Did you understand that
25  Zachary was planning to terminate the license agreement
```

Timothy Sykes
May 20, 2021

```
 1  with EquityFeed, yes or no?

 2          MR. JAFFE:  Objection.

 3          THE WITNESS:  I know that he did, but I don't

 4      know the timing of it.

 5  BY MR. FELDMAN:

 6      Q    I understand you don't know the timing.  But

 7  you -- you just said, I know that he did.

 8          And so what I'm understanding from that answer

 9  is that you know that Zachary was planning to terminate

10  the license agreement with EquityFeed, correct?

11          MR. COLWELL:  Objection.

12          MR. JAFFE:  Objection.

13          THE WITNESS:  I don't know if he planned or if

14      he just did it.  I don't know how it went down.

15          That's what I'm saying, I was not a part of

16      that negotiation, so I can't speculate.  I'm sorry.

17  BY MR. FELDMAN:

18      Q    And then -- and you also understand that the

19  reason Zach was planning to do it or actually did it was

20  because he was unhappy with the white label product,

21  correct?

22          MR. COLWELL:  Objection.

23          THE WITNESS:  Well, Zach was unhappy and the

24      students were unhappy, you know?  So we can't

25      promote a product when the students are unhappy.
```

Timothy Sykes
May 20, 2021

```
1    BY MR. FELDMAN:

2         Q    Okay.  So there was a need for a new product,

3    correct?

4         A    Correct.  Something that worked.

5         Q    But you could not terminate the license

6    agreement until the new product was ready, correct?

7              MR. COLWELL:  Objection.

8              MR. JAFFE:  Objection.

9              THE WITNESS:  I don't -- I don't know when

10        this was terminated versus when the new product was

11        created.

12             Again, my involvement, sending the 40 scans,

13        let them build it.

14             I wasn't -- I wasn't a party to the initial

15        creation.  I'm not a programmer.  I wasn't a party

16        to the negotiations here.

17             You can ask me multiple times, it's not going

18        to change.  I just, I don't know.

19   BY MR. FELDMAN:

20        Q    Mr. -- Mr. Sykes, I'm asking you clear, simple

21   questions that all they require is a yes or a no.  I

22   don't need a lot of explanation, but I told you, you're

23   free to talk as much as you want.  Okay?

24        A    I'm not involved --

25             MR. JAFFE:  Let him ask the question.  Let him
```

Timothy Sykes
May 20, 2021

```
 1        ask the question.

 2             Go ahead.

 3   BY MR. FELDMAN:

 4        Q    We'll try it again.

 5             You would agree that the license agreement

 6   that -- strike that.

 7             You would agree that Mr. Westphal could not

 8   terminate the license agreement with EquityFeed until

 9   the next version of the white label product was ready,

10   correct?

11             MR. JAFFE:  Objection.

12             MR. COLWELL:  Objection.

13             THE WITNESS:  I don't know.

14   BY MR. FELDMAN:

15        Q    Well, would you have ever agreed to

16   terminating the license agreement with EquityFeed before

17   StocksToTrade 2.0 was finished?

18             MR. JAFFE:  Objection.  Speculation.

19             THE WITNESS:  I can't speculate based on the

20        past.  You know, whatever happened happened.  It

21        didn't work.  We moved on.

22             MR. FELDMAN:  Let's go to paragraph 13.

23   BY MR. FELDMAN:

24        Q    In paragraph 13 it says, quote, "Other than

25   the rights explicitly granted herein, Jewmon shall have
```

Timothy Sykes
May 20, 2021

```
1    no other rights, express or implied, in the software or

2    any component thereof," period.  "EquityFeed shall

3    retain ownership of all rights, title and interest in

4    and to the software, technology, and any other

5    intellectual property, as well as all data, materials,

6    ideas, concepts, designs, techniques, know how,

7    inventions, works of authorship, and any other

8    information resulting from or arising in the course of

9    performance of the services and all intellectual

10   property rights related to the foregoing."

11           Do you understand that language?

12       A    No.  I am not a lawyer.

13       Q    Were you aware that under paragraph 13 that,

14   quote, "Without limiting the generality of the

15   foregoing, Jewmon acknowledges that the software,

16   including without limitation any updates, upgrades,

17   customizations and modifications thereto provided by

18   EquityFeed is proprietary to EquityFeed, and Jewmon

19   agrees and undertakes not to, except as permitted in

20   this agreement, to use the software or any part thereof

21   in any outsourcing arrangement in support of any third

22   party to sell, lease, sublicense or distribute the

23   software or part thereof, or otherwise transfer the

24   software, other than as expressly permitted herein,

25   reverse engineer, decompile, disassemble or otherwise
```

Timothy Sykes
May 20, 2021

```
 1   reduce to human perceivable form the software's source
 2   code or part thereof, modify, revise, enhance or alter
 3   the software, other than for internal use purposes in
 4   accordance with the terms set forth herein, or claim any
 5   rights to ownership of the software?"
 6            Were you aware that Jewmon made those
 7   obligations to my client under this agreement?
 8            MR. COLWELL:  Objection.
 9            THE WITNESS:  I read it now, but I had no idea
10       at the time.  And to tell you the truth, I still
11       don't know what this all means.  This is all Greek
12       to me.  I'm sorry.
13   BY MR. FELDMAN:
14       Q    Okay.  So let's talk about the customization,
15   right?  But, first, let's break this down.
16            The first part of this sentence that I just
17   read says, "Without limiting the generality of the
18   foregoing, Jewmon acknowledges that the software,
19   including without limitation any updates, upgrades,
20   customizations and modifications thereto by EquityFeed
21   is proprietary to EquityFeed."
22            Do you know what proprietary means?
23       A    I know what proprietary means, yes.
24       Q    Yeah.  And when this agreement was signed,
25   Jewmon agreed that all customizations and modifications
```

Timothy Sykes
May 20, 2021

1    to my client's software were proprietary to my client,

2    correct?

3            MR. JAFFE:  Objection.

4            THE WITNESS:  Okay.

5    BY MR. FELDMAN:

6        Q    Right.  So the customizations that were made

7    included the 40 scans, correct?

8        A    Not --

9            MR. JAFFE:  Objection.

10           THE WITNESS:  Not a chance in hell would I

11       ever sign over the 40 scans.

12   BY MR. FELDMAN:

13       Q    Well, here's the thing, sir:  You never -- you

14   say you never read this document, right?  You left it to

15   others.

16       A    Correct.

17       Q    Right.

18       A    But I would never have embarked on anything

19   where my 40 scans that I have optimized painstakingly

20   over two decades somehow falls into the lap of somebody

21   who reached out to me who wanted to white label, you

22   know, my stuff.

23           This is my literally recipe.  This would be

24   like Coca-Cola signing over the formula of Coca-Cola to

25   Pepsi.  It would not happen.  It does not happen.

Timothy Sykes
May 20, 2021

1          My 40 scans are no way in proprietary to

2     anybody other than me.  This is my -- this is my -- this

3     is literally my life's work.  Let me finish.  I think

4     I've earned it.  Over 20-plus years these 40 scans have

5     seen me through thick and then.

6          I gave a list of scans for this white label

7     product to basically be created, but they are still my

8     40 scans.

9          Just because I'm trying to basically create a

10    white label product does not mean that they are no

11    longer mine.

12         So I disagree strongly that my 40 scans are

13    somehow in the hands of EquityFeed.  I think that is the

14    height of all, you know, just idiocy and I don't know

15    what other strong words I can use.

16    Q    Well, you seem upset now.  Are you upset?

17    A    No, I'm not upset.  I'm just guarding what I

18    developed over 20-plus years is my hard work.

19    Q    Right.  And, Mr. Sykes, you would agree that

20    the question of whether or not this agreement gives my

21    client ownership over the 40 scans is a legal issue,

22    right?

23    A    I'm not a lawyer, but I think that's just

24    ridiculous.

25    Q    Right.  But as you say, you're not a lawyer,

Timothy Sykes
May 20, 2021

```
 1   correct?

 2        A    Correct.  But I know logic.  I am intelligent.

 3             You know, customization, in my mind -- and,

 4   again, this is a non-legal opinion, but a customization

 5   would be something that EquityFeed brings to the table

 6   where they can actually, you know, do something.

 7             But as it turned out, they couldn't even get

 8   my 40 scans to work out right, and somehow it got all

 9   messed up.

10             So I took my 40 scans and I went over to a

11   software that could utilize my 40 scans.

12             So I will protect my 40 scans, roughly 40

13   scans, it might be 42, but I will protect what I have

14   learned over the years 'til my dying day, because this

15   is what I've learned, this is what I teach, this is what

16   I know.

17             You can say that, you know, this agreement

18   applies to EquityFeed and Jewmon.  It has nothing,

19   nothing to do with EquityFeed getting their hands on my

20   40 scans.

21        Q    Mr. -- Mr. Sykes, paragraph 13 defines

22   software to -- let me be specific.

23             It says, "EquityFeed shall retain ownership of

24   all rights, title and interest in and to the software,

25   technology and intellectual property, as well as all
```

Timothy Sykes
May 20, 2021

1    data, materials, ideas, concepts, designs, techniques,

2    know how, inventions, works of authorship and any other

3    information resulting from or arising in the course of

4    performance of the services, and all intellectual

5    property rights relating to the foregoing."

6           Then the next sentence says, "Without limiting

7    the generality of the foregoing, Jewmon acknowledges

8    that the software, including without limitation any

9    updates, upgrades, customizations and modifications

10   thereto provided by EquityFeed is proprietary to

11   EquityFeed."

12          Don't you understand that when you signed or

13   authorized somebody to sign a contract that says,

14   "Without limiting the generality of the foregoing,

15   Jewmon acknowledges that the software, including without

16   limitation, any updates, upgrades, customizations and

17   modifications thereto provided by EquityFeed" is

18   proprietary to EquityFeed?

19          Don't you understand that when you authorized

20   someone to sign this contract on your behalf, my client

21   owned any customization that was made to this software?

22          Don't you understand --

23          MR. JAFFE:  Object.

24          MR. COLWELL:  Objection.

25          THE WITNESS:  Here's the thing:  My 40 scans

Timothy Sykes
May 20, 2021

 1   is not computer code.  Okay?  This is my own

 2   teachings.  These are my lessons.

 3        Can you scroll back up to the part where we --

 4   where you say, like, a 30 or 60-day cancellation?

 5   Can we go back up there for a second?

 6        MR. FELDMAN:  It's paragraph 8.

 7        THE WITNESS:  So right there, it says, "Either

 8   party may terminate this agreement at any time.

 9   Upon termination, all use of the software by Jewmon

10   shall cease.  Each party shall return to the other

11   party or destroy any confidential information

12   obtained from the other party."

13        So my 40 scans, that is my confidential

14   information.  It's not -- it's not -- let me

15   finish.

16        It is not a software upgrade.  It is not

17   computer code.  This is confidential information.

18        And in this paragraph it specifically says,

19   "Any confidential information will be returned to

20   the other party."

21        That is my take.  Again, I'm not a lawyer, but

22   that is my take.

23        MR. FELDMAN:  Okay.  Let's go to paragraph 6.

24        THE WITNESS:  Okay.

25        MR. FELDMAN:  Let's go to paragraph 6.  Elad?

Timothy Sykes
May 20, 2021

```
 1       Elad?

 2              Elad, are you there, please?

 3              MR. BOTWIN:  Yes.  He can hear me now.

 4              MR. FELDMAN:  Paragraph 6, please.

 5              MR. BOTWIN:  Okay.  And after we go through

 6       the license agreement, if we could take a 5 to

 7       10-minute break.

 8              MR. FELDMAN:  Yes.

 9  BY MR. FELDMAN:

10       Q    Paragraph 6 is defined as confidential

11  information.

12              Do you see that?

13       A    Yes.

14       Q    It says, "Each party shall keep confidential

15  and not disclose to any third party or use, except as

16  contemplated by this agreement, any non-public

17  information obtained from the other party that is marked

18  or otherwise designated confidential."

19              Do you see that?

20       A    Yes.

21       Q    Do you have the document under which you

22  marked your 40 scans as confidential, Mr. Sykes?  Do you

23  have that document --

24       A    I haven't even seen this agreement, so no, I

25  don't have a document.
```

Timothy Sykes
May 20, 2021

1      Q    Right.  You never --

2      A    Man to man -- man to man, you know that what I

3  bring to the table, this entire multi-hour deposition,

4  all I have in this life is my 40 scans.  So yes, that is

5  my confidential information.

6      Q    And I also understand from you, sir, that you

7  never spoke to Stephan Touizer ever, right?

8      A    No.  We spoke, just not in detail.  I passed

9  off all the details to Zach.

10     Q    Uh-huh.  So --

11     A    As I always do with everybody who comes to us.

12          You have to understand, thousands of people

13  over the years have come to us saying, we want to

14  partner with you, we want to work with you.

15          I pass them off to Zach.  I don't do the

16  details.  I don't do the programming.  I'm too busy

17  teaching.

18     Q    So you never designated your 40 scans as

19  confidential to anybody at EquityFeed, correct?  You

20  never did that?

21          MR. JAFFE:  Objection.

22          MR. COLWELL:  Objection.

23          THE WITNESS:  I gave the -- I gave the 40

24     scans.  I don't know whether I emailed it to Zach

25     or to Stephan or -- you know, there's something

Timothy Sykes
May 20, 2021

1          where I gave my 40 scans to this white label

2          product to try to make it into something.  I was

3          trying to help it grow.

4    BY MR. FELDMAN:

5          Q    Right.  So, sir, the bottom line is, is that

6    as you sit here today, you never designated your 40

7    scans as confidential to anybody at EquityFeed; isn't

8    that true?  You never did that.  You --

9               MR. COLWELL:  Same objection.

10   BY MR. FELDMAN:

11         Q    -- Timothy Sykes, never did that, correct?

12   You never did that.

13         A    Does that give you the right to steal them?  I

14   don't know how that works.

15         Q    Mr. Sykes, you never did that, did you?

16              MR. COLWELL:  Objection.

17              THE WITNESS:  I don't know what was designated

18         and what was not.  I'm sorry.

19   BY MR. FELDMAN:

20         Q    Thank you, sir.

21              Now, going back to paragraph 13, you would

22   agree under this agreement, if you didn't designate your

23   40 scans as confidential, they weren't confidential,

24   right?

25              MR. JAFFE:  Objection.

Timothy Sykes
May 20, 2021

```
 1              MR. COLWELL:  Objection.
 2              THE WITNESS:  I wouldn't designate them as --
 3         what's the other term that you're trying to say?
 4         You're trying to say that they're customizations.
 5         I don't think they were designated as
 6         customizations, either.  If they're not
 7         confidential, they're not customizations.
 8              In the spirit of this agreement, I would think
 9         EquityFeed goes with what they have and I go with
10         what I have.
11              I came with my 40 scans.  I expect to take my
12         40 scans back with me.
13    BY MR. FELDMAN:
14         Q    All right.  Mr. Sykes, you also agreed -- I
15    mean, this -- you authorized somebody to sign your name
16    to this.
17              And under that signature in paragraph 13, you,
18    on behalf of Jewmon, agreed that -- that there -- you
19    guys would never claim any right to or ownership of the
20    software, right?
21              MR. JAFFE:  Objection.  Leading.
22              MR. COLWELL:  Objection.
23              THE WITNESS:  I'm not talking about software.
24         I'm talking about my teaching.  I have no idea
25         about software.
```

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:

 2       Q    Your teaching got embedded into the white

 3   label product, didn't it?

 4            MR. COLWELL:  Objection.

 5            MR. JAFFE:  Objection.

 6            THE WITNESS:  My teachings get embedded

 7       everywhere.  They're my teachings.

 8   BY MR. FELDMAN:

 9       Q    Right.  But when it became part of my client's

10   white label product, you lost ownership rights to your

11   40 scans, didn't you?

12            MR. COLWELL:  Objection.  Legal conclusion.

13            MR. JAFFE:  Objection.

14            THE WITNESS:  I think that's incorrect and

15       laughable, but if that's what you believe, go for

16       it.

17   BY MR. FELDMAN:

18       Q    Well, when you -- if you would look at

19   paragraph 13, please.

20            MR. FELDMAN:  Elad, 13.

21   BY MR. FELDMAN:

22       Q    If you look at the Romanette number five, do

23   you see that?  "Or claim any rights to ownership of the

24   software?"

25            Do you see that?
```

Timothy Sykes
May 20, 2021

```
1        A    Yes.

2        Q    And the white label software included your 40

3   scans, right?

4             MR. COLWELL:  Objection.

5             MR. JAFFE:  Objection.

6             THE WITNESS:  I'm not a lawyer.  I don't know

7        what's included.

8             But the software, I believe, in here is

9        talking about the buggy EquityFeed that couldn't

10       work with my 40 scans, so something didn't work.

11            You know, maybe the 40 scans didn't want to be

12       on buggy software.  Maybe they wanted better

13       software.  That's what I would want if I was 40

14       scans.

15  BY MR. FELDMAN:

16       Q    And now what you're trying to do is to do

17  something that you said -- or Jewmon said under your

18  signature that it would not do.

19            You're trying to claim in this deposition that

20  the 40 scans that became part of the white label product

21  are now your product or Jewmon's product, correct?

22  That's what you're trying to do here, right?

23            MR. COLWELL:  Objection.

24            MR. JAFFE:  Objection.  No foundation.  Legal

25       conclusion.
```

Timothy Sykes
May 20, 2021

```
 1              MR. COLWELL:  No foundation.  Legal

 2        conclusion.

 3              THE WITNESS:  I'm sorry.  I'm not a lawyer.

 4              MR. COLWELL:  This is ridiculous.

 5   BY MR. FELDMAN:

 6        Q    Right.  So at the end of the day, you would

 7   agree that the question of who owns your 40 scans at

 8   this point in time is for the judge and/or the jury,

 9   correct?

10              MR. COLWELL:  Objection.

11              MR. JAFFE:  Objection.

12              MR. COLWELL:  Legal conclusion.

13              THE WITNESS:  I don't know.  This is legal.

14        This is why, you know, you lawyers can talk about

15        this.  This is not for me.

16   BY MR. FELDMAN:

17        Q    Okay.  And then if you look at the last

18   sentence of paragraph 13, it says, "Notwithstanding the

19   foregoing, it's agreed that Jewmon shall own the white

20   label brand StocksToTrade, along with all associated

21   domain names."

22              Do you see that?

23        A    I see it, yes.

24        Q    But in that -- in that sentence that talks

25   about what Jewmon will own, there was no provision made
```

Timothy Sykes
May 20, 2021

1    for any customizations to the white label software, was

2    there?

3              MR. JAFFE:  Objection.

4              MR. COLWELL:  Objection.

5              THE WITNESS:  I don't know.

6              MR. COLWELL:  Misstates the document.

7              MR. FELDMAN:  Now, if we can go to paragraph

8       15, please.

9    BY MR. FELDMAN:

10       Q    Paragraph 15 says that, "During the term of

11   this agreement, neither Jewmon, nor its principals."

12              Were you a principal of Jewmon, Mr. Sykes?

13       A    Yes.

14       Q    So "During the term of this agreement, neither

15   Jewmon, nor its principals, shall directly or indirectly

16   offer any other realtime market data and analysis

17   platform to its customers, or have any involvement or

18   interest in, directly or indirectly, any other realtime

19   market data and analysis platform."

20              Do you see that?

21       A    Yes.

22       Q    Now, we saw earlier in one of the videos, we

23   saw you saying in February of 2016 that StocksToTrade

24   2.0 had been under development at that time for a year

25   or more.

Timothy Sykes
May 20, 2021

1           Do you remember that?

2      A    Yes, I remember.

3      Q    Okay.  So if, in fact, you, Mr. Westphal

4   and/or Jewmon had any involvement -- had any involvement

5   or interest in, directly or indirectly, any other

6   realtime market data and analysis platform while this

7   agreement was still in effect, you were in breach of

8   that agreement, right?

9           MR. COLWELL:  Objection.

10          MR. JAFFE:  Objection.  Legal conclusion.

11          MR. COLWELL:  Legal conclusion.

12          THE WITNESS:  I don't know.  I'm not a lawyer.

13   BY MR. FELDMAN:

14     Q    Do you -- what does this sentence mean to you,

15   Mr. Sykes?  "During the term --

16          MR. JAFFE:  Objection.

17     Q    -- of this agreement, neither Jewmon, nor its

18   principals, shall, directly or indirectly, offer any

19   other realtime market data and analysis platform to its

20   customers or have any involvement or interest in,

21   directly or indirectly, any other realtime market data

22   and analysis platform."

23          Do you understand that sentence?

24     A    I understand that.  And as far as I know, you

25   know, StocksToTrade 2.0 was at the conclusion after this

Timothy Sykes
May 20, 2021

```
 1   agreement was ended apparently.

 2        Q    Even though you said in the video that in

 3   February 2016, that it had been under development for a

 4   year or more at that point?

 5             MR. JAFFE:  Objection.

 6             THE WITNESS:  As I explained earlier, what I

 7        was probably referring to, mind you this was

 8        several years ago so I can't be sure, but I was

 9        also probably referring to this as StocksToTrade

10        1.0 and then StocksToTrade 2.0 as something

11        separate.

12             It's not an exact science.  It's a YouTube

13        video.  That was not a deposition video.

14   BY MR. FELDMAN:

15        Q    So the difference you're saying is, is that in

16   February 6th of 2016 when you made that video, you were

17   out telling the world that you were launching on

18   February 16th StocksToTrade version 1?  Is that what

19   you're saying?

20             MR. JAFFE:  Objection.

21             MR. COLWELL:  Objection.

22             THE WITNESS:  I don't know when the dates

23        overlap or not overlap.

24             Like I said in one of the videos, also, we

25        also said StocksToTrade mobile was coming out and
```

Timothy Sykes
May 20, 2021

1         it took five more years.

2              So nothing is an exact science like you're

3         trying to paint it to be.  I'm sorry that you think

4         that it is, but it's not.

5    BY MR. FELDMAN:

6         Q    In reality, sir, isn't it true that prior to

7    April 2015, you had an interest in, directly or

8    indirectly, in another realtime market data and analysis

9    platform?  Isn't that true?

10             MR. JAFFE:  Objection.

11             MR. COLWELL:  Objection.

12             THE WITNESS:  I don't know.  You'd have to

13        ask, you know, Zach or Joel.  They're both involved

14        in the business.  I'm not.

15   BY MR. FELDMAN:

16        Q    You know, you told me before that over a

17   period of years millions of dollars was spent to

18   develop StocksToTrade --

19        A    Yes, I stand by that.  I don't know the exact

20   years.  I don't know the exact money.  Like I said, you

21   have to talk to Zach or Joel about that.

22        Q    And certainly you had an interest in those

23   millions of dollars that was spent to develop the

24   StocksToTrade 2 product, correct?

25        A    Correct.

Timothy Sykes
May 20, 2021

1     Q    And so, if you had that interest while this

2  agreement was still in term, you were in violation of

3  the agreement, correct?  You, Timothy Sykes, as a

4  principal of Jewmon were in breach of the agreement,

5  correct?

6          MR. COLWELL:  Objection.

7          MR. JAFFE:  Objection.  Legal conclusion.

8          THE WITNESS:  I don't know.  I'm not a lawyer

9     and I wasn't involved with any agreements.

10         The breaking of the agreements, the signing of

11    new agreements, the programmers, I just don't know.

12    I wish I could give you an answer.

13  BY MR. FELDMAN:

14    Q    All right.  And then it says in paragraph 15,

15  "After termination -- after termination of this

16  agreement, while it is acknowledged that Jewmon may

17  create or procure a competitive market analysis platform

18  to offer to its customers, Jewmon shall not utilize any

19  portion of the software and shall not copy the look and

20  feel of the software/website."

21         Were you aware of that covenant?

22    A    No.

23    Q    Were you aware -- were you ever aware before

24  this moment that Jewmon and its principals were not

25  allowed to create or procure a competitive market

Timothy Sykes
May 20, 2021

1   analysis platform prior to the termination of this

2   agreement?

3           MR. COLWELL:  Objection.

4   BY MR. FELDMAN:

5       Q    Were you ever aware of that?

6           MR. COLWELL:  Misstates the document.

7           MR. JAFFE:  Objection.

8           THE WITNESS:  I'm aware now, thanks to reading

9       this document.

10  BY MR. FELDMAN:

11      Q    Right.  So if, in fact, you had an interest

12  in, directly or indirectly, any other real-time market

13  data analysis platform before termination of this

14  agreement, that would have been in violation of this --

15  of this agreement, correct?

16          MR. COLWELL:  Objection.  Legal conclusion.

17          MR. JAFFE:  Objection.

18          MR. COLWELL:  Misstates the document.

19          THE WITNESS:  I don't know.  I'm not a lawyer.

20  BY MR. FELDMAN:

21      Q    Well, let me -- I understand you're not a

22  lawyer, but let me ask you what this sentence means to

23  you:  "After termination of this agreement, while it's

24  acknowledged that Jewmon may create or procure a

25  competitive market analysis platform to offer to its

Timothy Sykes
May 20, 2021

1  customers, Jewmon shall not utilize any portion of the

2  software and shall not copy the look and feel of the

3  software website."

4        Do you have an understanding of that sentence?

5     A    I understand that sentence, and I don't think

6  the new software has anything to do with the old

7  software.

8     Q    Okay.  So what do you understand this sentence

9  to mean?

10        MR. JAFFE:  Objection.

11        THE WITNESS:  Exactly what's on the page.

12  BY MR. FELDMAN:

13     Q    Okay.  Now, you just said that you don't think

14  that StocksToTrade version 2 has the look and feel of

15  the white label product.

16        Is that -- do I understand you correctly?

17     A    I don't think --

18        MR. COLWELL:  Objection.

19        THE WITNESS:  -- it has anything to do

20        programming wise or look or feel.  I don't know

21        this stuff because I'm not involved in this.

22        This is what I'm saying.  You're asking the

23        wrong guy this stuff.  Ask Zach.  Ask Joel.  Ask

24        Jamil.

25        Let me finish, please.

Timothy Sykes
May 20, 2021

```
 1          They are involved in the business.  They're

 2      involved in the programming.  I am not.  So I can't

 3      give an accurate answer when I'm not involved in

 4      the programming.

 5          I don't know what code looks like.  I don't

 6      know, you know, what the -- the failures were with

 7      EquityFeed.  I don't know what -- why EquityFeed

 8      failed and why StocksToTrade succeeds.  I don't

 9      understand that stuff.

10          All I know is, I'm a teacher and I am teaching

11      my lessons.

12  BY MR. FELDMAN:

13      Q    Okay.  Okay.

14          Why was it -- why was it, Mr. Sykes, that

15  StocksToTrade.com was created?  StocksToTrade.com,

16  Incorporated, the Delaware entity, why was that created?

17          MR. COLWELL:  Objection.

18          THE WITNESS:  I mean, I've explained this for

19      the third time.  I acquired the name from a

20      student.  I thought it was a good name, so that

21      became the name of the company.

22  BY MR. FELDMAN:

23      Q    Why did you -- why was there a need for yet

24  another company, StocksToTrade.com, Inc.?  Why was there

25  a need for a new company?
```

Timothy Sykes
May 20, 2021

```
 1        A    I don't know.  I'm not a business guy.  I'm
 2   not a lawyer.  I just listen to my team.
 3        Q    I mean, you would agree that Jewmon could have
 4   as easily marketed the StocksToTrade 2 product as it did
 5   the white label product, correct?
 6             MR. JAFFE:  Objection.  Speculation.
 7             MR. COLWELL:  Objection.
 8             THE WITNESS:  I don't know.  I wasn't involved
 9        in those decisions.
10   BY MR. FELDMAN:
11        Q    Isn't it true that Jewmon actually went to
12   market and announced that it was going to be selling the
13   StocksToTrade 2 product?  Isn't that true?
14             MR. JAFFE:  Objection.  Foundation.
15             MR. COLWELL:  Objection.
16             THE WITNESS:  I don't know.  I don't write the
17        blog posts for StocksToTrade.  I don't write -- if
18        there's a press release, I don't write the press
19        releases.
20   BY MR. FELDMAN:
21        Q    Let's look -- let's go back to the
22   announcement.  Okay?
23        A    Okay.
24             MR. FELDMAN:  Elad, would you put up the
25        announcement, please.
```

Timothy Sykes
May 20, 2021

```
 1            We're looking at the announcement.  What
 2       Exhibit Number is this?
 3            MR. BOTWIN:  Exhibit 29.
 4  BY MR. FELDMAN:
 5       Q    It says, "As you now know, as you have read by
 6  now, StocksToTrade and EquityFeed are parting ways."
 7            Do you see that?
 8       A    I see that, but I did not write that.
 9       Q    Right.  And the -- the only company that had
10  an agreement with EquityFeed was Jewmon, correct?
11       A    Yes.
12       Q    So it was Jewmon and EquityFeed that were
13  parting ways, correct?
14       A    I mean, it says StocksToTrade and EquityFeed.
15  I don't know the legality of, you know -- you can read
16  it all right here.  I mean, this is -- this is the
17  parting of the ways clear as day.
18       Q    The parting of the ways was between EquityFeed
19  and Jewmon, correct?
20       A    It says StocksToTrade and EquityFeed, so I'll
21  go with what's written.
22       Q    Right.  StocksToTrade -- StocksToTrade was the
23  brand name given by Jewmon to the white label product,
24  correct?
25       A    I'm sorry.  I don't know the legality of, you
```

Timothy Sykes
May 20, 2021

```
 1    know, which company is which.

 2         Q    Mr. Sykes, the company that had the agreement

 3    with my client was Jewmon.

 4              Would you agree with that?

 5         A    That's what the agreement says, yes.

 6         Q    Thank you.

 7              Now, if you look at the second -- the second

 8    paragraph starts, "Here is what you need to know about

 9    your StocksToTrade account."

10         A    Yes.  I see --

11         Q    "The new STT 2.0 is almost ready.  It is a

12    desktop application built for Mac and Windows."

13              And then number 2, "As a StocksToTrade member,

14    you will gain access to the platform once it is ready.

15    We expect to be ready within 14 days."

16              I read that correctly?

17         A    Yes.

18         Q    So here we see Jewmon actually telling the

19    world that Jewmon is going to have the new product

20    available in 14 days, correct?

21              MR. JAFFE:  Objection.  Mischaracterization.

22              MR. COLWELL:  Objection.

23              THE WITNESS:  I don't know if it was ready in

24         14 days.

25              As you also saw in one of the videos, I also
```

Timothy Sykes
May 20, 2021

```
 1        said StocksToTrade mobile was coming, and it took
 2        five years to develop that.
 3             So things take time.  Even if you say it's
 4        going to be ready in 14 days, sometimes it's 21
 5        days, sometimes it's a year.  It's just not as
 6        simple as you're trying to make it out to be.  I
 7        wish it were.
 8  BY MR. FELDMAN:
 9     Q    Mr. Sykes, I'm not talking about the readiness
10  of the software.  I'm talking about which company is
11  saying that the software is ready and will be launching
12  it.
13             And you would agree that in this announcement
14  it was Jewmon that said that it would be launching the
15  new software, correct?
16             MR. JAFFE:  Objection.
17             MR. COLWELL:  Objection.
18             THE WITNESS:  But what you also have to
19        understand is, Jewmon is, you know, from my
20        understanding -- and again, I'm not a lawyer so
21        take it with a grain of salt, but Jewmon is a
22        corporate name.  Like for my website, Profit.ly, we
23        don't say TLC Media is proud to announce this.  We
24        say Profit.ly is proud to announce this.
25             So from my understanding, as basic as it might
```

Timothy Sykes
May 20, 2021

1          be, you have a legal name and then you have a

2          public facing name.

3               StocksToTrade is the public facing name and,

4          you know, Jewmon was the old name.  You know, we

5          had to change it so it gets confusing.  But from my

6          understanding, this is all just basic business.

7          That's how it's done.

8               And, again, I'm not a lawyer, so I could be

9          wrong, but that's what I think.

10   BY MR. FELDMAN:

11        Q    Mr. Sykes, how was it -- how was it that

12   StocksToTrade.com, Inc. was formed and ultimately

13   launched StocksToTrade 2.0 after Jewmon announced that

14   it would be launching StocksToTrade itself?

15               MR. JAFFE:  Objection.  No foundation.

16               THE WITNESS:  I don't know.  I'm not involved

17          in those decisions.  I never have been, I never

18          will be.

19   BY MR. FELDMAN:

20        Q    Do you know of any reason why Jewmon could not

21   have launched StocksToTrade 2.0?

22               MR. JAFFE:  Objection.

23               THE WITNESS:  From what I understand, Jewmon,

24          the name itself, because, you know, I'm Jewish and

25          Zach is Mormon, it wasn't very customer friendly.

Timothy Sykes
May 20, 2021

1          So I'm just speculating, but that might be why, one

2          of the reasons why.

3    BY MR. FELDMAN:

4          Q    Well, you guys ultimately fixed that by

5    changing the name of Jewmon, right?

6          A    I guess.  I don't know.  I wasn't involved in

7    anything.  I'm just -- I'm trying to give you answers

8    because I feel bad that I keep saying I'm not a lawyer.

9    I'm trying to help you.

10         Q    Mr. Sykes, would you agree that

11   StocksToTrade.com, because it was first formed in June

12   of 2015, could not have paid any of the millions of

13   dollars to the software developers that developed the

14   StocksToTrade 2 product?

15              MR. JAFFE:  Objection.

16              THE WITNESS:  Well, the millions of dollars

17         was spent over several years.

18              And again, I don't even know the specifics

19         whether it's 1 or 2 or 3 million.  And we're

20         talking about something that is developed over

21         seven years.

22              I don't -- if you ask me which year did you

23         spend the most?  I wouldn't even know.  That's not

24         my department.  So if --

25   BY MR. FELDMAN:

Timothy Sykes
May 20, 2021

```
 1        Q    And you would agree --

 2             MR. JAFFE:  Jeff, let him finish.

 3             THE WITNESS:  Can I finish?

 4             It's not that we spent millions of dollars

 5        all, you know, in whatever year you're claiming.  I

 6        mean, this has been a gradual improvement over

 7        time.

 8             And the costs have gone up over time and

 9        that's why in the video that you highlighted where

10        I said we don't make any money, you know, we were

11        losing a lot of money.

12   BY MR. FELDMAN:

13        Q    Mr. Sykes, you would agree -- would you agree

14   that StocksToTrade could not have paid any money for the

15   development of StocksToTrade 2.0 before it was formed in

16   June 2015?

17        A    I don't know how that works.  You'd have to

18   ask Zach.

19        Q    Okay.  Do you know if StocksToTrade.com, Inc.,

20   paid any money --

21        A    I have no idea.  I don't know.

22        Q    Let me finish the question.

23        A    Okay.

24        Q    Do you know if StocksToTrade.com, Inc. paid

25   any money to anyone to purchase the StocksToTrade 2.0
```

Timothy Sykes
May 20, 2021

1  tool?

2      A    I don't know the business specifics of what

3  was spent, how the programming was done.  That was not

4  my department at all.

5      Q    So you don't know, you have no understanding

6  as to how StocksToTrade.com, Inc., ended up launching

7  StocksToTrade 2. -- version 2.0; you have no idea how

8  that came to be, correct?

9      A    I do not know.  It was, you know, the

10  StocksToTrade team which, you know, you can ask Zach or

11  Joel.  They would probably have a better understanding

12  than I do.

13      Q    Okay.  Would you agree that if it was Jewmon

14  who laid out the money to develop StocksToTrade version

15  2.0, that that -- strike that.  If StocksToTrade --

16  strike that.

17          If Jewmon paid to develop StocksToTrade 2.0,

18  would you have expected StocksToTrade.com, Inc. to have

19  paid Jewmon for the purchase of the rights in the

20  StocksToTrade 2.0 tool?

21          MR. JAFFE:  Objection.  Speculation.

22          THE WITNESS:  I have no idea about the

23      question or any idea what you just said.  I don't

24      deal with any of these business dealings.  I just

25      don't.

Timothy Sykes
May 20, 2021

```
 1   BY MR. FELDMAN:
 2        Q    Isn't it true that all of these companies sort
 3   of work as one?
 4        A    I don't know.
 5             MR. JAFFE:  Objection.
 6             THE WITNESS:  I have people who, you know,
 7        manage the businesses.  I have, you know, the
 8        advice of lawyers and they deal with that.
 9   BY MR. FELDMAN:
10        Q    Okay.  So how many people work for you?
11        A    I don't know.  You'd have to ask Zach.  He
12   manages.
13        Q    Okay.  Do the people that work for Millionaire
14   Publishing also work for StocksToTrade.com, Inc.?
15        A    I don't know how it's set up.
16        Q    Isn't it true that the people who manage
17   Millionaire Publishing also manage -- manage
18   StocksToTrade.com, Inc.?
19             MR. COLWELL:  Objection.
20             THE WITNESS:  I don't know how -- I don't know
21        how it's set up.
22   BY MR. FELDMAN:
23        Q    Isn't true that both companies,
24   StocksToTrade.com, Inc. and Millionaire Publishing,
25   formerly Jewmon Enterprises, operate out of the same
```

Timothy Sykes
May 20, 2021

1   office?

2          MR. COLWELL:  Objection.

3          THE WITNESS:  No.  We have, you know, I know

4      we have multiple offices around the nation.  So

5      there might be some overlap.  I don't know

6      specifically though.

7   BY MR. FELDMAN:

8      Q    Where does StocksToTrade.com, Inc. do business

9   from?

10     A    I believe they're in Austin, Texas now.

11     Q    Okay.  And who is in that office?

12     A    That is Zach managing that because he just

13  moved to Austin.

14     Q    And before Zach moved to Austin, where was

15  StocksToTrade.com, Inc. located?  What was its --

16     A    I don't know exactly.  I don't know the

17  specifics of how it's set up.

18          I mean, before he used -- he used to live in

19  California.  But I don't know where the employees -- I

20  mean, I know Doug is involved and I believe he lives in,

21  I want to say, Washington.

22          I don't know.  I mean, also with the pandemic

23  everyone was virtual, so the office -- I mean, there

24  hasn't even been an office.

25     Q    You talked earlier about --

Timothy Sykes
May 20, 2021

1          MR. FELDMAN:  Actually, let's take a break at

2      this point.

3          THE WITNESS:  Sure.

4          MR. FELDMAN:  Carlos, how much time is left?

5          VIDEOGRAPHER:  An hour and 14 minutes,

6      Counselor.

7          MR. FELDMAN:  Thank you.

8          MR. JAFFE:  How long do you want to take,

9      Jeff?

10          MR. FELDMAN:  We'll take 10 minutes.

11          MR. JAFFE:  Sure thing.

12          MR. FELDMAN:  Okay.  Thanks.

13          THE WITNESS:  Thank you.

14          VIDEOGRAPHER:  We are now going off the video

15      record.  The time is 7:50 p.m. UTC, 3:50 p.m. EDT.

16          (Recess.)

17          VIDEOGRAPHER:  We are now back on the video

18      record.  The time is 8:06 p.m. UTC, 4:06 p.m. EDT.

19  BY MR. FELDMAN:

20      Q    Mr. Sykes, do you know Tim Bohen?

21      A    Yes.

22      Q    Who is he?

23      A    He is one of my students and he gives webinars

24  on StocksToTrade.

