# EXHIBIT 7

**To Motion for Partial Summary Judgment**

**(Transcript of Deposition of Zachary**

**Westphal, May 14, 2021, partially redacted)**

Zachary Westphal
May 14, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-22957-RNS


SCANZ TECHNOLOGIES, INC.,

          Plaintiff,

-vs-

JEWMON ENTERPRISES, LLC, et al.,

          Defendants.
_____

     VIDEOTAPED DEPOSITION OF ZACHARY WESTPHAL

  Excerpts of this transcript have been declared
 confidential and are produced under separate cover

          via Remote Videoconference



          Friday, May 14, 2021
           12:37 - 10:06 p.m.




Reported By:
Sandra W. Townsend, RPR, FPR
Notary Public, State of Florida
U.S. Legal Support, Inc.
West Palm Beach Office
Job #2435789

Zachary Westphal
May 14, 2021

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3        JEFFREY FELDMAN, ESQUIRE
          SUSAN LATHAM, ESQUIRE
 4        LAYLA NGUYEN, ESQUIRE
          TRAILBLAZER
 5        1200 Brickell Avenue
          Penthouse 1900
 6        Miami, Florida  33131
          jfeldman@trailblazer.com
 7
          ELAD BOTWIN, ESQUIRE
 8        SQUIRE LAW GROUP, P.A.
          301 West Atlantic Avenue
 9        Suite 5
          Delray Beach, Florida  33444
10        dlage@squirelawgroup.com
          ebotwin@squirelawgroup.com
11
      On behalf of the Defendants StocksToTrade.com, Inc. and
12    Zachary Westphal::

13        DAVID PRUETER, ESQUIRE
          SQUIRE PATTON BOGGS
14        275 Battery Street
          #2600
15        San Francisco, California  94111
          joseph.meckes@squirepb.com
16        david.prueter@squirepb.com

17        GABRIEL COLWELL, ESQUIRE
          SQUIRE PATTON BOGGS
18        555 Flower Street
          31st Floor
19        Los Angeles, California  90071
          gabriel.colwell@squirepb.com
20
      On behalf of the Defendants Jewmon Enterprises, LLC,
21    Timothy Sykes, Millionaire Publishing, LLC, and
      Millionaire Media, LLC:
22
          BRETT D. JAFFE, ESQUIRE
23        STEVEN R. CAMPBELL, ESQUIRE
          ALSTON & BIRD, LLP
24        90 Park Avenue
          New York, New York  10016
25        brett.jaffe@alston.com
          steven.campbell@alston.com
```

Zachery Westphal
May 14, 2021

```
1   ALSO PRESENT:

2       CARLOS COELLO, VIDEOGRAPHER
        U.S. LEGAL SUPPORT, INC.
3
        STEPHAN TOUIZER
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Zachary Westphal
May 14, 2021

```
 1                      -   -   -

 2                 I N D E X

 3                      -   -   -

 4

 5    WITNESS:          DIRECT    CROSS    REDIRECT    RECROSS

 6    ZACHARY WESTPHAL

 7       By Mr. Feldman     8

 8

 9

10                      -   -   -

11                 E X H I B I T S

12                      -   -   -

13
      NUMBER              DESCRIPTION              PAGE
14
      Exhibit No. 23      Annual Tax Franchise Reports    72
15    Exhibit No. 24      Software License and Service    97
                          Agreement
16    Exhibit No. 25      Disclaimer                  110
      Exhibit No. 26      Termination Agreement       122
17    Exhibit No. 27      Prototype Source            127
      Exhibit No. 28      Prototype Source            128
18    Exhibit No. 29      Termination Announcement    142
      Exhibit No. 30      Prototype Features          157
19    Exhibit No. 31      Articles of Incorporation/  172
                          Jewmon Enterprises, LLC
20    Exhibit No. 32      Annual Reports/Jewmon        176
                          Enterprises/2013, 2014,
21                        2016
      Exhibit No. 33      Articles of Amendment to     178
22                        Articles of Organization/
                          Jewmon Enterprises, LLC
23    Exhibit No. 34      Annual Reports/Millionaire   183
                          Publishing
24    Exhibit No. 35      Federal Trademark Application  201
      Exhibit No. 36      Subscription record          263
25    Exhibit No. 37      Image                        264
      Exhibit No. 38      Image                        269
```

Zachary Westphal
May 14, 2021

```
 1    Exhibit No. 39       Image                      271
      Exhibit No. 40       Image                      273
 2    Exhibit No. 41       Image                      276
      Exhibit No. 42       Image                      278
 3    Exhibit No. 43       Image                      280
      Exhibit No. 44       Image                      283
 4    Exhibit No. 45       Image                      284
      Exhibit No. 46       Image                      285
 5    Exhibit No. 47       Image                      286
      Exhibit No. 48       Image                      287
 6    Exhibit No. 49       Image                      289
      Exhibit No. 50       Image                      290
 7    Exhibit No. 51       Image                      293
      Exhibit No. 52       Image                      294
 8    Exhibit No. 53       Image                      294
      Exhibit No. 55       Image                      300
 9    Exhibit No. 56       Image                      301
      Exhibit No. 57       Image                      301
10    Exhibit No. 58       Image                      302
      Exhibit No. 59       Image                      303
11    Exhibit No. 60       Image                      304
      Exhibit No. 62       Image                      306
12    Exhibit No. 63       Image                      307
      Exhibit No. 64       Image                      308
13    Exhibit No. 64       Image                      310
      Exhibit No. 65       Image                      312
14    Exhibit No. 66       Image                      313
      Exhibit No. 67       Letter dated 4/17/17       320
15

16

17

18

19

20

21

22

23

24

25
```

Zachary Westphal
May 14, 2021

```
 1              P R O C E E D I N G S

 2                      - - -

 3        Deposition taken before Sandra W. Townsend,

 4   Registered Professional Reporter and Notary Public

 5   in and for the State of Florida at Large, in the

 6   above cause.

 7                      -  -  -

 8            VIDEOGRAPHER:  Good morning.  We are now on

 9        the record.

10            Participants should be aware that this

11        proceeding is being recorded, and as such, all

12        conversations held will be recorded, unless there

13        is a request and agreement to go off the record.

14        Private conversations and/or attorney/client

15        interactions should be held outside the presence of

16        the remote interface.

17            For the purpose of creating a witness only

18        video recording, the witness is being spotlighted

19        on all video screens while in speaker view.  We ask

20        that the witness not remove the spotlight setting

21        during the deposition, as it may cause other

22        participants to appear on the final video rather

23        than just the witness.

24            For anyone who doesn't want the witness' video

25        to take up the large part of your screen, you may
```

Zachary Westphal
May 14, 2021

```
 1   click the gallery view button in the upper right

 2   corner of the remote depo interface.

 3        This is the remote video recorded deposition

 4   of Zachary Westphal being taken by Counsel for the

 5   Plaintiff.  Today is Friday, May 14, 2021.  The

 6   time is now 4:37 p.m. UTC, 9:37 a.m. PDT.

 7        We are here in the matter of Scanz

 8   Technologies, Inc. versus Jewmon Enterprises, LLC,

 9   et al.

10        My name is Carlos Coello, remote video

11   technician on behalf of U.S. Legal Support.  I am

12   not related to any party in this action, nor am I

13   financially interested in the outcome.

14        At this time will the reporter, Sandra

15   Townsend, on behalf of U.S. Legal Support, please

16   enter the statement for remote proceedings into the

17   record.

18        COURT REPORTER:  The attorneys participating

19   in this deposition acknowledge that I am not

20   physically present in the deposition room and that

21   I will be reporting this deposition remotely.  They

22   further acknowledge that in lieu of an oath

23   administered in person, I will administer the oath

24   remotely.  This arrangement is pursuant to Florida

25   Supreme Court Administrative Order No. AOSC-20-23.
```

Zachary Westphal
May 14, 2021

 1        The parties and their counsel consent to this

 2        arrangement and waive any objections to this manner

 3        of reporting.  Please indicate your agreement by

 4        stating your name and your agreement on the record.

 5            This is Gabriel Colwell, Squire Patton Boggs,

 6        representing Mr. Westphal, Zachary Westphal and

 7        StocksToTrade.com, Inc.  Yes, we agree to that

 8        stipulation.

 9            MR. FELDMAN:  Jeffrey Feldman, Trailblazer, on

10        behalf of Scanz Technologies, Inc., formerly known

11        as EquityFeed Corporation, Plaintiff.

12            MR. JAFFE:  Brett Jaffe, Alston and Bird, for

13        Millionaire Media, Millionaire Publishing, Jewmon

14        and Timothy Sykes.  And we agree.

15            MR. BOTWIN:  Elad Botwin for Squire Law Group,

16        representing Plaintiff, Scanz Technologies.  And we

17        agree.

18   THEREUPON,

19                ZACHARY WESTPHAL,

20   having been first duly sworn or affirmed, was examined

21   and testified as follows:

22            MR. FELDMAN:  Yes.

23                DIRECT EXAMINATION

24   BY MR. FELDMAN:

25        Q    Good afternoon, everyone.  And Mr. Westphal,

Zachary Westphal
May 14, 2021

1    good morning.

2              My name is Jeff Feldman.  I'm with the law

3    firm of Feldman and Latham.  We are also known as

4    Trailblazer.  We are representing the Plaintiff in this

5    case and it's my privilege to depose you this afternoon.

6              Have you ever given a deposition before?

7       A    No.

8       Q    All right.  So it's a question and answer

9    session.  All right?  I get to ask you questions and

10   then the witness responds.

11             You're represented by Counsel today, correct?

12      A    Yes.

13      Q    And would you mind speaking up just a little

14   bit, because we're having a -- I'm having a hard time

15   hearing you.

16      A    Yes.

17      Q    And who is your lawyer for this depo?

18      A    Gabriel Colwell.

19      Q    Okay.  And Mr. Colwell has a right to make

20   objections to my questions.  So just so things go

21   smoothly, I'll ask the question.  If you give him a

22   moment before you answer to decide whether he's going to

23   make an objection, that would be great, and then you can

24   give your answer.  You're free to answer the question

25   any way you want.  All right?

Zachary Westphal
May 14, 2021

```
 1              So is that fine?

 2      A    Sure.

 3      Q    And if I do ask you a yes or a no question, I

 4   would appreciate a yes or a no followed by any answer,

 5   any other answer you want to give.  Is that all right?

 6      A    Okay.

 7      Q    And you should know, at no point during the

 8   deposition am I asking you to reveal communications with

 9   your Counsel.  Attorney/client communications are

10   confidential.  And so you should never interpret my

11   question to ask you to reveal your private

12   communications with Mr. Colwell.  Okay?

13      A    Yes.

14      Q    All right.  How are you feeling today?

15      A    Feeling great.

16      Q    Are you under the influence of any medication

17   today as you sit here to give the deposition?

18      A    Negative.

19      Q    Is there any reason why you believe you cannot

20   give -- let me rephrase it.

21           Is there any reason why you believe you're not

22   able to recall things from the past today in response to

23   my questions?

24      A    To the best of my ability.

25      Q    Do you have any memory --
```

Zachary Westphal
May 14, 2021

```
 1              COURT REPORTER:  I'm sorry, I didn't get that.
 2        Mr. Westphal, I need you to keep your voice up,
 3        please.
 4              THE WITNESS:  To the best of my ability.
 5   BY MR. FELDMAN:
 6        Q    Do you have any issues with your memory?
 7        A    Not that I know of.
 8        Q    Okay.  And do you have any issues verbalizing
 9   your memory in response to questions?
10        A    Not that I know of.
11        Q    So I can -- responses that you're going to
12   give me today, there would be no impairment, mental or
13   physical, precluding you from giving an accurate
14   response, correct?
15        A    To the best of my ability.
16        Q    Okay.  We are having an issue with your
17   speaker or your mike.
18        A    Like, what is it?
19        Q    We can barely hear you.  It's just --
20        A    On a level of one to ten, what would you say
21   it is?
22        Q    I'd say you're about four or five.
23        A    Let me try and adjust the audio setting.
24        Q    No problem.
25        A    Is that any better?
```

Zachary Westphal
May 14, 2021

1      Q    Much better.

2      A    Okay.  Let me know if it fades out.

3      Q    Okay.  Can you hear us or can you hear me

4    fine?

5      A    Yeah.

6      Q    Great.  Mr. Colwell, there's a protective

7    order in the case that has an Exhibit A attachment.

8          MR. FELDMAN:  There will be documents that

9      will be shown to the witness today that have been

10     marked with a confidentiality designation.  Can we

11     have -- I understand the witness has not signed an

12     Exhibit A to the protective order.

13         Would you have any objection in the witness

14     doing that now before we start the deposition?

15         MR. COLWELL:  No, that's fine.

16         MR. FELDMAN:  Okay.  So if we -- if you're

17     okay with it, what we can do is, Elad can send you

18     the Exhibit A.  And then you can perhaps send it

19     out to your client, have him execute it, and then

20     just send it back to us during the course of the

21     deposition.

22         MR. COLWELL:  I think that's fine.  Why don't

23     we just -- yeah, we can just do it during a break.

24         MR. FELDMAN:  That's fine.

25         MR. COLWELL:  Yeah.  And, I mean, then when

Zachary Westphal
May 14, 2021

```
 1        you're ready to, you know, have a portion of the
 2        deposition marked confidential, we'll make sure to
 3        get it signed prior to that.
 4             MR. FELDMAN:  And we can -- in any event, we
 5        can agree that the witness is -- the witness is
 6        proceeding as if he has and will sign the Exhibit A
 7        to the protective order?
 8             MR. COLWELL:  That's correct, yeah.  I mean,
 9        listen, we agreed to the protective order
10        previously, so this --
11             MR. FELDMAN:  I appreciate it.  Thank you.
12             MR. COLWELL:  Yeah.
13             (Simultaneous speakers.)
14   BY MR. FELDMAN:
15        Q    Okay.  So, Mr. Westphal, let's start.  All
16   right?  I think we've taken care of the formalities.
17             Would you state your full name, please.
18        A    Zachary Colin Westphal.
19        Q    And would you spell your middle and last name,
20   please?
21        A    C-O-L-I-N, my middle name.  Last name,
22   Westphal, W-E-S-T-P-H-A-L.
23        Q    And what is your street address, sir, where
24   you live?
25        A    812 Beardsley Lane, Austin, Texas.
```

Zachary Westphal
May 14, 2021

```
 1              COURT REPORTER:  I'm sorry.  I didn't get it.
 2              THE WITNESS:  812 Beardsley Lane, Austin,
 3        Texas.
 4   BY MR. FELDMAN:
 5        Q    And where are you now?  Where are you
 6   physically now when you're giving this depo?
 7        A    California.
 8        Q    Okay.  And are you living in California?
 9        A    No.
10        Q    So you're in California only temporarily?
11        A    Yes.
12        Q    Okay.  And what is your email address?
13        A    Email address for what?
14              MR. COLWELL:  Just a business email.
15              THE WITNESS:  Business email,
16        zak@stockstotrade.com.
17   BY MR. FELDMAN:
18        Q    And how long have you been using that email
19   address?
20        A    Great question.  I don't know.
21        Q    Approximately.
22        A    Few years maybe.
23        Q    Well, StocksToTrade was formed on June -- in
24   June of 2015, StocksToTrade.com, Inc., a Delaware
25   company.  That was June 2015.
```

Zachery Westphal
May 14, 2021

```
 1              Have you been using that email address since
 2   June of 2015?
 3        A    No.
 4        Q    Okay.  Tell me in relation to June 2015 when
 5   you began using that email address, please.
 6              MR. COLWELL:  Objection.  Form.
 7              THE WITNESS:  Can you clarify your question?
 8   BY MR. FELDMAN:
 9        Q    Yeah.  I'd like to know when you began using
10   your StocksToTrade email address that you just gave me.
11              MR. COLWELL:  Objection.  Asked and answered.
12   BY MR. FELDMAN:
13        Q    Go ahead, please.
14        A    Like I said, I believe a few years ago.  Maybe
15   a couple.
16        Q    Well, was it after the June 2015 formation of
17   the company, StocksToTrade, Inc.com -- oh, sorry --
18   StocksToTrade.com, Inc.?
19        A    I believe so.
20        Q    Was it weeks, months or years after the
21   June 2015 formation of the company?
22        A    Probably years.  I don't know.
23        Q    Well, was it -- was it more than a week?
24        A    Yes.
25        Q    Was it more than a month?
```

Zachary Westphal
May 14, 2021

```
 1        A     Yes.

 2        Q     Was it more than a year?

 3        A     Probably.

 4        Q     Was it more than one year?

 5        A     Yes.

 6        Q     Was it more than two years?

 7        A     I don't know.

 8        Q     So it was between a year and two years after

 9   the company was formed that you began using that email

10   address?

11        A     I'd have to look.

12        Q     Okay.  What email addresses did you use prior

13   to using the StocksToTrade email that you gave us?

14        A     In regards to what?

15        Q     Personal or business, both.

16        A     I had a Yahoo email.

17        Q     What was that address, please?

18        A     My name, Zach Westphal, yahoo.com.

19        Q     When did you start to use that email address?

20        A     No clue.

21        Q     Okay.  Many years, correct?

22        A     Safe to say.

23        Q     More than a decade?

24        A     Probably.  I don't know.

25        Q     And then what business email addresses did you
```

Zachary Westphal
May 14, 2021

```
 1    use, other than StocksToTrade?

 2             I'm sorry?

 3       A    I believe that is all.

 4       Q    So when you were -- when Jewmon was operating,

 5    which is now Millionaire Publishing, did you have a

 6    separate email for that company?

 7       A    I don't know.

 8       Q    You don't remember if you had an email

 9    while -- strike that.

10             Do you recall whether you had an email either

11    for Jewmon or for Millionaire Publishing?

12       A    I really don't know.

13       Q    So as you sit here today, the only email

14    addresses that you recall using is your StocksToTrade

15    email, which you gave us, and your Yahoo address; is

16    that correct?

17       A    I believe so.  I could look.  For -- yeah,

18    that point forward, yeah, I primarily used and then

19    moved over to StocksToTrade.  I believe that's -- those

20    are the two I used, personal.

21       Q    Did you ever use your Yahoo email address for

22    business communications?

23       A    Well, probably.

24       Q    Uh-huh.  Okay.  Social media, are you -- do

25    you have any social media accounts?
```

Zachary Westphal
May 14, 2021

```
 1        A     Can you be more specific in what you're

 2   asking?

 3        Q     Facebook?  Instagram?

 4        A     Yes.

 5        Q     Stuff like that.

 6        A     Some of them, yes.

 7        Q     Which -- which ones do you have?  I'm talking

 8   about you individually.

 9        A     Which social media accounts do I have?

10        Q     Yes.

11        A     Instagram.

12        Q     And what is the name of that account?

13        A     My name.

14        Q     Okay.  What else?

15        A     Twitter.

16        Q     What's the name of that account?

17        A     My name.

18        Q     What else?

19        A     Facebook.

20        Q     Also individual name?

21        A     That's it.

22        Q     Do you control any social media accounts for

23   any business entities?

24        A     Can you clarify "control?"

25        Q     Do you -- well, let's change that word.
```

Zachery Westphal
May 14, 2021

```
 1              Do you -- do you have access -- I'm going to
 2    rephrase that.
 3              Do you have rights to post content for any
 4    business entity on any social media platform?
 5              MR. COLWELL:  Objection.  Form.
 6              THE WITNESS:  Rights.  What is that?  A right?
 7        Do I have a right?  Can you clarify the question,
 8        please?
 9    BY MR. FELDMAN:
10        Q    You don't understand the question?
11        A    Not in the form it's being asked, no.
12        Q    Well, let's make it more generic.
13              Have you posted content on any social media
14    platform for any company ever?  What's the answer to
15    that question?
16        A    I can't recall --
17        Q    Sorry?
18              COURT REPORTER:  I'm sorry?
19    BY MR. FELDMAN:
20        Q    Didn't hear you.
21        A    On which company?
22        Q    Any company?
23        A    I may have posted on Facebook --
24        Q    For which company?
25        A    -- potentially.
```

Zachary Westphal
May 14, 2021

```
 1              Actually, I don't believe I have.

 2       Q    Okay.  So StocksToTrade.com, Inc., the party

 3  in this case, does that company have any social media

 4  accounts?

 5       A    Yes.

 6       Q    Which ones?

 7       A    I believe Instagram, Facebook, Twitter.  I

 8  believe that's all.

 9              Do you consider YouTube?

10       Q    Okay.  Who controls those social media

11  accounts for StocksToTrade.com, Inc.?

12              MR. COLWELL:  Objection.  Form.

13              THE WITNESS:  Which platform?

14  BY MR. FELDMAN:

15       Q    The question's directed to all of them.  So if

16  you would take it one by one, I would appreciate it.

17              MR. COLWELL:  Objection.  Form.

18  BY MR. FELDMAN:

19       Q    You may answer.

20       A    Control.  Can you define control?

21       Q    You're the CEO of StocksToTrade.com, Inc.,

22  correct?

23       A    It's on my Linked In, yes.

24       Q    Okay.  So when I'm using the word control, I'm

25  talking about people who have the right to post social
```

Zachery Westphal
May 14, 2021

```
 1   media content on behalf of StocksToTrade.com, Inc.

 2            Do you have those -- do you have those

 3   privileges?

 4            MR. COLWELL:  Objection.  Form.

 5            THE WITNESS:  I don't control those posts.

 6   BY MR. FELDMAN:

 7        Q    I'm sorry?

 8        A    I don't control those posts.

 9        Q    Who does?

10            MR. COLWELL:  Objection.  Form.

11            THE WITNESS:  Social media manager.

12   BY MR. FELDMAN:

13        Q    Who is your social media manager?  Strike

14   that.

15            Who is the social media manager for

16   StocksToTrade.com, Inc.?

17            MR. COLWELL:  Objection.  Form.

18            THE WITNESS:  Shay.

19   BY MR. FELDMAN:

20        Q    I'm sorry?

21        A    Shay.

22        Q    Would you spell it, please?

23        A    S-H-A-Y.

24        Q    Does Shay have a last name?

25        A    Yes.
```

Zachary Westphal
May 14, 2021

```
 1        Q    Do you know it?

 2        A    Richardson.

 3        Q    Shay Richardson.

 4             And how long has Shay Richardson been the

 5   social media manager for StocksToTrade.com, Inc.?

 6        A    I'd have to check.

 7        Q    You don't know?  You have no idea?

 8        A    I'd have to look.  I'd have to check.

 9        Q    That's not my question.  Do you have any idea

10   how long --

11        A    Maybe.

12        Q    Do you have any idea how long Shay Richardson

13   has been the social media manager for the company that

14   you're the CEO of, StocksToTrade.com, Inc.?

15        A    A few years.

16        Q    Okay.  Now, have you ever posted information

17   on StocksToTrade.com's social media accounts?

18             MR. COLWELL:  Objection.  Asked and answered.

19             THE WITNESS:  You, as in, me?

20   BY MR. FELDMAN:

21        Q    Yes.

22        A    No.

23        Q    Okay.  How about for Jewmon Enterprises, LLC,

24   now known as Millionaire Publishing?

25             MR. COLWELL:  Objection.  Form.
```

Zachary Westphal
May 14, 2021

```
 1              MR. FELDMAN:  I'll change it.
 2   BY MR. FELDMAN:
 3       Q    Have you ever posted any content on any social
 4   media account for Millionaire -- I'm sorry -- for Jewmon
 5   Enterprises, LLC?
 6       A    No.
 7       Q    Okay.  Apart from Jewmon and apart from
 8   StocksToTrade.com, Inc., have you ever posted content on
 9   behalf of any other entity at any other time on social
10   media?
11              MR. COLWELL:  Objection.  Form.
12              THE WITNESS:  Could you be more specific on --
13   BY MR. FELDMAN:
14       Q    I'm asking you if you ever posted content on
15   any social media platform on behalf of any -- any
16   business entity other than Jewmon Enterprises and
17   StocksToTrade.com, Inc.
18       A    I may have posted an image on Facebook for Tim
19   Sykes maybe a few years ago.  Other than that, I don't
20   recall anything.
21       Q    Which -- which company?
22              MR. JAFFE:  Objection to form.
23              THE WITNESS:  Which company?
24   BY MR. FELDMAN:
25       Q    Which company?  You said you may have posted
```

Zachery Westphal
May 14, 2021

```
 1    something for Mr. Sykes.  My question --

 2         A    I don't know which company owns it.

 3         Q    I'm sorry?

 4         A    I don't know which company owns it.

 5         Q    All right.  Mr. Westphal, I'm having a real

 6    hard time hearing you.  We've got to fix the mike

 7    problem in order for us to continue.  I'm having a

 8    terrible time understanding you.

 9              MR. FELDMAN:  And, Madame Court Reporter, are

10         you also having difficulties?

11              THE WITNESS:  Is everyone else having

12         difficulty?

13              COURT REPORTER:  Yes, sir.

14              MR. COLWELL:  I can hear him.

15              Mr. Jaffe, are you able to hear Mr. Westphal?

16              MR. JAFFE:  I can hear him.  But if the court

17         reporter is having difficulty, we should do

18         something to sort that out.

19              MR. COLWELL:  True.

20              THE WITNESS:  Let me check the settings.  I'm

21         not trying to be difficult.

22              MR. FELDMAN:  Maybe you have another mike that

23         you can use.

24              I don't know if you're using a mike that's

25         internal to the computer.
```

Zachary Westphal
May 14, 2021

1          THE WITNESS:  Yeah.  Let me -- let me see if I

2     can get another mike.

3          Can we pause for a sec?

4          MR. COLWELL:  Do you want to take a break and

5     see if we can fix it?

6          VIDEOGRAPHER:  Counsel, would you like to go

7     off the video record?

8          MR. FELDMAN:  We can, yes.  Let's do that.

9          MR. COLWELL:  We'll take a break.

10          VIDEOGRAPHER:  Stand by.

11          Going off the video record.  The time is 5:02

12     p.m. UTC, 10:02 a.m. PDT.

13          (Recess.)

14          VIDEOGRAPHER:  We are now back on the video

15     record.  The time is 5:19 p.m. UTC, 10:19 a.m. PDT.

16          MR. FELDMAN:  Thank you.

17  BY MR. FELDMAN:

18     Q    Mr. Westphal, first, thank you for getting

19  your mike fixed.  Appreciate it.

20     A    Yeah.  Sorry about that.

21     Q    No problem.

22          Is anyone in the room with you in the room

23  that you're giving the deposition from?

24          MR. COLWELL:  I am.

25          MR. FELDMAN:  And who is that?

Zachary Westphal
May 14, 2021

1              MR. COLWELL:  His Counsel.  I'm also the one

2        who got him a new laptop.

3              MR. FELDMAN:  I appreciate it.

4    BY MR. FELDMAN:

5        Q    Is there anybody else in the room, other than

6    Mr. Colwell?

7        A    Negative.

8        Q    All right.  So could you please give me a

9    summary of your educational history?

10             MR. COLWELL:  Objection.  Form.

11             THE WITNESS:  Which?  All of my education?

12   BY MR. FELDMAN:

13       Q    Where did you go to high school?

14       A    There we go.

15            Pleasant Grove High School.

16       Q    Where is that located?

17       A    The State of Utah.

18       Q    And when did you graduate from high school?

19       A    1999, 2000.

20       Q    Where did you go -- did you attend college?

21       A    Yes.

22       Q    What college?

23       A    I attended Utah Valley University.

24       Q    And what year was that?  Strike that.

25            What year did you start?

Zachary Westphal
May 14, 2021

```
 1        A     Approximately 2002, approximately.

 2        Q     What year did you finish?

 3        A     There?

 4        Q     Yes.

 5        A     Graduate?

 6        Q     Graduate.

 7        A     Approximately 2007 maybe, 2008, approximately.

 8        Q     By the way, what is your date of birth?

 9        A     July 13, 1981.

10        Q     And going back to school, did you obtain a

11   degree?

12        A     Yes.

13        Q     What degree?

14        A     A Bachelor's in business.

15        Q     Did you attend any other college, other than

16   the college you stated that you went to in Utah?

17        A     Yes.

18        Q     Where?

19        A     Excuse me?

20        Q     Where?  If you don't mind, where?

21        A     California.

22        Q     Which school?

23        A     University of Southern California.

24        Q     And when was that?

25        A     Once again, approximately 2013.
```

Zachary Westphal
May 14, 2021

1      Q     And did you get a degree?

2      A     I did.

3      Q     What degree?

4      A     Master's in business.

5      Q     And any other higher education?

6      A     No.

7      Q     You have two degrees, one from the college you

8    mentioned in Utah, and one from University of Southern

9    California?

10     A     Yes.

11     Q     Bachelor and a Master's in business?

12     A     Yes.

13     Q     All right.  Do you have any -- any degrees,

14   certificates in information technology --

15     A     No.

16     Q     -- computer software or anything like that?

17     A     No.

18     Q     Okay.  Could you -- I'll ask.  If your Counsel

19   objects, I'll do it the way I just did it.

20           Would you mind giving me a summary of your

21   occupational history, starting from high school to

22   current day?

23           MR. COLWELL:  I think you might just want to

24      do it the way you did.

25           MR. FELDMAN:  Okay.

Zachary Westphal
May 14, 2021

```
 1   BY MR. FELDMAN:

 2        Q    What was your first job?  Starting in high

 3   school, what was your first job?

 4        A    Fry boy at Wienerschnitzel.

 5        Q    And after that, sir?

 6        A    Again, in the weeds.

 7             I believe I was a greenskeeper at a public

 8   golf course.

 9        Q    And then after that, sir?

10        A    I washed dishes at the Olive Garden.

11        Q    Let's go to after you finished your Bachelor's

12   Degree.  What was your first job after the Bachelor's

13   Degree?

14        A    Let me think.  Job after my Bachelor's Degree.

15             Sales.

16        Q    I'm sorry?

17        A    Well, actually, my first job after my

18   Bachelor's Degree, I was in the shipping department.

19        Q    Okay.

20        A    I shipped books.

21        Q    And then your next job after that?

22        A    Sales.

23        Q    Sales?

24        A    Yes.

25        Q    And then after that?
```

Zachary Westphal
May 14, 2021

```
 1        A    Marketing and sales.

 2        Q    Okay.  And then after that?

 3        A    I still do it.  After that it's -- I -- that's

 4   it, actually.

 5        Q    Sir, you've been doing marketing and sales now

 6   for how many years?

 7        A    Approximately 15, approximately.

 8        Q    And so if someone was to say --

 9        A    Maybe 13.  I don't know.

10        Q    -- what do -- what do you do for a living,

11   would it be fair to say your answer is marketing and

12   sales?

13        A    Yeah.  It's -- I mean, it depends on someone's

14   observation.

15        Q    But your answer would be, I do marketing and

16   sales, correct?

17             MR. COLWELL:  Objection.  Form.

18   BY MR. FELDMAN:

19        Q    You may answer.

20        A    Such a funny question.

21             Like, who would be asking?

22        Q    Anyone.  I'm asking.

23        A    Okay.

24        Q    Is it --

25        A    Mostly marketing.
```

Zachary Westphal
May 14, 2021

```
 1        Q     Marketing.   Okay.

 2              And how many years have you been doing

 3   marketing successively one year after another?

 4        A     Approximately 15 years.

 5        Q     Okay.  And how many -- in the 15 years you've

 6   been doing marketing, how many companies have you worked

 7   for, either as an owner or as an employee?

 8              MR. COLWELL:  Objection.  Form.

 9              THE WITNESS:  A few.

10   BY MR. FELDMAN:

11        Q     Good.  Please give me the names of the

12   companies that you've worked for in that time period.

13        A     EMI.

14        Q     What does that stand for?

15        A     Enlightened Money Institute.

16        Q     Okay.  What next?

17        A     Then -- that's basically my only sales job.

18        Q     I'm not -- I'm asking you to tell me the names

19   of the companies that you worked for in the last 15

20   years.  I don't care what the job is.

21        A     EMI.

22              And then, you know, and then what I do

23   currently.

24        Q     Okay.  So you're saying in the last 15 years

25   you've worked only for EMI and for StocksToTrade.com,
```

Zachary Westphal
May 14, 2021

```
 1    Inc.?  Do I understand your testimony correctly?

 2         A    And related company.

 3         Q    What related company?

 4         A    Well, there's one called E-Education

 5    Consulting.

 6         Q    Anything else?

 7         A    No.

 8         Q    All right.  Have you been an owner of any

 9    company in the last 15 years?

10         A    Yeah.

11         Q    Which companies?

12         A    Partner in StocksToTrade.

13         Q    StocksToTrade.com, Inc.?

14         A    Yes.

15         Q    Okay.  What other companies have you been an

16    owner of or still are?

17              MR. COLWELL:  Objection to form.

18              THE WITNESS:  The Millionaire Pub.

19    BY MR. FELDMAN:

20         Q    The what?

21         A    Millionaire Publishing.

22         Q    Okay.  What next?

23         A    E-Education.

24         Q    Uh-huh.  Anything else?

25         A    No.
```

Zachary Westphal
May 14, 2021

```
 1        Q    All right.  Have you given me now all the
 2   names of the companies that you have owned or still an
 3   owner of in the last 15 years?
 4        A    To the best of my knowledge.
 5             MR. COLWELL:  Objection.  Form.
 6   BY MR. FELDMAN:
 7        Q    You mentioned Millionaire Publishing.  That
 8   company was formerly known as Jewmon Enterprises,
 9   correct?
10             MR. COLWELL:  Objection.  Form.
11             THE WITNESS:  I believe so.
12   BY MR. FELDMAN:
13        Q    And can we agree that your job in each of the
14   companies that you have owned, your job has been
15   marketing; is that accurate?
16             MR. COLWELL:  Objection.  Form.
17             THE WITNESS:  Can you be more specific?
18             (Simultaneous speakers.)
19   BY MR. FELDMAN:
20        Q    Sure.  What were your day-to-day
21   responsibilities for Millionaire Publishing, formerly
22   known as Jewmon Enterprises?
23             MR. COLWELL:  Objection.  Form.
24             THE WITNESS:  Marketing.
25   BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

```
 1        Q     StocksToTrade.com, Inc., your job for that

 2   company?

 3             MR. COLWELL:  Objection.  Form.

 4             THE WITNESS:  Marketing.

 5   BY MR. FELDMAN:

 6        Q     You're also the CEO of that company, correct?

 7        A     That's what it says on my Linked In.

 8        Q     You were also -- you were also a manager, were

 9   you not, of Jewmon Enterprises, Inc./Millionaire

10   Publishing?

11        A     I actually don't recall.

12             MR. COLWELL:  Form.

13   BY MR. FELDMAN:

14        Q     Okay.  Apart from this lawsuit, have you been

15   a party in any other lawsuit any time in your life?

16        A     No.

17        Q     This is the first time you've been named as a

18   party in a lawsuit, this case?

19        A     I believe so.

20        Q     Have you ever given a dep -- I think I asked

21   you this.  If I did --

22        A     You already asked that.

23        Q     Right.  But this is your first deposition?

24        A     Yes.

25        Q     Forgive me.
```

Zachary Westphal
May 14, 2021

1              Do you have any -- have you ever been

2      arrested?

3         A    No.

4         Q    Do you hold any licenses issued by any

5      governmental entity?

6         A    Me, personally?  No.

7         Q    Okay.  Now, before -- strike that.

8              What did you do to prepare for today's

9      deposition?  I'm not asking you to reveal communications

10     with your Counsel, but if you did meet with your

11     Counsel, I would -- I would ask you to disclose that you

12     met with Counsel.

13             Go ahead, please.

14        A    I met with Gabriel, who is on this call.

15        Q    Who else?

16        A    And Joseph Meckes.

17        Q    And who is Mr. Meckes?

18             MR. COLWELL:  I'll take that.

19             He's a partner at my law firm, Mr. Feldman.  I

20        understand you're new to the case, but he's Counsel

21        of record for StocksToTrade.

22     BY MR. FELDMAN:

23        Q    And when did you meet with Mr. Colwell and

24     Mr. Meckes --

25        A    This week.

Zachary Westphal
May 14, 2021

```
 1        Q     -- to prepare for the deposition?

 2        A     This week.

 3        Q     And how much time did you spend with them?

 4        A     Roughly an hour.

 5        Q     And when was that meeting?

 6        A     Two days ago.

 7        Q     Did you look at documents?

 8        A     Not that I recall.

 9        Q     So it was just a conversation for one hour?

10        A     Yes.

11        Q     Other than the conversation for one hour with

12   your lawyers, did you do anything else to prepare for

13   this deposition?

14        A     No.

15        Q     There was a deposition notice issued for you

16   in this case.  Do you agree with that?

17        A     Is that --

18              THE WITNESS:  Gabe?

19              MR. COLWELL:  Mr. Feldman, I don't know.

20              MR. FELDMAN:  I'll rephrase it.

21              MR. COLWELL:  I don't know.  This is his first

22        deposition.  I'm not sure if he's exactly sure of

23        what a deposition notice is, but we'll stipulate

24        there's a deposition notice in the case.

25              (Simultaneous speakers.)
```

Zachery Westphal
May 14, 2021

```
 1   BY MR. FELDMAN:
 2        Q    There was a document request that appended to
 3   the deposition notice.
 4             Do you have any documents to produce today in
 5   response to that notice?
 6             MR. COLWELL:  I'll take that.
 7             We've objected to the notice on various
 8        grounds, and Mr. Westphal is not producing any
 9        records at deposition today.
10   BY MR. FELDMAN:
11        Q    And it's your testimony in the one hour you
12   met with Counsel, you didn't look at a single piece of
13   paper or a single document, electronic or otherwise; you
14   looked at nothing; is that right?
15        A    We looked at -- we chatted.  We talked.
16        Q    I understand that you chatted.  I'm asking
17   you, so that it's clear, the testimony you're giving
18   today is that you did not look at any documents to
19   prepare for this deposition.  Is that -- is that the
20   truth?  Is that correct?
21        A    We looked at an exhibit.
22        Q    What exhibit?
23        A    I don't remember.  Like a web page.
24        Q    Do you remember the web page?
25        A    No.  It was like a -- it's a web page screen
```

Zachery Westphal
May 14, 2021

```
 1   shot.

 2        Q    Whose web page?

 3        A    I don't know.  I don't recall.

 4        Q    You don't recall which company's web page it

 5   was?

 6        A    It could have been ours.  It could have been

 7   StocksToTrade.

 8        Q    I'm not asking you what it could have been.

 9   I'm asking you whether you remember which company's web

10   page you looked at.

11        A    It wasn't a web page.

12        Q    What was it?

13        A    It was a paper.

14        Q    Okay.  Was that paper of a web page?

15        A    Yes.

16        Q    Okay.  Whose web page?

17        A    StocksToTrade.

18        Q    And what was on that -- what did -- what did

19   that web page show?  What was the content of that web

20   page?

21        A    It said revolutionary.  That was all.

22        Q    And that's all you remember from that web

23   page?

24        A    Yeah.

25        Q    Now, we're going ask you some questions about
```

Zachary Westphal
May 14, 2021

```
1    some entities that are named as parties in this case.

2        A    Sure.

3        Q    So we talked about Jewmon Enterprises, LLC.

4    Starting again with that.

5             Did you have an ownership interest in that

6    company?

7        A    Yes.

8        Q    Are you still an owner of that company?

9             MR. COLWELL:  Objection.  Form.  I don't think

10       that company exists.

11            THE WITNESS:  It doesn't exist.

12            MR. COLWELL:  Go ahead.

13   BY MR. FELDMAN:

14       Q    I'm sorry?

15       A    It doesn't exist.

16       Q    What I understand is, correct me if I'm wrong,

17   is that Jewmon Enterprises is now -- was renamed

18   Millionaire Publishing, LLC.  It's the same company with

19   a different name.

20       A    I'd have to ask legal if it transferred.

21       Q    Okay.  Well, let's -- so let's break it down.

22            Were you an owner of Jewmon Enterprises?

23       A    Yeah.

24       Q    Who else owned the company with you?

25       A    Tim Sykes.
```

Zachary Westphal
May 14, 2021

```
 1        Q    And then Millionaire Publishing, LLC?

 2        A    What about it?

 3        Q    Are you an owner of that company?

 4        A    Yes.

 5        Q    Who are you an owner of that company with?

 6        A    Tim Sykes.

 7        Q    Millionaire Media, LLC, are you an owner of

 8   that company?

 9        A    No.

10        Q    Have you ever been an owner of that company?

11        A    No.

12        Q    StocksToTrade.com, Inc., are you an owner of

13   that company?

14        A    Yes.

15        Q    Who are you an owner of that company with?

16        A    Tim Sykes, Doug Friedman, Jamil, Joel.

17        Q    Janel (sic), what is his last name?

18        A    It's Jamil Alluch.

19        Q    Ben Alluch; is that right?

20        A    Yeah.

21        Q    So -- and what percentage ownership do you

22   have in StocksToTrade.com, Inc.?

23        A    Approximately 37.

24        Q    And what percentage does Mr. Sykes have?

25        A    Approximately 37.
```

Zachary Westphal
May 14, 2021

```
1        Q    And then the others, Doug and Jamil?

2        A    I'd have to look.

3        Q    Millionaire.

4             MR. JAFFE:  Just interrupt for one -- just

5        interrupt for one second.  We're going to designate

6        this portion of the transcript, beginning with when

7        you started asking about the ownership of these

8        entities, we're going to designate this whole line

9        as confidential and going forward.

10            MR. FELDMAN:  Very good.

11            MR. COLWELL:  Thank you.  Agree.

12   BY MR. FELDMAN:

13       Q    Jewmon Enterprises, your percentage of

14   ownership?

15       A    If I recall, 50 percent.

16       Q    And Millionaire Publishing -- actually, be

17   more specific.

18            Millionaire Publishing, LLC, a Florida limited

19   liability company, because there's two Millionaire

20   Publishings in this case.  So let me -- let me be clear.

21            Are you -- are you an owner of Millionaire

22   Publishing, LLC, a Florida limited liability

23   corporation?

24       A    I believe so.

25       Q    Okay.  And who are you owners with of that
```

Zachary Westphal
May 14, 2021

```
1   company?

2       A    Tim Sykes.

3       Q    And what percentage ownership do you have in

4   that company?

5       A    50.

6       Q    And Mr. Sykes, I take it, has the other 50,

7   correct?

8       A    Yes.

9       Q    Millionaire Publishing, LLC, a Colorado

10  limited liability corporation, are you an owner in that

11  company?

12      A    What was that company?

13      Q    It's on the caption of the Complaint.  That's

14  my reason for asking about it.

15      A    Colorado?

16      Q    Yes.

17      A    I'd have to ask.

18      Q    You're -- as you sit here today, you don't

19  believe you're an owner of that company?

20          MR. COLWELL:  Objection.

21          THE WITNESS:  I did not say I don't believe.

22  BY MR. FELDMAN:

23      Q    I'm sorry?

24      A    I'd have to look.  Colorado.  I'd assume so,

25  if it's --
```

Zachery Westphal
May 14, 2021

```
 1        Q     Okay.

 2              Day-to-day -- talk about day-to-day

 3   management.

 4              Who -- as between you and Mr. Sykes, who ran

 5   Jewmon Enterprises, LLC, day-to-day?

 6              MR. COLWELL:  Objection.  Form.

 7              THE WITNESS:  Can you be more specific on ran?

 8   BY MR. FELDMAN:

 9        Q     Fine.  Managed.  Who managed Jewmon

10   Enterprises day-to-day as between you and Mr. Sykes?

11              MR. COLWELL:  Objection.  Form.

12              MR. FELDMAN:  I'll rephrase the question.

13   BY MR. FELDMAN:

14        Q     Who managed Jewmon Enterprises, LLC?

15              MR. COLWELL:  Again, objection.  Form.  Vague

16         and ambiguous as to time.

17              COURT REPORTER:  I'm sorry, Mr. Colwell.  I

18         didn't get your objection.

19              MR. COLWELL:  It was objection to the form of

20         the question.  And I clarified it that it's vague

21         and ambiguous as to time.

22              THE WITNESS:  It's a long time ago.  I don't

23         remember the day-to-day of Jewmon.

24   BY MR. FELDMAN:

25        Q     I'm not asking about day-to-day.  I asked you
```

Zachary Westphal
May 14, 2021

```
 1   as between -- I asked you, at any point in time that

 2   Jewmon was in business, who managed that company?

 3            MR. JAFFE:  Objection.

 4            MR. COLWELL:  Objection.  Form.

 5            THE WITNESS:  I was involved.

 6   BY MR. FELDMAN:

 7       Q    Is that your best answer?

 8       A    Yeah.  I was involved with Jewmon, yeah.

 9       Q    I didn't ask you if you were involved.  I'm

10   asking who managed the company.

11            MR. JAFFE:  Same objection.

12            THE WITNESS:  I helped manage Jewmon.

13   BY MR. FELDMAN:

14       Q    StocksToTrade.com, Inc., who currently manages

15   that company day-to-day?

16       A    Can you please clarify manage day-to-day,

17   please?

18       Q    You have a degree in business, don't you?

19       A    I do.

20       Q    And you tell me that your job has been to

21   manage and to -- sales and marketing, I think you used

22   all three; am I right?

23       A    Marketing and sales, yes.

24       Q    As someone who has an educational background

25   in management, you don't know what the word management
```

Zachary Westphal
May 14, 2021

```
 1    means in the context of my question?
 2         A    Management's very broad.
 3         Q    I see.  What do you understand management to
 4    mean?  When someone asks you, do you manage, what do you
 5    understand that to mean?
 6         A    Manage.
 7         Q    Great.  Appreciate that.
 8              Do you manage StocksToTrade.com, Inc.?
 9         A    I help manage.
10         Q    Who else helps manage?
11         A    Once again, manage is broad.  Doug.
12         Q    Anybody else?
13         A    Jamil.
14         Q    Anybody else?
15         A    That's about it.
16         Q    Who is the most senior manager among those
17    people you mentioned at StocksToTrade.com, Inc.?
18         A    Please define "senior."
19         Q    The person at the top of the totem pole.  The
20    person who has the final say on an issue.
21         A    Depends on the issue.
22         Q    Okay.  You're CEO of StocksToTrade.com, Inc.,
23    correct?
24         A    Yes.
25         Q    Doesn't that make you the senior manager of
```

Zachary Westphal
May 14, 2021

1   StocksToTrade.com, Inc.?

2           MR. COLWELL:  Objection to form.

3           THE WITNESS:  In some things, yes.

4   BY MR. FELDMAN:

5       Q    What does chief executive officer mean?

6       A    Chief executive officer.

7       Q    Tell me how your responsibilities as chief

8   executive officer differs from the responsibilities of

9   the others that you mentioned.

10          MR. COLWELL:  Objection to form.

11          THE WITNESS:  I help ideas.

12  BY MR. FELDMAN:

13      Q    Is that all?

14      A    Answer questions.

15      Q    Is there anyone in management at

16  StocksToTrade.com, Inc. that's more senior than you?

17      A    No, I don't believe so.

18      Q    Thank you.

19          Okay.  Going back to Jewmon Enterprises, what

20  positions did you hold with that company?

21      A    I don't recall.

22      Q    And you mentioned in passing that you believe

23  the company is out of business.

24          So here's my question:  What is the status of

25  Jewmon today, Jewmon Enterprises, LL -- sorry -- Jewmon

Zachary Westphal
May 14, 2021

1    Enterprises, LLC?

2           MR. COLWELL:  Objection to form.

3    BY MR. FELDMAN:

4        Q    You may answer.

5        A    What is the status?

6        Q    Yes.

7        A    The name does not exist anymore.

8        Q    Does the entity exist?

9           MR. COLWELL:  Objection.  Calls for --

10       objection to form.

11          THE WITNESS:  I'd have to confirm if it

12       transferred to Millionaire Pub.

13   BY MR. FELDMAN:

14       Q    When you say "Millionaire Pub," we're talking

15   Millionaire Publishing, correct?

16       A    Oh, excuse me.  Yes, Millionaire Publishing.

17       Q    Now, Jewmon Enterprises was the first entity

18   that actually used StocksToTrade as a service mark or

19   slogan, correct?

20          MR. COLWELL:  Objection.  Form.

21          THE WITNESS:  Please define -- please define

22       used slogan.

23   BY MR. FELDMAN:

24       Q    You don't know what the word used means?

25          MR. COLWELL:  I actually didn't understand

Zachary Westphal
May 14, 2021

1      that question.

2           THE WITNESS:  I don't understand the question.

3      I truly don't.

4           MR. COLWELL:  Can you restate it?

5   BY MR. FELDMAN:

6      Q    Did -- did Jewmon Enterprises, LLC, ever use

7   StocksToTrade in its business, to your recollection?

8           MR. COLWELL:  Objection.  Form.

9           THE WITNESS:  Can you please be more specific

10     or repeat the question --

11  BY MR. FELDMAN:

12     Q    No, I don't think I can.

13     A    -- about use.

14     Q    If Jewmon Enterprises used the phrase

15  StocksToTrade in any capacity.

16          MR. COLWELL:  That's a more specific question,

17     I think.

18          THE WITNESS:  Yes.

19  BY MR. FELDMAN:

20     Q    How did Jewmon Enterprises use StocksToTrade?

21          MR. COLWELL:  The phrase.

22          THE WITNESS:  The phrase.  The domain.

23  BY MR. FELDMAN:

24     Q    What's that?

25     A    The phrase.  The flag, I guess, is what you

Zachary Westphal
May 14, 2021

```
 1   called it.
 2        Q    Right.  So how did it use the phrase
 3   StocksToTrade in its business?
 4             MR. COLWELL:  Objection.  Form.
 5             THE WITNESS:  In what function?
 6   BY MR. FELDMAN:
 7        Q    In any function.
 8        A    Use is broad.
 9        Q    In any function.
10        A    How did Jewmon -- could you repeat the
11   question, please?
12        Q    Sure.  How did Jewmon Enterprises use the
13   phrase StocksToTrade in its business?
14        A    As a logo, branding.
15        Q    Would you -- you say "branding."  Do I --
16        A    Those little flags, branding, yeah.
17        Q    Right.  So StocksToTrade was a service mark of
18   Jewmon Enterprises, correct?
19             MR. COLWELL:  Objection to form.
20             THE WITNESS:  Can you clarify "service mark?"
21             COURT REPORTER:  Mr. Jaffe -- Mr. Jaffe,
22        you're not -- I can't hear you when you're -- if
23        you're objecting.
24             MR. JAFFE:  I did object.  I said, objection.
25        Legal conclusion.
```

Zachery Westphal
May 14, 2021

```
 1              COURT REPORTER:  Thank you.
 2   BY MR. FELDMAN:
 3       Q    You mentioned that Jewmon used StocksToTrade
 4   as a logo.  What did you mean by that?
 5       A    A logo.
 6       Q    And when you use the word logo, are you using
 7   it with respect to branding?  Did Stocks -- let me
 8   rephrase it.
 9              Did Jewmon use a StocksToTrade logo to
10   brand -- as a branding tool?
11              MR. COLWELL:  Objection.  Form.
12              THE WITNESS:  They used the logo.
13   BY MR. FELDMAN:
14       Q    How did -- how did it use the logo?
15       A    It used the logo.
16       Q    Okay.  I understand that.  But where did it
17   use the logo?
18       A    Internet property on the website.
19       Q    Okay.  And did -- did Jewmon Enterprises also
20   have a domain name called StocksToTrade?
21       A    Yes.
22       Q    And was Jewmon using StocksToTrade as a logo
23   in relation to a product or service?
24       A    Yeah.
25       Q    Which product or service?
```

Zachary Westphal
May 14, 2021

```
 1        A     Website.

 2        Q     And what product or service was being marketed

 3   on the website?

 4              MR. COLWELL:  Objection.  Form.

 5              Vague and ambiguous as to time.

 6              THE WITNESS:  Can you restate the question,

 7        please?

 8   BY MR. FELDMAN:

 9        Q     You mentioned that Jewmon used StocksToTrade

10   as a logo on a website, correct?

11        A     Yes.

12        Q     And I'm asking you, what product or service

13   was being marketed on that website?

14              MR. COLWELL:  Objection to the form of the

15        question.

16              THE WITNESS:  Could you be more specific in

17        product or service?

18   BY MR. FELDMAN:

19        Q     Any product or service.  Which -- what product

20   or service was that website marketing or being marketed

21   on that website?

22              MR. COLWELL:  Objection.  Form.

23              THE WITNESS:  Software.

24   BY MR. FELDMAN:

25        Q     What software?
```

Zachery Westphal
May 14, 2021

```
 1        A     White label version.

 2        Q     White label version of what?

 3        A     EquityFeed.

 4        Q     Uh-huh.  And how long did -- strike that.

 5              When, to your knowledge, did Jewmon

 6   Enterprises begin to use the logo StocksToTrade in

 7   relation to the white label Equity Feed software?

 8        A     I don't recall.

 9        Q     Okay.  Did it use it for -- would you agree

10   that Jewmon Enterprises used StocksToTrade to market the

11   EquityFeed white label software before

12   StocksToTrade.com, Inc. began to use it?

13              MR. COLWELL:  Objection.  Form.

14              THE WITNESS:  Could you repeat the question,

15        please?

16   BY MR. FELDMAN:

17        Q     Sure.  Jewmon -- would you agree that Jewmon

18   Enterprises used StocksToTrade as a logo before

19   StocksToTrade.com, Inc. began using that same logo,

20   correct?

21        A     I don't recall the dates.

22        Q     Well, StocksToTrade.com, Inc. wasn't formed

23   until 2015.  Would you agree with that?

24        A     Yeah.

25        Q     Uh-huh.  And Jewmon was using StocksToTrade
```

Zachary Westphal
May 14, 2021

```
 1    before StocksToTrade.com, Inc. was formed, right?

 2         A    Yes.

 3         Q    So the first company that used StocksToTrade

 4    as a logo in relation to the EquityFeed software was

 5    Jewmon Enterprises, correct?

 6              MR. COLWELL:  Objection.  Form.

 7              COURT REPORTER:  Mr. Jaffe, you're not coming

 8         through.

 9              MR. JAFFE:  Can you hear me now?

10              COURT REPORTER:  I can now, yes, sir.

11              MR. JAFFE:  I said objection.

12              COURT REPORTER:  Thank you.

13    BY MR. FELDMAN:

14         Q    Could I get an answer?

15         A    It used it, yes.

16         Q    We know it used it.  That's not the question.

17              I asked you whether Jewmon Enterprises used it

18    first before StocksToTrade.com did.

19              MR. COLWELL:  Objection.  Form.

20    BY MR. FELDMAN:

21         Q    Would you agree with --

22              MR. JAFFE:  What is the it in this question?

23              MR. FELDMAN:  The same it as the prior

24         question.

25              MR. JAFFE:  No, the it has changed from
```

Zachary Westphal
May 14, 2021

1    question to question, so I'm confused by the

2    question.

3         MR. FELDMAN:  Okay.  Try it again.

4  BY MR. FELDMAN:

5    Q    Mr. Westphal, do you agree that Jewmon

6  Enterprises, LLC, used StocksToTrade in relation to --

7  strike that.

8         Do you agree that Jewmon Enterprises used the

9  logo StocksToTrade before StocksToTrade.com, Inc. did?

10  Do you agree with that statement?

11    A    I believe so.

12    Q    You say you believe so.  Isn't it true that

13  you know so?  Don't you know that to be a fact?

14    A    I believe it is.

15    Q    Millionaire Publishing, LLC, what positions

16  did you hold with that company?  This is the Florida,

17  LLC, company.

18    A    I don't recall.  Manager.

19    Q    And before I move on to Millionaire

20  Publishing, forgive me, but going back to Jewmon, what

21  was Jewmon's business during the entire time you were

22  affiliated with it?

23    A    It was an LLC.

24    Q    I understand that.  What was its business?

25  What did it do?  What did it sell?

Zachary Westphal
May 14, 2021

```
 1        A    I don't recall.

 2        Q    You don't know?

 3             You mentioned the white label agreement,

 4   EquityFeed white label software.  Remember that?

 5        A    Yeah.

 6        Q    Didn't Jewmon Enterprises sell the white label

 7   EquityFeed software?

 8        A    There was a relationship.

 9        Q    I'm sorry?

10        A    Yes, there was a relationship.

11        Q    Uh-huh.  And then when Jewmon -- did there

12   come a point where Jewmon stopped selling that service?

13        A    Which service?

14        Q    The white label EquityFeed software.

15        A    Yes.

16        Q    When did it stop selling that service?

17        A    I'd have to go back and look.

18        Q    Okay.  And then when Jewmon stopped selling

19   that service, did another company begin to sell that

20   service, to your knowledge, that you were an owner of?

21             MR. COLWELL:  Objection.  Form.

22             THE WITNESS:  Can you be more specific on what

23        service, please?

24   BY MR. FELDMAN:

25        Q    Sure.  StocksToTrade.com, Inc. began to sell a
```

Zachary Westphal
May 14, 2021

```
 1   service similar to the service that Jewmon Enterprises
 2   had been selling, correct?
 3             MR. COLWELL:  Objection.  Form.  Vague and
 4       ambiguous.
 5             THE WITNESS:  Can you rephrase the question,
 6       please?
 7   BY MR. FELDMAN:
 8       Q    Sure.  Let's try it this way.  Did Jewmon
 9   operate a platform called StocksToTrade?
10       A    Jewmon did not operate.  It sold a white label
11   version.
12       Q    Okay.  And at some point in time Jewmon
13   stopped selling the white label version, correct?
14       A    Yes.
15       Q    And then when Jewmon stopped selling the white
16   label version, you and Mr. Tim Sykes founded
17   StocksToTrade.com, Inc., correct?
18             MR. COLWELL:  Objection.  Form.
19             THE WITNESS:  I don't know the timeline
20       specifically.
21   BY MR. FELDMAN:
22       Q    I need you to answer the questions.  You're
23   giving me non-responsive answers.
24             The question was, after Jewmon stopped -- let
25   me rephrase.
```

Zachary Westphal
May 14, 2021

```
1              Did there come a point in time that you and

2    Mr. Sykes formed StocksToTrade.com, Inc.?

3         A    Yes.

4         Q    And you formed that company, you and Mr. Sykes

5    formed that company to do what?

6         A    Operate StocksToTrade.

7         Q    Okay.  And what did Stock -- what was

8    StocksToTrade's business?

9              (Brief interruption.)

10             THE WITNESS:  Do you need to grab that?

11   BY MR. FELDMAN:

12        Q    No.

13        A    Okay.  Define, like, what's its business.  Can

14   you be more specific, Jeff?

15        Q    Sure.  What does StocksToTrade -- what is --

16   what business or service is StocksToTrade.com, Inc. in?

17   What does it do?

18        A    It's a SAS company.

19        Q    It's a what?

20        A    A SAS company.

21        Q    What is that?

22        A    Service as a software.

23        Q    Uh-huh.  And what kind of software does

24   StocksToTrade.com, Inc. sell?

25        A    Financial.
```

Zachary Westphal
May 14, 2021

```
 1        Q    And what kind of financial software?

 2        A    Equities software.

 3        Q    What does -- what's the functionality of that

 4   software?  What does it do, in laymen's terms?

 5             MR. COLWELL:  Objection.  Form.

 6             THE WITNESS:  It's extremely broad.

 7   BY MR. FELDMAN:

 8        Q    What does the software do?

 9        A    A lot.

10        Q    Tell me.  What does it do?

11             MR. COLWELL:  Objection.  Form.

12             THE WITNESS:  Can you be more specific?

13   BY MR. FELDMAN:

14        Q    No.  I'm asking you what your software does.

15             I'll change the question.

16             How do people -- how do people who use your

17   software use it, if you can answer that question.

18             MR. COLWELL:  Objection.  Form.

19   BY MR. FELDMAN:

20        Q    Or what -- what is that software used for?

21        A    Trading and investments.

22        Q    And would you agree that Jewmon Enterprises

23   used the white label EquityFeed software for the same

24   purpose, correct?

25             MR. COLWELL:  Objection.  Form.
```

Zachary Westphal
May 14, 2021

1              Also, just note for the record, StocksToTrade

2       is not a broker/dealer.

3  BY MR. FELDMAN:

4       Q    Go ahead.

5              THE WITNESS:  Sorry, Gabe.

6              Can you repeat the question?  I did not hear

7       that, Jeff.

8  BY MR. FELDMAN:

9       Q    Okay.  Would you agree that Jewmon Enterprises

10 and StocksToTrade.com both marketed a software product?

11      A    Yes.

12      Q    And that soft -- the software products were

13 directed to people who trade equities, correct?

14      A    Yeah.

15      Q    And the software products for both companies

16 were directed to people who trade equities who want to

17 find information about companies that they may want to

18 invest in, correct?

19      A    Perhaps.

20      Q    Well, you -- are there similarities in the

21 software that StocksToTrade now sells versus the

22 software that -- strike that.  Strike that.

23              Do you have a -- when you market the

24 StocksToTrade.com software, do you have -- how do you --

25 how do you market it to people who may have an interest

Zachary Westphal
May 14, 2021

```
 1   in using it?
 2           COURT REPORTER:  Mr. Jaffe, did you object?
 3           MR. JAFFE:  Yes.  I'm sorry.  Objection to the
 4       form.  I'll try to keep my voice up.
 5   BY MR. FELDMAN:
 6       Q    Go ahead.
 7       A    How do we market?  Is that the question?
 8   Sorry.  It wasn't very clear to me.
 9       Q    Do you view Jewmon Enterprises and
10   StocksToTrade.com, Inc. as being or having been in the
11   same business?
12       A    In the same industry, yes.
13       Q    Okay.  Could you tell me -- tell me why you
14   believe they were in the same industry, the two
15   companies.
16       A    They -- stock traders are interested in the
17   service.
18       Q    What service?
19       A    Stock quotes, equities trading.
20       Q    And what kind of products did each of these
21   two companies offer to help those kinds of people?
22       A    Could you be more specific on which products?
23           MR. COLWELL:  Object to the form of the
24       question.
25   BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

```
 1        Q    You say that both companies were in the same
 2   industry.
 3             Now I'm asking you, what was it about each
 4   company's product or services that put them into the
 5   same industry?
 6        A    Providing stock quotes.
 7        Q    And you mentioned that each company marketed
 8   software, correct?
 9        A    Yes.
10        Q    And was the functionality of that software the
11   same?
12        A    No.
13        Q    Was it used for the same purposes?
14        A    Define the same purpose, please.
15        Q    Well, if someone wanted to obtain information
16   about companies that they may have an interest in
17   investing in, did -- did Jewmon and StocksToTrade have
18   software to help that person do that?
19        A    Yeah.  Along with Yahoo Finance, E-trade,
20   Think or Swim.
21        Q    Okay.  So would you agree that Jewmon and
22   StocksToTrade.com were in the same business?
23             MR. COLWELL:  Objection.  Form.
24             THE WITNESS:  Can you define business, please?
25   BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

```
 1        Q     They sold the same service, correct?

 2        A     No.

 3              MR. COLWELL:  Asked and answered.

 4   BY MR. FELDMAN:

 5        Q     How was the service of Jewmon versus

 6   StocksToTrade.com different?

 7              MR. COLWELL:  Objection.  Form.

 8              THE WITNESS:  Can you be more specific,

 9        please?

10   BY MR. FELDMAN:

11        Q     I can't.  You told me they're not in the same

12   business.  I'm asking you to tell me why.

13        A     They're in the same industry and the same

14   business, I guess.  Business is very broad, but same

15   industry, finance.

16        Q     They're both -- both companies, Jewmon and

17   StocksToTrade.com, marketed software to day traders,

18   correct?

19        A     To day traders, investors.

20        Q     And the software that Jewmon Enterprises

21   marketed was StocksToTrade by EquityFeed, correct?

22              MR. COLWELL:  Objection.  Form.

23              THE WITNESS:  The white label, yes.

24   BY MR. FELDMAN:

25        Q     And the software that StocksToTrade.com
```

Zachary Westphal
May 14, 2021

1  markets to investors, what is that called?

2       A    The name, StocksToTrade.

3       Q    Now, you and Mr. Sykes own Jewmon Enterprises,

4  correct?

5       A    If the -- if it transferred over from Jewmon

6  to Millionaire Publishing, yes.  I'd have to ask.

7       Q    Let's -- even before the transfer, a transfer,

8  you and Mr. Sykes operated Jewmon to sell the white

9  label EquityFeed software, correct?

10      A    We operated Jewmon, yes.

11      Q    Okay.  And then -- and after you and Mr. Sykes

12  did that, you then opened another company,

13  StocksToTrade.com, Inc., correct?

14      A    That was opened, yes.

15      Q    And the two of you opened that company for the

16  same purpose, to sell -- to market software to

17  investors, correct?

18      A    No.

19      Q    Well, why is that incorrect?

20      A    That's a very limiting question.

21      Q    Well, tell me what's incorrect about it.

22      A    The purpose of each company was much

23  different.

24      Q    Okay.  In what ways?

25      A    Fulfillment, media.

Zachery Westphal
May 14, 2021

```
1        Q     I don't understand.  Could you be more

2   specific, please?

3        A     Fulfillment, media, social media.

4        Q     Right.  But at the end of the day --

5        A     And --

6        Q     -- the service that you were selling --

7              MR. COLWELL:  I don't think he was done.

8              Go ahead.

9              THE WITNESS:  That's fine.

10             MR. COLWELL:  Okay.  Go ahead.

11   BY MR. FELDMAN:

12       Q     The services that you and Mr. Sykes were

13   selling through Jewmon and now through

14   StocksToTrade.com, Inc. included software, trading

15   software to investors, correct?

16       A     Yeah.

17       Q     So question:  If both companies were doing --

18   selling trading software, why did you find it necessary

19   to start StocksToTrade.com?  Why not just stay with

20   Jewmon Enterprises?

21             MR. JAFFE:  Objection to the form.  No

22         foundation.

23             MR. COLWELL:  Objection.  Form.

24   BY MR. FELDMAN:

25       Q     Given that you and Mr. Sykes had Jewmon
```

Zachary Westphal
May 14, 2021

1    Enterprises as a company that was already selling

2    software, trading software services to investors, why

3    did you form Jewmon -- I'm sorry -- why did you form

4    StocksToTrade.com, Inc. to sell trading software to

5    investors?

6              MR. COLWELL:  Objection.  Form.

7              MR. JAFFE:  Same objection.

8              THE WITNESS:  Could you repeat the question

9         one more time, Jeff?

10   BY MR. FELDMAN:

11        Q    Sure.  Why did you and Mr. Sykes form

12   StocksToTrade.com, Inc. when you already had Jewmon

13   Enterprises as a company that was already selling

14   trading software services to investors?

15             MR. COLWELL:  Objection.  Form.

16             THE WITNESS:  Few different reasons.

17   BY MR. FELDMAN:

18        Q    Tell me them, please.  What were they?

19        A    Didn't like the scalability.  Didn't like one

20   customer service agent that was very non-responsive.

21   Didn't like the communication or the lack thereof from

22   the other party.  And overall complaints about the

23   product.

24        Q    Okay.  So who -- who were you referring to and

25   what product are you referring to that you were not

Zachary Westphal
May 14, 2021

1   happy with?

2        A    White label EquityFeed.

3        Q    Okay.  So do I understand you correctly that

4   you and Mr. Sykes started StocksToTrade.com, Inc.

5   because the two of you were not happy with EquityFeed?

6             MR. COLWELL:  Objection.  Form.

7             THE WITNESS:  I can't speak for Tim.

8   BY MR. FELDMAN:

9        Q    Okay.  Let's try it for you.  Is it -- is it

10  correct that you started or founded -- strike that.

11            Is it -- did you, Zachary Westphal, form

12  StocksToTrade.com, Inc. in part because you were not

13  happy with the white label software?  Is that true?

14       A    Yeah.

15       Q    And is it also true that you, Zachary

16  Westphal, formed StocksToTrade.com, Inc. because you

17  were not happy with someone with EquityFeed?  Is that

18  true?

19            MR. COLWELL:  Objection.  Form.  Vague and

20       ambiguous.

21            THE WITNESS:  Yeah.  Communication is very

22       broad.  Can you be more specific, Jeff?

23  BY MR. FELDMAN:

24       Q    You mentioned, I believe, some customer

25  service representative in your answer a moment ago.  Did

Zachary Westphal
May 14, 2021

```
 1   I understand correctly?
 2        A    I did say that, correct, yes.
 3        Q    Okay.  Who are you referring to?
 4        A    I don't recall a name.
 5        Q    What position did that person have with what
 6   company?
 7        A    I don't know the organizational structure of
 8   EquityFeed, so I couldn't tell you.
 9        Q    Was it somebody with EquityFeed that you were
10   not happy with?
11        A    Yeah.
12        Q    And do you remember -- you have no idea who
13   that person is?
14        A    Currently I do not.  I can find that.
15        Q    Does the name Stephan Touizer mean anything to
16   you?
17        A    Of course, yeah.
18        Q    Is that the person you're referring to?
19        A    Yes and no.
20        Q    Okay.  So your testimony is, as I understand
21   it, that Jewmon -- StocksToTrade.com was started because
22   of problems with EquityFeed, the software, and with some
23   representative of EquityFeed, correct?
24        A    Not some.  I thought I was more specific
25   earlier.
```

Zachary Westphal
May 14, 2021

1    Q    Well, tell me your words.

2    A    There's two people.  Like I said, I don't

3    know -- I've never seen the organizational chart of

4    EquityFeed.

5         There was, I believe, a customer service

6    representative, who I do not recall.  And the lack of

7    communication, super delayed replies.

8         And then there also was Stephan.

9    Q    And --

10   A    And as far as I'm aware that's -- I don't know

11   who else.

12   Q    Okay.  So what were the problems with the

13   EquityFeed software that led you to form

14   StocksToTrade.com, Inc.?

15        MR. COLWELL:  Objection.  Form.

16        THE WITNESS:  I'd have to go back and look.

17   It's been a long time.

18   BY MR. FELDMAN:

19   Q    Okay.  And what were -- you mentioned some of

20   the issues with the customer service representative.

21        Do you recall any issues with Stephan?

22   A    Similar.

23   Q    Okay.  And so because of these problems, is it

24   true to say that you and Mr. Sykes decided that you were

25   going to start a new company to sell trading software to

Zachery Westphal
May 14, 2021

```
1    investors?

2         A    That's a reason among reasons.

3         Q    It was a reason, one of the reasons, correct?

4         A    Yeah.

5         Q    So StocksToTrade.com was a successor entity to

6    Jewmon Enterprises, correct?

7              MR. COLWELL:  Objection.

8              MR. JAFFE:  Objection.

9              MR. COLWELL:  Form.  Legal conclusion.

10             COURT REPORTER:  Mr. Jaffe, did you give an

11        objection?

12             THE WITNESS:  Same objection as Mr. Colwell.

13   BY MR. FELDMAN:

14        Q    You may answer.

15        A    Can you reask the question then?

16        Q    StocksToTrade.com, Inc. is a successor to

17   Jewmon Enterprises; isn't that true?

18             MR. COLWELL:  Form.  Objection.  Legal

19        conclusion.

20             THE WITNESS:  It's -- it's another company.

21   BY MR. FELDMAN:

22        Q    It was another company to succeed the business

23   that Jewmon Enterprises was doing, correct?

24             MR. COLWELL:  Objection.  Form.

25             MR. JAFFE:  Objection.
```

Zachery Westphal
May 14, 2021

```
 1              THE WITNESS:  I wouldn't say succeed.  It was
 2       another company that was formed.
 3  BY MR. FELDMAN:
 4       Q    It's another company that did the same
 5  business -- strike that.
 6              It was another company by the same two people
 7  who formed and operated Jewmon Enterprises to sell
 8  trading software services to investors, correct?
 9              MR. COLWELL:  Objection.  Misstates prior
10       testimony.
11  BY MR. FELDMAN:
12       Q    Am I correct?
13       A    No.  There's other partners in
14  StocksToTrade --
15       Q    Okay.
16       A    -- Inc.
17       Q    Okay.  So I understand there were other
18  partners.  But Jamil was made a partner after you and
19  Mr. Sykes began that business, right?
20              MR. COLWELL:  Objection.  Form.
21              THE WITNESS:  I'd have to look at the dates.
22  BY MR. FELDMAN:
23       Q    You hired Jamil long after the company --
24  strike that.
25              You hired Jamil after you and Mr. Sykes formed
```

Zachary Westphal
May 14, 2021

1   StocksToTrade.com, Inc.; isn't that true?

2       A    I'd have to look at the dates.

3       Q    You don't -- well, was Jamil Ben Alluch a

4   founder with you and Mr. Sykes?

5       A    He was around early on.  I'd have to look.

6   I'd have to look at the dates.

7       Q    Listen, let me -- I have the formation records

8   from the State of Delaware.  I could show them to you if

9   you want to see them.  But I can represent to you as an

10  officer of the Court that the only two names that are on

11  the formation document from the State of Delaware for

12  StocksToTrade.com, Inc. are you and Mr. Sykes.

13      A    If that's what the document says.

14      Q    Well, isn't that your recollection, that you

15  and Mr. Sykes formed StocksToTrade.com and no one else?

16  Isn't that correct?

17           MR. COLWELL:  Lacks foundation.

18           THE WITNESS:  If that's what the document

19      states.

20  BY MR. FELDMAN:

21      Q    I'm not asking you what you believe.  I'm

22  asking for what's in your brain, what's in your mind.

23           Isn't it true that you know, as you sit here

24  today, that the only two people that formed

25  StocksToTrade.com, Inc. was you and Mr. Sykes?  Isn't

Zachary Westphal
May 14, 2021

```
 1    that true?
 2         A    I believe so.  I'd have to go back and look at
 3    the dates.
 4              MR. FELDMAN:  Okay.  Elad, would you forward,
 5         please, the -- or put up the document from the
 6         State of Delaware?
 7              MR. BOTWIN:  Yes.
 8              MR. COLWELL:  Are you publishing an exhibit
 9         here?
10              MR. BOTWIN:  Yes.
11              MR. COLWELL:  Okay.
12              MR. BOTWIN:  What exhibit are we on?  Would
13         this be 24?
14              MR. FELDMAN:  Madame Court Reporter?
15              COURT REPORTER:  This is 23.
16              MR. BOTWIN:  Okay.
17              (Exhibit No. 23 was marked for
18         identification.)
19              THE WITNESS:  Am I supposed to be seeing
20         something?
21              MR. BOTWIN:  It is uploaded in the chat just
22         now.
23              THE WITNESS:  Okay.  Sorry.
24              MR. BOTWIN:  And I will proceed to screen
25         share it.
```

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  It's something I'm not familiar

 2        with.

 3              MR. COLWELL:  Hey, Jeff, I think we've been

 4        going for about an hour, so maybe --

 5              MR. FELDMAN:  No.  We took a nice break

 6        because of the mike, but we're going to -- we're

 7        going to finish the line of questioning on this

 8        document.

 9              MR. COLWELL:  That's fine.  I understand.

10        We'll take a break in a couple minutes.

11              MR. BOTWIN:  Are you all able to see the

12        document on my screen right now?

13              THE WITNESS:  Yes.

14              MR. BOTWIN:  Okay.

15   BY MR. FELDMAN:

16        Q    Mr. Westphal, do you see Exhibit 23?  It says,

17   "State of Delaware Annual Tax Franchise Report?"

18        A    I do, Jeff, yes.

19        Q    And do you see on the report your name and

20   Mr. Sykes' name?

21        A    Yeah.

22              MR. FELDMAN:  And, Elad, if you could scroll

23        down, please.

24   BY MR. FELDMAN:

25        Q    And do you see the listing of names of
```

Zachary Westphal
May 14, 2021

```
 1   officers and directors?

 2        A    Could you direct me to it, please?  Where am I

 3   looking?

 4             Oh, yeah.  Yes, I do, yeah.

 5             MR. FELDMAN:  Is that the end of the document,

 6        Elad?

 7             And if you would scroll down, please.

 8             MR. COLWELL:  Elad, can you also send us a

 9        copy of the exhibits when you're publishing them?

10             MR. BOTWIN:  You can see it in chat.

11             MR. JAFFE:  Can I just -- can I just ask what

12        we're looking at?  Is this a compilation of several

13        different documents, Jeff?  What is this?

14             MR. FELDMAN:  No.  It's one document from the

15        State of Delaware.  As I understand it, it's a

16        franchise tax.

17             MR. JAFFE:  Well, each page reflects a

18        different year.

19             MR. FELDMAN:  Actually, you know what?  I may

20        be mistaken here.

21             There appear to be different -- different

22        years here.

23             So actually, Elad, if you would go back to the

24        beginning of the document, please.

25             MR. COLWELL:  Jeff, would you mind just
```

Zachary Westphal
May 14, 2021

1          stating for the record what you understand this

2          document to be, please?

3                    MR. FELDMAN:  Just hold on one second, please.

4                    MR. COLWELL:  Thank you.

5                    MR. FELDMAN:  Yes.  What I understand Exhibit

6          23 is, it is a composite exhibit of Franchise Tax

7          Reports for stock storage -- StocksToTrade.com for

8          the years 2015, 2016, 2017, 2018, 2019 and 20 --

9          and I think that's it, 2019.

10   BY MR. FELDMAN:

11        Q    So, Mr. Westphal, let's go through them again.

12             We're looking at the -- the report for 2015.

13   Do you see that on your screen?

14        A    Yeah.

15        Q    And the only names that are on this report are

16   Zachary Westphal and Timothy Sykes, correct?

17        A    Yes.

18                    MR. JAFFE:  Objection to the form.

19                    MR. COLWELL:  Yeah.  Objection to the form.

20                    Jeff, you're asking for this one page?

21          Because, again, you know, we are remote, so we can

22          only see the one page.  So if you're going to ask

23          him --

24                    MR. FELDMAN:  There are -- there are

25          successive annual reports.  Each page is an annual

Zachary Westphal
May 14, 2021

```
 1        report.

 2              The next one --

 3              THE WITNESS:  Can you pause on them, so I can

 4        see them all, please?

 5              MR. COLWELL:  My point is, the witness just

 6        can only see one page at a time, so when you're

 7        asking --

 8              MR. FELDMAN:  There's no problem with that

 9        because each page is a different report for a

10        different year.

11              MR. COLWELL:  Okay.  When you're asking him

12        questions, just ask him about the page he can see,

13        please.

14              MR. FELDMAN:  Well, I'm trying to do that.

15              MR. COLWELL:  Thanks.

16              MR. FELDMAN:  So let's go back again to 2015.

17  BY MR. FELDMAN:

18        Q    We're looking at the first page of the

19  exhibit.  This says, "Corporation name,

20  StocksToTrade.com, Inc., tax year 2015."

21              Do you see that?

22        A    Yeah.

23        Q    And then it says, "Incorporation date,

24  6/7/2015," correct?

25              THE WITNESS:  Whoever has the cursor, can you
```

Zachary Westphal
May 14, 2021

```
 1        put your -- sorry, I don't have my glasses on.
 2              Oh, in the middle of the page, yeah, I see
 3        that.
 4   BY MR. FELDMAN:
 5        Q    All right.  And then if you come down -- so
 6   we're looking at the Franchise Tax Report in the year
 7   the company was founded, right?
 8        A    2015, yeah.
 9        Q    And on the bottom of that page there's a
10   section for directors, correct?
11        A    Yeah.
12        Q    And there's only two names there, correct?
13        A    That's what -- yeah, that's what it says.
14        Q    Your name and Mr. Sykes' name, correct?
15        A    Yeah.
16        Q    So the two people that founded
17   StocksToTrade.com, Inc. were you and Mr. Sykes, correct?
18              MR. JAFFE:  Objection.  No foundation.
19              MR. COLWELL:  Lacks foundation.
20              MR. FELDMAN:  Gentlemen, speaking objections
21        are not appropriate.  You just need to say
22        objection to form.  That is --
23              MR. JAFFE:  Yeah.  The problem, Jeff, is
24        you're trying to mislead him with a legal document.
25              MR. FELDMAN:  The problem, Brett, is you're
```

Zachary Westphal
May 14, 2021

```
1          doing a speaking objection, which we're not going

2          to do.  Okay.  All you need to say is objection to

3          form and your objection is preserved.  Okay?

4                MR. JAFFE:  Sure thing.  Go ahead, Jeff.

5                MR. FELDMAN:  Thank you.

6    BY MR. FELDMAN:

7          Q    Now, my question to you, Mr. Westphal, is

8    that -- I'm asking you the question.  Isn't it true that

9    the only -- the only two founders of StocksToTrade.com,

10   Inc. were you and Mr. Timothy Sykes, correct?

11               MR. COLWELL:  Object to form.

12               THE WITNESS:  On the State of Delaware Annual

13         Franchise Tax Report, Timothy Sykes and Zachary

14         Westphal are listed there.

15   BY MR. FELDMAN:

16         Q    Now, answer my question.  Isn't it true that

17   the founders of StocksToTrade.com, Inc. were you and

18   Timothy Sykes?  Isn't that true?

19               MR. COLWELL:  Objection.  Form.

20               THE WITNESS:  We were the two on the filing,

21         company filing.

22   BY MR. FELDMAN:

23         Q    Okay.  Thank you.

24               Now, Mr. Sykes, I'm asking from your memory,

25   not from the form, not what you can read.  I'm asking
```

Zachary Westphal
May 14, 2021

1    you to go into your memory.

2         A    I'm not Mr. Sykes.  I'm Mr. Westphal.

3         Q    Yes.  Forgive me.  Mr. Westphal.

4              Tell me, please, from your memory whether or

5    not you and Mr. Sykes were the only two people to found

6    StocksToTrade.com, Inc.  Isn't that true?

7         A    Yeah, yeah.

8         Q    Is that a yes?

9         A    We incorporated the company.

10        Q    Thank you.

11             Now, my question to you is, why did you and

12   Mr. Sykes incorporate another company to sell trading

13   software to investors when you already had a company

14   that did that, Jewmon Enterprises, LLC, right?

15             MR. COLWELL:  Objection.  Form.

16   BY MR. FELDMAN:

17        Q    You did that, right?

18        A    When?

19        Q    You formed -- you formed StocksToTrade.com,

20   Inc. after --

21        A    That was formed.

22        Q    I have to finish the question.

23        A    Oh, I'm sorry.

24        Q    All right, no problem.  I don't want to -- I'm

25   going to stop myself from being redundant.  All right?

Zachary Westphal
May 14, 2021

```
 1          So where we're at now is, we've established

 2    that you and Mr. Sykes incorporated StocksToTrade.com,

 3    Inc.  And I asked you a couple minutes ago why.

 4          And you mentioned that there were issues with

 5    some people from EquityFeed and there was also problems

 6    with the white label software.

 7          Did I understand you correctly in giving that

 8    testimony?

 9       A    Among other things, yes.

10       Q    Now, here's -- here's the next question in

11    sequence.

12          If you were not happy with the people from

13    EquityFeed or the software from EquityFeed, why did you

14    believe it was still necessary to form a new company to

15    sell trading software to investors?

16          MR. JAFFE:  Objection to form.

17          MR. COLWELL:  Objection.  Form.

18          THE WITNESS:  Can you repeat the question,

19       Jeff?

20    BY MR. FELDMAN:

21       Q    Sure.  You stated that you and Mr. Sykes were

22    not happy with the white label EquityFeed software and

23    you were not happy with some of the people, and as a

24    result you decided, as just one of the reasons you

25    decided to form a new company, StocksToTrade.com, Inc.;
```

Zachery Westphal
May 14, 2021

 1    is that correct?

 2              MR. COLWELL:  Objection.  Form.

 3              THE WITNESS:  You know, going back to my

 4        memory, among other things, yeah.

 5    BY MR. FELDMAN:

 6        Q    Okay.  Now, if you were not happy with

 7    EquityFeed, that is, its people or its product, why not

 8    just terminate the relationship and continue to do

 9    business under Jewmon Enterprises?

10        A    I didn't terminate the relationship.

11        Q    Oh, so that was EquityFeed, correct?

12        A    Either EquityFeed or Stephan.  I can't

13    remember.

14        Q    Okay.  So now that relationship terminates and

15    now you and Mr. Sykes still have Jewmon Enterprises,

16    correct?

17        A    It still existed.

18        Q    All right.  Why did you need at that point in

19    time, if you were going to begin to market a new trading

20    software product to investors, why didn't you just do it

21    through Jewmon -- Jewmon Enterprises, LLC?

22        A    Because Jewmon was an affiliate, a direct

23    response, a marketing company.  It was not a software

24    company.

25        Q    Well, it was selling a software product when

Zachery Westphal
May 14, 2021

```
 1    it was in the white label agreement with EquityFeed,

 2    wasn't it?

 3         A    Marketing.

 4         Q    And so what was it that you couldn't do

 5    through Jewmon Enterprises that you believed you'd be

 6    able to do with StocksToTrade.com, Inc.?

 7              MR. COLWELL:  Objection.  Form.

 8              THE WITNESS:  I'm not following the question.

 9    BY MR. FELDMAN:

10         Q    Yeah.  I'm trying to understand -- I'm trying

11    to understand why you believed that you -- you believed

12    that you needed to form or incorporate

13    StocksToTrade.com, Inc. --

14         A    It's what we decided to do.

15         Q    -- in order to sell -- in order to sell a new

16    trading software service to investors.

17         A    Like I said, Jewmon was a marketing -- was an

18    affiliate, was a marketing company, not a software

19    company.

20         Q    And what is StocksToTrade.com, Inc.?

21         A    It's a software company, a media company.

22         Q    And you're saying that Jewmon Enterprises,

23    LLC, could not be a software company?  You're saying

24    that it was -- it was just incapable of doing that?

25              MR. COLWELL:  Objection.  Form.
```

Zachary Westphal
May 14, 2021

```
 1            MR. JAFFE:  Object to the form.

 2            THE WITNESS:  It was a marketing company,

 3       affiliate marketing.

 4  BY MR. FELDMAN:

 5       Q    Okay.  Isn't it true, Mr. Westphal, that the

 6  only reason Jewmon Enterprises -- strike that.

 7            Isn't it true that StocksToTrade.com, Inc. was

 8  formed in order to bypass any residual obligations that

 9  Jewmon Enterprises had under the white label agreement

10  with EquityFeed?  Isn't that true?

11            MR. COLWELL:  Objection to form.

12            MR. JAFFE:  Form.

13            THE WITNESS:  Be more specific.

14  BY MR. FELDMAN:

15       Q    Yes.

16            MR. COLWELL:  Mr. Feldman, it sounds like

17       you're going to go into a new line of questioning

18       here.  We're going to take a break.  If you want to

19       ask a final question before we take a break, go

20       ahead.

21            MR. FELDMAN:  We're not taking a break with a

22       question pending.  We'll take a break after the

23       question is asked.

24            MR. COLWELL:  That's what I'm saying.  Ask the

25       question.  Take a break.
```

Zachary Westphal
May 14, 2021

```
 1    BY MR. FELDMAN:

 2        Q    Mr. Westphal, was StocksToTrade.com, Inc.

 3    formed, even if just as one of the purposes, was that

 4    company formed to put distance between itself and the

 5    white label agreement that Jewmon Enterprises had with

 6    EquityFeed?

 7        A    No.

 8             MR. COLWELL:  Objection.  Form.

 9             MR. FELDMAN:  Okay.  So let's take a break.

10             MR. COLWELL:  Okay.  We'll take a break.

11        We'll be back.

12             MR. FELDMAN:  Off the record.

13             VIDEOGRAPHER:  Going off the video record.

14        The time is 6:36 p.m. UTC, 11:36 a.m. PDT.

15             (Recess.)

16             VIDEOGRAPHER:  We are now back on the video

17        record.  The time is 6:45 p.m. UTC, 11:45 a.m. PDT.

18    BY MR. FELDMAN:

19        Q    Okay.  So I want to go back and talk to you a

20    little bit about Tim Sykes.

21             Who is Tim Sykes?

22        A    He's a man.

23        Q    Well, that was very informative.

24        A    It was a very broad question.  What would you

25    like to know?
```

Zachary Westphal
May 14, 2021

1      Q    I'd like to know when you met him.

2      A    Good question.  I don't recall.

3      Q    Is that your best answer, you don't recall?

4      A    Approximately 2000 -- approximately 2000 --

5   maybe 9, approximately 2009.

6      Q    Have you ever been diagnosed with any memory

7   problems?

8      A    It's just a long time ago.

9      Q    Have you ever been diagnosed with any memory

10   problems, yes or no?

11      A    No.

12      Q    Have you ever been diagnosed with any kind of

13   mental impairment?

14      A    Not that I know of, no.

15      Q    You have a pretty good memory, right?

16      A    Average.

17      Q    Average memory.

18      A    I don't know.

19      Q    Tim Sykes is your partner --

20      A    Yes.

21      Q    -- in at least three businesses, correct?

22           MR. COLWELL:  Objection.

23   BY MR. FELDMAN:

24      Q    StocksToTrade -- StocksToTrade.com, Inc.,

25   Jewmon and Millionaire Publishing?  You're partners in

Zachary Westphal
May 14, 2021

```
 1    those three companies, right?

 2              COURT REPORTER:  You broke up, Mr. Feldman.

 3         Mr. Feldman, you broke up.

 4              THE WITNESS:  Yeah, I can't hear you.

 5              MR. FELDMAN:  Okay.

 6              MR. COLWELL:  I think the witness said two, by

 7         the way, Jeff, two companies.

 8    BY MR. FELDMAN:

 9         Q    You and Mr. Sykes are partners in two

10    companies, correct?

11         A    Yeah.

12         Q    You -- you've been partners with him for over

13    ten years now, correct?

14              MR. COLWELL:  Objection.  Form.  Just so --

15         the word --

16              MR. FELDMAN:  All you need to say is form.

17              MR. COLWELL:  I understand that.  But I just

18         want a clean record.  You're saying partner.  It

19         has, you know, a legal meaning, and you know

20         that's -- this isn't a partnership, so...

21              MR. FELDMAN:  All you need to say is form,

22         object to form.  Nothing else.

23              MR. COLWELL:  I'm aware.

24              MR. FELDMAN:  Unless you're going to assert

25         privilege.  Okay?
```

Zachary Westphal
May 14, 2021

```
 1   BY MR. FELDMAN:
 2       Q    So let's try it again.
 3            When did you meet for the first time your
 4   partner, Mr. Tim Sykes?
 5            MR. COLWELL:  Objection.  Form.
 6            THE WITNESS:  We --
 7   BY MR. FELDMAN:
 8       Q    Okay.  Hold on.  We're playing games.
 9            When did you meet Mr. Tim Sykes?  That's the
10   question.
11            MR. COLWELL:  Better question.
12            THE WITNESS:  Approximately -- well, let me
13       ask you, define "meet."
14   BY MR. FELDMAN:
15       Q    You, Zachary Westphal.
16            You seriously don't know what the word me --
17       A    Approximately -- approximately 2019,
18   approximately.
19       Q    How did you meet him?
20       A    I emailed him.
21       Q    Why did you email him?
22       A    I saw him on tv.
23       Q    And what was it that you emailed to him about?
24       A    I can't recall the email.
25       Q    Okay.  As a result -- you don't know what the
```

Zachary Westphal
May 14, 2021

```
 1    topic of the email was?

 2            MR. COLWELL:  It's a 12-year-old email.

 3       That's your question.

 4            MR. FELDMAN:  You're doing it again.

 5            Gabriel, listen, you're an experienced lawyer.

 6       Okay?  We don't need your editorial comments.  We

 7       both know -- the rules are strict.  Objection to

 8       form.  Not another word unless you're going to

 9       assert privilege.  Okay?

10            I don't know you and I don't want to -- I

11       respect you and your firm, good firm, all of it.  I

12       don't want to get into this kind of nonsense.  Just

13       objection to form.

14            MR. COLWELL:  I don't know you, Jeff.  I'm

15       just trying to get you a cleaner record.

16            MR. FELDMAN:  I don't need anything further.

17       You know, if I'm making mistakes, you'll just bring

18       them to the Court and explain why I made a mistake

19       and you should win.  I'll take that risk.

20            You just say object to form and nothing else.

21   BY MR. FELDMAN:

22       Q    Mr. Westphal, you don't remember the topic of

23   the email that you sent to Mr. Sykes; is that right?

24       A    I believe it was I liked him on the tv show.

25       Q    Great.
```

Zachary Westphal
May 14, 2021

```
 1        A     Or tv.

 2        Q     Okay.  So as a result of that email, did you

 3   develop a relationship with Mr. Sykes?

 4        A     Yeah.

 5        Q     What kind of relationship?

 6        A     Marketing.

 7        Q     Okay.  Tell me about your initial marketing

 8   relationship with Mr. Sykes.

 9        A     I helped him with marketing.

10        Q     Okay.  How did you help him?

11        A     Helped with marketing, market research, get on

12   tv shows, publicity.

13        Q     Did you do that as an independent contractor?

14   As his employee?  As his partner?

15              MR. COLWELL:  Objection.  Form.

16              THE WITNESS:  Can you ask that again, Jeff?

17   BY MR. FELDMAN:

18        Q     Was -- Jewmon -- Jewmon Enterprises was the

19   first company that you and Mr. Sykes formed, correct?

20        A     Yes.

21        Q     The company was formed in 2012, correct?

22        A     If that's what the record says.

23        Q     You don't have a recollection?

24        A     Of the date or year when it was formed, I do

25   not.  But 2012 sounds reasonable.
```

Zachary Westphal
May 14, 2021

```
1        Q     Hold on.  Let me -- okay.

2              Can we agree that before you and Mr. Sykes

3    formed Jewmon, you had -- you were not owners in any

4    other business, correct?

5        A     I don't know what businesses he owned.

6        Q     Okay.  Mr. Westphal, could you tell me what

7    services you provided to Mr. Sykes before he -- you and

8    he formed Jewmon?

9        A     As I stated prior, mostly marketing.

10       Q     And did you do that for him individually or

11   did you do it for one of his companies?

12       A     I did it as an independent contractor.

13       Q     For him or for one of his companies or both?

14       A     I'd have to go back and look.

15       Q     You don't --

16       A     Can you -- can you -- can you distinguish him

17   versus company, what you're -- an example or what you're

18   getting at?

19       Q     No.  You don't -- you cannot distinguish

20   between him individually as a person versus performing

21   services for a company?  You're incapable of

22   distinguishing between those two things?

23             MR. COLWELL:  Objection.  Form.

24             THE WITNESS:  I helped his company.

25   BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

```
 1        Q    So if you knew that you helped his company,

 2   why did you ask me to clarify the difference between him

 3   and his company?  Why didn't you just answer my

 4   question?

 5        A    Your question was fairly vague, so you asked

 6   it the second time.

 7        Q    Okay.  Which company did you -- were you

 8   performing independent contractor services for?

 9        A    Millionaire Media.

10        Q    So Millionaire Media was the first Tim Sykes

11   company you performed services for?

12        A    I believe so.

13        Q    And those were marketing services?

14        A    Yeah.

15        Q    And how long did you perform marketing

16   services for Millionaire Media before he and -- before

17   you and he formed Jewmon?

18        A    Approximately two years, maybe, a year.

19        Q    Why did you and Mr. Sykes -- strike that.

20             Why did you decide to form Jewmon Enterprises

21   with Mr. Sykes?

22        A    To create a marketing company.

23        Q    Uh-huh.  And -- and did Jewmon after being

24   formed actually engage in marketing?

25        A    Could you be more specific, please?  Like,
```

Zachary Westphal
May 14, 2021

1    what kind of marketing or --

2         Q    No.

3         A    Yes, it did.

4         Q    Okay.  So if you understood it, then why did

5    you ask for clarification?

6              MR. JAFFE:  Objection.

7              THE WITNESS:  Marketing is a very general

8         statement.

9    BY MR. FELDMAN:

10        Q    Do you realize that this video is going to

11   potentially be shown to a U.S. District Court Judge and

12   a jury sitting in his courtroom?  Do you understand that

13   that's what's going on here today?

14        A    Yes.

15        Q    And is it your intention to project yourself

16   as someone who has memory problems on virtually every

17   question I'm asking you?

18             MR. COLWELL:  Objection to form.

19   BY MR. FELDMAN:

20        Q    Is that what you want to project to the judge

21   in this case and to the jury in this case?

22             MR. JAFFE:  Objection.  Argumentative.

23             MR. COLWELL:  Yeah.  A better question, ask a

24        better question.

25   BY MR. FELDMAN:

Zachary Westphal
May 14, 2021

1      Q     Can you answer that?

2      A     About the -- which question am I answering?

3      Q     Okay.  Mr. Westphal, what kind of marketing

4   did Jewmon Enterprises do after it was formed?

5      A     Internet marketing.

6      Q     What did it sell?

7      A     Affiliate marketing.

8      Q     I don't know what that means.  Could you tell

9   me what that means?

10      A     Promotes a -- generally affiliate marketing

11   means promoting a product or a service and getting paid

12   a percentage or a commission of the sale.

13      Q     So you marketed third-party products and

14   services -- strike that.

15            Jewmon Enterprises marketed third-party

16   products and services, correct?

17      A     It did.

18      Q     All right.  And were those products and

19   services in one industry or multiple industries?

20      A     I believe finance.  I'd have to --

21      Q     You don't remember?

22      A     Finance.

23      Q     Are you sure or is it a little foggy?  Are you

24   foggy on this answer or do you know the answer?

25      A     Finance.

Zachery Westphal
May 14, 2021

```
 1        Q     Okay.  That's good.  That's better.  Okay?

 2        A     You like it?

 3        Q     Yeah, I like it when you're direct and you

 4   don't spend a lot of time answering questions that you

 5   know the answers to.

 6              MR. COLWELL:  This whole line is

 7        argumentative.

 8              MR. FELDMAN:  So let's -- let's move forward.

 9        All right?

10   BY MR. FELDMAN:

11        Q     Now, you said that the services, the

12   third-party services were finance services.  What kind

13   of finance services?

14        A     Publishing services.

15        Q     Books?

16        A     Newsletters.  Not really books.  We didn't

17   affiliate market for books.

18        Q     And what market did you sell -- did you sell

19   these publishing products to?

20              MR. COLWELL:  Objection.  Form.

21   BY MR. FELDMAN:

22        Q     Who were your customers?

23        A     Sorry.  Can you -- I didn't hear that

24   actually.

25        Q     Who were the customers of these products that
```

Zachery Westphal
May 14, 2021

 1   you were marketing?

 2              MR. COLWELL:  Objection.  Form.

 3              THE WITNESS:  I don't know the customers.

 4   BY MR. FELDMAN:

 5       Q    Let me try it this way:  Were you marketing

 6   these products to investors and traders?

 7              MR. COLWELL:  Objection.  Form.

 8              THE WITNESS:  Some yes, some no.

 9   BY MR. FELDMAN:

10       Q    Okay.  Now, did there come a point in time

11   where Jewmon contacted a company called EquityFeed?

12       A    I do not recall how that relationship started.

13       Q    But you do recall --

14       A    It could have --

15       Q    You do recall that a relationship was started,

16   correct?

17       A    Yes.

18       Q    And we can agree that that relationship

19   started with Jewmon and EquityFeed Corporation, correct?

20       A    Yeah.

21       Q    And you know today that EquityFeed Corporation

22   is Scanz Technologies, Inc., correct?

23       A    Uh-huh.

24       Q    Now, tell me what you remember of the

25   formation of the relationship between Jewmon Enterprises

Zachary Westphal
May 14, 2021

1   and EquityFeed Corporation.

2       A    Could you be more specific on "formation,"

3   please?

4       Q    You don't know what the word formation means,

5   sir?

6       A    Can you reask the question?

7       Q    No.  I'm asking, do you know what the word

8   formation means?

9       A    Form.

10      Q    You have got a degree, a Bachelor's Degree in

11  business, and you have a Master's Degree in business,

12  right?

13      A    That's correct.

14      Q    Tell me, in all that education that you have,

15  did you ever learn what the word formation means?

16      A    I'd have to go back through my books, but yes.

17      Q    As you sit here today, holding a Bachelor's

18  Degree and a Master's Degree, you don't know what the

19  word formation is; is that right?

20          MR. COLWELL:  Objection.  Form.

21          THE WITNESS:  Form.  Started.

22  BY MR. FELDMAN:

23      Q    Do you know what the word formation means,

24  Mr. Westphal, yes or no?

25      A    Yes.

Zachary Westphal
May 14, 2021

1        Q     Thank you.  Okay?

2              So when did the relationship -- when was the

3      relationship between Jewmon Enterprises and EquityFeed

4      Corporation formed?

5        A     I'd have to look at the contract.

6      Approximately either 2012 or 2013, I believe.

7              MR. FELDMAN:  Elad, would you put up the

8          license agreement, please?

9              MR. BOTWIN:  Yes.

10             MR. FELDMAN:  And this is a -- is there a

11         confidentiality designation on this, Elad?

12             MR. BOTWIN:  No, because this was -- this is

13         from the docket.

14             MR. FELDMAN:  Okay.  Would you put it up,

15         please.

16             MR. BOTWIN:  Yes.

17             MR. FELDMAN:  And is this a new exhibit or an

18         existing exhibit?

19             MR. BOTWIN:  This is not an existing exhibit,

20         because the previous version of the licensing

21         agreement that we used as an exhibit was marked up.

22         This has not been marked up.

23             MR. FELDMAN:  This will be Exhibit 24.

24             (Exhibit No. 24 was marked for

25         identification.)

Zachery Westphal
May 14, 2021

```
 1              MR. FELDMAN:  Go to the first page, please.

 2              MR. BOTWIN:  The first page is just the

 3         Exhibit A label.

 4    BY MR. FELDMAN:

 5         Q    I'm showing you --

 6              MR. FELDMAN:  Then second page, please.

 7    BY MR. FELDMAN:

 8         Q    Showing you Exhibit 24.  It's entitled,

 9    Software License and Services Agreement.

10              Do you see that?

11         A    Yes.

12         Q    Do you recognize this document as the Software

13    License and Service Agreement between EquityFeed and

14    Jewmon?

15              MR. COLWELL:  I'll just note for the record

16         that we've only seen the first page of this.

17              MR. FELDMAN:  We can --

18              MR. COLWELL:  Do you want to publish --

19              MR. FELDMAN:  -- scroll through the balance of

20         the document, then I'll reask the question.

21              Please, Elad.

22              MR. BOTWIN:  I have uploaded this document to

23         the chat.  If you cannot access it, I can stop

24         sharing and then you can check the chat for the

25         document.
```

Zachary Westphal
May 14, 2021

```
 1                    MR. COLWELL:  Maybe this would be easier.

 2                    MR. FELDMAN:  Scroll down.

 3                    MR. COLWELL:  Can you open that document?  Can

 4          you do that?

 5                    THE WITNESS:  Yeah, hold on one second.

 6                    It's in chat, you said?

 7                    MR. BOTWIN:  Yes.  41-1.pdf.

 8                    THE WITNESS:  All right.  Give me a sec here.

 9                    Do not have permission to save.

10                    MR. COLWELL:  I don't think he can open it.

11          Do you want to just scroll through it perhaps?

12                    THE WITNESS:  This won't give me permission to

13          save it.

14   BY MR. FELDMAN:

15          Q    Have you had a chance to now see the entire

16   document?

17          A    Yes.

18          Q    Would you agree that this is a true and

19   accurate copy of the Software License and Services

20   Agreement between Jewmon and EquityFeed?

21          A    Yes.

22          Q    And would you agree that the document is dated

23   April 10, 2013, correct?

24          A    That's what it says, yes.

25                    MR. FELDMAN:  Okay.  Go --
```

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2        Q    Now, using the date on this document, can you

3    tell me -- can you better tell me when the relationship

4    between EquityFeed and Jewmon began?

5        A    So the date of the document is the 10th of

6    April, 2013.  I don't know exactly when it started.  I'd

7    assume in the year 2013, first part of it possibly.

8        Q    The first part of 2013 or the last part of

9    2012?

10       A    Okay.

11       Q    Is that what you're saying?

12       A    Yeah.  That's approximately that time, yes.

13       Q    Okay.  And understanding you don't know who

14   initiated -- strike that.

15           You do not know who initiated the first

16   contact between the two companies?

17       A    I do not recall who initiated -- I do not

18   recall who initiated the first contact.

19       Q    Understanding that, do you have any

20   recollection of the conversations that ensued between

21   the two companies after the first contact?

22       A    I don't have a recollection of all, because I

23   don't know all the conversations, but I do have a

24   recollection of some.

25       Q    Tell me what you recall, please.

Zachary Westphal
May 14, 2021

```
 1        A     I recall conversations with Stephan --
 2   Stephan.
 3        Q     And you're talking about Stephan Touizer,
 4   correct?
 5        A     Yes.
 6        Q     Okay.  And can you tell me what you recall of
 7   those conversations?
 8        A     Generally about doing a deal.
 9        Q     What was the deal?
10        A     A white label software deal.
11        Q     Okay.  And what does the word -- what do the
12   words white label mean in this context?
13        A     Promote a product with a white label on it.
14        Q     So would it be -- the product that was being
15   promoted was a product that EquityFeed had at that time,
16   correct?
17        A     Yeah.
18        Q     And that was -- the product was a -- a trading
19   software that was being marketed to traders and
20   investors, correct?
21        A     I don't know how they marketed it, but it was
22   a trading software.
23        Q     It was a trading software.  All right.
24              And what -- and then the -- could you explain
25   the correlation between that software and the business
```

Zachary Westphal
May 14, 2021

```
 1   deal that was being discussed?

 2              MR. COLWELL:  Objection.  Form.

 3              MR. FELDMAN:  I'll rephrase it.

 4              THE WITNESS:  Yeah, thank you.

 5   BY MR. FELDMAN:

 6        Q    What, if any -- what, if any, correlation was

 7   there between the EquityFeed software and the deal that

 8   EquityFeed and Jewmon were discussing?

 9        A    The correlation was a white label agreement.

10        Q    And so does white label mean that the same

11   product that EquityFeed had was going to be marketed

12   under a different name?

13        A    Yeah.

14        Q    And was that name StocksToTrade?

15        A    It's the name that was used, yeah.

16        Q    And so the business deal that ended up being

17   discussed was a deal by which Jewmon would market

18   EquityFeed's trading software under the name

19   StocksToTrade, correct?

20        A    No.  It was to market a white label version,

21   not EquityFeed.

22        Q    Got it.  Okay.  So could you -- can you

23   explain in as simple terms as possible what -- what it

24   meant to market a white label version of the EquityFeed

25   trading software?
```

Zachary Westphal
May 14, 2021

1        A      Promote it.

2        Q      And promote it under the name StocksToTrade,

3   as opposed to EquityFeed?

4        A      That is correct, yes.

5        Q      All right.  And the license agreement that's

6   in front of us, Exhibit 24, is the written confirmation.

7   It is -- strike that.

8               The Software License and Service Agreement is

9   the deal that the two companies struck with regard to

10  that -- oh, man, I'm getting tired.  Sorry.

11              Is the Software License and Service Agreement

12  that's on the screen, Exhibit 24, the agreement that the

13  companies signed, the two companies signed with respect

14  to this opportunity?

15       A      Yes.

16       Q      And this agreement has all of the terms that

17  the two companies agreed to with respect to this

18  opportunity, correct?

19       A      I believe so.

20       Q      There's no other document that has terms

21  pertaining to this deal, other than this document,

22  correct?

23       A      Not that I'm aware of.

24              MR. COLWELL:  Jeff, I have a question.  The --

25       Exhibit 24 is only signed by one party.

Zachary Westphal
May 14, 2021

```
 1              Is your client representing that this is the
 2        contract itself, they just don't happen to have a
 3        fully executed version of it?
 4              MR. FELDMAN:  That is my understanding.  But
 5        on the break, just to make sure there's no issue
 6        with that, we'll get that confirmed.  I believe
 7        that is correct.  It has Mr. Sykes' signature on
 8        it.
 9              All right?  We'll get that cleared up.
10              MR. COLWELL:  Thank you.
11   BY MR. FELDMAN:
12        Q    So who negotiated this agreement for Jewmon?
13        A    Myself.
14        Q    Okay.  And could you tell me, once -- once the
15   deal -- strike that.
16              Once you guys reached the deal, how was it
17   implemented?  What actually happened?
18              MR. COLWELL:  Object to form.
19              You can answer.
20              MR. FELDMAN:  You can take the exhibit down
21        now, Elad.
22              THE WITNESS:  All right.  Hold on.
23              Sorry, Jeff.  Can you just ask it one more
24        time?  Sorry for making you be repetitive.
25   BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

```
 1        Q    How was the deal implemented?

 2             MR. JAFFE:  Objection to the form.

 3             THE WITNESS:  I don't recall the exact

 4        details.  It's been a very long time.  I'd assume

 5        both sides had a list of instructions and

 6        implemented it.

 7   BY MR. FELDMAN:

 8        Q    Is that the best answer you can give?

 9             MR. JAFFE:  Objection.  Argumentative.

10   BY MR. FELDMAN:

11        Q    I'm asking, is that all -- is that the only

12   recollection you have on how the parties implemented

13   this agreement?  That's a yes or no.

14        A    I mean, there was -- there's feedback going

15   on.

16             There was updating URLs, DMS settings, DNS

17   settings.

18        Q    Okay.  Well, that's certainly a -- you're

19   starting to get a better recollection here.

20             So let's see if we can find some --

21             MR. COLWELL:  We're getting a lot -- we're

22        getting a lot of feedback.

23             THE WITNESS:  Is that me?  Do you guys hear it

24        from me?

25             MR. COLWELL:  Yeah.  It's actually just
```

Zachary Westphal
May 14, 2021

```
 1        changed now.  We have a lot of feedback.  I think

 2        that's confusing the record here.

 3             MR. FELDMAN:  Let's -- let's try it again.

 4   BY MR. FELDMAN:

 5        Q    Was a -- was a domain name registered to help

 6   implement the deal between Jewmon and --

 7        A    No.

 8        Q    -- EquityFeed?

 9             I'm sorry?

10        A    No.

11        Q    Well, was -- was there a StocksToTrade.com

12   domain name used in relation to this agreement?

13        A    Yeah.

14        Q    Okay.  How was it used?

15        A    Like a website.

16        Q    Okay.  Tell me about the website.

17        A    It had web pages, ed hosting.

18        Q    What was the website called?

19        A    StocksToTrade.com.

20        Q    And what was the content of that website?

21        A    General content.  I'd have to go back and

22   look.

23        Q    You don't remember anything other than, quote,

24   unquote, general content?  That's the best -- that's all

25   you remember?
```

Zachary Westphal
May 14, 2021

1      A     Marketing content.

2      Q     And what was being marketed?

3      A     White label.

4      Q     What white label?

5      A     StocksToTrade white label of EquityFeed or

6   Jewmon.

7      Q     Okay.  So would it be correct -- would the

8   following be correct:  That in furtherance of a license

9   agreement, the parties worked together to set up a web

10  page at StocksToTrade.com on which Jewmon marketed the

11  white label software that EquityFeed created in

12  furtherance of the license agreement?  Is that accurate?

13     A     I don't remember the details of the setup, but

14  both sides probably coordinated on it to set up the

15  website.

16     Q     Okay.  Let's try it this way.  I need to

17  understand what the parties set up, what they did once

18  they had a contract.

19           What did they do to implement the contract and

20  to begin to do business?

21     A     Okay.  Which parties, to start.

22     Q     The parties to the contract.

23     A     Jewmon -- I can't speak to EquityFeed.

24           Jewmon put a web page up, a wire frame,

25  material, information, a sales page and clickable

Zachary Westphal
May 14, 2021

1    buttons for purchasing.

2        Q    And that web page was at StocksToTrade.com,

3    correct?

4        A    Yes.

5        Q    And Jewmon owned that domain name?

6        A    I believe so.

7        Q    And then when someone went to

8    StocksToTrade.com, when they -- when they landed on the

9    web page, were they then given an opportunity to click

10   through to the white label EquityFeed software?

11       A    Can you define click through to the software?

12   Sorry to be specific, but it's actually --

13       Q    You don't know what the word click through or

14   the phrase click through means?

15       A    Well, it's clicking, right?  So...

16       Q    I'm asking, did they have -- did someone who

17   landed on the StocksToTrade.com web page have the

18   ability by pressing a button on that web page to go to

19   then the white label software that EquityFeed was

20   providing under the -- under the agreement?

21           MR. JAFFE:  Objection to the form.

22   BY MR. FELDMAN:

23       Q    Go ahead.

24       A    They had the ability to subscribe to it.

25       Q    Okay.  So on the web -- on the web page was a

Zachary Westphal
May 14, 2021

1    subscription button; is that fair to say?

2        A    Yeah.

3        Q    And if you pressed -- if someone pressed the

4    subscription button, what happened?

5        A    I don't recall the exact process.

6        Q    Well, tell me what you do --

7        A    You would get to a -- a download page.  And

8    then they would download or open the white label

9    version.

10            MR. FELDMAN:  Elad, could you put up the

11       disclaimer, please?

12            MR. BOTWIN:  The disclaimer?

13            MR. FELDMAN:  I think it is number -- well,

14       hold on a second.

15            MR. COLWELL:  Jeff, how much more do you have

16       here?  We've been going for a half hour.  We were

17       going to take a lunch break.

18            MR. FELDMAN:  I would say that I need about

19       another 15 minutes.

20            MR. COLWELL:  Let me ask the witness.

21            THE WITNESS:  Yes.

22            MR. COLWELL:  Are you okay for another 15?

23            MR. BOTWIN:  Okay.  I found it.

24            I will upload it and then screen share once

25       everybody has it.

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  I can't open, so you'll have to

 2        screen share it.

 3              MR. BOTWIN:  Okay.

 4              When everybody is ready, I will begin screen

 5        share.

 6              MR. FELDMAN:  Would you, please.

 7              MR. BOTWIN:  Okay.  And I believe we will

 8        enter this as Exhibit 25.

 9              (Exhibit No. 25 was marked for identification

10        purposes.)

11              MR. FELDMAN:  That's right.

12              MR. BOTWIN:  If I'm tracking the order

13        correctly.

14    BY MR. FELDMAN:

15        Q    Do you recognize Exhibit 25?

16        A    No.

17        Q    Would you -- would you read it, please?

18              THE WITNESS:  Elad, can you zoom in a little

19        bit more, please.

20              MR. BOTWIN:  Yes.

21              THE WITNESS:  Let me move my --

22              MR. FELDMAN:  And I'd ask you to pay

23        particular attention to the last paragraph.

24              THE WITNESS:  Okay.

25    BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

1      Q    Let me know when you're ready.

2      A    Okay.

3      Q    In the last paragraph of the document -- well,

4  first, would you agree that this is a page from the

5  StocksToTrade website that was created under the

6  EquityFeed/Jewmon license agreement?

7           MR. COLWELL:  Objection.  Form.

8           THE WITNESS:  I believe so.  I've never seen

9      it.

10 BY MR. FELDMAN:

11     Q    Is it -- is it you believe so or is it, I've

12 never seen it?  Because --

13     A    I've never seen this page.

14     Q    Okay.  You have no -- actually, would it be

15 more to say you don't -- you don't remember seeing the

16 page?

17     A    I don't have recollection of this page.

18     Q    Going -- understanding that, going to the last

19 paragraph.

20          MR. FELDMAN:  Elad, if you can make it smaller

21     so that I could see it, because it's being covered

22     by the -- a little bit smaller, please.  Okay.

23     There you go.  Right there.

24          It says -- no.  Smaller, please.  I need it --

25          MR. BOTWIN:  The .pdf is not being too

Zachary Westphal
May 14, 2021

```
 1        compliant.
 2             MR. FELDMAN:  Just leave it right there,
 3        please.
 4             MR. BOTWIN:  Okay.
 5   BY MR. FELDMAN:
 6        Q    "StocksToTrade software is powered and
 7   delivered by EquityFeed.com."
 8             Do you agree with that statement, that the --
 9   that the StocksToTrade software was powered and
10   delivered by EquityFeed.com?
11        A    I didn't write that.
12        Q    I understand you didn't write it, but do you
13   agree that that is a truthful statement?
14        A    Powered by EquityFeed.  I don't know about
15   EquityFeed.com.
16        Q    It's a yes or no.
17        A    EquityFeed provided the white label.
18        Q    I'm sorry?
19        A    EquityFeed provided the white label.
20        Q    So what you would agree to is that EquityFeed
21   provided the white label software that's being
22   marketed -- that was being marketed on the StocksToTrade
23   website, correct?
24        A    Yes.
25        Q    And that StocksToTrade did not provide any
```

Zachary Westphal
May 14, 2021

1  software at all under that agreement, correct?

2      A    Under that agreement, correct.

3      Q    The only software that was provided under that

4  agreement came from EquityFeed, correct?

5      A    Yes.

6      Q    Okay.  The second sentence, "When you," quote,

7  "When you subscribe to StocksToTrade, your relationship

8  is directly with EquityFeed.com."

9           Do you agree that that statement is -- was

10  accurate?

11     A    For the software access, yes.

12     Q    Okay.  So if someone hit the subscribe button

13  and they subscribed, they were forming a relationship

14  with EquityFeed directly, correct?

15     A    They were forming a relationship with the

16  white label product.

17     Q    Well, you don't form a relationship with a

18  product.  You form a relationship with a company that's

19  marketing the product.

20     A    I disagree.  They formed a relationship, their

21  perception, I'd assume, was the white label product.

22     Q    Okay.  It then goes on to say, "You understand

23  and agree that StocksToTrade.com is not responsible for

24  the delivery, quality or support of the StocksToTrade

25  software."

Zachary Westphal
May 14, 2021

```
 1              Is that -- do you agree with that statement?

 2        A     We did not deliver or do support or quality.

 3        Q     Who is "we?"

 4        A     Sorry.  Jewmon.

 5        Q     Okay.  And then it says, "Please contact

 6   EquityFeed.com directly for customer service, billing,

 7   technical support or any other inquiries with regard to

 8   the StocksToTrade software."

 9              Do you agree with that statement?

10        A     I didn't write it.  That statement is on the

11   terms or on the disclaimer portion of the website.

12        Q     Agreed.  But from your memory, you know that

13   once a -- once a customer hit the subscribe button, they

14   were subscribing to the white label software, correct?

15        A     They were, yes.

16        Q     And that white label software was owned by

17   EquityFeed, correct?

18        A     They provided the white label, yes.

19        Q     And so at the end of the day, the party that

20   was responsible for servicing that software was

21   EquityFeed, correct?

22        A     Servicing the fulfillment, customer support,

23   and billing and technical support, yes.

24        Q     Okay.  So once a customer subscribed, all of

25   the remaining services were done by EquityFeed, correct?
```

Zachary Westphal
May 14, 2021

```
 1              MR. COLWELL:  Objection.  Form.

 2              THE WITNESS:  Can you please explain which

 3      services?

 4   BY MR. FELDMAN:

 5      Q    Yes.  The delivery of the software and the

 6   customer's use of the software.

 7      A    They provided the white label that they were

 8   on, the white label version, and not on the EquityFeed

 9   version.

10      Q    Understand that.  But at the end of the day,

11   understanding that the customer was on the white label

12   version of the EquityFeed software, all -- all -- once

13   the client subscribed to the white label software, all

14   of the services thereafter came from EquityFeed,

15   correct?

16      A    I believe so.

17      Q    The ownership of the white label software was

18   solely that of EquityFeed, correct?

19      A    I believe so.

20      Q    And, in fact, all that happened here was that

21   EquityFeed took its software, trading software product

22   and replicated it so that it showed a StocksToTrade

23   logo?

24              MR. COLWELL:  Objection to form.

25   BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

1    Q    And other than branding the software with

2 StocksToTrade, it was the same product as EquityFeed's

3 product, correct?

4    A    I -- I don't recall.  We had the white label

5 version, is what we used, and that's what I was familiar

6 with.

7    Q    And you didn't -- you don't have an

8 understanding whether the white label version was

9 identical to the EquityFeed version, but for the fact

10 that the white label was branded under StocksToTrade?

11         MR. JAFFE:  Form.

12         MR. COLWELL:  Objection to form.

13 BY MR. FELDMAN:

14    Q    Is that -- is that accurate?

15    A    Identical, I don't know.

16         MR. FELDMAN:  Okay.  Why don't we -- why don't

17    we break here and then we'll pick it up in one

18    hour.  What time is it now?  It's 12:30.  We'll

19    commence 1:30 Pacific time, 4:30 our time.

20         MR. COLWELL:  Thanks.

21         VIDEOGRAPHER:  We are now going off the video

22    record.  The time is 7:30 p.m. UTC, 12:30 p.m. PDT.

23         (Lunch recess.)

24         VIDEOGRAPHER:  We are now back on the video

25    record.

Zachary Westphal
May 14, 2021

```
 1              The time is 8:33 p.m. UTC, 1:33 p.m. PDT.

 2              We have 4 hours, 33 minutes left, Counselor.

 3    BY MR. FELDMAN:

 4        Q    Okay.  All right.  Mr. Westphal, first, I hope

 5    you had a good lunch.

 6        A    Not Wienerschnitzel.

 7        Q    Let's get back to it.

 8              So who created the StocksToTrade website or

 9    web page?  Who actually created it?

10        A    To the -- the best of my knowledge, create,

11    Dustin.

12        Q    I'm sorry?

13        A    Dustin.

14        Q    And what is Dustin's last name?

15        A    Lumsden.

16        Q    And who is he?

17        A    A designer.

18        Q    Would you spell his last name, please?

19        A    Sure.  It is L-U-M-S-D-E-N.

20        Q    Okay.  And before -- was -- was the website

21    and the white -- the white label software, was it ever

22    in a beta stage or did it just go live?

23        A    I don't recall.

24        Q    Okay.  When is the first time that you saw

25    EquityFeed's market scanning software?
```

Zachary Westphal
May 14, 2021

 1        A    I'd assume in 20 -- end of 2012 or starting of

 2    2013.

 3        Q    Okay.  And how was it that you saw it?  How

 4    were you able to gain access to it?

 5        A    Well, EquityFeed.com, the company, as far as

 6    the software itself, I can't recollect when I saw that.

 7    As far as the software, I believe it may have been when

 8    it was white labeled.

 9        Q    I don't understand what you're -- let me --

10    let me go back.

11        A    Sure.

12        Q    We saw that the agreement was in April of

13    2013, right?

14        A    Yes.

15        Q    Before April 2013, had you seen EquityFeed's

16    market scanning software?

17        A    I don't recall.

18        Q    Well, I mean, somebody saw or -- somebody saw

19    something, because you all were obviously attracted to

20    it; otherwise, you would not have done a deal, right?

21        A    Yeah, yes, we were aware of them.

22        Q    Right.  So what I'm trying to understand is

23    when you and/or Mr. Sykes first worked with or saw my

24    client's market scanning software.

25              MR. COLWELL:  Objection.  Form.

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  I cannot speak for Tim.

 2   BY MR. FELDMAN:

 3       Q    Okay.

 4       A    As far as when I saw it, it could have been

 5   prior to the agreement.  I can't remember.  For sure,

 6   you know, during the white label process.

 7       Q    Okay.

 8       A    But I'm not a stock trader.  I don't use these

 9   tools.

10       Q    Okay.  And that's actually a good point.  I'll

11   refer to the white label software, it really is a white

12   label software tool, correct?

13       A    It is a white label, yes.

14       Q    But at the end of the day, the software was

15   used as a tool by people who wanted to scan the market

16   to find good equities to buy, correct?

17       A    I don't know the end user's intention, but

18   people that wanted to look at stocks.

19       Q    Okay.  All right.  Now, do you remember when

20   the white label software tool went live and when the web

21   page went live?

22       A    I don't recall the date.

23       Q    Was it before or after the license agreement?

24       A    I don't recall.

25       Q    Okay.  Now, how long did the relationship last
```

Zachary Westphal
May 14, 2021

```
1    between EquityFeed and Jewmon, this white label

2    relationship?

3         A    I do not have the dates in front of me.

4         Q    There was a Termination Agreement, wasn't

5    there?

6         A    Excuse me?

7         Q    There was a Termination Agreement entered

8    into, wasn't there?

9         A    Yes.

10        Q    And I can put the document up.

11             MR. FELDMAN:  Actually, Elad, would you put up

12        the Termination Agreement, please?

13             MR. BOTWIN:  Yes.  Please give me one moment.

14   BY MR. FELDMAN:

15        Q    So while Elad is doing that, Mr. Westphal,

16   were you ever a subscriber to EquityFeed?

17        A    I don't recall.  I have no recollection.

18        Q    You do not have any recollection of buying a

19   subscription to EquityFeed's market scanning software

20   tool?

21        A    No recollection.  I don't believe so.

22        Q    Did you ever buy or subscribe to it for the

23   benefit of anyone else?

24        A    No recollection.  No.

25        Q    Whenever --
```

Zachary Westphal
May 14, 2021

```
 1              MR. FELDMAN:  Elad, whenever you're ready, let
 2       me know, please.
 3              MR. BOTWIN:  Yes.  Please stand by.
 4   BY MR. FELDMAN:
 5       Q    Do you know a person named Tim Grittani?
 6       A    Yeah.
 7       Q    Who is he?
 8       A    He's a male, a person.
 9       Q    I'm sorry?
10       A    He's a person.
11       Q    Okay.  Is that -- is that your best answer,
12   he's a person?
13       A    Tim Grittani...
14       Q    Isn't that a little bit cute?  Isn't that
15   cute, sir?
16       A    Well, can you clarify the question about what
17   he is?
18       Q    I asked you if you know him.  You said yes.
19              I asked you, who is he?  And the intent of
20   that question was, what relationship do you have with
21   him?
22       A    Thank you.
23              He has been a student of Tim Sykes for quite
24   some time.
25       Q    Okay.  All right.
```

Zachary Westphal
May 14, 2021

```
 1              MR. FELDMAN:  Let's -- Elad, would you open up
 2       the document, please?
 3              MR. BOTWIN:  Yes.  And this, I believe, will
 4       be Exhibit 26.  And in the chat is 01-1.pdf.  It
 5       was filed with the Complaint in this lawsuit.
 6              (Exhibit No. 26 was marked for
 7       identification.)
 8              MR. FELDMAN:  If you could open it, please.
 9              MR. BOTWIN:  Yes.
10  BY MR. FELDMAN:
11       Q    Okay.  Do you recognize this document?
12              MR. FELDMAN:  By the way, we'll mark this
13       Exhibit 26.
14              THE WITNESS:  Can you scroll -- can you scroll
15       through the whole document, please.
16              MR. BOTWIN:  Yes, certainly.  And if you have
17       further instructions on showing you the document,
18       please tell me.
19              THE WITNESS:  Okay.  Thanks.
20  BY MR. FELDMAN:
21       Q    Can we agree, first, that this is a true and
22  accurate copy of the Termination Agreement between
23  EquityFeed and Jewmon Enterprises?
24       A    I have no reason to believe it's not.
25       Q    So is that -- are you agreeing that it is?
```

Zachary Westphal
May 14, 2021

1      A     Yeah.

2      Q     And can we agree that this Termination

3   Notice -- Agreement -- excuse me -- Termination

4   Agreement is dated, signed and dated April 2015,

5   correct?

6      A     The 23rd and 24th, yeah.

7      Q     Okay.  So the relationship ended on or about

8   April 23rd and 24th, 2015, correct?

9      A     Yeah.

10     Q     And your signature is on the document,

11  correct?

12     A     That's mine.

13     Q     I'm sorry?

14     A     Yes.

15         MR. COLWELL:  Sorry.  Go ahead, Jeff.

16  BY MR. FELDMAN:

17     Q     So the relationship --

18         MR. FELDMAN:  You can take it down now, Elad.

19  BY MR. FELDMAN:

20     Q     The relationship between EquityFeed and Jewmon

21  went for three years, correct?  I'm sorry.  Two years.

22     A     Yeah.

23     Q     April 2013 to April 2015.

24     A     According to those documents, yes.

25     Q     All right.  Now, tell me what you remember of

Zachary Westphal
May 14, 2021

1   how the relationship terminated.

2        A    If I recall correctly, it appeared that

3   Stephan said it was some kind of regulatory issue or

4   terms of service with NASDAQ, and they had to terminate

5   the relationship.

6        Q    Okay.  So it's -- and were you intending, that

7   is, was Jewmon Enterprises intending to terminate the

8   relationship before EquityFeed terminated it?

9        A    At the time, I can't recall my mindset at the

10  time.

11       Q    Isn't it true that you and/or Mr. Sykes had

12  decided prior to receiving the termination notice from

13  EquityFeed, that Jewmon Enterprises was going to

14  terminate the license agreement?

15       A    I cannot speak for Tim Sykes.  However,

16  because of several of the reasons that I brought up

17  earlier, yes.

18            MR. COLWELL:  Jeff, just a point of

19       clarification on this Exhibit 26, Termination

20       Notice, I know you said this is a true and accurate

21       copy.  Just looking at it in what Elad sent us, it

22       starts at paragraph 6, paragraph 8, and then it has

23       two pages of that.

24            Are you sure you have the complete document

25       here?

Zachary Westphal
May 14, 2021

```
 1              MR. FELDMAN:  Okay.  I appreciate the
 2         commentary.  So I'll continue the questioning.
 3   BY MR. FELDMAN:
 4       Q    All right.  So you answered yes, there was
 5   thought about terminating before EquityFeed terminated.
 6              How far in advance of termination notice from
 7   EquityFeed had you and/or Mr. Sykes decided to terminate
 8   the relationship?
 9              MR. COLWELL:  Objection.  Form.
10              THE WITNESS:  I cannot speak for Tim.  For
11         myself, it's such a long time ago, I really can't
12         recall.
13   BY MR. FELDMAN:
14       Q    Well, I mean, so -- Mr. -- I'm sorry --
15   EquityFeed gave notice in or about April 2015, right?
16       A    Yeah.
17       Q    And do you believe that -- certainly by April
18   you had already decided yourself to terminate, correct?
19              MR. JAFFE:  Objection.
20              MR. COLWELL:  Objection.  Form.
21              THE WITNESS:  Can you ask that again, Jeff,
22         please?
23   BY MR. FELDMAN:
24       Q    Certainly.  Would you agree that by
25   April 2015, you, Zachary Westphal, had decided to
```

Zachary Westphal
May 14, 2021

1    terminate the relationship?

2         A    At that time very unhappy with the

3    relationship for those reasons.  Before that, did I have

4    a -- that I decided, I cannot recall.

5         Q    Isn't it true that prior to April 2015 you had

6    already begun the development of your own market

7    scanning software prototype?

8         A    I'd have to look at the exact dates.

9         Q    I understand that.  But I'm asking if you have

10   a recollection.

11           Before -- before EquityFeed terminated in

12   April of 2015, do you have any recollection that -- that

13   Jewmon Enterprises had already begun developing its own

14   market scanning --

15        A    Yes.

16        Q    -- software prototype?

17        A    I have recollection we had began designing or

18   developing prior, yes.

19        Q    Okay.  How -- when did -- when did Jewmon

20   Enterprises begin to develop its own market scanning

21   software prototype?

22           MR. COLWELL:  Objection.  Form.

23           THE WITNESS:  I do not recall when we started

24       building a trading platform.

25   BY MR. FELDMAN:

Zachary Westphal
May 14, 2021

1    Q    Okay.

2    A    I have to go back and look.

3    Q    Well, let me --

4         MR. FELDMAN:  Elad, would you mind putting up

5    the prototype document, please?

6         MR. BOTWIN:  Yes.  One moment, please.

7         MR. FELDMAN:  I think it's 15, 15 on your

8    sheet.

9         MR. BOTWIN:  Okay.  That is entitled,

10   Prototype Source.

11        MR. FELDMAN:  That's right.

12        MR. BOTWIN:  Okay.  I shall upload it now.

13        MR. FELDMAN:  And what exhibit number will

14   this be?

15        MR. BOTWIN:  27.

16        (Exhibit No. 27 was marked for

17   identification.)

18        MR. FELDMAN:  Okay.  If we can open up Exhibit

19   27, please.

20        MR. BOTWIN:  Yes.  Please stand by.

21        I have just uploaded it.  It is now in the

22   chat.  And I will screen share momentarily.

23        MR. FELDMAN:  No.  This is the -- I need the

24   prototype.

25        MR. BOTWIN:  Just prototype?

Zachary Westphal
May 14, 2021

```
 1              MR. FELDMAN:  This is -- yeah, just prototype.

 2              MR. BOTWIN:  Okay.  I apologize.

 3              MR. FELDMAN:  No problem.  We're going to get

 4         to this one in a moment.

 5              MR. BOTWIN:  Since the previous one was

 6         entered as Exhibit 27, this will be entered as

 7         Exhibit 28.

 8              (Exhibit No. 28 was marked for

 9         identification.)

10              MR. FELDMAN:  Okay.  Got Exhibit 28 on the

11         screen.  If you could scroll down and show the

12         witness the entire document, please.

13    BY MR. FELDMAN:

14         Q    All right.  Do you recognize this document,

15    Exhibit 28?

16         A    No.

17         Q    Okay.

18              MR. FELDMAN:  If we can go to the bottom of

19         the page.

20    BY MR. FELDMAN:

21         Q    Do you recognize it as a document that came

22    from StocksToTrade, your company?

23         A    I've never seen this page.

24         Q    Okay.

25              MR. JAFFE:  Jeff, can I interrupt for a
```

Zachary Westphal
May 14, 2021

```
1    second?  I don't see a Bates Number.  Has this

2    document been produced in this case?

3         MR. FELDMAN:  No.  This document is a document

4    off the internet.  It's from your client's website.

5    It's your client's document, not mine.

6         MR. JAFFE:  So it's never been produced in the

7    case; is that right?

8         MR. FELDMAN:  I can't represent that.  I just

9    know that it's your -- it comes from your client.

10   It's your client's document.

11        MR. JAFFE:  From my client's -- from my

12   client's -- from StocksToTrade's current website

13   right now?

14        MR. FELDMAN:  It is on -- it is -- in fact,

15   there's a web address on the document,

16   StocksToTrade.com/new-version, yes.

17        MR. JAFFE:  But I see that.  But where did you

18   get it?

19        MR. FELDMAN:  Well, I don't need to answer

20   that.

21        MR. JAFFE:  Well, you do because this document

22   was responsive to our document request.

23        MR. FELDMAN:  Make your objection.  Make your

24   objection.  And then if you think something's

25   wrong, you'll make a motion.  But I'm not having a
```

Zachary Westphal
May 14, 2021

1          debate with you.

2                MR. JAFFE:  I'm not -- I'm not trying to

3          debate you.  I'm just trying to understand what the

4          document is.

5                MR. FELDMAN:  I'm not giving you any

6          information.  That's it.

7                MR. JAFFE:  Oh, okay.  That's fine.  So you're

8          going to show the witness a document that's never

9          been produced and you won't tell anyone where it

10         came from and you'll sandbag him.

11               MR. FELDMAN:  Your client --

12               MR. JAFFE:  That's great.  Go ahead.  Ask your

13         questions.

14               MR. FELDMAN:  It is your client's document.

15         Okay?

16    BY MR. FELDMAN:

17         Q    Now, do you understand the document,

18    Mr. Westphal?

19               MR. COLWELL:  Objection.  Form.

20               THE WITNESS:  Can you clarify what

21         "understand" means?

22    BY MR. FELDMAN:

23         Q    You don't know what the word understand is?

24         A    I do, but it's a very general question.

25         Q    Well, I'm asking, do you understand what this

Zachary Westphal
May 14, 2021

1    document is?

2         A    This looks like a web page.

3         Q    From who?  Whose web page?

4         A    It looks like it appears to be StocksToTrade.

5         Q    StocksToTrade is -- was -- is currently the

6    name of your company, correct?  StocksToTrade.com, Inc.,

7    correct?

8         A    Yeah.

9         Q    But StocksToTrade.com, Inc. wasn't formed

10   until June 2015, correct?

11        A    Correct.

12        Q    Right?  So if this document is from any time

13   before June 2015, then we know it's not a document in

14   relation to StocksToTrade.com, Inc., right?  Can't --

15   can't be a document for a company that wasn't formed

16   yet, right?

17             MR. COLWELL:  Objection.  Form.

18             MR. JAFFE:  Objection.

19             THE WITNESS:  Could you repeat the question,

20        Jeff?

21   BY MR. FELDMAN:

22        Q    Yeah.  I'm saying, if this document is dated

23   prior to June 2015, it would not be a document related

24   to StocksToTrade.com, Inc., right?

25             MR. COLWELL:  Objection.  Form.

Zachary Westphal
May 14, 2021

```
 1              MR. JAFFE:  Objection.

 2              THE WITNESS:  I don't know what it would be

 3        related to.

 4   BY MR. FELDMAN:

 5        Q    Well, it would be related to Jewmon

 6   Enterprises, wouldn't it?

 7              MR. COLWELL:  Objection.  Form.

 8              MR. JAFFE:  Objection.  No foundation.

 9              MR. FELDMAN:  Brett, all you need to say is

10        objection to form.  Okay?  That's the rule.

11              MR. JAFFE:  Thanks, Jeff.  Appreciate the

12        lesson.

13              MR. FELDMAN:  Even for Alston and Bird, it's

14        the rule.

15              MR. JAFFE:  I appreciate it.  Thank you.

16              MR. FELDMAN:  Object to form.  Okay? practice

17        that.

18              MR. JAFFE:  Thanks.

19   BY MR. FELDMAN:

20        Q    Now, Mr. Westphal, let's -- let's think about

21   this.  All right?  StocksToTrade.com, Inc. is not formed

22   until June 2015, right?

23        A    Right.

24        Q    Okay.  And the only company that used

25   StocksToTrade before StocksToTrade.com did, to your
```

Zachary Westphal
May 14, 2021

1    knowledge, was Jewmon Enterprises, right?

2        A    No.  The only company that had a white label

3    agreement was Jewmon.

4        Q    You would agree that before June 2015, Jewmon

5    -- before June 2015, Jewmon Enterprises had already been

6    using StocksToTrade, the phrase StocksToTrade?

7             MR. JAFFE:  Objection.

8    BY MR. FELDMAN:

9        Q    Correct?

10       A    Can you ask that again, please?

11       Q    Before June 2015, Jewmon Enterprises was using

12   the name, the phrase StocksToTrade, correct?

13       A    It used it, yes.

14       Q    Okay.  Now, to your knowledge, the -- you

15   don't know of any other company, other than Jewmon, that

16   was using StocksToTrade before June 2015, right?

17       A    I mean, Jewmon was using StocksToTrade.

18       Q    Before June 2015, right?

19       A    Yes.

20       Q    And you don't know of any other company that

21   was using it, using StocksToTrade before June 2015,

22   right?

23            MR. COLWELL:  Objection.  Form.

24            THE WITNESS:  Could be.  Unaware.

25   BY MR. FELDMAN:

Zachary Westphal
May 14, 2021

1       Q    I didn't ask you if it could be.

2            Do you have an awareness of any other company

3    that used StocksToTrade before June 2015, other than

4    Jewmon Enterprises, yes or no?

5            MR. COLWELL:  Objection to form.

6            THE WITNESS:  I do not.  I'm not aware of

7       another company --

8    BY MR. FELDMAN:

9       Q    Thank you.

10      A    -- that used the logo.

11      Q    Thank you.

12           MR. FELDMAN:  Elad, could you scroll down to

13      the white chart, please.

14           And can you enlarge the very last line of the

15      chart.

16           Okay.  And then -- yes, and if you would

17      scroll it up, please, just a little bit.

18           No, no, no.  Scroll down.  Sorry.

19   BY MR. FELDMAN:

20      Q    Mr. Westphal, are you -- are you looking at

21   the chart on the screen?

22      A    I can see it.

23      Q    And on the very bottom, the very bottom line,

24   it says, "Intraday, March 25, 2015."

25           Do you see that?

Zachary Westphal
May 14, 2021

```
 1        A    Yes.

 2        Q    This chart was made on March 25, 2015; isn't

 3   that right?

 4             MR. COLWELL:  Objection.  Form.

 5             THE WITNESS:  I didn't design it.  I don't

 6        know.

 7   BY MR. FELDMAN:

 8        Q    Well, I mean, you would agree that if the date

 9   March 25, 2015, is on here, it means that this chart was

10   in existence on that date, right?

11             MR. COLWELL:  Objection.

12             MR. JAFFE:  Objection.

13             THE WITNESS:  I wouldn't agree with that.

14   BY MR. FELDMAN:

15        Q    You wouldn't?

16        A    I didn't design it.

17        Q    So you would dispute that this document even

18   existed in 2015?  You dispute that?

19             MR. JAFFE:  Objection.

20             MR. COLWELL:  Objection.  Form.

21             THE WITNESS:  Dispute what?

22   BY MR. FELDMAN:

23        Q    Do you dispute that the -- that the exhibit on

24   the screen, Exhibit 28, existed in calendar year 2015?

25        A    I don't know when it existed.
```

Zachary Westphal
May 14, 2021

```
 1        Q    Okay.

 2        A    I didn't design it.

 3             MR. FELDMAN:  Elad, would you put up Exhibit

 4        27, which is the exhibit that has the code on it,

 5        please.

 6             MR. BOTWIN:  Yes.  Please stand by.

 7             MR. FELDMAN:  Okay.  This is Exhibit 27 that

 8        we're looking at.

 9             Is that correct, Elad?

10             MR. BOTWIN:  Yes.

11             MR. FELDMAN:  Okay.  Would you scroll through

12        the document for the witness, please.

13             MR. COLWELL:  I just note for the record

14        there's no Bates label on Exhibit 27.  It purports

15        to be computer code --

16             COURT REPORTER:  I'm sorry, Mr. Colwell, I

17        cannot hear you.

18             MR. COLWELL:  Great.  I'll restate.

19             I'll just note for the record Exhibit 27 has

20        no Bates label, has never been produced in this

21        case, and appears to purport to be some sort of

22        computer code that they're now attempting to scroll

23        through for the witness.

24             Go ahead.  Ask your question.

25        BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

```
1      Q    Do you see -- have you -- you would agree
2  you've now been shown the entire document.
3           MR. FELDMAN:  Keep that enlarged, please,
4      Elad.
5  BY MR. FELDMAN:
6      Q    You've seen the entire document now, right?
7      A    Yes, I believe so.
8      Q    And at the top of the document there's an
9  address, U-source: https://StocksToTrade.com-new -- I'm
10 sorry -- /new-version/.
11          That's -- that is your web address, isn't it?
12          MR. COLWELL:  Objection.  Form.
13 BY MR. FELDMAN:
14     Q    Isn't it?
15          MR. COLWELL:  Same objection.
16          THE WITNESS:  It's on the StocksToTrade URL.
17 BY MR. FELDMAN:
18     Q    And you're the owner of StocksToTrade.com,
19 right?  That's a yes or no.  Are you the owner?
20          MR. COLWELL:  Objection to form.
21          THE WITNESS:  One of them.
22 BY MR. FELDMAN:
23     Q    Great.  This is your -- this is your website,
24 isn't it?  Yes or no.
25          MR. COLWELL:  Objection.  Form.
```

Zachary Westphal
May 14, 2021

```
 1              MR. JAFFE:  Objection.

 2              THE WITNESS:  This is a page on the website.

 3   BY MR. FELDMAN:

 4       Q    Your website, correct?

 5              MR. COLWELL:  Objection.  Form.

 6              MR. JAFFE:  Objection.

 7   BY MR. FELDMAN:

 8       Q    Whose website is it?  Tell me.

 9              MR. COLWELL:  Objection.  Form.

10              THE WITNESS:  This page is -- looks to be on

11       StocksToTrade.

12   BY MR. FELDMAN:

13       Q    And that StocksToTrade.com web address was

14   either yours or your company's, Jewmon Enterprises,

15   correct?

16              MR. COLWELL:  Objection.  Form.

17              THE WITNESS:  It's an URL.  It's in the

18       StocksToTrade --

19   BY MR. FELDMAN:

20       Q    Are you going to answer my question?

21       A    Again --

22              MR. COLWELL:  Asked and answered.

23              THE WITNESS:  -- it's part of the website --

24   BY MR. FELDMAN:

25       Q    Do you dispute --
```

Zachary Westphal
May 14, 2021

```
 1        A    Part of URL.

 2   BY MR. FELDMAN:

 3        Q    Do you dispute that this web address was a web

 4   address that was connected to you and/or your company?

 5              MR. COLWELL:  Objection.  Form.

 6              THE WITNESS:  I've never seen this web address

 7       before.

 8              MR. FELDMAN:  Oh, okay.

 9              Now, could you scroll down, please.

10              If you would -- okay.  And hold it right

11       there.

12              And then -- no, no.  Right there.

13              And then enlarge the top paragraph, please.

14              Okay.  And right there.

15   BY MR. FELDMAN:

16        Q    Okay.  Now, we see on the form, we see a

17   caption, title, "Latest version-StocksToTrade."

18              Do you see that?

19        A    Yes.  I see it.

20        Q    So the words "latest version," does that tell

21   you anything?

22        A    No.

23        Q    Does it -- doesn't this tell you that what

24   we're looking at here is the -- is data associated with

25   the development of the new StocksToTrade prototype?
```

Zachary Westphal
May 14, 2021

```
 1              MR. COLWELL:  Objection.  Form.

 2              MR. JAFFE:  Objection.

 3   BY MR. FELDMAN:

 4       Q    Doesn't that tell you that?

 5              MR. COLWELL:  Objection.  Form.

 6              THE WITNESS:  I didn't write it.  I don't

 7       know.

 8              MR. FELDMAN:  If you go down to line 23.

 9              Can you highlight that line?

10              I'm sorry.  Make it line 24.  I apologize.

11              On line 24, Exhibit 27, can you highlight

12       that?

13              MR. BOTWIN:  It should -- it is highlighted on

14       my end.

15   BY MR. FELDMAN:

16       Q    Okay.  It says, "meta properties=article:

17   modified time, contents equal

18   2015-05-09T22:25:20+00:00."

19              Do you -- do you understand that there is a

20   date and time embedded in this document relating to

21   Exhibit 28?

22              MR. JAFFE:  Objection.

23              MR. COLWELL:  Objection.  Form.

24              MR. FELDMAN:  Let me -- yeah.  Let me rephrase

25       it.  Okay.
```

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2         Q    I'm representing to you that what we're

3    looking at in Exhibit 27 is the source information for

4    Exhibit 28.  Comes, I believe, right off of Google.

5              When we looked behind the web page, you can

6    get this, I'll call it meta data.  And the date in the

7    meta data is May 5th -- I'm sorry -- May 9, 2015.

8              And you see that date on the screen, correct?

9              MR. COLWELL:  Objection to form.

10   BY MR. FELDMAN:

11        Q    You see that date, don't you?

12        A    Yes.

13        Q    And you understand what that date means is the

14   date -- it's the date of Exhibit 28, correct?

15        A    I don't understand that.  I don't program.

16        Q    Do you have -- do you have any recollection

17   that Jewmon Enterprises was already developing its

18   market scanning software, it's next market scanning --

19   strike that.

20             Do you have any recollection that in 2015 or

21   any time before then Jewmon Enterprises had already

22   begun developing its own market scanning software?

23             MR. COLWELL:  Objection.  Form.

24             THE WITNESS:  Prior to what exactly?

25   BY MR. FELDMAN:

Zachary Westphal
May 14, 2021

1      Q     Prior -- prior to the termination of the

2   agreement with EquityFeed in April of 2015.

3            MR. COLWELL:  Objection.  Form.

4            THE WITNESS:  Do I have any recollection?

5       Like I said before, because of several reasons, we

6       started our own trading -- exploring our own

7       trading platform.

8   BY MR. FELDMAN:

9      Q     And when you say "trading platform," can we

10  agree that what you had started to develop is market

11  scanning software?

12     A     No.

13     Q     Okay.  So isn't it true that in -- in -- that

14  when -- let me stop.

15            When the relationship terminated in April of

16  2015 between EquityFeed and Jewmon Enterprises, isn't it

17  true that Jewmon Enterprises put an announcement up that

18  the relationship with EquityFeed was ended?  Isn't that

19  true?

20     A     Sounds familiar.  I don't recall the

21  specifics.

22            MR. FELDMAN:  Can you put up the announcement,

23       please?

24            This will be Exhibit 29.

25            (Exhibit No. 29 was marked for

Zachary Westphal
May 14, 2021

```
 1       identification.)

 2               MR. BOTWIN:  Thank you.  Please stand by.

 3               Again, you said the announcement, correct?

 4               MR. FELDMAN:  Yes.

 5               MR. BOTWIN:  Okay.

 6               The document has been uploaded to the chat and

 7       I will screen share now.

 8  BY MR. FELDMAN:

 9       Q    Do you recognize Exhibit 29?

10       A    No.

11       Q    You have no idea what this is?

12       A    I didn't write it.

13       Q    Well, it starts with, "Dear StocksToTrade

14  user."

15               Does that help you, give you any idea who --

16       A    I recall we had an announcement and we

17  discussed it.  I don't recall the specifics in the

18  announcement.

19       Q    Do you see a web address?

20       A    Yeah.  Web.archive.org.

21       Q    No.  Do you see -- do you see

22  http://StocksToTrade.com/announcement?  Do you see that?

23       A    Yes.

24       Q    And you see that the document has a date of

25  May 17, 2015, correct?
```

Zachary Westphal
May 14, 2021

```
 1        A    I can't.  Where are you looking?

 2        Q    Right there.  It says, May 17, 2015.

 3        A    It says that, yes.

 4        Q    Okay.  And so looking at the address and just

 5   looking at the contents of the document, this is a --

 6   this is an announcement that Jewmon Enterprises issued

 7   to explain that its relationship with EquityFeed ended,

 8   right?

 9             MR. COLWELL:  Objection.  Form.

10             THE WITNESS:  It appears to be an

11        announcement.

12   BY MR. FELDMAN:

13        Q    And if you -- if you go -- it appears to be an

14   announcement.  It's -- it's StocksToTrade's -- strike

15   that.

16             It's Jewmon Enterprises' announcement, isn't

17   it?

18             MR. COLWELL:  Objection.  Form.

19             THE WITNESS:  It was --

20   BY MR. FELDMAN:

21        Q    Can you answer -- can you answer the question

22   just simply?

23        A    Yes.

24        Q    Is this -- was this Jewmon Enterprises'

25   announcement that its -- that StocksToTrade's
```

Zachary Westphal
May 14, 2021

```
 1   relationship with EquityFeed had come to an end, yes or

 2   no?

 3        A    This was an announce --

 4             MR. COLWELL:  Objection to form.

 5   BY MR. FELDMAN:

 6        Q    Huh?

 7        A    This was an announcement to the user ending

 8   the relationship.

 9        Q    Right.  Who -- which company put this

10   announcement out?

11             MR. COLWELL:  Objection.  Form.

12             THE WITNESS:  It was posted online.

13        StocksToTrade.

14   BY MR. FELDMAN:

15        Q    Which company put the document online,

16   Mr. Westphal?

17        A    I don't recall which company.

18        Q    You don't?  You don't recall?  Who was

19   StocksToTrade in May of 2015?

20             MR. JAFFE:  Objection.

21   BY MR. FELDMAN:

22        Q    Who was StocksToTrade in May of 2015?

23             MR. COLWELL:  Objection.  Form.

24        Argumentative.

25             THE WITNESS:  At that time it was nobody's,
```

Zachary Westphal
May 14, 2021

```
 1        right?  Wasn't the agreement done?
 2   BY MR. FELDMAN:
 3        Q    Oh, my goodness.
 4             Mr. Westphal, as you sit here today under oath
 5   subject to penalty of perjury, is it your testimony,
 6   sir, that you don't know if this announcement was posted
 7   online by Jewmon Enterprises?  Is that your testimony?
 8        A    I would assume it was.
 9        Q    What's that?
10             MR. COLWELL:  Objection.  Form.
11   BY MR. FELDMAN:
12        Q    What was that?
13        A    I said, I would assume it was posted.
14        Q    By who?
15        A    By who, I don't know.  By Jewmon possibly.  I
16   don't know who else would.
17        Q    Who else, other than Jewmon, in May of 2015
18   would have posted an announcement that StocksToTrade was
19   ending its relationship with EquityFeed?  Who else?
20        A    Nobody I'm aware of.
21             MR. JAFFE:  Objection.
22   BY MR. FELDMAN:
23        Q    Who else, Mr. Westphal?
24        A    I said, nobody I'm aware of.
25             MR. JAFFE:  Objection.
```

Zachary Westphal
May 14, 2021

```
 1            MR. COLWELL:  Same objection.
 2   BY MR. FELDMAN:
 3        Q    Mr. Westphal, try it again, because the
 4   lawyers are speaking over your testimony.
 5        A    I said, nobody I'm aware of.
 6        Q    So this is -- this is Jewmon Enterprises'
 7   announcement; isn't that right?
 8            MR. COLWELL:  Objection.
 9            MR. JAFFE:  Objection.
10            THE WITNESS:  It was the company's
11        announcement.
12   BY MR. FELDMAN:
13        Q    It's --
14        A    I don't know who owned it.
15        Q    It's Jewmon's announcement, yes or no?
16            MR. JAFFE:  Objection.
17            MR. COLWELL:  Objection.  Form.
18            THE WITNESS:  The date -- I don't know who
19        owned it at May 17, 2015.
20   BY MR. FELDMAN:
21        Q    Mr. Westphal, you're under oath.
22            Isn't it true that the company that posted
23   this announcement was Jewmon Enterprises, yes or no?
24            MR. COLWELL:  Same objection.
25            THE WITNESS:  I believe it was.
```

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2        Q    Thank you.

3             Now, in the announcement Jewmon said, "As you

4    have read by now, StocksToTrade and EquityFeed are

5    parting ways.  StocksToTrade has been powered by

6    EquityFeed for the last two years.  Here is what you

7    need to know about your account with EquityFeed."

8             And it then goes on and says, "On May 10th

9    your account will be available on EquityFeed.com."

10       A    Hey, Jeff, sorry to interrupt.

11            Are we sure about that May 17th date then?

12   Just saying.

13       Q    I appreciate --

14       A    I don't know the accuracy of this website

15   then.

16       Q    I appreciate your observation.  Okay?

17            Mr. Westphal, this -- the announcement --

18   actually, let's do this.

19            Let me go right to the -- the second

20   paragraph, which is the principal paragraph I want to

21   discuss.

22            You would agree the second paragraph starts

23   with the following:  "Here is what you need to know

24   about your account with StocksToTrade:  Number 1, the

25   new STT 2.0 is almost ready.  It's a desktop application

Zachary Westphal
May 14, 2021

```
 1   built for both Mac and Windows.
 2            Number 2, as StocksToTrade member -- as a
 3   StocksToTrade member, you will gain access to the
 4   platform once it is ready.  We expect it to be ready
 5   within 14 days."
 6            Do you see that?
 7       A    Yes, I see it.
 8       Q    Isn't that an admission by Jewmon that in May
 9   of 2015 it had already developed its own market scanning
10   software tool?
11            MR. COLWELL:  Objection.  Form.
12            MR. JAFFE:  Objection.
13            THE WITNESS:  Could you be more specific,
14       Jeff?
15   BY MR. FELDMAN:
16       Q    No, I can't be any more specific than that.
17   Isn't that the truth?
18       A    No, it's not.
19       Q    What's not true about that statement?
20            MR. COLWELL:  Objection.  Form.
21            THE WITNESS:  It's not how I interpret it.
22   BY MR. FELDMAN:
23       Q    You're -- not interpret it.  What do you mean,
24   it's not how you interpret it?  What does that mean?
25            MR. JAFFE:  Objection.
```

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2         Q    What does that mean?  Tell me what -- you know

3    what?  You tell me what paragraphs one and two mean to

4    you.

5              What do they mean to you, Mr. Westphal?

6         A    It's meant to get a user base excited that was

7    not excited about the previous product, our customer,

8    and building anticipation.

9         Q    Mr. Westphal, is it your testimony under oath

10   subject to penalty of perjury that when you guys said --

11   strike that.

12             Is it your testimony that the statement, "The

13   new STT 2.0 is almost ready" --

14        A    I didn't write that.

15        Q    Let me finish the question.

16             Isn't it true that the message in that

17   sentence, quote, "The new STT 2.0 is almost ready.  It's

18   a desktop application built for both Mac and Windows,"

19   would you agree that that statement is a statement that

20   the new StocksToTrade market scanning software tool was

21   already under development and was almost completed?

22        A    No.  It doesn't state that.

23        Q    Interesting.

24             What do you think -- what do you think that

25   sentence states?

Zachary Westphal
May 14, 2021

1        A     States the new STT is almost already.  It's a

2    desktop application built for Mac and Windows.

3        Q     Okay.  Let's take the first part of that

4    paragraph.

5              "The new STT 2.0 is almost ready."  What does

6    that mean to you?

7        A     It says it's almost ready.  I don't have a

8    timeline in front of me.  It could be very subjective.

9        Q     What does it mean to you, Mr. Westphal?  When

10   you tell somebody that something is almost ready, what

11   does that mean to you?

12             MR. COLWELL:  Objection.  Form.

13             THE WITNESS:  That it could be ready.

14   BY MR. FELDMAN:

15       Q     Uh-huh.  And when something is ready, meaning,

16   it's exists -- it exists, doesn't it?  When something is

17   almost ready, it's almost in existence, correct?

18       A     No.

19       Q     Really?  If something is almost ready, that's

20   not like telling somebody it's almost done, almost --

21   we're almost there?  Are you disputing that?

22             MR. COLWELL:  Objection.  Form.

23             THE WITNESS:  I'm not disputing that.  I'm

24        just stating we're not -- there's no date, there's

25        no expected time of arrival of completion.

Zachary Westphal
May 14, 2021

```
 1   BY MR. FELDMAN:

 2        Q    Are you sure --

 3        A    There's no setting the customer --

 4             MR. COLWELL:  Let the witness finish his

 5        answer.

 6             THE WITNESS:  There's no setting the customer

 7        expectation.  This has to deal more with customer

 8        acquisition than anything else.

 9   BY MR. FELDMAN:

10        Q    Are you sure you want to give that testimony?

11   Is that truly your testimony?

12             MR. COLWELL:  Objection.  Argumentative.

13             MR. JAFFE:  Objection.  Badgering.

14             MR. COLWELL:  Asked and answered.

15   BY MR. FELDMAN:

16        Q    Mr. Westphal, look at -- look at the next

17   sentence.  "As a StocksToTrade, STT, member, you will

18   gain access to the platform once it's ready.  We expect

19   it to be ready within 14 days."

20             What does the statement "We expect it to be

21   ready within 14 days" mean to you?

22        A    In the world of marketing and developing,

23   nothing.

24        Q    It's a lie?  Are you saying that's a lie?

25        A    I didn't write it.
```

Zachary Westphal
May 14, 2021

1      Q    Well, you're saying that in the world of

2  marketing the statement, "We expect it to be ready

3  within 14 days," means nothing.  What did you mean by

4  that?

5           MR. COLWELL:  Objection.  Form.

6           THE WITNESS:  It's customer acquisition,

7      keeping people around, keeping people excited.

8  BY MR. FELDMAN:

9      Q    Is that nomenclature for we'll lie to people

10 just to keep them around?

11          MR. JAFFE:  Objection.

12          MR. COLWELL:  Form.

13          THE WITNESS:  No, it's not.

14 BY MR. FELDMAN:

15     Q    Is that what you do for a living when you do

16 marketing, you lie to people to keep them around?

17          MR. COLWELL:  Objection.

18          MR. JAFFE:  Objection.

19          MR. COLWELL:  Argumentative.

20          THE WITNESS:  No, I don't.

21 BY MR. FELDMAN:

22     Q    Do you lie when you market?

23          MR. JAFFE:  Objection.

24          MR. COLWELL:  Objection.  Form.

25 BY MR. FELDMAN:

Zachary Westphal
May 14, 2021

1      Q    I'm asking you.

2      A    No.

3      Q    Okay.  So then we have no reason then to think

4   that "we expect it to be ready within 14 days" is a lie,

5   right?

6           MR. COLWELL:  Objection.  Form.

7           MR. JAFFE:  Objection.

8   BY MR. FELDMAN:

9      Q    I mean, you don't lie, so the statement's

10  true; isn't that right?

11          MR. JAFFE:  It's not his statement.

12      Objection.

13          THE WITNESS:  It's not my statement.

14          MR. COLWELL:  Yeah.

15  BY MR. FELDMAN:

16      Q    It's not your statement?

17      A    I didn't write. it.

18      Q    You're one of two owners of Jewmon

19  Enterprises.  What do you mean, it's not your statement?

20          MR. COLWELL:  Objection.  Form.  He already

21      said he didn't write this.

22  BY MR. FELDMAN:

23      Q    You already agreed Jewmon Enterprises put this

24  announcement up.  There's only two guys that run --

25      A    There's no way I put this up.  I don't

Zachary Westphal
May 14, 2021

```
 1   program.  I don't know how to put anything up.  I did

 2   not write this.

 3        Q    So you're seeing what Jewmon Enterprises put

 4   out in May 2015.

 5            MR. COLWELL:  Objection.  Form.

 6   BY MR. FELDMAN:

 7        Q    Here's a question.  Here's the question:  Does

 8   this document, coupled with Exhibits 27 and 28, refresh

 9   your recollection that Jewmon Enterprises had begun

10   developing its own market scanning software prototype

11   months before, months before EquityFeed terminated the

12   relationship?

13            MR. COLWELL:  Objection to form of the

14        question.

15            THE WITNESS:  Like I said previous, for

16        several reasons we had decided to do that.

17   BY MR. FELDMAN:

18        Q    Okay.

19        A    Explore.

20        Q    Right.  Now, isn't it true -- isn't it --

21   actually, before I ask that question, does the phrase

22   Filter Builder mean anything to you?

23        A    No.  Filter?

24        Q    Does the same Screener Plus mean anything to

25   you?
```

Zachary Westphal
May 14, 2021

```
 1        A     Nothing of significance.

 2        Q     Isn't -- isn't your current product, that is

 3   StocksToTrade.com, Inc.'s product --

 4        A     What is the product?

 5              COURT REPORTER:  I'm sorry.  I didn't get the

 6        question or the answer.

 7   BY MR. FELDMAN:

 8        Q     Okay.  Isn't it true that StocksToTrade.com,

 9   Inc.'s current product uses the term Screener Plus?

10   Isn't that true?

11        A     The term Screener Plus is in there, yes.

12        Q     And isn't it true that you know that my client

13   uses the term Filter Builder on -- in its market

14   scanning software tool?

15              MR. COLWELL:  Objection.  Form.

16              THE WITNESS:  I don't recall.  I don't pay

17        attention.

18   BY MR. FELDMAN:

19        Q     You don't recall that?  You sure?

20        A     There's, you know, E-trade, Think or Swim,

21   Trade Ideas, E-signal, Dash Trader, Light Wave, Light

22   Speed, all have some name of filtering capabilities.

23        Q     Mr. Westphal, isn't it true that the term

24   Filter Builder, you know that my client continues and

25   has used and did use during the white label relationship
```

Zachary Westphal
May 14, 2021

```
1    the phrase Filter Builder?
2         A    I don't recall memorizing the names of
3    different items.
4         Q    Okay.  All right.
5              MR. FELDMAN:  Well, Elad, could you put up the
6         the -- I think we're calling it the prototype
7         features.  It's 16 on your --
8              MR. BOTWIN:  Okay.
9              This is the -- this document is the -- is the
10        same as an exhibit that we put up before.
11             Let me put it up now.
12             It is the same as the document, prototype.pdf.
13        So I am going to put that up.
14             MR. FELDMAN:  This is Exhibit 30?
15             MR. BOTWIN:  Yes.
16             (Exhibit No. 30 was marked for
17        identification.)
18             MR. FELDMAN:  No, that's -- this is not the
19        document.
20             MR. BOTWIN:  This is prototype features.
21             MR. FELDMAN:  Yeah.  That's the document.
22        Okay.
23             MR. BOTWIN:  Okay.
24    BY MR. FELDMAN:
25        Q    So we're looking at Exhibit 30.  And this is
```

Zachary Westphal
May 14, 2021

1   the -- this is the same document as Exhibit 28, except

2   we've got two boxes at the top of the document.

3           MR. JAFFE:  Sorry, Jeff.  Has this one been

4       uploaded into the chat so that we can have the

5       whole document?

6           MR. BOTWIN:  No.  Let me -- let me rectify

7       that.  I apologize.

8           MR. JAFFE:  Thank you.

9           MR. BOTWIN:  I apologize for the confusion on

10      my end.

11          It has now been uploaded and I will resume

12      screen sharing now.

13  BY MR. FELDMAN:

14      Q    So Exhibit 30 is Jewmon Enterprises' prototype

15  market scanning software tool.

16          MR. COLWELL:  Objection.  Form.

17  BY MR. FELDMAN:

18      Q    At the very top of the document, you see two

19  rectangles.

20          Do you see those rectangles, Mr. Westphal?

21          MR. COLWELL:  Objection.  Form.

22          THE WITNESS:  Yeah, I do.

23          MR. FELDMAN:  Can you enlarge those

24      rectangles, please, Elad.

25  BY MR. FELDMAN:

Zachary Westphal
May 14, 2021

1       Q    Now, in the rectangle on the right, you see

2   the word or the words "Filter Builder," right?

3       A    That's what it says, yeah.

4       Q    Why -- why was Jewmon Enterprises using the

5   phrase Filter Builder in the prototype market scanning

6   software tool it was developing in 2016?  Why was it

7   doing that?

8               MR. JAFFE:  Objection.

9               MR. COLWELL:  Objection.  Form.

10              THE WITNESS:  I didn't design that.  I don't

11      know.

12  BY MR. FELDMAN:

13      Q    I'm not asking if you designed it.  You need

14  to listen to my questions.  You have to answer them.

15              MR. COLWELL:  He just did.  He said, I don't

16      know.

17  BY MR. FELDMAN:

18      Q    Mr. Westphal, I'm asking you if you -- do you

19  know why your company was using the phrase Filter

20  Builder in the market scanning software prototype tool

21  that it was developing in 2015?

22              MR. JAFFE:  Objection.

23              MR. COLWELL:  Objection.

24  BY MR. FELDMAN:

25      Q    If you know.

Zachary Westphal
May 14, 2021

1        A    I don't know.

2        Q    "Full montage," the rectangle on the left, do

3   you know if that's a phrase that my client used --

4        A    No.

5        Q    -- in its software?

6        A    I'm totally unaware.

7        Q    Would it surprise you that that's a phrase

8   that my client used on its market scanning tool that it

9   gave your company under the white label agreement?

10       A    I'm unaware.  Much like charting, time and

11  sales, media outlet, those are general terms.

12       Q    Isn't it true, Mr. Westphal, that when you and

13  Mr. Sykes decided to build a new StocksToTrade market

14  scanning software tool, that you had decided to do it

15  replicating the white label market software tool that

16  you had licensed from my client?

17            MR. COLWELL:  Objection.  Form.

18  BY MR. FELDMAN:

19       Q    Isn't that true?

20       A    Absolutely not.

21       Q    Isn't it true, sir, that when you and

22  Mr. Sykes -- strike that.

23            Isn't it true that Jewmon Enterprises, when it

24  decided to build its own market scanning software tool,

25  decided that it was going to actually replicate the

Zachary Westphal
May 14, 2021

1  white label software, market scanning software tool that

2  it licensed from EquityFeed?  Isn't that the truth?

3      A    Absolutely not.

4      Q    Now, who actually -- who did you hire, who did

5  Jewmon hire to develop this prototype, the one that

6  we're seeing here, Exhibit 30?

7          MR. COLWELL:  Objection.  Form.

8          THE WITNESS:  This is an image, not a

9      prototype.

10 BY MR. FELDMAN:

11     Q    Yes.  Okay.  Where did this image come from?

12     A    I don't recall.

13         MR. COLWELL:  Asked and answered, yeah.

14 BY MR. FELDMAN:

15     Q    Who authored the image?

16     A    Total -- I'm unaware.  I don't recall.

17     Q    Does the image -- does the name Scopic mean

18 anything to you?

19     A    Yes.

20     Q    What does it mean to you?

21     A    They're a software company or a programming

22 company, development company, engineering.

23     Q    Right.  Scopic -- Scopic writes software code,

24 right?

25     A    Yeah.

Zachary Westphal
May 14, 2021

```
 1        Q     Jewmon Enterprises hired Scopic to write the

 2    code for Jewmon's market scanning software tool.  It's

 3    the new one, the one that -- the one that came into

 4    existence after -- strike that.  Let me -- let me start

 5    again.

 6              Did Jewmon ever hire Scopic?

 7        A     Yeah.

 8        Q     When did Jewmon hire Scopic?

 9        A     Can't recall the dates.

10        Q     Why did Jewmon hire Scopic?

11        A     They're developers.

12        Q     And what was -- what was Jewmon's purpose in

13    hiring Scopic?  What did -- what did Jewmon want Scopic

14    to do for it?

15        A     To develop a trading platform.

16        Q     And was a written agreement signed with

17    Scopic?

18        A     I don't recall.

19        Q     You have no recollection of signing a software

20    agreement with Scopic on behalf of Jewmon?

21        A     I'd have to go look.  I wouldn't be surprised,

22    but I don't recall.

23        Q     And isn't it true that that agreement, sir,

24    was signed in or about the very beginning of 2015 or

25    towards the back end of 2014?
```

Zachary Westphal
May 14, 2021

```
 1        A    I don't know.
 2             MR. JAFFE:  Objection.
 3   BY MR. FELDMAN:
 4        Q    You have no recollection when Jewmon hired
 5   Scopic to develop its new market scanning software tool?
 6   No recollection at all?
 7        A    I have no recollection of the exact dates when
 8   we engaged them.
 9        Q    I'm asking you to give me an approximate.  Was
10   it --
11             MR. COLWELL:  Let the witness finish his
12        answer.
13   BY MR. FELDMAN:
14        Q    Was it January 2015?  February 2015?
15   March 2015?
16        A    I don't know.  I cannot name the month.
17        Q    Can you name the year?
18        A    I do not know.
19        Q    Can you name the year?
20        A    Approximately 2014 or '15.
21        Q    And can we agree that when EquityFeed
22   terminated the license agreement, Jewmon already had an
23   existing software developing contract with Scopic; isn't
24   that true?
25        A    I'd have to go back and look.  I don't know
```

Zachary Westphal
May 14, 2021

1   the dates.

2        Q    Isn't --

3             MR. COLWELL:  Again, let the witness answer

4        the question.

5   BY MR. FELDMAN:

6        Q    Go ahead.

7        A    I can go back and look at the dates and let

8   you know.  I don't know.

9        Q    Do you have -- do you have the document with

10  you?

11       A    No.

12       Q    Can you access the document as you sit there?

13       A    No.

14       Q    Why not?

15       A    I don't know.

16       Q    What do you mean you don't know?  Can you

17  access the document?  Can you access the document, yes

18  or no?

19            MR. JAFFE:  Asked and answered.

20            MR. COLWELL:  Asked and answered.  He already

21       said no.

22  BY MR. FELDMAN:

23       Q    What's your answer, Mr. Westphal?

24       A    I don't know where it is.

25       Q    You don't?  Well, is there somebody that you

Zachary Westphal
May 14, 2021

1    can call that you can ask to forward it to you so that

2    we can get the answer in this deposition?

3              MR. COLWELL:  Can you serve discovery

4         requests --

5    BY MR. FELDMAN:

6         Q    I'm asking you.

7              MR. COLWELL:  -- on time?

8    BY MR. FELDMAN:

9         Q    Listen, Mr. Westphal --

10        A    There's no one I could call.

11        Q    You want to cooperate, don't you, in this

12   case?

13             MR. JAFFE:  Objection.  Argumentative.

14             MR. COLWELL:  Yeah, same objection.

15             (Simultaneous speakers.)

16   BY MR. FELDMAN:

17        Q    Mr. Westphal, can you -- if we take a break

18   for 5 minutes, could you make a call and find out the

19   date that Jewmon signed the development agreement with

20   Scopic?  Could you do that?

21        A    Think about how I can find it.

22        Q    I'm sorry?

23        A    I said, I'll think about how I can find it.

24        Q    Would you be willing to do that for us?

25        A    Sure.

Zachary Westphal
May 14, 2021

```
 1      Q    Okay.  Let's do that.  We'll take a 5-minute
 2   break.  Please do what you can to get the answer to the
 3   question, what date -- what's the -- what is the date of
 4   the Jewmon/Scopic agreement?
 5           MR. COLWELL:  I don't think the witness --
 6           MR. JAFFE:  I don't think this is appropriate.
 7      You should ask questions and he should answer them.
 8      You shouldn't send -- you shouldn't send him on
 9      errands.
10           MR. COLWELL:  Yeah.  By the way --
11           MR. JAFFE:  It's not appropriate.
12           MR. COLWELL:  The witness has stepped out, so
13      are we on the record still?  Because the witness
14      is --
15           MR. FELDMAN:  Yeah, we're on the record.  I
16      mean, Carlos, it's your client.  If you're
17      directing your client to not get the answer to the
18      question, just do it and we'll move on to the next
19      question.
20           MR. JAFFE:  First of all, he's not my client.
21           MR. FELDMAN:  I'm not talking to you, Brett,
22      I'm talking to Carlos.  I said Carlos.
23           MR. COLWELL:  There's no Carlos present.
24           MR. JAFFE:  Carlos?
25           MR. COLWELL:  There's no Carlos present.  I
```

Zachary Westphal
May 14, 2021

1  think you're new to the case here.  I think you're

2  new to the case.  We're not producing any records

3  today.  So if you want to ask the witness --

4       MR. FELDMAN:  Gabriel, are you directing your

5  client to not get the answer to the question, yes

6  or no?

7       MR. COLWELL:  I'm not producing any records

8  today.

9       MR. FELDMAN:  I'm not asking for records.  I'm

10  asking him to get the information --

11       MR. COLWELL:  Actually, you're asking for

12  records and I'm not getting you any records today.

13       MR. FELDMAN:  Okay.  Then let Mr. Westphal

14  come back on.  I got what I wanted.

15       MR. COLWELL:  I'll go get him.  Give me a

16  second.

17       MR. JAFFE:  Are we taking a break or no?

18       MR. COLWELL:  Yeah, we're taking a break.  He

19  sent the witness away.  I'll be back.

20       MR. JAFFE:  Okay.  Let's take a break.

21       VIDEOGRAPHER:  Mr. Feldman, would you like to

22  go off the video record?

23       MR. FELDMAN:  We're off the record.  I need to

24  know my time, please.

25       VIDEOGRAPHER:  Stand by.

Zachary Westphal
May 14, 2021

 1            Going off the video record.  The time is 9:37

 2       p.m. UTC, 2:37 p.m. PDT.

 3            (Recess.)

 4            VIDEOGRAPHER:  We are now back on the video

 5       record.  The time is 9:48 p.m. UTC, 2:48 p.m. PDT.

 6            MR. COLWELL:  I think it's PST, but that's

 7       fine.

 8  BY MR. FELDMAN:

 9       Q    We took the break.  Were you able to get us an

10  answer to the question, Mr. Westphal?  What date did

11  Jewmon enter into its agreement with Scopic?  Do you

12  have an answer to that question?

13       A    I didn't look for it.  I don't know.

14       Q    What's that?

15       A    I didn't search it.  I don't know.

16       Q    You didn't search it?  You didn't search for

17  the answer during the break?

18            MR. COLWELL:  No.  No, he didn't.

19            THE WITNESS:  I used the restroom.

20            MR. COLWELL:  You can ask your question.

21            THE WITNESS:  I used the restroom.

22            MR. COLWELL:  You're the one who decided to

23       take his deposition without documents.  Ask him a

24       question, he'll answer the question.

25            MR. FELDMAN:  Objection to form, Counsel.

Zachary Westphal
May 14, 2021

```
 1        Okay?
 2             MR. COLWELL:  I'm clarifying.
 3             MR. FELDMAN:  I understand you're out in Los
 4        Angeles, but there are still rules here.  Okay?
 5             MR. COLWELL:  I'm very well aware of them.
 6        I'm just telling you what happened.  You can ask
 7        your question and I'll object to the form or he can
 8        answer.
 9   BY MR. FELDMAN:
10        Q    Why didn't you try to get us an answer to the
11   question, Mr. Westphal?
12             MR. COLWELL:  I'll direct the witness not to
13        answer.
14             MR. FELDMAN:  On what grounds?
15             MR. COLWELL:  Attorney/client privilege.
16   BY MR. FELDMAN:
17        Q    Then why did you take the break, Mr. Westphal,
18   if you weren't going to get the answer?  Why did you
19   take the break?  What else did you do -- what else did
20   you do during the break?
21        A    I went pee.
22        Q    Did you talk --
23        A    And to get some coffee.
24        Q    Did you talk to your lawyer during the break,
25   Mr. Westphal?
```

Zachary Westphal
May 14, 2021

```
 1              MR. COLWELL:  Objection.
 2   BY MR. FELDMAN:
 3        Q    Yes or no?
 4              MR. COLWELL:  Attorney/client privilege.  I'll
 5        direct him not to answer.
 6   BY MR. FELDMAN:
 7        Q    I'm not asking you for the contents.  I'm
 8   asking you, sir, did you talk to your lawyer during the
 9   break, yes or no?
10              MR. COLWELL:  You can answer that.
11              THE WITNESS:  What's that?
12              MR. COLWELL:  You can answer that.
13              THE WITNESS:  Yes.
14   BY MR. FELDMAN:
15        Q    Did Scopic ever deliver a new market scanning
16   software tool to Jewmon?
17              MR. COLWELL:  Objection.  Form.
18              THE WITNESS:  Did Scopic deliver?
19   BY MR. FELDMAN:
20        Q    You don't know what the word deliver means?
21        A    Give us?
22        Q    Yes, that's a good way of saying it.
23              Did they ever give Jewmon a new market
24   scanning software prototype, yes or no?
25              MR. COLWELL:  Object to form.
```

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  Over a long period of time
 2        Scopic provided a trading platform.
 3   BY MR. FELDMAN:
 4        Q    Now, we saw earlier in Exhibit 23 the State of
 5   Delaware Annual Franchise Tax Report for 2015.  The date
 6   of incorporation was 6/11/2015.
 7              Did -- on that date when StocksToTrade.com,
 8   Inc. was formed, did Scopic already deliver a new market
 9   scanning software tool --
10        A    I don't recall.
11        Q    -- to Jewmon?
12        A    I do not recall.  No recollection.
13        Q    On the day that StocksToTrade.com, Inc. was
14   formed, was there a new market scanning software tool in
15   existence for StocksToTrade.com, Inc. to use or to
16   market?
17              MR. COLWELL:  Objection.  Form.
18              THE WITNESS:  In use -- sorry.  You broke up.
19        In use what?
20   BY MR. FELDMAN:
21        Q    On the day that StocksToTrade.com, Inc. was
22   formed, was there a new market scanning software tool in
23   existence for StocksToTrade.com, Inc. to market?
24        A    I don't recall.
25        Q    Isn't it true that even after
```

Zachary Westphal
May 14, 2021

1    StocksToTrade.com, Inc. was formed, Jewmon continued in

2    existence and continued to do business for years

3    thereafter?

4        A    In a new name, yes.

5        Q    In a new name.  Is that -- is that -- you

6    believe that testimony to be correct?

7        A    Millionaire Publishing is --

8        Q    How soon --

9        A    -- when that happened.

10            I don't know when it happened.

11       Q    Well, was it a matter of months?  Weeks?

12   Months?  Years?

13       A    Don't recall.

14            MR. FELDMAN:  Okay.  Elad, would you put up

15       Exhibit 31, please.

16            MR. BOTWIN:  Yes.  Please stand by.

17            It is uploaded to the chat.

18            (Exhibit No. 31 was marked for

19       identification.)

20   BY MR. FELDMAN:

21       Q    We're going to run through quickly the

22   corporate documents for Jewmon.

23            So Exhibit 31 I'll represent to you are the

24   Articles of Incorporation of Jewmon.

25            MR. FELDMAN:  Would you run through the

Zachary Westphal
May 14, 2021

1      documents, please, for the witness.

2  BY MR. FELDMAN:

3      Q    Have you had a chance now to look at the

4  complete document, Mr. Westphal?

5      A    Really running through there.  How many -- was

6  it two or three pages?

7           THE WITNESS:  Can you do it again, Elad?

8           MR. BOTWIN:  Yeah, sure.  Just tell me when

9      you're ready to move to the next page.

10          THE WITNESS:  Okay.

11          Okay.

12          3 of 3.

13  BY MR. FELDMAN:

14     Q    Okay.  Have you now read or have you now

15  reviewed the documents?

16     A    I have not read it.  I have seen all three

17  pages though.

18     Q    If you need additional time to answer my

19  questions, take it.  Okay?  Because I'm going to ask you

20  simple questions.

21          MR. FELDMAN:  Go back to the first page.

22  BY MR. FELDMAN:

23     Q    On the first page of the document -- first,

24  you would agree this document is the Articles of

25  Incorporation for Jewmon, correct?

Zachary Westphal
May 14, 2021

```
 1              MR. COLWELL:  Objection.  Form.

 2              THE WITNESS:  They appear to be.

 3   BY MR. FELDMAN:

 4       Q    You would agree that Jewmon was formed on

 5   June 12 -- I'm sorry -- June 28, 2012, correct?

 6       A    It's what the document states.

 7       Q    Do you doubt the voracity of the document,

 8   sir?

 9       A    No.

10              MR. FELDMAN:  Turn to the second page, please.

11   BY MR. FELDMAN:

12       Q    The name of the company was Jewmon

13   Enterprises, LLC, correct?

14       A    Yeah.

15       Q    And the only two managers listed are Timothy

16   Sykes and Zachary Westphal, correct?

17       A    Where does it say that?

18       Q    Article five.

19              THE WITNESS:  Sorry, Elad.  I forgot my

20       glasses.

21              Yes, that's what it says.

22   BY MR. FELDMAN:

23       Q    Okay.  So you were a manager of Jewmon when it

24   was formed, correct?

25       A    A member.
```

Zachary Westphal
May 14, 2021

```
 1              MR. JAFFE:  Objection.
 2   BY MR. FELDMAN:
 3        Q    Were you a manager of Jewmon when it was
 4   formed?
 5        A    The document says "members/managers."
 6        Q    So is that a yes?
 7              MR. JAFFE:  Objection.
 8              MR. COLWELL:  Objection to form.
 9              THE WITNESS:  Article five says
10        "managers/members, Timothy Sykes and Zachary
11        Westphal."
12              MR. FELDMAN:  Okay.  Now, go to the last page,
13        please.
14   BY MR. FELDMAN:
15        Q    And it says, the last page, the name of the
16   limited liability company is Jewmon Enterprises, LLC,
17   correct?
18        A    Correct.
19              MR. FELDMAN:  Please put up Exhibit 32,
20        please.
21              MR. BOTWIN:  And this one is composite, I
22        believe.
23              MR. FELDMAN:  Right.  And I'll represent on
24        the record that this -- Exhibit Composite 32 are
25        the annual reports for Jewmon for 2013, '14, and
```

Zachary Westphal
May 14, 2021

1   '16.

2        (Exhibit No. 32 was marked for

3   identification.)

4        MR. BOTWIN:  Minor correction.  The 2016 is a

5   reinstatement, but otherwise a filing with the

6   State of Florida.

7        MR. FELDMAN:  If you can put those up, please.

8        MR. BOTWIN:  I am uploading them right now.

9        They are all in the chat.

10       MR. COLWELL:  These are different exhibits

11  then, because you haven't combined them.

12       MR. FELDMAN:  It's called a composite exhibit.

13       MR. COLWELL:  You're saying you didn't combine

14  them, so -- understood.  Go ahead.

15       MR. BOTWIN:  And, Mr. Westphal, feel free to

16  tell me to zoom or move as needed.

17       THE WITNESS:  It's zoomed appropriate.  I can

18  read it.

19       MR. FELDMAN:  Scroll -- slowly scroll through

20  the documents.

21       I'm representing to the witness and to Counsel

22  that each successive document is a report for a

23  different year.

24       MR. COLWELL:  Do you want to ask him about

25  this first page then before we go on to the next

Zachary Westphal
May 14, 2021

```
1        one?

2              MR. FELDMAN:  Do it in the aggregate.  Save

3        time.

4              MR. JAFFE:  Are we doing three separate

5        exhibits or is it one exhibit with three pages?

6              MR. FELDMAN:  One exhibit.

7              MR. JAFFE:  What number is it?

8              MR. BOTWIN:  32.

9              MR. FELDMAN:  32 is the annual report for '13,

10       '14 and the reinstatement of the company in '16.

11   BY MR. FELDMAN:

12       Q    Have you had adequate time, Mr. Westphal, to

13   review these documents to acclimate yourself to them so

14   you know what they are?

15       A    Assume so.

16       Q    You would agree that these are the reports

17   filed by Jewmon Enterprises in 2013, '14 and '16,

18   correct?

19              MR. COLWELL:  Objection.  Form.

20              THE WITNESS:  These are -- what kind of

21       reports are these?

22   BY MR. FELDMAN:

23       Q    They're called -- '13 and '14 are annual

24   reports, and '16 is a reinstatement.

25       A    Okay.
```

Zachary Westphal
May 14, 2021

```
1        Q    Okay?  And you would agree with me that in

2   2013, '14 and in '16, the only members of the company

3   were you and Mr. Sykes, correct?

4        A    Members on these documents, yes.

5        Q    So in 2013, '14 and '16, the only members of

6   Jewmon Enterprises were the two of you, correct?

7        A    Define "members," please.

8        Q    No, I'm not going to define members.  It's

9   what's listed on the document.

10        A    Okay.  The members, authorized persons,

11   detail, yes.

12        Q    Okay.  And so it's also evident from these

13   documents that Jewmon Enterprises was still doing

14   business in these years, '13, '14 and '16, correct?

15        A    The LLC is active.

16        Q    Yes.  The company was active in these years.

17   Jewmon Enterprises was active in these years, '13, '14,

18   '16, correct?

19        A    Yeah.

20        Q    Is that a yes or no?

21        A    I'm sorry.  I said yes.

22             MR. COLWELL:  The witness said yes.

23             MR. FELDMAN:  Put up Exhibit 33, please.

24             (Exhibit No. 33 was marked for

25        identification.)
```

Zachary Westphal
May 14, 2021

```
 1              MR. BOTWIN:  The document is in the chat,
 2         Exhibit 33.  I am now screen sharing.
 3    BY MR. FELDMAN:
 4         Q    Exhibit 33 is a multi-page document and it has
 5    a document called cover letter, and then a second
 6    document, Articles of Amendment to Articles of
 7    Organization of Jewmon Enterprises.
 8              And then the last page, the next page is a
 9    document listing the owners of the company at the date
10    of this document.
11              And the last page is a signature page bearing
12    a date of October 19, 2017.
13              Have you had enough time to look at the
14    document to understand what it is, sir?
15         A    Yeah.
16         Q    Okay.  What do you understand this document to
17    be, this exhibit?  What do you understand this exhibit
18    to be?
19         A    Which part?
20         Q    I'm addressing the exhibit, all of it.
21         A    It appears to be a name change.
22         Q    Right.  And so if we look at the page, the
23    title, Articles of Amendment to Articles of
24    Organization, it says that Jewmon -- it says -- it
25    references Jewmon Enterprises, correct?
```

Zachary Westphal
May 14, 2021

```
1        A    Where does it say that?

2        Q    Right at the top.

3        A    States it on the document.

4        Q    And then it says further down the page, "If

5    amending name, enter the new name of the limited

6    liability company here," correct?

7        A    Yes.

8        Q    And the new name of the company is Millionaire

9    Publishing, LLC, correct?

10       A    Yes.

11       Q    And then if you go to the next page.

12            It lists the new -- it lists the owners of the

13   company as of the date of the document, correct?

14       A    Those are stated there, yes.

15       Q    And the date of the document is October 2017.

16            MR. FELDMAN:  Go to the last page, please,

17       Elad.

18   BY MR. FELDMAN:

19       Q    The date of the document is October 19, 2017,

20   correct?

21       A    That's what it says, yeah.

22       Q    So as of October 19, 2017, the owners of

23   Jewmon Enterprises were you, Mr. Sykes, and Millionaire

24   Media, LLC, correct?

25       A    What the document says.
```

Zachary Westphal
May 14, 2021

```
1        Q    And you know that Millionaire Media, LLC, is a
2   company owned by Mr. Sykes and his mother, Joanna Sykes,
3   correct?
4        A    Yeah.
5        Q    So we know that in October of 2017, Jewmon,
6   now under new name, is still doing business, correct?
7        A    Yeah.
8        Q    So the company never shut down, correct?
9             MR. COLWELL:  Objection.  Form.
10            THE WITNESS:  I mean, it never was dismantled.
11   BY MR. FELDMAN:
12        Q    It never -- it never stopped doing business,
13   correct?
14        A    There may have been times when it wasn't doing
15   business, but it was an active LLC.
16        Q    It remained active.  That's the most accurate
17   way of saying it.  The company remained active right up
18   to October 19, 2017.  As of that date it was still
19   active.
20        A    Possibly, because 2015 didn't we have to
21   reinstate it?
22        Q    Exactly.  Somebody forgot to file an annual
23   report in 2015; isn't that correct?
24        A    Don't know.
25        Q    And the company got administratively dissolved
```

Zachary Westphal
May 14, 2021

```
1    and then reinstated in 2016.

2            Do you have that recollection?

3        A    I do not.

4        Q    Okay.  Let's -- but what we do know, though,

5    is as of October -- as of October of 2017 the company

6    was still active, correct?

7        A    According to these documents, yes.

8        Q    And that -- and then the company got itself

9    reinstated a year earlier, October 2016, correct -- I'm

10   sorry -- 2016 it got reinstated.

11       A    According to these documents, yes.

12            MR. FELDMAN:  If we could put up the next

13       exhibit, please, 34.  Actually, 34 we don't need.

14            Let's go to 35.

15            Elad?  Elad, are you there?

16            MR. BOTWIN:  Sorry.  My microphone was muted.

17       I apologize.  I'm uploading the documents.

18            MR. FELDMAN:  Okay.  35, please.

19            Have Exhibit 36 on deck.

20            MR. BOTWIN:  Sure.

21            As with the previous Exhibit 32, this is also

22       a composite with separate files.

23   BY MR. BOTWIN:

24       Q    I'm representing to you that Exhibit 35 is a

25   composite exhibit of the Annual Reports for Millionaire
```

Zachary Westphal
May 14, 2021

```
 1  Publishing, formerly known as Jewmon Enterprises, for

 2  2018, 2019, 2020 and 2021.

 3            MR. COLWELL:  I think it's Exhibit 34.

 4            MR. FELDMAN:  Actually, we can change this to

 5       Exhibit 34, yes.

 6            MR. COLWELL:  So that they're in order.

 7            MR. FELDMAN:  Yeah.

 8            (Exhibit No. 34 was marked for

 9       identification.)

10  BY MR. FELDMAN:

11       Q    Have you had a chance to look at these

12  documents?  Have you had enough time to look at the

13  documents to understand what they are, sir?

14       A    Yes.

15       Q    Okay.  You would agree that these -- Exhibit

16  34 are the annual reports for 2018, 2019, 2020 and 2021,

17  correct?

18       A    Yeah.

19       Q    And for 2018 and 2019, Millionaire Media was

20  still listed as a member, correct?

21       A    So keep going up -- can you go down?

22            MR. FELDMAN:  Go to 2018, please.

23            MR. BOTWIN:  This is 2018.

24  BY MR. FELDMAN:

25       Q    And you'll see on 2018, you'll see Millionaire
```

Zachary Westphal
May 14, 2021

1   Media as a member, correct?

2       A    That's what it says.

3            MR. FELDMAN:  And then go to 2019.

4            MR. BOTWIN:  This is 2019.

5   BY MR. FELDMAN:

6       Q    You also see Millionaire Media there, correct?

7       A    It's there.

8       Q    Why -- why was Millionaire Media made a member

9   in 2017, '18 and '19?  Why was it a member in those

10  years?

11      A    I have no clue.  I don't know.

12      Q    Well, what percentage of the ownership did

13  Millionaire Media have in those years?

14      A    I'm unaware.  All I know is I have mine.

15      Q    And in those years what was your percentage?

16      A    50.

17           MR. FELDMAN:  Okay.  Then if we go to 2020.

18  BY MR. FELDMAN:

19      Q    And for the record, the report that here is on

20  the screen.  We now see that only you and Mr. Sykes are

21  members of Millionaire Publishing, correct?

22      A    That's what it appears.

23      Q    And the same for 2021, correct?

24      A    I don't know.  I don't see 2021.

25           MR. FELDMAN:  Put -- put that up there,

Zachary Westphal
May 14, 2021

1          please.

2                  There's 2021.

3    BY MR. FELDMAN:

4          Q    You and Mr. Sykes are members of Millionaire

5    Publishing Company, correct?

6          A    I did not hear you.  Say it again.

7          Q    Yeah.  The entity that was first known as

8    Jewmon Enterprises and was later changed to Millionaire

9    Publishing --

10         A    Yes.

11         Q    -- to this day an active company, correct?

12         A    Correct.

13         Q    And from the time it was formed in June of

14   2012 to current day, you know that the company has

15   always been active, correct?

16              MR. COLWELL:  Objection.  Form.

17              THE WITNESS:  Define active.

18   BY MR. FELDMAN:

19         Q    Yeah.  The company never dissolved and ceased

20   to do business, correct?

21         A    I don't believe so.  The LLCs appear to stay

22   active.

23         Q    Okay.  So the answer is, yes, Mr. Feldman, the

24   company remained active from 2012 to current day, that

25   is, Jewmon Enterprises now known as Millionaire

Zachary Westphal
May 14, 2021

1  Publishing; isn't that correct?

2          MR. COLWELL:  Objection.  Form.

3          THE WITNESS:  As a tax filing status it was

4      open.

5  BY MR. FELDMAN:

6      Q    Okay.  Now, we talked earlier about the need

7  for StocksToTrade.com, Inc.

8          I mean, we saw just now that Jewmon

9  Enterprises was an active company from 2012 right up to

10  current date.  All you needed to do was just change the

11  name of Jewmon Enterprises to StocksToTrade.com.  Why

12  didn't you do that?

13          MR. COLWELL:  Objection.  Form.

14          THE WITNESS:  It's two totally different

15      companies.

16  BY MR. FELDMAN:

17      Q    Yeah, exactly.  And you would agree that

18  Jewmon was a company that had a contractual obligation

19  to EquityFeed, correct?

20      A    During the time we had a contract --

21      Q    Right.

22      A    -- agreement.

23      Q    And you know under that agreement that after

24  termination certain provisions of that contract

25  continued; isn't that right?

Zachary Westphal
May 14, 2021

```
 1              MR. COLWELL:  Objection.  Form.

 2              THE WITNESS:  Certain provisions, sure.

 3   BY MR. FELDMAN:

 4      Q    Okay.  So you knew that even though the

 5   license agreement had been terminated, certain

 6   paragraphs of that contract continued in effect; isn't

 7   it true?  You knew that?

 8      A    I'd have to go back and read the contract.

 9      Q    We'll do that.

10              MR. FELDMAN:  Would you put up Exhibit 24,

11          please.

12              MR. BOTWIN:  And may I ask, is this the

13          termination notice or the license --

14              MR. FELDMAN:  No.  Exhibit 24 is the contract.

15              MR. BOTWIN:  Okay.  Please stand by.

16   BY MR. FELDMAN:

17      Q    You would agree, sir, that what we have on the

18   screen is the EquityFeed/Jewmon Enterprises license

19   agreement, correct?

20              THE WITNESS:  Could you scroll through the

21          whole thing, Elad?

22              It appears --

23              MR. FELDMAN:  Gabriel, to your question before

24          the break, we stipulate that this is a true and

25          accurate copy of the agreement.  We do have a copy
```

Zachary Westphal
May 14, 2021

```
 1        with Stephan's -- Stephan's signature.  But we're
 2        not challenging the authenticity of this document.
 3             MR. COLWELL:  Okay.  You're representing this
 4        is a true and accurate copy, you have one signed by
 5        the Plaintiff's CEO.  I think you're going to
 6        produce that?
 7             MR. FELDMAN:  We'll produce this -- our signed
 8        version of this.
 9             MR. BOTWIN:  Give me one moment and I will
10        tell you, there is a version with Mr. Touizer's
11        signature on it and I will give you the Bates
12        number.
13             MR. COLWELL:  Okay.
14             MR. FELDMAN:  Let me -- let's do the
15        questioning first.
16             So go to paragraph 8.
17             MR. COLWELL:  And, Jeff, so we're clear, so
18        the content is the same?  That's what you said,
19        right?
20             MR. FELDMAN:  Yes.
21             MR. COLWELL:  Go ahead.
22   BY MR. FELDMAN:
23        Q    We're looking at the termination provision,
24   you would agree, correct, in paragraph 8, Mr. Westphal?
25        A    It says termination.
```

Zachary Westphal
May 14, 2021

1         Q     And then the last -- the second to last

2    sentence of the termination provision says, "Section 5

3    through 13 shall survive any termination or expiration

4    of this agreement."

5              Do you see that?

6         A     Yes.

7         Q     Which means, you would agree, that even after

8    termination, sections five, six, seven, eight, nine,

9    ten, 11, 12 and 13 still remain in force and effect,

10   correct?

11             MR. COLWELL:  Objection.  Form.

12             THE WITNESS:  That's what the -- that's what

13        it says there.

14   BY MR. FELDMAN:

15        Q     Right.  And you knew, didn't you, that if you

16   continued to do business under Jewmon Enterprises using

17   a new market scanning software tool, it would -- it

18   would be subject to Jewmon's contractual obligations in

19   paragraphs five, six, seven, eight, nine, ten, 11, 12

20   and 13 of the license agreement; isn't that right?

21             MR. COLWELL:  Objection.  Form.

22             THE WITNESS:  I didn't recall those.

23   BY MR. FELDMAN:

24        Q     Well, you recall it now, don't you, because

25   it's in front of you.

Zachary Westphal
May 14, 2021

```
1          A    I see it there.

2          Q    Right.  So you understood at the time of

3     termination of the license agreement that if Jewmon was

4     to continue in business marketing a new software tool,

5     let's say the one that Scopic was developing, that

6     software tool would be subject to the contractual

7     obligations in sections 5 through 13 of the

8     EquityFeed/Jewmon license agreement; isn't that right?

9               MR. COLWELL:  Objection.  Form.

10              THE WITNESS:  I'd have to go through them.

11    BY MR. FELDMAN:

12         Q    You need to go through each paragraph to

13    acknowledge that whatever those paragraphs are, they

14    would be binding on Jewmon with respect to a new

15    software -- scanning software tool that it decided to

16    use after termination with EquityFeed?  Is that what

17    you're saying?  Mr. Westphal?

18         A    Can you repeat the question?

19              MR. COLWELL:  Looks like he's trying to read

20         the agreement on the screen.

21    BY MR. FELDMAN:

22         Q    Mr. Westphal, do you want -- do you want to

23    read those paragraphs?

24              If you want to read them, I have no problem

25    with you reading them.  But I'm suggesting that you
```

Zachary Westphal
May 14, 2021

1    don't need to read the paragraphs to acknowledge that

2    whatever they are, they were binding on Jewmon after the

3    termination of the agreement with EquityFeed.

4              Would you agree with that statement?

5              MR. COLWELL:  Objection.  Form.

6              THE WITNESS:  Based on what's in there.

7    BY MR. FELDMAN:

8         Q    Based on what's in there.  And what's the

9    answer?

10        A    I'm not a lawyer.

11        Q    Mr. Westphal, you're making this unnecessarily

12   complicated.  Okay?

13             Let's try it again.  Based on the language in

14   the license agreement, you understood that if Jewmon

15   continued to do business selling the service of a new

16   market scanning software tool, Jewmon's marketing and

17   sale of that service would be subject to the obligations

18   in section 5 through 13 of the license agreement; isn't

19   that true, yes or no?

20        A    Where does it say marketing and sales?

21        Q    Try it again.

22             Mr. Westphal, isn't it true that you knew that

23   if Jewmon Enterprises began to commercially exploit,

24   whether that's sales, marketing, anything, commercially

25   exploit a new market -- a new market scanning software

Zachary Westphal
May 14, 2021

1    tool, it would -- it would have to do that commercial

2    exploitation subject to the contractual provisions in

3    sections 5 through 13 of the license agreement with

4    EquityFeed; isn't that true?

5              MR. JAFFE:  Objection.

6              MR. COLWELL:  Objection.  Form.

7              THE WITNESS:  What was the term you were

8        using, market construed?

9    BY MR. FELDMAN:

10       Q    Goodness.  Can you answer my question?  Yes or

11   no?

12       A    I mean, here in the agreement it -- I mean,

13   just show me where it says, like, marketing and sales.

14       Q    Mr. Westphal, try it again.

15            When you read the word -- we read the

16   sentence, "sections 5 through 13 shall survive any

17   termination or expiration of this agreement," what does

18   that mean to you?

19       A    It shall survive.

20       Q    And if those obligations survive, how do those

21   obligations affect Jewmon's ability to do ongoing

22   business?

23       A    I don't think it does.

24       Q    What is your understanding on that?

25       A    I don't think it does.

Zachary Westphal
May 14, 2021

1        Q    So you're saying that there would be no effect

2   on Jewmon in going forward after termination, despite

3   the agreement saying that it's bound by sections 5

4   through 13 of the agreement?

5               MR. COLWELL:  Objection.  Form.

6               THE WITNESS:  I assume it would be -- which

7        actions?

8   BY MR. FELDMAN:

9        Q    Mr. Westphal, listen, you know, I'm watching

10   your expression and I'm trying to listen to your answer

11   and, frankly, I believe you're being purposely evasive.

12   But what I think is inconsequential.  It's what a judge

13   and a jury is going to think.

14               I'm asking you a simple question.  Isn't it

15   true -- isn't it true, sir, that after the agreement

16   between EquityFeed and Jewmon terminated, you, as one of

17   the owners of Jewmon, understood that Jewmon could not

18   begin to market or sell any market scanning software

19   tool service without being subject to sections 5 -- 5

20   through 13 of the license agreement with EquityFeed?

21   Isn't that true, yes or no?

22               MR. COLWELL:  Objection.  Form.

23               THE WITNESS:  It's not my understanding about

24        any market scanning tool.

25   BY MR. FELDMAN:

Zachary Westphal
May 14, 2021

1      Q    But what is your understanding then?  Tell me

2  your understanding.

3      A    It's specific to EquityFeed.

4      Q    I need a cohesive, coherent answer to the

5  question, not sound bites and bits.  Okay?  I'm entitled

6  to get an answer to my question, and I'm going to ask

7  the question until I get an answer.  Okay?

8           So we'll try it again, Mr. Westphal.

9           Did you understand upon termination of the

10  agreement between EquityFeed and Jewmon, that if Jewmon

11  was to go forward and to begin to market the new

12  prototype that Scopic was developing, Jewmon would have

13  to do that subject to the contractual provisions in

14  section 5 through 13 of the license agreement?  Are you

15  going to give me an answer to that question?

16           MR. COLWELL:  Objection.  Form.  Asked and

17      answered.

18           THE WITNESS:  It's my understanding that it

19      wouldn't, you know, continue with EquityFeed, not a

20      Jewmon prototype.  I believe those are different.

21  BY MR. FELDMAN:

22      Q    And isn't it true, sir, that you understood

23  that if Jewmon was to continue business with a new

24  market scanning software tool, it would have to do it in

25  compliance with sections 5 through 13 of the now

Zachary Westphal
May 14, 2021

```
 1   terminated license agreement with EquityFeed; isn't that

 2   correct?

 3           MR. COLWELL:  Objection.  Form.

 4           THE WITNESS:  Don't recall at the time.

 5   BY MR. FELDMAN:

 6       Q    I'm sorry?

 7       A    I said, I don't recall at the time.

 8       Q    Okay.  Isn't it also true, sir, that you

 9   realized that one way of bypassing the obligations in

10   section 5 through 13 would be to form a new company to

11   market the new market scanning software tool?

12           MR. COLWELL:  Objection.  Form.

13           THE WITNESS:  Absolutely not.

14   BY MR. FELDMAN:

15       Q    Isn't it true that the only reason that

16   StocksToTrade.com, Inc. was formed was so that you and

17   Mr. Sykes could free yourselves of the obligations in

18   sections 5 through 13?

19           MR. COLWELL:  Objection.  Form.

20           THE WITNESS:  Can't speak for Tim, but

21       absolutely not.

22   BY MR. FELDMAN:

23       Q    Okay.  But -- let's look at this.

24           Jewmon was a company owned by you and

25   Mr. Sykes, right?
```

Zachary Westphal
May 14, 2021

```
 1        A     Yeah.

 2        Q     And StocksToTrade was a company owned by you

 3   and Mr. Sykes, right?

 4              MR. COLWELL:  Objection.  Form.

 5              THE WITNESS:  Among others, yes.

 6   BY MR. FELDMAN:

 7        Q     And Jewmon marketed a white label market

 8   scanning software tool, correct?

 9        A     It had a white label affiliate relationship.

10        Q     And that relationship -- that relationship

11   included a white label market scanning software tool,

12   correct?  Yes or no.

13        A     The relationship included a white label

14   whatever EquityFeed was, whatever it provided.

15        Q     And StocksToTrade.com, Inc. also markets a

16   market scanning software tool, correct?

17              MR. COLWELL:  Objection.  Form.

18              THE WITNESS:  StocksToTrade has a trading

19        platform and it has marketing and media, yeah.

20   BY MR. FELDMAN:

21        Q     So is the answer to my question yes or no,

22   that StocksToTrade.com, Inc. to this day markets a

23   market scanning software tool?

24        A     It markets a trading platform.  It markets its

25   own --
```

Zachary Westphal
May 14, 2021

 1          (Simultaneous speakers.)

 2          MR. COLWELL:  Let the witness finish his

 3     answer.

 4  BY MR. FELDMAN:

 5     Q    Go ahead.  Did you finish?

 6     A    It market its SAS, service as a software,

 7  which is a trading platform to make trading decisions.

 8     Q    So you've got two companies that are owned by

 9  the same people that are each in the business of selling

10  the same service, correct?

11          MR. COLWELL:  Objection.  Form.

12          THE WITNESS:  StocksToTrade sells a trading

13     platform.

14                    *  *  *  *  *

15          (Page 197, line 15 to page 197, line 13 of the

16     transcript has been declared confidential and is

17     produced under separate cover.)

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Zachary Westphal
May 14, 2021

```
 1   #

 2   #

 3   #

 4   #

 5   #

 6   #

 7   #

 8   #

 9   #

10   #

11   #

12   #

13   #

14                        *  *  *  *  *

15   BY MR. FELDMAN:

16       Q    Mr. Westphal, isn't it true that at all times

17   prior to June 2015, you and Mr. Sykes could have renamed

18   Jewmon Enterprises StocksToTrade.com?  You could have

19   done that, don't you agree?

20       A    We could have done anything we wanted.

21       Q    Right.  Okay.  And instead of just changing

22   the name of Jewmon Enterprises to StocksToTrade.com, you

23   formed a brand new Delaware entity to bear the name

24   StocksToTrade.com, Inc., correct?

25       A    It was formed in Delaware, yeah.
```

Zachary Westphal
May 14, 2021

```
 1        Q    Why did you go to Delaware?

 2        A    I can't recall.  Potentially it's what an

 3   accountant said or attorney.

 4             MR. COLWELL:  No, don't divulge any --

 5   BY MR. FELDMAN:

 6        Q    What doesn't make sense to me --

 7             COURT REPORTER:  I'm sorry, Mr. Feldman.  I

 8        need you to begin again.

 9             MR. FELDMAN:  Yes.

10   BY MR. FELDMAN:

11        Q    If Jewmon was the company that contracted with

12   Scopic to develop the new software, why didn't Jewmon

13   just continue -- why didn't Jewmon go into the business

14   of promoting the software that it contracted with Scopic

15   to build?

16             MR. JAFFE:  Objection.

17             THE WITNESS:  I don't recall.

18   BY MR. FELDMAN:

19        Q    Is there any document in the world that you

20   think you could look at after this deposition to help

21   refresh your recollection as to why the company that

22   hired the software to develop, to build the new market

23   software prototype never ended up marketing or selling

24   that software tool?

25             MR. COLWELL:  Objection.  Form.
```

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  Not a document I can think of.
 2    BY MR. FELDMAN:
 3        Q    So I have your best answer today, correct?
 4        A    To the best of my knowledge.
 5        Q    And so there's no chance, is there, that if we
 6    go to trial in this case and I ask you the same question
 7    that I'm going to get a different answer, because you've
 8    given me -- you gave me your best answer today, right?
 9              MR. JAFFE:  Objection.
10              MR. COLWELL:  Objection.  Form.
11    BY MR. FELDMAN:
12        Q    Isn't that right?
13              MR. COLWELL:  Same objection.
14              THE WITNESS:  To the best of my knowledge at
15        this moment.
16    BY MR. FELDMAN:
17        Q    Do you know what a trademark is?
18        A    Generally.
19        Q    Did you ever file a trademark application in
20    your life?
21        A    Possibly.
22        Q    Do you have an apprehension in using the words
23    yes or no instead of possibly or maybe or I don't know?
24        A    Well, I just --
25              MR. JAFFE:  Objection.  Argumentative.
```

Zachary Westphal
May 14, 2021

```
 1              MR. COLWELL:  Same objection.

 2              MR. FELDMAN:  I'll withdraw it.

 3              MR. COLWELL:  Do you have a trademark

 4       application that you can show him?

 5  BY MR. FELDMAN:

 6       Q    Did you ever -- did you ever execute a Federal

 7  trademark application for StocksToTrade.com, Inc., yes

 8  or no?

 9       A    I don't recall.

10       Q    Let's see if we can refresh your recollection.

11              MR. FELDMAN:  Would you put up 36, please.

12              MR. BOTWIN:  Yes.

13              It is uploading and it is now available in the

14       chat.  I will screen share momentarily.

15              MR. COLWELL:  What number are we at?  35?

16              MR. FELDMAN:  This will be Exhibit 35, yes.

17              (Exhibit No. 35 was marked for

18       identification.)

19              MR. FELDMAN:  Would you scroll through the

20       document, please.

21              THE WITNESS:  Yes.

22              MR. FELDMAN:  I'm representing to the witness

23       and to Counsel that Exhibit 35 is a Federal

24       Trademark Service Mark Application on principal

25       register filed 5/23/2017 for the mark
```

Zachary Westphal
May 14, 2021

1           StocksToTrade.  And it was filed for

2           StocksToTrade.com, Inc., 222 South Main Street,

3           Suite 500, Salt Lake City, Utah, and that it was

4           executed by Mr. Westphal.

5       BY MR. FELDMAN:

6           Q    Let me know when you're ready to discuss the

7       document, sir.

8           A    Sure.

9                MR. BOTWIN:  There are many -- sorry.

10               MR. COLWELL:  Sorry.  Could we see the

11          execution by Mr. Westphal?

12               MR. BOTWIN:  Allow me to look for it.  There

13          are many documents here.

14               MR. COLWELL:  Thanks.

15               MR. BOTWIN:  It's at the end.

16               This is the final page where the signature is.

17               MR. COLWELL:  You might want to scroll down to

18          show his -- there you go.  Okay.

19      BY MR. FELDMAN:

20          Q    Do you recall signing this trademark

21      application for StocksToTrade, Inc.?

22          A    That's my signature.  I vaguely, now that I'm

23      seeing it.

24          Q    Now, at the bottom of the first page --

25               MR. FELDMAN:  Go back to the first page.

Zachary Westphal
May 14, 2021

1  BY MR. FELDMAN:

2      Q    There's a -- there's a document -- there's a

3  row that says, "First use in commerce date, at least as

4  early as February 14, 2016."

5          Do you see that?

6      A    Uh-huh.

7      Q    Yes?

8      A    I see that, yes.

9      Q    And that 12 -- February 14, 2016, is the first

10  date that StocksToTrade.com, Inc. would have used the

11  new Scopic market scanning software tool that we talked

12  about, correct?

13     A    I believe --

14         MR. COLWELL:  Objection.  Form.

15         THE WITNESS:  -- February 14, 2016, I assume,

16     is the launch date for the trading platform.

17  BY MR. FELDMAN:

18     Q    Okay.  So my client would not have been able

19  to learn about the new trading platform prior to the

20  date that it went live, correct?

21     A    I'm unaware.

22     Q    There was -- the launch of the new trading

23  of -- you're calling it trading platform, was

24  February 14, 2016.  No, it was at least as early as?

25     A    Yeah.  I don't -- I don't remember the exact

Zachary Westphal
May 14, 2021

1    dates.

2        Q    Can we agree that the market scanning software

3    tool that Scopic was contracted to build by Jewmon was

4    launched by StocksToTrade.com, Inc. in or about February

5    of 2016?

6            MR. COLWELL:  Objection to form.

7            THE WITNESS:  The trading platform was

8        launched approximately around that time.

9    BY MR. FELDMAN:

10       Q    And you're calling it trading platform.  Can

11   we agree that that trading platform was developed by

12   Scopic, correct?

13       A    Yeah.

14       Q    Yes?

15       A    Yes.  I said, yeah.

16       Q    Okay.  And you would agree that Scopic was

17   contracted to build that platform by Jewmon Enterprises,

18   correct?

19           MR. COLWELL:  Objection.  Form.

20           THE WITNESS:  There was an agreement between

21       Jewmon and Scopic.

22   BY MR. FELDMAN:

23       Q    Thank you.

24           Now, then if we turn the page -- actually,

25   before we turn the page, it talks about goods and

Zachary Westphal
May 14, 2021

1    services and basis information.  And the identification

2    row says, "computer programs and computer software for

3    electronically trading securities."

4           Was that accurate?

5           MR. COLWELL:  We need to scroll down.  The

6        witness can't see.

7           MR. FELDMAN:  No, no, it's right -- it's right

8        here.  No, no, no.  It's right -- it's the red

9        type.

10          THE WITNESS:  "Computer programs and computer

11       software for electronically trading securities."

12   BY MR. FELDMAN:

13       Q    That was an accurate description, correct?

14       A    Semi-accurate.

15       Q    Well, you signed the document.  Did you sign a

16   document that wasn't accurate?

17       A    "Computer program and computer software for

18   electronically trading securities."

19       Q    When you signed that document were you telling

20   the truth?

21       A    To the best of my knowledge.

22       Q    So when you put down computer programs and

23   computer software for electronically trading securities,

24   that was an accurate description?

25       A    I didn't fill out this application.  It may

Zachary Westphal
May 14, 2021

1    have been a drop-down menu and that's about as specific

2    as it got.

3             MR. FELDMAN:  Okay.  Well, let's go to the

4        second page.  And let's look at identification.

5    BY MR. FELDMAN:

6        Q    Here it says, "Providing a website featuring

7    the ratings, reviews and recommendations on stocks,

8    bonds, mutual funds and other financial instruments

9    posted by users.  Financial services, namely, commodity

10   trading and managing future advisory and management

11   services, security trading services for others via the

12   internet and the global information network, financial

13   administration of stock exchange trading of shares and

14   other financial securities in financial markets.

15   Financial information provided by electronic means in

16   the field of use or -- field of us or U.S. stock market

17   data."

18             Was that an accurate description?

19       A    Accurate description of what?

20       Q    Of the specimen that this -- this description

21   was listed in relation to.

22       A    Some things.

23       Q    Mr. Westphal, listen, you signed this document

24   under penalty of perjury.  Did you lie when you put the

25   information down on this document?

Zachary Westphal
May 14, 2021

```
 1                 MR. JAFFE:  Objection.

 2                 MR. COLWELL:  Objection.  Form.

 3                 THE WITNESS:  To the best of my knowledge, at

 4         that moment, no.

 5    BY MR. FELDMAN:

 6         Q    You understood when you signed this document

 7    that the information in the document was truthful,

 8    correct?

 9         A    To the best of my knowledge.

10         Q    Uh-huh.

11         A    I didn't write that.

12         Q    In fact, if you go to the third page --

13                 MR. COLWELL:  I think the witness just said he

14         didn't write it.  Go ahead.

15    BY MR. FELDMAN:

16         Q    Yeah, let's look at who wrote it.

17                 MR. FELDMAN:  Let's go to the third page.

18    BY MR. FELDMAN:

19         Q    It says, "attorney information."  And then

20    lists the firm Squire Patton and Boggs, right?

21                 MR. COLWELL:  Squire Patton Boggs, yes.

22    BY MR. FELDMAN:

23         Q    Squire Patton Boggs is the firm representing

24    you in this case, correct?

25         A    Yeah.
```

Zachary Westphal
May 14, 2021

```
 1        Q    So the lawyers representing you in this case

 2   filed this application in the United States

 3   trademarking -- patent and trademark office for you,

 4   correct?

 5        A    It was submitted.  Their name is on it.

 6             MR. FELDMAN:  And now if we could scroll down

 7        to the signature page, please.

 8   BY MR. FELDMAN:

 9        Q    And we see your signature on the last page,

10   right?

11        A    I see it.

12        Q    It's dated 5/22/2017, correct?

13        A    That's what it says.

14        Q    And you're listed as the CEO, correct?

15        A    That's what it says.

16        Q    The paragraph above the signature, full

17   paragraph above the signature says, "The signatory being

18   warned that willful false statements and the like are

19   punishable by fine or imprisonment or both under 18

20   U.S.C. 1001, and that such willful false statements may

21   jeopardize the validity of the application or submission

22   of any registration resulting therefrom, declares that

23   all statements made of his or her own knowledge are true

24   and that all statements made on information and belief

25   are believed to be true."
```

Zachary Westphal
May 14, 2021

```
 1           You understood that when you signed this
 2    application, correct?
 3       A    I didn't read -- I didn't read half of it.
 4           To the best of my knowledge, yeah, I signed
 5    it.
 6       Q    You understood when you signed it --
 7       A    No.
 8       Q    I'm sorry?
 9       A    Sorry.  I cut you off.  Can you ask your
10    question?
11       Q    You knew when you signed this document that if
12    you made any willful false statement, it could be
13    punishable by fine or imprisonment under 18 U.S.C. 1001,
14    right?
15           MR. JAFFE:  Objection.
16           MR. COLWELL:  Objection to the form of the
17       question.
18    BY MR. FELDMAN:
19       Q    You knew that, didn't you?
20       A    I was -- to the best of my knowledge, I signed
21    the document.
22       Q    Uh-huh.
23           (Simultaneous speakers.)
24           MR. COLWELL:  I think -- I think he's
25       continuing.
```

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2         Q    I'm sorry.

3         A    I do not recall reviewing those details.

4         Q    So you're the CEO of the company and you sign

5    stuff you don't read?

6              MR. JAFFE:  Objection.

7              MR. COLWELL:  Objection.  Form.

8              THE WITNESS:  There's a lot of stuff to read.

9    I cannot read everything.

10   BY MR. FELDMAN:

11        Q    Mr. Westphal, if you go to the third bullet

12   point up from signature section.

13        A    I can't see it.

14             MR. FELDMAN:  Actually, scroll up, please.

15        These actually, yeah.  No, go down.  I'm sorry.

16        It's here.

17   BY MR. FELDMAN:

18        Q    You see the first bullet point.  It says, "To

19   the best of the signatory's knowledge and belief, no

20   other persons, except, if applicable, concurrent users,

21   have the right to use the mark in commerce, either in

22   identical form or in such near resemblance as to be

23   likely when used or in connection with the goods or

24   service of such other person, to cause confusion or

25   mistake or to deceive."

Zachary Westphal
May 14, 2021

1              Do you see that?

2       A    I see it.

3       Q    Do you know what that means?  Did you

4  understand what that meant when you signed it?

5       A    I don't recall reading it.

6       Q    Uh-huh.  Did Jewmon ever stop using

7  StocksToTrade?

8              MR. COLWELL:  Objection.  Form.

9              THE WITNESS:  What do you mean by did it stop

10      using?

11  BY MR. FELDMAN:

12      Q    Well, once StocksToTrade.com, Inc. was formed

13  and launched its business -- strike that.

14              Isn't it true that Jewmon Enterprises stopped

15  using StocksToTrade after the white label agreement with

16  EquityFeed was terminated?  Isn't that true?

17      A    I don't -- sorry.  I cut you off.

18              I don't recall the dates, but it did end.

19      Q    When did it end, approximately?

20      A    Probably around the time that the termination

21  happened.  I don't recall the exact dates.

22      Q    But you would agree that even though Jewmon

23  stopped using it, it always had the right to use it?

24              MR. COLWELL:  Objection.  Form.

25              THE WITNESS:  I'm unaware.  I don't know.

Zachary Westphal
May 14, 2021

 1  BY MR. FELDMAN:

 2      Q    The only reason StocksToTrade stopped using --

 3  strike that.

 4           The only reason that Jewmon Enterprises

 5  stopped using StocksToTrade was because you and

 6  Mr. Sykes decided to set up a new company to let that

 7  new company use that service mark, correct?

 8           MR. COLWELL:  Objection.  Form.

 9           THE WITNESS:  The agreement was terminated.

10      And then that's one action.  And we set up

11      StocksToTrade.com, Inc. as a different action.

12  BY MR. FELDMAN:

13      Q    Right.  And then a number of months later you

14  represented under oath to the U.S. Patent and Trademark

15  Office that to the best of your knowledge and belief, no

16  other persons, except if applicable, concurrent users

17  have the right to use the mark in commerce, either in

18  identical form or in such near resemblance also to be

19  likely when used or in connection with the

20  goods/services of such other persons to cause confusion

21  or mistake or to deceive.

22      A    And we did not.

23      Q    Right.  In fact, you would agree that when you

24  said that, you would agree that Jewmon Enterprises still

25  had the right to use the mark concurrent with

Zachary Westphal
May 14, 2021

1    StocksToTrade.com, Inc., right?

2           MR. COLWELL:  Objection.  Form.

3           MR. JAFFE:  Objection.  Legal conclusion.

4           THE WITNESS:  StocksToTrade, Inc. had the

5       right.

6    BY MR. FELDMAN:

7       Q    The reason you believe that StocksToTrade.com,

8    Inc. had the right is because you and Mr. Sykes decided

9    to end -- decided to take Jewmon Enterprises out of the

10   business that it was in under the license agreement with

11   EquityFeed, correct?

12          MR. COLWELL:  Objection.  Form.

13          THE WITNESS:  Negative.  Jewmon was an

14      affiliate marketer who did affiliate marketing,

15      marketing white label activities --

16          COURT REPORTER:  I'm sorry.  I didn't get the

17      end of your answer. "Who did affiliate marketing,

18      marketing white label activities" --

19   BY MR. FELDMAN:

20      Q    Did you finish your answer, Mr. Westphal?

21      A    Oh, sorry.  I didn't --

22          THE WITNESS:  What did you say, ma'am?  Sorry.

23          COURT REPORTER:  I got the answer, "Negative.

24      Jewmon was an affiliate marketer who did affiliate

25      marketing, marketing white label activities."

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  Yeah.  Marketing company.
 2   BY MR. FELDMAN:
 3        Q    Did Jewmon market for StocksToTrade.com, Inc.
 4   ever?
 5        A    Can you define "marketing?"
 6        Q    No.  I'm using the word that you used, sir.
 7              I'll change the question.
 8              What services, if any, has Jewmon Enterprises,
 9   now known as Millionaire Publishing --
10        A    It is an affiliate.
11        Q    Hold on.
12              What services, if any, has Jewmon Enterprises,
13   now known as Millionaire Publishing, ever performed for
14   StocksToTrade.com, Inc.?
15        A    Sent emails.
16        Q    Anything else, other than that?
17        A    Not that I recall.
18        Q    Isn't it true, sir, that when you and
19   Mr. Sykes launched StocksToTrade.com, you knew you were
20   launching it with a market scanning software tool that
21   borrowed heavily from the white label market scanning
22   software tool licensed from EquityFeed?
23        A    StocksToTrade.com, Inc. has a scanning tool, a
24   lot like other players in the space.  And no.
25        Q    I didn't ask you that question.  You need to
```

Zachary Westphal
May 14, 2021

```
 1   answer my questions and I need you to listen to my

 2   questions.

 3            Isn't it -- it's a yes or no question.

 4            Isn't it true that when you and Mr. Sykes went

 5   live on Stocks -- StocksToTrade.com, Inc. on or about

 6   February 2016, you knew that the software tool that you

 7   were launching that day borrowed heavily in content from

 8   the white label software tool that had been licensed

 9   from EquityFeed?  Isn't that true?

10            MR. COLWELL:  Objection.  Form.

11            THE WITNESS:  Absolutely not.

12   BY MR. FELDMAN:

13       Q    Isn't it true that the reason that you and

14   Mr. Sykes launched StocksToTrade.com, Inc. was to avoid

15   the contractual -- post-termination contractual

16   obligations from the license agreement because you knew

17   that StocksToTrade.com's software tool was very similar

18   to the white label tool that had been licensed from

19   EquityFeed?  Isn't that true?

20            MR. COLWELL:  Objection.  Form.

21            THE WITNESS:  Could you break that question

22       up, please?  It's a really long question.

23   BY MR. FELDMAN:

24       Q    Mr. Westphal, isn't it true that when you and

25   Mr. Sykes -- strike that.
```

Zachary Westphal
May 14, 2021

1              Isn't it true that when StocksToTrade.com,

2    Inc. launched its business in February 2016, went live,

3    that its software tool had similarities to the software

4    tool that had been licensed from EquityFeed under the

5    white label agreement?

6              MR. JAFFE:  Objection.  Form.

7              THE WITNESS:  No.  It has functionality that

8         several other platforms have.

9    BY MR. FELDMAN:

10        Q    Uh-huh.

11        A    Scanning, filtering.  It's not unique.

12        Q    When you launched -- when StocksToTrade.com,

13   Inc. launched its business in February 2016, did you,

14   speaking just for yourself, did you have an

15   understanding that the graphic user interface that --

16   that was being used by StocksToTrade.com, Inc. was

17   similar in any respect to the graphic user interface

18   used by -- used in the white label software tool

19   licensed from EquityFeed?

20        A    Not --

21             MR. COLWELL:  Objection.  Form.

22             THE WITNESS:  Not even close.

23   BY MR. FELDMAN:

24        Q    Okay.

25        A    A lot of trading platforms have charts, Think

Zachary Westphal
May 14, 2021

```
1   or Swim, E-trade, Interactive Brokers, TD Ameritrade,

2   Tasty Trade, E-signal, Ninja Trader, and they all have

3   charts and numbers.

4            MR. FELDMAN:  Let's put up the license

5        agreement for a moment.  This is Exhibit 24.

6            Mr. Videographer, how much time do I have left

7        in this deposition?

8            MR. JAFFE:  Appreciate a break.  Been going

9        about an hour and a half.

10           VIDEOGRAPHER:  Counselor, you're currently at

11       4 hours, 37 minutes.

12           MR. FELDMAN:  Which leaves me with how much

13       time?

14           MR. JAFFE:  2 hours and 23 minutes.

15           MR. FELDMAN:  How much?

16           MR. JAFFE:  2:23.

17           MR. FELDMAN:  Thank you.  All right.  Let's

18       take a break.

19           VIDEOGRAPHER:  We are now going off the video

20       record.  The time is 10:55 p.m. UTC, 3:55 p.m. PDT.

21           (Recess.)

22           VIDEOGRAPHER:  We are now back on the video

23       record.  The time is 11:10 p.m. UTC, 4:10 p.m. PDT.

24   BY MR. FELDMAN:

25       Q    All right.  We're starting to get to the point
```

Zachary Westphal
May 14, 2021

1   where we're going to start winding this down and then

2   we'll be Friday night and we'll be done with this.

3   Okay?

4           MR. FELDMAN:  So let's go to the agreement,

5       please, Elad, if you'd be kind enough to put it up.

6           MR. BOTWIN:  Yes, sir.

7           MR. FELDMAN:  Exhibit 24.

8           MR. CAMPBELL:  Is that a new exhibit or is

9       this the prior one?

10          MR. FELDMAN:  No.  This is the software

11      license agreement.

12          MR. COLWELL:  Okay.  I think I hear Steven

13      Campbell covering for Alston and Bird, just FYI.

14  BY MR. FELDMAN:

15      Q    Okay.  So we're looking at the license

16  agreement, correct, Mr. Westphal?

17      A    What it says, yeah.

18      Q    So I want to -- I want to talk about a number

19  of the provisions in this agreement.

20          First, let's look at paragraph 2.

21          It says, "Software license.  Software means

22  EquityFeed's computer software for the web-based

23  marketing analysis platform known as EquityFeed,

24  including any additions, modifications, alteration,

25  enhancements, ungrades and customizations made thereto

Zachary Westphal
May 14, 2021

1    for Jewmon's purposes as set out in this agreement."

2            Can we agree that this is the white label

3    software that you've been talking about in this

4    agreement?

5        A    I believe this is referring -- that was the

6    spirit of the deal.  It's referring to the white label

7    agreement and software.

8        Q    Okay.  And then in that same paragraph it

9    says -- it makes reference to a white label website,

10   www.stockstotrade.com.

11           Do you see that?

12       A    Yes.

13       Q    So we can agree that under this agreement,

14   Jewmon was using the website www.stockstotrade.com as --

15   as the white label website, correct?

16       A    As a web page, yes.

17       Q    Okay.  So the very first company that used the

18   web address www.stockstotrade.com was Jewmon, correct?

19       A    Define use of the domain, please.

20       Q    Well, what do you think that means,

21   Mr. Westphal?

22       A    There's several different meanings.  You could

23   register a domain.  You can put something up.  You could

24   forward a domain.  You can sell a domain.  You can mine

25   a domain.

Zachary Westphal
May 14, 2021

```
 1       Q    Mr. Westphal, you had two companies,
 2   StocksToTrade.com, Inc. and Jewmon.
 3            Is it true, based on this document, that
 4   between those two companies, the first one to use
 5   www.stockstotrade.com was Jewmon?  Isn't that true?
 6       A    I believe so.
 7       Q    Okay.  And when the agreement uses the word
 8   website, it's referring to Jewmon's
 9   www.stockstotrade.com website, correct?
10       A    For clarity, does it say that?
11       Q    Yeah.
12       A    Where are you referencing?
13       Q    Right here.  It says, "As of the effective
14   date, Equity Feed hereby grants to Jewmon a worldwide,
15   non-transferable, non-exclusive license to use the
16   software with the purpose of offering a web-based market
17   analysis platform via a white label website, WLP,
18   located at www.stockstotrade.com."
19            See that?
20       A    Yeah, I see that.
21       Q    Okay.  So the --
22            THE WITNESS:  Can you -- Elad, can you scroll
23       it up a little bit?
24            MR. BOTWIN:  Scroll up?  Is this good?
25            THE WITNESS:  Or, like, move the document
```

Zachary Westphal
May 14, 2021

```
1        down, I guess.

2              Thank you.

3     BY MR. FELDMAN:

4        Q    Try it again.

5              You would agree that as between

6     StocksToTrade.com, Inc. and Jewmon, it was Jewmon that

7     first used www.stockstotrade.com, correct?

8        A    I've answered this once.  And yes.

9        Q    And that website was the website through which

10    the -- through which -- I'm sorry.

11             That website was the website through which

12    Jewmon marketed the white label software from

13    EquityFeed, correct?

14       A    Yeah.

15       Q    Okay.  Now, number 3.

16             It says, "EquityFeed shall provide Jewmon

17    certain software customization and back office support

18    services."

19             What did you understand that to mean?

20       A    Customer support.  And if we had, like, a

21    request, I guess.  I don't -- I don't recall the meaning

22    of that, the intention behind that.

23       Q    Now, if we go to number 5, we talk about fees,

24    expenses and payment.

25       A    Yeah.
```

Zachary Westphal
May 14, 2021

```
 1        Q    And can we summarize the agreement as follows:
 2   That, number 1, you and Mr. Sykes, that is, Jewmon,
 3   would be able to charge an access fee that you would
 4   keep 100 percent?  Do you recall that?
 5             MR. CAMPBELL:  Object to the form.
 6             THE WITNESS:  I don't see that it says
 7        anywhere about 100 percent.
 8   BY MR. FELDMAN:
 9        Q    If you look, it was a subscription fee.
10             Do you remember -- do you remember charging
11   your clients on this white label website a $100
12   subscription fee?
13        A    Where was it?
14             MR. COLWELL:  I think you've got to scroll
15        down.  I think it's on page 2.
16             MR. FELDMAN:  If you go to the top of the next
17        page.
18             MR. COLWELL:  There you go.
19             THE WITNESS:  Hold on.
20   BY MR. FELDMAN:
21        Q    Let me -- let me summarize this.  There were
22   two types of fees under the agreement.  There was a
23   monthly subscription fee, and then there was an initial
24   fee that was charged by Jewmon, which was called a
25   subscription fee.
```

Zachary Westphal
May 14, 2021

```
 1        A     Okay.

 2        Q     So there were two fees under the agreement, a

 3   subscription fee, a one time -- and strike that -- an

 4   initial fee and then the monthly subscription fee; is

 5   that accurate?

 6        A     I don't recall the initial fee, but it's

 7   there.

 8        Q     Okay.  And then the -- the monthly

 9   subscription fee was the main fee under the agreement,

10   correct?

11        A     There was a fee, yeah.

12        Q     And that's what got charged to the customer

13   for being given access to the white label software,

14   correct?

15        A     It was charged to the customer for usage.

16        Q     And the charge was -- was made by EquityFeed,

17   correct?

18        A     I don't recall.  I think so.

19        Q     And EquityFeed would keep 70 percent and

20   30 percent would be remitted to Jewmon, correct?

21             THE WITNESS:  Can you scroll up, Elad?

22             MR. COLWELL:  I think that's -- I think that's

23        on page 1.

24             MR. FELDMAN:  Right there, on paragraph 5.

25             THE WITNESS:  That's there.  That's that.
```

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2        Q    So we can agree it was a 70/30 split of the

3    monthly fee, 70 percent kept by EquityFeed and

4    30 percent kept by Jewmon, correct?

5        A    Yeah.

6        Q    And the fundamental dynamic in this agreement

7    was, is that, Jewmon, through its marketing off the

8    white label website, would generate clients for the

9    white label software, which would then generate the

10   monthly fee so that you guys would split 70/30?  Is that

11   a fair characterization of the dynamic of the agreement?

12       A    We would have web traffic go to

13   StocksToTrade.com, read whatever information, click

14   subscribe and subscribe to the white label product,

15   which then would be the subscription that we're talking

16   about here.

17       Q    All right.  So your -- my client provided the

18   software tool.  You guys provided the good will

19   associated with Mr. Sykes' name, as well as the

20   marketing skills that Jewmon had generally.  That was

21   what each company put into the deal, correct?

22            MR. COLWELL:  Objection.  Form.

23            THE WITNESS:  What do you mean by "good will?"

24   BY MR. FELDMAN:

25       Q    Mr. Sykes had a reputation in this penny stock

Zachary Westphal
May 14, 2021

```
1    over-the-counter -- strike that.  Strike that.

2            You would agree that Mr. Sykes was well known

3    among day traders, correct?

4        A    Among day traders?  I don't know how well he

5    was perceived among day trader community.  I do not

6    know.

7        Q    Right.  So at the end of the day then, you're

8    saying that Mr. Sykes' reputation, like, didn't bring

9    much to the table, correct?

10           MR. COLWELL:  Objection to form.

11           MR. CAMPBELL:  Form.

12           THE WITNESS:  I can't measure the amount of

13       reputation that he did or did not bring.

14   BY MR. FELDMAN:

15       Q    In fact, the real value that Jewmon brought

16   was its marketing on the website, correct?

17           MR. CAMPBELL:  Objection to form.

18           MR. COLWELL:  Same objection.

19           THE WITNESS:  The ability to market.

20   BY MR. FELDMAN:

21       Q    Right.  And as between Mr. Sykes' reputation

22   versus Jewmon's ability to market, it was Jewmon's

23   ability to market that was of greater value, correct?

24           MR. COLWELL:  Object to form.

25           THE WITNESS:  I can't recall.  It would be
```

Zachary Westphal
May 14, 2021

```
 1       hard to quantify.
 2  BY MR. FELDMAN:
 3       Q    Okay.
 4            MR. FELDMAN:  And number 6.
 5            THE WITNESS:  I can't see number 6.
 6            MR. FELDMAN:  Can you scroll down, please.
 7  BY MR. FELDMAN:
 8       Q    Now, let me ask you a question.
 9            Before the white label agreement, to your
10  knowledge, in order to access my client's market
11  scanning software product, what did one have to do?
12       A    I'm unfamiliar with EquityFeed's marketing
13  strategy.
14       Q    Well, I mean, you would agree that no one got
15  access to my client's market scanning software product
16  unless they subscribed to it, correct?
17            MR. COLWELL:  Objection.  Form.
18            THE WITNESS:  I don't know their marketing
19       plan.
20  BY MR. FELDMAN:
21       Q    Well, you knew it wasn't for free, right?
22            MR. CAMPBELL:  Objection to form.
23            MR. COLWELL:  Yeah.  The same objection.
24            THE WITNESS:  I believe they sold product.
25  BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

```
 1      Q    Right.  And so if you're selling product, you
 2   don't get it unless you pay first, correct?
 3            MR. CAMPBELL:  Objection to form.
 4            THE WITNESS:  Depends how a company does
 5      business.
 6            MR. FELDMAN:  Only objection to form.  No
 7      speaking objections, Mr. Campbell.
 8            MR. CAMPBELL:  I said objection to form.  It's
 9      not a speaking objection.
10            MR. FELDMAN:  Listen, it's late and you're
11      just coming on.
12            MR. CAMPBELL:  I've been on the whole time.
13      I've listened to all this.  But I won't -- I'm not
14      trying to give speaking objections.  If you don't
15      want me to say form, I'll just say objection.
16      That's fine with me.  I don't care.
17            MR. FELDMAN:  That's fine.  I would appreciate
18      if that's all you say.  I don't want to argue.
19            MR. CAMPBELL:  I'm not trying to.
20   BY MR. FELDMAN:
21      Q    Mr. Westphal, isn't it true that you
22   understood before this agreement was signed that if a
23   third party wanted access to my client's market scanning
24   software tool, they had to register and pay?  Isn't that
25   correct?
```

Zachary Westphal
May 14, 2021

```
 1              MR. COLWELL:  Objection.  Form.
 2              THE WITNESS:  The assumption would be that's
 3        one mode of collecting a person to pay.
 4   BY MR. FELDMAN:
 5        Q    I don't want your assumption.
 6        A    That's what you're asking.
 7        Q    No, I'm not asking for your assumption.  We've
 8   had this problem all day.  You're trying not to commit
 9   to an answer so you can leave yourself room to maneuver.
10   I know what you're doing.  I'm not going to let you do
11   it.  I'm going to ask the question until you answer the
12   question.
13        A    Okay.
14        Q    Okay?  So let's try it again.
15              You understood before Jewmon signed this
16   agreement that a third party could only gain access to
17   my client's market scanning software tool if they
18   registered and paid first; isn't that true?  You had
19   that understanding?
20              MR. CAMPBELL:  Objection.
21              THE WITNESS:  I don't believe I ever thought
22        about or understand how they acquired customers or
23        how they accessed the software, to be very frank.
24   BY MR. FELDMAN:
25        Q    So let me ask you, would you have gone into
```

Zachary Westphal
May 14, 2021

```
 1    business with a company that made its marketing scanning

 2    software available for free?

 3         A    FINVIZ does.

 4         Q    I'm not asking you about another company.

 5              I'm asking if you would have gone into

 6    business with my client, if my client did not charge and

 7    made its software available to anybody for nothing.

 8         A    Depends on the terms of the deal.

 9         Q    All right, Mr. Westphal.

10              Was -- before this agreement was signed, was

11    my client's market scanning software tool publicly

12    available?

13         A    It was publicly facing.

14         Q    It was what?

15         A    It was a public facing website.

16         Q    And what does that mean?

17         A    Anyone could go to the website.  I don't

18    believe it was private.

19         Q    Right.  So you could go to the website.

20              Now, if you went to the website, in order to

21    access the tool, what did one have to do?

22         A    I don't know --

23              MR. CAMPBELL:  Objection.  Form.

24              THE WITNESS:  -- how EquityFeed's products

25         funnel or marketing.
```

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2         Q    You understood that EquityFeed had a website

3    that created a portal to its software tool, but in order

4    to access the tool through the portal you had to

5    register and then pay, correct?

6              MR. COLWELL:  Objection.  Form.

7              MR. CAMPBELL:  Same objection.

8              THE WITNESS:  To access, yeah.  The assumption

9         would be that that was an access point to access

10        their software, would be the website.

11   BY MR. FELDMAN:

12        Q    Right.  So the website was just -- was just a

13   tunnel to the software, correct?

14        A    Just a tunnel?

15        Q    Tunnel.

16             MR. CAMPBELL:  Objection to form.

17   BY MR. FELDMAN:

18        Q    Right?

19        A    The website was possibly a brochure, a funnel,

20   not tunnel, is the verbiage you're looking for.

21             I don't know.  I don't remember their funnels.

22        Q    Okay.  And then -- but you -- you understood

23   at all times that the funnel from the website to the

24   software tool had a door?

25             MR. CAMPBELL:  Objection to form.

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2         Q    Is that right?

3              MR. COLWELL:  Objection.  Form.

4              THE WITNESS:  I mean, we don't use the word

5         door in internet marketing.

6              Media checkout.

7    BY MR. FELDMAN:

8         Q    Okay.  Fine.  I'll take it.

9              So the funnel had a checkout.  And a customer

10   had to go through the checkout before he got access to

11   the software, right?

12        A    I never went through that process, but most

13   websites do that.

14        Q    Right.  Okay.  And do you have any reason to

15   believe, any reason at all to believe that anyone who

16   wanted access to my client's software tool could go to

17   my client's website and then click through to the

18   software tool without paying or registering?

19             MR. CAMPBELL:  Objection.  Form.

20             MR. COLWELL:  Same objection.

21             THE WITNESS:  I don't know.  I don't know how

22        they set up their funnel.  I've seen other

23        companies allow people to download, and then they

24        required them to pay after.

25             So I -- I'm not familiar with their previous

Zachary Westphal
May 14, 2021

```
 1        process.
 2   BY MR. FELDMAN:
 3        Q    You don't know.  That's your answer, correct?
 4        A    I'm unaware of the process, what they used
 5   specifically.
 6        Q    Okay.  And okay.  Did you understand my
 7   client's white label software to be proprietary?
 8             MR. COLWELL:  Objection.  Form.
 9             THE WITNESS:  I understood their software to
10        be theirs.
11   BY MR. FELDMAN:
12        Q    Did you understand my client's software to be
13   confidential?
14        A    I understood it to be a trading platform, a
15   scanning tool.
16        Q    Did you understand it to be confidential?
17        A    The -- what part?
18        Q    Well, let's start with the code.
19             Did you have an understanding that my client's
20   code that was supporting the software --
21        A    I have zero --
22             MR. CAMPBELL:  Objection.  Hold on.  Objection
23        to form.
24             MR. FELDMAN:  I'll rephrase.
25   BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

```
 1        Q    Did you have an understanding as to whether my

 2   client's software code was confidential?

 3             MR. CAMPBELL:  Objection to form.

 4             MR. COLWELL:  Same objection.

 5             THE WITNESS:  I'm unaware of what

 6        confidentiality they had on their code.

 7   BY MR. FELDMAN:

 8        Q    So you don't know, correct?

 9        A    I don't know.

10        Q    Okay.  And now let's talk about the user

11   interface, the graphical user interface.

12             Did you have an understanding as to whether or

13   not my client's graphical user interface, and

14   specifically the graphical user interface on the white

15   label version, was confidential?

16        A    Can you repeat the question, please, Jeff?

17        Q    Yes.  Did you -- did you have an understanding

18   at the time that the agreement was executed that the

19   graphical user interface on the white label software was

20   confidential?

21             MR. COLWELL:  Objection.

22             THE WITNESS:  No.  The user face, no.

23   BY MR. FELDMAN:

24        Q    Okay.  Tell me why -- tell me why you had that

25   understanding.
```

Zachary Westphal
May 14, 2021

```
 1        A     I didn't think about it.  I was unaware.

 2   There are several interfaces in different platforms that

 3   have charting, level one, level two, indicators, et

 4   cetera.

 5        Q     Do you -- did you have any knowledge at all of

 6   my client's graphically user interface with all of its

 7   pull-down menus and flow trees being publicly

 8   accessible?

 9             MR. CAMPBELL:  Objection to form.

10             MR. COLWELL:  Same objection.

11             THE WITNESS:  What's a flow tree?

12   BY MR. FELDMAN:

13        Q     Let's call it the pull down, the sub menus

14   within the user interface.

15        A     Could you repeat the question on that?

16        Q     What is it you don't understand about the

17   question, Mr. Westphal?

18        A     Can you just ask it again?

19        Q     No.  Tell me what you don't understand.

20             MR. CAMPBELL:  The court reporter will read it

21        back if you need it read back, Zach.

22             THE WITNESS:  That would be awesome.  Can we

23        do that?

24             MR. FELDMAN:  I'm going to withdraw the

25        question.  Okay?
```

Zachary Westphal
May 14, 2021

1   BY MR. FELDMAN:

2       Q    Do you know what a pull-down menu is?

3       A    On a website it's a menu.

4       Q    Right.  So what I'm asking you is if you had

5   any understanding at all prior to signing the agreement

6   with EquityFeed that the pull-down menus on its graphic

7   user interface were publicly available?

8            MR. CAMPBELL:  Objection to form.

9            THE WITNESS:  Unaware.

10  BY MR. FELDMAN:

11      Q    Unaware?

12      A    I know that a lot of platforms, including

13  FINVIZ, Yahoo Finance, Google Finance, use pull-down

14  menus and display different data and information.

15      Q    Right.  But I'm not talking about those

16  companies.  I'm talking about my client.

17      A    Yeah.  And I don't know it's public.

18      Q    As you sit here today, you cannot testify that

19  the -- my client's graphic user interface was

20  generally -- let me -- I'm going -- I'm drawing a

21  blank -- generally known or readily accessible by proper

22  means, correct?

23            MR. CAMPBELL:  Objection to form.

24            MR. COLWELL:  Objection.

25            THE WITNESS:  I don't understand the question

Zachary Westphal
May 14, 2021

1          actually.  I'm sorry.

2     BY MR. FELDMAN:

3          Q    Yeah.  As you sit here today, you can't state

4     that my client's graphic user interface was generally

5     known or readily accessible by proper means prior to the

6     time that you signed the agreement, correct?

7               MR. CAMPBELL:  Objection to form.

8               MR. COLWELL:  Form.

9               THE WITNESS:  I don't know what, like,

10         generally known or accessible means in this case.

11    BY MR. FELDMAN:

12         Q    Okay.  Do you know -- before you signed the

13    agreement, did you have any knowledge at all of any

14    place in the universe where a person could go and access

15    my client's graphic user interface?

16         A    I'm unaware.  Maybe on EquityFeed.

17         Q    Okay.  Other than EquityFeed, are you aware of

18    any other place a human being could go, anywhere in the

19    universe, to see my client's graphic user interface with

20    all of the --

21         A    I don't know.  I didn't search it out.

22         Q    So you would agree that the -- to your

23    knowledge, the only place a person could go, that is,

24    before the agreement was signed, the only place a human

25    being could go to see my client's graphic user interface

Zachary Westphal
May 14, 2021

1    with all of its components was the EquityFeed website,

2    correct?

3         A    No.

4              MR. CAMPBELL:  Objection to form.

5              THE WITNESS:  No.  Similar functionality is

6         viewable on E-trade, Think or Swim, Interactive

7         Brokers, especially E-signal.

8    BY MR. FELDMAN:

9         Q    I'm not talking about any other company.  I'm

10   talking about my client's graphic user interface,

11   EquityFeed's graphic user interface.

12              Before you signed the agreement, before Jewmon

13   signed the agreement, did you, Zachary Westphal, owner

14   of Jewmon -- co-owner of Jewmon, know of any place in

15   the universe a human being could go to see all the

16   components of my client's graphic user interface, other

17   than the EquityFeed website?

18              MR. COLWELL:  Objection.  Form.

19              THE WITNESS:  I don't know, truly.

20   BY MR. FELDMAN:

21        Q    Okay.  Now --

22        A    In our industry with indicator and platforms

23   there are very many that are quite similar.

24        Q    Okay.  Now, if you look --

25              MR. FELDMAN:  Can we go back to the license

Zachary Westphal
May 14, 2021

```
 1        agreement, please?

 2            MR. BOTWIN:  Yes.

 3            MR. FELDMAN:  We're still on 6.

 4            MR. BOTWIN:  Okay.

 5            Here we are.

 6   BY MR. FELDMAN:

 7        Q    You always understood that my client's graphic

 8   user interface and code were confidential, correct?

 9            MR. CAMPBELL:  Objection to form.

10            MR. COLWELL:  Same objection.

11            THE WITNESS:  No.

12   BY MR. FELDMAN:

13        Q    Did you ever disclose the license agreement to

14   any third party?

15        A    I don't recall.

16        Q    Now, if we go to paragraph 8, "Termination."

17            Paragraph 8, you'll see midway through the

18   paragraph, it says, "Upon termination of this agreement

19   for any reason, all use of the software by Jewmon shall

20   cease."

21            Do you see that?

22        A    I do see that.

23        Q    What was your understanding of that sentence

24   when you -- when Jewmon signed this agreement?

25        A    I don't recall reading that and I'm not an
```

Zachary Westphal
May 14, 2021

1  attorney.

2       Q    Okay.  So do you -- as we talk now, "upon

3  termination of this agreement for any reason all use of

4  the software by Jewmon shall cease," do you have an

5  understanding of that sentence?

6       A    Jewmon shouldn't use the software.

7       Q    Then it says, "The provision of services by

8  Equity shall cease, and each party shall return to the

9  other party and destroy any confidential information

10  from the other party."

11           Do you see that?

12       A    Yeah.

13       Q    Did you return to Jewmon Jewmon's confidential

14  information?

15           MR. CAMPBELL:  Objection to form.

16           MR. COLWELL:  Same objection.

17           THE WITNESS:  Did I return the -- Jewmon?

18       Wait.  Say it again.

19  BY MR. FELDMAN:

20       Q    When the agreement between EquityFeed and

21  Jewmon terminated, did Jewmon return to EquityFeed the

22  confidential information that EquityFeed provided to

23  Jewmon during the term of the agreement, yes or no?

24       A    We never --

25           MR. CAMPBELL:  Objection to form.

Zachary Westphal
May 14, 2021

```
 1              MR. COLWELL:  Objection.

 2              THE WITNESS:  We never received confidential

 3        information, anything labeled confidential.

 4              MR. FELDMAN:  Let's go to paragraph 13.

 5   BY MR. FELDMAN:

 6        Q    Paragraph 13 says, "Equity Feed shall retain

 7   ownership of all right, title and interest in, and to

 8   the software, technology and other intellectual

 9   property, as well as all data, materials, ideas,

10   concepts, designs, techniques, know how, inventions,

11   works of authorship and any other information resulting

12   from or arising in the course of performance of the

13   services, and all intellectual property rights related

14   to the foregoing."

15              Did I read that correctly?

16              MR. CAMPBELL:  Objection to form.

17              THE WITNESS:  It looks like you did.

18   BY MR. FELDMAN:

19        Q    Do you have an understanding of what that

20   means?

21        A    Let me read it.

22              MR. CAMPBELL:  Jeff, are you just talking

23        about the second sentence there in paragraph 13?

24              MR. FELDMAN:  I do.

25   BY MR. FELDMAN:
```

Zachary Westphal
May 14, 2021

1    Q    In fact, why don't you just read carefully

2    paragraph 13, Mr. Westphal, because I'm going to be

3    questioning you about it.  Let me know when you're

4    ready.

5    A    Give me a sec.

6         Okay.

7    Q    Okay.  So let's sort of break this down.

8         Based on this paragraph, do you have an

9    understanding as to who owned the white label software

10   licensed under the agreement?

11   A    It identifies in the agreement, yeah.

12   Q    Who's identified as the owner?

13   A    EquityFeed.

14   Q    Uh-huh.  And if there were any other data,

15   materials, ideas, concepts, designs, techniques, know

16   how, inventions, works of authorship and any other

17   information resulting from or arising in the course of

18   performance of the services, and all intellectual

19   property rights, who owned those, based on your

20   understanding of this agreement?

21   A    It states, "EquityFeed shall retain."

22   Q    Okay.  Appreciate it.

23        Now, going further down in the agreement, it

24   says, quote, "Jewmon acknowledges that the software,

25   including without limitation any updates, upgrades,

Zachary Westphal
May 14, 2021

```
 1   customizations and modifications thereto provided by

 2   EquityFeed is proprietary of EquityFeed."

 3            I'm going to stop right there.

 4            "Proprietary to EquityFeed," what does that

 5   mean to you?

 6       A    The -- their software is theirs.

 7       Q    And then it goes on saying, "And Jewmon agrees

 8   and undertakes not to, except as permitted in this

 9   agreement, use the software or any part thereof in an

10   outsourcing arrangement in support of any third party."

11            Do you see that?

12       A    Hold on.

13            MR. CAMPBELL:  I think he's referring to 13,

14       so --

15            MR. FELDMAN:  13, yes.

16            MR. CAMPBELL:  Can we have the question

17       restated?  Or not restated, just reread?

18            MR. FELDMAN:  Certainly.

19            MR. CAMPBELL:  And, Jeff, I'm not asking you.

20       If the court reporter can do it, that would be

21       great.

22            MR. FELDMAN:  Oh, no, no, no.  It's going to

23       be easier for me to just do it.

24            MR. CAMPBELL:  Sorry.

25            MR. FELDMAN:  No problem.  It's no problem.
```

Zachary Westphal
May 14, 2021

1    BY MR. FELDMAN:

2        Q    Do you see that there are a number of

3    Romanettes, these little Roman numerals in the document?

4        A    I do see that.

5        Q    Okay.  So maybe we can cut through this.

6             Would you agree that under these Romanettes,

7    these Roman numerals, Jewmon agreed that it would not

8    use EquityFeed's software or any part thereof in an

9    outstanding -- outsourcing arrangement in support of a

10   third party; you agree that's there, correct?

11            MR. CAMPBELL:  Objection to form.

12            THE WITNESS:  There's a lot more words than

13       just that.

14   BY MR. FELDMAN:

15       Q    Mr. Westphal, would you agree that your

16   company agreed that it would not use my client's

17   software for, or any part of it in an outsourcing

18   arrangement in support of a third party?

19            MR. CAMPBELL:  Objection to form.

20            THE WITNESS:  What do you mean by outsourcing

21       arrangement and third party?

22   BY MR. FELDMAN:

23       Q    I can't tell you.  You're the one who signed

24   this document.  Those words are there.

25            You tell me.  You're the one who signed it.

Zachary Westphal
May 14, 2021

1      A      I'm not a lawyer.

2             MR. CAMPBELL:  Objection to form.

3             MR. COLWELL:  Objection.  Form.  He actually

4      didn't sign it, but go ahead.

5             MR. FELDMAN:  The company did.

6             MR. COLWELL:  Fair enough.

7  BY MR. FELDMAN:

8      Q      Would you agree that in this agreement Jewmon

9  promised that it would not use my client's software or

10 any part thereof in an outsourcing arrangement in

11 support of any third party?  That promise is there,

12 correct?

13            MR. CAMPBELL:  Objection to form.

14            MR. COLWELL:  Same objection.

15            THE WITNESS:  It doesn't say promise in here,

16     but it states that it -- it does say that a third

17     party.  And I lost it again.  Outsourcing

18     arrangement in support of a third party.

19 BY MR. FELDMAN:

20     Q      Do you agree with that, right?  It's there,

21 correct?

22     A      It's there.

23     Q      And then it says that Jewmon would not sell,

24 lease, sublicense or distribute the software or part

25 thereof or otherwise transfer the software, other than

Zachary Westphal
May 14, 2021

1   expressly permitted herein.

2          Jewmon made that promise, correct?

3      A    That is point 2 on the Roman -- it didn't make

4   a promise, but it states that right there.

5      Q    And then the next promise that Jewmon made in

6   this paragraph is that it would not reverse engineer,

7   decompile, disassemble or otherwise reduce to human

8   perceivable form the software source code or part

9   thereof, correct?

10     A    It says that.

11     Q    Now, by the way, we talked about Scopic

12  before.  Did anybody from Jewmon help Scopic develop --

13     A    No.

14     Q    -- the StocksToTrade's market scanning

15  software tool?

16         MR. COLWELL:  Objection.  Form.

17         MR. CAMPBELL:  Form.

18         THE WITNESS:  Jewmon did not have engineers.

19  BY MR. FELDMAN:

20     Q    Did anybody from StocksToTrade.com, Inc. help

21  Scopic develop StocksToTrade, Inc.'s -- develop the

22  prototype software tool that StocksToTrade --

23     A    I don't know who helped develop the prototype.

24  I'm unaware of the prototype.

25     Q    Okay.  Let me -- let me ask you this:  Did

Zachary Westphal
May 14, 2021

```
 1    Jamil help Scopic develop StocksToTrade.com, Inc.'s
 2    software tool?
 3         A    I was not intimately involved in the
 4    development process.
 5         Q    So you don't know?
 6         A    I'm unaware.
 7         Q    So to your knowledge, was -- was the market
 8    scanning tool developed by Scopic -- strike that.
 9              Was the market scanning tool adopted by
10    StocksToTrade.com, Inc. developed only by people at
11    Scopic?
12              MR. CAMPBELL:  Objection.  Form.
13              THE WITNESS:  I don't know.
14    BY MR. FELDMAN:
15         Q    Okay.  Roman number 3 says that -- would you
16    agree that Roman number 3 means that Jewmon would not
17    reverse engineer, decompile, disassemble or otherwise
18    reduce to human perceivable form the software source
19    code or part thereof?
20              MR. CAMPBELL:  Objection to form.
21              MR. COLWELL:  Same objection.
22    BY MR. FELDMAN:
23         Q    To market their products?
24         A    I don't recall Jewmon making any promises, but
25    it does say that right there.
```

Zachary Westphal
May 14, 2021

1      Q     And then the next one, number 4, you would

2   agree means that Jewmon would not modify, revise,

3   enhance or alter the software, other than for internal

4   use purposes in accordance with the terms set forth

5   herein, correct?  It made that promise?

6      A     It never happened.

7      Q     What's that?

8      A     Which never happened.

9      Q     But it did make that promise, correct?

10     A     It states that in the document we are looking

11  at.

12     Q     And then, finally, number 5, Jewmon promised

13  that it would not claim any rights to or ownership of

14  the software, correct?

15     A     That's what it states there.

16     Q     Now, if we can go to number 15.

17           Number 15 is titled, "Exclusivity."

18           Now, you were a principal, weren't you, of

19  Jewmon, correct?

20     A     Manager.

21     Q     So as a manager, you were a Jewmon principal,

22  correct?

23     A     Sure.

24     Q     Now, number 15 says, "During the term of this

25  agreement, neither Jewmon, nor its principals, shall

Zachary Westphal
May 14, 2021

```
1    directly or indirectly offer any other realtime market

2    data and analysis platform to its customers or have any

3    involvement or interest in, directly, indirectly, any

4    other realtime market data and analysis platform."

5            Do you see that there?

6       A    I see that.

7       Q    Uh-huh.  And we established already in this

8    deposition that while the agreement between Jewmon and

9    EquityFeed was in term, Jewmon was engaged in developing

10   through Scopic a new market scanning software tool,

11   correct?

12           MR. CAMPBELL:  Objection to form.

13           MR. COLWELL:  Objection.  Form.

14           THE WITNESS:  In this it says, "offer any

15       other realtime market data and analysis platform to

16       its customers or have during the term of this

17       agreement," which they did not.

18   BY MR. FELDMAN:

19       Q    Right.  So -- and you as a principal of Jewmon

20   violated this promise, you would agree, by engaging

21   Scopic while the agreement was still in term --

22       A    No.

23       Q    -- to build a new market scanning software

24   tool, correct?

25       A    I would not.
```

Zachary Westphal
May 14, 2021

```
 1              MR. CAMPBELL:  Objection to form.

 2              MR. COLWELL:  Objection.  Form.

 3              THE WITNESS:  I would not.  We weren't

 4      offering it.

 5   BY MR. FELDMAN:

 6      Q    Isn't it true that Stocks -- isn't it true

 7   that EquityFeed.com gave Scopic access to my client's

 8   white label market scanning software tool --

 9      A    I don't know.

10      Q    -- to assist them in developing the new market

11   scanning software tool for Jewmon?  Isn't that true?

12              MR. COLWELL:  Objection.  Form.

13              MR. CAMPBELL:  Objection to form.

14              THE WITNESS:  It gave?

15   BY MR. FELDMAN:

16      Q    Gave them access.

17              MR. CAMPBELL:  Objection to form.

18              THE WITNESS:  Unaware.

19   BY MR. FELDMAN:

20      Q    Okay.  You would agree, though, that if you,

21   Mr. Westphal, did permit Scopic to access my client's

22   white label market scanning software tool to enable them

23   to build a new market scanning tool for Jewmon or later

24   StocksToTrade.com, Inc., that that would have been a

25   violation by you of this agreement, correct?
```

Zachary Westphal
May 14, 2021

```
 1              MR. CAMPBELL:  Objection to form.

 2              MR. COLWELL:  Objection.  Form.

 3              THE WITNESS:  No.

 4  BY MR. FELDMAN:

 5      Q    Now, let's look at the last sentence of 15.

 6           It says, "After termination of this agreement,

 7  while it is acknowledged that Jewmon may create or

 8  procure a competitive market analysis platform to offer

 9  its customer, Jewmon shall not utilize any portion of

10  the software and shall not copy the look and feel of the

11  software/website."

12           Do you see that?

13      A    I see that.

14      Q    So let's break that down.

15           First, it says, "After termination -- after

16  termination of this agreement, while it is acknowledged

17  that Jewmon may create or procure a competitive market

18  analysis platform to offer to its customers."  I want to

19  stop there.

20           Isn't it true, sir, that just based on this

21  language in the agreement, the only time Jewmon was

22  authorized to begin to develop its own market analysis

23  platform was after the agreement terminated?

24              MR. CAMPBELL:  Object to form.

25              MR. COLWELL:  Objection.  Form.
```

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  I don't agree with that.
 2   BY MR. FELDMAN:
 3       Q    Well, it says it here.  It says, "After
 4   termination of this agreement."
 5              What do those words mean to you, "after
 6   termination of this agreement?"  What do those words
 7   mean?
 8              MR. CAMPBELL:  Object to form.
 9              MR. COLWELL:  Same objection.
10              THE WITNESS:  I suppose, like, after
11       termination.
12   BY MR. FELDMAN:
13       Q    Okay.  So -- and then it goes on to say,
14   "While it's acknowledged that Jewmon may create or
15   procure a competitive market analysis platform."
16              Do you see that?
17       A    I do see that.
18       Q    So if you -- if you couple those -- those --
19   all that language together, do you understand it to mean
20   that Jewmon would not be able to create or procure a
21   competitive market analysis platform until after
22   termination of the agreement?
23              MR. CAMPBELL:  Objection to form.
24              MR. COLWELL:  Same objection.
25              THE WITNESS:  I don't understand it like that.
```

Zachary Westphal
May 14, 2021

 1   BY MR. FELDMAN:

 2        Q    Well, how do you understand that language?

 3        A    Create or procure a competitive analysis

 4   platform to offer its customers.

 5        Q    Under this -- under this language, when did

 6   you believe Jewmon was allowed to begin to create or

 7   procure a competitive market analysis platform?

 8        A    I don't recall this language.

 9             MR. COLWELL:  Objection to form.

10   BY MR. FELDMAN:

11        Q    I'm sorry?

12             MR. CAMPBELL:  He said he didn't recall the

13        language.

14   BY MR. FELDMAN:

15        Q    Mr. Westphal, I'm not asking if you recall the

16   language.

17             You're looking at the language now, you're

18   reading it, right in front of you.

19        A    I don't recall signing this contract.

20        Q    Mr. Westphal, did you read this contract

21   before Mr. Sykes signed it on behalf of Jewmon, yes or

22   no?

23        A    I do not recall.

24        Q    Okay.  Looking at the language now, do you

25   understand this provision of the contract to mean that

Zachary Westphal
May 14, 2021

```
 1   Jewmon was not allowed to create or procure a

 2   competitive market -- sorry -- a competitive market

 3   analysis platform until after the agreement terminated?

 4            MR. CAMPBELL:  Objection to form.

 5            MR. COLWELL:  Same objection.

 6   BY MR. FELDMAN:

 7        Q    Do you have that understanding?

 8        A    It's just saying right here that it can create

 9   a competitive market analysis platform to offer its

10   customers.

11        Q    And you don't understand that -- that

12   paragraph to say that the company, Jewmon, could do

13   that, but only after the agreement terminates?  Is that

14   your testimony?

15            MR. CAMPBELL:  Objection to form.

16            MR. COLWELL:  Same objection.

17   BY MR. FELDMAN:

18        Q    Is that your testimony?

19        A    It states, "After termination of this

20   agreement, while it is acknowledged that Jewmon may

21   create or procure," so may or may not after termination.

22        Q    Mr. Westphal, so let's continue on.

23            It says, "After termination of this agreement,

24   while it is acknowledged that Jewmon may create or

25   procure a competitive market analysis platform to offer
```

Zachary Westphal
May 14, 2021

1    to its customers, Jewmon shall not utilize any portion

2    of the software and shall not copy the look and feel of

3    the copy/website."

4            Do you see that language?

5        A    I do see that.

6        Q    What did that language mean to you before this

7    agreement was signed by Jewmon?

8            MR. CAMPBELL:  Objection to form.

9            MR. COLWELL:  Same objection.

10           THE WITNESS:  Didn't mean anything before.

11   BY MR. FELDMAN:

12       Q    Well, what does it mean now after the

13   agreement is terminated?

14       A    That it shall not utilize a portion of the

15   software, shall not copy the look and feel of the

16   software.

17       Q    And it says software --

18       A    It did not.

19       Q    -- /website, correct?

20       A    Software/website.

21       Q    Now, the graphical user interface is part of

22   the software, is it not?

23       A    Sure.

24       Q    And so where it says that it shall not copy

25   the look and feel of the software, that includes the

Zachary Westphal
May 14, 2021

1    look and feel of the graphical user interface correct?

2              MR. CAMPBELL:  Objection.  Form.

3              MR. COLWELL:  Same objection.

4              THE WITNESS:  It's the look and feel of the

5         software.  It could mean the UX, the UI.

6    BY MR. FELDMAN:

7         Q    It could mean or it does mean?

8         A    Could mean.

9              COURT REPORTER:  I'm sorry, Mr. Feldman. I

10        didn't get your question.

11             MR. FELDMAN:  I'll restate it.

12   BY MR. FELDMAN:

13        Q    Mr. Westphal, isn't it true that as you sit

14   here tonight looking at this language, you understand it

15   to mean that Jewmon, if it did build a -- create or

16   procure a competitive market analysis platform, it would

17   not copy the look and feel of the software, which

18   included the graphical user interface; isn't that true?

19             MR. CAMPBELL:  Objection to form.

20             MR. COLWELL:  Objection.

21             THE WITNESS:  Which it did not, in my opinion.

22   BY MR. FELDMAN:

23        Q    Answer the question, please.

24        A    I just did.

25        Q    No, you said, which it did not.  You didn't

Zachary Westphal
May 14, 2021

1    answer my question.  Okay?

2             I need an answer to the question.

3             Isn't it true, sir, that as you sit here

4    tonight reading this language, you understand this

5    language to mean that in the event that Jewmon decided

6    to create or procure a competitive market analysis

7    platform, that platform would not copy the look and feel

8    of the white label software; isn't that correct?

9        A    That's what it says.

10       Q    And isn't it true that you understand software

11   to include the graphical user interface?  Isn't that

12   true?

13            MR. CAMPBELL:  Objection to form.

14            THE WITNESS:  It could be a component of the

15       software, yes.

16   BY MR. FELDMAN:

17       Q    Okay.  So the promise made by Jewmon under

18   this agreement is that if it did create or procure a

19   competitive market analysis platform, it would not copy

20   the look and feel of my client's graphical user

21   interface; isn't that correct?

22            MR. CAMPBELL:  Objection.  Form.

23            MR. COLWELL:  Objection.

24            THE WITNESS:  That's what it says.

25   BY MR. FELDMAN:

Zachary Westphal
May 14, 2021

```
 1   Q    Thank you.  Okay.  Now --
 2        MR. COLWELL:  Mr. Westphal, the witness, has
 3   asked for another bottle of water.  Can we take a
 4   very short break?
 5        THE WITNESS:  My mouth is getting dry.  Sorry.
 6        MR. COLWELL:  Can we take a very short break?
 7        MR. FELDMAN:  No problem.
 8        Carlos, how much time do I have left?
 9        VIDEOGRAPHER:  Roughly you're at 5 hours, 28
10   minutes right now currently.
11        MR. FELDMAN:  So I've got an hour and 32
12   minutes.
13        VIDEOGRAPHER:  Give or take.
14        MR. FELDMAN:  Let's take a break.  Take 5.
15        VIDEOGRAPHER:  Stand by.  We're going off the
16   record.  The time is 12:00 a.m. UTC, 5:00 p.m. PDT.
17        (Recess.)
18        VIDEOGRAPHER:  We are now back on the video
19   record.  The time is 12:12 a.m. UTC, 5:12 p.m. PDT.
20        MR. FELDMAN:  Did you -- did you hear me?
21        MR. BOTWIN:  Jeff, yes.
22        MR. FELDMAN:  Okay.  I'm sorry.  Did you hear
23   my question?
24        MR. COLWELL:  No.  I don't think -- I couldn't
25   hear anything.
```

Zachary Westphal
May 14, 2021

```
 1              MR. FELDMAN:  Okay.  Do you hear me now?

 2              MR. COLWELL:  Yes.

 3              MR. FELDMAN:  Okay.

 4    BY MR. FELDMAN:

 5         Q    In the six years that StocksToTrade.com, Inc.

 6    has been in business, at any one time what's the most

 7    number of employees it's ever had?

 8         A    Approximately -- give me a second to think,

 9    please.

10              Approximately 15, 12 to 15.

11         Q    And in the spring of 2020, how many employees

12    did StocksToTrade.com, Inc. have?

13         A    Approximately that number, if I had to guess.

14         Q    Okay.  In the six years, is it correct to say

15    that the owners have been you, Mr. Sykes, Mr. Friedman

16    and Mr. Ben Alluch?

17         A    And Joel.

18         Q    Joel's last name?

19         A    Leabman.

20         Q    Okay.  And you have been the CEO the entire

21    time the company has been in existence, correct?

22         A    Yes.

23         Q    And do you have the same amount of stock in

24    StocksToTrade.com, Inc. as Mr. Sykes or do you have

25    more?
```

Zachary Westphal
May 14, 2021

```
 1        A     No, no more.  It's similar, I believe.

 2        Q     And can you tell me who the employees -- I'm

 3   going to -- I'll move past that.  Hold on.

 4              Did StockToTrade -- StocksToTrade.com, Inc.

 5   ever have any relationship of any kind with Jewmon

 6   Enterprises?

 7        A     Can you be more specific on "any kind?"

 8        Q     Any business relationship whatsoever.

 9        A     Little bit.

10        Q     What kind of business relationship?

11        A     Emails.

12        Q     All right.  We talked about that earlier.

13              Other than this -- doing emails for the

14   company, anything else?

15        A     Emails.  I mean, I have to look in the

16   details.

17        Q     What about with any Sykes company, any?

18              MR. COLWELL:  Objection.  Form.

19              MR. FELDMAN:  I'll rephrase it.

20   BY MR. FELDMAN:

21        Q     With -- if StocksToTrade.com, Inc. had any

22   business relationship with Millionaire Media.

23        A     With Tim.  Millionaire Media, maybe a blog

24   post.

25        Q     Anything other than that?
```

Zachary Westphal
May 14, 2021

```
 1        A    I'm not recalling it.  I'd have to look.

 2        Q    We talked earlier about a guy named Tim

 3   Granati -- Grittani, G-R-I-T-T-A-N-I.

 4             Do you remember that name?

 5        A    Yes.

 6        Q    And you mentioned that he was a student of

 7   Mr. Sykes?

 8        A    A subscriber, a student, yeah.

 9        Q    Isn't it true you've been paying -- for six

10   years now you've been paying for a subscription to

11   EquityFeed.com for Mr. Grittani?

12             MR. COLWELL:  Objection to form.

13             MR. CAMPBELL:  Objection.  Form.

14             THE WITNESS:  Unaware.

15   BY MR. FELDMAN:

16        Q    You're unaware of that?

17        A    I don't know.

18        Q    Are you saying -- are you saying under oath

19   that you have not been paying -- strike that.

20             Are you stating under oath that you have never

21   paid for a subscription to EquityFeed for Mr. Grittani?

22             MR. COLWELL:  Objection.  Form.

23             THE WITNESS:  Who paid?

24   BY MR. FELDMAN:

25        Q    You.
```

Zachary Westphal
May 14, 2021

```
 1        A    I have no recollection.  To the best of my
 2   knowledge, I don't know.
 3        Q    I need -- I need a moment, please.  I'm
 4   retrieving a document.  Just bear with me, please.
 5        A    Yeah, sure.
 6        Q    Do you have -- do you have a Visa credit card
 7   that ends in 5483?
 8        A    I don't know.  I'd have to look.  I have a lot
 9   of credit cards.
10             MR. COLWELL:  You're saying Mr. Westphal
11        himself, Jeff?
12             MR. FELDMAN:  Yes.
13   BY MR. FELDMAN:
14        Q    Mr. Westphal, we have a subscription in the
15   name of Tim Grittani that's being paid for and has been
16   for many years by Zachary Westphal, credit card Visa
17   5483.
18        A    Okay.
19        Q    Do you know anything at all about that?
20        A    I have no recollection.
21        Q    I'm not asking if you have a recollection.
22   I'm asking you specifically -- well, maybe I am asking
23   that.
24        A    You are, yeah.  I have no recollection, zero.
25        Q    Have you ever asked Mr. Grittani to retrieve
```

Zachary Westphal
May 14, 2021

```
1    information from EquityFeed.com?

2         A    No.

3              MR. FELDMAN:  Okay.

4              Elad, can you put up this subscription record,

5         please?

6              MR. BOTWIN:  Yes, it is uploaded.

7              MR. FELDMAN:  Could you put it up, please.

8         And we're going -- we're going to label this one, I

9         think that -- we'll label this confidential.

10             MR. COLWELL:  Okay.  That's fine.

11             Has this been produced or no?

12             MR. FELDMAN:  I don't know.

13             MR. COLWELL:  I don't think it has.

14             MR. FELDMAN:  Not every document needs to be

15        produced.  There needs to be a request for

16        something to be producible.

17             So why don't we look at the document.  If you

18        think that there was a request that covered it,

19        you'll tell us.

20             MR. COLWELL:  Yeah, I will.  Thanks.

21             MR. FELDMAN:  And we'll designate this portion

22        of the transcript on this exhibit as confidential

23        because it does have credit card information on it.

24             MR. COLWELL:  That's fine.

25             This is Exhibit 36?
```

Zachary Westphal
May 14, 2021

```
 1              MR. FELDMAN:  I'm going to let Elad answer

 2         that.

 3              MR. BOTWIN:  Let me check my notes.

 4              Yes, this will be Exhibit 36.

 5              MR. COLWELL:  Okay.

 6              (Exhibit No. 36 was marked for

 7         identification.)

 8                         * * * * *

 9              (Page 263, line 8 to page 320, line 16 of the

10         transcript has been declared confidential and is

11         produced under separate cover.)

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #
```

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1     #

2     #

3     #

4     #

5     #

6     #

7     #

8     #

9     #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Zachary Westphal
May 14, 2021

```
 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #
```

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

1       #

2       #

3       #

4       #

5       #

6       #

7       #

8       #

9       #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #

Zachary Westphal
May 14, 2021

```
 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #
```

Zachary Westphal
May 14, 2021

1          #

2          #

3          #

4          #

5          #

6          #

7          #

8          #

9          #

10         #

11         #

12         #

13         #

14         #

15         #

16         #

17         #

18         #

19         #

20         #

21         #

22         #

23         #

24         #

25         #

Zachary Westphal
May 14, 2021

```
 1    #

 2    #

 3    #

 4    #

 5    #

 6    #

 7    #

 8    #

 9    #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #
```

Zachary Westphal
May 14, 2021

1     #

2     #

3     #

4     #

5     #

6     #

7     #

8     #

9     #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

```
 1    #
 2    #
 3    #
 4    #
 5    #
 6    #
 7    #
 8    #
 9    #
10    #
11    #
12    #
13    #
14    #
15    #
16    #
17    #
18    #
19    #
20    #
21    #
22    #
23    #
24    #
25    #
```

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1     #

2     #

3     #

4     #

5     #

6     #

7     #

8     #

9     #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

```
1    #
2    #
3    #
4    #
5    #
6    #
7    #
8    #
9    #
10   #
11   #
12   #
13   #
14   #
15   #
16   #
17   #
18   #
19   #
20   #
21   #
22   #
23   #
24   #
25   #
```

Zachary Westphal
May 14, 2021

```
 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #
```

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1       #

2       #

3       #

4       #

5       #

6       #

7       #

8       #

9       #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #

Zachary Westphal
May 14, 2021

```
 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #
```

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1       #

2       #

3       #

4       #

5       #

6       #

7       #

8       #

9       #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

```
 1        #

 2        #

 3        #

 4        #

 5        #

 6        #

 7        #

 8        #

 9        #

10        #

11        #

12        #

13        #

14        #

15        #

16        #

17        #

18        #

19        #

20        #

21        #

22        #

23        #

24        #

25        #
```

Zachary Westphal
May 14, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

```
 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #
```

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

```
1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #
```

Zachary Westphal
May 14, 2021

1     #

2     #

3     #

4     #

5     #

6     #

7     #

8     #

9     #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

 1    #

 2    #

 3    #

 4    #

 5    #

 6    #

 7    #

 8    #

 9    #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

1     #

2     #

3     #

4     #

5     #

6     #

7     #

8     #

9     #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Zachary Westphal
May 14, 2021

1       #

2       #

3       #

4       #

5       #

6       #

7       #

8       #

9       #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #

Zachary Westphal
May 14, 2021

 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #

Zachary Westphal
May 14, 2021

1       #

2       #

3       #

4       #

5       #

6       #

7       #

8       #

9       #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #

Zachary Westphal
May 14, 2021

1     #

2     #

3     #

4     #

5     #

6     #

7     #

8     #

9     #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Zachary Westphal
May 14, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

```
 1        #

 2        #

 3        #

 4        #

 5        #

 6        #

 7        #

 8        #

 9        #

10        #

11        #

12        #

13        #

14        #

15        #

16        #

17        #

18        #

19        #

20        #

21        #

22        #

23        #

24        #

25        #
```

Zachary Westphal
May 14, 2021

```
 1       #

 2       #

 3       #

 4       #

 5       #

 6       #

 7       #

 8       #

 9       #

10       #

11       #

12       #

13       #

14       #

15       #

16       #

17       #

18       #

19       #

20       #

21       #

22       #

23       #

24       #

25       #
```

Zachary Westphal
May 14, 2021

```
 1        #

 2        #

 3        #

 4        #

 5        #

 6        #

 7        #

 8        #

 9        #

10        #

11        #

12        #

13        #

14        #

15        #

16        #

17        #

18        #

19        #

20        #

21        #

22        #

23        #

24        #

25        #
```

Zachary Westphal
May 14, 2021

```
 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16      #

17      #

18      #

19      #

20      #

21      #

22      #

23      #

24      #

25      #
```

Zachary Westphal
May 14, 2021

1      #

2      #

3      #

4      #

5      #

6      #

7      #

8      #

9      #

10     #

11     #

12     #

13     #

14     #

15     #

16     #

17     #

18     #

19     #

20     #

21     #

22     #

23     #

24     #

25     #

Zachary Westphal
May 14, 2021

```
 1      #

 2      #

 3      #

 4      #

 5      #

 6      #

 7      #

 8      #

 9      #

10      #

11      #

12      #

13      #

14      #

15      #

16                      * * * * *

17              MR. BOTWIN:  Okay.  This file has been

18        uploaded in a previous deposition, but for purposes

19        of this deposition, this is Exhibit 67.

20              I will screen share it now.

21              (Exhibit No. 67 was marked for

22        identification.)

23   BY MR. FELDMAN:

24        Q    Do you recognize the letter that has been

25   marked Exhibit 67?
```

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  Can you scroll through it,

 2        please?

 3   BY MR. FELDMAN:

 4        Q    Do you recognize this letter?

 5        A    It appears it's a Squire Patton Boggs letter.

 6        Q    Who wrote it from Squire Patton Boggs?

 7              THE WITNESS:  Scroll down.

 8              It appears that's Gabe's signature.

 9   BY MR. FELDMAN:

10        Q    Gabe is your lawyer in this case, correct?

11        A    Yes.

12        Q    He's present here in this deposition, right?

13        A    Yeah.

14        Q    Now, let's look at Mr. Colwell's letter.

15              You asked him to write this letter, didn't

16   you?

17        A    I don't recall.

18              MR. CAMPBELL:  Objection to form.

19              MR. COLWELL:  Objection.

20   BY MR. FELDMAN:

21        Q    Okay.  The letter, second paragraph says,

22   "StocksToTrade was founded to give traders the tools

23   they need to understand, develop and execute their best

24   trading strategies."

25              Do you see that?
```

Zachary Westphal
May 14, 2021

```
1        A     Yes.

2        Q     Is that a true statement?

3        A     I didn't write the letter.

4        Q     I'm asking you if that is a true statement.

5        A     The first sentence?

6        Q     Yes.

7        A     At best it's subjective.

8        Q     Is that a true statement, Mr. Westphal?

9        A     The statement was written.

10       Q     Mr. Westphal, if you want to stay here all

11  night, I'll ask the same question over and over until

12  you answer the question.

13             The question is, is the first sentence a true

14  statement?  Yes or no.  If it's not, just say it's not.

15  If it is, say it is.

16       A     The --

17             MR. COLWELL:  The first sentence in paragraph

18       two, right?

19             Okay.  Thank you.

20             THE WITNESS:  It looks to be an accurate

21       statement.

22  BY MR. FELDMAN:

23       Q     I'm sorry?

24       A     It looks to be an accurate statement.  I did

25  not write it.
```

Zachary Westphal
May 14, 2021

```
 1        Q     Second sentence says, "StocksToTrade platform
 2   provides users with nearly realtime updates at a
 3   fraction of the cost of other comparable screening tools
 4   and allows users to screen, chart and trade stocks based
 5   on the most current market information available."
 6              Is that a true statement?
 7        A     The cost and the time, I'd have to do a
 8   comparison.
 9        Q     So do you -- is it a true statement, if you
10   know?  If you don't know, just tell me, I don't know.
11        A     I don't know.
12        Q     And you are the CEO of the company and you
13   don't know if this is a true statement, right?
14        A     I'd have to go back and do market research at
15   the time.
16        Q     Okay.  Now, let's go to the next paragraph.
17              The next paragraph says, "StocksToTrade
18   created its proprietary platform through the creation of
19   hundreds of thousands of independently written lines of
20   code.  Our client did not steal its website from
21   EquityFeed or anybody else."
22              Is that a true statement?
23        A     "StocksToTrade created its proprietary
24   platform through the creation of hundreds of thousands
25   of independently" -- sounds accurate to me.  "Our client
```

Zachary Westphal
May 14, 2021

1    did not steal" -- did not -- "its website from

2    EquityFeed or anyone else."  We did not steal the

3    software.

4         Q    Is it your testimony this is a true statement?

5         A    I did not write that, but it appears to be

6    true.

7         Q    Did -- did StocksToTrade create its

8    proprietary platform?

9              MR. CAMPBELL:  Objection to form.

10             MR. COLWELL:  Same objection.

11             MR. FELDMAN:  Strike that.

12             THE WITNESS:  StocksToTrade.

13   BY MR. FELDMAN:

14        Q    Did StocksToTrade create its --

15        A    Like, the entity?  What are we talking about?

16             MR. CAMPBELL:  Let him finish.

17             MR. COLWELL:  Yeah, he's not done with the

18        question.

19             THE WITNESS:  I'm sorry, Jeff.

20   BY MR. FELDMAN:

21        Q    The sentence says, "StocksToTrade created its

22   proprietary platform."  Let me just focus on that.

23             What proprietary platform did StocksToTrade

24   create?

25        A    The platform.

Zachary Westphal
May 14, 2021

1      Q    What is the platform?

2      A    Trading platform.

3      Q    The trading platform, the market scanning

4   software tool we just got done looking at in those

5   various graphic user interfaces?

6      A    Yeah.  With analyst information, Twitter,

7   integration, echelon analysis on it.

8      Q    Isn't it true that StocksToTrade did not

9   create that platform?

10           MR. CAMPBELL:  Objection to form.

11           MR. COLWELL:  Objection to form.

12   BY MR. FELDMAN:

13      Q    Isn't it true that a third-party contractor

14   created that platform?

15           MR. COLWELL:  Objection.  Form.

16   BY MR. FELDMAN:

17      Q    Isn't that right?

18      A    Who does work for the company.

19      Q    I'm sorry?

20      A    Who does work for it.

21      Q    Right.  Scopic created the platform, correct?

22           MR. COLWELL:  Objection.

23           THE WITNESS:  No.  They helped program.

24   BY MR. FELDMAN:

25      Q    Well, then what did StocksToTrade do in

Zachary Westphal
May 14, 2021

1    creating the platform?  What did it do?

2         A    Functionality.

3         Q    StocksToTrade was created in June of 2015 and

4    it launched in February 2016.

5              What did it do in that time period to

6    contribute to the creation of the platform?

7              MR. COLWELL:  Objection.  Form.

8              THE WITNESS:  Can you -- I don't know the

9         question.

10   BY MR. FELDMAN:

11        Q    Simple.  What did StocksToTrade do between its

12   formation in June 2015 to the launch of the platform in

13   February 2016?

14        A    I didn't -- sorry.  Sorry, Jeff.  Go ahead.

15        Q    What did StocksToTrade do to contribute to the

16   creation of the platform any time between June 2015 when

17   the company was founded to February 2016 when it was

18   launched?

19        A    Not aware of the specifics.  I wasn't involved

20   in it.

21        Q    Isn't it true as you sit here that no one from

22   StocksToTrade did anything to contribute to the creation

23   of the proprietary platform?  Isn't that true?

24             MR. CAMPBELL:  Objection.

25             MR. COLWELL:  Form.

Zachary Westphal
May 14, 2021

```
 1           THE WITNESS:  Are we talking about
 2      StocksToTrade, Inc. or -- you're not being clear.
 3  BY MR. FELDMAN:
 4      Q    No, sir.  I'm talking about the letter that
 5  your lawyer wrote on your behalf to my client.
 6      A    Right.
 7      Q    And I'm trying to understand whether your --
 8  your lawyer made truthful statements to my client.
 9  That's what I'm trying to understand.
10           Now -- and so I'm asking you, I'm trying to
11  understand what StocksToTrade did to contribute to the
12  creation of a platform that was built by a third party
13  called Scopic.
14           MR. COLWELL:  Objection.  Form.
15           THE WITNESS:  It was built based on a design.
16  BY MR. FELDMAN:
17      Q    Yeah?  Whose design?
18      A    Dustin.
19      Q    Any other information that you'd like to give
20  with regard to this question?
21      A    That's it.
22      Q    Okay.  So except for whatever Dustin did,
23  nobody else from StocksToTrade contributed to the
24  creation of the platform, correct?
25           MR. COLWELL:  Objection.
```

Zachary Westphal
May 14, 2021

```
 1              THE WITNESS:  It's been a long time.  I'd have
 2         to go back and look.
 3    BY MR. FELDMAN:
 4         Q    You don't know.  As you sit here tonight, you
 5    have no knowledge of anybody from StocksToTrade doing
 6    anything else other than what Dustin may have done,
 7    correct?
 8         A    It's six or seven years ago.
 9              MR. COLWELL:  Objection.
10              COURT REPORTER:  I didn't hear the answer.
11              THE WITNESS:  It's six or seven years ago.
12         I'd have to go back and look, refresh my memory.
13    BY MR. FELDMAN:
14         Q    So as you sit here tonight, the only thing
15    that you can remember that your company contributed to
16    the creation of the platform is whatever Dustin threw
17    in, correct?
18              MR. COLWELL:  Objection.
19    BY MR. FELDMAN:
20         Q    Is that right?
21              MR. COLWELL:  Objection.
22              THE WITNESS:  I don't have a clear
23         recollection.
24    BY MR. FELDMAN:
25         Q    Well, okay.  Now --
```

Zachary Westphal
May 14, 2021

```
 1              MR. CAMPBELL:  How much time do we have left

 2         on the record?

 3              VIDEOGRAPHER:  2 minutes left on the record,

 4         Counselor.

 5    BY MR. FELDMAN:

 6         Q    Mr. Colwell says, quote, "Our client did not

 7    steal its website from EquityFeed or anyone else."

 8              Do you believe that to be a true statement?

 9              MR. CAMPBELL:  Asked and answered.

10              THE WITNESS:  Sorry.  What?

11              MR. CAMPBELL:  Go ahead.  Answer the question.

12              THE WITNESS:  We did not steal.

13              MR. FELDMAN:  Okay.  We'll go off for a

14         moment.  I think I'm done.  I just need to talk to

15         my team.

16              VIDEOGRAPHER:  Stand by.

17              Going off the video record.  The time is 1:56

18         a.m. UTC, 6:56 p.m. PDT.

19              (Recess.)

20              VIDEOGRAPHER:  Going on the video record.  The

21         time is 2:01 a.m. UTC, 7:01 p.m. PDT.

22    BY MR. FELDMAN:

23         Q    Mr. Westphal, how many employees did

24    Millionaire Publishing have in 2020?

25         A    Let me think about it.
```

Zachary Westphal
May 14, 2021

```
 1                MR. COLWELL:  Objection.  Form.

 2                THE WITNESS:  Which time period in 2020?

 3    BY MR. FELDMAN:

 4        Q    Any -- the maximum number of employees in

 5    2020.

 6                MR. COLWELL:  Objection.  Form.

 7                THE WITNESS:  Approximately -- I'd have to go

 8        back and look.  Probably 15.

 9    BY MR. FELDMAN:

10        Q    Okay.  And how many did Millionaire Media have

11    in 2020?

12                MR. COLWELL:  Objection.  Form.

13                THE WITNESS:  I don't know.

14    BY MR. FELDMAN:

15        Q    How many does Millionaire Publishing have

16    today?

17                MR. COLWELL:  Objection.  Form.

18    BY MR. FELDMAN:

19        Q    How many employees does it have today?

20                MR. COLWELL:  Object to form.

21                THE WITNESS:  I'd have to go back and look.

22        Similar, approximately.  I don't know.

23    BY MR. FELDMAN:

24        Q    You have no idea how many employees

25    Millionaire Publishing has today?
```

Zachary Westphal
May 14, 2021

1       A    I'd have to go look at a chart.

2       Q    Do you know how many employees Millionaire

3  Media has today?

4       A    I don't know.

5       Q    Okay.  I'm done.  Is the witness going to read

6  or waive?

7            MR. CAMPBELL:  Read.

8            MR. COLWELL:  Read.

9            MR. FELDMAN:  Okay.  Thank you very much for a

10      long day.  I wish everybody a happy weekend.  Sorry

11      we met under these circumstances and appreciate

12      everyone's patience.

13           MR. COLWELL:  Thank you.

14           MR. FELDMAN:  The deposition is concluded.

15           VIDEOGRAPHER:  We're now going off the video

16      record.  The time is 2:03 a.m. UTC, 7:03 p.m. EDT.

17           MR. FELDMAN:  Elad will place the order for

18      us.

19           MR. BOTWIN:  A rush rough.  I already talked

20      with her on the break again, so I'm reiterating

21      that request.

22           MR. CAMPBELL:  Alston and Bird makes the same

23      request.  And I assume Squire Patton will, too.

24           MR. BOTWIN:  We'll take the video, but the

25      thing that we want quickly is the rough transcript,

Zachary Westphal
May 14, 2021

1    whatever is reasonable, because I understand this

2    was a full seven hours, big transcript.  So if

3    it's, you know, two, three, four days, whatever --

4    whenever it can be accomplished.

5         MR. CAMPBELL:  Alston will take whatever the

6    Plaintiff is taking in the same amount of time.  So

7    whatever they order and get, then Alston will take,

8    too.  And I think -- I can't speak for Squire

9    Patton, but I assume they'll want the same thing.

10   And I'll tell the folks over there to follow up

11   with you if you need further confirmation of that.

12        MR. BOTWIN:  Mr. Campbell, I can add that

13   previously depositions the court reporter sent the

14   rough to both parties.

15        MR. CAMPBELL:  Okay.  Yeah.  I don't know what

16   they need, but if you need me to say that we need

17   it and we want it, then I'm saying we'll take

18   whatever Plaintiff gets whenever they get it.

19        Unless you need anything further from me, I'm

20   going to sign off.

21        MR. FELDMAN:  Take care.  Nice meeting you.

22        MR. CAMPBELL:  Nice to meet you, too, Jeff.

23   Take care.

24        VIDEOGRAPHER:  Thank you, everyone.  Likewise.

25   Have a good evening, everyone.

Zachary Westphal
May 14, 2021

1          MR. FELDMAN:  And, Carlos, thank you for

2    everything.

3          (Witness excused.)

4          (Deposition was concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Zachary Westphal
May 14, 2021

```
 1                    CERTIFICATE OF OATH

 2   STATE OF FLORIDA

 3   COUNTY OF PALM BEACH

 4

 5           I hereby certify that on this 14th day of May,

 6   2021, ZACHARY WESTPHAL appeared before me and was sworn

 7   by me for the purpose of giving testimony in the matter

 8   of Scanz Technologies, Inc. vs. Jewmon Enterprises, LLC,

 9   Case Number 20-cv-22957-RNS.  He produced a Florida

10   driver's license as identification.

11

12   _____

13

14           Sandra W. Townsend, RPR, FPR
             Notary Public - State of Florida
             My Commission Expires:  6/26/24
15           My Commission No.:  HH 005910

16

17

18

19

20

21

22

23

24

25
```

Zachary Westphal
May 14, 2021

```
 1                C E R T I F I C A T E

 2    STATE OF FLORIDA

 3    COUNTY OF PALM BEACH

 4

 5            I, Sandra W. Townsend, Registered
      Professional Reporter and Notary Public in and for
 6    the State of Florida at Large, do hereby certify
      that the aforementioned witness was by me first duly
 7    sworn to testify the whole truth; that I was
      authorized to and did report said deposition in
 8    stenotype; and that the foregoing pages, are a true
      and correct transcription of my shorthand notes of
 9    said deposition.

10            I further certify that said deposition was
      taken at the time and place hereinabove set forth
11    and that the taking of said deposition was commenced
      and completed as hereinabove set out.

12
              I further certify that I am not attorney or
13    counsel of any of the parties, nor am I a relative or
      employee of any attorney or counsel of party connected
14    with the action, nor am I financially interested in the
      action.

15
              The foregoing certification of this transcript
16    does not apply to any reproduction of the same by any
      means unless under the direct control and/or  direction
17    of the certifying reporter.

18
              Dated this 31st day of May, 2021.
19

20            _____

21
              Sandra W. Townsend, RPR, FPR
22

23

24

25
```

Zachary Westphal
May 14, 2021

```
 1   DATE:       May 31, 2021

 2   TO:         ZACHARY WESTPHAL     Job #2435789
                 c/o Gabriel Colwell, Esquire
 3               SQUIRE PATTON BOGGS, LLP
                 555 Flower Street, 31st Floor
 4               Los Angeles, California  90071

 5   IN RE:   Scanz Technologies, Inc. vs. Jewmon
     Enterprises, LLC
 6
     CASE NO.:  20-cv-22957-RNS
 7
          Please take notice that on Friday, the 14th of
 8   May, 2021, you gave your deposition in the
     above-referred matter.  At that time, you did not
 9   waive signature.  It is now necessary that you sign
     your deposition.
10        If you do not read and sign the deposition
     within a reasonable time, the original, which has
11   already been forwarded to the ordering attorney, may
     be filed with the Clerk of the Court.  If you wish
12   to waive your signature, sign your name in the blank
     at the bottom of this letter and return it to us.
13
                        Very truly yours,
14

15   _____

16                  Sandra W. Townsend, RPR, FPR
                    U.S. LEGAL SUPPORT, INC.
17                  444 W. Railroad Avenue, Suite 300
                    West Palm Beach, Florida  33401
18                  Phone:  561.835.0220

19   I do hereby waive my signature.

20   _____

21   ZACHARY WESTPHAL

22   Cc:  Via transcript:  All Counsel of Record; File
     copy
23

24

25
```

Zachary Westphal
May 14, 2021

```
 1              C E R T I F I C A T E

 2                    -  -  -

 3   THE STATE OF FLORIDA

 4   COUNTY OF PALM BEACH

 5       I hereby certify that I have read the foregoing

 6   deposition by me given, and that the statements

 7   contained herein are true and correct to the best of

 8   my knowledge and belief, with the exception of any

 9   corrections or notations made on the errata sheet,

10   if one was executed.

11

12       Dated this _____ day of _____,

13   2021.

14

15

16

17

18   _____

19   ZACHARY WESTPHAL

20   Job #2435789

21

22

23

24

25
```

```
1              E R R A T A   S H E E T

2    IN RE: SCANZ TECHNOLOGIES, INC. VS. JEWMON ENTERPRISES,

3    LLC  CR: SANDRA TOWNSEND

4    DEPOSITION OF: ZACHARY WESTPHAL

5    TAKEN: 5/14/21   JOB NO.: 2435789

6

7      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

8    PAGE #  LINE #   CHANGE                  REASON

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____
     _____
18   Please forward the original signed errata sheet to
     this  office so that copies may be distributed to
19   all parties.

20   Under penalty of perjury, I declare that I have read
     my deposition and that it is true and correct
21   subject to any changes in form or substance entered
     here.

22

23   DATE: _____

24

25   SIGNATURE OF
     DEPONENT:_____
```

Zachary Westphal
May 14, 2021

**$**

**$100**
  222:11

**0**

**01-1.pdf**
  122:4

**1**

**1**
  148:24  222:2
  223:23
**10**
  99:23
**100**
  222:4,7
**1001**
  208:20
  209:13
**10:02**
  25:12
**10:19**
  25:15
**10:55**
  217:20
**10th**
  100:5  148:8
**11**
  189:9,19
**11:10**
  217:23
**11:36**
  84:14
**11:45**
  84:17
**12**
  174:5  189:9,
  19  203:9
  258:10
**12-year-old**
  88:2

**12:00**
  257:16
**12:12**
  257:19
**12:30**
  116:18,22
**13**
  27:9  30:9
  177:9,23
  178:14,17
  189:3,9,20
  190:7  191:18
  192:3,16
  193:4,20
  194:14,25
  195:10,18
  197:15
  240:4,6,23
  241:2
  242:13,15
**14**
  7:5  149:5
  152:19,21
  153:3  154:4
  175:25
  177:10,17,23
  178:2,5,14,
  17  203:4,9,
  15,24
**15**
  30:7  31:4,5,
  19,24  32:9
  33:3  109:19,
  22  127:7
  163:20
  197:15
  247:16,17,24
  250:5  258:10
  330:8
**16**
  157:7  176:1
  177:10,17,24
  178:2,5,14,
  18  263:9
**17**
  143:25  144:2
  147:19

**17th**
  148:11
**18**
  184:9  208:19
  209:13
**19**
  179:12
  180:19,22
  181:18  184:9
**197**
  197:15
**1981**
  27:9
**1999**
  26:19
**1:30**
  116:19
**1:33**
  117:1
**1:56**
  329:17

**2**

**2**
  149:2  217:14
  218:20
  222:15  245:3
  329:3
**2.0**
  148:25
  150:13,17
  151:5
**20**
  75:8  118:1
**2000**
  26:19  85:4
**2002**
  27:1
**2007**
  27:7
**2008**
  27:7
**2009**
  85:5
**2012**
  89:21,25

  97:6  100:9
  118:1  174:5
  185:14,24
  186:9
**2013**
  27:25  97:6
  99:23  100:6,
  7,8  118:2,
  13,15  123:23
  175:25
  177:17
  178:2,5
**2014**
  162:25
  163:20
**2015**
  14:24,25
  15:2,4,16,21
  52:23  75:8,
  12  76:16,20
  77:8  123:4,
  8,23  125:15,
  25  126:5,12
  131:10,13,23
  132:22
  133:4,5,11,
  16,18,21
  134:3,24
  135:2,9,18,
  24  141:7,20
  142:2,16
  143:25  144:2
  145:19,22
  146:17
  147:19  149:9
  155:4  159:21
  162:24
  163:14,15
  171:5
  181:20,23
  198:17
  326:3,12,16
**2015-05-
09T22:25:20+
00:00**
  140:18
**2016**
  75:8  159:6

Zachary Westphal
May 14, 2021

176:4 182:1,
9,10 203:4,
9,15,24
204:5 215:6
216:2,13
326:4,13,17
**2017**
75:8 179:12
180:15,19,22
181:5,18
182:5 184:9
**2018**
75:8 183:2,
16,19,22,23,
25
**2019**
75:8,9 87:17
183:2,16,19
184:3,4
**2020**
183:2,16
184:17
258:11
329:24
330:2,5,11
**2021**
7:5 183:2,16
184:23,24
185:2
**222**
202:2
**23**
72:15,17
73:16 75:6
140:8 171:4
217:14
**23rd**
123:6,8
**24**
72:13 97:23,
24 98:8
103:6,12,25
140:10,11
187:10,14
217:5 218:7
**24th**
123:6,8

**25**
110:8,9,15
134:24
135:2,9
**26**
122:4,6,13
124:19
**263**
263:9
**27**
127:15,16,19
128:6 136:4,
7,14,19
140:11 141:3
155:8
**28**
128:7,8,10,
15 135:24
140:21
141:4,14
155:8 158:1
174:5 257:9
**29**
142:24,25
143:9
**2:01**
329:21
**2:03**
331:16
**2:23**
217:16
**2:37**
168:2
**2:48**
168:5

**3**

**3**
173:12
221:15
246:15,16
**30**
157:14,16,25
158:14 161:6
223:20 224:4

**31**
172:15,18,23
**32**
175:19,24
176:2 177:8,
9 182:21
257:11
**320**
263:9
**33**
117:2
178:23,24
179:2,4
**34**
182:13
183:3,5,8,16
**35**
182:14,18,24
201:15,16,
17,23
**36**
182:19
201:11
262:25
263:4,6
**37**
40:23,25
217:11
**3:55**
217:20

**4**

**4**
117:2 217:11
247:1
**41-1.pdf**
99:7
**4:10**
217:23
**4:30**
116:19
**4:37**
7:6

**5**

**5**
165:18 189:2
190:7 191:18
192:3,16
193:3,19
194:14,25
195:10,18
221:23
223:24
247:12
257:9,14
**5-minute**
166:1
**5/22/2017**
208:12
**5/23/2017**
201:25
**50**
41:15 42:5,6
184:16
**500**
202:3
**5483**
261:7,17
**5:00**
257:16
**5:02**
25:11
**5:12**
257:19
**5:19**
25:15
**5th**
141:7

**6**

**6**
124:22
226:4,5
238:3
**6/11/2015**
171:6

Zachary Westphal
May 14, 2021

**6/7/2015**
76:24
**67**
320:19,21,25
**6:36**
84:14
**6:45**
84:17
**6:56**
329:18

---

**7**

**70**
223:19 224:3
**70/30**
224:2,10
**7:01**
329:21
**7:03**
331:16
**7:30**
116:22

---

**8**

**8**
124:22
188:16,24
238:16,17
263:9
**812**
13:25 14:2
**8:33**
117:1

---

**9**

**9**
85:5 141:7
**9:37**
7:6 168:1
**9:48**
168:5

---

**A**

**a.m.**
7:6 25:12,15
84:14,17
257:16,19
329:18,21
331:16
**ability**
10:24 11:4,
15 108:18,24
192:21
225:19,22,23
**able**
10:22 24:15
73:11 82:6
118:4 168:9
203:18 222:3
251:20
**above**
6:6 208:16,
17
**absolutely**
160:20 161:3
195:13,21
215:11
**access**
19:1 98:23
113:11 118:4
149:3 152:18
164:12,17
222:3 223:13
226:10,15
227:23
228:16
229:21
230:4,8,9
231:10,16
236:14
249:7,16,21
**accessed**
228:23
**accessible**
234:8 235:21
236:5,10
**acclimate**

177:13
**accomplished**
332:4
**accordance**
247:4
**account**
18:12,16
23:4 148:7,
9,24
**accountant**
199:3
**accounts**
17:25 18:9,
22 20:4,11
22:17
**accuracy**
148:14
**accurate**
11:13 33:15
99:19 107:12
113:10
116:14
122:22
124:20
181:16
187:25 188:4
205:4,13,16,
24 206:18,19
223:5
322:20,24
323:25
**acknowledge**
7:19,22
190:13 191:1
**acknowledged**
250:7,16
251:14
253:20,24
**acknowledges**
241:24
**acquired**
228:22
**acquisition**
152:8 153:6
**action**
7:12 212:10,
11

**actions**
193:7
**active**
178:15,16,17
181:15,16,
17,19 182:6
185:11,15,
17,22,24
186:9
**activities**
213:15,18,25
**add**
332:12
**additional**
173:18
**additions**
218:24
**address**
13:23 14:12,
13,19 15:1,
5,10 16:10,
17,19 17:15,
21 129:15
137:9,11
138:13
139:3,4,6
143:19 144:4
219:18
**addresses**
16:12,25
17:14
**addressing**
179:20
**adequate**
177:12
**adjust**
11:23
**administer**
7:23
**administered**
7:23
**administratio
n**
206:13
**Administrativ
e**
7:25

---

Zachary Westphal
May 14, 2021

administrativ
ely
  181:25
admission
  149:8
adopted
  246:9
advance
  125:6
advisory
  206:10
affect
  192:21
affiliate
  81:22 82:18
  83:3 93:7,10
  94:17 196:9
  213:14,17,24
  214:10
affiliated
  54:22
affirmed
  8:20
afternoon
  8:25 9:5
agent
  65:20
aggregate
  177:2
ago
  15:14 23:19
  36:6 43:22
  66:25 80:3
  85:8 125:11
  328:8,11
agree
  8:7,14,17
  13:5 33:13
  36:16 41:11
  52:9,17,23
  53:21 54:5,
  8,10 58:22
  59:9 61:21
  90:2 95:18
  99:18,22
  111:4 112:8,
  13,20 113:9,

23 114:1,9
122:21 123:2
125:24 133:4
135:8,13
137:1 142:10
148:22
150:19
163:21
173:24 174:4
177:16 178:1
183:15
186:17
187:17
188:24 189:7
191:4 198:19
204:2,11,16
211:22
212:23,24
219:2,13
221:5 224:2
225:2 226:14
236:22
243:6,10,15
244:8,20
246:16 247:2
248:20
249:20 251:1
agreed
  13:9 103:17
  114:12
  154:23
  243:7,16
agreeing
  122:25
agreement
  6:13 8:3,4
  55:3 82:1
  83:9 84:5
  97:8,21
  98:9,13
  99:20 102:9
  103:5,8,11,
  12,16 104:12
  105:13
  106:12
  107:9,12
  108:20 111:6
  113:1,2,4

118:12
119:5,23
120:4,7,12
122:22
123:3,4
124:14 133:3
142:2 146:1
160:9
162:16,20,23
163:22
165:19 166:4
168:11
186:22,23
187:5,19,25
189:4,20
190:3,8,20
191:3,14,18
192:3,12,17
193:3,4,15,
20 194:10,14
195:1 204:20
211:15 212:9
213:10
215:16 216:5
217:5 218:4,
11,16,19
219:1,4,7,13
220:7 222:1,
22 223:2,9
224:6,11
226:9 227:22
228:16
229:10
233:18 235:5
236:6,13,24
237:12,13
238:1,13,18,
24 239:3,20,
23 241:10,
11,20,23
242:9 244:8
247:25
248:8,17,21
249:25
250:6,16,21,
23 251:4,6,
22 253:3,13,
20,23 254:7,
13 256:18

agrees
  242:7
ahead
  15:13 35:13
  39:12 59:4
  60:6 64:8,10
  78:4 83:20
  108:23
  123:15
  130:12
  136:24 164:6
  176:14
  188:21 197:5
  207:14 244:4
  326:14
  329:11
allow
  202:12
  231:23
allowed
  252:6 253:1
allows
  323:4
Alluch
  40:18,19
  71:3 258:16
Alston
  8:12 132:13
  218:13
  331:22
  332:5,7
alter
  247:3
alteration
  218:24
ambiguous
  43:16,21
  51:5 56:4
  66:20
amending
  180:5
Amendment
  179:6,23
Ameritrade
  217:1
amount
  225:12

Zachary Westphal
May 14, 2021

258:23 332:6
analysis
  218:23
  220:17
  248:2,4,15
  250:8,18,22
  251:15,21
  252:3,7
  253:3,9,25
  255:16
  256:6,19
  325:7
analyst
  325:6
and/or
  6:14 118:23
  124:11 125:7
  139:4
Angeles
  169:4
announce
  145:3
announcement
  142:17,22
  143:3,16,18
  144:6,11,14,
  16,25 145:7,
  10 146:6,18
  147:7,11,15,
  23 148:3,17
  154:24
annual
  73:17 75:25
  78:12 171:5
  175:25
  177:9,23
  181:22
  182:25
  183:16
answer
  9:8,22,24
  10:4,5 19:14
  20:19 30:11,
  15,19 44:7
  46:14 47:4
  53:14 56:22
  58:17 66:25
  69:14 78:16

85:3 91:3
93:1,24
104:19 105:8
121:11
129:19
138:20
144:21 152:5
156:6 159:14
163:12
164:3,23
165:2 166:2,
7,17 167:5
168:10,12,
17,24 169:8,
10,13,18
170:5,10,12
173:18
185:23 191:9
192:10
193:10
194:4,6,7,15
196:21 197:3
200:3,7,8
213:17,20,23
215:1 228:9,
11 232:3
255:23
256:1,2
263:1 322:12
328:10
329:11
answered
  15:11 22:18
  62:3 125:4
  138:22
  152:14
  161:13
  164:19,20
  194:17 221:8
  329:9
answering
  93:2 94:4
answers
  56:23 94:5
anticipation
  150:8
anybody
  26:5 45:12,

14 229:7
245:12,20
323:21 328:5
anymore
  47:7
anyone
  6:24 25:22
  30:22 46:15
  120:23 130:9
  229:17
  231:15 324:2
  329:7
AOSC-20-23
  7:25
apart
  23:7 34:14
apologize
  128:2 140:10
  158:7,9
  182:17
appeared
  124:2
appears
  131:4 136:21
  144:10,13
  179:21
  184:22
  187:22
  321:5,8
  324:5
appended
  37:2
applicable
  210:20
  212:16
application
  148:25
  150:18 151:2
  200:19
  201:4,7,24
  202:21
  205:25
  208:2,21
  209:2
appreciate
  10:4 13:11
  20:16 25:19

26:3 45:7
125:1
132:11,15
148:13,16
217:8 227:17
241:22
331:11
apprehension
  200:22
appropriate
  77:21 166:6,
  11 176:17
approximate
  163:9
approximately
  14:21 27:1,
  7,25 30:7
  31:4 40:23,
  25 85:4,5
  87:12,17,18
  91:18 97:6
  100:12
  163:20 204:8
  211:19
  258:8,10,13
  330:7,22
April
  99:23 100:6
  118:12,15
  123:4,8,23
  125:15,17,25
  126:5,12
  142:2,15
argue
  227:18
argumentative
  92:22 94:7
  105:9 145:24
  152:12
  153:19
  165:13
  200:25
arising
  240:12
  241:17
around
  71:5 153:7,
  10,16 204:8

Zachary Westphal
May 14, 2021

211:20
arrangement
  7:24 8:2
  242:10
  243:9,18,21
  244:10,18
arrested
  35:2
arrival
  151:25
Article
  174:18 175:9
Articles
  172:24
  173:24
  179:6,23
asked
  15:11 19:11
  22:18 34:20,
  22 43:25
  44:1 53:17
  62:3 80:3
  83:23 91:5
  121:18,19
  138:22
  152:14
  161:13
  164:19,20
  194:16 257:3
  261:25
  321:15 329:9
asking
  10:8 18:2
  23:14 30:21,
  22 31:18
  35:9 37:16
  38:8,9 41:7
  42:14 43:25
  44:10 51:12
  58:14 61:3
  62:12 71:21,
  22 75:20
  76:7,11
  78:8,24,25
  92:17 96:7
  105:11
  108:16 126:9
  130:25 154:1

159:13,18
163:9 165:6
167:9,10,11
170:7,8
193:14
228:6,7
229:4,5
235:4 242:19
252:15
261:21,22
322:4 327:10
asks
  45:4
assert
  86:24 88:9
assist
  249:10
associated
  139:24
  224:19
assume
  42:24 100:7
  105:4 113:21
  118:1 146:8,
  13 177:15
  193:6 203:15
  331:23 332:9
assumption
  228:2,5,7
  230:8
attachment
  12:7
attempting
  136:22
attend
  26:20 27:15
attended
  26:23
attention
  110:23
  156:17
attorney
  199:3 207:19
  239:1
attorney/
client
  6:14 10:9

169:15 170:4
attorneys
  7:18
attracted
  118:19
audio
  11:23
Austin
  13:25 14:2
authenticity
  188:2
authored
  161:15
authorized
  178:10
  250:22
authorship
  240:11
  241:16
available
  148:9 201:13
  229:2,7,12
  235:7 323:5
Average
  85:16,17
avoid
  215:14
aware
  6:10 68:10
  86:23 103:23
  118:21 134:6
  146:20,24
  147:5 169:5
  236:17
  326:19
awareness
  134:2
awesome
  234:22

―――――――――
        B
―――――――――

Bachelor
  28:11
Bachelor's
  27:14 29:11,
  12,14,18

96:10,17
back
  12:20 25:14
  27:10 46:19
  54:20 55:17
  68:16 72:2
  74:23 76:16
  81:3 84:11,
  16,19 90:14
  96:16 106:21
  116:24 117:7
  118:10 127:2
  162:25
  163:25 164:7
  167:14,19
  168:4 173:21
  187:8 202:25
  217:22
  221:17
  234:21
  237:25
  257:18
  323:14
  328:2,12
  330:8,21
background
  44:24
Badgering
  152:13
balance
  98:19
barely
  11:19
base
  150:6
based
  191:6,8,13
  220:3 241:8,
  19 250:20
  323:4 327:15
basically
  31:17
basis
  205:1
Bates
  129:1
  136:14,20
  188:11

Zachary Westphal
May 14, 2021

bear
  198:23 261:4
Beardsley
  13:25 14:2
bearing
  179:11
began
  15:5,9 16:9
  52:12,19
  55:25 70:19
  100:4 126:17
  191:23
begin
  52:6 55:19
  81:19 107:20
  110:4 126:20
  193:18
  194:11 199:8
  250:22 252:6
beginning
  41:6 74:24
  162:24
begun
  126:6,13
  141:22 155:9
behalf
  7:11,15 8:10
  21:1 23:9,15
  162:20
  252:21 327:5
behind
  141:5 221:22
belief
  208:24
  210:19
  212:15
believe
  10:19,21
  15:14,19
  17:3,17,19
  20:1,7,8
  29:7 33:11
  34:19 41:24
  42:19,21
  46:17,22
  54:11,12,14
  60:14 66:24
  68:5 71:21

72:2 80:14
88:24 91:12
93:20 97:6
103:19 104:6
108:6 110:7
111:8,11
115:16,19
118:7 120:21
122:3,24
125:17 137:7
141:4 147:25
172:6 175:22
185:21
193:11
194:20
203:13 213:7
219:5 220:6
226:24
228:21
229:18
231:15 252:6
259:1 329:8
believed
  82:5,11
  208:25
Ben
  40:19 71:3
  258:16
benefit
  120:23
best
  10:24 11:4,
  15 33:4 44:7
  85:3 105:8
  106:24
  117:10
  121:11
  200:3,4,8,14
  205:21
  207:3,9
  209:4,20
  210:19
  212:15 261:1
  321:23 322:7
beta
  117:22
better
  11:25 12:1

87:11 92:23,
24 94:1
100:3 105:19
big
  332:2
billing
  114:6,23
binding
  190:14 191:2
Bird
  8:12 132:13
  218:13
  331:22
birth
  27:8
bit
  9:14 84:20
  110:19
  111:22
  121:14
  134:17
  220:23 259:9
bites
  194:5
bits
  194:5
blank
  235:21
blog
  259:23
Boggs
  8:5 207:20,
  21,23 321:5,
  6
bonds
  206:8
books
  29:20 94:15,
  16,17 96:16
borrowed
  214:21 215:7
bottle
  257:3
bottom
  77:9 128:18
  134:23
  202:24

Botwin
  8:15 72:7,
  10,12,16,21,
  24 73:11,14
  74:10 97:9,
  12,16,19
  98:2,22 99:7
  109:12,23
  110:3,7,12,
  20 111:25
  112:4 120:13
  121:3 122:3,
  9,16 127:6,
  9,12,15,20,
  25 128:2,5
  136:6,10
  140:13
  143:2,5
  157:8,15,20,
  23 158:6,9
  172:16 173:8
  175:21
  176:4,8,15
  177:8 179:1
  182:16,20,23
  183:23 184:4
  187:12,15
  188:9 201:12
  202:9,12,15
  218:6 220:24
  238:2,4
  257:21 262:6
  263:3 320:17
  331:19,24
  332:12
bound
  193:3
boxes
  158:2
boy
  29:4
brain
  71:22
brand
  50:10 198:23
branded
  116:10

Zachary Westphal
May 14, 2021

**branding**
49:14,15,16
50:7,10
116:1
**break**
12:23 25:4,9
39:21 73:5,
10 83:18,19,
21,22,25
84:9,10
104:5 109:17
116:17
165:17 166:2
167:17,18,20
168:9,17
169:17,19,
20,24 170:9
187:24
215:21
217:8,18
241:7 250:14
257:4,6,14
331:20
**Brett**
8:12 77:25
132:9 166:21
**brief**
57:9
**bring**
88:17 225:8,
13
**broad**
45:2,11 49:8
58:6 62:14
66:22 84:24
**brochure**
230:19
**broke**
86:2,3
171:18
**broker/dealer**
59:2
**Brokers**
217:1 237:7
**brought**
124:16
225:15

**build**
160:13,24
199:15,22
204:3,17
248:23
249:23
255:15
**Builder**
155:22
156:13,24
157:1 159:2,
5,20
**building**
126:24 150:8
**built**
149:1 150:18
151:2
327:12,15
**bullet**
210:11,18
**business**
14:14,15
16:15,25
17:22 18:23
19:4 23:16
27:14 28:4,
11 44:2,18
46:23 48:7
49:3,13
54:21,24
57:8,13,16
60:11 61:22,
24 62:12,14
69:22 70:5,
19 81:9 90:4
96:11 101:25
102:16
107:20 172:2
178:14
181:6,12,15
185:20
189:16 190:4
191:15
192:22
194:23 197:9
199:13
211:13
213:10

216:2,13
227:5 229:1,
6 258:6
259:8,10,22
**businesses**
85:21 90:5
**button**
7:1 108:18
109:1,4
113:12
114:13
**buttons**
108:1
**buy**
119:16
120:22
**buying**
120:18
**bypass**
83:8
**bypassing**
195:9

---

C

---

**C-O-L-I-N**
13:21
**calendar**
135:24
**California**
14:7,8,10
27:21,23
28:9
**call**
35:14 141:6
165:1,10,18
234:13
**called**
32:4 49:1
50:20 56:9
63:1 95:11
106:18
176:12
177:23 179:5
222:24
327:13

**calling**
157:6 203:23
204:10
**Calls**
47:9
**Campbell**
218:8,13
222:5
225:11,17
226:22
227:3,7,8,
12,19 228:20
229:23
230:7,16,25
231:19
232:22 233:3
234:9,20
235:8,23
236:7 237:4
238:9
239:15,25
240:16,22
242:13,16,
19,24
243:11,19
244:2,13
245:17
246:12,20
248:12
249:1,13,17
250:1,24
251:8,23
252:12
253:4,15
254:8 255:2,
19 256:13,22
260:13
321:18
324:9,16
325:10
326:24
329:1,9,11
331:7,22
332:5,12,15,
22
**capabilities**
156:22

Zachary Westphal
May 14, 2021

capacity
  48:15
caption
  42:13 139:17
card
  261:6,16
  262:23
cards
  261:9
care
  13:16 31:20
  227:16
  332:21,23
carefully
  241:1
Carlos
  7:10 166:16,
  22,23,24,25
  257:8 333:1
case
  9:5 12:7
  20:3 34:18
  35:20 36:16,
  24 39:1
  41:20 92:21
  129:2,7
  136:21
  165:12
  167:1,2
  200:6 207:24
  208:1 236:10
  321:10
cease
  238:20
  239:4,8
ceased
  185:19
CEO
  20:21 22:14
  34:6 45:22
  188:5 208:14
  210:4 258:20
  323:12
certain
  186:24
  187:2,5
  221:17

certainly
  105:18
  122:16
  125:17,24
  242:18
certificates
  28:14
cetera
  234:4
challenging
  188:2
chance
  99:15 173:3
  183:11 200:5
change
  18:25 23:1
  58:15 179:21
  183:4 186:10
  214:7
changed
  53:25 106:1
  185:8
changing
  198:21
characterizat
ion
  224:11
charge
  222:3 223:16
  229:6
charged
  222:24
  223:12,15
charging
  222:10
chart
  68:3 134:13,
  15,21 135:2,
  9 323:4
  331:1
charting
  160:10 234:3
charts
  216:25 217:3
chat
  72:21 74:10
  98:23,24

99:6 122:4
  127:22 143:6
  158:4 172:17
  176:9 179:1
  201:14
chatted
  37:15,16
check
  22:6,8 24:20
  98:24 263:3
checkout
  231:6,9,10
chief
  46:5,6,7
circumstances
  331:11
City
  202:3
claim
  247:13
clarification
  92:5 124:19
clarified
  43:20
clarify
  15:7 18:24
  19:7 44:16
  49:20 91:2
  121:16
  130:20
clarifying
  169:2
clarity
  220:10
clean
  86:18
cleaner
  88:15
clear
  37:17 41:20
  60:8 188:17
  327:2 328:22
cleared
  104:9
click
  7:1 108:9,
  11,13,14

224:13
  231:17
clickable
  107:25
clicking
  108:15
client
  12:19 104:1
  115:13 129:9
  130:11
  156:12,24
  160:3,8,16
  166:16,17,20
  167:5 203:18
  224:17 229:6
  235:16
  323:20,25
  327:5,8
  329:6
client's
  118:24
  129:4,5,10,
  11,12 130:14
  226:10,15
  227:23
  228:17
  229:11
  231:16,17
  232:7,12,19
  233:2,13
  234:6 235:19
  236:4,15,19,
  25 237:10,16
  238:7 243:16
  244:9 249:7,
  21 256:20
clients
  222:11 224:8
close
  216:22
clue
  16:20 184:11
co-owner
  237:14
code
  136:4,15,22
  161:23 162:2
  232:18,20

Zachary Westphal
May 14, 2021

233:2,6
238:8 245:8
246:19
323:20
**Coello**
7:10
**coffee**
169:23
**coherent**
194:4
**cohesive**
194:4
**Colin**
13:18
**collecting**
228:3
**college**
26:20,22
27:15,16
28:7
**Colorado**
42:9,15,24
**Colwell**
8:5 9:18,19
10:12 12:6,
15,22,25
13:8,12
14:14 15:6,
11 19:5
20:12,17
21:4,10,17
22:18,25
23:11 24:14,
19 25:4,9,24
26:1,6,10
28:23 30:17
31:8 32:17
33:5,10,16,
23 34:3,12
35:18,23
36:19,21
37:6 39:9,12
41:11 42:20
43:6,11,15,
17,19 44:4
46:2,10
47:2,9,20,25
48:4,8,16,21

49:4,19
50:11 51:4,
14,22 52:13
53:6,19
55:21 56:3,
18 58:5,11,
18,25 60:23
61:23 62:3,
7,22 64:7,
10,23 65:6,
15 66:6,19
68:15 69:7,
9,12,18,24
70:9,20
71:17 72:8,
11 73:3,9
74:8,25
75:4,19
76:5,11,15
77:19 78:11,
19 79:15
80:17 81:2
82:7,25
83:11,16,24
84:8,10
85:22 86:6,
14,17,23
87:5,11
88:2,14
89:15 90:23
92:18,23
94:6,20
95:2,7 96:20
98:15,18
99:1,3,10
102:2 103:24
104:10,18
105:21,25
109:15,20,22
111:7 115:1,
24 116:12,20
118:25
123:15
124:18
125:9,20
126:22
130:19
131:17,25
132:7 133:23

134:5 135:4,
11,20
136:13,16,18
137:12,15,
20,25 138:5,
9,16,22
139:5 140:1,
5,23 141:9,
23 142:3
144:9,18
145:4,11,23
146:10
147:1,8,17,
24 149:11,20
151:12,22
152:4,12,14
153:5,12,17,
19,24 154:6,
14,20 155:5,
13 156:15
158:16,21
159:9,15,23
160:17
161:7,13
163:11
164:3,20
165:3,7,14
166:5,10,12,
23,25 167:7,
11,15,18
168:6,18,20,
22 169:2,5,
12,15 170:1,
4,10,12,17,
25 171:17
174:1 175:8
176:10,13,24
177:19
178:22 181:9
183:3,6
185:16
186:2,13
187:1 188:3,
13,17,21
189:11,21
190:9,19
191:5 192:6
193:5,22
194:16

195:3,12,19
196:4,17
197:2,11
199:4,25
200:10,13
201:1,3,15
202:10,14,17
203:14
204:6,19
205:5 207:2,
13,21
209:16,24
210:7 211:8,
24 212:8
213:2,12
215:10,20
216:21
218:12
222:14,18
223:22
224:22
225:10,18,24
226:17,23
228:1 230:6
231:3,20
232:8 233:4,
21 234:10
235:24 236:8
237:18
238:10
239:16 240:1
244:3,6,14
245:16
246:21
248:13
249:2,12
250:2,25
251:9,24
252:9 253:5,
16 254:9
255:3,20
256:23
257:2,6,24
258:2 259:18
260:12,22
261:10
262:10,13,
20,24 263:5
321:19

Zachary Westphal
May 14, 2021

322:17
324:10,17
325:11,15,22
326:7,25
327:14,25
328:9,18,21
329:6 330:1,
6,12,17,20
331:8,13
**Colwell's**
321:14
**combine**
176:13
**combined**
176:11
**come**
55:12 57:1
77:5 95:10
145:1 161:11
167:14
**comes**
129:9 141:4
**commence**
116:19
**commentary**
125:2
**comments**
88:6
**commerce**
203:3 210:21
212:17
**commercial**
192:1
**commercially**
191:23,24
**commission**
93:12
**commit**
228:8
**commodity**
206:9
**communication**
65:21 66:21
68:7
**communication
s**
10:8,9,12

17:22 35:9
**community**
225:5
**companies**
31:6,12,19
32:11,15
33:2,14
59:15,17
60:15,21
61:1,16
62:16 64:17
86:1,7,10
90:11,13
100:16,21
103:9,13,17
186:15 197:8
220:1,4
231:23
235:16
**company**
14:25 15:17,
21 16:9 17:6
19:14,21,22,
24 20:3
22:13 23:21,
23,25 24:2,4
32:2,3,9
33:8 34:2,6
39:6,8,10,
18,24 40:3,
5,8,10,13,15
41:19 42:1,
4,11,12,19
44:2,10,15
46:20,23
53:3 54:16,
17 55:19
57:4,5,18,20
61:7 63:12,
15,22 65:1,
13 67:6
68:25 69:20,
22 70:2,4,6,
23 77:7
78:21 79:9,
12,13 80:14,
25 81:23,24
82:18,19,21,

23 83:2 84:4
89:19,21
90:17,21,24
91:1,3,7,11,
22 95:11
113:18 118:5
128:22
131:6,15
132:24
133:2,15,20
134:2,7
139:4 145:9,
15,17 147:22
159:19 160:9
161:21,22
174:12
175:16
177:10
178:2,16
179:9 180:6,
8,13 181:2,
8,17,25
182:5,8
185:5,11,14,
19,24 186:9,
18 195:10,24
196:2
199:11,21
210:4 212:6,
7 214:1
219:17
224:21 227:4
229:1,4
237:9 243:16
244:5 253:12
258:21
259:14,17
323:12
325:18
326:17
328:15
**company's**
38:4,9 61:4
138:14
147:10
**comparable**
323:3

**comparison**
323:8
**competitive**
250:8,17
251:15,21
252:3,7
253:2,9,25
255:16
256:6,19
**compilation**
74:12
**Complaint**
42:13 122:5
**complaints**
65:22
**complete**
124:24 173:4
**completed**
150:21
**completion**
151:25
**compliance**
194:25
**compliant**
112:1
**complicated**
191:12
**component**
256:14
**components**
237:1,16
**composite**
75:6 175:21,
24 176:12
182:22,25
**computer**
24:25 28:16
136:15,22
205:2,10,17,
22,23 218:22
**concepts**
240:10
241:15
**concluded**
331:14 333:4
**conclusion**
49:25 69:9,

Zachary Westphal
May 14, 2021

19 213:3
**concurrent**
210:20
212:16,25
**confidential**
10:10 13:2
41:9 197:16
232:13,16
233:2,15,20
238:8 239:9,
13,22 240:2,
3 262:9,22
263:10
**confidentiality**
12:10 97:11
233:6
**confirm**
47:11
**confirmation**
103:6 332:11
**confirmed**
104:6
**confused**
54:1
**confusing**
106:2
**confusion**
158:9 210:24
212:20
**connected**
139:4
**connection**
210:23
212:19
**consent**
8:1
**consider**
20:9
**construed**
192:8
**Consulting**
32:5
**contact**
100:16,18,21
114:5

**contacted**
95:11
**content**
19:3,13 21:1
23:3,8,14
38:19
106:20,21,24
107:1 188:18
215:7
**contents**
140:17 144:5
170:7
**context**
45:1 101:12
**continue**
24:7 81:8
125:2 190:4
194:19,23
199:13
253:22
**continued**
172:1,2
186:25 187:6
189:16
191:15
**continues**
156:24
**continuing**
209:25
**contract**
97:5 104:2
107:18,19,22
163:23
186:20,24
187:6,8,14
252:19,20,25
**contracted**
199:11,14
204:3,17
**contractor**
89:13 90:12
91:8 325:13
**contractual**
186:18
189:18 190:6
192:2 194:13
215:15

**contribute**
326:6,15,22
327:11
**contributed**
327:23
328:15
**control**
18:22,24
20:20,24
21:5,8
**controls**
20:10
**conversation**
36:9,11
**conversations**
6:12,14
100:20,23
101:1,7
**cooperate**
165:11
**coordinated**
107:14
**copy**
74:9 99:19
122:22
124:21
187:25 188:4
250:10
254:2,15,24
255:17
256:7,19
**copy/website**
254:3
**corner**
7:2
**corporate**
172:22
**corporation**
8:11 41:23
42:10 76:19
95:19,21
96:1 97:4
**correct**
9:11 11:14
13:8 16:21
17:16 20:22
30:16 33:9

34:6 37:20
39:16 42:7
45:23 47:15,
19 49:18
51:10 52:20
53:5 56:2,
13,17 58:24
59:13,18
61:8 62:1,
18,21 63:4,
9,13,17
64:15 66:10
67:2,23
69:3,6,23
70:8,12
71:16 75:16
76:24 77:10,
12,14,17
78:10 81:1,
11,16 85:21
86:10,13
89:19,21
90:4 93:16
95:16,19,22
96:13 99:23
101:4,16,20
102:19
103:4,18,22
104:7 107:7,
8 108:3
112:23
113:1,2,4,14
114:14,17,
21,25
115:15,18
116:3
119:12,16
123:5,8,11,
21 125:18
131:6,7,10,
11 133:9,12
136:9 138:4,
15 141:8,14
143:3,25
151:17 172:6
173:25
174:5,13,16,
24 175:17,18
177:18

Zachary Westphal
May 14, 2021

178:3,6,14,
18 179:25
180:6,9,13,
20,24 181:3,
6,8,13,23
182:6,9
183:17,20
184:1,6,21,
23 185:5,11,
12,15,20
186:1,19
187:19
188:24
189:10 195:2
196:8,12,16
197:10
198:24 200:3
203:12,20
204:12,18
205:13
207:8,24
208:4,12,14
209:2 212:7
213:11
218:16
219:15,18
220:9 221:7,
13 223:10,
14,17,20
224:4,21
225:3,9,16,
23 226:16
227:2,25
230:5,13
232:3 233:8
235:22 236:6
237:2 238:8
243:10
244:12,21
245:2,9
247:5,9,14,
19,22
248:11,24
249:25
254:19 255:1
256:8,21
258:14,21
321:10
325:21

327:24
328:7,17
correction
176:4
correctly
32:1 66:3
67:1 80:7
110:13 124:2
240:15
correlation
101:25
102:6,9
cost
323:3,7
counsel
7:4 8:1 9:11
10:9 25:6
26:1 28:18
35:10,11,12,
20 37:12
168:25
176:21
201:23
Counselor
117:2 217:10
329:4
couple
15:15 73:10
80:3 251:18
coupled
155:8
course
12:20 29:8
67:17 240:12
241:17
court
7:18,25 11:1
14:1 19:18
24:9,13,16
43:17 49:21
50:1 53:7,
10,12 60:2
69:10 71:10
72:14,15
86:2 88:18
92:11 136:16
156:5 199:7
213:16,23

234:20
242:20 255:9
328:10
332:13
courtroom
92:12
cover
179:5 197:17
263:11
covered
111:21
262:18
covering
218:13
create
91:22 117:10
250:7,17
251:14,20
252:3,6
253:1,8,21,
24 255:15
256:6,18
324:7,14,24
325:9
created
107:11 111:5
117:8,9
230:3
323:18,23
324:21
325:14,21
326:3
creating
6:17 326:1
creation
323:18,24
326:6,16,22
327:12,24
328:16
credit
261:6,9,16
262:23
current
28:22 129:12
156:2,9
185:14,24
186:10 323:5

cursor
76:25
customer
65:20 66:24
68:5,20
114:6,13,22,
24 115:11
150:7 152:3,
6,7 153:6
221:20
223:12,15
231:9 250:9
customer's
115:6
customers
94:22,25
95:3 228:22
248:2,16
250:18 252:4
253:10 254:1
customization
221:17
customization
s
218:25 242:1
cut
209:9 211:17
243:5
cute
121:14,15

---

D

Dash
156:21
data
139:24
141:6,7
206:17
235:14 240:9
241:14
248:2,4,15
date
27:8 76:23
89:24 100:2,
5 119:22
135:8,10

Zachery Westphal
May 14, 2021

140:20
141:6,8,11,
13,14 143:24
147:18
148:11
151:24
165:19 166:3
168:10
171:5,7
179:9,12
180:13,15,19
181:18
186:10
203:3,10,16,
20 220:14
**dated**
99:22 123:4
131:22
208:12
**dates**
52:21 70:21
71:2,6 72:3
120:3 126:8
162:9 163:7
164:1,7
204:1
211:18,21
**day**
28:22 62:17,
19 64:4
114:19
115:10
119:14
171:13,21
185:11,14,24
196:22 215:7
225:3,4,5,7
228:8 331:10
**day-to-day**
33:20 43:2,
5,10,23,25
44:15,16
**days**
36:6 149:5
152:19,21
153:3 154:4
332:3

**deal**
101:8,9,10
102:1,7,16,
17 103:9,21
104:15,16
105:1 106:6
118:20 152:7
219:6 224:21
229:8
**Dear**
143:13
**debate**
130:1,3
**decade**
16:23
**deceive**
210:25
212:21
**decide**
9:22 91:20
**decided**
68:24 80:24,
25 82:14
124:12
125:7,18,25
126:4 155:16
160:13,14,
24,25 168:22
190:15 212:6
213:8,9
256:5
**decisions**
197:7
**deck**
182:19
**declared**
197:16
263:10
**declares**
208:22
**decompile**
245:7 246:17
**define**
20:20 45:18
47:21 57:13
61:14,24
87:13 108:11

178:7,8
185:17 214:5
219:19
**degree**
27:11,13
28:1,3
29:12,13,14,
18 44:18
96:10,11,18
**degrees**
28:7,13
**Delaware**
14:24 71:8,
11 72:6
73:17 74:15
78:12 171:5
198:23,25
199:1
**delayed**
68:7
**deliver**
114:2
170:15,18,20
171:8
**delivered**
112:7,10
**delivery**
113:24 115:5
**dep**
34:20
**department**
29:18
**depends**
30:13 45:21
227:4 229:8
**depo**
7:2 9:17
14:6
**depose**
9:5
**deposition**
6:3,21 7:3,
19,20,21 9:6
10:8,17
12:14,21
13:2 25:23
34:23 35:9

36:1,13,15,
22,23,24
37:3,9,19
165:2 168:23
199:20 217:7
248:8
320:18,19
321:12
331:14 333:4
**depositions**
332:13
**description**
205:13,24
206:18,19,20
**design**
135:5,16
136:2 159:10
327:15,17
**designate**
41:5,8
262:21
**designation**
12:10 97:11
**designed**
159:13
**designer**
117:17
**designing**
126:17
**designs**
240:10
241:15
**desktop**
148:25
150:18 151:2
**destroy**
239:9
**detail**
178:11
**details**
105:4 107:13
210:3 259:16
**develop**
89:3 126:20
142:10 161:5
162:15 163:5
199:12,22

Zachary Westphal
May 14, 2021

245:12,21,23
246:1 250:22
321:23
**developed**
149:9 204:11
246:8,10
**developers**
162:11
**developing**
126:13,18
141:17,22
152:22
155:10
159:6,21
163:23 190:5
194:12 248:9
249:10
**development**
126:6 139:25
150:21
161:22
165:19 246:4
**diagnosed**
85:6,9,12
**difference**
91:2
**different**
39:19 62:6
63:23 65:16
74:13,18,21
76:9,10
102:12 157:3
176:10,23
186:14
194:20 200:7
212:11
219:22 234:2
235:14
**differs**
46:8
**difficult**
24:21
**difficulties**
24:10
**difficulty**
24:12,17

**direct**
8:23 74:2
81:22 94:3
169:12 170:5
**directed**
20:15 59:13,
16
**directing**
166:17 167:4
**directly**
113:8,14
114:6 248:1,
3
**directors**
74:1 77:10
**disagree**
113:20
**disassemble**
245:7 246:17
**disclaimer**
109:11,12
114:11
**disclose**
35:11 238:13
**discovery**
165:3
**discuss**
148:21 202:6
**discussed**
102:1,17
143:17
**discussing**
102:8
**dishes**
29:10
**dismantled**
181:10
**display**
235:14
**dispute**
135:17,18,
21,23 138:25
139:3
**disputing**
151:21,23
**dissolved**
181:25

185:19
**distance**
84:4
**distinguish**
90:16,19
**distinguishin
g**
90:22
**distribute**
244:24
**District**
92:11
**divulge**
199:4
**DMS**
105:16
**DNS**
105:16
**docket**
97:13
**document**
37:2,13
71:11,13,18
72:5 73:8,12
74:5,14,24
75:2 77:24
98:12,20,22,
25 99:3,16,
22 100:2,5
103:20,21
111:3 120:10
122:2,11,15,
17 123:10
124:24 127:5
128:12,14,21
129:2,3,5,
10,15,21,22
130:4,8,14,
17 131:1,12,
13,15,22,23
135:17
136:12
137:2,6,8
140:20
143:6,24
144:5 145:15
155:8 157:9,
12,19,21

158:1,2,5,18
164:9,12,17
173:4,23,24
174:6,7
175:5 176:22
178:9 179:1,
4,5,6,9,10,
14,16 180:3,
13,15,19,25
188:2 199:19
200:1 201:20
202:7 203:2
205:15,16,19
206:23,25
207:6,7
209:11,21
220:3,25
243:3,24
247:10 261:4
262:14,17
**documents**
12:8 36:7
37:4,18
74:13 123:24
168:23
172:22
173:1,15
176:20
177:13
178:4,13
182:7,11,17
183:12,13
202:13
**doing**
12:14 30:5
31:2,6 64:17
69:23 78:1
82:24 88:4
101:8 120:15
159:7 177:4
178:13
181:6,12,14
228:10
259:13 328:5
**domain**
48:22 50:20
106:5,12
108:5

Zachary Westphal
May 14, 2021

219:19,23,
24,25
**door**
230:24 231:5
**doubt**
174:7
**Doug**
40:16 41:1
45:11
**download**
109:7,8
231:23
**drawing**
235:20
**drop-down**
206:1
**dry**
257:5
**duly**
8:20
**Dustin**
117:11,13
327:18,22
328:6,16
**Dustin's**
117:14
**dynamic**
224:6,11

___

**E**

**E-EDUCATION**
32:4,23
**E-SIGNAL**
156:21 217:2
237:7
**E-TRADE**
61:19 156:20
217:1 237:6
**earlier**
67:25 124:17
171:4 182:9
186:6 259:12
260:2
**early**
71:5 203:4,
24

**easier**
99:1 242:23
**echelon**
325:7
**ed**
106:17
**editorial**
88:6
**EDT**
331:16
**education**
26:11 28:5
96:14
**educational**
26:9 44:24
**effect**
187:6 189:9
193:1
**effective**
220:13
**eight**
189:8,19
**either**
17:10 31:7
81:12 97:6
138:14
210:21
212:17
**Elad**
8:15 12:17
72:4 73:22
74:6,8,23
97:7,11
98:21 104:21
109:10
110:18
111:20
120:11,15
121:1 122:1
123:18
124:21 127:4
134:12
136:3,9
137:4 157:5
158:24
172:14 173:7
174:19

180:17
182:15
187:21 218:5
220:22
223:21 262:4
263:1 331:17
**electronic**
37:13 206:15
**electronically**
205:3,11,18,
23
**email**
14:12,13,14,
15,18 15:1,
5,10 16:9,
12,13,16,19,
25 17:6,8,
10,13,15,21
87:21,24
88:1,2,23
89:2
**emailed**
87:20,23
**emails**
214:15
259:11,13,15
**embedded**
140:20
**EMI**
31:13,21,25
**employee**
31:7 89:14
**employees**
258:7,11
259:2 329:23
330:4,19,24
331:2
**enable**
249:22
**end**
64:4 74:5
114:19
115:10 118:1
119:14,17
140:14 145:1
158:10

162:25
202:15
211:18,19
213:9,17
225:7
**ended**
102:16 123:7
142:18 144:7
199:23
**ending**
145:7 146:19
**ends**
261:7
**engage**
91:24
**engaged**
163:8 248:9
**engaging**
248:20
**engineer**
245:6 246:17
**engineering**
161:22
**engineers**
245:18
**enhance**
247:3
**enhancements**
218:25
**enlarge**
134:14
139:13
158:23
**enlarged**
137:3
**Enlightened**
31:15
**ensued**
100:20
**enter**
7:16 110:8
168:11 180:5
**entered**
120:7 128:6
**Enterprises**
7:8 22:23
23:5,16

Zachary Westphal
May 14, 2021

```
33:8,22 34:9
39:3,17,22
41:13 43:5,
10,14 46:19,
25 47:1,17
48:6,14,20
49:12,18
50:19 52:6,
10,18 53:5,
17 54:6,8
55:6 56:1
58:22 59:9
60:9 62:20
63:3 64:20
65:1,13
69:6,17,23
70:7 79:14
81:9,15,21
82:5,22
83:6,9 84:5
89:18 91:20
93:4,15
95:25 97:3
122:23
124:7,13
126:13,20
132:6 133:1,
5,11 134:4
138:14
141:17,21
142:16,17
144:6 146:7
147:23
154:19,23
155:3,9
159:4 160:23
162:1 174:13
175:16
177:17
178:6,13,17
179:7,25
180:23 183:1
185:8,25
186:9,11
187:18
189:16
191:23
198:18,22
204:17
```

```
211:14
212:4,24
213:9 214:8,
12 259:6
Enterprises'
144:16,24
147:6 158:14
entire
54:21 99:15
128:12
137:2,6
258:20
entities
18:23 39:1
41:8
entitled
98:8 127:9
194:5
entity
19:4 23:9,16
35:5 47:8,17
69:5 185:7
198:23
324:15
equal
140:17
equities
58:2 59:13,
16 60:19
119:16
Equity
52:7 220:14
239:8 240:6
Equityfeed
8:11 52:3,11
53:4 55:4,7,
14 58:23
62:21 63:9
66:2,5,17
67:8,9,22,23
68:4,13
80:5,13,22
81:7,11,12
82:1 83:10
84:6 95:11,
19,21 96:1
97:3 98:13
99:20 100:4
```

```
101:15
102:7,8,11,
21,24 103:3
106:8 107:5,
11,23
108:10,19
112:14,17,
19,20 113:4,
14 114:17,
21,25 115:8,
12,14,18,21
116:9 120:1,
16 122:23
123:20
124:8,13
125:5,7,15
126:11
142:2,16,18
144:7 145:1
146:19
148:4,6,7
155:11 161:2
163:21
186:19
190:16 191:3
192:4
193:16,20
194:3,10,19
195:1 196:14
211:16
213:11
214:22
215:9,19
216:4,19
218:23
221:13,16
223:16,19
224:3 230:2
235:6
236:16,17
237:1,17
239:20,21,22
241:13,21
242:2,4
248:9 260:21
323:21 324:2
329:7
Equityfeed's
102:18 116:2
```

```
117:25
118:15
120:19
218:22
226:12
229:24
237:11 243:8
Equityfeed.
com
112:10 114:6
118:5 249:7
260:11 262:1
Equityfeed.
com.
112:7,15
113:8 148:9
Equityfeed/
jewmon
111:6 187:18
190:8
errands
166:9
established
80:1 248:7
et
234:3
et al
7:9
evasive
193:11
evening
332:25
event
13:4 256:5
everybody
109:25 110:4
331:10
everyone
8:25 24:11
332:24,25
everyone's
331:12
evident
178:12
exact
105:3 109:5
126:8 163:7
```

Zachary Westphal
May 14, 2021

203:25
211:21
**exactly**
36:22 100:6
141:24
181:22
186:17
**EXAMINATION**
8:23
**examined**
8:20
**exchange**
206:13
**excited**
150:6,7
153:7
**Exclusivity**
247:17
**excuse**
27:19 47:16
120:6 123:3
**excused**
333:3
**execute**
12:19 201:6
321:23
**executed**
104:3 202:4
233:18
**execution**
202:11
**executive**
46:5,6,8
**exhibit**
12:7,12,18
13:6 37:21,
22 72:8,12,
17 73:16
75:5,6 76:19
97:17,18,19,
21,23,24
98:3,8
103:6,12,25
104:20
110:8,9,15
122:4,6,13
124:19

127:13,16,18
128:6,7,8,
10,15
135:23,24
136:3,4,7,
14,19
140:11,21
141:3,4,14
142:24,25
143:9
157:10,14,
16,25 158:1,
14 161:6
171:4
172:15,18,23
175:19,24
176:2,12
177:5,6
178:23,24
179:2,4,17,
20 182:13,
19,21,24,25
183:3,5,8,15
187:10,14
201:16,17,23
217:5 218:7,
8 262:22,25
263:4,6
320:19,21,25
**exhibits**
74:9 155:8
176:10 177:5
**exist**
39:11,15
47:7,8
**existed**
81:17
135:18,24,25
**existence**
135:10
151:17 162:4
171:15,23
172:2 258:21
**existing**
97:18,19
163:23
**exists**
39:10 151:16

**expect**
149:4
152:18,20
153:2 154:4
**expectation**
152:7
**expected**
151:25
**expenses**
221:24
**experienced**
88:5
**expiration**
189:3 192:17
**explain**
88:18 101:24
102:23 115:2
144:7
**exploit**
191:23,25
**exploitation**
192:2
**Explore**
155:19
**exploring**
142:6
**expression**
193:10
**expressly**
245:1
**extremely**
58:6

---

F

---

**face**
233:22
**Facebook**
18:3,19
19:23 20:7
23:18
**facing**
229:13,15
**fact**
54:13 115:20
116:9 129:14
207:12

212:23
225:15 241:1
**fades**
12:2
**fair**
30:11 109:1
224:11 244:6
**fairly**
91:5
**false**
208:18,20
209:12
**familiar**
73:1 116:5
142:20
231:25
**far**
68:10 118:5,
7 119:4
125:6
**features**
157:7,20
**featuring**
206:6
**February**
163:14
203:4,9,15,
24 204:4
215:6 216:2,
13 326:4,13,
17
**Federal**
201:6,23
**fee**
222:3,9,12,
23,24,25
223:3,4,6,9,
11 224:3,10
**Feed**
52:7 220:14
240:6
**feedback**
105:14,22
106:1
**feel**
176:15
250:10

Zachary Westphal
May 14, 2021

254:2,15,25
255:1,4,17
256:7,20
**feeling**
10:14,15
**fees**
221:23
222:22 223:2
**Feldman**
8:9,22,24
9:2,3 11:5
12:8,16,24
13:4,11,14
14:4,17
15:8,12
19:9,19
20:14,18
21:6,12,19
22:20 23:1,
2,13,24
24:9,22
25:8,16,17,
25 26:3,4,12
28:25 29:1
30:18 31:10
32:19 33:6,
12,19,25
34:5,13
35:19,22
36:19,20
37:1,10
39:13 41:10,
12 42:22
43:8,12,13,
24 44:6,13
46:4,12
47:3,13,23
48:5,11,19,
23 49:6
50:2,13
51:8,18,24
52:16 53:13,
20,23 54:3,4
55:24 56:7,
21 57:11
58:7,13,19
59:3,8 60:5,
25 61:25

62:4,10,24
64:11,24
65:10,17
66:8,23
68:18 69:13,
21 70:3,11,
22 71:20
72:4,14
73:5,15,22,
24 74:5,14,
19 75:3,5,
10,24 76:8,
14,16,17
77:4,20,25
78:5,6,15,22
79:16 80:20
81:5 82:9
83:4,14,16,
21 84:1,9,
12,18 85:23
86:2,3,5,8,
16,21,24
87:1,7,14
88:4,16,21
89:17 90:25
92:9,19,25
94:8,10,21
95:4,9 96:22
97:7,10,14,
17,23 98:1,
4,6,7,17,19
99:2,14,25
100:1 102:3,
5 104:4,11,
20,25 105:7,
10 106:3,4
108:22
109:10,13,18
110:6,11,14,
22,25
111:10,20
112:2,5
115:4,25
116:13,16
117:3 119:2
120:11,14
121:1,4
122:1,8,10,
12,20

123:16,18,19
125:1,3,13,
23 126:25
127:4,7,11,
13,18,23
128:1,3,10,
13,18,20
129:3,8,14,
19,23 130:5,
11,14,16,22
131:21
132:4,9,13,
16,19 133:8,
19 135:7,14,
22 136:3,7,
11,25 137:3,
5,13,17,22
138:3,7,12,
19,24 139:2,
8,15 140:3,
8,15,24
141:1,10,25
142:8,22
143:4,8
144:12,20
145:5,14,21
146:2,11,22
147:2,12,20
148:1
149:15,22
150:1 151:14
152:1,9,15
153:8,14,21,
25 154:8,15,
22 155:6,17
156:7,18
157:5,14,18,
21,24
158:13,17,
23,25
159:12,17,24
160:18
161:10,14
163:3,13
164:5,22
165:5,8,16
166:15,21
167:4,9,13,

21,23 168:8,
25 169:3,9,
14,16 170:2,
6,14,19
171:3,20
172:14,20,25
173:2,13,21,
22 174:3,10,
11,22 175:2,
12,14,19,23
176:7,12,19
177:2,6,9,
11,22 178:23
179:3
180:16,18
181:11
182:12,18
183:4,7,10,
22,24 184:3,
5,17,18,25
185:3,18,23
186:5,16
187:3,10,14,
16,23 188:7,
14,20,22
189:14,23
190:11,21
191:7 192:9
193:8,25
194:21
195:5,14,22
196:6,20
197:4 198:15
199:5,7,9,
10,18 200:2,
11,16 201:2,
5,11,16,19,
22 202:5,19,
25 203:1,17
204:9,22
205:7,12
206:3,5
207:5,15,17,
18,22 208:6,
8 209:18
210:1,10,14,
17 211:11
212:1,12
213:6,19

Zachary Westphal
May 14, 2021

214:2
215:12,23
216:9,23
217:4,12,15,
17,24 218:4,
7,10,14
221:3 222:8,
16,20 223:24
224:1,24
225:14,20
226:2,4,6,7,
20,25 227:6,
10,17,20
228:4,24
230:1,11,17
231:1,7
232:2,11,24,
25 233:7,23
234:12,24
235:1,10
236:2,11
237:8,20,25
238:3,6,12
239:19
240:4,5,18,
24,25
242:15,18,
22,25 243:1,
14,22 244:5,
7,19 245:19
246:14,22
248:18
249:5,15,19
250:4 251:2,
12 252:1,10,
14 253:6,17
254:11
255:6,9,11,
12,22
256:16,25
257:7,11,14,
20,22 258:1,
3,4 259:19,
20 260:15,24
261:12,13
262:3,7,12,
14,21 263:1
320:23
321:3,9,20

322:22
324:11,13,20
325:12,16,24
326:10
327:3,16
328:3,13,19,
24 329:5,13,
22 330:3,9,
14,18,23
331:9,14,17
332:21 333:1
**field**
206:16
**file**
181:22
200:19
320:17
**filed**
122:5 177:17
201:25 202:1
208:2
**files**
182:22
**filing**
78:20,21
176:5 186:3
**fill**
205:25
**Filter**
155:22,23
156:13,24
157:1 159:2,
5,19
**filtering**
156:22
216:11
**final**
6:22 45:20
83:19 202:16
**finally**
247:12
**finance**
61:19 62:15
93:20,22,25
94:12,13
235:13

**financial**
57:25 58:1
206:8,9,12,
14,15
**financially**
7:13
**find**
59:17 64:18
67:14 105:20
119:16
165:18,21,23
**fine**
10:1 12:4,
15,22,24
43:9 64:9
73:9 130:7
168:7 208:19
209:13
227:16,17
231:8
262:10,24
**finish**
27:2 73:7
79:22 150:15
152:4 163:11
197:2,5
213:20
324:16
**finished**
29:11
**FINVIZ**
229:3 235:13
**firm**
9:3 35:19
88:11
207:20,23
**first**
8:20 25:18
29:2,3,12,17
34:17,23
36:21 47:17
53:3,18
76:18 87:3
89:19 91:10
98:1,2,16
100:7,8,15,
18,21 111:4
117:4,24

118:23
122:21 151:3
166:20
173:21,23
176:25 185:7
188:15
202:24,25
203:3,9
210:18
218:20
219:17 220:4
221:7 227:2
228:18
250:15
322:5,13,17
**five**
11:22 174:18
175:9 189:8,
19
**fix**
24:6 25:5
**fixed**
25:19
**flag**
48:25
**flags**
49:16
**Florida**
6:5 7:24
41:18,22
54:16 176:6
**flow**
234:7,11
**focus**
324:22
**foggy**
93:23,24
**folks**
332:10
**follow**
332:10
**followed**
10:4
**following**
82:8 107:8
148:23

Zachary Westphal
May 14, 2021

follows
  8:21 222:1
force
  189:9
foregoing
  240:14
forgive
  34:25 54:20
  79:3
forgot
  174:19
  181:22
form
  15:6 19:5,11
  20:12,17
  21:4,10,17
  22:25 23:11,
  22 26:10
  30:17 31:8
  32:17 33:5,
  10,16,23
  34:3,12 39:9
  43:6,11,15,
  19 44:4
  46:2,10
  47:2,10,20
  48:8 49:4,19
  50:11 51:4,
  14,22 52:13
  53:6,19
  55:21 56:3,
  18 58:5,11,
  18,25 60:4,
  23 61:23
  62:7,22
  64:21,23
  65:3,6,11,15
  66:6,11,19
  68:13,15
  69:9,18,24
  70:20 75:18,
  19 77:22
  78:3,11,19,
  25 79:15
  80:14,16,17,
  25 81:2
  82:7,12,25
  83:1,11,12

84:8 86:14,
16,21,22
87:5 88:8,
13,20 89:15
90:23 91:20
92:18 94:20
95:2,7 96:9,
20,21 102:2
104:18 105:2
108:21 111:7
113:17,18
115:1,24
116:11,12
118:25
125:9,20
126:22
130:19
131:17,25
132:7,10,16
133:23 134:5
135:4,20
137:12,20,25
138:5,9,16
139:5,16
140:1,5,23
141:9,23
142:3 144:9,
18 145:4,11,
23 146:10
147:17
149:11,20
151:12,22
153:5,12,24
154:6,20
155:5,13
156:15
158:16,21
159:9 160:17
161:7 168:25
169:7
170:17,25
171:17 174:1
175:8 177:19
181:9 185:16
186:2,13
187:1
189:11,21
190:9 191:5
192:6 193:5,

22 194:16
195:3,10,12,
19 196:4,17
197:11
199:25
200:10
203:14
204:6,19
207:2 209:16
210:7,22
211:8,24
212:8,18
213:2,12
215:10,20
216:6,21
222:5 224:22
225:10,11,
17,24
226:17,22
227:3,6,8,15
228:1 229:23
230:6,16,25
231:3,19
232:8,23
233:3 234:9
235:8,23
236:7,8
237:4,18
238:9
239:15,25
240:16
243:11,19
244:2,3,13
245:8,16,17
246:12,18,20
248:12,13
249:1,2,12,
13,17 250:1,
2,24,25
251:8,23
252:9 253:4,
15 254:8
255:2,19
256:13,22
259:18
260:12,13,22
321:18 324:9
325:10,11,15
326:7,25

327:14
330:1,6,12,
17,20
formalities
  13:16
formation
  15:16,21
  71:7,11
  95:25 96:2,
  4,8,15,19,23
  326:12
formed
  14:23 16:9
  52:22 53:1
  57:2,4,5
  66:16 70:2,
  7,25 71:15,
  24 79:19,21
  83:8 84:3,4
  89:19,21,24
  90:3,8
  91:17,24
  93:4 97:4
  113:20
  131:9,15
  132:21
  171:8,14,22
  172:1 174:4,
  24 175:4
  185:13
  195:16
  198:23,25
  211:12
forming
  113:13,15
forth
  247:4
forward
  17:18 41:9
  72:4 94:8
  165:1 193:2
  194:11
  219:24
found
  79:5 109:23
foundation
  64:22 71:17
  77:18,19

132:8

**founded**
56:16 66:10
77:7,16
321:22
326:17

**founder**
71:4

**founders**
78:9,17

**four**
11:22 332:3

**fraction**
323:3

**frame**
107:24

**franchise**
73:17 74:16
75:6 77:6
78:13 171:5

**frank**
228:23

**frankly**
193:11

**free**
9:24 176:15
195:17
226:21 229:2

**Friday**
7:5 218:2

**Friedman**
40:16 258:15

**front**
103:6 120:3
151:8 189:25
252:18

**Fry**
29:4

**fulfillment**
63:25 64:3
114:22

**full**
13:17 160:2
208:16 332:2

**fully**
104:3

**function**
49:5,7,9

**functionality**
58:3 61:10
216:7 237:5
326:2

**fundamental**
224:6

**funds**
206:8

**funnel**
229:25
230:19,23
231:9,22

**funnels**
230:21

**funny**
30:20

**furtherance**
107:8,12

**future**
206:10

**FYI**
218:13

---

**G**

---

**G-R-I-T-T-A-N-I**
260:3

**Gabe**
36:18 59:5
321:10

**Gabe's**
321:8

**Gabriel**
8:5 9:18
35:14 88:5
167:4 187:23

**gain**
118:4 149:3
152:18
228:16

**gallery**
7:1

**games**
87:8

**Garden**
29:10

**gave**
15:10 16:13
17:15 125:15
160:9 200:8
249:7,14,16

**general**
92:7 106:21,
24 130:24
160:11

**generally**
93:10 101:8
200:18
224:20
235:20,21
236:4,10

**generate**
224:8,9

**generic**
19:12

**Gentlemen**
77:20

**getting**
25:18 90:18
93:11 103:10
105:21,22
167:12 257:5

**give**
9:21,24
10:5,17,20
11:12 26:8
31:11 69:10
99:8,12
105:8 120:13
143:15
152:10 163:9
167:15
170:21,23
188:9,11
194:15
227:14 241:5
257:13 258:8
321:22
327:19

**given**
9:6 33:1
34:20 64:25

108:9 200:8
223:13

**giving**
11:13 14:6
25:23 28:20
37:17 56:23
80:7 130:5

**glasses**
77:1 174:20

**global**
206:12

**goes**
113:22 148:8
242:7 251:13

**going**
9:22 11:11
19:1 25:11
27:10 38:25
41:5,8,9
46:19 54:20
68:25 73:4,
6,7 75:22
78:1 79:25
81:3,19
83:17,18
84:13 86:24
88:8 92:10,
13 102:11
105:14
109:16,17
111:18
116:21
124:13 128:3
130:8 138:20
157:13
160:25 168:1
169:18
172:21
173:19 178:8
183:21 188:5
193:2,13
194:6,15
200:7 217:8,
19 218:1
228:10,11
234:24
235:20
241:2,23

Zachary Westphal
May 14, 2021

242:3,22
257:15 259:3
262:8 263:1
329:17,20
331:5,15
332:20
golf
  29:8
good
  6:8 8:25 9:1
  31:11 41:10
  85:2,15
  88:11 94:1
  117:5
  119:10,16
  170:22
  220:24
  224:18,23
  332:25
goodness
  146:3 192:10
goods
  204:25
  210:23
goods/
services
  212:20
Google
  141:4 235:13
governmental
  35:5
grab
  57:10
graduate
  26:18 27:5,6
Granati
  260:3
grants
  220:14
graphic
  216:15,17
  235:6,19
  236:4,15,19,
  25 237:10,
  11,16 238:7
  325:5

graphical
  233:11,13,
  14,19 254:21
  255:1,18
  256:11,20
graphically
  234:6
great
  9:23 10:15
  12:6 14:20
  45:7 88:25
  130:12
  136:18
  137:23
  242:21
greater
  225:23
greenskeeper
  29:7
Grittani
  121:5,13
  260:3,11,21
  261:15,25
grounds
  37:8 169:14
Group
  8:15
Grove
  26:15
guess
  48:25 62:14
  221:1,21
  258:13
guy
  260:2
guys
  104:16
  105:23
  150:10
  154:24
  224:10,18

——————————

**H**

half
  109:16 209:3
  217:9

happen
  104:2
happened
  104:17 109:4
  115:20 169:6
  172:9,10
  211:21
  247:6,8
happy
  66:1,5,13,17
  67:10 80:12,
  22,23 81:6
  331:10
hard
  9:14 24:6
  226:1
he'll
  168:24
hear
  11:19 12:3
  19:20 24:14,
  15,16 49:22
  53:9 59:6
  86:4 94:23
  105:23
  136:17 185:6
  218:12
  257:20,22,25
  258:1 328:10
hearing
  9:15 24:6
heavily
  214:21 215:7
held
  6:12,15
help
  45:9 46:11
  60:21 61:18
  89:10 106:5
  143:15
  199:20
  245:12,20
  246:1
helped
  44:12 89:9,
  11 90:24
  91:1 245:23
  325:23

helps
  45:10
Hey
  73:3 148:10
high
  26:13,15,18
  28:21 29:2
higher
  28:5
highlight
  140:9,11
highlighted
  140:13
hire
  161:4,5
  162:6,8,10
hired
  70:23,25
  162:1 163:4
  199:22
hiring
  162:13
history
  26:9 28:21
hit
  113:12
  114:13
hold
  35:4 46:20
  54:16 75:3
  87:8 90:1
  99:5 104:22
  109:14
  139:10
  214:11
  222:19
  232:22
  242:12 259:3
holding
  96:17
hope
  117:4
hosting
  106:17
hour
  36:4,9,11
  37:11 73:4

Zachary Westphal
May 14, 2021

109:16
116:18 217:9
257:11
**hours**
117:2
217:11,14
257:9 332:2
**http://**
**stockstotrade**
**.com/**
**announcement**
143:22
**https://**
**stockstotrade**
**.com-new**
137:9
**human**
236:18,24
237:15 245:7
246:18
**hundreds**
323:19,24

—————————

I

**idea**
22:7,9,12
67:12
143:11,15
330:24
**ideas**
46:11 156:21
240:9 241:15
**identical**
116:9,15
210:22
212:18
**identificatio**
**n**
72:18 97:25
110:9 122:7
127:17 128:9
143:1 157:17
172:19 176:3
178:25 183:9
201:18 205:1
206:4 263:7

320:22
**identified**
241:12
**identifies**
241:11
**image**
23:18 161:8,
11,15,17
**impairment**
11:12 85:13
**implement**
106:6 107:19
**implemented**
104:17
105:1,6,12
**imprisonment**
208:19
209:13
**Inc.'s**
156:3,9
245:21 246:1
**Inc./**
**millionaire**
34:9
**Inc.com**
15:17
**incapable**
82:24 90:21
**include**
256:11
**included**
64:14
196:11,13
255:18
**includes**
254:25
**including**
218:24
235:12
241:25
**inconsequenti**
**al**
193:12
**incorporate**
79:12 82:12
**incorporated**
79:9 80:2

**incorporation**
76:23 171:6
172:24
173:25
**incorrect**
63:19,21
**independent**
89:13 90:12
91:8
**independently**
323:19,25
**indicate**
8:3
**indicator**
237:22
**indicators**
234:3
**indirectly**
248:1,3
**individual**
18:20
**individually**
18:8 90:10,
20
**industries**
93:19
**industry**
60:12,14
61:2,5
62:13,15
93:19 237:22
**influence**
10:16
**information**
22:16 28:14
59:17 61:15
107:25 130:6
141:3 167:10
205:1
206:12,15,25
207:7,19
208:24
224:13
235:14
239:9,14,22
240:3,11
241:17

262:1,23
323:5 325:6
327:19
**informative**
84:23
**initial**
89:7 222:23
223:4,6
**initiated**
100:14,15,
17,18
**inquiries**
114:7
**Instagram**
18:3,11 20:7
**Institute**
31:15
**instructions**
105:5 122:17
**instruments**
206:8
**integration**
325:7
**intellectual**
240:8,13
241:18
**intending**
124:6,7
**intent**
121:19
**intention**
92:15 119:17
221:22
**interactions**
6:15
**Interactive**
217:1 237:6
**interest**
39:5 59:25
61:16 240:7
248:3
**interested**
7:13 60:16
**Interesting**
150:23
**interface**
6:16 7:2

Zachary Westphal
May 14, 2021

216:15,17
233:11,13,
14,19 234:6,
14 235:7,19
236:4,15,19,
25 237:10,
11,16 238:8
254:21
255:1,18
256:11,21
**interfaces**
234:2 325:5
**internal**
24:25 247:3
**internet**
50:18 93:5
129:4 206:12
231:5
**interpret**
10:10
149:21,23,24
**interrupt**
41:4,5
128:25
148:10
**interruption**
57:9
**intimately**
246:3
**Intraday**
134:24
**inventions**
240:10
241:16
**invest**
59:18
**investing**
61:17
**investments**
58:21
**investors**
62:19 63:1,
17 64:15
65:2,5,14
69:1 70:8
79:13 80:15
81:20 82:16

95:6 101:20
**involved**
44:5,8,9
246:3 326:19
**involvement**
248:3
**issue**
11:16 45:20,
21 104:5
124:3
**issued**
35:4 36:15
144:6
**issues**
11:6,8
68:20,21
80:4
**items**
157:3

---

## J

**Jaffe**
8:12 23:22
24:15,16
41:4 44:3,11
49:21,24
53:7,9,11,
22,25 60:2,3
64:21 65:7
69:8,10,25
74:11,17
75:18 77:18,
23 78:4
80:16 83:1,
12 92:6,22
105:2,9
108:21
116:11
125:19
128:25
129:6,11,17,
21 130:2,7,
12 131:18
132:1,8,11,
15,18 133:7
135:12,19
138:1,6

140:2,22
145:20
146:21,25
147:9,16
149:12,25
152:13
153:11,18,23
154:7,11
158:3,8
159:8,22
163:2 164:19
165:13
166:6,11,20,
24 167:17,20
175:1,7
177:4,7
192:5 199:16
200:9,25
207:1 209:15
210:6 213:3
216:6 217:8,
14,16
**Jamil**
40:16,18
41:1 45:13
70:18,23,25
71:3 246:1
**Janel**
40:17
**January**
163:14
**Jeff**
9:2 57:14
59:7 65:9
66:22 73:3,
18 74:13,25
75:20 77:23
78:4 80:19
86:7 88:14
89:16 103:24
104:23
109:15
123:15
124:18
125:21
128:25
131:20
132:11

148:10
149:14 158:3
188:17
233:16
240:22
242:19
257:21
261:11
324:19
326:14
332:22
**Jeffrey**
8:9
**jeopardize**
208:21
**Jewmon**
7:8 8:13
17:4,11
22:23 23:4,
7,16 33:8,22
34:9 39:3,
17,22 41:13
43:5,9,14,23
44:2,8,12
46:19,25
47:17 48:6,
14,20 49:10,
12,18 50:3,
9,19,22 51:9
52:5,10,17,
25 53:5,17
54:5,8,20
55:6,11,12,
18 56:1,8,
10,12,15,24
58:22 59:9
60:9 61:17,
21 62:5,16,
20 63:3,5,8,
10 64:13,20,
25 65:3,12
67:21 69:6,
17,23 70:7
79:14 81:9,
15,21,22
82:5,17,22
83:6,9 84:5
85:25 89:18

Zachary Westphal
May 14, 2021

90:3,8
91:17,20,23
93:4,15
95:11,19,25
97:3 98:14
99:20 100:4
102:8,17
104:12 106:6
107:6,10,23,
24 108:5
114:4 120:1
122:23
123:20
124:7,13
126:13,19
132:5 133:1,
3,4,5,11,15,
17 134:4
138:14
141:17,21
142:16,17
144:6,16,24
146:7,15,17
147:6,23
148:3 149:8
154:18,23
155:3,9
158:14 159:4
160:23 161:5
162:1,6,8,
10,13,20
163:4,22
165:19
168:11
170:16,23
171:11
172:1,22,24
173:25
174:4,12,23
175:3,16,25
177:17
178:6,13,17
179:7,24,25
180:23 181:5
183:1 185:8,
25 186:8,11,
18 189:16
190:3,14
191:2,14,23

193:2,16,17
194:10,12,
20,23 195:24
196:7
198:18,22
199:11,12,13
204:3,17,21
211:6,14,22
212:4,24
213:9,13,24
214:3,8,12
219:14,18
220:2,5,14
221:6,12,16
222:2,24
223:20
224:4,7,20
225:15
228:15
237:12,14
238:19,24
239:4,6,13,
17,21,23
241:24 242:7
243:7 244:8,
23 245:2,5,
12,18
246:16,24
247:2,12,19,
21,25 248:8,
9,19 249:11,
23 250:7,9,
17,21
251:14,20
252:6,21
253:1,12,20,
24 254:1,7
255:15
256:5,17
259:5
**Jewmon's**
54:21 147:15
162:2,12
189:18
191:16
192:21 219:1
220:8 225:22
239:13

**Jewmon/scopic**
166:4
**Joanna**
181:2
**job**
29:2,3,12,
14,17,21
31:17,20
33:13,14
34:1 44:20
**Joel**
40:16 258:17
**Joel's**
258:18
**Joseph**
35:16
**judge**
92:11,20
193:12
**July**
27:9
**June**
14:23,24,25
15:2,4,16,21
131:10,13,23
132:22
133:4,5,11,
16,18,21
134:3 174:5
185:13
198:17
326:3,12,16
**jury**
92:12,21
193:13

---

**K**

**keep**
11:2 60:4
137:3
153:10,16
183:21 222:4
223:19
**keeping**
153:7

**kept**
224:3,4
**kind**
57:23 58:1
60:20 85:12
88:12 89:5
92:1 93:3
94:12 124:3
177:20 218:5
259:5,7,10
**kinds**
60:21
**knew**
91:1 187:4,7
189:15
191:22
209:11,19
214:19
215:6,16
226:21
**know**
10:7 11:7,10
12:2 13:1
14:20 15:9,
22 16:7,24
17:7,12
22:1,7 24:2,
4,24 30:9
31:22 36:19,
21 38:3
44:25 47:24
53:16 54:13
55:2 56:19
67:7 68:3,10
71:23 74:19
75:21 81:3
84:25 85:1,
14,18 86:19
87:16,25
88:7,10,14,
17 90:5
93:8,24 94:5
95:3,21
96:4,7,18,23
100:6,13,15,
23 101:21
108:13 111:1
112:14

114:12
116:15
119:6,17
121:2,5,18
124:20 129:9
130:23
131:13 132:2
133:15,20
135:6,25
140:7 146:6,
15,16
147:14,18
148:7,14,23
150:2 155:1
156:12,20,24
159:11,16,
19,25 160:1,
3 163:1,16,
18,25 164:8,
15,16,24
167:24
168:13,15
170:20
172:10
177:14
181:1,5,24
182:4
184:11,14,24
185:14
186:23 193:9
194:19
200:17,23
202:6 211:3,
25 225:4,6
226:18
228:10
229:22
230:21
231:21 232:3
233:8,9
235:2,12,17
236:9,12,21
237:14,19
240:10
241:3,15
245:23
246:5,13
249:9 260:17
261:2,8,19

262:12
323:10,11,13
326:8 328:4
330:13,22
331:2,4
332:3,15
**knowledge**
33:4 52:5
55:20 117:10
133:1,14
200:4,14
205:21
207:3,9
208:23
209:4,20
210:19
212:15
226:10 234:5
236:13,23
246:7 261:2
328:5
**known**
8:10 9:3
22:24 33:8,
22 183:1
185:7,25
214:9,13
218:23 225:2
235:21
236:5,10

---

**L**

**L-U-M-S-D-E-N**
117:19
**label**
52:1,2,7,11
55:3,4,6,14
56:10,13,16
58:23 62:23
63:9 66:2,13
80:6,22 82:1
83:9 84:5
98:3 101:10,
12,13 102:9,
10,20,24
107:3,4,5,11
108:10,19

109:8
112:17,19,21
113:16,21
114:14,16,18
115:7,8,11,
13,17 116:4,
8,10 117:21
119:6,11,12,
13,20 120:1
133:2
136:14,20
156:25
160:9,15
161:1 196:7,
9,11,13
211:15
213:15,18,25
214:21
215:8,18
216:5,18
219:2,6,9,15
220:17
221:12
222:11
223:13
224:8,9,14
226:9 232:7
233:15,19
241:9 249:8,
22 256:8
262:8,9
**labeled**
118:8 240:3
**lack**
65:21 68:6
**Lacks**
71:17 77:19
**Lake**
202:3
**landed**
108:8,17
**Lane**
13:25 14:2
**language**
191:13
250:21
251:19
252:2,5,8,

13,16,17,24
254:4,6
255:14
256:4,5
**laptop**
26:2
**large**
6:5,25
**late**
227:10
**latest**
139:17,20
**Latham**
9:3
**launch**
203:16,22
326:12
**launched**
204:4,8
211:13
214:19
215:14
216:2,12,13
326:4,18
**launching**
214:20 215:7
**law**
8:15 9:2
35:19
**lawsuit**
34:14,15,18
122:5
**lawyer**
9:17 88:5
169:24 170:8
191:10 244:1
321:10
327:5,8
**lawyers**
36:12 147:4
208:1
**laymen's**
58:4
**Leabman**
258:19
**learn**
96:15 203:19

Zachary Westphal
May 14, 2021

| | | | |
|---|---|---|---|
| lease<br>  244:24<br>leave<br>  112:2 228:9<br>leaves<br>  217:12<br>led<br>  68:13<br>left<br>  117:2 160:2<br>  217:6 257:8<br>  329:1,3<br>legal<br>  7:11,15<br>  39:20 49:25<br>  69:9,18<br>  77:24 86:19<br>  213:3<br>lesson<br>  132:12<br>letter<br>  179:5 320:24<br>  321:4,5,14,<br>  15,21 322:3<br>  327:4<br>level<br>  11:20 234:3<br>liability<br>  41:19,22<br>  42:10 175:16<br>  180:6<br>license<br>  97:8 98:9,13<br>  99:19 103:5,<br>  8,11 107:8,<br>  12 111:6<br>  119:23<br>  124:14<br>  163:22<br>  187:5,13,18<br>  189:20<br>  190:3,8<br>  191:14,18<br>  192:3 193:20<br>  194:14 195:1<br>  213:10<br>  215:16 217:4<br>  218:11,15,21 | 220:15<br>237:25<br>238:13<br>licensed<br>  160:16 161:2<br>  214:22<br>  215:8,18<br>  216:4,19<br>  241:10<br>licenses<br>  35:4<br>licensing<br>  97:20<br>lie<br>  152:24<br>  153:9,16,22<br>  154:4,9<br>  206:24<br>lieu<br>  7:22<br>life<br>  34:15 200:20<br>Light<br>  156:21<br>Likewise<br>  332:24<br>limitation<br>  241:25<br>limited<br>  41:18,22<br>  42:10 175:16<br>  180:5<br>limiting<br>  63:20<br>line<br>  41:8 73:7<br>  83:17 94:6<br>  134:14,23<br>  140:8,9,10,<br>  11 197:15<br>  263:9<br>lines<br>  323:19<br>Linked<br>  20:23 34:7<br>list<br>  105:5 | listed<br>  78:14 174:15<br>  178:9 183:20<br>  206:21<br>  208:14<br>listen<br>  13:9 71:7<br>  88:5 159:14<br>  165:9 193:9,<br>  10 206:23<br>  215:1 227:10<br>listened<br>  227:13<br>listing<br>  73:25 179:9<br>lists<br>  180:12<br>  207:20<br>little<br>  9:13 49:16<br>  84:20 93:23<br>  110:18<br>  111:22<br>  121:14<br>  134:17<br>  220:23 243:3<br>  259:9<br>live<br>  13:24 117:22<br>  119:20,21<br>  203:20 215:5<br>  216:2<br>living<br>  14:8 30:10<br>  153:15<br>LL<br>  46:25<br>LLC<br>  7:8 22:23<br>  23:5 39:3,18<br>  40:1,7<br>  41:18,22<br>  42:9 43:5,14<br>  47:1 48:6<br>  54:6,15,17,<br>  23 79:14<br>  81:21 82:23<br>  174:13 | 175:16<br>178:15<br>180:9,24<br>181:1,15<br>LLCS<br>  185:21<br>located<br>  26:16 220:18<br>logo<br>  49:14 50:4,<br>  5,6,9,12,14,<br>  15,17,22<br>  51:10 52:6,<br>  18,19 53:4<br>  54:9 115:23<br>  134:10<br>long<br>  14:18 22:4,<br>  10,12 43:22<br>  52:4 68:17<br>  70:23 85:8<br>  91:15 105:4<br>  119:25<br>  125:11 171:1<br>  215:22 328:1<br>  331:10<br>look<br>  16:11 17:17<br>  22:8 36:7<br>  37:12,18<br>  41:2 42:24<br>  55:17 68:16<br>  70:21 71:2,<br>  5,6 72:2<br>  90:14 97:5<br>  106:22<br>  119:18 126:8<br>  127:2 152:16<br>  162:21<br>  163:25 164:7<br>  168:13 173:3<br>  179:13,22<br>  183:11,12<br>  195:23<br>  199:20<br>  202:12 206:4<br>  207:16<br>  218:20 222:9 |

237:24
250:5,10
254:2,15,25
255:1,4,17
256:7,20
259:15 260:1
261:8 262:17
321:14
328:2,12
330:8,21
331:1

**looked**
37:14,15,21
38:10 141:5

**looking**
74:3,12
75:12 76:18
77:6 124:21
134:20 136:8
139:24 141:3
144:1,4,5
157:25
188:23
218:15
230:20
247:10
252:17,24
255:14 325:4

**looks**
131:2,4
138:10
190:19
240:17
322:20,24

**Los**
169:3

**lost**
244:17

**lot**
58:9 94:4
105:21,22
106:1 210:8
214:24
216:25
235:12
243:12 261:8

**Lumsden**
117:15

**lunch**
109:17
116:23 117:5

---

**M**

---

**Mac**
149:1 150:18
151:2

**Madame**
24:9 72:14

**made**
70:18 88:18
135:2 184:8
208:23,24
209:12
218:25
223:16
229:1,7
245:2,5
247:5 256:17
327:8

**main**
202:2 223:9

**make**
9:19,23 13:2
19:12 45:25
104:5 111:20
129:23,25
140:10
165:18 197:7
199:6 245:3
247:9

**makes**
219:9 331:22

**making**
88:17 104:24
191:11
246:24

**male**
121:8

**man**
84:22 103:10

**manage**
44:12,16,21
45:4,6,8,9,
10,11

**managed**
43:9,14
44:2,10

**management**
43:3 44:25
45:3 46:15
206:10

**Management's**
45:2

**manager**
21:11,13,15
22:5,13 34:8
45:16,25
54:18 174:23
175:3
247:20,21

**managers**
174:15

**managers/
members**
175:10

**manages**
44:14

**managing**
206:10

**maneuver**
228:9

**manner**
8:2

**March**
134:24
135:2,9
163:15

**mark**
47:18 49:17,
20 122:12
201:24,25
210:21
212:7,17,25

**marked**
12:10 13:2
72:17 97:21,
22,24 110:9
122:6 127:16
128:8 142:25
157:16
172:18 176:2

178:24 183:8
201:17 263:6
320:21,25

**market**
52:10 59:23,
25 60:7
63:16 81:19
89:11 94:17,
18 102:17,
20,24 117:25
118:16,24
119:15
120:19
126:6,14,20
141:18,22
142:10 149:9
150:20
153:22
155:10
156:13
158:15
159:5,20
160:8,13,15,
24 161:1
162:2 163:5
170:15,23
171:8,14,16,
22,23 189:17
191:16,25
192:8
193:18,24
194:11,24
195:11
196:7,11,16,
23 197:6
199:22
203:11 204:2
206:16
214:3,20,21
220:16
225:19,22,23
226:10,15
227:23
228:17
229:11
245:14
246:7,9,23
248:1,4,10,
15,23 249:8,

Zachary Westphal
May 14, 2021

10,22,23
250:8,17,22
251:15,21
252:7 253:2,
9,25 255:16
256:6,19
323:5,14
325:3
**marketed**
51:2,13,20
59:10 61:7
62:17,21
93:13,15
101:19,21
102:11
107:2,10
112:22 196:7
221:12
**marketer**
213:14,24
**marketing**
30:1,5,11,
15,25 31:1,
3,6 33:15,24
34:4 44:21,
23 51:20
81:23 82:3,
17,18 83:2,3
89:6,7,9,11
90:9 91:13,
15,22,24
92:1,7 93:3,
5,7,10 95:1,
5 107:1
113:19
152:22
153:2,16
190:4
191:16,20,24
192:13
196:19
199:23
213:14,15,
17,18,25
214:1,5
218:23
224:7,20
225:16

226:12,18
229:1,25
231:5
**markets**
63:1 196:15,
22,24 206:14
**Master's**
28:4,11
96:11,18
**material**
107:25
**materials**
240:9 241:15
**matter**
7:7 172:11
**maximum**
330:4
**mean**
12:25 13:8
30:13 45:4,5
46:5 50:4
67:15 101:12
102:10
105:14
118:18
125:14
133:17 135:8
149:23,24
150:2,3,5
151:6,9,11
152:21 153:3
154:9,19
155:22,24
161:17,20
164:16
166:16
181:10 186:8
192:12,18
211:9 221:19
224:23
226:14
229:16 231:4
242:5 243:20
251:5,7,19
252:25
254:6,10,12
255:5,7,8,15
256:5 259:15

**meaning**
86:19 151:15
221:21
**meanings**
219:22
**means**
45:1 47:24
93:8,9,11
96:4,8,15,23
108:14
130:21 135:9
141:13 153:3
170:20 189:7
206:15 211:3
218:21
219:20
235:22
236:5,10
240:20
246:16 247:2
**meant**
102:24 150:6
211:4
**measure**
225:12
**Meckes**
35:16,17,24
**media**
8:13 17:24,
25 18:9,22
19:4,13
20:3,10
21:1,11,13,
15 22:5,13,
17 23:4,10,
15 40:7
63:25 64:3
82:21 91:9,
10,16 160:11
180:24 181:1
183:19
184:1,6,8,13
196:19 231:6
259:22,23
330:10 331:3
**medication**
10:16

**meet**
35:10,23
87:3,9,13,19
332:22
**meeting**
36:5 332:21
**member**
149:2,3
152:17
174:25
183:20
184:1,8,9
**members**
178:2,4,5,7,
8,10 184:21
185:4
**members/
managers**
175:5
**memorizing**
157:2
**memory**
10:25 11:6,9
78:24 79:1,4
81:4 85:6,9,
15,17 92:16
114:12
328:12
**mental**
11:12 85:13
**mentioned**
28:8 33:7
45:17 46:9,
22 50:3 51:9
55:3 61:7
66:24 68:19
80:4 260:6
**menu**
206:1 235:2,
3
**menus**
234:7,13
235:6,14
**message**
150:16
**met**
35:12,14

37:12 85:1
331:11
**meta**
140:16
141:6,7
**microphone**
182:16
**middle**
13:19,21
77:2
**midway**
238:17
**mike**
11:17 24:6,
22,24 25:2,
19 73:6
**Millionaire**
8:13 17:5,11
22:24 23:4
32:18,21
33:7,21
39:18 40:1,7
41:3,16,18,
19,21 42:9
47:12,14,15,
16 54:15,19
63:6 85:25
91:9,10,16
172:7 180:8,
23 181:1
182:25
183:19,25
184:6,8,13,
21 185:4,8,
25 214:9,13
259:22,23
329:24
330:10,15,25
331:2
**mind**
9:13 27:20
28:20 71:22
74:25 127:4
**mindset**
124:9
**mine**
123:12 129:5
184:14

219:24
**Minor**
176:4
**minutes**
73:10 80:3
109:19 117:2
165:18
217:11,14
257:10,12
329:3
**mislead**
77:24
**Misstates**
70:9
**mistake**
88:18 210:25
212:21
**mistaken**
74:20
**mistakes**
88:17
**mode**
228:3
**modifications**
218:24 242:1
**modified**
140:17
**modify**
247:2
**moment**
9:22 66:25
120:13 127:6
128:4 188:9
200:15 207:4
217:5 261:3
329:14
**momentarily**
127:22
201:14
**Money**
31:15
**montage**
160:2
**month**
15:25 163:16
**monthly**
222:23

223:4,8
224:3,10
**months**
15:20 155:11
172:11,12
212:13
**morning**
6:8 9:1
**mother**
181:2
**motion**
129:25
**mouth**
257:5
**move**
54:19 94:8
110:21
166:18 173:9
176:16
220:25 259:3
**moved**
17:19
**multi-page**
179:4
**multiple**
93:19
**muted**
182:16
**mutual**
206:8

---

**N**

**name**
7:10 8:4 9:2
13:17,19,21
16:18 18:12,
13,16,17,20
21:24 39:19
40:17 47:7
50:20 63:2
67:4,15
73:19,20
76:19 77:14
102:12,14,
15,18 103:2
106:5,12

108:5
117:14,18
131:6 133:12
156:22
161:17
163:16,17,19
172:4,5
174:12
175:15
179:21
180:5,8
181:6 186:11
198:22,23
208:5 224:19
258:18 260:4
261:15
**named**
34:17 39:1
121:5 260:2
**names**
31:11,18
33:2 71:10
73:25 75:15
77:12 157:2
**NASDAQ**
124:4
**necessary**
64:18 80:14
**need**
11:2 56:22
57:10 77:21
78:2 81:18
86:16,21
88:6,16
107:16
109:18
111:24
127:23
129:19 132:9
148:7,23
159:13
167:23
173:18
182:13 186:6
190:12 191:1
194:4 199:8
205:5 214:25
215:1 234:21

Zachary Westphal
May 14, 2021

256:2 261:3
321:23
329:14
332:11,16,19
**needed**
82:12 176:16
186:10
**needs**
262:14,15
**Negative**
10:18 26:7
213:13,23
**negotiated**
104:12
**network**
206:12
**never**
10:10 68:3
111:8,12,13
128:23 129:6
130:8 136:20
139:6 181:8,
10,12 185:19
199:23
231:12
239:24 240:2
247:6,8
260:20
**new-version**
137:10
**Newsletters**
94:16
**nice**
73:5 332:21,
22
**night**
218:2 322:11
**nine**
189:8,19
**Ninja**
217:2
**nobody's**
145:25
**nomenclature**
153:9
**non-exclusive**
220:15

**non-**
**responsive**
56:23 65:20
**non-**
**transferable**
220:15
**nonsense**
88:12
**Notary**
6:4
**note**
59:1 98:15
136:13,19
**notes**
263:3
**notice**
36:15,23,24
37:3,5,7
123:3
124:12,20
125:6,15
187:13
**number**
109:13
127:13 129:1
148:24 149:2
177:7 188:12
201:15
212:13
218:18
221:15,23
222:2 226:4,
5 243:2
246:15,16
247:1,12,16,
17,24 258:7,
13 330:4
**numbers**
217:3
**numerals**
243:3,7

O

**oath**
7:22,23
146:4 147:21

150:9 212:14
260:18,20
**object**
49:24 60:2,
23 78:11
83:1 86:22
88:20 104:18
132:16 169:7
170:25 222:5
225:24
250:24 251:8
330:20
**objected**
37:7
**objecting**
49:23
**objection**
9:23 12:13
15:6,11 19:5
20:12,17
21:4,10,17
22:18,25
23:11,22
26:10 30:17
31:8 32:17
33:5,10,16,
23 34:3 39:9
42:20 43:6,
11,15,18,19
44:3,4,11
46:2,10
47:2,9,10,20
48:8 49:4,
19,24 50:11
51:4,14,22
52:13 53:6,
11,19 55:21
56:3,18
58:5,11,18,
25 60:3
61:23 62:7,
22 64:21,23
65:6,7,15
66:6,19
68:15 69:7,
8,11,12,18,
24,25 70:9,
20 75:18,19

77:18,22
78:1,2,3,19
79:15 80:16,
17 81:2
82:7,25
83:11 84:8
85:22 86:14
87:5 88:7,13
89:15 90:23
92:6,18,22
94:20 95:2,7
96:20 102:2
105:2,9
108:21 111:7
115:1,24
116:12
118:25
125:9,19,20
126:22
129:23,24
130:19
131:17,18,25
132:1,7,8,10
133:7,23
134:5 135:4,
11,12,19,20
137:12,15,
20,25 138:1,
5,6,9,16
139:5 140:1,
2,5,22,23
141:9,23
142:3 144:9,
18 145:4,11,
20,23
146:10,21,25
147:1,8,9,
16,17,24
149:11,12,
20,25
151:12,22
152:12,13
153:5,11,17,
18,23,24
154:6,7,12,
20 155:5,13
156:15
158:16,21
159:8,9,22,

Zachary Westphal
May 14, 2021

23 160:17
161:7 163:2
165:13,14
168:25
170:1,17
171:17 174:1
175:1,7,8
177:19 181:9
185:16
186:2,13
187:1
189:11,21
190:9 191:5
192:5,6
193:5,22
194:16
195:3,12,19
196:4,17
197:11
199:16,25
200:9,10,13,
25 201:1
203:14
204:6,19
207:1,2
209:15,16
210:6,7
211:8,24
212:8 213:2,
3,12 215:10,
20 216:6,21
224:22
225:10,17,18
226:17,22,23
227:3,6,8,9,
15 228:1,20
229:23
230:6,7,16,
25 231:3,19,
20 232:8,22
233:3,4,21
234:9,10
235:8,23,24
236:7 237:4,
18 238:9,10
239:15,16,25
240:1,16
243:11,19
244:2,3,13,

14 245:16
246:12,20,21
248:12,13
249:1,2,12,
13,17 250:1,
2,25 251:9,
23,24 252:9
253:4,5,15,
16 254:8,9
255:2,3,19,
20 256:13,
22,23 259:18
260:12,13,22
321:18,19
324:9,10
325:10,11,
15,22 326:7,
24 327:14,25
328:9,18,21
330:1,6,12,
17
**objections**
  8:2 9:20
  77:20 227:7,
  14
**objects**
  28:19
**obligation**
  186:18
**obligations**
  83:8 189:18
  190:7 191:17
  192:20,21
  195:9,17
  215:16
**observation**
  30:14 148:16
**obtain**
  27:10 61:15
**obviously**
  118:19
**occupational**
  28:21
**October**
  179:12
  180:15,19,22
  181:5,18
  182:5,9

**offer**
  60:21 248:1,
  14 250:8,18
  252:4 253:9,
  25
**offering**
  220:16 249:4
**office**
  208:3 212:15
  221:17
**officer**
  46:5,6,8
  71:10
**officers**
  74:1
**okay**
  9:19 10:6,12
  11:8,16
  12:2,3,16,17
  13:15 14:8,
  12 15:4
  16:12,21
  17:24 18:14
  20:2,10,24
  22:16,23
  23:7 28:18,
  25 29:19
  30:2,23
  31:1,5,16,24
  32:15,22
  34:14 35:7
  38:14,16
  39:21 41:25
  43:1 45:22
  46:19 50:16,
  19 52:9 54:3
  55:18 56:12
  57:7,13 59:9
  60:13 61:21
  63:11,24
  64:10 65:24
  66:3,9 67:3,
  20 68:12,19,
  23 70:15,17
  72:4,11,16,
  23 73:14
  76:11 78:2,
  3,23 81:6,14

83:5 84:9,
10,19 86:5,
25 87:8,25
88:6,9 89:2,
7,10 90:1,6
91:7 92:4
93:3 94:1
95:10 97:1,
14 99:25
100:10,13
101:6,11
102:22
104:14
105:18
106:14,16
107:7,16,21
108:25
109:22,23
110:3,7,24
111:2,14,22
112:4 113:6,
12,22 114:5,
24 116:16
117:4,20,24
118:3 119:3,
7,10,19,25
121:11,25
122:11,19
123:7 124:6
125:1 126:19
127:1,9,12,
18 128:2,10,
17,24 130:7,
15 132:10,
16,24 133:14
134:16
136:1,7,11
139:8,10,14,
16 140:16,25
142:13 143:5
144:4 148:16
151:3 154:3
155:18 156:8
157:4,8,22,
23 161:11
166:1
167:13,20
169:1,4
172:14

Zachary Westphal
May 14, 2021

173:10,11,
14,19 174:23
175:12
177:25
178:1,10,12
179:16
182:4,18
183:15
184:17
185:23 186:6
187:4,15
188:3,13
191:12
194:5,7
195:8,23
198:21
202:18
203:18
204:16 206:3
216:24
218:3,12,15
219:8,17
220:7,21
221:15
223:1,8
226:3
228:13,14
230:22
231:8,14
232:6
233:10,24
234:25
236:12,17
237:21,24
238:4 239:2
241:6,7,22
243:5 245:25
246:15
249:20
251:13
252:24
256:1,17
257:11,22
258:1,3,14,
20 261:18
262:3,10
263:5 320:17
321:21
322:19

323:16
327:22
328:25
329:13
330:10
331:5,9
332:15
Olive
29:10
once
27:25 45:11
104:14,16
107:17
109:24
114:13,24
115:12 149:4
152:18
211:12 221:8
one
11:20 16:4
20:16 26:1
28:7,8 31:3
32:4 36:9,11
37:11 41:4,5
65:9,19 69:3
71:15 74:14
75:3,20,22
76:2,6 80:24
84:3 90:11,
13 93:19
99:5 103:25
104:23
116:17
120:13 127:6
128:4,5
137:21 150:3
154:18 158:3
161:5 162:3
165:10
168:22
175:21
177:1,5,6
188:4,9
190:5 193:16
195:9 212:10
218:9 220:4
223:3
226:11,14

228:3 229:21
234:3
243:23,25
247:1 258:6
262:8 326:21
ones
18:7 20:6
ongoing
192:21
online
145:12,15
146:7
open
99:3,10
109:8 110:1
122:1,8
127:18 186:4
opened
63:12,14,15
operate
56:9,10 57:6
operated
63:8,10 70:7
operating
17:4
opinion
255:21
opportunity
103:14,18
108:9
opposed
103:3
order
7:25 12:7,12
13:7,9 24:7
82:15 83:8
110:12 183:6
226:10
229:20 230:3
331:17 332:7
Organization
179:7,24
organizationa
l
67:7 68:3
outcome
7:13

outlet
160:11
outside
6:15
outsourcing
242:10
243:9,17,20
244:10,17
outstanding
243:9
over-the-
counter
225:1
owned
33:2,14
39:24 90:5
108:5 114:16
147:14,19
181:2 195:24
196:2 197:8
241:9,19
owner
31:7 32:8,16
33:3 39:8,22
40:3,5,7,10,
12,15 41:21
42:10,19
55:20
137:18,19
237:13
241:12
owners
41:25 90:3
154:18 179:9
180:12,22
193:17
258:15
ownership
39:5 40:21
41:7,14 42:3
115:17
184:12 240:7
247:13
owns
24:2,4

Zachary Westphal
May 14, 2021

| | | | |
|---|---|---|---|
| **P** | **pages** | **participating** | 332:9 |
| | 106:17 | 7:18 | **pause** |
| **p.m.** | 124:23 | **particular** | 25:3 76:3 |
| 7:6 25:12,15 | 173:6,17 | 110:23 | **pay** |
| 84:14,17 | 177:5 | **parties** | 110:22 |
| 116:22 117:1 | **paid** | 8:1 39:1 | 156:16 |
| 168:2,5 | 93:11 228:18 | 105:12 | 227:2,24 |
| 217:20,23 | 260:21,23 | 107:9,17,21, | 228:3 230:5 |
| 257:16,19 | 261:15 | 22 332:14 | 231:24 |
| 329:18,21 | **paper** | **parting** | **paying** |
| 331:16 | 37:13 38:13, | 148:5 | 231:18 |
| **Pacific** | 14 | **partner** | 260:9,10,19 |
| 116:19 | **paragraph** | 32:12 35:19 | **payment** |
| **page** | 110:23 | 70:18 85:19 | 221:24 |
| 37:23,24,25 | 111:3,19 | 86:18 87:4 | **pdf** |
| 38:2,4,10, | 124:22 | 89:14 | 111:25 |
| 11,14,16,19, | 139:13 | **partners** | **PDT** |
| 20,23 74:17 | 148:20,22 | 70:13,18 | 7:6 25:12,15 |
| 75:20,22,25 | 151:4 | 85:25 86:9, | 84:14,17 |
| 76:6,9,12,18 | 188:16,24 | 12 | 116:22 117:1 |
| 77:2,9 98:1, | 190:12 | **partnership** | 168:2,5 |
| 2,6,16 | 208:16,17 | 86:20 | 217:20,23 |
| 107:10,24,25 | 218:20 219:8 | **party** | 257:16,19 |
| 108:2,9,17, | 223:24 | 7:12 20:2 | 329:18,21 |
| 18,25 109:7 | 238:16,17,18 | 34:15,18 | **pee** |
| 111:4,13,16, | 240:4,6,23 | 65:22 103:25 | 169:21 |
| 17 117:9 | 241:2,8 | 114:19 | **penalty** |
| 119:21 | 245:6 253:12 | 227:23 | 146:5 150:10 |
| 128:19,23 | 321:21 | 228:16 | 206:24 |
| 131:2,3 | 322:17 | 238:14 | **pending** |
| 138:2,10 | 323:16,17 | 239:8,9,10 | 83:22 |
| 141:5 173:9, | **paragraphs** | 242:10 | **penny** |
| 21,23 174:10 | 150:3 187:6 | 243:10,18,21 | 224:25 |
| 175:12,15 | 189:19 | 244:11,17,18 | **people** |
| 176:25 | 190:13,23 | 327:12 | 20:25 45:17 |
| 179:8,11,22 | 191:1 | **passing** | 58:16 59:13, |
| 180:4,11,16 | **part** | 46:22 | 16,25 60:21 |
| 197:15 | 6:25 66:12 | **past** | 68:2 70:6 |
| 202:16,24,25 | 100:7,8 | 10:22 259:3 | 71:24 77:16 |
| 204:24,25 | 138:23 139:1 | **patent** | 79:5 80:5, |
| 206:4 | 151:3 179:19 | 208:3 212:14 | 12,23 81:7 |
| 207:12,17 | 232:17 242:9 | **patience** | 119:15,18 |
| 208:7,9 | 243:8,17 | 331:12 | 153:7,9,16 |
| 219:16 | 244:10,24 | **Patton** | 197:9 231:23 |
| 222:15,17 | 245:8 246:19 | 8:5 207:20, | 246:10 |
| 223:23 263:9 | 254:21 | 21,23 321:5, | **perceivable** |
| | **participants** | 6 331:23 | 245:8 246:18 |
| | 6:10,22 | | |

Zachary Westphal
May 14, 2021

perceived
  225:5
percent
  41:15 222:4,
  7 223:19,20
  224:3,4
percentage
  40:21,24
  41:13 42:3
  93:12
  184:12,15
perception
  113:21
perform
  91:15
performance
  240:12
  241:18
performed
  91:11 214:13
performing
  90:20 91:8
period
  31:12 171:1
  326:5 330:2
perjury
  146:5 150:10
  206:24
permission
  99:9,12
permit
  249:21
permitted
  242:8 245:1
person
  7:23 45:19,
  20 61:18
  67:5,13,18
  90:20 121:5,
  8,10,12
  210:24 228:3
  236:14,23
personal
  16:15 17:20
personally
  35:6

persons
  178:10
  210:20
  212:16,20
pertaining
  103:21
phrase
  48:14,21,22,
  25 49:2,13
  108:14
  133:6,12
  155:21 157:1
  159:5,19
  160:3,7
physical
  11:13
physically
  7:20 14:6
pick
  116:17
piece
  37:12
place
  236:14,18,
  23,24 237:14
  331:17
Plaintiff
  7:5 8:11,16
  9:4 332:6,18
Plaintiff's
  188:5
plan
  226:19
platform
  19:4,14
  20:13 23:15
  56:9 126:24
  142:7,9
  149:4 152:18
  162:15 171:2
  196:19,24
  197:7,13
  203:16,19,23
  204:7,10,11,
  17 218:23
  220:17
  232:14

248:2,4,15
  250:8,18,23
  251:15,21
  252:4,7
  253:3,9,25
  255:16
  256:7,19
  323:1,18,24
  324:8,22,23,
  25 325:1,2,
  3,9,14,21
  326:1,6,12,
  16,23
  327:12,24
  328:16
platforms
  216:8,25
  234:2 235:12
  237:22
players
  214:24
playing
  87:8
Pleasant
  26:15
please
  7:15 8:3
  11:3 13:17,
  20 15:5,13
  16:17 19:8
  21:22 26:8
  31:11 35:13
  44:16,17
  45:18 47:21
  48:9 49:11
  51:7 52:15
  55:23 56:6
  61:14,24
  62:9 64:2
  65:18 72:5
  73:23 74:2,
  7,24 75:2,3
  76:4,13 79:4
  91:25 96:3
  97:8,15
  98:1,6,21
  100:25
  109:11

110:6,17,19
  111:22,24
  112:3 114:5
  115:2 117:18
  120:12,13
  121:2,3
  122:2,8,15,
  18 125:22
  127:5,6,19,
  20 128:12
  133:10
  134:13,17
  136:5,6,12
  137:3 139:9,
  13 142:23
  143:2 158:24
  166:2 167:24
  172:15,16
  173:1 174:10
  175:13,19,20
  176:7 178:7,
  23 180:16
  182:13,18
  183:22 185:1
  187:11,15
  201:11,20
  208:7 210:14
  215:22 218:5
  219:19 226:6
  233:16 238:1
  255:23 258:9
  261:3,4
  262:5,7
  321:2
point
  10:7 17:18
  44:1 55:12
  56:12 57:1
  76:5 81:18
  95:10 119:10
  124:18
  210:12,18
  217:25 230:9
  245:3
pole
  45:19
portal
  230:3,4

Zachary Westphal
May 14, 2021

portion
  13:1 41:6
  114:11 250:9
  254:1,14
  262:21
position
  67:5
positions
  46:20 54:15
possible
  102:23
possibly
  100:7 146:15
  181:20
  200:21,23
  230:19
post
  19:3 20:25
  259:24
post-
termination
  215:15
posted
  19:13,23
  22:16 23:3,
  8,14,18,25
  145:12
  146:6,13,18
  147:22 206:9
posts
  21:5,8
potentially
  19:25 92:11
  199:2
powered
  112:6,9,14
  148:5
practice
  132:16
precluding
  11:13
prepare
  35:8 36:1,12
  37:19
presence
  6:15

present
  7:20 166:23,
  25 321:12
preserved
  78:3
pressed
  109:3
pressing
  108:18
pretty
  85:15
previous
  97:20 128:5
  150:7 155:15
  182:21
  231:25
  320:18
previously
  13:10 332:13
primarily
  17:18
principal
  148:20
  201:24
  247:18,21
  248:19
principals
  247:25
prior
  13:3 16:12
  53:23 70:9
  90:9 119:5
  124:12
  126:5,18
  131:23
  141:24 142:1
  198:17
  203:19 218:9
  235:5 236:5
private
  6:14 10:11
  229:18
privilege
  9:5 86:25
  88:9 169:15
  170:4

privileges
  21:3
probably
  15:22 16:3,
  24 17:23
  107:14
  211:20 330:8
problem
  11:24 24:7
  25:21 76:8
  77:23,25
  79:24 128:3
  190:24 228:8
  242:25 257:7
problems
  67:22 68:12,
  23 80:5
  85:7,10
  92:16
proceed
  72:24
proceeding
  6:11 13:6
proceedings
  7:16
process
  109:5 119:6
  231:12
  232:1,4
  246:4
procure
  250:8,17
  251:15,20
  252:3,7
  253:1,21,25
  255:16
  256:6,18
produce
  37:4 188:6,7
produced
  129:2,6
  130:9 136:20
  197:17
  262:11,15
  263:11
producible
  262:16

producing
  37:8 167:2,7
product
  50:23,25
  51:2,12,17,
  19 59:10
  61:4 65:23,
  25 81:7,20,
  25 93:11
  101:13,14,
  15,18 102:11
  113:16,18,
  19,21 115:21
  116:2,3
  150:7 156:2,
  3,4,9 224:14
  226:11,15,24
  227:1
products
  59:12,15
  60:20,22
  93:13,16,18
  94:19,25
  95:6 229:24
  246:23
Professional
  6:4
program
  141:15 155:1
  205:17
  325:23
programming
  161:21
programs
  205:2,10,22
project
  92:15,20
promise
  244:11,15
  245:2,4,5
  247:5,9
  248:20
  256:17
promised
  244:9 247:12
promises
  246:24

Zachary Westphal
May 14, 2021

promote
  101:13
  103:1,2
promoted
  101:15
Promotes
  93:10
promoting
  93:11 199:14
proper
  235:21 236:5
properties=
article
  140:16
property
  50:18 240:9,
  13 241:19
proprietary
  232:7 242:2,
  4 323:18,23
  324:8,22,23
  326:23
protective
  12:6,12
  13:7,9
prototype
  126:7,16,21
  127:5,10,24,
  25 128:1
  139:25
  155:10
  157:6,20
  158:14
  159:5,20
  161:5,9
  170:24
  194:12,20
  199:23
  245:22,23,24
prototype.
pdf.
  157:12
provide
  112:25
  221:16
provided
  90:7 112:17,

19,21 113:3
114:18 115:7
171:2 196:14
206:15
224:17,18
239:22 242:1
provides
  323:2
providing
  61:6 108:20
  206:6
provision
  188:23 189:2
  239:7 252:25
provisions
  186:24 187:2
  192:2 194:13
  218:19
PST
  168:6
Pub
  32:18 47:12,
  14
public
  6:4 29:7
  229:15
  235:17
publicity
  89:12
publicly
  229:11,13
  234:7 235:7
publish
  98:18
publishing
  8:13 17:5,11
  22:24 32:21
  33:7,21
  34:10 39:18
  40:1 41:16,
  18,22 42:9
  47:15,16
  54:15,20
  63:6 72:8
  74:9 85:25
  94:14,19
  172:7 180:9

183:1 184:21
185:5,9
186:1 214:9,
13 329:24
330:15,25
Publishings
  41:20
pull
  234:13
pull-down
  234:7 235:2,
  6,13
punishable
  208:19
  209:13
purchasing
  108:1
purport
  136:21
purports
  136:14
purpose
  6:17 58:24
  61:14 63:16,
  22 162:12
  220:16
purposely
  193:11
purposes
  61:13 84:3
  110:10 219:1
  247:4 320:18
pursuant
  7:24
put
  61:4 72:5
  77:1 84:4
  97:7,14
  107:24
  109:10
  120:10,11
  136:3
  142:17,22
  145:9,15
  154:23,25
  155:1,3
  157:5,10,11,

13 172:14
175:19 176:7
178:23
182:12
184:25
187:10
201:11
205:22
206:24 217:4
218:5 219:23
224:21
262:4,7
putting
  127:4

_____

Q

quality
  113:24 114:2
quantify
  226:1
question
  9:8,21,24
  10:3,11
  14:20 15:7
  19:7,10,15
  22:9 24:1
  30:20 43:12,
  20 45:1
  46:24 48:1,
  2,10,16
  49:11 51:6,
  15 52:14
  53:16,22,24
  54:1,2 56:5,
  24 58:15,17
  59:6 60:7,24
  63:20 64:17
  65:8 69:15
  78:7,8,16
  79:11,22
  80:10,18
  82:8 83:19,
  22,23,25
  84:24 85:2
  87:10,11
  88:3 91:4,5
  92:17,23,24

Zachary Westphal
May 14, 2021

93:2 96:6
98:20 103:24
121:16,20
130:24
131:19
136:24
138:20
144:21
150:15
155:7,14,21
156:6 164:4
166:3,18,19
167:5
168:10,12,
20,24 169:7,
11 187:23
190:18
192:10
193:14
194:5,6,7,15
196:21 200:6
209:10,17
214:7,25
215:3,21,22
226:8
228:11,12
233:16
234:15,17,25
235:25
242:16
255:10,23
256:1,2
257:23
322:11,12,13
324:18 326:9
327:20
329:11
**question's**
20:15
**questioning**
73:7 83:17
125:2 188:15
241:3
**questions**
9:9,20 10:23
11:9 38:25
46:14 56:22
76:12 94:4

130:13
159:14 166:7
173:19,20
215:1,2
**quickly**
172:21
331:25
**quite**
121:23
237:23
**quote**
106:23 113:6
150:17
241:24 329:6
**quotes**
60:19 61:6

---

### R

**ran**
43:4,7
**ratings**
206:7
**reached**
104:16
**read**
78:25 110:17
148:4
173:14,16
176:18 187:8
190:19,23,24
191:1 192:15
209:3 210:5,
8,9 224:13
234:20,21
240:15,21
241:1 252:20
331:5,7,8
**readily**
235:21 236:5
**reading**
190:25 211:5
238:25
252:18 256:4
**ready**
13:1 110:4
111:1 121:1

148:25 149:4
150:13,17
151:5,7,10,
13,15,17,19
152:18,19,21
153:2 154:4
173:9 202:6
241:4
**real**
24:5 225:15
**realize**
92:10
**realized**
195:9
**realtime**
248:1,4,15
323:2
**reask**
69:15 96:6
98:20
**reason**
10:19,21
42:14 69:2,3
83:6 122:24
154:3 195:15
212:2,4
213:7 215:13
231:14,15
238:19 239:3
**reasonable**
89:25 332:1
**reasons**
65:16 69:2,3
80:24 124:16
126:3 142:5
155:16
**recall**
10:22 17:10,
14 19:16
23:20 34:11
36:8 38:3,4
41:15 46:21
52:8,21
54:18 55:1
67:4 68:6,21
85:2,3 87:24
95:12,13,15
100:17,18,25

101:1,6
105:3 109:5
116:4 117:23
118:17
119:22,24
120:17
124:2,9
125:12
126:4,23
142:20
143:16,17
145:17,18
156:16,19
157:2
161:12,16
162:9,18,22
171:10,12,24
172:13
189:22,24
195:4,7
199:2,17
201:9 202:20
210:3 211:5,
18,21 214:17
221:21 222:4
223:6,18
225:25
238:15,25
246:24
252:8,12,15,
19,23 321:17
**recalling**
260:1
**received**
240:2
**receiving**
124:12
**recess**
25:13 84:15
116:23 168:3
217:21
257:17
329:19
**recognize**
98:12 110:15
122:11
128:14,21
143:9 320:24

Zachary Westphal
May 14, 2021

321:4
**recollect**
  118:6
**recollection**
  48:7 71:14
  89:23
  100:20,22,24
  105:12,19
  111:17
  120:17,18,
  21,24
  126:10,12,17
  141:16,20
  142:4 155:9
  162:19
  163:4,6,7
  171:12 182:2
  199:21
  201:10
  261:1,20,21,
  24 328:23
**recommendatio
ns**
  206:7
**record**
  6:9,13 7:17
  8:4 25:7,11,
  15 35:21
  59:1 75:1
  84:12,13,17
  86:18 88:15
  89:22 98:15
  106:2
  116:22,25
  136:13,19
  166:13,15
  167:22,23
  168:1,5
  175:24
  184:19
  217:20,23
  257:16,19
  262:4 329:2,
  3,17,20
  331:16
**recorded**
  6:11,12 7:3

**recording**
  6:18
**records**
  37:9 71:7
  167:2,7,9,12
**rectangle**
  159:1 160:2
**rectangles**
  158:19,20,24
**rectify**
  158:6
**red**
  205:8
**reduce**
  245:7 246:18
**redundant**
  79:25
**refer**
  119:11
**reference**
  219:9
**references**
  179:25
**referencing**
  220:12
**referring**
  65:24,25
  67:3,18
  219:5,6
  220:8 242:13
**reflects**
  74:17
**refresh**
  155:8 199:21
  201:10
  328:12
**regard**
  103:9 114:7
  327:20
**register**
  201:25
  219:23
  227:24 230:5
**registered**
  6:4 106:5
  228:18

**registering**
  231:18
**registration**
  208:22
**regulatory**
  124:3
**reinstate**
  181:21
**reinstated**
  182:1,9,10
**reinstatement**
  176:5
  177:10,24
**reiterating**
  331:20
**related**
  7:12 32:2,3
  131:23
  132:3,5
  240:13
**relating**
  140:20
**relation**
  15:4 50:23
  52:7 53:4
  54:6 106:12
  131:14
  206:21
**relationship**
  55:8,10
  81:8,10,14
  89:3,5,8
  95:12,15,18,
  25 97:2,3
  100:3 113:7,
  13,15,17,18,
  20 119:25
  120:2 121:20
  123:7,17,20
  124:1,5,8
  125:8 126:1,
  3 142:15,18
  144:7 145:1,
  8 146:19
  155:12
  156:25
  196:9,10,13
  259:5,8,10,

22
**remain**
  189:9
**remained**
  181:16,17
  185:24
**remaining**
  114:25
**remember**
  17:8 37:23,
  24 38:9,22
  43:23 55:4
  67:12 81:13
  88:22 93:21
  95:24
  106:23,25
  107:13
  111:15
  119:5,19
  123:25
  203:25
  222:10
  230:21 260:4
  328:15
**remitted**
  223:20
**remote**
  6:16 7:2,3,
  10,16 75:21
**remotely**
  7:21,24
**remove**
  6:20
**renamed**
  39:17 198:17
**repeat**
  48:10 49:10
  52:14 59:6
  65:8 80:18
  131:19
  190:18
  233:16
  234:15
**repetitive**
  104:24
**rephrase**
  10:20 19:2

Zachary Westphal
May 14, 2021

```
36:20 43:12          175:23              responses            reviews
50:8 56:5,25       representativ         11:11                206:7
102:3 140:24       e                   responsibilit          revise
232:24               66:25 67:23       ies                    247:2
259:19               68:6,20             33:21 46:7,8        revolutionary
replicate          represented         responsible            38:21
160:25               9:11 212:14         113:23              Richardson
replicated         representing          114:20                22:2,3,4,12
115:22               8:6,16 9:4        responsive            right
replicating          104:1 141:2         129:22                7:1 9:8,9,
160:15               176:21            restate                 19,25 10:5,
replies              182:24 188:3        48:4 51:6             14 13:16
68:7                 201:22              136:18                19:6,7 20:25
report               207:23 208:1        255:11                24:5 26:8
73:17,19           reputation          restated                28:13 32:8
75:12,15             224:25              242:17                33:1 34:23
76:1,9 77:6          225:8,13,21      restroom                37:14 40:19
78:13 171:5        request              168:19,21             44:22 49:2,
176:22 177:9         6:13 37:2        result                   17 53:1 64:4
181:23               129:22             80:24 87:25           70:19 73:12
184:19               221:21              89:2                  77:5,7
reporter             262:15,18        resulting               79:14,17,24,
6:4 7:14,18          331:21,23          208:22                 25 81:18
11:1 14:1          requests             240:11                85:15 86:1
19:18 24:9,          165:4               241:17                88:23 93:18
13,17 43:17        required           resume                  94:9 96:12,
49:21 50:1           231:24             158:11                 19 99:8
53:7,10,12         reread             retain                   101:23 103:5
60:2 69:10           242:17             240:6 241:21          104:9,22
72:14,15           research           retrieve                108:15
86:2 136:16          89:11 323:14       261:25                110:11
156:5 199:7        resemblance        retrieving              111:23 112:2
213:16,23            210:22             261:4                  117:4
234:20               212:18          return                    118:13,20,22
242:20 255:9       residual             239:8,13,17,          119:19
328:10               83:8               21                    121:25
332:13             respect            reveal                   123:25
reporting            50:7 88:11         10:8,11 35:9          125:4,15
7:21 8:3             103:13,17       reverse                   127:11
reports              190:14             245:6 246:17          128:14
75:7,25              216:17          review                    129:7,13
175:25             responds            177:13                  131:12,14,
177:16,21,24         9:10            reviewed                  16,24
182:25             response            173:15                  132:21,22,23
183:16               10:22 11:9,     reviewing                 133:1,16,18,
represent            14 37:5           210:3                   22 135:3,10
71:9 129:8           81:23                                     137:6,19
172:23                                                         139:10,12,14
```

141:4 144:2,
8 145:9
146:1 147:7
148:19
154:5,10
155:20 157:4
159:1,2
161:23,24
175:23 176:8
179:22 180:2
181:17
186:9,21,25
188:19
189:15,20
190:2,8
195:25 196:3
198:21
200:8,12
205:7,8
207:20
208:10
209:14
210:21
211:23
212:13,17,
23,25 213:1,
5,8 217:17,
25 220:13
223:24
224:17
225:7,21
226:21 227:1
229:9,19
230:12,18
231:2,11,14
235:4,15
240:7 242:3
244:20 245:4
246:25
248:19
252:18 253:8
257:10
259:12
321:12
322:18
323:13
325:17,21
327:6 328:20

rights
19:3,6
240:13
241:19
247:13
risk
88:19
Roman
243:3,7
245:3
246:15,16
Romanettes
243:3,6
room
7:20 25:22
26:5 228:9
rough
331:19,25
332:14
Roughly
36:4 257:9
row
203:3 205:2
rule
132:10,14
rules
88:7 169:4
run
154:24
172:21,25
running
173:5
rush
331:19

S

S-H-A-Y
21:23
Safe
16:22
sale
93:12 191:17
sales
29:15,22,23
30:1,5,12,16
31:17 44:21,

23 107:25
160:11
191:20,24
192:13
Salt
202:3
sandbag
130:10
Sandra
6:3 7:14
SAS
57:18,20
197:6
save
99:9,13
177:2
saying
31:24 82:22,
23 83:24
86:18 100:11
131:22
148:12
152:24 153:1
170:22
176:13
181:17
190:17
193:1,3
225:8 242:7
253:8 260:18
261:10
332:17
says
34:7 71:13
73:16 76:19,
23 77:13
89:22 99:24
111:24 114:5
134:24
140:16
144:2,3
148:8 151:7
159:3 174:21
175:5,9,15
179:24
180:4,21,25
184:2 188:25
189:2,13

192:13 203:3
205:2 206:6
207:19
208:13,15,17
210:18
218:17,21
219:9 220:13
221:16 222:6
238:18 239:7
240:6 241:24
244:23
245:10
246:15
247:24
248:14
250:6,15
251:3 253:23
254:17,24
256:9,24
321:21
323:1,17
324:21 329:6
scalability
65:19
scan
119:15
scanning
117:25
118:16,24
120:19
126:7,14,20
141:18,22
142:11 149:9
150:20
155:10
156:14
158:15
159:5,20
160:8,14,24
161:1 162:2
163:5
170:15,24
171:9,14,22
189:17
190:15
191:16,25
193:18,24
194:24

Zachary Westphal
May 14, 2021

195:11
196:8,11,16,
23 203:11
204:2
214:20,21,23
216:11
226:11,15
227:23
228:17
229:1,11
232:15
245:14
246:8,9
248:10,23
249:8,11,22,
23 325:3
**Scanz**
7:7 8:10,16
95:22
**school**
26:13,15,18
27:10,22
28:21 29:3
**Scopic**
161:17,23
162:1,6,8,
10,13,17,20
163:5,23
165:20
168:11
170:15,18
171:2,8
190:5 194:12
199:12,14
203:11
204:3,12,16,
21 245:11,
12,21 246:1,
8,11 248:10,
21 249:7,21
325:21
327:13
**screen**
6:25 37:25
72:24 73:12
75:13 103:12
109:24
110:2,4

127:22
128:11
134:21
135:24 141:8
143:7 158:12
179:2 184:20
187:18
190:20
201:14
320:20 323:4
**Screener**
155:24
156:9,11
**screening**
323:3
**screens**
6:19
**scroll**
73:22 74:7
98:19 99:2,
11 122:14
128:11
134:12,17,18
136:11,22
139:9 176:19
187:20
201:19
202:17 205:5
208:6 210:14
220:22,24
222:14
223:21 226:6
321:1,7
**search**
168:15,16
236:21
**sec**
25:3 99:8
241:5
**second**
41:5 75:3
91:6 98:6
99:5 109:14
113:6 129:1
148:19,22
167:16
174:10 179:5
189:1 206:4

240:23 258:8
321:21 323:1
**section**
77:10 189:2
191:18
194:14
195:10
210:12
**sections**
189:8 190:7
192:3,16
193:3,19
194:25
195:18
**securities**
205:3,11,18,
23 206:14
**security**
206:11
**see**
25:1,5 45:3
71:9 73:11,
16,19,25
74:10 75:13,
22 76:4,6,
12,21 77:2
98:10 99:15
105:20
111:21
129:1,17
134:22,25
137:1
139:16,18,19
141:8,11
143:19,21,
22,24 149:6,
7 158:18,20
159:1 183:25
184:6,20,24
189:5 190:1
201:10
202:10
203:5,8
205:6 208:9,
11 210:13,18
211:1,2
219:11
220:19,20

222:6 226:5
236:19,25
237:15
238:17,21,22
239:11
242:11
243:2,4
248:5,6
250:12,13
251:16,17
254:4,5
321:25
**seeing**
72:19 111:15
155:3 161:6
202:23
**sell**
54:25 55:6,
19,25 57:24
63:8,16 65:4
68:25 70:7
79:12 80:15
82:15 93:6
94:18 193:18
219:24
244:23
**selling**
55:12,16,18
56:2,13,15
64:6,13,18
65:1,13
81:25 191:15
197:9 199:23
227:1
**sells**
59:21 197:12
**Semi-accurate**
205:14
**send**
12:17,18,20
74:8 166:8
**senior**
45:16,18,25
46:16
**sense**
199:6
**sentence**
113:6

150:17,25
152:17 189:2
192:16
238:23 239:5
240:23 250:5
322:5,13,17
323:1 324:21
**separate**
17:6 177:4
182:22
197:17
263:11
**sequence**
80:11
**seriously**
87:16
**serve**
165:3
**service**
47:18 49:17,
20 50:23,25
51:2,12,17,
19,20 55:12,
13,16,19,20,
23 56:1
57:16,22
60:17,18
62:1,5 64:6
65:20 66:25
68:5,20
82:16 93:11
98:13 103:8,
11 114:6
124:4
191:15,17
193:19
197:6,10
201:24
210:24 212:7
**services**
61:4 64:12
65:2,14 70:8
90:7,21
91:8,11,13,
16 93:14,16,
19 94:11,12,
13,14 98:9
99:19 114:25

115:3,14
205:1 206:9,
11 214:8,12
221:18 239:7
240:13
241:18
**servicing**
114:20,22
**session**
9:9
**set**
107:9,14,17
212:6,10
219:1 231:22
247:4
**setting**
6:20 11:23
152:3,6
**settings**
24:20
105:16,17
**setup**
107:13
**seven**
189:8,19
328:8,11
332:2
**several**
74:12 124:16
142:5 155:16
216:8 219:22
234:2
**share**
72:25 109:24
110:2,5
127:22 143:7
201:14
320:20
**shares**
206:13
**sharing**
98:24 158:12
179:2
**Shay**
21:18,21,24
22:3,4,12

**sheet**
127:8
**shipped**
29:20
**shipping**
29:18
**short**
257:4,6
**shot**
38:1
**show**
38:19 71:8
88:24 128:11
130:8 192:13
201:4 202:18
**showed**
115:22
**showing**
98:5,8
122:17
**shown**
12:9 92:11
137:2
**shows**
89:12
**shut**
181:8
**sic**
40:17
**sides**
105:5 107:14
**sign**
13:6 205:15
210:4 244:4
332:20
**signatory**
208:17
**signatory's**
210:19
**signature**
104:7 123:10
179:11
188:1,11
202:16,22
208:7,9,16,
17 210:12
321:8

**signed**
12:11 13:3
103:13,25
123:4
162:16,24
165:19
188:4,7
205:15,19
206:23 207:6
209:1,4,6,
11,20 211:4
227:22
228:15
229:10
236:6,12,24
237:12,13
238:24
243:23,25
252:21 254:7
**significance**
156:1
**signing**
162:19
202:20 235:5
252:19
**similar**
56:1 68:22
215:17
216:17
237:5,23
259:1 330:22
**similarities**
59:20 216:3
**simple**
102:23
173:20
193:14
326:11
**simply**
144:22
**simultaneous**
13:13 33:18
36:25 165:15
197:1 209:23
**single**
37:12,13
**sir**
13:23 24:13

Zachary Westphal
May 14, 2021

```
29:5,9 30:5          25 52:7,11          163:5,23            324:3 325:4
53:10 96:5           53:4 55:4,7,        170:16,24           software/
121:15 146:6         14 57:22,23         171:9,14,22         website
160:21               58:1,2,4,8,         189:17                250:11
162:23 170:8         14,17,20,23         190:4,6,15            254:20
174:8 179:14         59:10,12,15,        191:16,25           sold
183:13               21,22,24            193:18                56:10 62:1
187:17               61:8,10,18          194:24                226:24
193:15               62:17,20,25         195:11              solely
194:22 195:8         63:9,16             196:8,11,16,          115:18
202:7 214:6,         64:14,15,18         23 197:6            someone's
18 218:6             65:2,4,14           199:12,14,            30:13
250:20 256:3         66:13 67:22         22,23,24            something's
327:4                68:13,25            203:11 204:2          129:24
sit                  70:8 79:13          205:2,11,17,        sort
  10:17 17:13        80:6,13,15,         23 214:20,22           24:18 136:21
  42:18 71:23        22 81:20,23,        215:6,8,17             241:7
  96:17 146:4        25 82:16,18,        216:3,18            sound
  164:12             21,23 98:9,         218:10,21,22           194:5
  235:18 236:3       12 99:19            219:3,7             sounds
  255:13 256:3       101:10,19,          220:16                83:16 89:25
  326:21             22,23,25            221:12,17             142:20
  328:4,14           102:7,18,25         223:13                323:25
sitting              103:8,11            224:9,18            source
  92:12              107:11              226:11,15             127:10 141:3
skills               108:10,11,19        227:24                245:8 246:18
  224:20             112:6,9,21          228:17,23           South
slogan               113:1,3,11,         229:2,7,11            202:2
  47:19,22           25 114:8,14,        230:3,10,13,        Southern
slowly               16,20 115:5,        24 231:11,           27:23 28:8
  176:19             6,12,13,17,         16,18 232:7,        space
smaller              21 116:1            9,12,20              214:24
  111:20,22,24       117:21,25          233:2,19            speak
smoothly             118:6,7,16,         238:19                66:7 107:23
  9:21               24 119:11,          239:4,6               119:1 124:15
social               12,14,20           240:8 241:9,           125:10
  17:24,25           120:19              24 242:6,9            195:20 332:8
  18:9,22            126:7,16,21         243:8,17            speaker
  19:4,13            141:18,22           244:9,24,25           6:19 11:17
  20:3,10,25         142:11              245:8,15,22         speakers
  21:11,13,15        149:10              246:2,18             13:13 33:18
  22:5,13,17         150:20              247:3,14             36:25 165:15
  23:3,9,15          155:10              248:10,23            197:1 209:23
  64:3               156:14              249:8,11,22         speaking
soft                 158:15              250:10                9:13 77:20
  59:12              159:6,20            254:2,15,16,          78:1 147:4
software             160:5,14,15,        17,22,25             216:14
  28:16 51:23,       24 161:1,21,        255:5,17
                     23 162:2,19         256:8,10,15
```

227:7,9,14
**specific**
18:1 23:12
33:17 41:17
43:7 48:9,16
51:16 55:22
57:14 58:12
60:22 62:8
64:2 66:22
67:24 83:13
91:25 96:2
108:12
149:13,16
194:3 206:1
259:7
**specifically**
56:20 232:5
233:14
261:22
**specifics**
142:21
143:17
326:19
**specimen**
206:20
**Speed**
156:22
**spell**
13:19 21:22
117:18
**spend**
36:3 94:4
**spirit**
219:6
**split**
224:2,10
**spotlight**
6:20
**spotlighted**
6:18
**spring**
258:11
**Squire**
8:5,15
207:20,21,23
321:5,6
331:23 332:8

**stage**
117:22
**stand**
25:10 31:14
121:3 127:20
136:6 143:2
167:25
172:16
187:15
257:15
329:16
**start**
12:14 13:15
16:19 26:25
64:19 68:25
107:21 162:4
218:1 232:18
**started**
41:7 66:4,10
67:21 95:12,
15,19 96:21
100:6 126:23
142:6,10
**starting**
28:21 29:2
39:4 105:19
118:1 217:25
**starts**
124:22
143:13
148:22
**state**
6:5 13:17
26:17 71:8,
11 72:6
73:17 74:15
78:12 150:22
171:4 176:6
236:3
**stated**
27:16 80:21
90:9 180:14
**statement**
7:16 54:10
92:8 112:8,
13 113:9
114:1,9,10
149:19

150:12,19
152:20 153:2
154:11,13,
16,19 191:4
209:12
322:2,4,8,9,
14,21,24
323:6,9,13,
22 324:4
329:8
**statement's**
154:9
**statements**
208:18,20,
23,24 327:8
**states**
71:19 150:25
151:1 174:6
180:3 208:2
241:21
244:16 245:4
247:10,15
253:19
**stating**
8:4 75:1
151:24
260:20
**status**
46:24 47:5
186:3
**stay**
64:19 185:21
322:10
**steal**
323:20
324:1,2
329:7,12
**Stephan**
67:15 68:8,
21 81:12
101:1,2,3
124:3
**Stephan's**
188:1
**stepped**
166:12
**Steven**

218:12
**stipulate**
36:23 187:24
**stipulation**
8:8
**stock**
57:7 60:16,
19 61:6 75:7
119:8
206:13,16
224:25
258:23
**stocks**
50:7 119:18
206:7 215:5
249:6 323:4
**Stockstotrade**
14:23 15:10,
17 16:13
17:1,14,19
32:12 35:21
38:7,17
47:18 48:7,
15,20 49:3,
13,17 50:3,
9,20,22 51:9
52:6,10,18,
25 53:3
54:6,9 56:9
57:6,15
59:1,21
61:17 62:21
63:2 70:14
85:24
102:14,19
103:2 107:5
111:5 112:6,
9,22,25
113:7,24
114:8 115:22
116:2,10
117:8 128:22
131:4,5
132:25
133:6,12,16,
17,21 134:3
137:16
138:11,18

Zachary Westphal
May 14, 2021

139:25
143:13
145:13,19,22
146:18
148:4,5,24
149:2,3
150:20
152:17
160:13
196:2,18
197:12
202:1,21
211:7,15
212:2,5
213:4
245:21,22
321:22
323:1,17,23
324:7,12,14,
21,23 325:8,
25 326:3,11,
15,22 327:2,
11,23 328:5
Stockstotrade
's
  57:8 129:12
  144:14,25
  245:14
Stockstotrade
.com
  8:7 14:24
  15:18 20:2,
  11,21 21:1,
  16 22:5,14
  23:8,17
  31:25 32:13
  34:1 40:12,
  22 44:14
  45:8,17,22
  46:1,16
  52:12,19,22
  53:1,18 54:9
  55:25 56:17
  57:2,16,24
  59:10,24
  60:10 61:22
  62:6,17,25
  63:13 64:14,

19 65:4,12
66:4,12,16
67:21 68:14
69:5,16
71:1,12,15,
25 75:7
76:20 77:17
78:9,17
79:6,19
80:2,25
82:6,13,20
83:7 84:2
85:24 106:11
107:10
108:2,8,17
113:23
131:6,9,14,
24 132:21,25
137:18
138:13
156:3,8
171:7,13,15,
21,23 172:1
186:7 195:16
196:15,22
198:18,22,24
201:7 202:2
203:10 204:4
211:12
212:11
213:1,7
214:3,14,19,
23 215:5,14
216:1,12,16
220:2 221:6
224:13
245:20
246:1,10
249:24
258:5,12,24
259:4,21
Stockstotrade
.com's
  22:17 215:17
Stockstotrade
.com.
  106:19
  186:11

Stockstotrade
.com/new-
version
  129:16
Stocktotrade
  259:4
stop
  55:16 79:25
  98:23 142:14
  211:6,9
  242:3 250:19
stopped
  55:12,18
  56:13,15,24
  181:12
  211:14,23
  212:2,5
storage
  75:7
strategies
  321:24
strategy
  226:13
street
  13:23 202:2
strict
  88:7
strike
  17:9 21:13
  26:24 35:7
  52:4 54:7
  59:22 66:10
  70:5,24 83:6
  91:19 93:14
  100:14 103:7
  104:15
  141:19
  144:14
  150:11
  160:22 162:4
  211:13 212:3
  215:25 223:3
  225:1 246:8
  260:19
  324:11
struck
  103:9

structure
  67:7
STT
  148:25
  150:13,17
  151:1,5
  152:17
student
  121:23
  260:6,8
stuff
  18:5 210:5,8
sub
  234:13
subject
  146:5 150:10
  189:18 190:6
  191:17 192:2
  193:19
  194:13
subjective
  151:8 322:7
sublicense
  244:24
submission
  208:21
submitted
  208:5
subscribe
  108:24
  113:7,12
  114:13
  120:22
  224:14
subscribed
  113:13
  114:24
  115:13
  226:16
subscriber
  120:16 260:8
subscribing
  114:14
subscription
  109:1,4
  120:19
  222:9,12,23,

25 223:3,4,9
224:15
260:10,21
261:14 262:4
**succeed**
69:22 70:1
**successive**
75:25 176:22
**successively**
31:3
**successor**
69:5,16
**suggesting**
190:25
**Suite**
202:3
**summarize**
222:1,21
**summary**
26:9 28:20
**super**
68:7
**support**
7:11,15
113:24
114:2,7,22,
23 221:17,20
242:10
243:9,18
244:11,18
**supporting**
232:20
**suppose**
251:10
**supposed**
72:19
**Supreme**
7:25
**sure**
10:2 13:2
33:20 36:22
39:2 49:12
52:17 55:25
56:8 57:15
65:11 78:4
80:21 93:23
104:5 117:19

118:11 119:5
124:24
148:11
152:2,10
156:19
165:25 173:8
182:20 187:2
202:8 247:23
254:23 261:5
**surprise**
160:7
**surprised**
162:21
**survive**
189:3
192:16,19,20
**Swim**
61:20 156:20
217:1 237:6
**sworn**
8:20
**Sykes**
8:14 23:19
24:1 39:25
40:6,16,24
42:2,6 43:4,
10 56:16
57:2,4 63:3,
8,11 64:12,
25 65:11
66:4 68:24
70:19,25
71:4,12,15,
25 75:16
77:17 78:10,
13,18,24
79:2,5,12
80:2,21
81:15 84:20,
21 85:19
86:9 87:4,9
88:23 89:3,
8,19 90:2,7
91:10,19,21
118:23
121:23
124:11,15
125:7

160:13,22
174:16
175:10 178:3
180:23 181:2
184:20 185:4
195:17,25
196:3 198:17
212:6 213:8
214:19
215:4,14,25
222:2 224:25
225:2 252:21
258:15,24
259:17 260:7
**Sykes'**
73:20 77:14
104:7 224:19
225:8,21

---

**T**

**table**
225:9
**take**
6:25 20:16
25:4,9 35:18
37:6 42:6
73:10 83:18,
19,22,25
84:9,10
88:19 104:20
109:17
123:18 151:3
165:17 166:1
167:20
168:23
169:17,19
173:19 213:9
217:18 231:8
257:3,6,13,
14 331:24
332:5,7,17,
21,23
**taken**
6:3 7:4
13:16
**taking**
83:21

167:17,18
332:6
**talk**
43:2 84:19
169:22,24
170:8 218:18
221:23
233:10 239:2
329:14
**talked**
37:15 39:3
186:6 203:11
245:11
259:12 260:2
331:19
**talking**
18:7 20:25
47:14 101:3
166:21,22
219:3 224:15
235:15,16
237:9,10
240:22
324:15
327:1,4
**talks**
204:25
**Tasty**
217:2
**tax**
73:17 74:16
75:6 76:20
77:6 78:13
171:5 186:3
**TD**
217:1
**team**
329:15
**technical**
114:7,23
**technician**
7:11
**techniques**
240:10
241:15
**Technologies**
7:8 8:10,16

Zachary Westphal
May 14, 2021

| | | | |
|---|---|---|---|
| 95:22 | 126:1 | **testimony** | **things** |
| **technology** | **terminated** | 32:1 37:11, | 9:20 10:22 |
| 28:14 240:8 | 124:1,8 | 17 67:20 | 46:3 80:9 |
| **tell** | 125:5 126:11 | 70:10 80:8 | 81:4 90:22 |
| 15:4 31:18 | 142:15 | 146:5,7 | 206:22 |
| 44:20 46:7 | 155:11 | 147:4 150:9, | **think** |
| 58:10 60:13 | 163:22 187:5 | 12 152:10,11 | 12:22 13:16 |
| 62:12 63:21 | 193:16 195:1 | 172:6 | 28:23 29:14 |
| 65:18 67:8 | 211:16 212:9 | 253:14,18 | 34:20 39:9 |
| 68:1 79:4 | 239:21 | 324:4 | 44:21 48:12, |
| 89:7 90:6 | 250:23 253:3 | **Texas** | 17 61:20 |
| 93:8 95:24 | 254:13 | 13:25 14:3 | 64:7 73:3 |
| 96:14 100:3, | **terminates** | **thank** | 75:9 86:6 |
| 25 101:6 | 81:14 253:13 | 13:11 25:16, | 99:10 106:1 |
| 104:14 | **terminating** | 18 41:11 | 109:13 127:7 |
| 106:16 109:6 | 125:5 | 46:18 50:1 | 129:24 |
| 122:18 | **termination** | 53:12 75:4 | 132:20 |
| 123:25 130:9 | 120:4,7,12 | 78:5,23 | 150:24 154:3 |
| 138:8 | 122:22 | 79:10 97:1 | 156:20 157:6 |
| 139:20,23 | 123:2,3 | 102:4 104:10 | 165:21,23 |
| 140:4 150:2, | 124:12,19 | 121:22 | 166:5,6 |
| 3 151:10 | 125:6 142:1 | 132:15 | 167:1 168:6 |
| 173:8 176:16 | 186:24 | 134:9,11 | 183:3 188:5 |
| 188:10 194:1 | 187:13 | 143:2 148:2 | 192:23,25 |
| 233:24 | 188:23,25 | 158:8 204:23 | 193:12,13 |
| 234:19 | 189:2,3,8 | 217:17 221:2 | 199:20 200:1 |
| 243:23,25 | 190:3,16 | 257:1 322:19 | 207:13 |
| 259:2 262:19 | 191:3 192:17 | 331:9,13 | 209:24 |
| 323:10 | 193:2 194:9 | 332:24 333:1 | 216:25 |
| 332:10 | 211:20 | **Thanks** | 218:12 |
| **telling** | 238:16,18 | 76:15 116:20 | 219:20 |
| 151:20 169:6 | 239:3 250:6, | 122:19 | 222:14,15 |
| 205:19 | 15,16 251:4, | 132:11,18 | 223:18,22 |
| **temporarily** | 6,11,22 | 202:14 | 234:1 237:6 |
| 14:10 | 253:19,21,23 | 262:20 | 242:13 |
| **ten** | **terms** | **therefrom** | 257:24 258:8 |
| 11:20 86:13 | 58:4 102:23 | 208:22 | 262:9,13,18 |
| 189:9,19 | 103:16,20 | **thereof** | 329:14,25 |
| **term** | 114:11 124:4 | 65:21 242:9 | 332:8 |
| 156:9,11,13, | 160:11 229:8 | 243:8 | **third** |
| 23 192:7 | 247:4 | 244:10,25 | 207:12,17 |
| 239:23 | **terrible** | 245:9 246:19 | 210:11 |
| 247:24 | 24:8 | **thereto** | 227:23 |
| 248:9,16,21 | **testified** | 218:25 242:1 | 228:16 |
| **terminate** | 8:21 | **thing** | 238:14 |
| 81:8,10 | **testify** | 78:4 187:21 | 242:10 |
| 124:4,7,14 | 235:18 | 328:14 | 243:10,18,21 |
| 125:7,18 | | 331:25 332:9 | 244:11,16,18 |

327:12

**third-party**
 93:13,15
 94:12 325:13

**thought**
 67:24 125:5
 228:21

**thousands**
 323:19,24

**three**
 44:22 85:21
 86:1 123:21
 173:6,16
 177:4,5
 332:3

**threw**
 328:16

**Tim**
 23:18 39:25
 40:6,16 42:2
 56:16 66:7
 84:20,21
 85:19 87:4,9
 91:10 119:1
 121:5,13,23
 124:15
 125:10
 195:20
 259:23 260:2
 261:15

**time**
 7:6,14 9:14
 23:9 24:6,8
 25:11,15
 31:12 34:15,
 17 36:3
 43:16,21,22
 44:1 51:5
 54:21 56:12
 57:1 65:9
 68:17 76:6
 81:19 84:14,
 17 85:8 87:3
 91:6 94:4
 95:10 100:12
 101:15
 104:24 105:4
 116:18,19,22

117:1,24
121:24
124:9,10
125:11 126:2
131:12
140:17,20
141:21
145:25
151:25
160:10 165:7
167:24
168:1,5
171:1 173:18
177:3,12
179:13
183:12
185:13
186:20 190:2
195:4,7
204:8 211:20
217:6,13,20,
23 223:3
227:12
233:18 236:6
250:21
257:8,16,19
258:6,21
323:7,15
326:5,16
328:1 329:1,
17,21 330:2
331:16 332:6

**timeline**
 56:19 151:8

**times**
 181:14
 198:16
 230:23

**Timothy**
 8:14 75:16
 78:10,13,18
 174:15
 175:10

**tired**
 103:10

**title**
 139:17
 179:23 240:7

**titled**
 247:17

**today**
 7:5 9:11
 10:14,17,22
 11:12 12:9
 17:13 37:4,
 9,18 42:18
 46:25 71:24
 92:13 95:21
 96:17 146:4
 167:3,8,12
 200:3,8
 235:18 236:3
 330:16,19,25
 331:3

**today's**
 35:8

**told**
 62:11

**tonight**
 255:14 256:4
 328:4,14

**tool**
 50:10
 119:12,15,20
 120:20
 149:10
 150:20
 156:14
 158:15
 159:6,20
 160:8,14,15,
 24 161:1
 162:2 163:5
 170:16
 171:9,14,22
 189:17
 190:4,6,15
 191:16 192:1
 193:19,24
 194:24
 195:11
 196:8,11,16,
 23 199:24
 203:11 204:3
 214:20,22,23
 215:6,8,17,

18 216:3,4,
18 224:18
227:24
228:17
229:11,21
230:3,4,24
231:16,18
232:15
245:15,22
246:2,8,9
248:10,24
249:8,11,22,
23 325:4

**tools**
 119:9 321:22
 323:3

**top**
 45:19 137:8
 139:13
 158:2,18
 180:2 222:16

**topic**
 88:1,22

**Total**
 161:16

**totally**
 160:6 186:14

**totem**
 45:19

**Touizer**
 67:15 101:3

**Touizer's**
 188:10

**Townsend**
 6:3 7:15

**tracking**
 110:12

**trade**
 59:13,16
 156:21 217:2
 323:4

**trademark**
 200:17,19
 201:3,7,24
 202:20 208:3
 212:14

trademarking
  208:3
trader
  119:8 156:21
  217:2 225:5
traders
  60:16 62:17,
  19 95:6
  101:19
  225:3,4
  321:22
trading
  58:21 60:19
  64:14,18
  65:2,4,14
  68:25 70:8
  79:12 80:15
  81:19 82:16
  101:18,22,23
  102:18,25
  115:21
  126:24
  142:6,7,9
  162:15 171:2
  196:18,24
  197:7,12
  203:16,19,
  22,23 204:7,
  10,11 205:3,
  11,18,23
  206:10,11,13
  216:25
  232:14
  321:24
  325:2,3
traffic
  224:12
Trailblazer
  8:9 9:4
transcript
  41:6 197:16
  262:22
  263:10
  331:25 332:2
transfer
  63:7 244:25
transferred
  39:20 47:12

63:5
tree
  234:11
trees
  234:7
trial
  200:6
true
  24:19 54:12
  66:13,15,18
  68:24 69:17
  71:1,23 72:1
  78:8,16,18
  79:6 83:5,7,
  10 99:18
  122:21
  124:11,20
  126:5
  142:13,17,19
  147:22
  149:19
  150:16
  154:10
  155:20
  156:8,10,12,
  23 160:12,
  19,21,23
  162:23
  163:24
  171:25
  187:7,24
  188:4
  191:19,22
  192:4
  193:15,21
  194:22
  195:8,15
  198:16
  208:23,25
  211:14,16
  214:18
  215:4,9,13,
  19,24 216:1
  220:3,5
  227:21
  228:18
  249:6,11
  250:20

255:13,18
256:3,10,12
260:9 322:2,
4,8,13
323:6,9,13,
22 324:4,6
325:8,13
326:21,23
329:8
truth
  37:20 149:17
  161:2 205:20
truthful
  112:13 207:7
  327:8
try
  11:23 54:3
  56:8 60:4
  66:9 87:2
  95:5 106:3
  107:16 147:3
  169:10
  191:13,21
  192:14 194:8
  221:4 228:14
trying
  24:21 76:14
  77:24 82:10
  88:15 118:22
  130:2,3
  190:19
  193:10
  227:14,19
  228:8 327:7,
  9,10
tunnel
  230:13,14,
  15,20
turn
  174:10
  204:24,25
tv
  87:22 88:24
  89:1,12
Twitter
  18:15 20:7
  325:6

two
  16:6,8 17:20
  28:7 36:6
  41:19 60:14,
  21 63:15
  66:5 68:2
  70:6 71:10,
  24 77:12,16
  78:9,20 79:5
  86:6,7,9
  90:22 91:18
  100:16,21
  103:9,13,17
  123:21
  124:23 148:6
  150:3
  154:18,24
  158:2,18
  173:6 174:15
  178:6 186:14
  197:8 220:1,
  4 222:22
  223:2 234:3
  322:18 332:3
type
  205:9
types
  222:22

_____

U

U-SOURCE
  137:9
U.S.
  7:11,15
  92:11 206:16
  212:14
U.S.C.
  208:20
  209:13
Uh-huh
  17:24 32:24
  52:4,25
  55:11 57:23
  91:23 95:23
  151:15 203:6
  207:10
  209:22 211:6

Zachary Westphal
May 14, 2021

216:10
241:14 248:7
UI
  255:5
unaware
  133:24
  160:6,10
  161:16
  184:14
  203:21
  211:25 232:4
  233:5 234:1
  235:9,11
  236:16
  245:24 246:6
  249:18
  260:14,16
understand
  12:11 19:10
  32:1 35:20
  37:16 39:16
  45:3,5 47:25
  48:2 50:16
  54:24 64:1
  66:3 67:1,20
  70:17 73:9
  74:15 75:1,5
  80:7 82:10,
  11 86:17
  92:12 107:17
  112:12
  113:22
  115:10
  118:9,22
  126:9 130:3,
  17,21,23,25
  140:19
  141:13,15
  169:3
  179:14,16,17
  183:13 194:9
  211:4 221:19
  228:22
  232:6,12,16
  234:16,19
  235:25
  251:19,25
  252:2,25

253:11
255:14
256:4,10
321:23
327:7,9,11
332:1
understanding
  24:8 100:13,
  19 104:4
  111:18
  115:11 116:8
  192:24
  193:23
  194:1,2,18
  216:15
  228:19
  232:19
  233:1,12,17,
  25 235:5
  238:23 239:5
  240:19
  241:9,20
  253:7
understood
  92:4 176:14
  190:2 191:14
  193:17
  194:22 207:6
  209:1,6
  227:22
  228:15
  230:2,22
  232:9,14
  238:7
undertakes
  242:8
unfamiliar
  226:12
ungrades
  218:25
unhappy
  126:2
unique
  216:11
United
  208:2
universe
  236:14,19

237:15
University
  26:23 27:23
  28:8
unnecessarily
  191:11
unquote
  106:24
updates
  241:25 323:2
updating
  105:16
upgrades
  241:25
upload
  109:24
  127:12
uploaded
  72:21 98:22
  127:21 143:6
  158:4,11
  172:17 262:6
  320:18
uploading
  176:8 182:17
  201:13
upper
  7:1
URL
  137:16
  138:17 139:1
URLS
  105:16
usage
  223:15
user
  143:14 145:7
  150:6
  216:15,17
  233:10,11,
  13,14,19,22
  234:6,14
  235:7,19
  236:4,15,19,
  25 237:10,
  11,16 238:8
  254:21

255:1,18
256:11,20
325:5
user's
  119:17
users
  206:9 210:20
  212:16
  323:2,4
Utah
  26:17,23
  27:16 28:8
  202:3
UTC
  7:6 25:12,15
  84:14,17
  116:22 117:1
  168:2,5
  217:20,23
  257:16,19
  329:18,21
  331:16
utilize
  250:9 254:1,
  14
UX
  255:5

_____

        V

vague
  43:15,20
  51:5 56:3
  66:19 91:5
vaguely
  202:22
validity
  208:21
Valley
  26:23
value
  225:15,23
various
  37:7 325:5
verbalizing
  11:8

Zachary Westphal
May 14, 2021

| | | | |
|---|---|---|---|
| verbiage | viewable | wanted | web-based |
| 230:20 | 237:6 | 61:15 | 218:22 |
| version | violated | 119:15,18 | 220:16 |
| 52:1,2 | 248:20 | 167:14 | Web.archive. |
| 56:11,13,16 | violation | 198:20 | org. |
| 97:20 | 249:25 | 227:23 | 143:20 |
| 102:20,24 | virtually | 231:16 | website |
| 104:3 109:9 | 92:16 | warned | 50:18 51:1, |
| 115:8,9,12 | Visa | 208:18 | 3,10,13,20, |
| 116:5,8,9 | 261:6,16 | washed | 21 106:15, |
| 139:20 | voice | 29:10 | 16,18,20 |
| 188:8,10 | 11:2 60:4 | watching | 107:15 111:5 |
| 233:15 | voracity | 193:9 | 112:23 |
| version- | 174:7 | water | 114:11 |
| stockstotrade | | 257:3 | 117:8,20 |
| 139:17 | | Wave | 129:4,12 |
| versus | **W** | 156:21 | 137:23 |
| 7:8 59:21 | | way | 138:2,4,8,23 |
| 62:5 90:17, | W-E-S-T-P-H- | 9:25 27:8 | 148:14 206:6 |
| 20 225:22 | A-L | 28:19,24 | 219:9,14,15 |
| video | 13:22 | 56:8 86:7 | 220:8,9,17 |
| 6:18,19,22, | Wait | 95:5 107:16 | 221:9,11 |
| 24 7:3,10 | 239:18 | 122:12 | 222:11 224:8 |
| 25:7,11,14 | waive | 154:25 | 225:16 |
| 84:13,16 | 8:2 331:6 | 166:10 | 229:15,17, |
| 92:10 | want | 170:22 | 19,20 230:2, |
| 116:21,24 | 6:24 9:25 | 181:17 195:9 | 10,12,19,23 |
| 167:22 | 10:5 25:4 | 245:11 | 231:17 235:3 |
| 168:1,4 | 28:23 59:16, | ways | 237:1,17 |
| 217:19,22 | 17 71:9 | 63:24 148:5 | 254:19 |
| 257:18 | 79:24 83:18 | web | 323:20 324:1 |
| 329:17,20 | 84:19 86:18 | 37:23,24,25 | 329:7 |
| 331:15,24 | 88:10,12 | 38:2,4,9,11, | websites |
| Videographer | 92:20 98:18 | 14,16,19,22 | 231:13 |
| 6:8 25:6,10, | 99:11 148:20 | 106:17 | weeds |
| 14 84:13,16 | 152:10 | 107:9,24 | 29:6 |
| 116:21,24 | 162:13 | 108:2,9,17, | week |
| 167:21,25 | 165:11 167:3 | 18,25 117:9 | 15:23 35:25 |
| 168:4 217:6, | 176:24 | 119:20 | 36:2 |
| 10,19,22 | 190:22,24 | 129:15 | weekend |
| 257:9,13,15, | 202:17 | 131:2,3 | 331:10 |
| 18 329:3,16, | 218:18 | 137:11 | weeks |
| 20 331:15 | 227:15,18 | 138:13 | 15:20 172:11 |
| 332:24 | 228:5 250:18 | 139:3,6 | went |
| view | 322:10 | 141:5 143:19 | 27:16 108:7 |
| 6:19 7:1 | 331:25 | 219:16,18 | 119:20,21 |
| 60:9 | 332:9,17 | 224:12 | 123:21 |
| | | | 169:21 |

Zachary Westphal
May 14, 2021

203:20 215:4
216:2 229:20
231:12

**Westphal**
7:4 8:6,19,
25 11:2
13:15,18,22
16:18 24:5,
15 25:18
37:8 54:5
66:11,16
73:16 75:11,
16 78:7,14
79:2,3 83:5
84:2 87:15
88:22 90:6
93:3 96:24
117:4 120:15
125:25
130:18
132:20
134:20
145:16
146:4,23
147:3,21
148:17
150:5,9
151:9 152:16
156:23
158:20
159:18
160:12
164:23
165:9,17
167:13
168:10
169:11,17,25
173:4 174:16
175:11
176:15
177:12
188:24
190:17,22
191:11,22
192:14 193:9
194:8 198:16
202:4,11
206:23
210:11

213:20
215:24
218:16
219:21 220:1
227:21 229:9
234:17
237:13 241:2
243:15
249:21
252:15,20
253:22
255:13 257:2
261:10,14,16
322:8,10
329:23

**whatsoever**
259:8

**white**
52:1,2,7,11
55:3,4,6,14
56:10,13,15
58:23 62:23
63:8 66:2,13
80:6,22 82:1
83:9 84:5
101:10,12,13
102:9,10,20,
24 107:3,4,
5,11 108:10,
19 109:8
112:17,19,21
113:16,21
114:14,16,18
115:7,8,11,
13,17 116:4,
8,10 117:21
118:8 119:6,
11,13,20
120:1 133:2
134:13
156:25
160:9,15
161:1 196:7,
9,11,13
211:15
213:15,18,25
214:21
215:8,18

216:5,18
219:2,6,9,15
220:17
221:12
222:11
223:13
224:8,9,14
226:9 232:7
233:14,19
241:9 249:8,
22 256:8

**Wienerschnitz
el**
29:4 117:6

**willful**
208:18,20
209:12

**win**
88:19

**winding**
218:1

**Windows**
149:1 150:18
151:2

**wire**
107:24

**withdraw**
201:2 234:24

**witness**
6:17,18,20,
23 9:10 11:4
12:9,11,13
13:5 14:2,15
15:7 19:6
20:13 21:5,
11,18 22:19
23:12,23
24:11,20
25:1 26:11
31:9 32:18
33:11,17,24
34:4 36:18
39:11 42:21
43:7,22
44:5,12
46:3,11
47:11,21
48:2,9,18,22

49:5,20
50:12 51:6,
16,23 52:14
55:22 56:5,
19 57:10
58:6,12 59:5
61:24 62:8,
23 64:9
65:8,16
66:7,21
68:16 69:12,
20 70:1,21
71:18 72:19,
23 73:1,13
76:3,5,25
78:12,20
80:18 81:3
82:8 83:2,13
86:4,6 87:6,
12 89:16
90:24 92:7
95:3,8 96:21
99:5,8,12
102:4 104:22
105:3,23
109:20,21
110:1,18,21,
24 111:8
115:2 119:1
122:14,19
125:10,21
126:23
128:12
130:8,20
131:19 132:2
133:24 134:6
135:5,13,21
136:12,23
137:16,21
138:2,10,17,
23 139:6
140:6 141:24
142:4
144:10,19
145:12,25
147:10,18,25
149:13,21
151:13,23
152:4,6

Zachary Westphal
May 14, 2021

```
153:6,13,20           227:4 228:2,        220:7 231:4        220:5,9
154:13                21 229:24        words                 221:7
155:15                230:8 231:4,        68:1 101:12     www.
156:16                21 232:9            139:20 159:2    stockstotrade
158:22                233:5,22            200:22          .com.
159:10 161:8          234:11,22           243:12,24          219:10
163:11 164:3          235:9,25            251:5,6            220:18
166:5,12,13           236:9 237:5,     work
167:3,19              19 238:11            325:18,20          ───────
168:19,21             239:17           worked                   Y
169:12                240:2,17            31:6,12,19,        ───────
170:11,13,18          243:12,20           25 107:9        Yahoo
171:1,18              244:15              118:23             16:16 17:15,
173:1,7,10            245:18           works                21 61:19
174:2,19             246:13              240:11            235:13
175:9                248:14              241:16           yahoo.com.
176:17,21            249:3,14,18       world                16:18
177:20              250:3 251:1,        152:22 153:1     yeah
178:22              10,25 254:10        199:19             12:5,23,25
181:10             255:4,21           worldwide            13:8,12 15:9
185:17             256:14,24            220:14             17:17,18
186:3,14           257:2,5            write                25:1,20
187:2,20           260:14,23            112:11,12          30:13 32:10
189:12,22          321:1,7              114:10 140:6       38:24 39:23
190:10 191:6       322:20               143:12             40:20 44:8
192:7 193:6,       324:12,19            150:14             49:16 50:24
23 194:18          325:23 326:8         152:25             52:24 55:5
195:4,13,20        327:1,15             154:17,21          59:14 61:19
196:5,18           328:1,11,22          155:2 162:1        64:16 66:14,
197:2,12           329:10,12            207:11,14          21 67:11,17
199:17             330:2,7,13,          321:15             69:4 73:21
200:1,14           21 331:5             322:3,25           74:4 75:14,
201:21,22          333:3                324:5              19 76:22
203:15          witness'              writes               77:2,8,11,
204:7,20           6:24                 161:23             13,15,23
205:6,10        WLP                   written              79:7 81:4
207:3,13           220:17              103:6 162:16        82:10 86:4,
210:8 211:9,    word                    322:9 323:19       11 89:4
25 212:9           18:25 20:24       wrong                 91:14 92:23
213:4,13,22        44:25 47:24          39:16 129:25       94:3 95:20
214:1              50:6 86:15        wrote                 99:5 100:12
215:11,21          87:16 88:8           207:16 321:6       101:17
216:7,22           96:4,7,15,           327:5              102:4,13,15
220:22,25          19,23 101:11      www.                  105:25
222:6,19           108:13            stockstotrade         106:13 109:2
223:21,25          130:23 159:2      .com                  118:21 121:6
224:23             170:20               219:14,18          123:1,6,9,22
225:12,19,25       192:15 214:6                            125:16 128:1
226:5,18,24                                                131:8,22
```

Zachary Westphal
May 14, 2021

140:24
143:20
154:14
157:21
158:22  159:3
161:13,25
162:7  165:14
166:10,15
167:18  173:8
174:14
178:19
179:15
180:21
181:4,7
183:7,18
185:7,19
186:17
196:1,19
198:25
203:25
204:13,15
207:16,25
209:4  210:15
214:1  218:17
220:11,20
221:14,25
223:11  224:5
226:23  230:8
235:17  236:3
239:12
241:11  260:8
261:5,24
262:20
321:13
324:17  325:6
327:17
332:15
**year**
  16:2,4,8
  26:24,25
  27:2  31:3
  74:18  76:10,
  20  77:6
  89:24  91:18
  100:7  135:24
  163:17,19
  176:23  182:9
**years**

14:22  15:14,
20,22  16:6,
8,21  22:15
23:19  30:6
31:2,4,5,20,
24  32:9  33:3
74:22  75:8
86:13  91:18
123:21  148:6
172:2,12
178:14,16,17
184:10,13,15
258:5,14
260:10
261:16
328:8,11
**Youtube**
  20:9

---

**Z**

---

**Zach**
  16:18  234:21
**Zachary**
  7:4  8:6,19
  13:18  66:11,
  15  75:16
  78:13  87:15
  125:25
  174:16
  175:10
  237:13
  261:16
**zak@
stockstotrade
.com.**
  14:16
**zero**
  232:21
  261:24
**zoom**
  110:18
  176:16
**zoomed**
  176:17