25      Q    Do you respect him?

Timothy Sykes
May 20, 2021

```
 1        A    Yes.

 2        Q    Does he -- does Tim Bohen use StocksToTrade

 3   for his daily trading?

 4        A    I believe so.

 5        Q    Do you believe that he knows how to navigate

 6   the StocksToTrade platform about as well as anyone?

 7             MR. COLWELL:  Objection.

 8             THE WITNESS:  I mean, he's up there, yeah.

 9        He's one of them.

10   BY MR. FELDMAN:

11        Q    Do you believe that he understands the value

12   of StocksToTrade as well as anyone?

13        A    Yes.

14             MR. COLWELL:  Objection.

15             MR. JAFFE:  Objection.

16             MR. FELDMAN:  Okay.  Elad, would you play the

17        Bohen 4-minute video, please.

18             MR. BOTWIN:  Okay.  This was previously shown

19        in, I believe, the Ben Alluch deposition, but I

20        cannot recall exhibit number it is.

21             So for purposes of this, this will be Exhibit

22        75.  One moment, please.

23             This is Exhibit 75 from the StocksToTrade

24        website.

25             (Exhibit No. 75 was marked for
```

Timothy Sykes
May 20, 2021

```
 1    identification.)

 2         MR. BOTWIN:  And I will start playing --

 3    actually -- yes, sound is working.

 4         Okay.  I will play now.

 5         (The following video was played:

 6         MR. BOHEN:  Hey, guys.  Lead trainer for

 7    StocksToTrade, Tim Bohen here, back with lesson

 8    four.

 9         What I want to focus on this one is what is

10    really one of the most powerful aspects of

11    StocksToTrade.  It is something that I have been

12    probably the most excited about, and that is the

13    stock screener.

14         So one of the biggest dilemmas for new

15    traders, intermediate traders, even advanced

16    traders is, how do I take the firehose of 16,000

17    stocks and turn those into a list that I can

18    actually trade for consistent profits.  You know,

19    there's stocks that are up big.  There's stocks

20    that are down big.  There's $100 stocks.  There's

21    $1000 stocks.  There's 1 cent stocks.  There's

22    thousands of a penny stocks.  Volume all over the

23    place, everything and in between that makes it very

24    difficult to then say, okay, this is my setup, give

25    me my setup so that I can then create a trade plan
```

Timothy Sykes
May 20, 2021

1   and look to potentially trade these.

2        So what we've done in StocksToTrade is made it

3   basically the one place to go to screen for stocks.

4        Something that drove me nuts for literally

5   years, I had been using multiple desktop apps,

6   multiple browser-based apps, web-based apps, all to

7   run the screeners that were basically programming

8   languages.

9        You know, I'm a techy guy, but I'm no

10  programmer.  And if you look at some of these, you

11  have a 200-page manual, nonstop variables, nonstop

12  criteria, and you're basically in there coding,

13  running this thing, seeing if it works, seeing if

14  it matches your stocks, comparing it to other

15  screeners to see if it's getting the criteria right

16  and matching the right stocks.  And I've often

17  found, even with some of these sites, they don't

18  always screen all the markets.

19       Some of them don't necessarily screen, like

20  OTC stocks or pink sheet stocks, which are very hot

21  right now.

22       It's fall 2016 right now and OTC stocks are

23  really where the action is.

24       Some of my favorite, before StocksToTrade,

25  screeners were the best looking and best usability,

Timothy Sykes
May 20, 2021

```
 1    but they didn't scan for OTCs and Amex stocks.  It

 2    was only NASDAQ and NYSE.

 3         We scan all markets.  We check basically

 4    almost unlimited criteria, once you figure lining

 5    up and matching up the criteria.  And we have, as

 6    far as I can tell, every indicator, technical and

 7    fundamental, that can be screened for all in one

 8    spot.

 9         So the beauty of it is, I now come in for the

10    day, I launch one program.

11         I used to have, you know, like, in Chrome, you

12    can have it auto open six tabs.  I've launched

13    that.  Wait for all of those to log in or launch.

14    Half of them wouldn't remember my password.  I'd

15    have to log into those.  I'd launch a couple apps,

16    constant annoyance and expensive.  Some of them

17    were $20 a month.  One of them was $80 a month, I

18    think.  By the time I had all these sites, I was

19    well in excess of StocksToTrade's monthly fee, and

20    I was way less efficient, simply because of having

21    to launch all these things and use all of them and

22    remember how this one works and remember how that

23    one works.

24         The beauty of StocksToTrade is it's all in one

25    spot.
```

Timothy Sykes
May 20, 2021

```
 1            So what I'm going to do for today is give you

 2       a basic tutorial, just kind of a -- or I should

 3       say, tour of the new screener, show you around a

 4       little bit, and then I've got my top three scans

 5       that I literally use every day and have used for

 6       close to ten years now to make --

 7            (Video stopped.)

 8            MR. FELDMAN:  Elad, I think we can stop at

 9       this point.

10            (Video continued:)

11            MR. BOHEN:  Okay.  The beauty of it is, is

12       you'll be able to follow along.  You'll be able to

13       type these into your StocksToTrade.

14            (Video ended.)

15  BY MR. FELDMAN:

16       Q    Okay.  We're getting short on time, Mr. Sykes,

17  so forgive me.

18            But I want to draw your attention to a

19  statement made very early in the video by Mr. Bohen,

20  where he stated that -- that the Screener Plus is one of

21  the most powerful aspects of StocksToTrade.

22            You heard him say that, correct?

23       A    Yes.

24       Q    Okay.  And Screener Plus is, in fact, that

25  module that we talked about it earlier at StocksToTrade
```

Timothy Sykes
May 20, 2021

1    2.0 that allows people to select pre-programmed criteria

2    in order to find the needle in the haystack, correct?

3         A    Okay.

4         Q    You would agree with that?

5         A    Sure.

6         Q    Okay.  So you have throughout the video sort

7    of diminished the significance of Screener Plus because

8    you're promoting your, what you call yours, 40 -- the 40

9    scans.

10             Let me -- let me step back.

11             Whether the 40 scans are yours or not will be

12   determined in this lawsuit.  That said, here's the

13   question:  You have throughout this deposition talked

14   about the importance of the 40 scans --

15        A    Yes.

16        Q    -- correct?

17        A    Correct.

18        Q    But you would agree that your chief educator,

19   other than yourself, Tim Bohen, you would agree he is --

20   he is, other than you, one of the chief educators in

21   your -- in your company, correct?

22             MR. COLWELL:  Objection.

23             THE WITNESS:  I mean, he's one of the -- he's

24        one of the educators.  I don't know how you

25        determine who's a chief and who's not.  We have

Timothy Sykes
May 20, 2021

```
 1        several students who now webinars and they all, you

 2        know, fall under the same labels now.

 3   BY MR. FELDMAN:

 4        Q    Okay.  But Mr. Bohen, you would agree, calls

 5   Screener Plus one of the most powerful aspects of

 6   StocksToTrade?

 7        A    For him, yes.  Every -- every trader is

 8   slightly different.

 9        Q    And the Screener Plus is the scanning module

10   we talked about earlier?

11             MR. COLWELL:  Objection.

12             MR. JAFFE:  Objection.

13             THE WITNESS:  I don't know.  That's kind of

14        vague.

15   BY MR. FELDMAN:

16        Q    Screener Plus, is that -- that --

17        A    We talked about a lot of stuff today.

18        Q    Mr. Sykes, Screener Plus is that element, that

19   function on StocksToTrade 2.0 that allows people to

20   select pre-listed criteria in order to find the needle

21   in the haystack, correct?

22             MR. COLWELL:  Objection.

23             THE WITNESS:  I believe so.

24   BY MR. FELDMAN:

25        Q    Okay.  And if your -- if Mr. Bohen says that
```

Timothy Sykes
May 20, 2021

```
 1   Screener Plus is one of the most powerful aspects of
 2   StocksToTrade, you would not dispute him on that point,
 3   correct?
 4        A    I don't try to dispute what works for other
 5   traders.  Every trader has a slightly different process.
 6   Tim Bohen has a different strategy than mine.  It works
 7   for him, it doesn't necessarily work for me.
 8             We have other students, like Jack Kellogg,
 9   Matt Monaco, they have different favorite tools, too.
10             I prefer StocksToTrade Breaking News.  Other
11   traders don't use StocksToTrade Breaking News.  So it's
12   not just one size fits all.
13        Q    Okay.  I need to -- I need to put you on mute
14   for one second.
15        A    Okay.
16        Q    All right.  You mentioned -- you mentioned
17   someone named Jamil.
18        A    Yes.
19        Q    Who is Jamil?
20        A    Jamil -- excuse me.  He is one of my trading
21   challenge students who I guess contacted me or contacted
22   Zach and said, I'm a programmer, you know, I can -- I
23   can help you create some programs.
24        Q    Okay.  And then did it ever come to be --
25   strike that.
```

Timothy Sykes
May 20, 2021

```
 1            Did he ever end up working for

 2    StocksToTrade.com, Inc.?

 3        A    I don't know specifically who his employment,

 4    what company is under, but he's, yes, a programmer for

 5    us.

 6        Q    You say "us."  Who is "us?"

 7        A    The team.

 8        Q    Okay.  What role did Jamil have in the

 9    development of StocksToTrade 2.0?

10            MR. COLWELL:  Objection.

11            THE WITNESS:  I believe he manages other

12        programmers.

13    BY MR. FELDMAN:

14        Q    Okay.  Let me -- let me -- in recognition of

15    the objection that was made.

16            Did Jamil have any involvement in the

17    development of StocksToTrade 2.0?

18        A    Yes, I believe so.

19        Q    What -- what role did he play?

20            MR. COLWELL:  Objection.

21            THE WITNESS:  I don't know specifically.  I

22        don't deal with the programmers.

23    BY MR. FELDMAN:

24        Q    Okay.  Before Jamil came on board -- strike

25    that.
```

Timothy Sykes
May 20, 2021

```
 1              Did -- did Jamil, in your view, make any
 2   material contribution to the design of StocksToTrade
 3   2.0?
 4       A    I don't know what he designed versus others.
 5   I know we had several programmers working on it.  I
 6   don't know who did what.
 7       Q    Okay.  How long had StocksToTrade 2.0 been in
 8   development prior to Jamil's involvement?
 9       A    I don't know the specifics.
10       Q    Approximately?
11       A    I literally have no idea.  I was never
12   involved in that.
13       Q    Okay.  Do you know who Jamil worked with at
14   the -- at the software developers?
15       A    No, I don't know the programmers' names.
16       Q    I asked you before about the beta testing.
17            As you sit here today, you have no knowledge
18   at all about who managed the beta testing that was done
19   on StocksToTrade 2.0?
20       A    I don't know.
21       Q    You have no -- no knowledge at all of any of
22   the 150 people that were beta testing the product?
23       A    No knowledge whatsoever.
24       Q    Were they your students?
25       A    I'm assuming they were, but I can't say
```

Timothy Sykes
May 20, 2021

```
 1   definitively or not.

 2          MR. FELDMAN:  Elad, did you get an email from

 3      Susan Latham?

 4          MR. BOTWIN:  Yes.  How recently?

 5          MR. FELDMAN:  Just in the last few minutes.

 6          MR. BOTWIN:  Not in the last few -- wait.

 7      Yes, yes.

 8          MR. FELDMAN:  And those should be a series of

 9      screens.  Can you check to see if that's --

10          MS. LATHAM:  It's a ten-page document, Elad.

11          MR. BOTWIN:  Yes.  Yes.  I'm confirming I

12      received it.

13          MR. FELDMAN:  Okay.  Let's mark that document,

14      please.  Okay?

15          MR. BOTWIN:  That would be Composite Exhibit

16      76.

17          (Exhibit No. 76 was marked for

18      identification.)

19   BY MR. FELDMAN:

20      Q    Okay.  I'm going to show you composite Exhibit

21   76.

22          MR. BOTWIN:  As soon as I get everything

23      sorted out on my end.

24          MR. FELDMAN:  Carlos, how much time is left,

25      please.
```

Timothy Sykes
May 20, 2021

```
 1              THE WITNESS:  You have 59 minutes left,

 2        Counselor.

 3              MR. FELDMAN:  Okay.

 4              MR. BOTWIN:  Composite Exhibit 76 is being

 5        uploaded to the chat.  It is now in the chat.  And

 6        I will now proceed to screen share that document.

 7              MR. FELDMAN:  And we'll mark this document --

 8        for the time being, let's mark this document --

 9        actually, I need -- before I say what I was going

10        to say, let me -- let me just pause.  Give me one

11        moment.  I'm going to put you on mute.

12              Okay.  Let's proceed.  It's Exhibit 76, Elad;

13        is that correct?

14              MR. BOTWIN:  Correct.

15   BY MR. FELDMAN:

16        Q    So I'm showing you Exhibit 76.  And I think

17   there's ten pages to the exhibit.

18              MR. BOTWIN:  Correct.

19   BY MR. FELDMAN:

20        Q    And we'll go through each page.  But I'm

21   showing you page 1, very first page.

22              And do you recognize the contents of the first

23   page of the exhibit?

24        A    Yes.

25        Q    What do you recognize it as?
```

Timothy Sykes
May 20, 2021

```
 1      A    These are the scans that I use every day.

 2      Q    Okay.  These are -- if we'll run through the

 3  ten pages, the question will be, do these ten pages

 4  represent the 40 scans that you've been referring to in

 5  this deposition?

 6           MR. FELDMAN:  Go ahead, please, Elad, if you

 7      would run through them.

 8           Next page.

 9           Next page.

10           Next page.

11           Next page.

12           Next page.

13           Next page.

14           Next page.

15           Next page.

16           Next page.

17           Is that the last page?

18           MR. BOTWIN:  Yes.

19  BY MR. FELDMAN:

20      Q    Okay.  I've shown you the entirety of the

21  exhibit.

22           Do you agree that the criteria indicators in

23  these ten pages represent the 40 scans you've been

24  making reference to in this deposition?

25      A    Yes.
```

Timothy Sykes
May 20, 2021

```
 1        Q    And you recognize these 40 scans as being on
 2   the white label product, correct?
 3        A    I mean, this is the first time I'm really
 4   seeing it.  But yeah, I mean, this is -- these are my
 5   scans.
 6        Q    Right.  These -- these scans were customized
 7   to the white label product, correct?
 8             MR. COLWELL:  Objection.
 9             THE WITNESS:  I believe so.
10             MR. JAFFE:  Objection to the form.
11             THE WITNESS:  With many bugs, yes.  They
12        were -- they were implemented, but not
13        successfully.
14   BY MR. FELDMAN:
15        Q    Right.  And so what -- you would agree that
16   the same 40 scans are now on StocksToTrade 2.0, correct?
17        A    This, and many more now.
18        Q    Right.  But you never sought my client's
19   consent before you included these 40 scans into the
20   StocksToTrade 2.0 product, did you?
21             MR. JAFFE:  Objection.
22             THE WITNESS:  I mean, they're my scans, so I
23        don't need really anybody's permission for my own
24        lessons that I've refined over 20-plus years.
25   BY MR. FELDMAN:
```

Timothy Sykes
May 20, 2021

```
1        Q      You're saying that even though in paragraph 13

2    Jewmon conceded that the software with any upgrades,

3    customizations, updates and modifications are

4    proprietary to EquityFeed?

5               MR. COLWELL:  Objection.

6               MR. JAFFE:  Form objection.

7               THE WITNESS:  The soft -- the scans --

8               MR. COLWELL:  Legal conclusion.

9               THE WITNESS:  The scans -- sorry.

10              The scans on EquityFeed didn't work, so why

11         would we want to transport scans that didn't work

12         to a new platform?

13              We used my scans, my intellectual property,

14         and then we put it on a software that actually

15         worked.

16              We -- we don't want to do anything on a

17         software that doesn't work, frankly.  And

18         EquityFeed, I'm sorry to say, we tried to work with

19         them, but, you know, I think Stephan had some

20         issues, maybe his programmers had issues, I don't

21         know, I'm not a programmer, so I can't attest to

22         why these scans couldn't be, you know, functional

23         on a -- on a daily basis.  But that was the problem

24         with EquityFeed.

25              So there's two parts to your question.  It's
```

Timothy Sykes
May 20, 2021

```
1         not just the actual scans.  It's can they work on a

2         software?  And your client did not -- did not do

3         his job.

4  BY MR. FELDMAN:

5         Q    Mr. Sykes, in paragraph 2 of the license

6  agreement, software is defined as the EquityFeed

7  computer software for the web-based market analysis

8  platform known as EquityFeed, including any additions,

9  modifications, alterations, enhancements, upgrades and

10 customizations made thereto for Jewmon's purposes as set

11 out in the agreement.  That's the way it's defined.

12              So the word software includes customizations.

13              And in paragraph 13, Jewmon agreed that it

14 would not claim any rights to ownership of the software,

15 which includes customizations.  And now you're here

16 claiming ownership of these customizations, correct?

17              MR. JAFFE:  Object to the speech.

18              MR. COLWELL:  Objection.

19              THE WITNESS:  Well, unfortunately, your client

20         could not fulfill the part of the contract making

21         my scans into a white label product.

22              Your client failed for -- again, this is, you

23         know, this is between you and him and the

24         programmers.

25              For whatever reason, I don't understand why he
```

Timothy Sykes
May 20, 2021

```
1          failed, because as you can see with these scans
2          they're actually pretty simple.  So it kind of
3          boggles my mind that you could fail to implement
4          such simple scans.
5               But this is the rub.  We did not want to work
6          with a software platform that could not implement
7          my personal favorite scans.
8               He can use them, you know, like anybody can
9          use them, they're out in the internet.  I mean, I
10         don't -- I don't have them patented or trademarked.
11         But the difference is, is that, StocksToTrade 2.0,
12         the scans work.  It is functional.
13              So when you have a functional platform versus
14         a non-functional platform, customers are going to
15         want to go to the functional platform.  I'm sorry.
16   BY MR. FELDMAN:
17         Q    Well, Mr. Sykes, now that you see that Jewmon
18   had agreed that it would not claim any ownership of the
19   software, which includes the customizations, will you
20   now agree to cease using these 40 scans in your
21   business?
22              MR. COLWELL:  Objection.
23              MR. JAFFE:  Objection.  Lack of foundation.
24              THE WITNESS:  I won't agree to anything
25         because I'm not a lawyer.
```

Timothy Sykes
May 20, 2021

1              Again, like, you know, these are scans that

2        I've been personally using for 20-plus years.

3              When your client came to me saying he wanted

4        to work with me, you know, I didn't know at the

5        time that he wanted to steal my hard work and, you

6        know, not even do a good job at it, like, have a

7        software program that was buggy.

8              If I had known that, I wish I could go back in

9        time and say, you know what, like, I should

10       probably just work on this myself, because I didn't

11       know how, you know, how this would end up.  I wish

12       I could go back, but hindsight is 20/20.

13   BY MR. FELDMAN:

14       Q    So it annoys you that the thought that my

15   client would copy your 40 scans, that would really annoy

16   you, wouldn't it?

17              MR. JAFFE:  Objection.  Argumentative.

18              THE WITNESS:  Literally any platform can have

19       this.

20              The difference between your client and

21       StocksToTrade 2.0 is that our software actually

22       functions.

23              For a variety of reasons, again, which I am

24       not privy to, your client and EquityFeed could not

25       function.  And so, you can talk to Zach, you know,

Timothy Sykes
May 20, 2021

```
 1        see the details, see why it didn't work.  But to

 2        the best of my knowledge your client with these

 3        scans, there was some conflict.

 4             So I can give my scans, but if you can't get

 5        the software to work, then I can't promote it.

 6   BY MR. FELDMAN:

 7        Q    But you just made a reference to my client

 8   stealing your scans.  You said that, didn't you?

 9        A    Well, you just claimed that my scans are

10   somehow in his possession and I need to ask for his

11   permission, which I don't agree with.

12             But again, I'm not a lawyer.  I just come with

13   my scans, and then I go to whichever software platform

14   can provide and actually function.

15             When there's a software platform where I bring

16   my scans to, my own expertise, my own intelligence, my

17   own lessons and the platform cannot operate, cannot

18   function, there's nothing more to really be said.

19        Q    What is it -- what is it that upsets you about

20   the notion of somebody using someone else's property

21   without asking for permission?  What is it about that

22   that upsets you?

23             MR. JAFFE:  Objection.  Foundation.

24             THE WITNESS:  I mean, I'm not upset.  Like I

25        said, I wish I could go back in time and not reply
```

Timothy Sykes
May 20, 2021

 1      to Stephan's message saying he wanted to work with

 2      me, because, unfortunately, you know, he's turning

 3      out to be very similar to most of the people in

 4      this industry, where you make big promises but you

 5      can't come through.

 6  BY MR. FELDMAN:

 7      Q    Isn't it true that you approached him,

 8  Mr. Sykes?

 9      A    I don't believe so.  I believe he approached

10  me.  And like I said, I get approached by thousands of

11  people.  You know, we gave him a chance and he failed.

12      Q    Isn't it true -- if, in fact, it was you who

13  approached him and it was you who expressed an interest

14  in the -- in the EquityFeed product --

15      A    I mean, I remember --

16          MR. JAFFE:  Let him finish his question.

17          THE WITNESS:  Go ahead.

18  BY MR. FELDMAN:

19      Q    If, in fact, you approached him with an

20  interest in the EquityFeed product, you would agree

21  that -- that would indicate that you had actually seen

22  and even used the EquityFeed product before contacting

23  him, correct?

24          MR. JAFFE:  Objection.  Foundation and

25      speculation.

Timothy Sykes
May 20, 2021

1              THE WITNESS:  I mean, again, this was so many

2         years ago, we talked with thousands of data

3         providers.

4              I do regret giving Stephan a chance.  I wish I

5         had known how, you know, whatever happened on his

6         end.  Again, I don't know.  Maybe you can talk with

7         him and see where the problems lie.

8              I wish, you know, I had gone to a more

9         reputable, a better firm.  But I can't go back in

10        time and here we are.

11   BY MR. FELDMAN:

12        Q    Isn't it -- I mean, you're saying that you

13   gave him a chance.

14              Isn't it true he gave you a chance?

15        A    I mean, this is like he said/she said.  I

16   really don't care.

17              The point is, is that it didn't work out.  He

18   failed.  We have numerous complaints.

19              Zach, you know, who he was working with, was

20   gradually saying, you know, we just can't work with him.

21              So I don't know.  Again, I don't know the

22   specifics.  I just know that it didn't work out, so we

23   had to move on.

24              And I believe, as I said early on in this

25   testimony, I believe that when we left, not only did

Timothy Sykes
May 20, 2021

```
 1    StocksToTrade say the relationship is over but we wish

 2    them well, I do believe when this was over -- and again,

 3    I don't know specifically, but I have a vague notion

 4    that EquityFeed said something like StocksToTrade and

 5    EquityFeed are no longer together.  We wish them well.

 6            Like, it wasn't a bad breakup, and that's why,

 7    frankly, this whole situation is confusing, because I

 8    thought that we ended on pretty good terms.  I didn't

 9    know.

10       Q    Okay.  Let's -- I want to continue to explore

11    this notion about people using property of another.

12            MR. JAFFE:  Are you done with the exhibit?

13       Jeff, are you done with the exhibit?

14            MR. FELDMAN:  Yes.  Yes.

15    BY MR. FELDMAN:

16       Q    Now, I want to explore this notion of people

17    using others' property without their permission.

18            MR. FELDMAN:  So in that -- in that regard,

19       Elad, would you put up the comparative video,

20       please?

21            MR. BOTWIN:  Yes.  One moment, please.

22            This is -- this video is about 19 minutes

23       long, correct?

24            MR. FELDMAN:  I believe it is, yes.

25            MR. BOTWIN:  Okay.
```

Timothy Sykes
May 20, 2021

```
 1            MR. FELDMAN:  And what I'll probably end up

 2       doing is stopping it along the way to ask

 3       questions.  I don't know if we'll get through the

 4       entirety of it.  But let's see -- let's see where

 5       it goes.

 6            MR. BOTWIN:  Okay.  I'm going to see if Zoom

 7       lets me upload this, because this is 238 megabytes.

 8       It's uploading right now, so I believe we're good.

 9            This will be Exhibit 77.

10            (Exhibit No. 77 was marked for

11       identification.)

12            MR. COLWELL:  Just note for the record -- this

13       is Gabe Colwell.  The video stopped working for

14       about 5 minutes there, so I'm joining back in.

15            MR. BOTWIN:  The upload is about halfway done.

16            It should be done in -- just has several

17       seconds.

18            There it is.  It is now in the chat and I will

19       now proceed to screen share the video.

20  BY MR. FELDMAN:

21       Q    Now, Mr. Sykes, I'm going to represent to you

22  what we're putting up are comparative images of Screener

23  Plus next to Filter Builder; Filter Builder being the

24  Scanz Technologies/EquityFeed product, and Screener Plus

25  being the StocksToTrade 2.0 product.  Okay?
```

Timothy Sykes
May 20, 2021

1      A     Okay.

2      Q     And I'm going to -- I'm going to let this run.

3   But here's the question -- question will be at the end

4   of the video:  Do you agree, based on what is being

5   shown comparatively between the two products, Filter

6   Builder and Screener Plus, that the two have the same

7   look and feel?  That will be the question.

8           I think this is going to be a lot easier and

9   it will be quicker, because I know you have a flight to

10  catch, so it's going to be -- it's going to be one

11  question.

12          Based on what you're looking at, do you agree

13  that Filter Builder -- that Screener Plus has the same

14  look and feel as Scanz Technologies' Filter Builder?

15  That will be the question.

16          MR. FELDMAN:  If you would, please, let's run

17      the video.

18          (Video played.)

19          MR. COLWELL:  While we're waiting for this

20      lengthy video to end, I will pose an objection to

21      the form of the question.

22          MR. FELDMAN:  Elad, how many minutes are left

23      of the video, please?

24          Okay.  Pause the video.

25          (Video stopped.)

Timothy Sykes
May 20, 2021

```
1              MR. FELDMAN:  How many more minutes are left?

2              MR. BOTWIN:  About 6 minutes and 40 seconds.

3              MR. FELDMAN:  Let's play it through, please.

4              (Video continued.)

5              MR. FELDMAN:  Elad, what exhibit number is

6         this again?

7              MR. BOTWIN:  77.

8              And the video ended.

9              (Video ended.)

10   BY MR. FELDMAN:

11        Q    All right.  Mr. Sykes, you agree that we've

12   permitted you to do the entirety of Exhibit 77, correct?

13        A    I've seen Exhibit 77, yes.

14        Q    Okay.  And based on what you observed in

15   Exhibit 77, would you agree that Filter Builder and

16   Screener Plus have the same look and feel?

17              MR. JAFFE:  Objection to the form.

18              MR. COLWELL:  Objection.

19              THE WITNESS:  I would disagree.  I mean, I

20         could come up with a whole list of notes if you

21         really wanted to test, but basically several things

22         stood out; namely, with the big percent change.

23              I don't know how familiar you are with

24         technical indicators, but there were are several

25         more indicators on the new StocksToTrade version
```

Timothy Sykes
May 20, 2021

```
 1   2.0.  I believe there was after hours and two days.
 2        Also, with the number of results found, I
 3   don't know what scan was being run, but I believe
 4   the EquityFeed search results had roughly 8500
 5   results.  StocksToTrade 2.0 had 8800.
 6        So, you know, tons of small changes, not to
 7   mention the new software is much more visually
 8   stimulating, the colors, the boxes, the whole look,
 9   the style of the website.
10        But most importantly, what I should really
11   mention, because, again, I don't know how
12   technically proficient you are with technical
13   indicators, but it's like comparing pizza places.
14        You have all these pizza places with pepperoni
15   pizza, you know, mushroom pizza, vegetarian cheese
16   pizza, so they have similar pizzas, because, again,
17   in finance you're looking at the same indicators.
18        I mean, every book, every website, every
19   trading platform, whether it's FINVIZ,
20   stockschart.com, bigcharts.com, E-Trade, Fidelity,
21   Schwab, every, single website has the exact, same
22   technical indicators.
23        The small differences matter.
24        And the biggest thing is, not all pizzerias
25   are successful, not all trading platforms and
```

Timothy Sykes
May 20, 2021

1   research platforms are useful.

2        So the difference between -- on that scan,

3   just, for example, where, you know, you're trying

4   to make it look very similar, the EquityFeed scan

5   had 8500 stocks, StocksToTrade 2.0 had 8800.  That

6   300 stocks doesn't -- it might not seem like a lot,

7   but maybe those 300 stocks could be the best stocks

8   that we're trading.

9        So you can't just look at, you know, similar

10  indicators, similar technical indicators, because

11  then it's like comparing pizzerias.  And we know

12  for a fact that many pizzerias fail.  We know that

13  EquityFeed with my scanners, for whatever reason,

14  whether it's Stephan's incompetence, the

15  programmer's incompetence, you know, whether there

16  was some data issues, I don't know the specifics.

17       All I know is that for whatever reason it did

18  not work.

19       So it was -- and as you have shown me in

20  several files and now we have my scans, along with

21  what I believe is a more visually stunning

22  software, using, again, industry recognized

23  technical indicators across everything with, I

24  think a little more indicators, like I said, the

25  after hours and the two days, that's just one note.

Timothy Sykes
May 20, 2021

```
1          I can come up with dozens if I had more time.  But
2          it's apples to oranges.  It's not apples to apples.
3          That's what I saw.
4   BY MR. FELDMAN:
5          Q    Okay.  So the answer to my question is, no,
6   Mr. Feldman, they do not have the same look and feel,
7   correct?
8          A    Correct.  They are very different.  And that
9   is the difference between success and failure in an
10  industry where 90 percent of traders lose.  It's the
11  small things.
12          Like, this is a game of inches, no different
13  than, you know, in football where it's, like, fourth and
14  one, oh, you got stopped at fourth and one, the game's
15  over.  Oh, you made it on fourth and one, it's a
16  touchdown.
17          It's those small changes and the small
18  different -- differences between success and failure.
19          Q    Okay.  What is Wolf Millionaire?  Do you know
20  that company?
21          MR. JAFFE:  I didn't hear you.  Could you
22          repeat that, Jeff?
23  BY MR. FELDMAN:
24          Q    Wolf Millionaire, do you know that company?
25          A    Wolf Millionaire was one of the projects that
```

Timothy Sykes
May 20, 2021

1   we tried that actually failed, where we were trying to

2   teach -- my friend, Anthony, had an Instagram strategy

3   where, you know, he was -- he was trying to network a

4   whole bunch of Instagram accounts and grow them

5   simultaneously.

6          So we created a trading course -- or not a

7   trading course, sorry -- an Instagram course through

8   social media and, you know, that one -- that one failed,

9   too.  Some of our projects fail.

10          MR. FELDMAN:  I want to go back to Exhibit 73.

11  BY MR. FELDMAN:

12     Q    Do you see any similarity between Screener --

13  based on what you saw in Exhibit 73, do you see any

14  similarity between --

15     A    Yes.

16     Q    -- Screener Plus and Filter Builder?

17          MR. JAFFE:  Objection.

18          THE WITNESS:  Both websites use --

19          MR. COLWELL:  Objection.

20          THE WITNESS:  -- industry -- sorry.

21          Both websites use industry recognized

22     statistics, industry recognized scans.

23          Literally 50-plus brokers use -- I don't know

24     how they came to it, but, I mean, there's like 50

25     or maybe even 100 different brokers that have the

Timothy Sykes
May 20, 2021

```
 1        same, call it, like, 50 to 70 advanced technicals.

 2        So it's that same list.  And this is what every

 3        website known to finance, with trading

 4        specifically, does.

 5   BY MR. FELDMAN:

 6        Q    And so the question is, did you see similarity

 7   between Screener Plus and Filter Builder based on --

 8        A    Again --

 9        Q    -- what you saw in Exhibit 73?

10             MR. JAFFE:  Objection.  Asked and answered.

11             MR. COLWELL:  Objection.

12             THE WITNESS:  Every, single financial website

13        uses these same indicators, so yes.

14   BY MR. FELDMAN:

15        Q    I'm not asking about every one.  I'm asking

16   you, did you see similarity between Screener Plus and

17   Filter Builder based on what you observed in Exhibit 73?

18             I'm not asking you about any other -- any

19   other tool.

20             I'm asking --

21        A    Gotcha.

22   BY MR. FELDMAN:

23        Q    -- based on what you saw in Exhibit 73, did

24   you see similarity between Filter Builder and Screener

25   Plus, yes or no?
```

Timothy Sykes
May 20, 2021

```
 1              MR. COLWELL:  Objection.

 2              MR. JAFFE:  Objection.  Asked and answered.

 3              THE WITNESS:  I saw similarities and I saw the

 4        differences, and I explained the many differences.

 5   BY MR. FELDMAN:

 6        Q    Okay.  And did you see duplication between --

 7   based on what you saw in Exhibit 73, did you see

 8   duplication between Screener Builder and Filter Builder?

 9              MR. JAFFE:  Objection.

10              MR. COLWELL:  Objection.

11              THE WITNESS:  No.  StocksToTrade 2.0 is

12        significantly more visually stunning for users.

13   BY MR. FELDMAN:

14        Q    So you -- you deny that Screener Plus is a --

15   is a duplicate of Filter Builder?

16        A    Correct.  I deny that.

17        Q    Okay.  And you deny that Screener Plus was

18   developed using Filter Builder?  Do you deny that?

19        A    I don't know.  I wasn't involved in the

20   development, but I don't think that they are the same.

21        Q    Why don't you think that?  No, no.  Let me

22   stop.

23        A    I just explained.

24        Q    I'm going to withdraw the question.

25        A    Okay.
```

Timothy Sykes
May 20, 2021

1    Q    Do you -- do you know whether the people who

2    developed Screener Plus looked at Filter Builder while

3    developing StocksToTrade 2.0?

4    A    I don't know.  You have to ask them.  I'm not

5    going to speculate.

6    Q    Isn't it true that Jamil spoke to you about

7    the similarities between Screener Plus and Filter

8    Builder?

9    A    I don't recall that.

10   Q    Isn't it true that he had expressed concern

11   about the similarities between Screener Plus and Filter

12   Builder?

13   A    I don't recall that.

14   Q    But as you sit here, you don't know whether

15   the people who developed StocksToTrade 2.0 looked at

16   Filter Builder in order to obtain ideas for

17   StocksToTrade 2.0?  You have no knowledge if that was

18   done, correct?

19   A    I don't even know the people who designed it,

20   so I don't know what the people who designed it did.  I

21   was not involved in any of that, and I don't want to

22   speculate.

23   Q    So if, in fact, they didn't -- if, in fact,

24   the developers of StocksToTrade 2.0 looked at Filter

25   Builder, the Scanz product, while developing

Timothy Sykes
May 20, 2021

1   StocksToTrade 2.0, would that surprise you?

2          MR. JAFFE:  Objection.  Speculation.

3          THE WITNESS:  I can't answer hypothetical

4      questions with people I don't even know.  I'm

5      sorry.  You're stretching where I -- my knowledge

6      is limited to a certain field.  I'm not -- I'm not

7      all knowing.

8   BY MR. FELDMAN:

9      Q    So just to -- we're almost done, okay?

10          So at the end of the day, your bottom line is,

11   is that, Screener Plus and Filter Builder, based on

12   Exhibit 73, do not have the same look and feel, correct?

13          MR. COLWELL:  Objection.

14          THE WITNESS:  Correct.  They are very

15      different.

16   BY MR. FELDMAN:

17      Q    They are not duplicates, correct?

18      A    No, they are not duplicates.

19      Q    But you don't know if the people who developed

20   StocksToTrade 2.0 looked at, consulted Filter Builder

21   while developing StocksToTrade 2.0?

22      A    I don't know.  I'm sorry.

23      Q    And at no point in your life prior to today

24   have you ever seen Screener Plus and Filter Builder side

25   by side as you did today, correct?

Timothy Sykes
May 20, 2021

```
 1       A    Until that video I have not seen that.

 2            But again, now I really understand why

 3  StocksToTrade 2.0 succeeds where EquityFeed fails.

 4            As I mentioned and began to mention, there are

 5  many differences, namely, like the colors and the visual

 6  styling.

 7       Q    Anything else, other than colors and visual

 8  styling?

 9       A    I mean, just my own personal experience with

10  students, when students complain that the scans aren't

11  working with EquityFeed.  Again, I'm not a programmer,

12  so I don't know the programming data issues that Stephan

13  and his programmers had, but I do know from the multiple

14  complaints it didn't work.

15            I know from StocksToTrade 2.0, again, there's

16  still a few complaints, every software program has them,

17  but the percentage of complaints is vastly different.

18            So I, as a teacher, do not want to promote a

19  product that gets a lot of complaints.  It discredits

20  me.

21            So I'm very happy that StocksToTrade 2.0 does

22  not have the same problems.  And I don't know what those

23  problems are.  I'm not going to speculate.  You have to

24  ask Stephan and his programmers what -- what the issues

25  were.
```

Timothy Sykes
May 20, 2021

```
 1              MR. FELDMAN:  Let's take a break.  I'm just
 2        going to check with my team if there's anything
 3        else, but I think we're done.
 4              THE WITNESS:  Okay.  Thank you.
 5              VIDEOGRAPHER:  We are now going off the video
 6        record.  The time is 9:09 p.m. UTC, 5:09 p.m. EDT.
 7              (Recess.)
 8              VIDEOGRAPHER:  We are now back on the video
 9        record.  The time is 9:13 p.m. UTC, 5:13 p.m. EDT.
10   BY MR. FELDMAN:
11        Q    Mr. Sykes, do you know a person named Tim
12   Grittani?
13        A    Yes.  He is my student.
14        Q    He's your top student, isn't he?
15        A    I mean, he was.  It is now Jack Kellogg is my
16   new top student.  It goes up and down based on the
17   markets.
18        Q    Tom Grittani is a very, very successful
19   trader, correct?
20        A    Tim Grittani, yes is.  But he's also not
21   trading right now.  He just had a baby.  He hasn't
22   traded in a few months, as I just recently learned.
23        Q    Okay.  But you have the utmost respect for
24   him, right?
25        A    Yeah.  Fantastic.
```

Timothy Sykes
May 20, 2021

```
 1            I mean, I wouldn't have personally stopped
 2   trading in the best bull market in recent memory, but,
 3   you know, he's got a family now.  So you have to do what
 4   works best for you in your situation.
 5       Q    Okay.  I want to -- I want to show you a tweet
 6   of Tim Grittani's.
 7            MR. FELDMAN:  Would you put it up, please?
 8            THE WITNESS:  Okay.
 9            MR. BOTWIN:  Yes, one moment.
10            This is uploaded and this will be Exhibit 78.
11       This is from Twitter.
12            (Exhibit No. 78 was marked for
13       identification.)
14   BY MR. FELDMAN:
15       Q    I'm showing you Exhibit 78.  Let me know when
16   you're ready to answer questions about the document.
17       A    Okay.
18       Q    All right.  So we see a tweet trail on the
19   document, right?
20       A    Yes.
21       Q    And it starts with Tim saying, "On April 4,
22   2020, I'll be doing question/answer during this, so
23   reply to me with your questions.  I'll compile a list
24   and answer as many as I can."
25            Do you see that?
```

Timothy Sykes
May 20, 2021

1      A     Yes.

2      Q     And then Mike Beauregard asks a question.  "If

3   you had to choose between Scanz or StocksToTrade, which

4   one would you choose and why?"

5            Do you see that?

6      A     Yes.

7      Q     And then Tim Grittani answers, doesn't he?

8      A     Yes.

9      Q     What does he answer?

10     A     He says, "Scanz.  Far -- far fewer crashes."

11     Q     And that's -- that's a very different answer

12  than the answers that you've said that you got from all

13  of your -- all of these other students who complained

14  about Scanz, right?

15     A     Well, you're comparing different timeframes.

16           So when we had StocksToTrade with EquityFeed,

17  this was, you know the years, I don't even know the

18  years, we're talking five or six years ago.  So maybe

19  Scanz has gotten better.

20           Also, this tweet is over a year ago and

21  StocksToTrade has had several upgrades since then.

22           Also, Tim Grittani is not trading right now.

23           So while you want to make these blanket

24  statements, it's just not based in reality.  One tweet

25  does not a product make.

Timothy Sykes
May 20, 2021

```
 1              I could show you 500 complaints, frankly,
 2     where it just doesn't work.  And this is the difference.
 3     It's not about any one person.
 4              Tim Grittani doesn't even actually like my
 5     DVDs, and yet he studied all of my video lessons.
 6              Tim Bohen doesn't like necessarily my
 7     StocksToTrade Breaking News feature, but he uses the
 8     builder, whatever it's called, right?
 9              So I know that you think that this means
10     something.  It doesn't.  It's just one tweet and,
11     frankly, StocksToTrade has done a better job.
12              This I do remember, because now you're jogging
13     my memory, one of the problems with EquityFeed.  It
14     wasn't -- I don't even think it was Scanz, but I don't
15     know what year they changed that name.  But the biggest
16     problem that -- or one of the problems -- I don't know
17     what the biggest problem is.  But one of their problems
18     was Stephan and his team could not make the changes that
19     we needed.
20              StocksToTrade, again, every program has
21     issues, crashes, bugs, but StocksToTrade -- I mean, I
22     don't know what version they're on, you can ask Jamil,
23     but I would say that their version, like, 20 or 25, they
24     make the changes faster.
25              So if you're betting on a horse, you want to
```

Timothy Sykes
May 20, 2021

1   go with a horse that can make the changes over time.

2   Not that any one, you know, point in time is going to be

3   perfect.

4        Q    Okay.  Have the answers that you've given

5   today been truthful?

6        A    Yes.

7        Q    Do you wish to change the answer to any

8   question -- strike that.

9             Do you wish to change any answer that you've

10  given in this deposition?

11       A    No.

12       Q    Okay.  And do you believe that you've given

13  the best answers to the questions that I've asked?

14       A    I do believe that, yes.

15       Q    Okay.  All right.  2 minutes.  Let me just

16  check with my team one last time, but I think we're

17  done.  Hold on one second.

18       A    Sure.  Thank you very much.

19            VIDEOGRAPHER:  Counselor, would you like to go

20       off the video record for this?

21            MR. BOTWIN:  Yes.

22            VIDEOGRAPHER:  Stand by.

23            Going off the video record.  The time is

24       9:18 p.m. UTC, 5:18 p.m. EDT.

25            (Recess.)

Timothy Sykes
May 20, 2021

```
 1        VIDEOGRAPHER:  We are now back on the video

 2   record.  The time is 9:21 p.m. UTC, 5:21 p.m. EDT.

 3        MR. FELDMAN:  Okay.  I'm done with my

 4   questions.

 5        Mr. Sykes, thank you.

 6        Mr. Jaffe, thank you.

 7        Gabriel, thank you.

 8        And everybody else, thank you.

 9        Do you wish to read the depo or waive the

10   reading?

11        MR. JAFFE:  He'll read.

12        MR. FELDMAN:  Okay.  And on that note, I wish

13   you a safe trip back and we'll see you all at the

14   next one.  Okay?

15        THE WITNESS:  Thank you very much, sir.

16        MR. FELDMAN:  Goodnight everyone.

17        MR. JAFFE:  Goodnight everyone.  Take care.

18        VIDEOGRAPHER:  We are now going off the video

19   record.  The time is 9:21 p.m. UTC, 5:21 EDT.

20        (Witness excused.)

21        (Deposition was concluded.)

22

23

24

25
```

Timothy Sykes
May 20, 2021

```
1                     CERTIFICATE OF OATH

2     STATE OF FLORIDA

3     COUNTY OF PALM BEACH

4

5            I hereby certify that on this 20th day of May,

6     2021, TIMOTHY SYKES appeared before me and was sworn by

7     me for the purpose of giving testimony in the matter of

8     Scanz Technologies, Inc. vs. Jewmon Enterprises, LLC,

9     Case Number 20-cv-22957-RNS.  He produced a Florida

10    driver's license as identification.

11

12

13           _____

14           Sandra W. Townsend, RPR, FPR
             Notary Public - State of Florida
             My Commission Expires:  6/26/24
15           My Commission No.:  HH 005910

16

17

18

19

20

21

22

23

24

25
```

Timothy Sykes
May 20, 2021

```
 1              C E R T I F I C A T E

 2    STATE OF FLORIDA

 3    COUNTY OF PALM BEACH

 4

 5           I, Sandra W. Townsend, Registered
      Professional Reporter and Notary Public in and for
 6    the State of Florida at Large, do hereby certify
      that the aforementioned witness was by me first duly
 7    sworn to testify the whole truth; that I was
      authorized to and did report said deposition in
 8    stenotype; and that the foregoing pages, are a true
      and correct transcription of my shorthand notes of
 9    said deposition.

10           I further certify that said deposition was
      taken at the time and place hereinabove set forth
11    and that the taking of said deposition was commenced
      and completed as hereinabove set out.

12
             I further certify that I am not attorney or
13    counsel of any of the parties, nor am I a relative or
      employee of any attorney or counsel of party connected
14    with the action, nor am I financially interested in the
      action.

15
             The foregoing certification of this transcript
16    does not apply to any reproduction of the same by any
      means unless under the direct control and/or  direction
17    of the certifying reporter.

18           Dated this 2nd day of June, 2021.

19

20           _____

21

22           Sandra W. Townsend, RPR, FPR

23

24

25
```

Timothy Sykes
May 20, 2021

```
 1   DATE:        June 2, 2021

 2   TO:          TIMOTHY SYKES     Job #2435754
                  c/o Brett Jaffe, Esquire
 3                Alston & Bird, LLP
                  90 Park Avenue
 4                New York, New York  10016

 5   IN RE:    Scanz Technologies, Inc. vs. Jewmon
     Enterprises, LLC, et al.
 6
     CASE NO.:  20-cv-22957-RNS
 7
          Please take notice that on Thursday, the 20th
 8   of May, 2021, you gave your deposition in the
     above-referred matter.  At that time, you did not
 9   waive signature.  It is now necessary that you sign
     your deposition.
10       If you do not read and sign the deposition
     within a reasonable time, the original, which has
11   already been forwarded to the ordering attorney, may
     be filed with the Clerk of the Court.  If you wish
12   to waive your signature, sign your name in the blank
     at the bottom of this letter and return it to us.
13
                     Very truly yours,
14

15   _____

16                   Sandra W. Townsend, RPR, FPR
                     U.S. LEGAL SUPPORT, INC.
17                   444 W. Railroad Avenue, Suite 300
                     West Palm Beach, Florida  33401
18                   Phone:  561.835.0220

19   I do hereby waive my signature.

20   _____

21   TIMOTHY SYKES

22   Cc:  Via transcript:  All Counsel of Record; File
     copy
23

24

25
```

Timothy Sykes
May 20, 2021

```
 1                 C E R T I F I C A T E

 2                        -  -  -

 3   THE STATE OF FLORIDA

 4   COUNTY OF PALM BEACH

 5        I hereby certify that I have read the foregoing

 6   deposition by me given, and that the statements

 7   contained herein are true and correct to the best of

 8   my knowledge and belief, with the exception of any

 9   corrections or notations made on the errata sheet,

10   if one was executed.

11

12        Dated this _____ day of _____,

13   2021.

14

15

16

17

18   _____

19   TIMOTHY SYKES

20   Job #2435754

21

22

23

24

25
```

Timothy Sykes
May 20, 2021

1           E R R A T A   S H E E T

2  IN RE: SCANZ TECHNOLOGIES, INC. VS. JEWMON ENTERPRISES,

3  LLC, ET AL.  CR: SANDRA TOWNSEND

4  DEPOSITION OF: TIMOTHY SYKES

5  TAKEN: 5/20/21   JOB NO.: 2435754

6

7    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

8  PAGE #  LINE #   CHANGE                REASON

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 Please forward the original signed errata sheet to
   this  office so that copies may be distributed to
19 all parties.

20 Under penalty of perjury, I declare that I have read
   my deposition and that it is true and correct
21 subject to any changes in form or substance entered
   here.

22

23 DATE: _____

24

25 SIGNATURE OF
   DEPONENT:_____

Timothy Sykes
May 20, 2021

**Exhibits**

**EX 0068 Timothy Sykes 052021**
  4:14 133:17,18 134:19

**EX 0072 Timothy Sykes 052021**
  4:18 222:23,24,25
  223:17,21,25
  225:4,19

**EX 0073 Timothy Sykes 052021**
  4:18 227:16
  228:3,7,11
  229:21
  233:19,25
  235:4,5,21
  238:19 243:9
  244:1,2
  327:10,13
  328:9,17,23
  329:7 331:12

**EX 0076 Timothy Sykes 052021**
  4:20 309:15,16,17,20,21
  310:4,12,16

**EX 0078 Timothy Sykes 052021**
  4:21 334:10,12,15

**$**

**$10**
  100:21
  101:24
  197:17
**$100**

**$1000**
  300:21
**$12,000**
  32:21
**$2**
  34:12
**$20**
  101:1 302:17
**$3**
  34:16 35:11
**$35,000**
  41:4
**$5**
  85:22 100:21
  101:23 231:7
**$500**
  197:17
**$80**
  302:17
**$800,000**
  33:14

**1**

**1**
  97:21 98:4,20 99:21
  102:3 147:24
  166:5,16,22
  167:1 175:25
  231:8 242:14
  254:3 282:18
  293:19
  300:21
  310:21
**1-minute**
  241:16
**1.0**
  96:4 164:18
  175:14
  282:10
**10**
  44:24,25
  45:10 145:15
  241:14
  253:23

300:20

254:10
  298:10
**10-minute**
  273:7
**100**
  22:25 23:11
  38:24 43:5,18 46:5 52:1
  53:7 57:9,25
  66:14 79:12,20 81:11
  183:2 233:7
  327:25
**100,000**
  33:9
**10:00**
  171:16
**10:57**
  73:5
**10th**
  145:8 146:1,2 157:6,7,9,19,21,22
  260:6
**11**
  247:25 248:7
**110**
  12:22
**12:11**
  133:6
**12:30**
  133:9
**13**
  36:25 208:14
  259:12
  265:22,24
  266:13
  270:21
  275:21
  276:17
  277:19,20
  279:18 313:1
  314:13
**14**
  36:25 150:6,15 158:5,12
  290:15,20,24

291:4 298:5
**15**
  68:20 85:15
  122:8 133:1
  162:25 170:6
  280:8,10
  284:14
**150**
  171:3
  191:12,18
  192:4,16,19
  308:22
**1524**
  12:22
**15th**
  162:16
**16**
  75:17 149:7,10,25 164:7
  238:1
**16,000**
  300:16
**16th**
  165:7 282:18
**17**
  146:10,17,24
  227:21 228:5
**17th**
  157:13,16
**18**
  75:17 238:2
**19**
  229:11
  320:22
**19-page**
  229:2
**1981**
  156:5
**1999**
  32:17 33:4
**1:30**
  6:5

**2**

**2**
  36:21 97:24

Timothy Sykes
May 20, 2021

98:3,20
99:20,21,22
102:3,4
103:1 107:2,
14,22 109:17
110:9,24
111:8,23
114:10
116:6,20
118:6 120:23
121:11,16
123:21 124:9
125:3,21,23
126:13,21
127:10,25
128:15,25
129:2,20
130:1,8,20,
25 131:8,13,
17 135:8
149:10,24
150:3
158:12,14
167:18
169:21
175:25
182:22 189:5
190:9,18,24
207:17
226:22,25
227:10 230:8
246:17
253:17,22
254:6,20
255:19,20,22
283:24
286:14
288:4,13
290:13
293:14,19
295:7 314:5
337:15
**2-minute**
72:25 174:16
176:19
**2.0**
71:3 96:5
98:13 115:20

123:20
130:14
147:10,19,24
148:3,19
151:3 158:5,
25 159:5
162:24 164:3
167:2,22
174:22
175:5,10,14
178:2 180:18
201:5 233:17
246:19,22
247:13
261:21
262:4,14
265:17
280:24
281:25
282:10
290:11
292:13,21
294:15,25
295:7,15,17,
20 304:1
305:19
307:9,17
308:3,7,19
312:16,20
315:11
316:21
321:25
324:1,5
325:5 329:11
330:3,15,17,
24 331:1,20,
21 332:3,15,
21
**2.0's**
246:7
**20**
6:4 53:10
75:17 106:19
113:17
115:17 229:7
237:15 238:2
239:7 336:23

**20-page**
229:4
**20-plus**
64:16 232:8
244:25
269:4,18
312:24 316:2
**20/20**
316:12
**200**
171:24
173:15,21
174:3
177:11,20
226:12
247:10
**200-page**
301:11
**2000**
33:4,12
136:10
**2003**
15:18
**2006**
40:15
**2007**
36:13 37:15,
16,17 38:13
39:23 40:15
52:21
**2009**
134:23
136:5,20
**2012**
54:22 55:3,8
57:14 58:3
136:11
**2013**
57:16 253:23
254:10
**2015**
20:6,23
49:13 50:13
74:22 80:25
145:15
146:10,17,24
148:2 151:10

158:20 164:7
187:2,10,11,
15 189:1,3
190:9,19,25
259:17 283:7
293:12
294:16
**2016**
149:7,10,25
160:22
161:20
162:23,25
164:4 168:4
170:6 183:5
185:19
187:2,8
189:1 207:18
280:23
282:3,16
301:22
**2019**
193:19
202:10
**2020**
201:25
202:10
203:20
207:14,17
223:6,19
334:22
**2021**
6:4 72:4
172:23
227:21 228:5
**208**
208:14
**21**
52:18 193:19
291:4
**22**
52:19
**222**
208:14
**23**
20:1
**238**
321:7

Timothy Sykes
May 20, 2021

**24**
  250:6
**25**
  141:18,20
  336:23
**26**
  106:19
  113:17
**29**
  289:3
**2:08**
  222:13
**2:17**
  222:16
**2:44**
  241:19
**2:46**
  241:22
**2:57**
  73:5

---

**3**

**3**
  197:17
  232:18
  255:18
  256:11,19
  293:19
**30**
  35:20 36:20
  162:17
  170:15,24
  172:10 225:9
  272:4
**300**
  325:6,7
**33139**
  12:23
**36**
  227:10
**3:50**
  298:15

---

**4**

**4**
  151:1 158:7
  236:8 254:6
  334:21
**4-minute**
  299:17
**4/15/81**
  13:12
**40**
  80:6,8,10,15
  84:14,17,24
  85:2,3,5,8,
  17 86:5 95:9
  100:16
  104:19
  105:17,18,19
  106:1,19
  107:7,10
  111:13 112:1
  113:17
  115:11,13,14
  116:1
  124:10,23
  129:24
  132:11
  135:16,18
  159:4 173:23
  177:18,20
  179:24 180:1
  225:15,17
  226:10
  231:10,12,14
  233:7,8,10,
  11,13,16
  234:3,13
  235:5 237:2
  247:19,22
  249:4,5,9
  256:23
  257:2,3,9,
  12,13,17
  259:8
  262:17,18
  264:12
  268:7,11,19

  269:1,4,8,
  12,21 270:8,
  10,11,12,20
  271:25
  272:13
  273:22
  274:4,18,23
  275:1,6,23
  276:11,12
  277:11
  278:2,10,11,
  13,20 279:7
  304:8,11,14
  311:4,23
  312:1,16,19
  315:20
  316:15 323:2
**40-plus**
  69:3,6
  74:13,14
  81:3 173:14,
  23 179:16
  198:5,9,10
  200:1 231:21
  234:7 246:25
**42**
  80:14 177:19
  270:13
**4:06**
  298:18
**4:11**
  133:6
**4:30**
  133:9
**4X**
  123:4,5

---

**5**

**5**
  171:7 197:17
  222:11
  235:17,19
  236:1,19
  259:12 273:6
  321:14
**50**

  51:22 123:15
  238:24
  327:24 328:1
**50-plus**
  327:23
**500**
  336:1
**52**
  106:19
  113:17
**59**
  310:1
**5:09**
  333:6
**5:13**
  333:9
**5:18**
  337:24
**5:21**
  338:2,19
**5:45**
  9:24
**5s**
  171:12

---

**6**

**6**
  160:22
  161:20
  162:23 164:4
  168:4 185:19
  187:8
  272:23,25
  273:4,10
  323:2
**6/11/2015**
  20:8
**60-day**
  272:4
**68**
  133:17,18
  134:17,19
**69**
  159:25 160:1
  161:6,9

Timothy Sykes
May 20, 2021

| | | | |
|---|---|---|---|
| **6:08** | **78** | 6:5 | **accountants** |
| 222:13 | 334:10,12,15 | **9:45** | 21:6  22:25 |
| **6:17** | **7:50** | 171:16 | 38:12  46:7 |
| 222:16 | 298:15 | | 140:2 |
| **6:44** | **7s** | **A** | **accounts** |
| 241:19 | 171:12 | | 327:4 |
| **6:46** | | **a.m.** | **accumulated** |
| 241:22 | **8** | 6:5  73:5 | 207:15,25 |
| **6th** | | **ability** | **accurate** |
| 165:5  282:16 | **8** | 10:12,17 | 54:20  142:17 |
| | 208:14 | 110:16 | 150:10  287:3 |
| **7** | 258:15  272:6 | 112:19  116:8 | **accurately** |
| | **82** | **able** | 108:11 |
| **7,000** | 17:24 | 59:5  99:11 | **acknowledge** |
| 92:14 | **8500** | 109:11 | 6:18,21 |
| **70** | 324:4  325:5 | 132:24 | **acknowledged** |
| 193:12,14,17 | **8800** | 159:16,17 | 284:16 |
| 328:1 | 324:5  325:5 | 170:7  177:21 | 285:24 |
| **700,000** | **8:06** | 202:16 | **acknowledges** |
| 33:11 | 298:18 | 239:23 | 266:15 |
| **71** | **8:22** | 303:12 | 267:18 |
| 201:15,18 | 171:6,17 | **above** | 271:7,15 |
| 204:10  205:7 | | 5:6  247:19 | **acquired** |
| **72** | **9** | **absolute** | 51:6  182:8 |
| 222:24,25 | | 198:12 | 287:19 |
| 223:17,21,25 | **9** | **absolutely** | **across** |
| 225:4,19 | 224:5,8 | 61:21  171:25 | 325:23 |
| **73** | 225:3,9,19, | **accept** | **action** |
| 227:16 | 22,23,24 | 57:17  158:22 | 6:11  178:25 |
| 228:3,7,11 | 226:1  242:1, | **access** | 301:23 |
| 229:21 | 8  243:8,14, | 25:21  72:2 | **actionable** |
| 233:19,22,25 | 15,22,25 | 95:23  108:3, | 72:7 |
| 235:4,5,21 | 244:1  246:5 | 5  150:4 | **actual** |
| 238:19  243:9 | **90** | 240:21 | 124:6  180:24 |
| 244:2 | 91:10,12,23 | 290:14 | 206:2  314:1 |
| 327:10,13 | 92:1  241:2 | **accidentally** | **add** |
| 328:9,17,23 | 326:10 | 125:13 | 246:12 |
| 329:7  331:12 | **9:09** | **accommodate** | **add-on** |
| **75** | 333:6 | 9:20  84:24 | 246:13 |
| 299:22,23,25 | **9:13** | 132:17 | **added** |
| **76** | 333:9 | **accordance** | 171:24 |
| 309:16,17,21 | **9:18** | 267:4 | 226:10 |
| 310:4,12,16 | 337:24 | **account** | **adding** |
| **77** | **9:21** | 33:1  145:8 | 185:24 |
| 321:9,10 | 338:2,19 | 147:9  157:5 | **addition** |
| 323:7,12,13, | **9:30** | 290:9 | 103:4  246:16 |
| 15 | | | |

Timothy Sykes
May 20, 2021

additions
  254:25 255:7
  314:8
address
  12:21 13:13
addresses
  13:15,19
  14:2,3,6,8
adds
  251:24
administer
  6:22
administered
  6:22
Administrative
  6:24
adopted
  225:10
  228:17
  230:24
advanced
  103:23,25
  115:9 249:19
  300:15 328:1
advantage
  114:17,22
  171:14
  203:24
advice
  18:7 296:8
affirmed
  7:19
afford
  33:5
ago
  38:24 39:14
  44:24 45:10
  57:10 60:15
  149:5 156:7
  163:23
  175:22 176:1
  185:23 187:4
  282:8 319:2
  335:18,20
agree
  7:11,16

20:21 23:8
31:6,10
47:11,12
49:19,25
50:24 54:18
55:3,7 56:9,
12,22,25
57:3,23
59:18 64:4
67:6 81:19,
23 84:22
88:2 90:20
91:4 101:4
111:25
113:8,22
116:12,14,15
121:9,15
125:2,14,19,
22 126:13,20
127:3,22
128:15
129:10
136:18
139:22 140:5
143:19
144:1,10
145:5 148:2
149:9 150:15
151:8 156:24
157:8,20
162:8 164:5
167:19
168:1,2
173:4 174:3
176:4 180:13
182:15,18,20
183:12 190:8
200:24 204:6
224:13,21
226:9
229:20,22,23
230:13,21,22
233:4 238:18
246:4,20
248:18 249:1
251:1 253:23
254:9 255:6
257:15,21
265:5,7

269:19
275:22 279:7
288:3 290:4
291:13
293:10
294:1,13
295:13
304:4,18,19
305:4 311:22
312:15
315:20,24
317:11
318:20
322:4,12
323:11,15
agreed
  107:10
  143:11 181:7
  265:15
  267:25
  276:14,18
  279:19
  314:13
  315:18
agreement
  5:12 7:2,3
  50:2 51:1
  52:7,11
  57:15,21
  61:5 64:22
  66:23 67:16
  68:11 69:25
  73:14,15,24
  74:22 80:24
  81:24 82:14,
  25 83:19,21,
  23 84:2
  125:12
  129:2,3
  132:6 136:11
  138:3 142:21
  143:1,5,6
  144:4,6,24
  159:2 179:5,
  6 180:5
  181:14
  187:12,14
  189:2,6,7,

12,16,18
242:18,22,23
243:5 250:4,
5,17 251:18
252:24
253:22
254:10,15
255:4,9
256:3,5
257:9,17
258:19
259:1,4,13,
17,19,24
260:23
262:5,25
263:10 264:6
265:5,8,16
266:20
267:7,24
269:20
270:17 272:8
273:6,16,24
275:22 276:8
280:11,14
281:7,8,17
282:1 284:2,
3,4,16
285:2,14,15,
23 289:10
290:2,5
314:6,11
agreements
  284:9,10,11
agrees
  266:19
Aha
  174:21
ahead
  46:1 59:3
  67:10 73:17
  89:10 107:21
  109:4 160:11
  194:7,19
  201:20
  238:16
  243:17,20
  244:4 251:20
  265:2 311:6

Timothy Sykes
May 20, 2021

318:17
aid
 55:12 88:22
air
 153:9,13
 154:21
alert
 171:9
alerts
 53:9 58:8
 59:11 170:18
algorithmic
 170:18
all-in-one
 134:25
allow
 252:9
allowed
 34:17 35:25
 247:24
 284:25
allows
 116:14 195:6
 304:1 305:19
Alluch
 299:19
Alston
 7:6
alter
 267:2
alteration
 255:1
alterations
 314:9
Amazon
 40:23
American
 24:2 36:14
 40:9
Ameritrade
 95:15
Amex
 302:1
amicably
 70:14
Amity
 15:2

amount
 101:23
amused
 125:9
analogize
 93:9
analogy
 92:17,19
 108:7,21
 110:4,12,21
 111:6 117:25
 118:16
analysis
 114:25 115:3
 117:10
 254:24 255:8
 280:16,19
 281:6,19,22
 283:8 284:17
 285:1,13,25
 314:7
analyze
 114:25 115:1
 135:1,4,20
and/or
 5:13 260:23
 279:8 281:4
animals
 17:21
announce
 291:23,24
announced
 288:12
 292:13
announcement
 138:2,8,10,
 15,17
 139:12,16,
 19,23 140:4,
 17 141:12,17
 142:15,20
 143:10,19
 145:1,14
 146:1,2,22
 152:8 155:4,
 16 156:14
 157:9,18,22
 162:22,23

167:14
 288:22,25
 289:1 291:13
announcements
 138:24
announcing
 138:15
 139:12
 142:20
annoy
 316:15
annoyance
 302:16
annoys
 316:14
Annual
 20:5
answer
 8:10,16,18,
 19,25 9:4,
 13,16 20:25
 23:5 24:8
 26:7 29:13,
 22 30:4 37:8
 50:16 57:7
 78:18,25
 79:3 107:21
 126:4 140:7,
 25 141:2,4,
 14 142:3
 149:17
 150:13
 236:10
 242:12
 255:13 263:8
 284:12 287:3
 326:5 331:3
 334:16,24
 335:9,11
 337:7,9
answered
 190:20
 328:10 329:2
answering
 23:25 251:22
answers
 261:19 293:7
 335:7,12

337:4,13
Anthony
 327:2
antiquated
 155:20
anybody
 10:7 11:20
 62:2 141:7
 163:5 183:24
 202:17
 252:11
 257:14 269:2
 274:19 275:7
 315:8
anybody's
 231:22
 312:23
anymore
 32:16
anyone
 5:23 11:3
 48:8 94:13
 122:16
 131:11 245:7
 258:6 294:25
 299:6,12
AOL
 35:22
AOSC-20-23
 6:24
apart
 59:19
Apartment
 12:22
apologize
 19:21 241:13
 243:17
app
 72:13
apparel
 16:19,23,25
 17:4,10,11,
 14 21:14
 22:2
apparently
 36:11 232:24
 282:1

Timothy Sykes
May 20, 2021

appearance
  7:13 131:7,
  12
appears
  142:18
  143:21
  144:25 145:6
  147:1 201:16
  248:10
  254:13
Apple
  171:8
apples
  326:2
application
  32:2 145:10
  147:11
  290:12
applies
  59:14 270:18
apply
  25:18
applying
  230:15
appreciate
  8:25 24:6
  37:7 56:5
  61:21 63:20
  94:23 98:15
  201:14
appreciated
  10:1
appreciation
  149:25
approached
  318:7,9,10,
  13,19
approve
  228:19
  229:18,20,22
approximate
  49:4
Approximately
  308:10
apps
  301:5,6
  302:15

April
  57:16 74:22
  80:24 158:20
  187:15 189:2
  193:19
  253:23
  254:10
  259:17 260:6
  283:7 334:21
architecture
  203:1
area
  67:13
argue
  140:13
argumentative
  29:5,7
  138:20 188:2
  316:17
arising
  266:8 271:3
arm
  32:15,17
around
  16:1 17:24,
  25 19:14
  40:16 171:16
  297:4 303:3
arranged
  192:2,19
arrangement
  6:23 7:1
  66:2 68:9
  266:21
article
  223:3,4,17
  228:3,11,14
  233:19
  234:1,2,21
  245:11
  249:14
ascertainable
  184:25
asked
  45:22 84:22
  96:22 104:7
  137:6 190:20

  202:18
  308:16
  328:10 329:2
  337:13
asking
  25:8 27:13
  29:8 36:13,
  17 63:19,22
  75:23 78:2,3
  79:5 82:11
  90:17 101:16
  123:25
  139:11
  145:25
  146:21
  182:23
  189:24
  225:24
  235:24 238:9
  242:21
  264:20
  286:22
  317:21
  328:15,18,20
asks
  335:2
aspects
  300:10
  303:21 305:5
  306:1
aspirational
  151:16,20
  152:12
associate
  12:14
associated
  279:20
associates
  11:23
assuming
  56:20 308:25
attempt
  39:3
attention
  136:4 142:12
  303:18
attest

  313:21
attorney/
client
  5:13
attorneys
  6:17
attributed
  162:13
audible
  8:21
audibly
  8:18
audio
  163:5
Austin
  297:10,13,14
Australia
  196:21
authentic
  143:20
authoring
  40:18
authorized
  252:22
  253:12
  271:13,19
  276:15
authorship
  266:7 271:2
auto
  302:12
automate
  47:4 51:20,
  24 68:23
available
  71:20 87:13
  89:5,8 90:21
  101:15 108:1
  114:17 145:9
  248:15,23
  290:20
Avenue
  12:22
aware
  5:9 19:3
  21:22 43:13
  53:16,19

Timothy Sykes
May 20, 2021

125:17
183:18 185:5
266:13 267:6
284:21,23
285:5,8
awesome
245:2 246:7,
8 247:4,6

---

**B**

baby
333:21
back
13:19 14:11
23:16 29:24
31:12 32:8
34:8 35:24
36:2,12,18
42:7 51:10
52:20 55:5
63:2 73:1,4
129:16,17,19
133:8 144:16
158:19
164:24,25
165:1 195:15
203:9
222:11,15
225:14
232:13 236:4
241:21
243:21,25
249:6 261:14
272:3,5
275:21
276:12
288:21
298:17 300:7
304:10
316:8,12
317:25 319:9
321:14
327:10 333:8
338:1,13
background
14:10 231:17
235:1

bad
66:7,11
118:18 152:6
154:9
197:13,16
241:12 293:8
320:6
bands
103:24
Bar
32:19
based
55:24 66:8
85:18 99:12,
16 101:8,11
109:20 111:9
112:9
113:11,19
114:11
115:13,16
118:25 122:4
136:17
165:21
230:10
236:22
237:24
239:14
265:19
322:4,12
323:14
327:13
328:7,17,23
329:7 331:11
333:16
335:24
basic
103:25
240:20,21
249:10
291:25 292:6
303:2
basically
11:13 34:10
35:9,14,18
36:8,19 41:7
58:7 61:9
69:5 72:6
75:12 86:1

87:9 123:7,
11 124:11
135:19
186:24
197:15
198:10
205:22
231:21
257:25
259:25
269:7,9
301:3,7,12
302:3 323:21
basis
313:23
bathroom
72:25
Beach
12:23
195:10,24
196:10 200:5
bear
52:19 106:6
193:6
Beauregard
335:2
beautiful
195:9
beauty
200:5 302:9,
24 303:11
began
11:2 37:1,
20,23 48:7
50:14 52:20
54:8 64:5
65:22 148:13
259:24
260:4,6
332:4
begin
32:9 46:11
beginners
249:18
beginning
55:10 66:14,
20 69:8

133:25
164:25
begins
88:4
begun
189:5
behalf
6:10,14
141:12
144:20
180:5,14
252:25
271:20
276:18
behind
28:23 41:20
belief
253:11
believe
18:5,19,23,
25 22:5,10
27:17 28:1
31:9,17
32:2,22,25
37:15,16,19
38:10,12,24
41:20 42:22,
23 43:4 44:1
48:14 51:5,
9,19,25
52:9,16 55:5
57:8 58:6
61:7,11
62:8,17,23
63:5,8,12
64:15,19,24
67:2,22
68:2,7,24
69:18 72:18
73:18 76:16
77:17 81:9,
11,16,25
84:5 85:13
109:15 113:7
116:2 118:25
134:6
137:10,11
138:9 177:3,

Timothy Sykes
May 20, 2021

7,9 179:24,
25 183:1
188:21
192:17
206:1,5,7,
19,20 207:6,
24 224:3
230:7 232:4,
20 233:9
252:13
277:15 278:8
297:10,20
299:4,5,11,
19 305:23
307:11,18
312:9 318:9
319:24,25
320:2,24
321:8 324:1,
3 325:21
337:12,14
**bellboy**
62:13
**belong**
180:6
**belonging**
201:17
**below**
170:12,23
172:8
196:15,17,24
198:20 200:6
203:18 204:2
**Ben**
299:19
**beneficial**
117:21
119:13
**benefit**
33:25 88:14
89:23 117:6,
16 121:1,2,
12 173:20
238:19
**benefits**
230:5 236:1
238:9,10
245:12,14

246:11
**besides**
11:20 18:1
**best**
9:24 35:8
57:12 59:16
193:18 195:7
196:2,12
198:12
199:18
203:5,20
230:18
233:5,9,12,
14 249:16
253:11
301:25 317:2
325:7 334:2,
4 337:13
**bestseller**
46:18
**bet**
34:6
**beta**
171:3
191:13,16,
19,23 192:2,
5,16,20
227:3,6
308:16,18,22
**better**
17:21,22
75:5 88:3,4,
23 89:2,15
115:4 116:7,
15 172:4
173:4 175:16
232:5 234:7
239:25
240:15
245:21 247:9
278:12
295:11 319:9
335:19
336:11
**betting**
336:25
**bid**
104:7 105:2

125:10,14
**big**
36:7 41:6
83:14 86:20
93:14
100:17,18
101:24
103:10,16
106:4 202:2,
3 207:9
300:19,20
318:4 323:22
**bigcharts.com**
247:13
324:20
**bigger**
35:10 150:21
**biggest**
85:20 300:14
324:24
336:15,17
**Binance**
94:10
**Bird**
7:6
**birth**
13:11
**bit**
142:6 208:12
229:1 236:6
303:4
**blame**
151:19
**blank**
15:9
**blanket**
335:23
**blog**
53:10 138:23
150:22
224:3,12
232:2 234:11
235:6 237:7,
8,16,20
240:12
244:11
245:19,23

249:20,21
288:17
**blunt**
36:23
**board**
307:24
**boggles**
315:3
**Boggs**
7:10
**Bohen**
298:20
299:2,17
300:6,7
303:11,19
304:19
305:4,25
306:6 336:6
**Bollinger**
103:24
**book**
24:2,5 36:14
38:7 39:10,
15,18 40:9,
12,18,21,25
41:5,8,11,
22,24 42:1
46:17,19
324:18
**books**
32:12 38:19
**born**
156:5
**Boston**
32:24
**bottom**
151:22,24
157:3 236:8
245:10 275:5
331:10
**Botwin**
7:14 19:6,
19,21,23
133:11,14,
17,20,22,25
134:17
139:20

Timothy Sykes
May 20, 2021

141:18
159:11,21,25
160:5,13,20
161:6 163:4
192:25
193:4,9,12,
16 194:6,8,
18,20,22
195:1 201:9,
15,21
204:10,15,22
222:19,22
223:2,7,16,
22 227:22,24
228:2 233:23
235:17
241:15 243:6
244:1 250:5
273:3,5
289:3 299:18
300:2 309:4,
6,11,15,22
310:4,14,18
311:18
320:21,25
321:6,15
323:2,7
334:9 337:21

**bought**
13:8 51:15
171:11
195:23

**bounce**
202:3

**boxes**
324:8

**brand**
49:5 88:12,
13 182:16
279:20
289:23

**breach**
129:4 189:6
281:7 284:4

**bread**
108:3

**break**
9:19,23

72:25 111:22
132:22,24
203:13
222:18
241:16
247:21
267:15 273:7
298:1 333:1

**breaking**
31:24 48:3
71:10 72:5,
11 92:10,12,
13 99:9,15
111:15
112:8,9,10,
18 173:19
175:2 202:7,
15 203:3,9,
19 205:23
206:13
234:16
246:10,12
247:20,23
284:10
306:10,11
336:7

**breaks**
9:22

**breakup**
320:6

**Brett**
7:6 10:2
11:6 19:20
22:14 61:22

**bring**
169:13 181:3
237:14
238:23,24
240:14 258:3
274:3 317:15

**bringing**
255:9

**brings**
126:21 270:5

**broker**
197:11

**brokerage**
28:2,3 55:17

107:24

**brokerages**
32:23 55:16,
18

**brokers**
197:13
327:23,25

**brought**
142:12

**browser-based**
301:6

**BS**
38:18

**bubble**
33:12

**buggy**
278:9,12
316:7

**bugs**
192:1 312:11
336:21

**build**
17:23,24
79:24 116:8
130:25
171:22
195:21 234:4
235:2 239:3
244:9,14,15
264:13

**builder**
115:7 321:23
322:6,13,14
323:15
327:16
328:7,17,24
329:8,15,18
330:2,8,12,
16,25
331:11,20,24
336:8

**building**
12:24 13:4
101:11

**built**
147:11
171:20 172:2

173:12 179:2
198:5,9
233:1 244:6
290:12

**built-in**
242:3,8
244:5 246:5,
6,17

**bull**
52:19 334:2

**bullet**
206:4

**bullets**
206:1

**Bullship**
38:16,17
39:1 40:4,6,
7 41:15

**bunch**
90:24 327:4

**business**
15:25 24:13
30:12 41:9
55:12 66:2
75:22 78:1
81:2 82:8
83:5 88:21
91:3 92:25
111:5 143:16
152:20
154:22
166:10
190:13 191:9
192:15
206:22
208:11
237:19 252:4
253:5 257:2
283:14 287:1
288:1 292:6
295:2,24
297:8 315:21

**businesses**
75:21 152:21
296:7

**businessperson**
153:11

Timothy Sykes
May 20, 2021

busy
19:3 253:6
274:16
button
5:25 203:18
buy
35:4 86:14,
17,23 87:3
89:25 90:23
91:6 93:5
113:11
144:17
195:22
buyer
113:10
buying
89:7 93:16
98:19 103:13
114:12
195:17

———————————

C

California
297:19
call
47:11,12
55:13 56:12
61:14 84:6
85:2 96:3,4
104:20
164:18
187:6,7,21
237:11 304:8
328:1
called
13:21 15:22
24:2 29:13
35:16 38:16
49:16,17
50:20 86:18
112:12
114:24
118:20 156:6
164:13
232:22 336:8
calling

9:3 97:3,4
240:16
calls
62:24 75:19
305:4
Campbell
11:22
cancellation
272:4
capacity
135:6
capital
34:18
capitalizatio
n
208:8
caption
165:3,13
captioned
134:21
captions
162:11
captured
201:16
204:21
care
181:2 259:9
319:16
338:17
career
37:10,13,19,
22 39:23
87:1
careful
76:22
cares
171:19
Carlos
6:9 132:21
133:3 134:14
159:12 223:9
253:18 298:4
309:24
case
30:13 53:15,
18,20 95:9
148:9 190:17

casts
32:16
catalyst
246:8,9
catch
9:24 322:10
categories
104:2,13
106:16
category
105:10
cease
258:20,21
272:10
315:20
Celtics
32:24
cent
300:21
certain
79:20,21
182:6 228:23
229:6 249:21
256:12,20
331:6
certainly
83:19 108:9
150:14
184:17
283:22
certainty
124:24
challenge
25:14,16,17
58:6,13,15
59:4,10,15
76:12 91:15,
16 222:21
223:5 227:18
306:21
chance
64:10 66:4
69:19 72:25
202:21 204:2
268:10
318:11
319:4,13,14

change
14:20 86:20
101:24
105:10,13
106:13
113:13
114:14
120:10
122:5,6
126:22 127:4
264:18 292:5
323:22
337:7,9
changed
17:8 18:5
36:2 39:5
336:15
changes
93:2,7
247:10 324:6
326:17
336:18,24
337:1
changing
293:5
channel
160:21
193:20
character
156:6
characteristi
cs
101:2
charge
70:22
charging
171:8
charity
13:24 16:19,
21,22 17:5
37:2 196:23
chart
28:1 118:8
177:21,23
247:13
charting
245:2 246:7,

Timothy Sykes
May 20, 2021

8 247:4,6,7
249:15
**charts**
27:22 31:23
48:2,24
89:14 173:17
247:9,12
**chat**
19:24 41:21
46:22,23
72:8 160:5
193:16 194:9
198:3 201:10
204:16 310:5
321:18
**check**
156:10
195:12
200:14
202:22
203:18 302:3
309:9 333:2
337:16
**checking**
74:11
**Checklist**
86:18
**Cheers**
200:9
**cheese**
324:15
**chef**
108:17
**chief**
304:18,20,25
**child**
32:10
**choice**
113:16
**choices**
113:18
114:17
116:18 117:5
120:17
235:11
236:22
238:21

239:13
**choose**
69:14,17
88:24 93:6
101:19,23
104:4 113:23
124:2 335:3,
4
**choosing**
100:19
**Chrome**
302:11
**chronicles**
24:3
**chronological
ly**
23:20 58:1
**chronology**
24:12 32:5
48:17
**Cilantro**
15:22 22:5,8
33:22
**city**
197:5
**claim**
267:4 276:19
277:23
278:19
314:14
315:18
**claimed**
317:9
**claiming**
294:5 314:16
**clarification**
120:4 188:19
**clarify**
30:6 37:9
56:22 95:13
121:7 122:10
**clarifying**
242:11
**class**
33:10
**clear**
30:8 36:18

48:19 60:23
78:10 92:7
98:1 102:24
105:24 114:6
119:3 126:12
168:21
188:12 225:1
227:8 244:25
250:1 264:20
289:17
**click**
5:25 196:15,
17,24 198:20
200:15
203:18 204:2
246:9
**client**
81:9 112:14
155:10 180:7
237:2 257:8,
16 267:7
268:1 269:21
271:20 290:3
314:2,19,22
316:3,15,20,
24 317:2,7
**client's**
152:24
153:1,14
155:2 268:1
277:9 312:18
**clients**
155:4
**close**
60:19 106:14
113:14
114:15
120:11 123:9
126:22 127:5
303:6
**closed**
36:15 38:13
**CNBC**
35:21
**co-owners**
43:11
**Coca-cola**
268:24

**code**
267:2 272:1,
17 287:5
**coding**
301:12
**Coello**
6:9
**Coinbase**
94:10 107:24
**coll**
32:14
**college**
14:12,17
15:18,20,21
16:2,5
21:21,24
23:10,14
33:24 34:11
**colors**
324:8 332:5,
7
**Colwell**
7:9 26:24
28:17 29:6
47:22 49:20,
22 50:17
51:4 56:1,3,
19 59:25
65:6 68:13,
15 69:16
71:7,22
73:25 78:8
79:18 80:13
82:3,17 83:9
87:20 88:10
89:11 94:3
98:5,22
104:10
107:18
109:22
110:11
111:2,11
113:20
114:20
116:11,13
117:17
118:12 121:3
122:13

Timothy Sykes
May 20, 2021

124:20 126:2
127:13
128:3,8,18
129:5,12
132:1 136:23
137:5,13
138:20
142:22
143:12
145:16
146:4,19,25
147:21
148:4,25
149:11
151:12
153:2,17
155:18,20
157:11,24
165:12
168:17 176:7
178:3,17
179:14,23
180:9,19
183:22 184:8
185:3 189:8,
10 190:21
191:5 192:12
206:17 207:5
229:2,11
231:2 232:23
234:24 237:5
242:11 243:3
245:6,15
246:24
252:16
253:1,20
254:12,18
255:11
256:9,14,16
257:19
259:5,20
260:15,25
261:11 262:7
263:11,22
264:7 265:12
267:8 271:24
274:22
275:9,16
276:1,22

277:4,12
278:4,23
279:1,4,10,
12 280:4,6
281:9,11
282:21
283:11 284:6
285:3,6,16,
18 286:18
287:17
288:7,15
290:22
291:17
296:19 297:2
299:7,14
304:22
305:11,22
307:10,20
312:8 313:5,
8 314:18
315:22
321:12,13
322:19
323:18
327:19
328:11
329:1,10
331:13
combination
121:17
247:16
combinations
104:17
combine
58:10,11
combined
13:8
come
54:1 61:12
76:14 115:1
118:24
139:13
172:25 198:2
199:5 225:24
237:23
274:13 302:9
306:24
317:12 318:5

323:20 326:1
comes
160:18,20
191:21,23
274:11
comfortable
23:25
comment
168:18 169:3
195:16 200:6
commentary
24:16 41:21
53:9 59:11
commissions
197:15
communicated
64:12
communicating
76:1
communication
65:11
communications
131:6
community
59:12 66:18
170:19 176:4
179:12,15
companies
16:4 18:1,3,
12 21:12,16,
25 25:9
26:17 27:1
28:24 32:5
34:7 35:13
44:10 46:6
58:17 59:13
60:4,5,16
64:8 65:15
75:15 76:2
77:18 78:15
79:23 81:22
182:4,11
184:25
240:25
296:2,23

company
16:6 17:4,11
18:15,16,18
19:1 22:6
25:1,11
26:3,6,8,20
27:7,10,16,
19 29:17
31:7,10,13,
15 33:19,23
35:8,14
38:9,14,22
39:4,8 40:8,
22 41:6,10,
13,14 42:19,
20,24 43:15,
19 48:13
49:13,16
50:12 54:13,
15,16 55:7
59:14 66:10,
11,23 67:1
68:25 69:1
75:11 130:7
140:4,16
141:11
142:23
143:15 144:6
152:1 154:10
156:19
176:12
179:20 190:6
191:1
287:21,24,25
289:9 290:1,
2 291:10
304:21 307:4
326:20,24
comparative
320:19
321:22
comparatively
322:5
compare
125:9
compared
85:13 90:11

Timothy Sykes
May 20, 2021

comparing
  301:14
  324:13
  325:11
  335:15
compartment
  100:24
competitive
  284:17,25
  285:25
compile
  334:23
complain
  99:3 262:19
  332:10
complained
  335:13
complaints
  66:8,19
  70:8,23
  74:9,10
  95:19,25
  96:19 98:11
  99:4,5,12
  132:8 153:7
  179:18
  319:18
  332:14,16,
  17,19 336:1
complete
  91:23 228:24
  229:21
completely
  96:11 170:13
completion
  150:16
complicated
  167:13
compliment
  99:3
compliments
  94:24
component
  48:4 87:7,22
  91:14,18
  92:9 113:12
  117:3 247:17

266:2
components
  85:9 103:9
  247:22
composite
  309:15,20
  310:4
computer
  199:1 254:24
  255:7 272:1,
  17 314:7
conceded
  313:2
concepts
  266:6 271:1
concern
  131:7 330:10
concluded
  172:13
  338:21
conclusion
  115:1,2,3
  118:24
  237:24
  239:11
  248:9,11
  255:12
  277:12
  278:25
  279:2,12
  281:10,11,25
  284:7 285:16
  313:8
condition
  10:15
confer
  241:16
confidence
  115:2
confidential
  208:15
  258:22 259:2
  272:11,13,
  17,19
  273:10,14,
  18,22 274:5,
  19 275:7,23

276:7
confirm
  45:8 60:2
  79:12 137:7
confirming
  309:11
conflict
  38:1 317:3
conflicted
  38:4
confused
  45:16 105:24
  181:20
confusing
  165:25
  245:22 292:5
  320:7
confusion
  181:23
conjunction
  237:15
  245:18,24
connected
  62:21 120:8
Connecticut
  15:3,5
  195:25
Cons
  223:6,18
consensus
  123:14,17
consent
  6:25 7:8
  312:19
consider
  18:15 89:6
  107:16 122:7
considered
  258:3
Considering
  259:23
consistent
  300:18
constant
  92:21 302:16
constantly
  151:4

consulted
  331:20
contact
  60:17 65:4
  130:4
contacted
  81:9,11
  306:21
contacting
  318:22
contemplated
  273:16
contemporaneo
us
  205:14,16
content
  23:1 25:13
  26:9 53:11
  54:19 75:18
  135:14 138:6
  153:23
  157:9,18
  162:12
  200:25 201:2
contents
  310:22
context
  49:10 56:23
  187:20,22
  188:1,5,14
  194:16,17
  205:3 234:8
  238:13
continue
  36:24 320:10
continued
  169:25
  303:10 323:4
continues
  40:23 259:11
continuing
  259:18
contract
  82:2,22
  128:24 129:4
  158:20
  185:6,7,9,10

Timothy Sykes
May 20, 2021

253:12
271:13,20
314:20
contracts
70:3 81:21
82:6 183:19
contractual
259:18
contribution
308:2
controlling
19:11
conversation
9:14 64:5
81:13
conversations
5:11,13 60:7
77:4 81:16
131:11 258:5
cook
108:12
244:17,18
Cool
78:24 134:9
156:8 229:17
copies
41:2
copy
284:19 286:2
316:15
coral
196:24
corner
6:1
coronavirus
151:18
corporate
16:12 41:19
69:2 291:22
corporation
49:12 254:16
correct
11:7 13:2,5
14:4 15:7,15
17:6 20:23
22:3 23:15
24:23 25:15

26:1 31:16
37:12,18
39:24 40:2,
11,20 42:6,
12,17 44:19
48:21 51:16
52:8 55:4,9
57:5 58:20
61:1 62:6
63:4 64:7
66:4 67:1,8
73:15,24
77:15 79:16
81:10,15,20,
24 83:25
84:4,7,10,
19,25 86:8,
14,25 87:3,
13,14,18
88:19 89:19,
20 90:1 91:7
92:22,25
93:3,7,16,20
94:2 95:12
101:12,21,22
102:2,5,8,10
103:6,19
104:4,8,15,
18,25 105:3,
11 106:4,10,
14,20 107:4,
12,17 109:6,
12,21
111:10,24
112:1,4,7,
10,11,13,21
113:6,19
116:3,10,24,
25 121:13,
18,20 125:5
126:15,18,23
127:5 128:7,
17 129:22
130:2,20,21
137:4,12
142:21
143:2,24
144:4,11,21,
22,24 145:5,

15 146:3
150:2,10
152:7 153:21
155:4 158:23
159:13,18
161:9 162:9,
25 164:7
169:10,21
173:13,14,22
177:2
178:15,23
179:13 180:2
181:9 182:5,
17,22
187:12,24
190:10,19,22
191:2
192:20,21
199:15
200:22 201:5
205:15,19,21
206:4,16
207:15,18
224:16,17,
20,25 225:10
226:17,18
228:18
229:21,24
230:11,19,25
231:9,15,16
233:22 234:1
238:21
239:17
240:10
242:15,19
245:14
246:7,19,23
248:7,9,25
249:4,5
250:23 251:5
253:13,23
254:10,16
255:4,23
256:1,2,6,
13,21,23
257:11,18
259:19
260:21
261:8,23

262:6
263:10,21
264:3,4,6
265:10
268:2,7,16
270:1,2
274:19
275:11
278:21 279:9
283:24,25
284:3,5
285:15 288:5
289:10,13,
19,24 290:20
291:15 295:8
303:22
304:2,16,17,
21 305:21
306:3
310:13,14,18
312:2,7,16
314:16
318:23
320:23
323:12
326:7,8
329:16
330:18
331:12,14,
17,25 333:19
correctly
162:20
236:17,23
258:24
286:16
290:16
Cosmopolitan
12:25
costs
294:8
cottage
65:18
cotton
17:19
counsel
6:3,25 7:4
8:13,15 9:4,
8,14,17

Timothy Sykes
May 20, 2021

11:17 18:7
131:12 242:5

Counsel's
56:22

Counselor
159:14
253:19 254:5
298:6 310:2
337:19

counter
90:24

couple
135:3 302:15

course
63:23 266:8
271:3 327:6,
7

court
6:17,24 8:19
29:24 30:7,
15 72:16,18,
22 92:17
100:6 132:25
140:10 141:5
186:12
188:10
190:18

covenant
284:21

cover
208:16
225:23

covered
22:8

covering
14:9

crap
152:18

crash
74:10 202:2

crashes
335:10
336:21

crazy
32:18 33:4,9
171:25
195:13 202:1

create
17:16 38:8
39:16 41:9
67:24 75:6,
12 88:24
99:11 107:12
109:19
154:16 198:6
204:24
231:23
239:2,22
269:9
284:17,25
285:24
300:25
306:23

created
15:25 38:13
39:16,17
41:13,22
46:19,20,21
50:22 54:13
57:3 71:4
81:17 83:25
84:4 115:16,
17 135:20
164:20 239:6
257:23
264:11 269:7
287:15,16
327:6

creating
5:16 23:1
25:13 81:17
176:14

creation
18:21 135:15
153:23
264:15

credibility
35:15 78:23

criteria
55:24 86:6
87:2 88:5
89:4 98:21
101:11,14,
15,20 103:18
104:3 108:24

109:5,9
111:10
112:20
113:5,9
116:2,10,19,
23 117:1,2
118:8 120:9
121:10
122:3,20
126:14
230:10,17
231:5 236:22
237:1 239:14
248:16,25
249:3
301:12,15
302:4,5
304:1 305:20
311:22

cross
242:5

Crypto
123:4

cubicle
197:6

curate
100:20

curated
31:25 72:4

curating
85:24 94:12
100:14

curious
189:23

current
157:3,4

curriculum
58:12 59:6

curse
150:25 173:2

curve
232:10

custom
29:17 80:6
107:6 115:7

customer
150:12 153:7

179:18
206:14
292:25

customers
280:17
281:20
284:18 286:1
315:14

customizable
244:22

customization
84:9,13
180:6,14
256:13,21,23
257:8 267:14
270:3,4
271:21

customizations
180:18 255:3
257:16,22
266:17
267:20,25
268:6 271:9,
16 276:4,6,7
280:1 313:3
314:10,12,
15,16 315:19

customize
84:23

customized
312:6

cut
38:18 71:1
133:1 167:7
243:18

Cuts
32:25

cynical/
conservative
53:13

---

D

dad
44:4 46:7
252:7

Timothy Sykes
May 20, 2021

dad's
  35:8
daily
  299:3 313:23
dancing
  186:7
data
  27:22,23
  28:1,20
  31:22 63:18
  72:2,9 85:17
  87:7,9,17,
  21,23 89:13
  90:4,8,10,14
  91:12,17,18,
  22 92:9,12,
  13,22 94:12,
  16 95:23
  96:12,15
  102:2,5
  103:4,18
  104:7 106:8,
  12 116:19,22
  118:21
  119:3,6,7,8
  180:23
  202:25 203:1
  244:23 266:5
  271:1
  280:16,19
  281:6,19,21
  283:8 285:13
  319:2 325:16
  332:12
databased
  27:22
databases
  55:23
date
  13:11 20:8
  49:4,8 51:13
  57:25 146:1
  148:10
  149:3,7
  157:7,21
  172:25
  184:14,24
  185:10 187:9

188:23,24
190:16
204:17,20,21
dated
  227:20
  228:4,5
  253:22
dates
  57:9,24 75:4
  148:20
  150:20
  183:18
  186:23
  188:17,23
  189:13
  260:4,5,9
  261:13
  282:22
day
  12:7 37:6
  39:7 47:5
  53:8,11 60:4
  64:18 68:19
  69:4 75:18
  80:9 92:25
  106:17,18,19
  107:1
  113:16,17
  114:15,16
  116:1 119:24
  120:12,13
  122:8 127:1
  136:6 138:6,
  23 157:19
  171:6,7
  177:1 178:9
  181:1 193:8,
  18 195:5,9
  196:14
  197:11
  199:8,10,14
  202:15
  206:14 237:9
  238:2 270:14
  279:6 289:17
  302:10 303:5
  311:1 331:10

days
  37:17 72:13
  100:18,19
  150:6,15
  158:5,13
  162:16
  198:21
  261:15
  290:15,20,24
  291:4,5
  324:1 325:25
deal
  83:14 107:7
  129:13
  166:9,10
  169:22 261:3
  295:24 296:8
  307:22
dealing
  75:20
dealings
  295:24
dealt
  174:9
Dear
  145:1
debate
  111:17
decade
  39:14
decades
  11:2 244:8
  268:20
decide
  114:10
decided
  84:6
deciding
  86:17 89:25
decision
  70:24 73:13,
  19 74:18,21
  75:1 96:24
  124:7 260:22
decision-
making
  87:5

decisions
  81:2 89:16
  288:9 292:17
declared
  208:15
decompile
  266:25
decrease
  207:12
decreased
  96:1,20
dedicate
  236:14
dedicated
  25:18,21,23
defendant
  53:17
deficit
  207:25 208:1
defined
  273:10
  314:6,11
defines
  270:21
definition
  23:12
definitively
  309:1
degree
  15:8,13,14,
  17
Delaware
  19:5 20:4
  49:12,14
  287:16
delayed
  148:8
deliver
  25:9 66:5
  96:15 181:4
delivers
  91:15
delivery
  96:13,25
demonstrate
  104:24

Timothy Sykes
May 20, 2021

deny
137:7
329:14,16,
17,18
department
129:7,11
130:9 137:20
139:25 140:2
252:5 293:24
295:4
depo
6:1 9:12,19
11:4 56:11
137:22 138:1
154:3 223:11
338:9
deposed
39:6
deposition
5:3,20 6:2,
18,19,20
8:2,7 10:12,
21,24 12:10,
15 20:2
21:24 23:22
53:24 114:4
138:7,19
152:6,10
154:9
181:12,20
186:23
257:10,18
274:3 278:19
282:13
299:19
304:13
311:5,24
337:10
338:21
depth
156:15
description
55:25 86:2
design
101:18
226:15,22
227:2 308:2

designate
275:22 276:2
designated
43:19 273:18
274:18
275:6,17
276:5
designed
308:4
330:19,20
designing
101:17
designs
266:6 271:1
desktop
147:11
290:12 301:5
desktops
170:8
destroy
258:22 259:2
272:11
detail
274:8
details
174:8 175:18
260:19
274:9,16
317:1
determine
237:23
304:25
determined
304:12
detriment
117:7,15
detrimental
117:11,19
120:21 121:7
develop
74:18 75:1
76:2 77:20
86:5 107:16
130:20
148:19
149:10 150:1
226:5

283:18,23
291:2
295:14,17
developed
47:3 77:23
97:16,23
115:15 130:1
184:14
261:22 262:4
269:18
293:13,20
329:18
330:2,15
331:19
developer
130:2,24,25
developers
76:7 129:21
293:13
308:14
330:24
developing
76:8 80:22
130:14 178:1
189:5 330:3,
25 331:21
development
75:14 76:2
77:15 80:12
129:20 130:7
148:12
151:10
158:15 159:1
164:3,6,14,
22 165:17
167:17,21
178:14,22
183:11
184:4,15
185:18,25
186:19
187:18,25
190:10,19,25
191:1 207:7
280:24 282:3
294:15
307:9,17
308:8 329:20

developmental
129:19
device
230:9
diagnosed
10:14
dice
87:16
dicing
106:4
die
233:9
difference
26:14 80:21
96:2 98:14
187:2,3
190:4 250:2
282:15
315:11
316:20 325:2
326:9 336:2
differences
25:4 98:2,3,
8,9,10
122:24 125:9
131:22
324:23
326:18 329:4
332:5
different
19:14 39:9
43:22 47:16
49:7 50:22
51:21 71:19
72:7,8 86:16
90:24 91:21
94:7,11
96:11,13
100:19,25
111:5,23
232:7 239:10
246:11
249:12 305:8
306:5,6,9
326:8,12,18
327:25
331:15
332:17

Timothy Sykes
May 20, 2021

335:11,15
**difficult**
235:1 262:20
300:24
**Dilemma**
118:20
**dilemmas**
300:14
**diminish**
94:19 95:2,5
**diminished**
304:7
**DIRECT**
7:22
**directed**
177:5
**direction**
70:11 88:22
261:14
**directly**
79:3 280:15,
18 281:5,18,
21 283:7
285:12
**director**
18:16 19:1
20:17,21
135:11
**directors**
20:12
**dirty**
153:9,13
**disagree**
90:3 269:12
323:19
**disappointed**
261:6
**disassemble**
266:25
**discipline**
114:8 119:6
**disclose**
76:23 273:15
**disclosure**
226:5 227:5
**discredits**
332:19

**discussions**
9:4,7 75:10
182:10
**displayed**
159:13
**dispute**
161:12,19,21
306:2,4
**disputing**
92:5
**dissatisfied**
73:8
**distinct**
147:25
**distinguishing**
50:11
**distract**
239:16
**distribute**
266:22
**dizzying**
248:14,23
**document**
19:5,8,11,
15,24 20:7,
16,19 21:2
45:8,10
54:23 57:18
133:20 134:4
141:23
142:4,10,17
145:20,21
158:21
180:13
222:18
223:24 224:2
225:21
227:16
228:1,22,24
229:2,5,7,
20,24 230:4
237:14
241:25
242:2,6
250:13,14,
16,22 251:2,
4,11 252:2,

15 268:14
273:21,23,25
280:6 285:6,
9,18 309:10,
13 310:6,7,8
334:16,19
**documentary**
17:20 118:20
**documenting**
35:18
**documents**
11:12 12:3
21:8 81:6
144:8 252:10
**doing**
23:22 53:11
60:10 63:12
101:10
108:11 192:5
223:9 227:2,
3 237:1
321:2 334:22
**dollar**
86:20
100:22,25
101:23
**dollars**
34:13 198:7,
23 208:11
283:17,23
293:13,16
294:4
**domain**
279:21
**donate**
16:20,22
37:1
**donates**
17:11
**doubt**
146:22
**Doug**
297:20
**Dow**
87:12 90:24
**downloaded**
36:12

**downs**
52:23 101:25
**dozen**
59:9 85:25
**dozens**
60:3 63:17
64:8 65:14,
24 69:12
94:5 119:16
122:23
182:11
202:25 326:1
**dramatically**
96:20
**draw**
136:4 303:18
**drill**
249:9
**drive**
195:10
198:24
**driver**
59:5
**driving**
196:10,19
**drop**
101:25
102:1,4
**drop-down**
101:22
117:3,4
120:7
**drove**
301:4
**due**
74:5 167:8
202:7
**duly**
7:19
**duplicate**
329:15
**duplicates**
331:17,18
**duplication**
329:6,8
**DVD**
66:16 86:18

Timothy Sykes
May 20, 2021

240:11
DVDS
  24:16 51:9
  53:9 58:11
  59:12 237:21
  336:5
dying
  181:1 270:14
dynamic
  93:2

_____

**E**
_____

e-mail
  170:23
E-TRADE
  32:22 64:15
  69:4 71:25
  84:20 90:6
  92:1 94:8
  95:14 102:15
  107:23 124:3
  324:20
earlier
  42:19 44:9
  72:15 135:7
  137:22
  138:1,18
  154:3 280:22
  282:6 297:25
  303:25
  305:10
early
  173:18
  303:19
  319:24
earned
  269:4
earth
  122:16
easier
  56:24 68:23
  96:7 231:24
  322:8
easily
  288:4

Easter
  151:18
easy
  51:22 236:10
  244:8
eat
  132:24
eating
  208:1
economics
  14:19
EDT
  6:5 73:5
  133:6,9
  222:13,16
  241:19,22
  298:15,18
  333:6,9
  337:24
  338:2,19
educate
  27:2
educated
  89:16
educating
  24:14 39:24
  54:17 92:15
  246:2
education
  24:21,22
  25:2 27:10,
  12,15,20,23
  54:16 55:12
  58:10 59:5,7
  87:23 92:3,6
  249:10
educational
  14:10 15:25
  16:17 24:4
  38:9 42:16,
  19 43:15
  94:25 114:6
  234:12 239:2
  245:19
educator
  37:11,20,23
  40:4,19

52:15 54:7
  87:16 304:18
educators
  43:1 52:24
  57:12
  304:20,24
effect
  177:2 281:7
efficient
  236:11
  302:20
effort
  246:2
eight
  52:21 188:16
either
  21:17 40:15
  56:15,16
  65:24 70:24
  80:20 93:16
  115:19
  130:19
  152:21
  260:22 272:7
  276:6
Elad
  7:12,14
  19:4,10
  61:14 132:16
  133:10
  134:16
  137:23
  139:18 147:6
  159:9 160:4,
  17 161:5
  164:25
  168:22
  192:22 201:8
  204:9,12
  222:17
  223:9,14
  227:15,25
  228:23
  229:13 230:2
  232:11
  233:21
  235:15
  243:5,25

250:4 272:25
  273:1,2
  277:20
  288:24
  299:16 303:8
  309:2,10
  310:12 311:6
  320:19
  322:22 323:5
element
  305:18
elements
  123:10
else's
  317:20
email
  13:13,15,19
  14:2,5 64:13
  80:20 145:18
  152:12,17
  170:11 172:7
  309:2
emailed
  54:6 274:24
emails
  60:5 145:10,
  23,24 153:7
  238:25
embarked
  268:18
embedded
  277:2,6
employed
  23:9,12
employee
  22:17,19
employees
  297:19
employment
  307:3
en
  42:8
enable
  55:22 116:9,
  20 122:1
enabled
  95:11

Timothy Sykes
May 20, 2021

enables
  91:6 113:3
enabling
  98:16 109:3
encounters
  163:5
encourage
  23:3
end
  35:2 37:14
  38:17 70:5
  107:1 116:1
  139:14
  142:20
  155:11
  187:14,15
  260:19 279:6
  307:1 309:23
  316:11 319:6
  321:1 322:3,
  20 331:10
ended
  15:8 37:17
  66:1 70:12,
  13,14,19
  74:16 80:24
  129:2 154:5,
  7 200:18
  204:4 259:25
  261:25 282:1
  295:6 303:14
  320:8 323:8,
  9
ending
  70:16 154:6
  261:25
endless
  74:15
endorse
  225:17
enemies
  154:16
Energis
  171:7
energy
  240:6

engage
  59:21
engaged
  184:25
engine
  110:25
engineer
  115:23
  266:25
engines
  111:5
enhance
  267:2
enhancements
  255:1 314:9
enjoy
  172:12 200:8
  204:2
enjoying
  195:9 200:5
enter
  6:15 87:4
  170:11,22
  172:7 222:20
  223:5
  227:16,18
entered
  166:9 181:15
  242:22
  251:18
entering
  66:2
Enterprises
  6:7 18:4
  45:14 54:19
  254:16
  296:25
entire
  24:3 85:21
  87:1,6
  128:21 154:6
  169:23
  231:20
  234:10
  250:22 251:2
  274:3

entirety
  204:7 311:20
  321:4 323:12
entities
  16:7 23:3
entitled
  159:22
  193:17
  223:18 228:3
entity
  22:17,19
  287:16
entrance
  35:10
environment
  17:22
equities
  55:23 91:6
  92:22 93:15
  103:10 111:9
Equityfeed
  50:3,20 51:2
  52:2,3,7
  57:15 58:20
  59:20 60:12,
  20,25 61:6
  62:21 64:5,
  6,14,23
  65:2,4,11,
  12,14,19,21
  66:3,4,10
  67:8 68:11,
  12 69:17,22
  70:1,5,15,20
  71:25 73:15,
  24 80:24
  84:2,23 86:5
  90:5 91:25
  94:9 95:10,
  14,18 96:1,
  10,15 97:15
  98:11 99:4,9
  102:14
  115:19 123:1
  124:10
  125:5,25
  126:17
  127:4,7

131:8 142:16
143:2,7
145:3,4,8,
10,18,23,24
147:23
151:25
154:17
156:18
164:13
166:17
167:3,8
175:15
180:16
181:15
187:12
189:2,7
226:20
233:16
251:18
252:24
254:15,25
255:7,9
256:12,20
258:6,21
259:2,3
260:14,24
261:23
262:6,13
263:1,10
265:8,16
266:2,18
267:20,21
269:13
270:5,18,19,
23 271:10,
11,17,18
274:19 275:7
276:9 278:9
287:7 289:6,
10,12,14,18,
20 313:4,10,
18,24 314:6,
8 316:24
318:14,20,22
320:4,5
324:4 325:4,
13 332:3,11
335:16
336:13

Timothy Sykes
May 20, 2021

Equityfeed's
  63:14 64:17
  69:14 81:14
  83:24 84:3
  152:16 166:8
  254:23
Equityfeed.
com
  157:5
Equityfeed.
com.
  145:9
essential
  202:20
essentially
  86:4
established
  103:17 106:8
  136:9
estate
  195:19
estimate
  187:19
et al
  6:8
etoro
  94:10
everybody
  108:1 153:14
  274:11 338:8
everyday
  134:25
  136:22
everyone
  91:12,25
  95:15 108:2
  125:14,15
  240:21
  297:23
  338:16,17
evidence
  237:25
evolution
  99:16 165:23
  167:2
evolved
  99:16 226:19

evolving
  71:14 175:12
ex-hedge
  72:5
exact
  39:14 46:14
  48:10 51:13
  65:23 74:24
  75:4 81:1
  104:21
  148:10
  149:3,7
  150:20 152:9
  186:1,21,23
  187:17
  188:17,23,24
  207:8 208:2
  240:25
  261:13,24
  282:12
  283:2,19,20
  324:21
exactly
  39:15 67:18
  70:12 185:22
  229:3 286:11
  297:16
EXAMINATION
  7:22
examine
  242:6
examined
  7:19
excess
  302:19
exchange
  51:9
exchanges
  90:24
excited
  196:5 300:12
exciting
  163:9 170:2,
  10
exclusive
  196:16
  198:19

excuse
  21:6 228:4
  254:3 306:20
excused
  338:20
excuses
  74:15
executed
  252:3
executions
  197:16
exhibit
  20:1 22:13
  133:16,17,18
  134:16,19
  141:18,20
  159:23 160:1
  161:4,9
  193:10,12,
  14,17
  201:13,15,18
  204:8,9,10
  205:7
  222:23,25
  223:17,21,25
  225:4,19,20,
  23 227:16
  228:3,7,11
  229:21
  232:18
  233:19,21,25
  235:4,5,21
  238:19
  243:9,21
  244:1 250:6,
  7,10 289:2,3
  299:20,21,
  23,25
  309:15,17,20
  310:4,12,16,
  17,23 311:21
  320:12,13
  321:9,10
  323:5,12,13,
  15 327:10,13
  328:9,17,23
  329:7 331:12
  334:10,12,15

existence
  157:22
exists
  22:7 234:2
exit
  87:4
expand
  177:22
expect
  150:5 276:11
  290:15
expected
  41:12 295:18
expenses
  208:9
expensive
  33:5 302:16
experience
  34:24 52:22
  114:1 153:6
  239:7 332:9
experienced
  53:12 88:3
  109:19
  116:21
experiment
  116:8,15
expertise
  52:17 317:16
expiration
  259:13
expires
  162:19
explain
  45:22 100:13
  147:18
  243:22,23
  245:11
explained
  234:2 282:6
  287:18
  329:4,23
explaining
  110:21
explanation
  9:1 154:12
  264:22

Timothy Sykes
May 20, 2021

explicitly
  265:25
explore
  320:10,16
expo
  65:16 240:24
express
  266:1
expressed
  131:6 318:13
  330:10
expressing
  66:1
expressly
  266:24
extemporaneou
sly
  206:3
extent
  159:3
extra
  25:21

**F**

face
  62:11
facing
  292:2,3
fact
  119:4 184:25
  190:24 281:3
  285:11
  303:24
  318:12,19
  325:12
  330:23
factors
  127:12
facts
  172:21
fail
  175:16 315:3
  325:12 327:9
failed
  35:14 39:4
  66:5 75:5

81:18 96:15
98:12 175:15
180:1 226:19
233:16 287:8
314:22 315:1
318:11
319:18
327:1,8
fails
  332:3
failure
  326:9,18
failures
  36:10 287:6
fair
  22:16 55:13,
  25 86:2,10
  119:25 149:2
  169:4
fall
  53:5 301:22
  305:2
falls
  268:20
false
  136:22
  166:17
  168:24 184:6
  234:22
familiar
  58:17 142:11
  323:23
family
  34:15 35:13
  334:3
Fantastic
  333:25
far
  14:11 31:20
  103:14,17
  260:2 281:24
  302:6 335:10
fascinated
  195:18
fast
  186:24
  203:23

faster
  75:8 202:6,
  17 232:16
  336:24
father
  39:6 191:10
  252:12
favor
  235:4
favorite
  227:17,19
  228:4 301:24
  306:9 315:7
feature
  31:24 99:25
  100:3 130:5
  172:24
  232:22
  234:20,21
  336:7
featured
  233:18,25
  234:21 235:5
features
  80:3,11,18
  99:6 100:4
  110:2 111:13
  170:18
  171:24
  173:21 174:3
  177:11,12,17
  246:14
  247:24
February
  149:7,10,25
  160:22
  161:20
  162:16,23,25
  164:4,7
  165:5,7
  168:3,4,5
  170:6 185:19
  187:2,8,10,
  11 189:1
  190:9,19,25
  207:18
  227:21
  228:4,5

280:23
282:3,16,18
Federal
  140:9
fee
  302:19
feed
  13:17,18,19
  72:5
feedback
  66:18 70:7
feel
  10:20 128:2,
  6,10,16
  129:1,3
  131:18 178:1
  180:24
  194:12
  284:20
  286:2,14,20
  293:8 322:7,
  14 323:16
  326:6 331:12
Feldman
  7:4,12,23
  8:1 11:16,25
  12:1,13,17
  19:4 20:3
  21:10 22:14,
  15 24:11
  26:18,22
  27:3 28:25
  29:7,10,19,
  21 30:2,16
  31:5 45:9,
  20,21 46:9
  48:6 49:2
  50:1,9,23
  51:11 56:4,
  21 57:1,13
  59:17 60:8,
  22 61:12,21,
  24 62:19
  64:1 65:9
  66:21 67:14
  68:5 69:9,24
  71:15 72:14,
  16,17,20

Timothy Sykes
May 20, 2021

73:2,6,22
74:7 77:9
78:17 80:1,
16 82:13,24
83:6,16
88:1,11
89:17 90:16
92:4 93:23
94:18 97:10
98:7 99:18
100:2 101:9
104:1,12
105:6,22
106:25 107:9
108:8,23
109:16,25
110:3,19
111:7,21
114:2 115:12
116:17
117:12,24
119:10,15
120:22 121:8
122:17
123:19
124:13
125:1,18
126:7 127:19
128:4,14,23
129:8,15
131:23
132:4,16
133:3,10,12,
15,21,23
134:1,2,14,
18,20 137:3,
9,21,23,25
139:3,18,21
140:14,22
141:9,16,19,
22 142:1,25
143:18
145:19
146:8,20
147:2,5,7
148:1,11
149:6,15
151:1,2,22,
23 153:12,20

154:25
155:13,24
156:4 157:1,
14 158:3
159:9,12,16,
20,23 160:3,
6,17,23,25
161:5,7,24
162:1 163:2,
13,16 164:24
165:4 166:3
167:11
168:22,23
169:5,12,17,
23 172:14
174:20 175:8
176:16
178:12,19
179:3,19
180:3,11
181:6,25
184:1,12
185:4,14
186:6,14
188:4,9,11
189:15,20
190:14,23
191:7
192:13,22
193:2,5,10,
21,22 194:4,
7,19,21,24
200:19,20
201:8,12,20
204:5,9
205:5,10
206:23
207:13 208:6
222:10,17,
20,23 223:4,
9,20,23
225:3,6,8,
20,25 227:9,
12,23,25
228:9,21
229:3,13,15,
19 230:1,3
231:3
232:11,17

233:3,21,24
235:3,13,18
236:5,7
238:4,17
241:10,14,
17,23,25
242:4,13
243:4,7,17,
24 244:3
245:9 246:3
247:2 248:3,
6 250:3,9,
11,19,21
252:1,21
253:10,17,21
254:3,7,8,
14,19
255:17,21
256:10,17,18
257:6 258:4,
14,16 259:10
260:11,20
261:4,20
262:11
263:5,17
264:1,19
265:3,14,22,
23 267:13
268:5,12
272:6,23,25
273:4,8,9
275:4,10,19
276:13
277:1,8,17,
20,21 278:15
279:5,16
280:7,9
281:13
282:14
283:5,15
284:13
285:4,10,20
286:12
287:12,22
288:10,20,24
289:4 291:8
292:10,19
293:3,25
294:12

296:1,9,22
297:7 298:1,
4,7,10,12,19
299:10,16
303:8,15
305:3,15,24
307:13,23
309:2,5,8,
13,19,24
310:3,7,15,
19 311:6,19
312:14,25
314:4 315:16
316:13 317:6
318:6,18
319:11
320:14,15,
18,24 321:1,
20 322:16,22
323:1,3,5,10
326:4,6,23
327:10,11
328:5,14,22
329:5,13
331:8,16
333:1,10
334:7,14
338:3,12,16
**felt**
  86:7
**fewer**
  335:10
**Fidelity**
  32:13 95:15
  124:3 324:20
**field**
  24:17,19
  77:21 331:6
**Fifth**
  13:1
**figure**
  51:23 103:11
  121:25 302:4
**figured**
  105:23
**figures**
  207:7 208:4

Timothy Sykes
May 20, 2021

| | | | |
|---|---|---|---|
| **figuring** | **financial** | 43:24 46:16 | **fix** |
| 47:1 89:7 | 25:2 90:13 | 50:25 51:5, | 160:15 |
| **files** | 119:9 123:17 | 10,17,25 | 178:15 |
| 325:20 | 328:12 | 52:1,5,20 | **fixed** |
| **fill** | **financially** | 53:22,24,25 | 293:4 |
| 15:8 | 6:12 | 58:3,4 64:12 | **flight** |
| **film** | **find** | 65:10,22 | 9:23 322:9 |
| 205:6,15 | 25:20 42:10 | 67:6,12 69:7 | **Florida** |
| **filmed** | 55:23 87:17 | 75:11 97:14, | 5:5 6:23 |
| 205:1,19 | 88:6 93:18 | 19 103:15 | 12:23 38:25 |
| **films** | 95:6 109:4 | 135:4,22 | **flow** |
| 17:20 118:17 | 111:9 113:19 | 136:9 140:20 | 89:5 107:15 |
| **filter** | 116:9,22 | 141:22 | 109:9 118:8 |
| 55:25 98:16, | 124:16 | 143:22 | **flowing** |
| 21 101:17 | 193:18 | 153:23 | 120:15 |
| 107:12 109:4 | 197:10 | 158:14 | **focus** |
| 231:6 236:21 | 198:1,3 | 162:17 164:6 | 25:12 85:14 |
| 238:20 | 231:6 304:2 | 170:13,24 | 99:8 135:3 |
| 321:23 | 305:20 | 172:8 177:15 | 248:15,24 |
| 322:5,13,14 | **fine** | 179:2 | 300:9 |
| 323:15 | 181:18 | 181:13,20 | **focused** |
| 327:16 | 243:24 | 182:1,3,7,19 | 21:3,4 22:25 |
| 328:7,17,24 | **finish** | 184:14 202:9 | 26:3 29:2 |
| 329:8,15,18 | 9:24 76:5 | 205:6,8 | 33:16 34:3 |
| 330:2,7,11, | 119:14 269:3 | 224:13 | 37:6 46:5 |
| 16,24 | 272:15 | 225:21 226:4 | 48:11 53:8 |
| 331:11,20,24 | 286:25 | 236:2 243:10 | 59:15 66:15 |
| **filtering** | 294:2,3,22 | 245:16 250:7 | 79:23 |
| 94:1 101:5,7 | 318:16 | 267:15,16 | **focuses** |
| 108:24 | **finished** | 293:11 | 177:10 203:5 |
| 126:14 135:6 | 36:21 39:22 | 310:21,22 | **focusing** |
| 230:9 | 172:15 238:6 | 312:3 | 102:22 |
| 239:13,14 | 265:17 | **fit** | **folks** |
| 240:6 | **FINVIZ** | 100:15 | 132:24 |
| **filters** | 324:19 | 230:17 | **follow** |
| 101:11,15 | **fire** | 248:16,24 | 303:12 |
| 116:8,9 | 202:2 | **fits** | **followed** |
| 121:11 203:4 | **firehose** | 306:12 | 8:25 |
| 230:16 | 300:16 | **five** | **following** |
| **final** | **firm** | 21:11,12 | 163:7 171:8 |
| 5:21 | 319:9 | 68:20 85:15 | 195:3 201:22 |
| **finally** | **first** | 100:18 | 300:5 |
| 170:6 208:4 | 7:19 10:10 | 106:18 | **follows** |
| **finance** | 12:18 14:17 | 113:17 | 7:20 |
| 14:18,21 | 20:20 32:11, | 172:23 | **football** |
| 24:20 324:17 | 25 33:19,22 | 178:10 | 326:13 |
| 328:3 | 37:7 38:8,16 | 277:22 283:1 | |
| | 39:8 40:3,20 | 291:2 335:18 | |

Timothy Sykes
May 20, 2021

force
  199:18
forced
  41:3,9
foregoing
  266:10,15
  267:18
  271:5,7,14
  279:19
forget
  130:24 187:6
forgetting
  45:4
forgive
  15:16 92:16
  110:20
  181:19
  191:21
  233:11
  303:17
forgot
  44:25 192:23
form
  8:14 20:24
  26:13 28:17
  38:22 45:2
  47:22 49:22
  51:3 56:3,19
  59:2,25
  65:5,6 66:12
  68:1,15
  73:25 78:8
  82:3,16 83:9
  87:19 88:9
  89:9 90:2
  91:8 93:22
  98:5,22
  100:1 103:21
  104:10
  105:14
  107:18
  109:13,22
  110:10,11
  116:13 117:8
  120:19
  123:13
  124:4,20
  126:3 127:14

136:23
157:11 178:4
184:8 260:25
267:1 312:10
313:6 322:21
323:17
formalities
  78:14
format
  127:21
formation
  20:18,22
  54:15
formed
  27:15 33:20
  39:8 49:13
  50:13 54:9,
  22 55:8
  57:3,14,22
  81:8 139:24
  140:5,17,18
  141:11
  292:12
  293:11
  294:15
formula
  104:21
  268:24
formulate
  112:19
forte
  45:5 46:3
forth
  114:16 267:4
forward
  60:5,6
  162:18
  172:10
forwarded
  61:9 70:23
found
  27:7 124:22
  301:17 324:2
foundation
  17:6,7,12
  69:15 73:16
  99:12 121:4

148:5 149:11
153:16 180:8
189:10,17
242:25 243:3
255:10
259:6,20,21
260:16
278:24 279:1
288:14
292:15
315:23
317:23
318:24
founded
  27:4
founder
  18:18
founding
  28:21
fountains
  102:17,18
four
  15:23 36:21
  300:8
fourth
  35:7 157:4
  326:13,14,15
Franchise
  20:5
frankly
  46:8 51:21
  53:12 82:6,
  12 91:15
  99:13 132:18
  135:19
  154:6,22
  164:15
  173:17 196:5
  202:8 231:22
  234:4 244:11
  245:21 253:6
  313:17 320:7
  336:1,11
free
  9:17 159:22
  162:17
  169:19,20
  170:13,24

172:8 194:12
249:13,14,15
264:23
freely
  38:7
freshman
  14:18 33:11
friend
  186:8 327:2
friend's
  35:8
friendly
  292:25
friends
  34:15 35:13
front
  114:13
  120:15
  183:20
fruition
  60:19
frustrated
  261:16,18
frustration
  260:18
fulfill
  81:4 155:10
  260:18
  314:20
full
  42:5 53:1
  153:24
  200:21 226:4
  227:5 234:10
full-time
  236:14 240:4
function
  99:19 116:5
  135:8 145:11
  246:18,22
  305:19
  316:25
  317:14,18
functional
  313:22
  315:12,13,15

Timothy Sykes
May 20, 2021

functionality
 99:25 135:6
functions
 258:12
 316:22
fund
 15:22,23
 22:4,5 24:3
 32:12 33:22,
 24 34:2,9,15
 35:2,4,11,
 15,19,24
 36:15,16
 37:10,14,17
 38:6,13
 39:22 40:10
 72:5 135:2
fundamental
 100:11 302:7
fundamentals
 102:10
 103:5,19
funds
 34:3,5
furthest
 67:12
future
 146:2 157:21
 170:16,24

G

G-A-W
 17:3
G-A-W-A
 17:2
Gabe
 321:13
Gabriel
 7:9 19:19
 338:7
gain
 85:19 150:4
 290:14
gainers
 85:21
 100:17,18

231:7
gallery
 5:25
galore
 153:8
game
 109:8 326:12
game's
 326:14
gathering
 66:22
gave
 32:20 64:10
 66:4 68:25
 69:2,19
 80:10,11
 83:7 89:3
 124:11
 139:10
 171:14
 173:22 174:3
 175:1 177:11
 190:5 192:6
 259:3 269:6
 274:23 275:1
 318:11
 319:13,14
gears
 74:4
general
 123:14,17
 166:24 169:7
 174:19 177:7
 245:12
generality
 266:14
 267:17
 271:7,14
generally
 52:14
generate
 93:15,19
 103:13
generic
 129:18
generically
 85:8,9

177:16
genesis
 37:22
get all
 70:7
getting
 19:23 88:20
 91:2 161:2
 162:24
 181:20
 208:4,5
 270:19
 301:15
 303:16
gift
 150:24 173:2
gigantic
 103:12
give
 8:15 9:1,16
 10:12,20
 25:22 28:4
 53:1 63:21
 67:20 69:10
 80:2 89:1
 90:18 105:7
 112:19,22,
 24,25 118:3,
 10 130:5
 173:19
 177:17 194:9
 196:15
 198:19
 201:12
 202:21
 225:13
 227:13
 249:10
 275:13
 284:12 287:3
 293:7 300:24
 303:1 310:10
 317:4
given
 8:7 48:25
 53:20 111:18
 113:16 143:9
 145:25 157:8

164:2 204:6
 226:12
 228:24
 229:21
 289:23
 337:4,10,12
giving
 29:16 53:8,
 10 58:8
 75:18 80:18
 81:3 113:18
 129:24 159:4
 173:17 178:7
 180:25
 258:11 319:4
glanced
 132:2 179:1
goal
 17:24
god
 121:25
goes
 13:25 86:19
 104:18
 152:11
 225:14
 240:11 276:9
 321:5 333:16
going
 9:24 11:14
 17:13 19:7,
 10 21:7,9
 32:17 33:3
 34:18 38:18
 39:16 46:17
 51:10 53:14,
 25 56:21
 69:5 73:23
 81:6 92:16
 93:9 97:17,
 20,23 101:18
 108:2,6,16
 112:3 114:7
 129:16,19
 133:5,15
 139:4 143:4
 144:16
 151:18

Timothy Sykes
May 20, 2021

152:17 153:9
154:21
158:12
162:17
164:11
165:19
170:17,19,20
171:18
172:10,22,25
176:21
188:23
189:21,22
194:9 195:4,
10 196:15,22
198:1,2,22,
24 199:25
200:1 203:7,
9 204:1
222:12 224:5
229:10,14
232:14
235:9,20
237:9
239:20,22
241:18
243:14
245:20 249:8
260:1 262:13
264:17
275:21
288:12
290:19 291:4
298:14 303:1
309:20
310:9,11
315:14
321:6,21
322:2,8,10
329:24 330:5
332:23
333:2,5
337:2,23
338:18
Goldman
32:13
good
5:8 7:24 8:1
19:18 22:11

30:14 32:21
36:20 38:23
63:25 66:11
72:25 75:7
105:25
108:6,17
118:15 172:9
181:2,18
183:7 287:20
316:6 320:8
321:8
Goodnight
338:16,17
Google
110:4 118:1,
2,3,16
121:24
Gotcha
328:21
grab
204:2
gradual
88:25 294:6
gradually
36:6 55:11
71:14 319:20
graduated
14:15,23,25
15:18 34:11
graduating
23:9
graduation
23:14
grain
291:21
grand
34:16
granted
265:25
granularly
109:3
grateful
63:24
gravitated
33:4,6
great
89:22 151:25

152:1,14
153:1,15
154:11
156:18,19,20
179:7,13,15,
21,25 198:22
199:14,25
246:22 247:1
248:12,22
greater
34:18
greatly
226:19
greatness
180:1
Greek
267:11
grew
33:10
Grittani
333:12,18,20
335:7,22
336:4
Grittani's
334:6
grocery
108:2,5
Group
7:15
grow
275:3 327:4
growing
261:16,17
guarantee
91:10 172:3
guarding
269:17
Guatemala
196:21
guess
70:2 76:14
100:11 137:1
154:15
184:19 196:2
222:23 293:6
306:21

guessing
70:24 137:8,
16
guidance
118:24
guide
249:24
guru
54:7
guy
116:6 129:9
242:22
247:15
286:23 288:1
301:9
guys
12:13 80:22
120:25
132:16 170:7
198:16
276:19 293:4
300:6

---

**H**

habit
194:16
half
48:5 302:14
halfway
321:15
hand
96:17
handle
52:3 191:9
handles
44:4 70:2
77:13
hands
269:13
270:19
handwriting
251:16
hang
50:6 61:16
108:18 141:1
156:2 243:12

Timothy Sykes
May 20, 2021

happen
72:21 171:18
199:8 239:11
268:25
happened
125:12
252:13
253:16
265:20 319:5
happening
202:5
happy
9:20 19:17
73:11 133:1
262:18
332:21
hard
135:20 139:5
163:11,21
164:16 170:5
239:25
269:18 316:5
harder
196:4
hay
93:25 94:1
95:7,12
98:16,17,18
103:12,16
106:4 113:4
119:22 120:2
haystack
87:17 88:6
93:10,13,15,
24 101:19,21
103:10,12
106:10 113:4
122:1 124:17
304:2 305:21
hazardous
119:8
he'll
19:17 243:22
338:11
head
45:8 186:7
heading

70:11 261:13
health
119:9
hear
105:25
168:12 273:3
326:21
heard
28:9,12
36:11 63:16
146:15
168:11
173:15 182:7
303:22
hearing
160:14
hedge
15:21 22:4
24:3 33:24
34:2,5,9,15
35:2,14,19,
24 36:14,16
37:10,14,17
38:6,13
39:22 40:10
135:2
height
269:14
held
5:11,14
18:25
hell
268:10
help
21:5 25:11
29:17 75:8
87:16 89:24
91:18,22
92:17 94:24
109:4 116:22
120:16 168:8
200:12
203:17 206:3
244:8
248:14,19,23
275:3 293:9
306:23

helped
134:24
136:5,21
226:5,11
helpful
91:5,9
109:15
110:21
117:11,18,19
120:20 121:6
237:10,11,12
helpfulness
238:25
helping
38:12
helps
109:10 111:8
135:1 236:16
239:21
hence
119:5
Heroes
156:7
hesitation
97:3,4
hey
76:17 96:24
122:3,6
123:9 163:8
170:1 200:10
237:16 300:6
hierarchy
248:20
high
14:11,13,15,
24 15:1,2,3,
4 16:2 32:14
33:8,23 99:2
106:18,19,20
113:16,17
114:15,16
120:10,12,13
122:7,8
127:2
higher
239:24

highlight
226:15
highlighted
225:5,11
226:1,4
294:9
highlighting
237:22
highs
105:7
106:14,17
113:13,15
114:14,15
120:12 122:6
123:9 126:22
127:1,5
hindsight
69:23 316:12
hire
79:24
hired
77:8,10,15,
18,20 130:6
hiring
130:23
history
15:19 90:7
Hogan's
156:6
hold
15:13 168:22
193:5 235:21
337:17
home
195:11
196:11
199:25
244:17
homemade
181:2
homerun
35:8
hometown
196:19 197:5
hone
198:12

Timothy Sykes
May 20, 2021

honest
  36:23 37:25
  203:14
honestly
  78:18
Hood
  197:14
hooked
  33:13
hope
  172:12
  200:11
horse
  336:25 337:1
host
  233:16
hosts
  225:17
  233:11
hot
  197:10 200:2
  301:20
hotel
  62:13
hour
  171:12 298:5
hours
  11:11,18
  75:18 227:10
  238:2 254:6
  324:1 325:25
house
  195:21
houses
  195:13,17,18
  196:1
htp
  165:6
http://
stockstotrade
.com
  162:15,18
  165:7

http://
stockstotrade
.com/
announcement
  143:24
Huge
  98:9
human
  267:1
humor
  39:3
hundred
  123:16
  150:24
  191:23
  198:23
hundreds
  65:24 69:12
  122:23
  240:25
hypothetical
  331:3
hypotheticals
  129:14

_____

I

idea
  75:7 130:9
  135:9 136:16
  141:13 148:6
  165:20
  176:21
  184:16
  192:3,18
  267:9 276:24
  294:21
  295:7,22,23
  308:11
ideas
  111:19
  173:25 266:6
  271:1 330:16
identical
  124:17
  127:12

identificatio
n
  133:19 160:2
  193:15
  201:19 223:1
  228:8 300:1
  309:18
  321:11
  334:13
identified
  103:14
identify
  16:7 28:14
  91:6 95:11
  135:1,5
  160:4,18
  193:11
  225:21
  236:16
identifying
  86:13,23
  204:13
idiocy
  269:14
ignorance
  21:6 191:21
ignorant
  139:1
ignoring
  239:10
illness
  10:15
image
  157:15
  193:23 194:2
  232:18,19,21
images
  321:22
imagine
  185:7 198:13
  239:6
immediately
  171:10
impair
  10:11
impairs
  10:17

imparted
  28:22
implement
  315:3,6
implemented
  312:12
implementing
  74:13
implied
  266:1
importance
  92:5 304:14
important
  8:18 86:7,13
  90:20 91:16
  92:11 109:5
  116:3 145:1
  234:8 240:18
importantly
  324:10
improper
  243:18
improve
  70:25 71:9
improvement
  294:6
inception
  23:17
inches
  326:12
include
  106:13
  173:13
included
  80:3 120:24
  127:7 255:8
  257:9 268:7
  278:2,7
  312:19
includes
  9:4 29:16
  102:2,4
  127:4
  314:12,15
  315:19
including
  103:18

Timothy Sykes
May 20, 2021

164:14,17,21
254:25
266:16
267:19
271:8,15
314:8
**incompetence**
167:8
325:14,15
**incompetent**
154:18
**incorporate**
38:22 180:17
**incorporated**
48:14 287:16
**incorporation**
20:8
**incorrect**
48:23 277:14
**incorrectly**
251:9
**incremental**
247:10
**independent**
77:1 130:2
**indicate**
7:2 318:21
**indicator**
124:8 245:8
302:6
**indicators**
86:19 89:15,
19,23 101:8
103:22,25
104:22
106:24 108:1
109:7 115:8,
9,22,24
118:14
123:2,15,18
124:1,16
125:3,7,20,
23,24
127:11,18,23
128:11,13
245:4 311:22
323:24,25

324:13,17,22
325:10,23,24
328:13
**indirectly**
280:15,18
281:5,18,21
283:8 285:12
**individuals**
227:3
**industry**
35:15 53:3
65:18 123:17
125:13
127:16 318:4
325:22
326:10
327:20,21,22
**industry-wide**
125:11
128:10
**inefficiency**
36:7
**inevitable**
35:12
**influence**
10:10
**information**
10:18 63:21
115:10
118:18
119:23
127:20 128:1
192:10
204:13
258:11,23
259:3 266:8
271:3
272:11,14,
17,19
273:11,17
274:5
**ingredients**
108:13,14
**inherent**
116:18
**initial**
65:3 71:11

264:14
**initials**
251:13,14,15
**injured**
32:14
**injury**
251:25
**inside**
90:12
**inspire**
196:1,4
**inspired**
195:20 196:3
**Instagram**
327:2,4,7
**instance**
104:6 106:17
117:5 120:9
126:12
**instructions**
226:12
**insult**
251:24
**insurance**
199:23
**insure**
108:16 119:4
**intellectual**
266:5,9
270:25 271:4
313:13
**intelligence**
317:16
**intelligent**
270:2
**intensive**
68:21
**interactions**
5:14
**interconnecte
d**
89:14
**interest**
23:17 32:9
33:20 52:15
55:24 65:2,
7,12 200:3

266:3 270:24
280:18
281:5,20
283:7,22
284:1 285:11
318:13,20
**interested**
6:12 32:10
60:6 195:17
233:15
**Interesting**
251:13
**interface**
5:15 6:1
**intermediate**
249:19
300:15
**internal**
267:3
**international
ly**
126:10,11
**internet**
28:16 52:25
118:17
139:12 315:9
**interrupting**
186:9,10
**interview**
25:20 75:14
**intricacies**
176:21
**intricately**
177:25 178:5
**introduce**
250:9
**introducing**
170:17
231:12 232:3
**introduction**
231:16
**invented**
35:9
**inventions**
266:7 271:2
**invest**
36:4

Timothy Sykes
May 20, 2021

invested
  32:24 35:8
investment
  32:24
investments
  34:4
investor
  18:10,15,23,
  24 32:12
  36:8 120:5,
  16
investors
  34:14 36:1,
  17 171:22
invited
  35:21
involved
  25:10 29:14
  35:12 53:15
  78:1 124:6
  131:3 135:14
  136:2 149:13
  153:22
  157:25 164:8
  166:18 175:1
  177:25 178:6
  182:14
  191:11 259:8
  264:24
  283:13 284:9
  286:21
  287:1,2,3
  288:8 292:16
  293:6 297:20
  308:12
  329:19
  330:21
involvement
  29:16,18
  124:9 135:16
  159:4,6
  180:25 260:3
  262:20
  264:12
  280:17
  281:4,20
  307:16 308:8

irrelevant
  102:20
  238:21
  239:13
isolated
  237:7
isolating
  239:9
issue
  141:11
  269:21
issues
  96:18,19
  148:7 150:19
  153:8 160:14
  163:5 167:10
  262:2 313:20
  325:16
  332:12,24
  336:21
Itunes
  36:12

_____

         J

Jack
  306:8 333:15
Jaffe
  7:6 10:2
  11:8,14,21,
  22 12:16
  19:7,10,13,
  17,20,22
  20:24 22:12
  24:8 26:13,
  21 29:5
  30:6,12 31:3
  45:2,17,19,
  25 47:24
  48:22 49:21
  50:6,15 51:3
  56:25 57:6
  59:2,24
  60:13 61:16
  62:7 63:25
  65:5 66:12
  67:9 68:1,16
  69:15 71:6

72:24 73:16
74:2 76:22
77:1,4 79:17
82:16 83:3,
11 87:19
88:9 89:9
90:2 91:8
93:22 97:9
98:24 100:1
101:6 103:21
105:5,14
106:22
107:5,20
108:18,22
109:13
110:10 111:1
113:21
114:19 117:8
119:14
120:19 121:4
122:11
123:13 124:4
125:6 126:1,
3 127:14
128:19
131:19
132:23
136:25
137:14
140:11,25
143:13 146:5
148:5 149:12
150:17
151:13
153:16
154:13
155:5,19
156:2,23
157:23
165:11
166:23
168:16
169:1,11
174:14 175:7
176:6 178:4,
18,24 179:22
180:8,20
181:21
183:23

185:11 186:9
188:2,7
189:9,17
190:11,20
191:6 194:11
204:11,17
205:2,9
206:18
207:4,23
222:11
225:1,5
226:23
234:23 237:4
238:14 241:9
242:25
243:12,21
251:19
253:2,14
254:1,11
255:10,12
256:7,24
257:20
259:6,21
260:16 261:1
262:8 263:2,
12 264:8,25
265:11,18
268:3,9
271:23
274:21
275:25
276:21
277:5,13
278:5,24
279:11 280:3
281:10,16
282:5,20
283:10 284:7
285:7,17
286:10
288:6,14
290:21
291:16
292:15,22
293:15 294:2
295:21 296:5
298:8,11
299:15
305:12

Timothy Sykes
May 20, 2021

312:10,21
313:6 314:17
315:23
316:17
317:23
318:16,24
320:12
323:17
326:21
327:17
328:10
329:2,9
331:2 338:6,
11,17
**Jamil**
76:11,16
80:21 130:4,
5,6 131:6
166:9 286:24
306:17,19,20
307:8,16,24
308:1,13
330:6 336:22
**Jamil's**
308:8
**Jeff**
7:4 8:1
22:12 45:19
50:8 61:17,
18 72:24
108:22
140:12,25
159:21
181:21 186:9
188:7 194:18
204:11 225:2
238:16
241:15 294:2
298:9 320:13
326:22
**Jewish**
54:2 292:24
**Jewmon**
6:7 7:8
18:4,5 44:1,
12,13,16
45:14,23
52:11 53:25

54:13,19,22
55:8 57:2,
14,21 58:5,
19,24 59:20
60:10,24
61:5 62:21
64:5 65:4,
11,22 68:12
70:1,19
73:8,10,15
81:8,9 84:6
138:2 142:20
143:2,7,10
144:3 153:21
180:5,14,15,
17 181:8,15
182:2,15
187:11 191:2
251:18
252:24
254:16
256:3,12,20
257:16
258:20
259:2,3,18
265:25
266:15,18
267:6,18,25
270:18
271:7,15
272:9 276:18
278:17
279:19,25
280:11,12,15
281:4,17
284:4,16,18,
24 285:24
286:1 288:3,
11 289:10,
12,19,23
290:3,18,19
291:14,19,21
292:4,13,20,
23 293:5
295:13,17,19
296:25 313:2
314:13
315:17

**Jewmon's**
143:9 255:3
278:21
314:10
**Jewmon/
equityfeed**
242:18
**jibberish**
90:8
**job**
236:14 240:4
314:3 316:6
336:11
**Joel**
39:7 283:13,
21 286:23
295:11
**jogging**
336:12
**joining**
321:14
**joke**
38:17
**journey**
46:15
**judge**
78:21,23
279:8
**June**
20:23 49:13
54:22 55:3,8
57:14 58:3
293:11
294:16
**jurors**
92:17
**jury**
78:21 100:6
140:9 190:17
279:8

---

**K**

---

**K-A**
17:1
**K-A-R-M-A**
17:1

**K-A-R-M-A-G-
A-W-A**
16:25
**Karmagawa**
16:19,23
17:6,10 18:2
21:14 22:2
**keep**
44:23 70:25
98:1 229:10,
13,14,15
232:14
235:9,20
273:14 293:8
**Kellogg**
306:8 333:15
**kept**
74:11
**key**
86:19 116:18
135:1,5
225:16
234:15
**kid**
33:15
**killer**
32:2
**kind**
10:10,14
16:8 47:3
48:8 68:22
118:21
177:16
195:13
199:22
226:21
231:23 234:5
247:15
249:19
251:24 303:2
305:13 315:2
**knew**
73:20 79:22
96:23 132:12
154:2 171:16
237:14
261:25

Timothy Sykes
May 20, 2021

**know**
9:20,23
10:25 15:25
18:6,9,17,24
19:15 23:3,
12 25:10,14,
19,20,23
26:2,11,14
27:21 28:9,
12,19,20,21,
23,24 29:11,
15 30:22,25
31:4,21
32:13 33:9,
14,16 34:21,
25 35:4,7,22
36:1,6,8,20,
25 38:1,10,
18 39:11,14,
15 41:6,10,
24 43:7,19,
24 44:1,3
46:14,15
47:8,16
48:7,10,25
49:23 51:13
52:2,4,20,24
53:3,5,7,12
54:6,14,20
55:11 56:11,
21 57:11
58:8,9,10,18
59:8,13,14
60:4,18,19,
20 61:8
62:9,11
63:20 65:19,
23 66:13
67:11,12,18
68:3 69:1,
20,21,22,23
70:1,6,12,
16,21,23
71:1,13 72:1
73:9,10,12,
20 74:3,4,5,
10,11,12,15,
24 75:4,6,9,
19 76:13,14,

15,18 77:12,
21,22 78:5,
11,13,16
79:7,14,19,
22 80:19,21
81:1 82:7,
19,22 83:5
85:18 86:13
88:5,24
89:19,21
90:11,19,20
91:10,15
92:9 93:19,
25 94:2,9,15
95:24 96:18
97:1 98:18
99:1 100:17,
21,24 101:23
102:16 103:9
104:21
105:15,20
108:9,10,12,
25 109:11
110:24
111:17,20
113:15
114:10,12
115:8,19,20
118:9,18
120:9 121:21
122:25
123:5,7,8,9,
15,16 125:12
127:6,7
129:6,23,25
130:3,4
131:20,21,22
135:17,24
136:13,18
137:6,16,17,
19 139:25
140:6,7,8,
10,16,18
142:3,23
143:14
144:5,23
145:7,18,22
146:6 147:8
148:20

149:2,3,4,
13,18
150:11,12,
19,20,25
152:12,16,18
153:6,10
154:5,18,21,
23 155:7,11,
15,17,22,25
156:1 157:25
158:16 159:3
160:14
161:17
162:11 163:4
164:8,18,20
165:13,17,21
166:4,6,7,8,
18,20 167:5,
6,9,23,25
168:2,6
169:20,22
171:3,22
173:3,17,20,
25 174:1,23,
24,25 176:1,
11,12,20,22
177:18,21,23
179:2 180:21
182:7,10,13
183:7 184:9,
19 185:20,
22,24 187:1
188:17,22,
23,24
189:11,12,13
190:6,12,22
191:3,4,18
192:4
195:12,14,
17,18,20,22,
23 196:7,18,
19,20 197:2,
21,22 198:1,
13,16 199:7,
11,12,24,25
200:1,4,7
201:25
202:2,8,23
203:1,21

204:12,13,23
205:1,3,16
206:21
207:8,11,20,
24,25 208:2,
10,11 225:16
226:19,24
227:2,3
232:1,10
237:13
240:16 241:8
243:2 244:17
245:22
246:1,14
247:10
249:11
250:16
251:7,11,21,
23 252:5,6,
7,18 253:4,9
255:14,15
256:3,25
257:1,4,25
258:2 259:7,
8,22,23
260:4,5,9,
10,19 261:6,
7,9,12,13,
15,24 262:1,
9,15,20
263:3,4,6,7,
9,13,14,24
264:9,18
265:13,20
266:6
267:11,22,23
268:22
269:14
270:2,3,6,
16,17 271:2
274:2,24,25
275:14,17
278:6,11
279:13,14
280:5
281:12,24,25
282:22
283:12,13,
16,19,20

Timothy Sykes
May 20, 2021

284:8,11
285:19
286:20
287:5,6,7,10
288:1,8,16
289:5,15,25
290:1,8,23
291:19
292:4,16,20,
24 293:6,18,
23 294:5,10,
17,19,21,24
295:2,5,9,10
296:4,6,7,
11,15,20
297:3,5,16,
19,20,22
298:20
300:18 301:9
302:11
304:24
305:2,13
306:22
307:3,21
308:4,5,6,9,
13,15,20
313:19,21,22
314:23 315:8
316:1,4,6,9,
11,25 318:2,
11 319:5,6,
8,19,20,21,
22 320:3,9
321:3 322:9
323:23
324:3,6,11,
15 325:3,9,
11,12,15,16,
17 326:13,
19,24 327:3,
8,23 329:19
330:1,4,14,
19,20 331:4,
19,22
332:12,13,
15,22 333:11
334:3,15
335:17
336:9,15,16,

22 337:2
**knowing**
 90:12 192:10
 331:7
**knowledge**
 34:23 86:24
 87:24 90:7
 95:5 131:16
 136:17,18
 141:10
 148:15,16,18
 150:9 156:17
 200:16
 308:17,21,23
 317:2 330:17
 331:5
**known**
 22:20 63:14
 149:21
 254:25 314:8
 316:8 319:5
 328:3

---

## L

**label**
 50:19 51:1
 52:1,7,11
 55:19 56:16
 57:15,20
 58:19,21,24
 59:19,22
 60:11,25
 61:2 63:8,
 11,13 64:21,
 22 65:8
 66:19,23
 67:7,20,22
 68:24 69:2,8
 73:8,24 74:5
 75:4,20
 80:7,24
 81:17,24
 83:23 84:3,
 6,10,15,23
 88:21 95:18
 96:2,3,9,25
 97:3,7,15,18

98:11 99:4,9
115:20 123:1
124:10
125:5,24
126:18
127:4,7,10,
24 128:16
129:1,3
131:8,13,18,
25 132:5
136:11 138:2
142:21 143:1
144:4,5,24
147:23
154:20
159:1,5
164:13,17,21
165:10,23
167:1 175:15
177:5 178:22
179:5,6,11,
12,13,16,25
180:6,15
181:14
182:5,17
185:24 186:3
241:24
242:15,17
255:23,25
256:5 257:9
258:11
263:20 265:9
268:21
269:6,10
275:1 277:3,
10 278:2,20
279:20 280:1
286:15 288:5
289:23
312:2,7
314:21
**labeled**
 71:4
**labels**
 305:2
**lack**
 53:5 75:5
 197:16

315:23
**Lacks**
 149:11 243:3
 259:20
**laid**
 295:14
**lane**
 143:16,17
**language**
 34:22 135:24
 136:4 147:18
 150:9,10
 266:11
**languages**
 301:8
**lap**
 268:20
**large**
 5:5,24 136:2
 207:15,25
**late**
 37:16 40:15
**Latham**
 222:17
 223:14
 309:3,10
**laughable**
 277:15
**launch**
 40:19 149:3,
 7 150:19,23
 151:5 159:10
 175:10
 302:10,13,
 15,21
**launched**
 58:5,19,24
 59:23 60:11
 148:10
 149:24
 150:15,20
 151:3 158:5,
 12 162:24
 292:13,21
 302:12
**launches**
 149:4 150:21

Timothy Sykes
May 20, 2021

launching
  59:19 60:24
  150:22
  282:17
  291:11,14
  292:14 295:6
laundry
  153:10,13
law
  7:14 49:14
lawsuit
  155:3 304:12
lawyer
  9:11 10:3
  11:5 25:6
  27:1 63:24
  251:21
  255:15
  266:12
  269:23,25
  272:21 278:6
  279:3 281:12
  284:8
  285:19,22
  288:2 291:20
  292:8 293:8
  315:25
  317:12
lawyers
  21:6 22:25
  23:4 26:8
  38:12 43:20
  46:7 140:2
  279:14 296:8
Layla
  12:13
Leabman
  39:7
lead
  61:4 115:4
  118:15 119:4
  300:6
leading
  167:7 276:21
leads
  116:15
  118:17 120:6

leagues
  35:10
learn
  21:3 29:18
  41:3 46:16
  75:8 173:3
  196:25 232:8
  239:21
  244:13
learned
  115:21
  164:15
  200:13 232:8
  270:14,15
  333:22
learning
  39:2 41:8
  91:4 103:15
  232:9
lease
  266:22
leave
  38:6 119:24
  140:9 195:16
  200:6
leaving
  16:5
led
  37:24 132:7
left
  18:11 21:21
  223:10
  227:11
  253:18
  268:14 298:4
  309:24 310:1
  319:25
  322:22 323:1
legal
  6:10,14 18:7
  23:3,11 25:6
  26:16,19,23
  28:24 42:23
  43:5 44:2,23
  46:6 49:23
  78:14 176:12
  255:12
  269:21

277:12
  278:24
  279:1,12,13
  281:10,11
  284:7 285:16
  292:1 313:8
legalities
  176:10
legality
  54:14,21
  289:15,25
legitimate
  143:20
length
  185:24
lengthy
  322:20
lens
  53:12 68:18
lesson
  32:21 66:16
  92:14 300:7
lessons
  13:22 16:16
  24:16 27:21
  37:3 41:21
  53:9 54:11
  59:12 232:9
  237:21 272:2
  287:11
  312:24
  317:17 336:5
lets
  230:9 321:7
level
  99:2 125:10
  164:17
  237:11,16,18
  238:22,23,25
  239:1,18,21
  240:12,15,
  16,17
library
  92:14
license
  50:2 61:5
  69:25 132:6

143:5,6
  242:18,23
  243:5 250:3,
  5 252:23
  254:9,21
  262:5,25
  263:10 264:5
  265:5,8,16
  273:6 314:5
licensed
  256:5
lie
  79:20 139:4
  168:13 319:7
lieu
  6:21
life
  41:7 58:7
  199:7 200:8
  240:4 274:4
  331:23
life's
  269:3
lifesaver
  203:6
limit
  124:9
limitation
  260:2 266:16
  267:19
  271:8,16
limited
  68:18 135:16
  240:7 331:6
limiting
  266:14
  267:17
  271:6,14
line
  34:1 120:9
  151:24
  208:14
  245:10 275:5
  331:10
lining
  302:4

Timothy Sykes
May 20, 2021

link
  30:23 160:5
  193:16
  196:15,24
  198:20 204:2
liquidity
  102:8 103:5,
  19 104:3
list
  18:12 47:5
  68:20 80:6
  85:16 91:20
  178:7 236:12
  244:9,11
  247:10 269:6
  300:17
  323:20 328:2
  334:23
listed
  18:19,20
  21:11 89:4
  107:3 108:24
  109:9,20
  113:9 117:1
  126:17
  255:25 257:3
listen
  22:24 39:6
  78:18 79:3
  129:25
  138:11 288:2
listened
  18:6
listening
  34:1 241:8
lists
  13:22 20:11
  24:15 37:3
  41:21 53:8
  58:8,12
  59:11 89:23
  107:15
  114:13
literally
  24:4,5 30:23
  60:3,16
  62:11 63:16
  65:18 94:5

102:6,15
106:3 137:15
153:23
172:23
176:22
183:16 187:1
203:6,19
238:24
240:22,24
268:23 269:3
301:4 303:5
308:11
316:18
327:23
litigation
  53:15
little
  33:8 52:13
  105:20 142:6
  173:24
  174:17
  177:24
  197:15
  199:12,13
  229:1 232:16
  236:6 239:5
  303:4 325:24
live
  13:6 195:6
  196:18
  233:8,9
  297:18
lives
  297:20
living
  87:15 94:20
LLC
  6:7 254:16
locate
  236:2,20
located
  297:15
locating
  238:20
log
  302:13,15
logic

270:2
logical
  89:5,24
  107:15
  109:9,20
  112:21
  120:15 140:2
logically
  108:25 120:7
logo
  173:24
  177:22
long
  11:10 34:4,
  5,18 36:4
  39:1,2 60:15
  67:15,16
  130:13
  148:16,18
  149:21,25
  156:7 167:16
  298:8 308:7
  320:23
longer
  22:6 34:3
  148:21
  152:15 173:1
  269:11 320:5
longterm
  32:12,23
look
  11:12 12:3,
  5,7,12 20:7
  28:20 47:16
  50:6 81:6
  89:7 91:21
  93:24 94:23,
  24 98:18
  106:1 113:4,
  12 114:11
  118:2 120:12
  121:24
  122:2,3,5
  123:8 124:11
  128:2,6,10,
  16 129:1,3
  131:17
  132:13,23

141:24
142:19 153:7
165:3 174:17
175:17
177:25 178:1
179:6,10
180:24
189:21,22
224:7 247:9
254:20
258:17
277:18,22
279:17
284:19
286:2,14,20
288:21 290:7
301:1,10
322:7,14
323:16 324:8
325:4,9
326:6 331:12
looked
  28:13 51:21
  178:20,22
  190:16
  205:11
  330:2,15,24
  331:20
looking
  77:16 111:9
  133:23
  134:19,21
  152:18
  154:15
  158:11
  177:23
  178:13 196:3
  223:7 233:20
  235:15,19
  250:12 289:1
  301:25
  322:12
  324:17
looks
  28:20 34:22
  69:22 142:11
  234:4 244:10
  287:5

Timothy Sykes
May 20, 2021

lose
  32:20 44:20
  53:4 91:11,
  24 119:1
  203:12 241:2
  326:10
losing
  91:13 92:2
  203:8 294:11
loss
  207:9,11,15
losses
  71:1 119:5
  208:4,7,8
lost
  35:14,15,19
  36:8,19
  72:18 277:10
lot
  17:13 21:5,
  7,8 30:9
  36:13 38:2,
  3,11 44:4
  52:19,24
  53:6 66:18
  69:20 78:11
  102:23,25
  103:3 115:9
  121:22
  135:14 138:5
  139:6 148:7,
  21 150:18
  151:16
  152:15
  164:11,15
  170:17
  171:21
  197:13,20,
  23,24,25
  202:3,7,18
  203:17
  226:15 234:5
  244:7 249:17
  260:7,18
  264:22
  294:11
  305:17 322:8
  325:6 332:19

lots
  66:8 98:11
  99:4
loud
  141:25
loving
  201:25
  203:10
low
  35:5 203:25
low-price
  172:5 177:3,
  6,8
low-priced
  171:19
lower
  33:7 34:6
  258:17
lows
  106:14
  113:14
  114:14
  120:10 122:6
  123:9 126:22
  127:5
lunch
  9:23 132:17,
  18 133:7
ly
  42:8

---

## M

Mac
  147:11
  290:12
machine
  53:11
  146:13,14
  157:16
made
  33:8,11
  34:11 41:10
  70:24 73:13
  86:6 116:2
  118:17
  129:10

130:12,16,17
138:2,15,17
156:15
161:11,12,13
162:22
163:20 164:2
167:16
168:5,10
172:20
175:4,9,11
176:25 177:1
178:10 179:9
180:6,14
186:15
188:19,22
198:23 202:9
205:13,18
206:25
207:14,21
224:20
229:24
247:11
254:10
255:3,7
257:16,17
260:22 267:6
268:6 271:21
279:25
282:16 301:2
303:19
307:15
314:10 317:7
326:15
mailer
  237:13
  238:23
  240:10
mailers
  237:9,15,21
  245:20
main
  18:3 31:24
  53:6 98:14
  232:22
major
  14:20
majoring
  14:18

make
  7:12 8:13,15
  17:20 30:7
  33:14 57:25
  68:23 70:10
  74:17,21
  77:25 79:11,
  13 82:1
  89:15 91:20
  94:13 106:2
  108:6,11
  109:10,11
  110:16 124:7
  127:22
  129:17
  138:5,16
  139:15
  140:1,4,17
  152:8
  161:11,15
  163:17
  168:14,24
  169:8 172:18
  176:13 194:1
  198:18
  202:24
  203:15
  207:2,21
  224:11
  231:24 240:7
  242:7 244:25
  252:17 275:2
  291:6 294:10
  303:6 308:1
  318:4 325:4
  335:23,25
  336:18,24
  337:1
makes
  26:12 32:2
  78:2 79:14
  108:7 239:23
  256:8 300:23
making
  53:9 119:16
  134:7 161:1,
  3,8,10
  163:22

Timothy Sykes
May 20, 2021

168:20
176:23 187:5
205:14 247:9
257:10
311:24
314:20
**man**
274:2
**manage**
296:7,16,17
**managed**
308:18
**Management**
15:23 22:5
33:22
**manager**
32:12 35:24
37:10,14
38:6 39:22
82:9 135:2
**manages**
296:12
307:11
**managing**
297:12
**mania**
33:12
**manner**
7:1 24:1
125:19 128:1
**manual**
301:11
**manually**
47:5,6 68:20
91:20
**March**
187:2
**mark**
47:13 49:17
50:12,14
97:14 193:10
227:15
309:13
310:7,8
**marked**
133:18 160:1
161:4,9

193:14
201:18
222:25
223:25 228:7
229:4
273:17,22
299:25
309:17
321:10
334:12
**market**
24:20,21
25:2 28:15
29:12 30:17,
21 31:2,8,
14,18,19,25
32:11,17
33:3 42:15
47:17,20,21
55:9,14,20
56:14 57:4
58:12,20,24
59:19 60:12,
25 63:14,17
64:6,9,14,
17,23 65:3,
12,20 66:24,
25 67:6
71:3,17,18,
19,20 74:18
75:1,2 76:3,
8 77:23 78:6
79:9,16
80:4,23
81:14 83:24
84:18 85:17,
21 87:10
88:7,13,18
89:15,18
90:5 95:7,8,
10 97:12,19
98:19 100:14
101:8,18
103:10
112:6,20
116:22
118:22
128:25
152:25

154:10
171:11
198:11
201:25 202:1
203:5,21,22
207:18 233:6
244:12
254:24 255:8
280:16,19
281:6,19,21
283:8
284:17,25
285:12,25
288:12 314:7
334:2
**marketed**
54:19 58:15
97:13 288:4
**marketer**
114:3
**marketing**
54:13,15,17
114:5 174:19
**marketplace**
65:21 69:13
71:21 89:8
93:10
**markets**
27:24 29:12
31:7 52:19
54:11 55:21
56:17 77:24
87:11 90:21
91:6 92:22
301:18 302:3
333:17
**masses**
85:14
**matches**
301:14
**matching**
301:16 302:5
**material**
42:16 308:2
**materials**
266:5 271:1
**Matt**

306:9
**matter**
6:6 86:23
87:22 88:5
94:12 109:7
132:13
138:22
166:25 197:3
199:10
203:22 250:8
324:23
**matters**
18:7 21:7
46:6 87:2
95:16,17
96:14 118:9
234:15
247:17
**maximize**
47:1 240:5
**meal**
108:6
**meals**
244:17
**mean**
14:15 18:14,
23 20:19
21:1 26:25
28:7 32:10
39:10 42:6
48:9,14
54:20 59:1
62:2,13
63:16 67:17
71:8,24
72:12 74:23
76:13,19
77:7,16
80:14 82:5,
7,18 83:14
90:14 93:14
96:22 97:8
100:11
105:16 108:5
109:14
110:12
111:12
115:13

Timothy Sykes
May 20, 2021

117:18
122:22 124:5
127:15
130:16
132:18 134:5
142:11 143:3
144:16
147:16,20
150:18
152:19
154:12
161:11 166:1
173:9 174:8,
18 176:15
177:13
181:21,22
186:1,3
187:3,14
205:17
206:10
225:14 227:6
228:19 245:7
249:8 250:16
252:17,18
253:3,7
260:5 261:2
269:10
276:15
281:14 286:9
287:18 288:3
289:14,16
294:6
297:18,20,
22,23 299:8
304:23
312:3,4,22
315:9 317:24
318:15
319:1,12,15
323:19
324:18
327:24 332:9
333:15 334:1
336:21
meaning
34:6
meaningless
90:9

means
94:19 96:18
100:9 113:10
137:11
147:19
174:12
254:23
255:2,16
267:11,22,23
285:22 336:9
media
7:7 12:6,7,8
16:13,15
18:2 21:13
22:1 23:1
24:13,24
25:4,5 26:1,
15 33:18,19
39:5,8
41:16,25
42:18,24
43:3,12,17
58:16 72:8
291:23 327:8
medicine
10:11
meet
11:3,8 54:4
62:8,12
109:5 113:4
116:10,23
meeting
11:24 62:2
76:1,4,7,10
megabytes
321:7
member
150:4 290:13
member's
251:7
memory
10:17,18
44:20 139:6
334:2 336:13
mention
154:2 249:11
324:7,11
332:4

mentioned
16:10 22:4
40:9 44:10
306:16 332:4
mentor
195:8 200:10
201:24
mentoring
25:25
menu
101:22
103:15
117:3,4
120:6,7,25
126:21
127:21
menus
104:15 107:3
123:22 124:1
merch
16:20,22
17:17
merchandise
16:21
mess
104:23
message
228:20 318:1
messages
197:9
messaging
62:22
messed
270:9
met
11:17 61:10
62:1,5,16,17
Miami
12:22 195:9,
24 196:10
200:5
Michael
43:9
mid
171:12
middle
33:10 146:9

244:11
Mike
335:2
million
34:12,13,16
35:11 41:2
102:17 198:7
231:8 293:19
millionaire
7:7 16:15
18:2,6 21:13
22:1 24:24
25:5,25
26:5,11,15
27:4,9,15
39:5 41:16
42:18,24
43:3,12,14,
16,17,21,25
44:11,14,17
45:11,24
58:15 59:9
195:8
200:10,17
201:24
296:13,17,24
326:19,24,25
millions
208:11
283:17,23
293:12,16
294:4
mind
14:9 16:24
46:4 100:8
102:23
135:17,18
146:22
166:25 167:6
192:24
222:21 270:3
282:7 315:3
mindset
32:24 199:17
mindsets
232:10
mine
51:7 269:11

Timothy Sykes
May 20, 2021

306:6
minor
 14:20 83:13
 253:7
minute
 81:6 89:1
 92:25 241:16
minutes
 44:15,24,25
 45:10 133:2
 222:11
 227:11 254:6
 298:5,10
 309:5 310:1
 320:22
 321:14
 322:22
 323:1,2
 337:15
Mischaracteri
zation
 290:21
Mischaracteri
zes
 251:19
misinformatio
n
 118:18
Misstates
 280:6 285:6,
 18
mistake
 69:23 179:9
misuse
 118:21
Mitzvah
 32:19
mixed
 19:23
mobile
 170:8 172:22
 178:10,11
 191:24
 282:25 291:1
model
 111:6

Modern
 236:11
modifications
 173:16
 255:1,6
 266:17
 267:20,25
 271:9,17
 313:3 314:9
modify
 267:2
module
 112:1,6,7,
 12,17 113:6
 114:10
 116:19
 117:14 120:5
 122:2 303:25
 305:9
modules
 111:23
moment
 19:25 93:3,7
 106:6 133:14
 143:5 159:11
 163:23
 175:21
 193:21
 194:10 201:9
 222:22
 227:13,22,23
 232:12 243:6
 284:24
 299:22
 310:11
 320:21 334:9
momentarily
 193:13
Monaco
 306:9
money
 32:19 34:10,
 15 35:22
 36:17,19
 37:5 53:4
 197:15
 202:24
 203:8,12,15

206:24
207:2,21,22
283:20
294:10,11,
14,20,25
295:14
monies
 17:5
month
 159:22
 162:17
 169:18,20
 170:13,24
 172:8 302:17
monthly
 302:19
months
 33:2 40:17
 74:24 171:4
 187:18
 188:15,16
 191:24
 333:22
Mormon
 54:2 292:25
morning
 5:8 7:24,25
 8:21 10:21
 62:14 171:6,
 16,17 198:24
Mosari
 43:9
mountain
 233:10
move
 19:13 127:2
 319:23
moved
 97:1 157:5
 195:24
 265:21
 297:13,14
moving
 154:23
 186:24
 203:5,23

mp4
 201:8
MSN
 35:22
muddy
 166:1
multi-hour
 274:3
multiple
 13:8 43:1,2
 103:18,22
 227:1 264:17
 297:4 301:5,
 6 332:13
multitude
 101:19
murky
 55:16
mushroom
 324:15
mute
 306:13
 310:11
mutual
 32:11 34:3

N

name
 6:9 7:3 8:1
 12:19 16:12
 17:8 18:5
 20:12 22:5
 28:19 30:12,
 21 39:4
 41:19 43:22,
 24 44:17
 45:24 50:12
 51:6 54:1
 55:5 67:21,
 22 76:11,19
 166:1
 170:11,23
 172:7 181:22
 182:1 248:22
 251:8,23
 252:9,14,20

Timothy Sykes
May 20, 2021

253:12
276:15
287:19,20,21
289:23
291:22
292:1,2,3,4,
24 293:5
336:15
**named**
306:17
333:11
**names**
16:3 28:23
48:13 69:1
176:12
279:21
308:15
**narrow**
166:13
230:16
235:11
236:21
**NASDAQ**
33:12 87:11
90:24 302:2
**nation**
297:4
**nature**
12:6 17:14
**navigate**
299:5
**necessarily**
62:15 115:4
301:19 306:7
336:6
**need**
9:19 23:5
29:22 47:4
83:5 85:6
86:12,23
87:23,24
89:19 93:19
108:6,13
118:9
119:18,23
133:15 140:1
141:5 145:7
147:8 160:15

177:21,22
198:18 199:1
203:12
227:23
232:11
236:9,11
249:9 264:2,
22 287:23,25
290:8 306:13
310:9 312:23
317:10
**needed**
41:23,24
52:3 55:11
57:12 71:12
155:11
205:22
225:16
336:19
**needle**
88:6 304:2
305:20
**needles**
87:17 93:13
124:17
**negotiate**
81:21 82:2,
10,15,22
83:20
**negotiated**
81:19 252:5
257:2
**negotiates**
82:6
**negotiation**
263:16
**negotiations**
144:17
264:16
**neighborhood**
33:10 195:12
**Netscape**
33:6
**network**
327:3
**never**
8:7 20:19

21:8 22:17,
19 28:13
53:17 62:5
64:22 82:23
99:9 110:17
115:7,17
130:12
131:20,25
149:21
152:19 155:6
156:12,15
166:5
175:13,18
178:22,25
184:16
250:15
251:18
257:13
259:23
268:13,14,18
274:1,7,18,
20 275:6,8,
11,12,15
276:19
292:17
308:11
312:18
**newest**
122:25
196:23
**news**
27:22 28:1
31:23,24,25
48:2,3,24
71:10 72:5,
7,12 89:13
92:11,12,13
99:9,15
111:15
112:7,8,9,
10,18 163:9
170:2 171:7,
15 173:19
175:2 202:7,
16 203:1,3,
4,6,19
204:16
205:23

206:13
234:16
246:8,9,10,
12 247:20,23
306:10,11
336:7
**night**
85:16 91:21
**nine**
188:15
**non-
accredited**
36:1
**non-biased**
249:13
**non-
functional**
315:14
**non-important**
203:4
**non-legal**
270:4
**non-public**
273:16
**nonstop**
301:11
**Notary**
5:4
**note**
30:14 242:7,
10 321:12
325:25
338:12
**notes**
90:18 323:20
**notice**
251:9
**notion**
317:20
320:3,11,16
**notwithstandi
ng**
152:24
279:18
**novice**
88:15 89:24
91:5,6

Timothy Sykes
May 20, 2021

| | | | |
|---|---|---|---|
| 109:18 114:9 | **objection** | 131:19 132:1 | 256:7,9,14, |
| 116:20 | 20:24 26:13, | 136:23,25 | 24 257:19,20 |
| 120:5,16 | 21,24 28:17 | 137:5,13,14 | 259:5,6,20, |
| **nuance** | 29:5,6 31:3 | 138:20 | 21 260:15, |
| 199:12 | 45:2,25 | 140:11 | 16,25 261:1, |
| **nuances** | 47:22,24 | 142:22 | 11 262:7,8 |
| 105:20 | 48:22 49:20, | 143:12,13 | 263:2,11,12, |
| **number** | 21 50:15,17 | 145:16 | 22 264:7,8 |
| 35:3 36:11 | 51:3,4 56:1, | 146:4,5,19, | 265:11,12,18 |
| 48:4 65:23 | 19,22 57:6 | 25 147:21 | 267:8 268:3, |
| 81:8 96:19 | 59:2,24,25 | 148:4,5,25 | 9 271:24 |
| 99:20,22 | 60:13 62:7 | 149:11,12 | 274:21,22 |
| 121:16,17 | 65:5 66:12 | 150:17 | 275:9,16,25 |
| 123:21 | 67:9 68:1, | 151:12,13 | 276:1,21,22 |
| 130:1,8,20 | 13,16 69:15, | 153:2,16,17 | 277:4,5,12, |
| 131:17 | 16 71:6,7,22 | 154:13 | 13 278:4,5, |
| 133:16 | 73:16,25 | 155:5,18,19 | 23,24 |
| 134:16 151:1 | 74:2 78:8 | 156:23 | 279:10,11 |
| 158:7 161:5 | 79:17,18 | 157:11,23,24 | 280:3,4 |
| 201:13 229:5 | 80:13 82:3, | 165:11,12 | 281:9,10,16 |
| 233:22 | 16,17 83:3, | 166:23 | 282:5,20,21 |
| 248:15,23 | 9,11 87:19, | 168:16,17 | 283:10,11 |
| 277:22 289:2 | 20 88:9,10 | 169:1,11 | 284:6,7 |
| 290:13 | 89:9,11 90:2 | 174:14 | 285:3,7,16, |
| 299:20 323:5 | 91:8 93:22 | 176:6,7 | 17 286:10,18 |
| 324:2 | 94:3 98:5, | 178:3,4,17, | 287:17 |
| **numbers** | 22,24 100:1 | 18,24 | 288:6,7,14, |
| 41:5 207:8 | 101:6 103:21 | 179:14,22,23 | 15 290:21,22 |
| 208:2 | 104:10 | 180:8,9,19, | 291:16,17 |
| **numerous** | 105:5,14 | 20 183:22,23 | 292:15,22 |
| 319:18 | 106:22 | 185:3,11 | 293:15 |
| **nuts** | 107:5,18,20 | 188:2 189:8, | 295:21 |
| 301:4 | 109:13,22 | 9,17 190:11, | 296:5,19 |
| **NYSE** | 110:10,11 | 20,21 191:5, | 297:2 299:7, |
| 302:2 | 111:1,2,11 | 6 192:12 | 14,15 304:22 |
| | 113:20,21 | 206:17,18 | 305:11,12,22 |
| ——————— | 114:19,20 | 207:4,5,23 | 307:10,15,20 |
| O | 116:11 | 226:23 231:2 | 312:8,10,21 |
| ——————— | 117:17 | 232:23 | 313:5,6 |
| | 118:12 | 234:23,24 | 314:18 |
| **oath** | 120:19 | 237:4,5 | 315:22,23 |
| 6:21,22 | 121:3,4 | 242:25 243:3 | 316:17 |
| 27:14 62:5 | 122:11,13 | 245:6,15 | 317:23 |
| 117:23 | 123:13 | 246:24 | 318:24 |
| 131:16 175:5 | 124:4,20 | 251:19 | 322:20 |
| **object** | 125:6 126:1, | 252:16 | 323:17,18 |
| 65:6 117:8 | 2 127:13,14 | 253:1,2,14 | 327:17,19 |
| 176:8 271:23 | 128:3,8,18, | 254:11,12,18 | 328:10,11 |
| 314:17 | 19 129:5,12 | 255:10,11 | 329:1,2,9,10 |

Timothy Sykes
May 20, 2021

| | | | |
|---|---|---|---|
| 331:2,13 | **officially** | 70:4,19 | 154:23 |
| **objections** | 162:14 165:6 | 72:15,20 | 155:1,9 |
| 7:1 8:14,16 | **okay** | 75:6 76:6, | 156:8,9,16 |
| **obligations** | 8:2,4,10,11, | 19,25 77:6, | 157:2,17 |
| 259:19 267:7 | 16,22,23 | 14 79:1,4,13 | 158:4,10,11, |
| **observed** | 9:2,5,6,9, | 80:17 81:13 | 18,25 159:7, |
| 323:14 | 14,15,18,20, | 83:17,21 | 8,20,23 |
| 328:17 | 25 10:7,23 | 84:22 86:1,9 | 160:3,6,11, |
| **observing** | 11:12,25 | 87:15 92:16, | 16 161:23 |
| 12:15 | 12:12,15 | 19,20 93:9, | 162:7,13 |
| **obtain** | 13:3 14:2,22 | 11,12 94:21, | 163:2,4 |
| 330:16 | 15:4,11,13, | 22 95:4,10 | 164:2 166:14 |
| **obtained** | 16 16:3,14, | 96:5 97:16, | 169:12,23 |
| 258:23 | 18 18:11 | 24,25 98:10, | 173:7 174:2 |
| 272:12 | 19:6,9,10, | 15 99:23 | 176:3 180:4 |
| 273:17 | 12,16 20:10, | 100:6 101:4, | 181:7 182:20 |
| **obviously** | 11 21:11,23 | 19 102:21 | 183:4,5 |
| 9:22 94:20 | 22:8,11 | 103:4 106:6 | 184:13 |
| **occupational** | 23:5,16,18, | 110:22,23 | 185:12 |
| 15:19 | 20,21,23,24 | 111:8,22 | 188:19,25 |
| **occurred** | 24:6,10,21, | 112:6 113:8 | 189:23 192:2 |
| 65:4 | 24 26:5 30:5 | 114:4 116:18 | 193:9 194:1, |
| **odd** | 31:6,10,18 | 117:25 | 4,8,20,22 |
| 127:9 | 32:6,7 | 119:11,17, | 195:1 197:8, |
| **offer** | 33:17,25 | 19,20,24 | 14 199:4,15 |
| 41:4 99:12 | 34:19 35:1 | 120:3,23 | 200:24 |
| 107:10,11 | 38:8 39:1,6, | 121:9,15 | 201:7,21 |
| 159:22 | 19 40:1,9, | 123:21 | 203:11 |
| 162:19 | 21,25 41:17 | 124:14 126:8 | 205:21 |
| 169:19,20 | 42:18 45:13 | 127:1 128:24 | 206:24 |
| 196:16 | 46:10 47:18 | 129:9,16 | 207:19 |
| 198:19 | 48:16,17,18 | 130:6,18,22 | 222:17 |
| 280:16 | 49:3,14,15 | 131:4,15 | 224:5,15,23 |
| 281:18 | 50:12,24 | 132:15 | 225:19 |
| 284:18 | 51:15 52:5, | 134:3,12,13, | 226:14 |
| 285:25 | 10 53:14,22, | 18 135:23 | 227:13,22,24 |
| **offered** | 25 54:25 | 136:3,17 | 228:2,10,21, |
| 92:24 | 55:6 56:10, | 137:22 | 25 229:10, |
| **office** | 13,18 57:14, | 138:13 | 12,17,23 |
| 183:16 197:6 | 20 58:2,18 | 139:8,17 | 230:1 231:11 |
| 252:7 297:1, | 59:18 60:9, | 141:15,22 | 232:21 |
| 11,23,24 | 23 61:4,10, | 142:5,8,9, | 233:25 |
| **officer** | 12,19,23 | 14,19 143:8, | 234:13 |
| 19:1 | 62:4 63:10, | 19,22 144:19 | 235:20 |
| **offices** | 14,22 64:3, | 146:16,17,18 | 239:12 |
| 297:4 | 17,25 65:17, | 147:18 | 242:6,7,9,17 |
| | 25 66:7,22 | 148:23 149:8 | 244:1,13 |
| | 67:5,15,20 | 150:3,14 | 246:21 248:2 |
| | 68:8 69:10 | 153:21 | 249:6 |

Timothy Sykes
May 20, 2021

250:19,24
253:24
254:22
255:17
256:11
259:11
260:12,21
264:2,23
267:14 268:4
272:1,23,24
273:5 279:17
281:3 286:8,
13 287:13
288:22,23
294:19,23
295:13
296:10,13
297:11
298:12
299:16,18
300:4,24
303:11,16,24
304:3,6
305:4,25
306:13,15,24
307:8,14,24
308:7,13
309:13,14,20
310:3,12
311:2,20
320:10,25
321:6,25
322:1,24
323:14
326:5,19
329:6,17,25
331:9 333:4,
23 334:5,8,
17 337:4,12,
15 338:3,12,
14
**once**
9:16 41:5
83:21 114:7
150:5 151:3
157:7 158:4
239:21,25
261:15
262:14

290:14 302:4
**one**
11:23 13:15
16:14 35:3
36:11 45:11
47:2,25 48:4
51:25 59:6
60:3 64:8
65:14,19,25
66:1 67:2
73:19 76:4,
10,21 77:7,
17 81:8
85:20 87:7,
22 88:2,3
90:10,18
91:18 92:9,
15 95:6,10,
22 97:14,15,
16,22 100:4,
16 103:8
104:13,25
105:8 106:8,
9 110:2
111:12
112:1,15
115:14
117:2,3
120:24 124:8
126:14
133:14
137:17 141:5
144:20 154:4
159:11,22
161:24
167:6,17
169:13,18,20
170:22 171:5
172:6 182:3
184:24
186:12 187:8
188:10
191:18
193:5,7
197:14 201:9
202:14,19
204:11,25
205:9,11
206:2 222:22

223:14
227:13,22,23
228:22
229:15
231:10
232:12
235:11
236:5,13
237:7,11,17,
22,24
238:13,22,25
239:9,18,21
240:15 243:6
248:12
250:25 251:6
261:25
280:22
282:24
290:25 293:1
296:3 298:23
299:9,22
300:9,10,14
301:3 302:7,
10,17,22,23,
24 303:20
304:20,23,24
305:5 306:1,
12,14,20
310:10
320:21
322:10
325:25
326:14,15,25
327:8 328:15
334:9 335:4,
24 336:3,10,
13,16,17
337:2,16,17
338:14
**one's**
236:10
**one-time**
162:19
**ones**
94:2 177:20
225:5
**online**
36:24

**open**
24:5 106:14
113:11,14
114:9,15
120:6,11
123:9,21
126:22 127:5
171:11
302:12
**opening**
40:4 117:3
123:22
**openly**
38:5
**opens**
117:4
**operate**
296:25
317:17
**operates**
31:11,13,15
**operating**
31:18 208:8
**opinion**
233:5 249:23
270:4
**opportunities**
197:24
198:14
236:16
**opportunity**
8:13,15
36:22 37:25
109:19
170:10,22
172:6,11
196:6 204:7
**opposed**
177:8
**opposite**
152:9 153:6
**optimized**
227:4 268:19
**option**
112:17
**options**
110:18

Timothy Sykes
May 20, 2021

112:16
249:12
oranges
326:2
order
6:24 34:9
39:17 86:22
93:9,18
110:5 245:11
304:2 305:20
330:16
orderly
23:22
organization
124:15
125:22,24
127:25 128:1
organize
25:12 101:2
122:20
organized
109:20
112:21 113:9
121:11
123:22
124:2,18
125:3,4
127:12,20,23
original
44:16 243:8
originally
71:4 224:24
Orleans
14:19
OTC
87:11
301:20,22
OTCS
302:1
others'
320:17
outcome
6:12
outside
5:14 143:16
outsourcing
266:21

overlap
282:23 297:5
overlay
103:5,19
overview
198:11
overwhelmed
138:25 139:5
239:23
owned
16:5,6 21:25
22:18,21,22
180:15,16
271:21
owner
153:21
ownership
266:3 267:5
269:21
270:23
276:19
277:10,23
314:14,16
315:18
owns
279:7

**P**

p.m.
6:5 73:5
133:6,9
222:13,16
241:19,22
298:15,18
333:6,9
337:24
338:2,19
package
91:14
page
133:12
134:10,21,23
141:24
143:23
146:10
201:17

208:14
224:5,8,9,11
225:3,7,9,
19,21,22,23,
24 226:1
228:22
229:4,5,15
230:7,8
231:4,20
232:18
235:15,19
236:1,6,8,19
241:14
242:1,8
243:8,10,14,
15,22,25
244:1 245:1
246:5 247:25
248:7 250:7,
20,25 251:13
253:17,22
254:1,2,3
286:11
310:20,21,23
311:8,9,10,
11,12,13,14,
15,16,17
pages
229:7 310:17
311:3,23
paid
249:13
293:12
294:14,20,24
295:17,19
painstakingly
268:19
paint
283:3
Palau
196:22
pandemic
297:22
paper
45:7 223:5,
18
paperwork
21:7 44:5

48:9,15
49:24 67:17
135:13
181:17
paragraph
147:4 151:22
157:3 158:8
249:5 254:20
255:18,19,
20,22
256:11,19
258:14,18
259:11
265:22,24
266:13
270:21
272:6,18,23,
25 273:4,10
275:21
276:17
277:19
279:18
280:7,10
284:14 290:8
313:1 314:5,
13
paralysis
114:25
117:10
paraphrasing
163:22
paren
158:5
parents
13:4,7 32:19
195:24
park
102:17,18,19
part
5:24 21:17
27:20 28:21
39:11 40:18
75:21 78:15
108:14
136:14 149:3
150:12
151:15
164:21

Timothy Sykes
May 20, 2021

165:25 167:1
170:21
190:13
240:13 257:2
263:15
266:20,23
267:2,16
272:3 277:9
278:20
314:20
**parted**
147:17
**partially**
17:18
**participants**
5:9,21
**participating**
6:17
**particular**
40:22 77:19
86:6 109:2
**parties**
6:25
**parting**
142:16 145:3
154:24
289:6,13,17,
18
**partner**
11:22 27:6
183:6 184:18
274:14
**partners**
43:7,11
183:25
192:16
**partnership**
54:8
**parts**
11:23 19:14
313:25
**party**
6:11 57:4
258:21,22,23
264:14,15
266:22
272:8,10,11,

12,20
273:14,15,17
**pass**
274:15
**passed**
62:24 274:8
**passing**
28:12 62:18
**passionate**
241:12
**password**
302:14
**past**
11:1 14:7
22:6 115:17
136:15 171:4
265:20
**patented**
315:10
**pattern**
46:4 47:6
89:5 107:15
109:9 120:15
**patterns**
90:7,12
92:14 119:6
**Patton**
7:10
**pause**
310:10
322:24
**paying**
25:19
**peak**
33:12
**pending**
9:13 242:9
**penny**
33:7 36:3
100:25
177:10
300:22
**people**
17:21 25:11,
18 36:3,13,
19 38:3,11,
19 39:24

46:20 55:22
60:5 62:9,12
64:20 69:20
85:11 86:9
87:2,16
91:13 98:16
102:18
113:22
150:24
152:19
171:2,3
191:12,23
192:5,16,19,
20 197:10,
20,25 202:18
203:10,11
234:5 238:19
245:5,23
249:17
252:9,11
253:4 274:12
296:6,10,13,
16 304:1
305:19
308:22
318:3,11
320:11,16
330:1,15,19,
20 331:4,19
**pepperoni**
324:14
**Pepsi**
268:25
**perceivable**
267:1
**percent**
22:25 23:11
35:20 36:20,
21 38:24
43:5,18 46:5
52:1 53:8
57:9,25
66:14 79:12,
20 81:12
85:21 86:20
91:10,12,23
92:1 100:17,
18 101:24

105:10,13
106:13
113:13
114:14
120:10 122:6
126:22 127:4
162:17
170:15,24
171:7 172:10
183:2 231:7
233:7 241:2
323:22
326:10
**percentage**
85:18 332:17
**perfect**
50:24 96:17
198:25 337:3
**perform**
18:13
**performance**
35:25 266:9
271:4
**performed**
16:4,8 21:18
**period**
44:21 58:21
61:3 129:19
266:2 283:17
**permission**
312:23
317:11,21
320:17
**permitted**
266:19,24
323:12
**person**
6:22 62:15
94:21 111:9
116:9 198:17
333:11 336:3
**personal**
29:16 42:25
52:22 69:3
124:25
152:20 315:7
332:9

Timothy Sykes
May 20, 2021

personally
64:19 68:3
80:9 82:21
84:21 85:15
112:22,24
115:6,7
156:22,24
227:6
249:14,22
250:17 316:2
334:1
perspective
232:2
philosophy
14:20 15:10,
12,14
phone
62:24 64:13
phonetics
43:9
phrase
31:1 47:19
50:25 182:4,
16
physically
6:19
pick
90:21 107:4
118:8,10
122:4 200:2
picked
171:15
picture
159:15
pie
237:22,23
238:2,7,13
piece
153:22
237:22,24
238:10,13,18
pieces
39:20
pile
103:16
piles
101:21

pin
186:8
pink
301:20
piped
72:9
pizza
324:13,14,
15,16
pizzagate
118:19
pizzas
324:16
pizzerias
324:24
325:11,12
place
92:11 94:15
124:7 179:5
195:22,23
247:18
300:23 301:3
places
324:13,14
plaintiff
6:4 7:5,15
30:13 53:17
plan
87:24 300:25
planet
122:15
planned
263:13
planning
260:13
261:7,9
262:5,25
263:9,19
plans
162:17
170:16,24
plastic
17:18
platform
27:25 28:2
48:21,24
50:22 84:20

95:17,20
101:25
102:6,9
103:24
110:17,18
122:15
124:19 125:8
126:5,19,24
127:17
134:25 150:5
163:11 170:4
171:19,20
172:3 180:22
181:3,4
191:25 193:8
226:6,11
233:8,15
240:23
244:7,23
254:25 255:8
257:23
280:17,19
281:6,19,22
283:9 284:17
285:1,13,25
290:14 299:6
313:12 314:8
315:6,13,14,
15 316:18
317:13,15,17
324:19
platforms
94:11 95:15,
16 102:11
124:12,22
171:22
324:25 325:1
play
32:16 160:7,
13,17,24
161:16 163:2
168:21
169:23
172:21
176:21
194:4,6,19,
21,24 198:25
199:5,14,17

200:1,2
299:16 300:4
307:19 323:3
played
74:4 163:7,
18 169:3
195:3 201:22
300:5 322:18
playing
165:2 194:22
300:2
plays
92:15 198:22
199:4,8
202:6
please
6:14 7:2
14:13 15:20
16:7,11,24
19:5 28:5
29:20 61:13,
14 69:10
105:8
133:13,21
139:19
141:5,17
147:5 155:21
159:10
160:4,7,12,
13 161:24
163:3,4
164:25
169:13,15,24
186:12,13
188:10
193:11
194:5,7,10,
25 201:13,20
222:21,22
224:8
227:14,22,23
228:1,23
229:13 230:2
232:12,13,
15,16 235:16
236:6 241:14
243:5,19,25
248:4 250:4,

Timothy Sykes
May 20, 2021

10,20 253:18
258:15
273:2,4
277:19 280:8
286:25
288:25
299:17,22
309:14,25
311:6
320:20,21
322:16,23
323:3 334:7
point
  9:3 58:19
  63:4 71:2
  73:13 74:17
  86:9 106:2
  115:14
  119:16 123:5
  150:3 152:11
  246:16
  260:22 279:8
  282:4 298:2
  303:9 306:2
  319:17
  331:23 337:2
points
  206:4
politicians
  171:21
pop
  72:23
portion
  30:1 284:19
  286:1
pose
  322:20
position
  19:1 251:17
positive
  152:13
possession
  317:10
possible
  60:14 194:14
possibly
  65:24

post
  64:20 150:22
  162:2 165:5
  224:3,6,12
  234:11 235:6
  237:7,8,16
  240:12
  245:19
  249:11,20
posted
  157:10 162:8
  164:4 224:15
posts
  53:10 138:23
  232:3 237:20
  249:21
  288:17
potential
  54:7 83:13
  104:17
  171:10
  199:4,5,11,
  17
potentially
  98:17 119:8
  262:1 301:1
pour
  236:12
poured
  208:11
pouring
  202:25
power
  248:14
powered
  145:4
powerful
  300:10
  303:21 305:5
  306:1
practice
  169:7
pre-listed
  305:20
pre-market
  171:6

pre-
programmed
  86:1,5 88:14
  89:4 304:1
precedes
  9:13
prefer
  115:11
  306:10
preferred
  178:11
premium
  239:24
preparation
  12:9 53:5
prepare
  10:23 11:4
  199:16
prepared
  195:7
  199:11,15,22
  200:9
preprogrammed
  110:15
presence
  5:14
present
  6:19 10:5,7
  11:20,23
  12:14 121:11
presented
  185:16
President
  151:17,19
press
  38:16 40:6,7
  41:15 153:4,
  19 288:18
pretty
  29:2,18 37:6
  154:7 198:8
  200:2 315:2
  320:8
previous
  202:6
previously
  62:1 83:1

175:14 250:6
  299:18
prey
  53:5
price
  35:5 85:19
  102:2,5
  103:4,18
  104:3,6,7,25
  105:2,13
  106:8,12
  108:25 109:1
  113:11,12,
  13,19
  114:11,14
  117:6 120:9
  122:4,5,9
  123:8,10
  125:10,16
  126:15,17,21
  127:3 203:7,
  25 204:1
priced
  33:7 231:7
prices
  34:6 202:22
primarily
  99:15
primary
  34:7 59:4
principal
  280:12 284:4
principals
  280:11,15
  281:18
  284:24
print-at-home
  35:9
prior
  59:22 65:3
  80:23
  131:10,24
  137:17
  145:15 146:2
  149:9 156:11
  157:9,22
  159:1 164:6
  169:14 187:8

Timothy Sykes
May 20, 2021

188:25
242:11 243:9
283:6 285:1
308:8 331:23
**Private**
5:13
**privy**
316:24
**Pro**
64:16 69:4
71:25 90:6
92:1 107:23
**probably**
21:9 63:24
80:20 90:10
151:21 174:8
177:9
197:23,24
226:5 237:14
240:5 246:10
253:8,15
261:14
282:7,9
295:11
300:12
316:10 321:1
**problem**
9:12 10:2
12:16 19:22
53:6 149:2
237:6 313:23
336:16,17
**problems**
74:13 84:16
260:8 319:7
332:22,23
336:13,16,17
**proceed**
310:6,12
321:19
**proceeding**
5:10 8:8,10
**proceedings**
6:15
**process**
24:4 46:16
51:21 53:2
87:5,6,7,25

89:13 91:19
94:25 114:6
115:16,25
164:22
165:22 306:5
**procure**
284:17,25
285:24
**produce**
204:23
**produced**
208:16 250:7
**product**
30:18,19,22
31:2,11,14,
19 51:18,19
52:6 55:9,14
58:4 59:22
60:11 61:2
63:9,11,13
65:8,13
66:3,6,7,19
67:7,21,25
68:24 69:3,
7,14 71:14,
16 73:8
75:20 81:17
83:14 84:3,
7,10,15,24
95:22 96:9
97:4,15
99:25 125:5,
25 129:20
131:8,13,18,
25 132:5,9,
11 150:1
152:2,6,16,
24 153:1,14
154:9,11,20
155:2 156:20
165:23
174:19,21,22
175:3,12,22,
23 178:23
179:11,13,
21,25 180:15
182:5,17
183:11 184:3

186:16
191:13,16
201:4 232:4
256:5 258:7,
12 261:6
263:20,25
264:2,6,10
265:9 269:7,
10 275:2
277:3,10
278:20,21
283:24
286:15
288:4,5,13
289:23
290:19
293:14
308:22
312:2,7,20
314:21
318:14,20,22
321:24,25
330:25
332:19
335:25
**product's**
67:22
**products**
26:12 244:12
322:5
**professional**
5:4 16:4
**proficient**
324:12
**profit**
37:5 93:16,
19 103:13
**Profit.ly**
13:21 16:9,
12 41:20,25
42:3,4,21
43:1,2,8,17
46:21
291:22,24
**profit.ly.**
16:12 42:6
46:21

**Profit.ly.com**
42:5
**profitable**
94:2 98:17
**profits**
16:20,22
17:11 37:2
48:5 198:7
202:9 300:18
**program**
28:10,11,15
29:13 31:8
47:7,8,15,
20,21 81:4
110:14
152:16 155:9
156:6 173:6,
9,10,11
174:10,23
184:14
226:16,18
230:16
237:18 244:8
249:15
302:10 316:7
332:16
336:20
**programmed**
69:4 105:17
151:5,9
166:5
**programmer**
43:10 75:11
76:17 99:1
165:20
191:21 227:7
264:15
301:10
306:22 307:4
313:21
332:11
**programmer's**
325:15
**programmers**
68:2 77:17
78:11 79:24
80:2 166:7,
10 167:4,8,

Timothy Sykes
May 20, 2021

24 171:25
173:22
174:3,6,10,
12,13 176:3,
5,18 177:12,
17 190:2,5
226:12 227:2
284:11
307:12,22
308:5 313:20
314:24
332:13,24
**programmers'**
308:15
**programming**
34:21 55:12
68:3 77:7,
10,18 80:3,
11,18 95:25
124:6 148:7
149:14,18
150:25
151:15
154:18 164:9
165:18,20
166:16,19
167:4,9,24
173:2 174:24
208:12
274:16
286:20
287:2,4
295:3 301:7
332:12
**programs**
306:23
**progression**
46:25 48:12
57:11
**project**
136:15
137:18
158:17 167:6
**projects**
60:21 137:18
326:25 327:9
**promise**
129:10

**promises**
318:4
**promising**
236:3,20
238:20
**promote**
30:17,20
39:17 46:19
66:25 132:5
181:1 205:23
256:4 263:25
317:5 332:18
**promoted**
67:7 132:9,
11 238:10
246:18
**promoting**
184:4 201:4
236:1 237:1
246:6,17
248:21 304:8
**prompted**
154:3
**proper**
194:16
**properly**
96:15 197:7
**property**
266:5,10
270:25 271:5
313:13
317:20
320:11,17
**proprietary**
266:18
267:21,22,23
268:1 269:1
271:10,18
313:4
**Pros**
223:6,18
**protect**
270:12,13
**prototype**
178:14,21
**proud**
195:25

198:19
206:14
291:23,24
**proudly**
226:5
**provide**
38:9 105:19
256:12,20
317:14
**provided**
21:25 44:10
184:11
266:17
271:10,17
**providers**
122:23 319:3
**provides**
26:8,12
**providing**
48:8
**provision**
279:25
**provisions**
258:20
**public**
5:4 35:23
62:10 97:13
130:13
179:17
292:2,3
**publicly**
35:25 38:2
152:19
153:10
154:21 233:5
**publish**
24:15 41:4
**published**
40:14
**publishing**
7:7 16:16
18:2 21:14
22:2 24:14,
22 26:5,11,
16 27:4,9,
10,12,15,16
38:14 40:8

41:3,6,9,10,
13 43:14,15,
16,21,25
44:11,14,17
45:12,24
296:14,17,24
**pull**
72:6 117:2
169:12
**pull-down**
103:15
104:15 107:3
120:25
126:21
127:21
**pulling**
85:17
**purchase**
87:13 294:25
295:19
**purely**
177:10
**purpose**
5:16 87:1
125:13
**purposes**
234:12 255:4
267:3 299:21
314:10
**pursuant**
6:23
**push**
82:11 83:5
**put**
19:4,8 32:21
39:19 42:11
49:9 54:2
59:5 70:15
84:15,17
92:12,14
101:2 103:24
104:19
110:5,9
117:13 118:7
120:14
133:10
135:20
139:12,18,23

Timothy Sykes
May 20, 2021

141:16
142:20,23
143:10
145:14
146:2,6
152:17
158:14 159:9
160:5,6
164:6
192:22,24
195:14 201:8
205:3
227:15,25
243:4,8,10,
21,25 257:23
262:17
288:24
306:13
310:11
313:14
320:19 334:7

**puts**
183:20

**putting**
100:23
139:22
222:21
321:22

---

## Q

**qualify**
111:4

**question**
8:10,13,24
9:12,13,17
23:6,7 24:9
28:18 29:20,
22,23 30:3
38:23 42:23
43:5,20
45:17,19,23
46:12 47:23
49:22 50:7,8
56:3,20,23
60:1 68:15
74:1 76:5
78:9 79:3,5

82:4 83:10
97:9 98:6,23
104:11
107:19
108:22
109:23
116:13
132:17
136:24
140:3,12,13
141:1,2,3,10
156:3 157:20
166:13
167:19 183:9
188:3,7,12,
13 189:25
196:2 235:24
238:15 241:9
242:9 250:12
262:24
264:25 265:1
269:20 279:7
294:22
295:23
304:13 311:3
313:25
318:16
322:3,7,11,
15,21 326:5
328:6 329:24
335:2 337:8

**question/**
**answer**
334:22

**questions**
8:12,14
23:2,25 25:7
38:3 44:3,23
63:20 78:19
82:11 142:3
225:24
251:22
264:21 321:3
331:4
334:16,23
337:13 338:4

**quick**
160:15

176:20
241:16

**quicker**
322:9

**quickly**
24:12 135:1,
4 188:22
236:16
243:25

**quite**
151:10
155:20
208:12

**quote**
43:4 134:22
136:4 151:24
173:6,22
188:13 231:5
240:2 248:12
258:18
265:24
266:14

---

## R

**rage**
42:7

**raise**
17:4 34:10

**ran**
15:23 22:4

**random**
76:15 85:11,
12 115:2,8

**range**
106:14
113:14
114:15
120:10 122:6
123:9 126:22
127:5

**ranked**
35:3

**ratified**
224:23

**reach**
69:20 76:15

**reached**
60:3 61:7
64:9 66:5
69:18 76:16,
17 268:21

**read**
29:19,24
30:1 32:12
83:1 90:13
141:23,25
142:2,8
145:2 156:15
162:20
183:17,21
189:16
229:17
236:17,23
250:17 252:2
258:24
267:9,17
268:14
289:5,15
290:16
338:9,11

**readers**
231:12

**readiness**
291:9

**reading**
153:24
186:24 190:5
285:8 338:10

**reads**
250:7

**ready**
10:20 142:3
147:10,19
148:3,9
150:5,11,15
161:2 162:24
199:17
222:20 223:5
227:16,17
262:14 264:6
265:9
290:11,14,
15,23 291:4,
11 334:16

Timothy Sykes
May 20, 2021

real
  126:12
  160:15
  195:19
real-time
  285:12
reality
  35:17 283:6
  335:24
realization
  88:25
realize
  41:23 171:14
  184:13 196:7
  197:18 237:8
  239:25
realized
  36:6 39:23
  52:2 55:11
realtime
  41:25 42:1
  46:21,22,23
  112:20
  116:21,22,23
  280:16,18
  281:6,19,21
  283:8
reason
  120:23
  121:10
  258:19
  260:19
  261:21 262:3
  263:19
  292:20
  314:25
  325:13,17
reasons
  74:6,8 293:2
  316:23
recall
  10:17 40:13
  58:4 60:15
  62:2 81:13
  299:20
  330:9,13
receive
  145:9

received
  145:22
  309:12
recent
  334:2
recently
  195:14,23
  309:4 333:22
recess
  73:3 133:7
  222:14
  241:20
  298:16 333:7
  337:25
recipe
  108:4,7,12,
  14 124:23
  180:24,25
  225:15 241:4
  257:14,25
  268:23
recipes
  181:1,3
recognition
  307:14
recognize
  61:25 134:3
  142:10
  144:11,13,
  14,19 183:15
  187:3 190:4
  193:23
  198:21
  223:24 224:9
  228:10
  250:13
  310:22,25
  312:1
recognized
  62:13 71:12
  325:22
  327:21,22
recollection
  20:16 39:9
  59:21 60:10,
  24 67:18
  77:2 130:19,
  22 131:5,10

156:14
  158:13
  258:9,10
record
  5:9,12 6:16
  7:3 73:5
  113:24
  133:4,6,9
  134:18
  139:10
  160:18 202:8
  222:13,16
  225:20
  229:11
  241:19,22
  242:8 243:7
  298:15,18
  321:12
  333:6,9
  337:20,23
  338:2,19
recorded
  5:10,11 6:2
recording
  5:17
records
  138:24
  184:15,17,21
  185:1
recreated
  175:15
recycled
  17:18,19
reduce
  103:11,16
  106:9 119:22
  120:2 122:1
  267:1
Reef
  196:23
reefs
  196:24
refer
  47:13 56:16
  97:18,20,24
  136:3
reference

99:24 133:24
  135:4,5
  143:23
  146:10
  155:20 156:6
  158:11 165:8
  191:12
  192:23 248:1
  255:22
  257:10,18
  311:24 317:7
referenced
  138:1 157:21
references
  157:18
referencing
  146:1 166:21
referred
  97:7 190:1
referring
  56:15 112:13
  135:19,24
  136:15
  137:17
  141:14
  175:23
  185:23
  186:17,18,22
  187:4,16
  190:2,6,7
  282:7,9
  311:4
refers
  165:14
  182:21
refine
  91:19
refined
  244:24
  312:24
reflect
  243:7
refresh
  20:16 158:13
regard
  239:12
  320:18

Timothy Sykes
May 20, 2021

regarding
  62:24
  145:10,23,24
Regional
  15:2
registered
  5:4 183:5
regret
  319:4
regulations
  125:16
related
  6:11 117:5
  120:8,14,24
  266:10
relating
  271:5
relation
  18:21 31:1
  33:20 47:20
  48:21 51:18,
  19 52:6
  67:24 136:11
  144:24
  167:21
  169:21
  175:4,10,11,
  22 181:14
  182:5
relationship
  54:9 67:16
  70:5,10,19,
  22 139:13
  143:10
  151:25
  152:14
  156:18
  179:12
  187:15
  260:1,13
  261:22
  262:13 320:1
relative
  74:21
relay
  10:18
release

153:4,19
  288:18
releases
  288:19
releasing
  170:6
relevant
  194:6,8,22
  239:15
relying
  259:25
remember
  44:16 45:15
  51:17 61:2,4
  62:15,18,20,
  22 63:1,3,6
  70:4,9,13,15
  75:1,3,10,24
  76:1,4,7,10
  77:14 78:19
  80:10,17
  81:25 83:18,
  19 84:12
  127:6 132:3
  136:12
  138:4,5,17,
  19 139:16
  148:6,10,12
  150:18
  151:17 154:4
  161:1,3,8,
  10,14 163:23
  168:20 176:2
  180:4,10
  181:16 187:5
  188:16
  191:14 207:3
  260:7,12,17
  261:17
  281:1,2
  302:14,22
  318:15
  336:12
remembered
  44:24 138:18
  142:12 154:5
remind
  19:7 194:11

223:2
reminded
  44:13 45:11
remote
  5:15 6:1,2,
  9,15
remotely
  6:20,23
remove
  5:19
repeat
  23:7 326:22
repertoire
  248:13
rephrase
  65:1 84:1
  179:9
reply
  317:25
  334:23
Report
  20:5
reporter
  5:4 6:13,17
  8:19 29:24
  30:7,15
  72:16,18,22
  132:25 141:5
  186:12
  188:10
reporting
  6:20 7:2
represent
  8:1 143:6
  311:4,23
  321:21
representatio
n
  57:17 134:7
  158:22
represented
  179:17
representing
  7:15
reputable
  319:9

request
  5:12
requested
  171:23
  184:22
requests
  130:5
require
  264:21
requires
  8:21
research
  51:21 56:6,
  7,8,15 57:5
  58:20,25
  59:20 60:12,
  25 65:13
  66:24,25
  67:6 71:18
  74:18 75:2
  76:3,9 77:23
  78:6 79:9,16
  80:4,23
  81:14 83:24
  84:18 88:13,
  18 89:13
  95:7,8,11
  97:5,13,19
  98:19 107:25
  111:4,19
  119:1 127:17
  128:25 135:8
  236:12 240:6
  244:23 325:1
residential
  12:21
resource
  249:20,24
resources
  16:17 239:3
respect
  94:21 95:1
  298:25
  333:23
responses
  8:22
responsible

Timothy Sykes
May 20, 2021

| | | | |
|---|---|---|---|
| 48:5 | 57:2,19 | 172:6,16 | 321:8 323:11 |
| **restaurant** | 58:23 60:23 | 173:21 | 333:21,24 |
| 244:18 | 63:19 64:25 | 174:4,7,11, | 334:18,19 |
| **result** | 66:3 70:4,11 | 13,22 176:5 | 335:14,22 |
| 54:9 85:23 | 71:8,16 72:3 | 178:2 179:4, | 336:8 337:15 |
| **resulting** | 73:1 74:17 | 7,21 180:18 | **rights** |
| 266:8 271:3 | 80:17 82:2 | 183:12 | 257:13 |
| **results** | 85:2 86:24 | 184:18 | 265:25 |
| 38:2 85:12, | 87:1 88:2,7, | 185:1,9 | 266:1,3,10 |
| 13 115:5 | 17 89:8,21 | 187:11 | 267:5 270:24 |
| 116:16 | 90:17,18,25 | 189:24 | 271:5 |
| 324:2,4,5 | 92:5 95:5,8 | 190:3,8 | 277:10,23 |
| **retain** | 96:7 99:25 | 197:21 | 295:19 |
| 266:3 270:23 | 101:10 102:1 | 198:23 | 314:14 |
| **retaining** | 104:2,24 | 200:3,4,14 | **risk** |
| 130:19 | 105:23 | 201:10 | 78:25 170:14 |
| **return** | 108:13,15 | 203:20,22,25 | **Robin** |
| 258:22 259:2 | 109:17 110:6 | 206:9 | 197:14 |
| 272:10 | 112:17 | 207:14,17, | **role** |
| **returned** | 115:15 | 20,22 | 54:17 74:12 |
| 272:19 | 117:1,16 | 223:20,24 | 81:3 92:15 |
| **reverse** | 118:4,10 | 224:19 | 129:24 130:4 |
| 115:23 | 119:12 | 228:17 | 247:8 307:8, |
| 266:25 | 120:1,2 | 230:2,5 | 19 |
| **revise** | 121:1,23 | 232:2 233:18 | **roll** |
| 267:2 | 122:9,18 | 234:8 | 32:5 |
| **revolutionary** | 123:7,11,20, | 235:13,25 | **Rolls** |
| 162:15 | 23 126:20 | 237:3,12 | 195:10 |
| 163:10 | 127:20 | 240:9 243:19 | **Romanette** |
| 165:6,9 | 129:11,16 | 244:5,6 | 277:22 |
| 170:3 | 131:4 132:15 | 245:2,5,10 | **room** |
| **RFI** | 134:11 | 246:4 248:17 | 6:19 10:5 |
| 103:24 | 137:12,22 | 260:6 261:14 | 12:14 41:22 |
| **ridiculous** | 139:5,6,8, | 262:3 267:15 | 46:22,24 |
| 269:24 279:4 | 10,24 143:8 | 268:6,14,17 | 198:3 |
| **right** | 150:16 | 269:19,22,25 | **rooms** |
| 5:25 8:7 | 151:11 | 270:8 272:7 | 72:8 |
| 9:3,10 10:2, | 152:10 | 274:1,7 | **roughly** |
| 9 11:3,17 | 153:15 | 275:5,13,24 | 33:14 34:12 |
| 12:2,3,18,21 | 154:3,8,22 | 276:14,19,20 | 80:15 84:14 |
| 17:23 21:12 | 155:2,3 | 277:9 278:3, | 100:16 |
| 23:19 27:11, | 156:13 | 22 279:6 | 105:19 |
| 25 31:6 | 162:18 | 281:8 284:14 | 135:16 171:7 |
| 35:1,19 | 163:13 164:5 | 285:11 | 226:12 |
| 37:4,7,22 | 166:6,22 | 289:9,16,22 | 270:12 324:4 |
| 39:20 40:16 | 167:12 168:4 | 293:5 | **Royce** |
| 45:5 54:18 | 169:9 | 301:15,16, | 195:10 |
| | 170:11,12,22 | 21,22 306:16 | |
| | 171:11 | 312:6,15,18 | |

Timothy Sykes
May 20, 2021

rub
  315:5
rule
  107:12
rules
  36:1 90:7
  114:8 119:5
rumors
  171:8
run
  13:24 18:14
  42:2 72:5
  101:18
  116:21,25
  118:3,23
  160:11 245:5
  301:7 311:2,
  7 322:2,16
  324:3
running
  29:15 35:11
  41:5 42:13
  116:24
  196:11
  199:4,24
  301:13

—————————

S

S-C-A-N-S
  30:10 112:13
S-C-A-N-Z
  30:12
S-Y-K-E-S
  12:20 251:10
Sachs
  32:13
sad
  198:4
safe
  338:13
said/she
  319:15
sale
  206:25
salt
  291:21

Sandra
  5:3 6:13
Sandy
  29:19 132:21
  133:3,15
sauce
  104:20
  234:14
  240:18 241:3
  244:24 258:1
save
  196:23,24
  197:14,17
  198:9 235:11
  238:21 239:5
  240:2
saves
  239:4
sayeth
  166:12
saying
  12:2,9 27:9
  30:10 44:23
  47:6 61:7
  62:23 64:22
  70:16 102:16
  123:8,11
  131:1 135:23
  136:12
  140:15
  142:15 148:9
  149:20
  152:23 155:3
  157:15
  163:23
  165:8,15,16
  166:24 168:2
  169:7 171:2,
  18 176:4,14,
  24 178:14,20
  180:14,23
  181:11
  184:2,5,7
  185:19 186:2
  226:18 227:1
  236:2,25
  238:25 261:5
  263:15

274:13
280:23
282:15,19
286:22
291:11 293:8
313:1 316:3
318:1
319:12,20
334:21
says
  20:8 21:2
  82:7,19
  113:14
  134:23
  143:22 144:6
  145:1,17,22
  147:8,10
  150:3 151:24
  158:4 161:22
  165:5 169:18
  193:7 204:15
  226:4 236:8,
  10,19 244:5
  254:20 255:1
  256:11,19
  258:18
  259:12
  265:24
  267:17
  270:23
  271:6,13
  272:7,18
  273:14
  279:18
  280:10
  284:14
  289:5,14,20
  290:5 305:25
  335:10
scalable
  35:6
scale
  90:10
scan
  47:25 86:21
  101:18
  107:16 113:5
  114:10

118:23
121:10 199:9
231:17
232:20
234:13 235:2
244:13,15
302:1,3
324:3 325:2,
4
scanner
  197:21 228:4
  232:3 233:6
  239:5,19
  240:15 242:3
  248:19
scanners
  198:4 325:13
scanning
  28:15 29:12
  30:17,19,21
  31:2,8,14,19
  47:20,21
  50:19 55:9,
  14,20 56:14
  57:5 58:20,
  25 61:1
  63:15,17
  64:6,9,14,
  18,23 65:3,
  20 69:7,13
  71:3,18,19,
  20 74:18
  75:2 76:3,8
  77:23 78:6
  80:4 81:14
  83:24 84:18
  88:13 90:5
  95:8,11
  99:19,24
  100:8,9
  101:4,10
  102:20 115:8
  116:5,9,19
  117:14
  119:12 120:5
  122:2,20
  124:16 135:7
  163:10 170:4

Timothy Sykes
May 20, 2021

196:12 199:4
231:24
232:22
246:18,22
247:7 249:15
305:9

**scans**
28:20,22
29:16,17
30:9,11
31:22,23
48:2,24
69:3,6
74:13,14
80:6,8 81:3
84:14,17,21,
24 85:2,3,5,
17,18,20
94:7 99:14
100:10,11,
13,16 101:3
104:19,20
105:18,19
106:1 107:7,
10 110:15,16
111:13
112:1,4,12,
15,19,20
113:23,25
115:11,13,14
116:2,21,25
124:10,23,25
129:24
132:11,14
135:17,18
159:4 170:19
173:14,23
175:1 177:19
179:2,16,24
180:1 198:6,
8,9,10 200:1
225:15,17
226:10
231:10,13,
14,21 232:25
233:7,8,10,
11,12,13,16
234:3,7,14
235:5 237:3,

18 239:22
240:17,20,21
244:5,6,7,22
246:6,17,25
247:19,22
249:4,5,9
256:23
257:2,3,9,
12,13,17,22,
24 259:9
262:17,18
264:12
268:7,11,19
269:1,4,6,8,
12,21 270:8,
10,11,12,13,
20 271:25
272:13
273:22
274:4,18,24
275:1,7,23
276:11,12
277:11
278:3,10,11,
14,20 279:7
303:4 304:9,
11,14 311:1,
4,23 312:1,
5,6,16,19,22
313:7,9,10,
11,13,22
314:1,21
315:1,4,7,
12,20 316:1,
15 317:3,4,
8,9,13,16
325:20
327:22
332:10

**Scanz**
6:6 7:4,15
8:2 50:3
94:9 321:24
322:14
330:25
335:3,10,14,
19 336:14

**scheme**

34:16
**school**
14:12,14,15,
24 15:1,2,3,
4 16:2 32:15
33:8,23
**schools**
17:23,24,25
**Schultz**
155:15,22
**Schwab**
324:21
**science**
104:21
186:1,21
187:17
282:12 283:2
**Scopic**
76:19 77:14,
17,20,23
78:5,15
79:8,15
80:18 129:17
130:20,24
184:17,25
185:6 190:2
**screen**
5:24 19:8,25
61:19 64:20
121:24 134:4
159:13
165:2,16
169:14
193:24
204:19
223:25
224:14
230:10 231:6
301:3,18,19
310:6 321:19
**screened**
302:7
**screener**
28:7,14
29:13 31:1
72:15
227:17,19
230:5,8

232:22 233:1
234:1,21
236:9,16,20
237:2,10,17
238:12,20
239:5,6
240:7
248:12,22
300:13
303:3,20,24
304:7 305:5,
9,16,18
306:1
321:22,24
322:6,13
323:16
327:12,16
328:7,16,24
329:8,14,17
330:2,7,11
331:11,24
**screeners**
231:15
236:11
245:11,13
301:7,15,25
**screening**
230:16
**screens**
5:18 309:9
**screw**
197:16
**script**
183:15
184:10
186:24 190:5
192:6,9,10
205:21 206:2
**scripts**
183:17
**scroll**
20:11 133:21
142:6 147:5
161:24
169:15
228:21,25
229:12
232:13,15

Timothy Sykes
May 20, 2021

235:8,10
236:5 250:20
272:3
**scrolling**
229:13,16
**search**
55:22 88:14
107:16
110:5,6,8,9,
24 111:5,14
113:15,22
114:13
116:24 118:1
127:23
239:15 324:4
**searches**
86:2,6
104:17
109:19 113:3
245:5
**Seashells**
196:22
**seasoned**
134:24
136:5,21
**sec**
235:11
**second**
28:4 63:2
69:10 90:18
96:4 97:5,
15,22 105:8
112:6 133:4
140:21 147:4
169:13
192:23,24
193:2,5
199:1,2,21,
22 204:11
205:8 223:14
225:13
235:14
245:18
255:20 272:5
290:7 306:14
337:17
**seconds**
223:13

321:17 323:2
**secret**
104:20
225:15
234:14
240:18
241:3,4
244:24
257:14 258:1
**section**
194:6,8,23
242:2 243:11
**sections**
194:12
259:12
**securities**
87:12
**see**
15:4 16:14
19:14 20:9,
10,14 21:8
40:25 48:11
60:20 61:23
74:11 78:13
117:5 125:9,
14,15 132:10
133:20 136:7
138:22
141:20
143:23
145:12
146:9,12
147:13 150:7
151:6 152:3,
21 157:7
158:6,10,21
159:16,17
161:10,17
162:6,18
164:10 169:2
172:9 191:25
194:12,13,15
204:7,18,22
226:2,7
231:18
232:18 238:7
248:7 249:12
253:22

255:22 257:3
259:14,15
273:12,19
277:23,25
279:22,23
280:20
289:7,8
290:10,18
301:15 309:9
315:1,17
317:1 319:7
321:4,6
327:12,13
328:6,16,24
329:6,7
334:18,25
335:5 338:13
**seeing**
135:22
156:12
195:13
203:11
231:20 260:6
301:13 312:4
**seemingly**
125:11
**segmenting**
100:23
**segregate**
101:20
**select**
113:5 304:1
305:20
**selected**
101:11
**selecting**
87:2 90:19
**selections**
109:10
**sell**
16:21 17:15
36:3 41:2
51:8 69:5
86:14,17,23
87:3,13
89:25 231:21
232:4 234:3
239:4 266:22

**seller**
34:8
**selling**
35:4 89:8
93:16 98:19
103:13
203:15
206:8,11,12,
16,20 207:2
288:12
**sells**
28:16 71:17
77:24 78:7
79:9 80:5
97:6
**sending**
264:12
**senior**
15:22 32:14
33:8
**sense**
58:1 77:25
78:2 79:11,
13,14 82:1
108:7 138:16
139:15 140:1
252:17 256:8
**sentence**
147:15
156:12
157:3,4
158:4 226:4
258:18
267:16 271:6
279:18,24
281:14,23
285:22
286:4,5,8
**sentences**
226:1
**separate**
13:9 122:14
208:16
282:11
**separates**
52:24 72:3
**Sergeant**
155:14,17,22

Timothy Sykes
May 20, 2021

**series**
309:8
**Seriously**
140:15
**service**
47:13 48:8
49:7,17
50:11,14
51:18,19
52:6 58:4
59:21 60:11
97:14 150:12
254:10
**services**
16:5,8 18:13
21:18,25
25:4,8 26:11
38:9 42:16
44:10 49:5,7
72:10 171:15
197:16
252:24
258:21 266:9
271:4
**set**
26:17 43:6
230:10
231:5,6
236:22 237:1
255:4 267:4
296:15,21
297:17
314:10
**setting**
5:19 260:8
**setup**
300:24,25
**setups**
135:2,5
202:12
230:18
**seven**
86:19
115:22,24
187:18 207:7
208:3 293:21
**several**
26:25 33:2

40:17
148:22,23
149:4 176:22
185:23
191:23,24
198:6 249:12
282:8 293:17
305:1 308:5
321:16
323:21,24
325:20
335:21
**share**
19:25 52:23
63:17 85:19,
22 100:21,22
101:1 104:22
163:9 170:2
200:12 231:8
310:6 321:19
**shares**
231:8
**sharing**
197:1
**sheet**
301:20
**ship**
38:18
**short**
34:5,8,18
35:4 36:3
44:21 58:21
61:3 133:1
186:4 236:15
303:16
**shot**
83:15
**shots**
64:20
**show**
21:9 35:16,
17,19 36:10,
12,25 37:23
45:6,7,10
54:5,23
57:18 61:19
78:20 113:24
123:18

138:21
139:10 143:4
158:21 159:7
171:1 180:1,
12 189:23
196:5 224:5
231:24 234:3
235:1,5
239:15
250:10 303:3
309:20 334:5
336:1
**showed**
135:13
**showing**
20:4 36:23
74:12 197:2
229:3 238:3
246:11
310:16,21
334:15
**shown**
250:6 251:1
299:18
311:20 322:5
325:19
**shows**
245:21
**side**
26:16 74:11
78:1 191:10
331:24,25
**sift**
248:14,23
**sign**
82:1,7,14,
19,25 83:7,8
101:23
180:13 185:5
251:15
252:9,23
253:5,12
268:11
271:13,20
276:15
**signature**
242:22
250:20

251:4,6,8,23
252:19
276:17
278:18
**signed**
50:3 57:15,
21 61:5
69:25 81:23
83:22 128:24
129:9 180:5
185:6 251:7,
11 252:6,7,
14 267:24
271:12
**significance**
304:7
**significantly**
329:12
**signing**
83:18,19
268:24
284:10
**similar**
125:4,8,23
137:18
232:10 318:3
324:16
325:4,9,10
**similarities**
131:12 329:3
330:7,11
**similarity**
131:7
327:12,14
328:6,16,24
**simple**
79:5 189:25
247:21
262:24
264:20 291:6
315:2,4
**simplifies**
89:12 115:11
**simplify**
68:9
**simply**
91:18 94:6

Timothy Sykes
May 20, 2021

302:20

**Simulators**
  223:6,19

**simultaneous**
  139:2 140:19
  186:5,11
  188:8

**simultaneousl
y**
  327:5

**single**
  36:24 37:2
  53:8 62:15
  65:16 68:19
  91:21 102:6
  103:24
  107:24,25
  110:17
  122:15
  127:16,17
  138:6,23
  193:8 195:5
  196:13
  197:11
  198:17,25
  199:2,10,21,
  22 200:2
  202:15
  203:19
  206:14
  236:13
  240:22
  244:23
  247:16
  324:21
  328:12

**sir**
  159:19
  259:16
  268:13 274:6
  275:5,20
  283:6 338:15

**sit**
  30:25 59:18
  60:9 77:22
  78:4 79:7
  121:24
  124:14

129:25
130:18,22
131:15
140:15
149:20,23
158:18
192:18 197:4
199:1,6
261:5 275:6
308:17
330:14

**sites**
  72:8 301:17
  302:18

**sitting**
  26:10 185:16
  192:8

**situation**
  154:6 166:9
  320:7 334:4

**size**
  106:9 120:2
  122:1 306:12

**slave**
  199:7

**slice**
  87:16

**slicing**
  106:3

**slightly**
  305:8 306:5

**slippery**
  114:7

**slogan**
  46:11 47:12
  48:20

**slope**
  114:7

**slower**
  203:21

**slowly**
  228:22
  232:15

**small**
  34:17 85:22
  91:13 103:16
  204:18

244:10
324:6,23
326:11,17

**smaller**
  101:21
  119:22 208:5

**smart**
  94:21 236:13

**smarter**
  134:24
  136:6,22

**snapshot**
  146:16

**snapshotted**
  157:16

**social**
  12:5,7,8
  23:1 72:8
  118:20 327:8

**soft**
  150:21,23
  313:7

**software**
  28:10,11,15
  30:18 31:2,
  11,14 34:20,
  24 47:7,15
  50:19 55:9,
  14,22 64:6
  65:13 66:17,
  24,25 67:6
  75:7,13,14
  76:2,7
  77:15,19
  78:5 79:8,15
  80:11 88:20
  89:12 96:10,
  12,19 99:11
  115:18
  122:23
  129:21
  130:2,7,24
  152:13
  162:15 164:5
  165:7,9,10
  167:20
  174:23 177:5
  180:6 182:12

184:3 185:17
186:16
193:18
196:11 227:4
245:2 246:7,
8 247:4,6,7
249:15
252:23
254:9,21,23,
24 255:7
256:12,20
258:20
262:16
266:1,4,15,
20,23,24
267:3,5,18
268:1
270:11,22,24
271:8,15,21
272:9,16
276:20,23,25
277:24
278:2,8,12,
13 280:1
284:19
286:2,3,6,7
291:10,11,15
293:13
308:14
313:2,14,17
314:2,6,7,
12,14 315:6,
19 316:7,21
317:5,13,15
324:7 325:22
332:16

**software's**
  267:1

**software/
website**
  284:20

**softwares**
  94:5

**sold**
  40:21,23
  51:9 71:18
  84:19 97:20
  171:13

Timothy Sykes
May 20, 2021

191:17

**solid**
85:13

**solution**
91:23 118:15

**sooner**
178:11

**sort**
68:9 296:2
304:6

**sorted**
309:23

**sought**
312:18

**sound**
300:3

**sounded**
38:19

**sounds**
19:18 28:10,
11 39:3
54:20 57:19
71:8 143:8
147:16

**source**
160:4 201:13
267:1

**south**
13:1

**speak**
35:21 131:2
136:14 141:6
243:14,15
262:10

**speaker**
5:18

**speakers**
139:2 140:19
186:5,11
188:8

**speaking**
94:14

**special**
231:13 241:1

**specialize**
177:4

**specific**
28:22,23
59:13 63:19
96:24 111:10
123:23 124:7
148:20 172:1
176:10
183:18
184:10
230:10
236:22
245:14
248:16,25
249:3 270:22

**specifically**
25:10 70:21
76:10 123:2
130:3 138:5,
17 171:23
176:2,14
272:18 297:6
307:3,21
320:3 328:4

**specifics**
70:6 77:12
78:12 97:1
143:15
158:16
167:5,9,25
168:6,7
174:16,24,25
252:8 256:25
260:10
293:18 295:2
297:17 308:9
319:22
325:16

**specify**
123:2

**speculate**
109:14 124:5
135:9 136:16
137:7 151:14
253:9 257:5
263:16
265:19
330:5,22
332:23

**speculating**
135:18,21
140:6,20,23,
24 293:1

**speculation**
141:13
150:17
157:24
185:11
265:18 288:6
295:21
318:25 331:2

**speculative**
154:15

**speech**
314:17

**speed**
91:22 232:9

**spell**
12:18

**spelled**
251:9,24

**spelling**
16:24

**spend**
17:13 293:23

**spent**
283:17,23
293:17 294:4
295:3

**spiking**
171:11 202:6

**spirit**
276:8

**spit**
94:6 115:22

**spits**
85:22 90:6

**spitting**
111:14,16

**spoke**
63:15 64:11
274:7,8
330:6

**spot**
202:16,19
302:8,25

**spotlight**
5:19

**spotlighted**
5:17

**spread**
104:7 105:3

**Squire**
7:9,14

**SS**
147:19

**stack**
98:16 103:16
106:4 109:4
119:22 120:2

**stand**
223:12
253:19
283:19
337:22

**standard**
123:10

**standpoint**
186:25

**starred**
161:16

**start**
10:9 24:12
49:6 87:10
114:7 123:21
141:24
160:9,23
231:5 300:2

**started**
15:21 34:9,
14 35:23
37:9,15
39:10 41:5,
23 42:7
100:13 165:2
197:19
207:11

**starters**
90:19

**starting**
14:13 58:3

**starts**
87:12 254:23

290:8 334:21

**state**
5:5 19:5
20:4 38:21
190:15,17
231:4 239:13
243:19

**stated**
233:4 303:20

**statement**
6:15 70:16
136:20,22
156:17,21
162:8,13
163:20 164:2
167:20
168:24
173:8,16
184:6,23
186:15
188:13
207:20,22
224:20,22,23
225:2 226:9
230:13,21,
23,24 303:19

**statements**
90:13 145:5
163:17
165:16
166:21
167:16 168:9
169:9
172:18,20
205:13,18
224:11,14
225:3,10,12
229:23
335:24

**states**
162:14
256:19

**stating**
7:3

**Station**
94:10 95:14
102:15

**statistics**
327:22

**stats**
53:3

**stay**
48:16 143:16

**steal**
275:13 316:5

**stealing**
317:8

**step**
31:12 40:3,
20 103:15
236:3 239:8,
9 304:10

**step-by-step**
46:16 57:11
59:7

**Stephan**
61:7,10,12,
13,14,15,19,
25 62:6
63:3,15
64:11,12
69:18 70:9
73:20 81:9,
20 82:10
258:5,10
260:18
274:7,25
313:19 319:4
332:12,24
336:18

**Stephan's**
318:1 325:14

**steps**
239:10

**Steve**
11:22

**stick**
255:19

**stimulating**
324:8

**stock**
14:16 24:20,
21 25:2
32:9,11,17

33:3,21
34:2,6 46:3
85:19,21
87:3,4
100:14,24
101:1,7
113:11
114:11
118:21 122:4
163:10 170:3
171:10 172:4
197:12 202:1
203:5,21
227:17,19
228:4 230:5,
8,16 233:6
236:3,9,11,
15,20
237:10,17
238:12,20
240:6,7
248:12,19,22
300:13

**stockcharts.
com.**
247:14

**stocks**
23:17 32:25
33:5,7 35:5
36:4 47:16
68:20 85:10,
11,14,15,21,
24,25 86:14,
17,23 87:10
89:7,25
90:6,20,21,
23 92:24
93:6,10,15,
18,19 97:11,
19 100:15,
21,23 109:4
113:19
114:12
115:24
116:10,23
149:21
171:20 172:5
177:10

193:19 195:7
196:8,12
197:11,23
198:1,12
203:23
206:10
230:10,17
231:7 236:3,
12,20,21
238:20
239:14
248:15,24
300:17,19,
20,21,22
301:3,14,16,
20,22 302:1
325:5,6,7

**stockschart.
com**
324:20

**Stockstotrade**
28:22 29:15
30:19,23,24
31:2,8,11,
14,19,24
46:10 47:3,
8,11,15,18,
19 48:1,3,7,
20 49:4,6,18
50:14,20,25
51:1,8,10
52:6 55:4,
13,17,19
56:17 67:23,
25 71:3,9,18
72:1,3,11
76:9 77:24
78:6 79:8
80:4,8 83:25
84:7,18
88:18 90:6
92:1,10,12,
13 94:9
96:1,11,17
97:5,6,7,14,
20,21,24
98:3,4,20
99:5,8,14,

Timothy Sykes
May 20, 2021

15,20,21
102:1,3,4,
12,14 103:1
107:1,14,22
109:17
110:8,14,24
111:8,15,23
114:10
115:20
116:6,20
118:6 120:23
121:11,16
122:14,25
123:6,20,21
124:9 125:3,
21,23
126:13,21
127:10,25
128:15,25
129:2,20
130:1,8,14,
20,25 131:8,
13,17 134:5,
10,23 135:8
136:5,10,21
142:15
144:2,18
145:2,3
146:17,23
147:9,23,24
148:2,19
149:10,24
150:4 151:9
158:2,5,12,
14,25 159:5,
22 162:24
163:10
164:3,5,12,
13,18 165:17
166:5,16,22,
25 167:2,15,
18,22
169:18,21
170:3,13,20
171:9,14
172:2,12
173:19
174:22
175:5,10,11,

13,24 178:2,
13,21 180:18
181:8,13,22
182:1,4,8,
16,21,22,23,
24 183:1,10
184:3 186:16
189:5 190:9,
18,24 191:24
196:11,16
197:22
198:5,15,21
199:3,20,24
200:8 201:5
202:14,24
205:23
206:11,25
207:3,17
225:17,18
226:6,11,22,
25 231:25
232:5,20
233:5,11,17
234:15,16,20
236:2 242:14
244:6,22
245:13,14
246:7,10,12,
13,17,18,22
247:12,20,22
261:21
262:4,14
265:17
279:20
280:23
281:25
282:9,10,18,
25 283:18,24
286:14 287:8
288:4,13,17
289:6,14,20,
22 290:9,13
291:1 292:3,
13,14,21
293:14
294:14,15,25
295:7,10,14,
15,17,20
298:24

299:2,6,12,
23 300:7,11
301:2,24
302:24
303:13,21,25
305:6,19
306:2,10,11
307:9,17
308:2,7,19
312:16,20
315:11
316:21
320:1,4
321:25
323:25 324:5
325:5 329:11
330:3,15,17,
24 331:1,20,
21 332:3,15,
21 335:3,16,
21 336:7,11,
20,21
**Stockstotrade
's**
  79:15 124:1
  134:25
  232:21
  302:19
**Stockstotrade
.com**
  7:10 18:8,
  12,21 19:2
  20:5,17,22
  21:14 22:2
  27:18,24
  28:16 29:12
  31:7,15,20
  32:2 49:12,
  17 50:11,21
  55:21 56:17
  71:17 78:7
  79:9 95:21
  98:13 133:13
  135:12
  139:23
  144:10,14
  165:9 181:9
  182:21 256:4

287:15,24
292:12
293:11
294:19,24
295:6,18
296:14,18,24
297:8,15
307:2
**stockstotrade
.com.**
  68:7 201:17
**Stockstotrade
/breaking**
  204:15
**Stockstotrade
/equityfeed**
  139:13
**stood**
  323:22
**stop**
  92:19 139:8
  163:13 188:9
  193:21 230:2
  235:13 303:8
  329:22
**stopped**
  163:15 303:7
  321:13
  322:25
  326:14 334:1
**stopping**
  321:2
**store**
  108:2,5
**story**
  41:7 81:5,7
  234:10
  240:13,14
**strands**
  93:25 94:1
  95:7,12
  98:17,18
  103:12 113:4
**strategy**
  34:7 38:5
  46:25 47:4
  51:20 100:15

Timothy Sykes
May 20, 2021

248:16,25
249:3 306:6
327:2
stream
  92:21
Street
  35:17 54:6
  126:6,9
Street.com
  35:22
stretching
  331:5
strike
  68:12 83:22
  85:4 91:3
  125:21
  127:22 128:5
  144:2 148:17
  149:22 161:2
  182:2 184:23
  206:25
  227:18 265:6
  295:15,16
  306:25
  307:24 337:8
strong
  244:9 269:15
strongly
  249:23
  269:12
structure
  69:2
STT
  96:4,5
  147:10,19
  150:4 151:3
  173:12
  290:11
student
  51:7,15
  76:12 132:8
  144:17 182:9
  200:17
  239:25
  287:20
  333:13,14,16
students

25:18,21,22,
24 29:17
49:1 51:23
53:4,6 59:6,
9 62:12
66:9,15
68:23 69:6
70:7 73:11
74:9 75:8
76:11,15
88:23 89:1
92:15 95:20
96:16 99:3
104:23
105:21 155:7
168:14 181:5
198:8 240:19
261:17
262:19
263:24,25
298:23 305:1
306:8,21
308:24
332:10
335:13
students'
  27:23
studied
  336:5
study
  125:9 196:4
  204:3
studying
  89:22
stuff
  13:22 75:11
  79:25 115:21
  131:22
  164:20 171:1
  178:9 197:1
  240:25
  251:22
  255:15
  268:22
  286:21,23
  287:9 305:17
stunning
  325:21

329:12
style
  324:9
styling
  332:6,8
sub
  104:3,6
  105:15 117:2
  121:16,17
  127:2,12
subcategories
  106:13,17
  109:1
subcategory
  105:13
  109:1,3
subcomponents
  113:13
  127:11
subject
  166:24
sublicense
  266:22
submenu
  120:8
submenus
  104:14 127:3
subscribe
  200:15
subscriber
  239:24
subsequent
  44:25 55:20
substance
  10:11
subtle
  199:13
succeeded
  233:17
succeeds
  287:8 332:3
success
  36:10 91:10
  95:3 119:4
  326:9,18
successes
  36:9 53:1

successful
  36:7 40:25
  41:11 94:13,
  21 153:10
  225:16
  240:19
  324:25
  333:18
successfully
  181:5 312:13
sucked
  152:16
  154:17 155:8
suggest
  79:2 94:17
  113:25
  138:11
  165:19
suggested
  138:9
suggests
  49:24
Super
  32:24
support
  6:10,14
  266:21
supposedly
  152:24
Supreme
  6:24
sure
  7:14 14:11,
  15 16:25
  18:23 23:11
  28:6 29:23
  30:7 32:22
  38:24,25
  39:21 40:14
  43:5,18,23
  44:8 45:18,
  23 47:15
  48:9 49:11
  52:1,18
  57:25 67:17
  68:14,17
  69:11 76:6
  78:22 80:20

81:12 83:5
85:7,10
96:6,22
100:10 105:9
106:7 108:11
122:24
123:24
125:16
133:22
136:13 144:9
163:1 177:18
182:18 183:2
223:12
224:10 231:1
235:7 240:2
256:15,22
282:8 298:3,
11 304:5
337:18
**surgery**
32:15
**surprise**
20:20 130:17
154:7 331:1
**surprised**
127:15
**survive**
39:1 259:12
**Susan**
222:17 309:3
**sustainable**
17:16
**swearing**
38:20 39:3
**sweater**
173:10,11
**Swim**
72:1 107:23
**swipe**
198:10
**switched**
74:4
**sworn**
7:19
**Sykes**
6:3 7:8,18,
24 15:20

16:11 17:7
20:7 22:16
23:5 28:14
29:22 30:9,
17 32:4 37:7
44:6 63:19
64:13 73:7
78:18 89:22
92:16 111:22
116:1,7
124:15
125:19 134:3
141:20
156:11
160:8,9,21
161:1 162:3
163:8 166:4,
12,15 167:12
170:1 174:2
175:3,9,21
176:5,9,17
182:15 183:8
184:13
186:7,15
187:6 188:6,
12,25 189:24
190:8 193:2,
7,20,23
195:8
200:10,21
201:23 204:6
206:16,20
223:25
227:20
228:10,23
234:18
235:24
238:18
239:12
241:24
242:14
246:16 249:7
251:2 257:7,
15 262:22
264:20
269:19
270:21
273:22
275:11,15

276:14
280:12
281:15 284:3
287:14 290:2
291:9 292:11
293:10
294:13
298:20
303:16
305:18 314:5
315:17 318:8
321:21
323:11
333:11 338:5
**Sykes'**
174:12
**system**
96:13,25

**T**

**table**
258:3 270:5
274:3
**tabs**
302:12
**tags**
162:11
**take**
5:24 8:19
9:22 23:19
25:17 41:11
54:23,24
55:1 104:23
132:21,24
137:23
148:18
158:24
203:24
237:17
240:12
241:25
246:10
272:21,22
273:6 276:11
291:3,21
298:1,8,10
300:16 333:1

338:17
**taken**
5:3 6:3
78:20 146:16
**takes**
152:15
172:25 240:6
**taking**
8:2 34:14
35:19
187:20,22
188:1,5,14
194:16
238:13 239:9
**talk**
9:17 11:14
32:4 35:25
38:2,5,7
47:18 48:12,
19 52:12,25
53:1 56:14
58:2 65:22
69:21 70:9
76:8 85:3
87:9 99:19
110:22
122:18
124:24
152:18
173:18,21
174:11 195:5
264:23
267:14
279:14
283:21
316:25 319:6
**talked**
11:13,15
21:12,13,18
33:17 44:4
52:14 63:5,
6,8,10,12
72:15 76:24
104:14
245:1,13
261:14
297:25
303:25

Timothy Sykes
May 20, 2021

304:13
305:10,17
319:2
**talking**
9:11 39:13
44:9 52:11
56:11,23
57:10 60:16
63:3 72:4
73:20 85:3
88:18,20
92:18 100:7,
10 102:12,14
104:25
108:18 113:1
118:19
119:11,21
120:1 135:6,
7 145:20
163:19
167:12,14,15
169:6
177:20,21
197:12
208:7,8
225:2,11
230:4
231:14,15
245:4 246:5
247:3,4
249:2
276:23,24
278:9 291:9,
10 293:20
335:18
**talks**
182:13
279:24
**tap**
55:17
**tax**
20:5,6
**taxes**
34:12,13
**teach**
17:21 27:2,8
36:9 41:23
86:9,25

87:2,5 89:20
90:8 115:23
232:7 238:1
239:2,8
244:12
270:15 327:2
**teacher**
48:13 59:16
68:19 70:6
82:9 94:14
99:17 166:25
169:8 177:9
287:10
332:18
**teaching**
11:2 15:24
19:3 23:1
25:12 26:4
29:2 36:15
37:1 46:15,
25 48:12
52:20 62:11
66:15 79:24
115:25 119:5
123:3 166:11
245:24,25
274:17
276:24 277:2
287:10
**teachings**
21:4 42:1
47:2 54:11
55:10 114:7
121:5,6
272:2 277:6,
7
**team**
21:5 44:3
80:12 82:18
136:2 151:15
158:2
162:10,11
163:11,21
164:16
165:18 166:5
167:4 170:4
176:9,14
183:17 190:7

206:12,21
224:13,17
227:6 228:16
245:17
246:1,2
251:7 288:2
295:10 307:7
333:2 336:18
337:16
**team's**
176:17
**teams**
77:7,10
**technical**
30:11 31:22
99:14
100:10,13
101:3 102:21
103:5,19,23,
25 112:15
115:9 116:25
132:14 302:6
323:24
324:12,22
325:10,23
**technically**
324:12
**technicals**
328:1
**technician**
6:10
**techniques**
266:6 271:1
**Technologies**
6:7 7:5,15
50:3
**Technologies'**
322:14
**Technologies/
equityfeed**
321:24
**technology**
35:13 197:7
202:13 203:2
266:4 270:25
**techy**
301:9

**teenager**
33:15
**television**
37:23
**tell**
9:7 16:3
18:17 24:7
36:2 41:17
47:13 52:16
62:20 67:3
69:1 74:25
84:12 85:5
98:25 115:6
117:22 122:8
132:19 168:9
176:11
177:16
179:20 187:1
188:1 191:8
197:9
204:21,25
223:10
267:10 302:6
**telling**
26:10 29:1,
3,8 44:15
45:1 57:24
70:9 100:8
155:1,7
179:7,12
188:17
240:13
246:21
282:17
290:18
**tells**
192:16
**ten**
53:10 68:20
85:15 90:10
106:18
113:17 122:7
303:6 310:17
311:3,23
**ten-page**
309:10
**tennis**
32:16

Timothy Sykes
May 20, 2021

tens
  85:10,24
  121:20,21
  161:11
term
  28:7 34:4
  36:5 51:7,14
  56:12 144:17
  187:12 189:6
  276:3
  280:10,14
  281:15 284:2
terminate
  73:14,23
  189:2 260:23
  262:25 263:9
  264:5 265:8
  272:8
terminated
  74:22 138:3
  158:20 159:2
  259:1,17
  262:13
  264:10
terminating
  260:13
  261:7,10
  262:5 265:16
termination
  258:19
  259:13
  262:15 272:9
  284:15
  285:1,13,23
terms
  9:11 48:13
  75:19 90:11
  98:15 101:14
  102:20
  154:19
  165:15 258:2
  267:4 320:8
terrible
  152:25
test
  150:24
  191:16,25
  226:19

323:21
tester
  227:7
testified
  7:20 154:9
  181:12
testifying
  53:23 62:4
  131:24 192:8
testimony
  27:14 53:20
  62:5 65:1
  73:7 131:16
  139:9 149:23
  155:14
  156:11
  192:14
  252:22
  319:25
testing
  171:3
  191:13,19,24
  192:2,5,17,
  20 226:15,21
  308:16,18,22
tests
  227:2,3
Texas
  297:10
thank
  9:21 22:14
  29:25 30:15
  95:4 108:21
  137:24 142:7
  147:3 174:21
  195:2
  200:11,23
  223:8 227:12
  251:3 253:20
  254:7 275:20
  290:6 298:7,
  13 333:4
  337:18
  338:5,6,7,8,
  15
thanks
  36:10 142:5
  197:7 285:8

298:12
theoretically
  145:23
thereof
  266:2,20,23
  267:2
thereto
  255:3 266:17
  267:20
  271:10,17
  314:10
thick
  269:5
thing
  44:6 47:2
  114:24
  126:11 154:4
  165:22
  175:12
  194:21 198:4
  204:14 205:4
  244:10 247:7
  253:7 268:13
  271:25
  298:11
  301:13
  324:24
things
  34:16 45:7
  49:9 135:3
  147:25
  174:18
  177:24
  194:17 253:5
  291:3 302:21
  323:21
  326:11
think
  11:1 22:4
  32:1 36:19
  53:6 54:7
  56:24 69:21
  70:15,17,18
  72:1,11
  92:19 96:7
  99:7 107:23
  110:21 111:6
  114:23

115:10,23
117:10,20
128:9,12
132:21,23
148:8 151:20
152:11
154:21 169:3
171:25
175:20
177:19
180:22
181:2,22
182:6 188:21
194:14
196:12
198:17 200:7
203:17 206:1
225:15
231:22 232:7
233:1 234:7
245:21
250:25
253:15
254:1,2
255:2 269:3,
13,23 276:5,
8 277:14
283:3 286:5,
13,17 292:9
302:18 303:8
310:16
313:19 322:8
325:24
329:20,21
333:3 336:9,
14 337:16
thinking
  151:20
third
  35:14 57:4
  112:12 157:3
  239:20
  258:17
  266:21
  273:15
  287:19
thirsty
  102:18

Timothy Sykes
May 20, 2021

Thou
  166:12
thought
  32:20 35:10
  41:1 46:17
  83:14
  117:14,15
  120:25 154:7
  175:13,14
  287:20
  316:14 320:8
thoughts
  151:16
thousand-plus
  17:25
thousands
  60:16 62:9,
  12 85:10,24
  92:24 93:6,
  10 104:18
  106:3
  121:18,20,21
  125:20
  130:16
  161:11
  236:21
  274:12
  300:22
  318:10 319:2
three
  14:2 32:25
  35:3 51:9
  100:18
  237:18 303:4
throw
  66:17 170:25
Thursday
  6:4
ticker
  118:13
ticketing
  35:9
tidbits
  173:24
ties
  167:7

til
  180:25
  270:14
Tim
  64:13 89:22
  116:7 124:15
  174:12 176:5
  195:8 197:25
  200:10
  201:23
  206:16,20
  238:15
  255:13
  298:20 299:2
  300:7 304:19
  306:6
  333:11,20
  334:6,21
  335:7,22
  336:4,6
Tim's
  112:4,18
tim@
karmagawa.
com.
  13:25
tim@profit.
ly.
  13:23
tim@
timothysykes.
com.
  13:17
time
  6:5,13 9:25
  17:13 20:18,
  20,22 30:24
  32:22 33:6
  34:11 35:16
  40:16 41:11
  44:21 47:2
  50:4,25
  51:6,10 52:5
  53:22 57:2
  58:19,22
  59:22 61:3
  63:4 64:4,12
  65:3,21

69:14 71:12
72:3 73:5
74:22 80:23
82:12 89:2
115:14
119:16
131:10
133:6,9
135:22
136:10 141:5
149:24
151:10 152:8
153:24 156:7
159:1 161:25
169:24
176:20
180:23
181:13
182:3,7
184:5 185:18
186:12,13,19
188:10
198:10 199:5
222:13,16
223:10 227:4
228:22
229:15
231:23
235:12
236:13,15
238:21,24
239:4,6,20
240:2,5,6,8
241:19,22
247:11 249:9
253:18
267:10 272:8
279:8 280:24
287:19 291:3
294:7,8
298:4,15,18
302:18
303:16
309:24 310:8
312:3 316:5,
9 317:25
319:10 326:1
333:6,9
337:1,2,16,

23 338:2,19
timeframes
  100:19
  335:15
timeline
  39:14
times
  99:7 152:5
  253:4 264:17
timing
  74:24 81:1
  166:8 184:10
  261:24
  262:15
  263:4,6
Timothy
  6:3 7:18
  17:7 30:17
  160:21 162:2
  163:8 170:1
  176:9 193:20
  227:20
  275:11 284:3
timothysykes.
com
  13:20 37:16
  42:24 43:2,3
  46:23 223:17
  224:16
  228:19
  249:18,22
timothysykes.
com.
  14:1 224:4
  228:6
tips
  173:17
title
  193:4 223:2,
  4 266:3
  270:24
TLC
  16:13 18:1
  21:13 22:1
  24:13 25:4
  33:17,19
  38:15 39:8
  41:18,19,25

Timothy Sykes
May 20, 2021

291:23

**today**
6:4 8:2
10:12,24
16:2 21:4
26:10 27:14
30:25 31:14,
15 42:13
55:21 56:18
59:18 60:9
62:4 71:17
77:22,24
78:4,7 79:7,
10 80:5
84:19 124:14
129:25
130:18,23
131:11,15,24
134:11
135:11
140:16
149:20,23
156:12
158:18
175:13
176:15
189:22
190:17
192:8,18
261:5 275:6
303:1 305:17
308:17
331:23,25
337:5

**told**
39:7 83:4
130:12,13
138:7 147:22
152:5,25
153:14
154:10
179:15
185:17
205:22
206:15
238:19
264:22
283:16

**Tom**
333:18

**tons**
324:6

**tool**
47:25 55:14,
15,20,21
56:6,7,8,15,
16,17 57:5
58:20,25
59:20 60:12
61:1 63:15
64:6,9,14,
18,23 65:3,
25 66:1,17,
24,25 67:6
71:4,11,18,
19,24 72:2
74:19 75:2
76:3,9 77:23
78:6 79:9,16
80:4,23
81:14 83:24
84:18 88:13,
19 89:1,3,4,
23 90:5 91:5
95:6,8 97:5,
19 107:25
111:4,19
113:2,3,7
114:13
119:12
122:15,20
127:4,10,17
128:16,21,25
130:8 135:8
163:22
176:25 195:5
196:13
202:14,16,19
203:3,13,15,
19,20 205:23
206:16 230:9
295:1,20
328:19

**tools**
55:22 63:17
65:15,19,20

69:13 71:20
95:11 97:13
98:19 99:13,
16 127:10
128:6,9
199:16
202:12
206:9,11,12
225:16
245:24,25
248:13,20
306:9

**top**
25:22 141:24
143:22
169:15,16
170:15 198:8
204:19
223:6,18
231:7 235:22
236:19 303:4
333:14,16

**totally**
111:5

**touchdown**
326:16

**tough**
35:5

**Touizer**
61:10,15
62:6 274:7

**tour**
303:3

**Townsend**
5:3 6:14

**trade**
34:17 36:13,
24 37:3
39:24 53:9
58:8 59:11
85:11,23
86:10,12
94:9 95:14
102:15 112:9
123:4 134:24
135:1,5
136:6,21
172:4 193:19

199:11,18,
19,21
300:18,25
301:1

**traded**
125:16 231:9
333:22

**trademarked**
183:1 315:10

**trader**
32:1,22
33:23,24
36:8 53:13
86:18 93:5
99:17 107:3,
11 109:3,4,
5,10,19
112:4,19
113:3,5,10,
14,18 114:9
116:20,21
117:5,6
121:12
124:16
171:23 195:9
200:11
201:24
225:17 240:3
305:7 306:5
333:19

**trader's**
230:9 249:3

**traders**
16:17 53:4
65:16 72:6
88:23 91:10,
23 92:2
95:6,11
109:15 119:2
134:24 135:1
136:6,21
171:20,21
172:4 177:1,
3,6,8 236:11
240:4,24
241:2 246:2
300:15,16
306:5,11

Timothy Sykes
May 20, 2021

326:10

**trades**
36:25 100:25
199:18

**trading**
14:16 16:1,
20 23:17
24:3,15
27:24 32:9
33:4,7,16,
20,21 34:2
35:5,18 37:2
40:4 43:1
46:4 48:5,
21,23 52:18,
21 55:14,16
56:8 85:22
88:3 91:2,4
100:25 101:1
107:25
124:18,22
125:7
126:19,24
127:17
128:21
134:25
163:11
170:4,18
172:22 196:8
198:7 200:4
203:17
222:20
223:5,18
227:18
230:17
236:15
240:5,22
241:8 244:23
248:13,16,25
249:3 299:3
306:20
324:19,25
325:8 327:6,
7 328:3
333:21 334:2
335:22

**Tradings**
223:6

**trail**
334:18

**trainer**
300:6

**training**
34:19

**transcript**
8:20,21 30:1
138:12
208:15

**transfer**
266:23

**transferred**
14:19 15:5

**transitioned**
37:10,21

**transitioning**
40:16

**transparent**
36:23

**transparently**
52:23

**transport**
313:11

**trashed**
155:6

**trashing**
155:2

**traveling**
196:8,20

**treat**
17:21

**trend**
42:9

**trip**
338:13

**true**
54:12 71:5
78:4,7 80:22
118:25 119:1
142:17
144:25 145:5
156:17,21
165:21
166:15,17
172:20
173:8,16

184:6
234:22,25
244:21
259:16 275:8
283:6,9
288:11,13
296:2,16,23
318:7,12
319:14
330:6,10

**Trump**
151:17,20

**trust**
82:18,20
183:25
189:21
191:11
192:15
252:11

**trusted**
252:14

**trustworthy**
55:2

**truth**
18:17 29:3,9
98:25 115:6
117:22
154:19 168:9
183:21
185:21 206:6
267:10

**truthful**
29:13 30:4
149:16 169:8
192:11 201:2
207:22 337:5

**try**
39:19 46:19
62:10 64:2
75:6,7 83:15
97:11 98:1
106:9 115:22
172:9 196:23
231:23
239:22
243:18 265:4
275:2 306:4

**trying**
17:16 36:2
50:10,13
51:20,23
58:23 59:15
70:25 71:9
84:15 87:5
89:14 94:15,
16,19,24
95:2 101:2
103:11 106:2
110:22
113:10
150:19
152:13 168:6
174:17
205:2,3
248:19 269:9
275:3 276:3,
4 278:16,19,
22 283:3
291:6 293:7,
9 325:3
327:1,3

**Tufts**
14:17 15:5

**Tulane**
14:19,25
15:6,14

**turn**
117:4 200:19
257:13
300:17

**turned**
270:7

**turning**
318:2

**tutorial**
303:2

**tv**
35:16 36:10
39:5 54:5

**tweet**
334:5,18
335:20,24
336:10

**tweets**
53:10 138:23

Timothy Sykes
May 20, 2021

Twitter
  334:11
two
  25:8 32:16,
  23 33:14
  59:9 67:3,19
  72:5 86:21
  97:12 98:8,
  19 106:18
  113:16
  114:16
  120:13
  125:10
  127:10 145:4
  147:25
  148:23 149:9
  151:25
  156:19
  179:4,11
  192:25 226:1
  238:23 239:1
  240:16,17
  247:21,24
  268:20
  313:25
  322:5,6
  324:1 325:25
type
  77:19 118:13
  194:9 249:13
  303:13
typing
  47:5
typo
  136:15
  137:2,11

———————

      U

———————

U.S.
  6:10,14
  126:10
Uh-huh
  274:10
ultimate
  114:3 183:9
  230:8 234:15

ultimately
  47:8 292:12
  293:4
umbrella
  245:25
  262:20
unavailing
  162:14
underneath
  195:16
understand
  13:11 18:20
  26:20 28:3
  37:24 44:7,
  18 50:10,13
  14 65:1
  66:14 68:10,
  11 75:17,23
  81:7 82:8
  86:12,22
  87:16 88:4
  89:18,24
  92:8 94:25
  95:1 99:8
  102:13
  105:23 106:1
  110:20
  119:18
  122:19
  138:25
  147:15 154:8
  164:10
  183:14,19
  186:25
  191:22 197:3
  207:16 208:3
  234:9,10
  244:21
  248:20 252:4
  257:7,12
  262:3,21,24
  263:6,18
  266:11
  271:12,19,22
  274:6,12
  281:23,24
  285:21

  286:5,8,16
  287:9 291:19
  292:23
  314:25 332:2
understanding
  13:18 21:24
  26:19 50:18
  68:17,25
  88:5,6 92:18
  120:16
  184:21
  191:20,22
  260:21
  262:12 263:8
  286:4
  291:20,25
  292:6 295:5,
  11
understands
  100:7 299:11
understood
  58:14
  259:16,18
undertakes
  266:19
ungrades
  255:2,3
unhappy
  263:20,23,
  24,25
unique
  94:6 122:16
  182:12
  240:22
unit
  13:6
units
  13:8
University
  14:17
unlimited
  302:4
unveiling
  165:6
unwinding
  260:9

upcoming
  16:17 83:13
updated
  151:3 227:20
updates
  227:1 266:16
  267:19
  271:9,16
  313:3
upgrade
  272:16
upgrades
  255:2 266:16
  267:19
  271:9,16
  313:2 314:9
  335:21
upload
  321:7,15
uploaded
  19:24 160:21
  193:19 310:5
  334:10
uploading
  201:10 321:8
upper
  5:25 146:9
ups
  52:22
upset
  269:16,17
  317:24
upsets
  317:19,22
URL
  42:2,4 68:6
  141:24
  143:23
  144:1,3,10,
  19,23
usability
  301:25
usefulness
  239:18
user
  111:18 145:2
  237:1

Timothy Sykes
May 20, 2021

users
  329:12
UTC
  6:5  73:5
  133:6,9
  222:13,16
  241:19,22
  298:15,18
  333:6,9
  337:24
  338:2,19
utilize
  32:1  71:10
  86:19  203:16
  232:9  270:11
  284:18  286:1
utmost
  333:23
uttered
  184:2  192:9
  200:25

_____

        V
_____

vague
  305:14  320:3
valuable
  93:18,25
  95:7,12
value
  90:11  93:7
  94:15
  102:20,23,25
  103:2,3
  105:18
  128:12
  180:21,22
  203:11
  231:21
  244:21
  247:18,19
  299:11
variable
  104:25  106:9
variables
  86:13,16,21,
  22  88:4,14

89:6,24
107:2,11,15
109:2,11,20
114:14
120:10,14,24
121:16,17
122:19
301:11
variety
  244:6  316:23
various
  113:12
  230:15
vastly
  332:17
vegetables
  108:3
vegetarian
  324:15
vendors
  182:12
versed
  26:3  34:2
  44:2,22
version
  50:19  52:2
  58:19  60:12,
  25  64:23
  71:3  83:24
  84:3,23  96:4
  97:6,18
  98:13  115:20
  122:25
  126:18
  127:24,25
  130:14
  147:24  151:8
  158:14,25
  166:5,16,22
  167:1,15,16,
  18  169:21
  173:19
  175:25
  182:22  189:5
  190:9,18,24
  206:25
  207:17
  226:22,25

242:14,15,
17,18  246:17
265:9  282:18
286:14
295:7,14
323:25
336:22,23
versions
  97:12  151:5
  170:8
versus
  6:7  50:12
  60:19  96:1
  111:18
  206:10
  262:16
  264:10  308:4
  315:13
Viacom
  32:25
video
  5:17,18,21,
  23  6:2,9
  8:20  13:22
  24:16  27:21
  34:1  37:3
  41:21  53:9
  59:11  61:13,
  15,16,17
  66:16  73:4
  78:20  92:14
  130:12,17
  133:5,8
  138:24
  159:7,10,13,
  17,18,21
  160:4,11,18,
  20  161:1,3,
  8,12,13,19
  162:5,9
  163:3,7,15,
  21,25  164:4
  166:21
  167:20
  168:5,10,11,
  12,19,21,25
  169:3,6,24,
  25  170:12

172:7,13,16,
18  173:5,18
174:2,17,19
175:4,9
176:13,19,
23,24
183:10,13,14
184:3,4
185:16,22
186:2,4,15,
18,22  187:4,
17  190:2,16
191:12
192:7,23,24
193:3,17,24
194:5,13,15,
24  195:3,4,
16  196:17
200:7,18,21,
25  201:5,10,
16,22  204:4,
7,23  205:6,
8,13,18,24
206:6,8,15
207:10,14
222:12,15
237:20
240:11
241:18,21
282:2,13,16
294:9
298:14,17
299:17  300:5
303:7,10,14,
19  304:6
320:19,22
321:13,19
322:4,17,18,
20,23,24,25
323:4,8,9
332:1  333:5,
8  336:5
337:20,23
338:1,18
videographer
  5:8  72:19
  73:4  133:5,8
  159:14,19
  222:12,15

Timothy Sykes
May 20, 2021

223:12
227:9,10
241:18,21
253:19
254:5,6
298:5,14,17
333:5,8
337:19,22
338:1,18
videos
 12:5 130:16
 161:11
 165:15,22
 168:13
 174:16
 176:11
 188:22 193:1
 198:18
 200:11,14,16
 245:20
 280:22
 282:24
 290:25
view
 5:18,25 53:2
 206:21 308:1
viewing
 163:6
viewpoint
 99:2
violation
 284:2 285:14
virtual
 297:23
visual
 247:7,15
 332:5,7
visually
 324:7 325:21
 329:12
visuals
 247:8
vital
 248:13
vogue
 42:9

voices
 19:23
volatility
 202:4,11
volume
 86:20
 177:23,24
 231:8 300:22
voluminous
 101:15
volunteered
 138:14
 175:21

_____

         W

_____

wait
 45:17 50:6
 88:25 97:9
 156:2 199:13
 235:11 241:9
 302:13 309:6
waiting
 81:4 322:19
waive
 7:1 338:9
walk
 21:23
walking
 102:18
Wall
 35:17 54:6
 126:6,9
want
 5:23 7:12
 9:1 14:11
 16:6,7 17:8
 23:19 30:7
 42:10 48:7
 52:12 57:18
 58:2 62:14
 72:24 75:16,
 17 76:22
 78:19 86:14
 92:7 93:5
 95:1 96:21
 99:8 102:13,

24 103:23
107:6 108:11
110:8 112:18
113:15,23
114:5,11
118:2,14,16
119:3 120:12
121:7 122:4,
6,10 124:11
126:12
132:19,21
135:3 136:3
138:21,24
140:9 141:1,
25 142:2
152:15
154:17 159:7
160:23
161:25
164:18,19
165:3 166:1
168:18,21
170:20,25
172:24
174:1,8,25
175:19
178:14,15
183:14,19
186:25
188:12,21
189:14
194:12,15
196:17,18,25
198:13
200:12
203:14,16
227:7 229:6
232:1 234:9
235:1 237:17
238:5,7
240:3,5
242:7
243:13,16,19
244:15,21,25
250:1 257:4,
23 264:23
274:13,14
278:11,13
297:21 298:8

300:9 303:18
313:11,16
315:5,15
320:10,16
327:10
330:21
332:18 334:5
335:23
336:25
wanted
 32:11 36:9
 46:20 61:8
 68:22 80:3
 86:4 88:22
 110:4 173:24
 179:2 202:21
 243:23
 268:21
 278:12
 316:3,5
 318:1 323:21
wanting
 195:21
Warriors
 35:17 54:6
Washington
 12:22 297:21
waste
 172:10
watch
 13:22 24:15
 37:3 41:21
 47:5 53:8
 58:8,12
 59:10 68:19
 85:16 91:20
 200:16 244:9
watched
 190:16
 200:21 205:9
watching
 171:10
 172:7,15
 200:11
water
 102:16,17
waters
 166:1

Timothy Sykes
May 20, 2021

| | | | |
|---|---|---|---|
| **WATT** | **webinars** | 184:14 | 124:10 |
| 171:5 173:20 | 24:16 25:22 | 226:15 | 125:5,24 |
| **way** | 48:25 53:10 | 263:14 | 126:18 |
| 12:13 34:19 | 59:12 237:21 | 270:10 | 127:3,6,10, |
| 41:1,2,12 | 245:20 | 288:11 | 24 128:16 |
| 46:10 51:6, | 298:23 305:1 | **Westphal** | 129:1,3 |
| 23 53:14 | **website** | 7:11 20:1,13 | 131:8,13,18, |
| 60:10 68:22 | 13:21 16:9 | 27:5,6 34:24 | 25 132:5 |
| 78:19 85:24 | 37:16 39:16, | 54:4,5,12,18 | 136:11 138:2 |
| 89:24 94:1 | 17 41:19,20 | 58:14 73:14 | 142:21 143:1 |
| 95:2 97:11 | 42:2,10,13, | 97:16,23 | 144:3,5,24 |
| 106:9 109:20 | 15,25 46:20 | 129:21 | 147:23 |
| 112:21 | 67:24 68:6 | 130:13,19,23 | 154:20 |
| 113:9,10 | 128:5,21 | 183:6,15 | 159:1,5 |
| 122:21 | 133:13 | 184:24 189:4 | 164:13,17,21 |
| 123:23 | 134:6,11 | 260:23 265:7 | 165:9,23 |
| 124:2,17,24 | 135:10 | 281:3 | 167:1 175:14 |
| 125:2,4 | 136:14 | **whatsoever** | 177:5 178:22 |
| 127:2,12,21, | 143:15 | 149:19 | 179:5,6,11, |
| 24 147:1 | 146:17,24 | 170:14 | 13,16,25 |
| 154:22 158:1 | 153:4,19 | 308:23 | 180:6,15 |
| 175:19 | 224:3,16 | **whichever** | 181:14 |
| 177:22 180:4 | 228:14 | 317:13 | 182:5,16 |
| 198:5 202:16 | 255:23,25 | **white** | 185:23 186:3 |
| 224:19 | 286:3 291:22 | 50:19 51:1 | 241:24 |
| 245:21 269:1 | 299:24 | 52:1,7,11 | 242:15,17 |
| 302:20 | 324:9,18,21 | 55:19 56:16 | 255:23,25 |
| 314:11 321:2 | 328:3,12 | 57:15,20 | 256:4 257:9 |
| **Wayback** | **websites** | 58:19,21,24 | 258:11 |
| 146:13,14 | 12:5 39:11 | 59:19,22 | 263:20 265:9 |
| 157:16 | 51:22 91:21 | 60:11,24 | 268:21 |
| **ways** | 128:2 202:25 | 61:2 63:8, | 269:6,10 |
| 106:3 142:16 | 327:18,21 | 11,13 64:21, | 275:1 277:2, |
| 145:3 147:17 | **week** | 22 65:8 | 10 278:2,20 |
| 154:24 196:3 | 106:19,20 | 66:19,23 | 279:19 280:1 |
| 243:13 | 113:17 | 67:7,20,22 | 286:15 288:5 |
| 289:6,13,17, | 196:21,22 | 68:24 69:2,7 | 289:23 |
| 18 | **weekly** | 71:4 73:8,24 | 312:2,7 |
| **wearing** | 25:22 | 74:5 75:4,20 | 314:21 |
| 173:10 | **weeks** | 80:7,24 | **whoa** |
| **web** | 74:24 202:10 | 81:17,24 | 234:6 |
| 201:17 | **went** | 83:23 84:3, | **widespread** |
| 204:12 | 14:17 15:4,5 | 6,10,15,23 | 102:15 |
| **web-based** | 33:23 35:1,7 | 88:21 95:18 | **width** |
| 254:24 255:8 | 50:21 52:4 | 96:1,3,9,25 | 177:24 |
| 301:6 314:7 | 69:22 152:25 | 97:3,6,15,18 | **wild** |
| **webinar** | 154:10 | 98:11 99:4,9 | 170:7 |
| 66:16 240:11 | 171:12 | 115:20 123:1 | |

Timothy Sykes
May 20, 2021

| | | | |
|---|---|---|---|
| **Wiley** | 106:23 | 195:2,4 | 295:22 |
| 41:4,6 | 107:6,22 | 201:23 | 296:6,20 |
| **willingness** | 108:20 | 204:25 | 297:3 298:3, |
| 63:21 | 109:14,24 | 206:19 | 13 299:8 |
| **Windows** | 110:12 | 207:6,24 | 304:23 |
| 147:12 | 111:3,12 | 226:24 | 305:13,23 |
| 290:12 | 113:22 | 228:25 | 307:11,21 |
| **wins** | 114:21 | 229:4,6,9, | 310:1 312:9, |
| 52:25 | 116:12,14 | 12,14,17 | 11,22 313:7, |
| **wireless** | 117:9,18 | 232:24 | 9 314:19 |
| 171:8 | 118:13 | 234:25 235:8 | 315:24 |
| **wires** | 120:20 121:5 | 237:6 242:1, | 316:18 |
| 72:7 | 122:12,14 | 12 243:1,11 | 317:24 |
| **wise** | 123:14 | 245:7,16 | 318:17 319:1 |
| 286:20 | 124:5,21 | 246:25 | 323:19 |
| **withdraw** | 125:7 126:5 | 250:10 | 327:18,20 |
| 329:24 | 127:15 | 251:21 | 328:12 |
| **witness** | 128:9,20 | 252:17 | 329:3,11 |
| 5:16,17,19, | 129:6,13 | 253:3,15 | 331:3,14 |
| 22 7:21 | 131:20 132:2 | 254:13 | 333:4 334:8 |
| 19:9,12,16, | 137:1,6,15 | 255:14 | 338:15,20 |
| 18 21:1 | 138:21 | 256:8,15,25 | **witness'** |
| 24:10 26:14, | 140:20,25 | 257:21 | 5:23 61:17 |
| 25 28:19 | 141:8,23,25 | 259:7,22 | **Wolf** |
| 29:8,20 | 142:23 | 260:17 | 326:19,24,25 |
| 30:11,14 | 143:14 | 261:2,12 | **Woodbridge** |
| 31:4 45:3,18 | 145:17 146:6 | 262:9 263:3, | 15:3 |
| 46:2 47:25 | 147:1,22 | 13,23 264:9 | **word** |
| 48:23 49:23 | 148:6 149:1, | 265:13,19 | 30:9 54:23, |
| 50:18 51:5 | 13 150:18 | 267:9 268:4, | 24 55:1,2 |
| 56:2 57:8 | 151:14 | 10 271:25 | 75:5 100:8 |
| 59:4 60:2,14 | 153:3,18 | 272:7,24 | 158:24 |
| 61:18,23 | 154:14 | 274:23 | 314:12 |
| 62:8 65:7 | 155:6,22 | 275:17 | **worded** |
| 66:13 67:11 | 156:24 | 276:2,23 | 249:23 |
| 68:2,14,17 | 157:12,25 | 277:6,14 | **words** |
| 69:17 71:8, | 163:8 165:13 | 278:6 279:3, | 14:6 54:3 |
| 23 72:23 | 166:24 | 13 280:5 | 98:13 110:6, |
| 73:18 74:3 | 168:18 169:2 | 281:12 | 9,13 118:3, |
| 76:25 77:3,6 | 170:1 174:15 | 282:6,22 | 7,10 121:25 |
| 78:10 79:19 | 176:8 178:5, | 283:12 284:8 | 174:11 187:7 |
| 80:14 82:5, | 25 179:15,24 | 285:8,19 | 192:9 242:16 |
| 18 83:4,12 | 180:10,21 | 286:11,19 | 269:15 |
| 87:21 89:12 | 181:24 | 287:18 | **work** |
| 90:3 91:9 | 183:24 184:9 | 288:8,16 | 23:13 38:19 |
| 94:4 98:25 | 185:12 | 290:23 | 41:2 60:21 |
| 101:7 103:22 | 189:11,18 | 291:18 | 61:8 62:23 |
| 105:15 | 190:12,22 | 292:16,23 | 70:10 95:20 |
| | 194:14 | 293:16 294:3 | |

Timothy Sykes
May 20, 2021

| | | | |
|---|---|---|---|
| 96:22 97:1 | 98:14 111:6 | 288:16,17,18 | **yeah** |
| 98:12 110:12 | 112:4 155:9 | 289:8 | 16:9 17:16 |
| 111:18 | 231:17 | **writers** | 22:14 23:8 |
| 113:15 | 234:13 | 224:13,17 | 40:8 45:20 |
| 132:18 | 239:18 | 249:25 | 46:13 72:23 |
| 135:20 139:5 | 245:23 258:7 | **writing** | 77:3,16 |
| 160:16 | 266:7 271:2 | 34:20,24 | 102:13 134:1 |
| 163:12,21 | 275:14 | 35:22 41:8 | 136:13 139:7 |
| 164:16 | 294:17 | 53:10 138:23 | 147:16 149:1 |
| 165:24 170:5 | 301:13 | 142:24 | 158:9 181:24 |
| 184:18 | 302:22,23 | 228:15 | 189:21 |
| 230:18 | 306:4,6 | 252:18,19 | 194:14,19 |
| 231:15,18 | 334:4 | **written** | 207:6 222:10 |
| 234:5 237:20 | **world** | 122:3 183:15 | 224:21 |
| 238:1 260:1 | 17:24,25 | 224:19,20 | 225:14 |
| 262:1,19 | 126:19,25 | 228:15 | 229:14 |
| 265:21 | 128:21 | 245:11 | 241:11 |
| 269:3,18 | 152:25 | 289:21 | 248:21 |
| 270:8 274:14 | 154:10 | **wrong** | 253:15 |
| 278:10 | 179:7,20 | 37:4 38:11 | 267:24 299:8 |
| 296:3,10,13, | 185:17 | 42:22 152:21 | 312:4 333:25 |
| 14 306:7 | 196:8,20 | 180:17 | **year** |
| 313:10,11, | 197:2,3,6 | 251:24 | 14:18 15:16, |
| 17,18 314:1 | 202:1 240:23 | 254:1,2 | 22 20:6 |
| 315:5,12 | 244:24 | 286:23 292:9 | 32:14 33:8, |
| 316:4,5,10 | 246:21 | **wrote** | 11,12 35:7 |
| 317:1,5 | 282:17 | 24:2 36:14 | 36:21 37:14, |
| 318:1 | 290:19 | 38:7 39:10, | 20 40:12 |
| 319:17,20,22 | **worth** | 15 41:22 | 46:12,14 |
| 325:18 | 83:15 231:22 | 46:17 78:5 | 48:10,13 |
| 332:14 336:2 | **worthless** | 79:8,15 | 57:21 62:9 |
| **worked** | 90:15 | 228:13 | 65:16 67:19 |
| 67:3,5 95:19 | **wrap** | 245:12,17 | 133:23 |
| 137:18 176:5 | 248:3,7,22 | **www.profit.ly** | 151:19 |
| 264:4 308:13 | **write** | 42:11 | 157:10 |
| 313:15 | 40:12,17 | **www.** | 163:12,22 |
| **working** | 41:24 68:19 | **stockstotrade** | 164:4 167:21 |
| 70:25 73:11 | 85:15 135:22 | **.com** | 170:5 183:11 |
| 75:17 95:22 | 154:14 | 256:1 | 184:5 185:18 |
| 96:23,25 | 156:25 | **Wynne** | 186:19 |
| 130:7,14 | 162:10 | 12:13 | 187:6,7,8, |
| 261:23 300:3 | 165:14 | | 18,25 |
| 307:1 308:5 | 224:12,18,24 | | 188:13,25 |
| 319:19 | 228:15 232:2 | **Y** | 280:24 282:4 |
| 321:13 | 234:11 | | 291:5 293:22 |
| 332:11 | 245:17 | **Yahoo** | 294:5 335:20 |
| **works** | 248:18 | 33:6 | 336:15 |
| 79:25 92:19 | 249:22 | | **years** |

Timothy Sykes
May 20, 2021

15:23 33:15
35:3 36:21
37:1 52:19,
21 57:10
64:16 115:17
145:4
148:22,24
149:4,9
152:1 156:19
164:17
172:23
176:1,22
178:11
179:4,11
185:23 187:4
200:13 202:7
226:13 232:8
239:7 244:25
269:4,18
270:14
274:13 282:8
283:1,17,20
291:2
293:17,21
301:5 303:6
312:24 316:2
319:2
335:17,18

**yesterday**
11:9,18
106:18
113:16
114:16
120:13

**yesterday's**
122:7

**York**
10:25

**young**
33:15

**Youtube**
159:17
160:20
161:20,21
176:19
186:22
187:16
188:22

193:16,17,20
282:12

---

**Z**

---

**Zach**
54:2,4,5
58:7 60:6
61:9 62:25
69:21 70:2,
9,13,22,23
73:11,23
75:16 76:13,
17 77:12
80:20 81:2
82:6,8,11,
19,20 83:2,
4,7 96:23
129:23
137:16 143:3
158:1 167:25
174:9 182:13
183:15 190:5
191:10
192:6,16
252:5,11
257:1 259:25
260:12,17
261:2,6
262:5,10
263:19,23
274:9,15,24
283:13,21
286:23
292:25
294:18
295:10
296:11
297:12,14
306:22
316:25
319:19

**Zach's**
73:19 75:21
77:21 130:9
152:20
158:16

**Zachary**
7:11 20:12
27:5,6 34:23
262:25 263:9

**Zoom**
321:6