# EXHIBIT 18

**To Motion for Partial Summary Judgment**

**(Transcript of Deposition of Jamil Ben**

**Alluch, May 27, 2021, partially redacted)**

Jamil Ben Alluch
May 27, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-22957-RNS


SCANZ TECHNOLOGIES, INC.,

     Plaintiff,

-vs-

JEWMON ENTERPRISES, LLC, et al.,

     Defendants.

_____

VIDEOTAPED DEPOSITION OF JAMIL BEN ALLUCH,
    as Corporate Representative

Excerpts of this transcript have been declared
confidential and are produced under separate cover

     via Remote Videoconference


     Thursday, May 27, 2021
     10:38 a.m. - 7:26 p.m.


Reported By:

Sandra W. Townsend, RPR, FPR
Notary Public, State of Florida
U.S. Legal Support, Inc.
West Palm Beach Office
Job #2436131

Jamil Ben Alluch
May 27, 2021

```
 1   APPEARANCES:

 2   On behalf of the Plaintiff:

 3      ELAD BOTWIN, ESQUIRE
        SQUIRE LAW GROUP, P.A.
 4       301 West Atlantic Avenue
        Suite 5
 5       Delray Beach, Florida  33444
        dlage@squirelawgroup.com
 6       ebotwin@squirelawgroup.com

 7      JEFFREY FELDMAN, ESQUIRE
        TRAILBLAZER
 8       1200 Brickell Avenue
        Penthouse 1900
 9       Miami, Florida  33131

10   On behalf of the Defendants StocksToTrade.com, Inc. and
     Zachary Westphal::
11
        DAVID PRUETER, ESQUIRE
12       SQUIRE PATTON BOGGS
        275 Battery Street
13       #2600
        San Francisco, California  94111
14       joseph.meckes@squirepb.com
        david.prueter@squirepb.com
15
        GABRIEL COLWELL, ESQUIRE
16       SQUIRE PATTON BOGGS
        555 Flower Street
17       31st Floor
        Los Angeles, California  90071
18       gabriel.colwell@squirepb.com

19   On behalf of the Defendants Jewmon Enterprises, LLC,
     Timothy Sykes, Millionaire Publishing, LLC, and
20   Millionaire Media, LLC:

21      BRETT D. JAFFE, ESQUIRE
        JENNA JONES, ESQUIRE
22       ALSTON & BIRD, LLP
        90 Park Avenue
23       New York, New York  10016
        brett.jaffe@alston.com
24       steven.campbell@alston.com

25
```

Jamid Ben Alluch
May 27, 2021

1    ALSO PRESENT:

2       DARLENE SUAZO, VIDEOGRAPHER
         U.S. LEGAL SUPPORT, INC.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jamil Ben Alluch
May 27, 2021

```
 1            - - -

 2          I N D E X

 3            - - -

 4

 5  WITNESS:       DIRECT   CROSS  REDIRECT  RECROSS

 6  JAMIL BEN ALLUCH

 7    By Mr. Feldman    7

 8

 9

10            - - -

11        E X H I B I T S

12            - - -

13
    NUMBER              DESCRIPTION          PAGE
14
    Exhibit No. 79    Notice of Deposition    20
15

16

17

18

19

20

21

22

23

24

25
```

Jamie Ben Alluch
May 27, 2021

```
 1           P R O C E E D I N G S

 2                  - - -

 3      Deposition taken before Sandra W. Townsend,

 4   Registered Professional Reporter and Notary Public

 5   in and for the State of Florida at Large, in the

 6   above cause.

 7                  - - -

 8         VIDEOGRAPHER:  Good morning.  We are now on

 9    the record.

10         Participants should be aware that this

11    proceeding is being recorded, and as such, all

12    conversations held will be recorded, unless there

13    is a request and agreement to go off the record.

14    Private conversations and/or attorney/client

15    interactions should be held outside the presence of

16    the remote interface.

17         For the purpose of creating a witness only

18    video recording, the witness is being spotlighted

19    on all video screens while in speaker view.  We ask

20    that the witness not remove the spotlight setting

21    during the deposition, as it may cause other

22    participants to appear on the final video rather

23    than just the witness.

24         For anyone else who doesn't want the witness'

25    video to take up the large part of your screen, you
```

Jamil Ben Alluch
May 27, 2021

1  may click the gallery view button in the upper

2  right corner of the remote depo interface.

3      This is the remote video recorded deposition

4  of Jamil Ben Alluch, the corporate representative

5  for StocksToTrade.com, Inc., being taken today, May

6  27, 2021.  The time is now 2:38 p.m. UTC time.

7      We're here in the matter of Scanz Technologies

8  versus Jewmon Enterprises, LLC.

9      My name is Darlene Suazo, remote video

10  technician on behalf of U.S. Legal Support.  I am

11  not related to any party in this action, nor am I

12  financially interested in the outcome.

13      At this time will our court reporter, on

14  behalf of U.S. Legal Support, please enter the

15  statement for remote proceedings into the record.

16      COURT REPORTER:  The attorneys participating

17  in this deposition acknowledge that I am not

18  physically present in the deposition room and that

19  I will be reporting this deposition remotely.  They

20  further acknowledge that in lieu of an oath

21  administered in person, I will administer the oath

22  remotely.  This arrangement is pursuant to Florida

23  Supreme Court Administrative Order No. AOSC-20-23.

24  The parties and their counsel consent to this

25  arrangement and waive any objections to this manner

Jamil Ben Alluch
May 27, 2021

1    of reporting.  Please indicate your agreement by

2    stating your name and your agreement on the record.

3        MR. FELDMAN:  Jeffrey Feldman, Counsel for

4    Plaintiff, Scanz Technologies, and we consent.

5        MR. COLWELL:  Good morning. Gabriel Colwell,

6    Squire Patton Boggs, representing Defendants,

7    StocksToTrade.com, Inc. and Zachary Westphal.  And

8    we consent.

9        MS. JONES:  Jenna Jones, Alston and Bird, on

10   behalf of the Defendants, Jewmon Enterprises,

11   Timothy Sykes, Millionaire Publishing and

12   Millionaire Media.  And we consent.

13       MR. BOTWIN:  Elad Botwin with Squire Law

14   Group, representing Plaintiff, Scanz Technologies.

15   And we consent.

16  THEREUPON,

17           JAMIL BEN ALLUCH,

18  having been first duly sworn or affirmed, was examined

19  and testified as follows:

20       THE WITNESS:  Yes.

21           DIRECT EXAMINATION

22  BY MR. FELDMAN:

23    Q    Good morning.

24    A    Good morning.

25    Q    Mr. Ben Alluch?  Am I pronouncing your name

Jamid Ben Alluch
May 27, 2021

1   correctly?

2      A   Ben Alluch.

3      Q   I will do my best.

4      A   No worries.

5      Q   Okay. It's nice to meet you.

6          I understand that you are appearing as the

7   corporate representative of StocksToTrade.com; is that

8   correct?

9      A   Yes.

10         MR. FELDMAN:  And then, Gabe, we can agree

11     that we're here today to take the deposition of

12     StocksToTrade.com, Inc., correct?

13         MR. COLWELL:  Yes.

14         MR. FELDMAN:  And that Mr. Ben Alluch is the

15     sole representative appointed by StocksToTrade.com,

16     Inc. to represent them in this deposition?

17         MR. COLWELL:  Sure is.

18         MR. FELDMAN:  I'm sorry?

19         MR. COLWELL:  Yes, he is.

20   BY MR. FELDMAN:

21     Q   Okay.  Okay.  So Mr. Ben Alluch, you've

22   already given an individual deposition in this case,

23   correct?

24     A   Yes.

25     Q   And I'm going to do my best to avoid being

Jamie Ben Alluch
May 27, 2021

```
 1   redundant of things that were previously discussed.  But

 2   there's by necessity going to be some of that during the

 3   course of the depo, given the topics that we're covering

 4   today.  Okay?

 5        A    I understand.

 6        Q    All right.  First, could you give me your

 7   street address, please?

 8        A    It's Number 2, Rue, R-U-E, Felix Renaud -- so

 9   Felix Renaud.  It's in Gatineau, Quebec, Canada.

10        Q    And can you spell -- for the ease of the court

11   reporter, would you mind spelling?

12        A    Sure.

13        Q    -- the address, please?

14        A    Sure.  It's Rue, R-E-U -- R-U-E, like street

15   in French, Felix, F-E-L-I-X, Renaud, R-E-N-A-U-D.  The

16   city is Gatineau, so it's G -- G-A-T-I-N-A -- E-A-U,

17   sorry.  And that's in Quebec.

18        Q    Are you of sound mind this morning?

19        A    I believe I am.

20        Q    Do you feel rested and prepared to give this

21   deposition?

22        A    I am prepared.

23        Q    Okay.  Do you -- are you under the influence

24   of any kind of medication or other substances that would

25   impair your ability to give this deposition?
```

Jamie Ben Alluch
May 27, 2021

1    A    I am not.

2    Q    Okay.  Now, do you understand that you're here

3    today as a corporate representative?

4    A    I understand.

5    Q    Would you please give me your understanding of

6    what you understand your responsibility is as the

7    corporate representative in this deposition of

8    StocksToTrade.com, Inc.?

9    A    I will be answering questions you will have

10   regarding StocksToTrade.com, Inc.

11   Q    Okay.  And who asked you to appear as the

12   corporate representative?

13   A    Legal Counsel.

14   Q    Okay.  Other than legal Counsel, did anyone

15   else ask you to appear?

16   A    No.

17   Q    Okay.  The legal Counsel you're referring to

18   is Mr. Colwell?

19   A    That is correct.

20   Q    All right.  And do you feel qualified to speak

21   on the topics that were noticed for today's deposition?

22   A    Yes.

23   Q    All right.  And we'll talk generically at

24   first.

25       Why do you believe that you're qualified to

Jamil Ben Alluch
May 27, 2021

1    talk about all the topics that were referenced in the

2    Notice of today's -- the Notice of the deposition of

3    StocksToTrade.com, Inc.?

4         A    So in my role as chief technology officer, I

5    do have a part in, firstly and most importantly, the

6    technological aspect, which involves the development of

7    the technology for StocksToTrade.com, Inc. on a personal

8    level, that is me, as, you know, Jamil Ben Alluch.

9            Also, being chief technology officer, I am

10   privy to the information regarding financials and

11   business dealings of the company within its operating

12   capacity.

13        Q    Okay.  And we're going to look at the Notice

14   in a moment.

15        A    Sure.

16        Q    But do you -- are you -- do you believe you're

17   qualified to answer questions predating your arrival at

18   the company in the fall of 2015?

19        A    My understanding is that the deposition is

20   based on StocksToTrade.com, Inc., but I can on a

21   personal capacity assess or provide insight on what may

22   or may not have happened during the period before

23   StocksToTrade, which is outside of the scope of the

24   general topics provided to us.

25        Q    Well, StocksToTrade.com, Inc. was formed in

Jamal Ben Alluch
May 27, 2021

1  June of 20 -- June of 2015, correct?

2      A    That is correct.

3      Q    And you did not commence your employment with

4  StocksToTrade.com, Inc. until early 2016, correct?

5      A    Correct.

6      Q    Now, there was a period of time before your

7  formal employment began where you were providing

8  services for free to StocksToTrade.com, Inc., correct?

9      A    Yes.

10      Q    But still you would agree there was a period

11  of time even before that -- that volunteer work where

12  the company wasn't in existence and you had no

13  involvement with the company at that time?

14      A    Would you mind repeating the question one more

15  time, please?

16      Q    Yes.  You would agree that the company had

17  been in existence even before you began your volunteer

18  work for the company, correct?

19      A    That would be incorrect.

20      Q    Well, the company was formed in June of 2015.

21  And based on the transcript of the deposition that --

22  your deposition that I read, you didn't commence your

23  volunteer work until September --

24      A    Correct.

25      Q    -- 2015, correct?

Jamia Ben Alluch
May 27, 2021

1      A    Correct.

2      Q    Right.  So there was at least several months

3   where the company had been in existence where you had no

4   involvement, correct?

5      A    That is correct, yes.

6      Q    Okay.  So what -- what did you do to inform

7   yourself for today's depo regarding events that pre-date

8   any involvement that you had with the company?

9      A    My under --

10         MR. COLWELL:  Let me just -- just to caution

11      the witness not to get into communications with

12      Counsel.  But the witness -- or materials that he

13      reviewed on his own, he can utilize that to help

14      answer the question with respect to the three

15      months that he was not yet working for the company

16      while it existed.

17         MR. FELDMAN:  Right.

18   BY MR. FELDMAN:

19      Q    And let me, if I can, maybe just so perhaps we

20   could clarify that.

21         I am not asking at any point in this depo for

22   your -- the substance of your communications with Mr.

23   Colwell.  But the fact that you communicated with him is

24   not privileged.  I'm entitled to know if you spoke to

25   him.  Okay?

Jamal Ben Alluch
May 27, 2021

1      A   I understand.

2      Q   I am never asking you to disclose your

3   communications, the substance of your communications

4   with him.

5      A   Understood.

6      Q   All right?  So -- but what I'm trying to

7   understand generically is, what information do you have

8   about the company that you can call upon to answer

9   questions today?

10     A   I can answer questions regarding StocksToTrade

11   from its inception.

12         And on a personal capacity I would be able to

13   provide some insight based on some personal knowledge

14   that I have or may have regarding what was previously

15   done.  But I would not be able to speak at a corporate

16   level on behalf of the other parties involved in that

17   specific standing.

18     Q   So -- all right.  So I understand you're not

19   appearing today on behalf of any corporate party other

20   than StocksToTrade.com.  Okay?

21         And so we're clear, you're only -- you're only

22   speaking on behalf of StocksToTrade.com, Inc. today?

23     A   Correct.

24     Q   Correct?  Okay.

25         Now, with that said, you're advising that you

Jamis Ben Alluch
May 27, 2021

1    do have information that predates the formation of

2    StocksToTrade.com, Inc., correct?

3         A    Yes.

4         Q    Okay.  And so what information is that?

5         A    That is --

6              MR. COLWELL:  Objection.  Form.

7              THE WITNESS:  That is a very broad question.

8         You would need to be more specific about --

9    BY MR. FELDMAN:

10        Q    Yeah.  I'd like -- I'd like to know, so I have

11   an appreciation of the knowledge that you're bringing in

12   today's deposition, I would like to know what -- what

13   knowledge you have about --

14             MR. COLWELL:  Jeff -- Jeff, I might be able to

15        help.  I might be able to help.

16             So in our meet and confer yesterday we had a

17        discussion about topic one.  Okay?  All right?  And

18        we had a disagreement with respect to topic one and

19        communications, for instance, regarding the

20        development of the platform before StocksToTrade

21        came into existence, right?  Okay.

22             So, you know, the witness is here to testify

23        with respect to StocksToTrade since its come into

24        existence, but he's the chief technological

25        officer.  He has information personally, and he's

James Ben Alluch
May 27, 2021

1      reviewed information personally in order to try to

2      give you -- you know, to get you what you're

3      looking for basically with respect to development

4      of the platform, right?  So I've tried to meet you

5      in the middle there, you know, after our meet and

6      confer to, you know, to get you the information

7      with respect to development of the platform you're

8      looking for.

9   BY MR. FELDMAN:

10        Q    Okay.  So to just sort of cut to the bottom

11   line.  You're prepared to answer questions knowledgably,

12   informatively about the genesis of the -- of Scopic's

13   development of the STT scanning platform, correct?

14        A    I am prepared to answer on a personal capacity

15   questions regarding the development of StocksToTrade,

16   the market data analysis platform, prior to the

17   inception of the company on -- again, on a personal

18   capacity.

19        Q    Okay.  So let's first --

20            MR. COLWELL:  And then after -- after the

21       company comes into existence he'll testify sort of

22       on behalf of the company.

23            MR. FELDMAN:  I understand.  So let me recap

24       this.

25   BY MR. FELDMAN:

Jamal Ben Alluch
May 27, 2021

1     Q    First, the Notice talks about the development

2   of the STT scanning platform.

3          Let's -- let's find a term that we can all be

4   comfortable with that -- that describes that market

5   scanning software tool that STT sells or -- yeah, I'll

6   call it -- let me rephrase that.

7          What -- what description are you comfortable

8   with using during this depo to describe the product that

9   Scopic developed and which StocksToTrade.com, Inc. now

10  sells?

11    A    That -- that depends on what's your

12  understanding.  Because right now we're talking about

13  different terms.  You're referring over the terms

14  scanning platform.  StocksToTrade is not a scanning

15  platform, although it has scanning features within it.

16    Q    Don't worry about what I said.  Tell me

17  what --

18    A    Well, I need to worry just on the basis of

19  having the proper terminology and seeing, you know,

20  where things stand regarding the actual litigation.

21         StocksToTrade is a very wide and broad

22  platform, in terms of tooling.  We do have a scanning

23  feature, but overall StocksToTrade is not a scanning

24  platform, in and by itself.  It has a feature that

25  provides scanning capabilities which has been the

Jamal Ben Alluch
May 27, 2021

1    subject of the interrogatories so far.

2       Q    Okay.  So scanning, when we talk about

3    scanning, we're talking about one feature of something

4    larger?

5       A    Correct.

6       Q    What is -- what do you refer to the larger as?

7       A    Larger would be the StocksToTrade market data

8    analysis platform.

9       Q    StocksToTrade market analysis platform.

10          And is there something, a name that we can use

11   to shorten that so that we -- we can identify that

12   platform without all those words?

13      A    STT.

14          MR. COLWELL:  I think STT is the company, so I

15      would suggest you call it the StocksToTrade

16      platform.

17          And then, you know, Jeff, if you want to talk

18      about scanning, you can just say the, you know, the

19      scanning portion of the platform, something to that

20      effect.

21   BY MR. FELDMAN:

22      Q    And then Screener Plus is a feature of the

23   StocksToTrade platform, correct?

24      A    Yes.

25      Q    That's the scanning feature of the

Jamia Ben Alluch
May 27, 2021

1    StocksToTrade platform, correct?

2        A    Yes.

3        Q    So we'll just call that Screener Plus.

4        A    Yes.

5        Q    And when I use Screener Plus, we are talking

6    about the scanning feature of the StocksToTrade

7    platform.  Agreed?

8        A    Yes.

9        Q    Okay.  Okay.  So to be clear, you're here

10   today to answer questions on behalf of

11   StocksToTrade.com, Inc., correct?

12       A    Yes.

13        Q    Regarding all issues post-dating

14   StocksToTrade.com, Inc.'s formation in June of 2015?

15       A    Yes.

16            MR. COLWELL:  Objection.

17   BY MR. FELDMAN:

18       Q    You are also prepared --

19            MR. COLWELL:  I just object, you know, as

20       limited to the topics noticed and subject to the

21       prior objections, of course.

22            MR. FELDMAN:  I understand.

23   BY MR. FELDMAN:

24       Q    And then you are also prepared to answer as an

25   individual witness questions pertaining to the evolution

1   of the StocksToTrade platform from its inception.

2       A    I am prepared to answer that on a personal

3   capacity, yes.

4       Q    Okay.  All right.

5           MR. FELDMAN:  Elad, would you please put up

6       the Notice for today's depo?

7           MR. BOTWIN:  Yes.  One moment, please.

8           MR. FELDMAN:  And we can go just to attachment

9       A to the first -- the first page.

10  BY MR. FELDMAN:

11      Q    And you, Mr. Ben Alluch, if you want to see

12  the entire Notice, I'll be happy to show you.  But I

13  suspect you've seen this document before and I just want

14  to confirm that these are the topics you've prepared --

15  you prepared yourself to answer.

16      A    Understood.

17      Q    Okay?

18           And there's the attachment A.  You've seen

19  this -- excuse me for one second.

20           MR. FELDMAN:  Elad, do we have an exhibit

21      number for this, please?

22           MR. BOTWIN:  This will be Exhibit 79.  I will

23      upload it after showing this.

24           (Exhibit No. 79 was marked for

25      identification.)

Jamid Ben Alluch
May 27, 2021

1    BY MR. FELDMAN:

2        Q    I'm showing you Exhibit 79, which is the

3    Notice for today's depo.  And I'm showing you

4    specifically attachment A to that Notice.

5            Have you seen this document before?

6        A    I have.

7        Q    And you'll notice that there are 15 topics

8    mentioned on the Notice, correct?

9        A    There are 15 topics listed on the Notice,

10   correct.

11       Q    And is it your representation that you have

12   informed yourself to answer questions on these -- on

13   these 15 issues?

14       A    Yes, I've prepared to answer questions on

15   these 15 issues.

16       Q    Okay.  So apart from talking with Mr. Colwell,

17   what else did you do to prepare yourself to answer

18   questions about these 15 issues?

19       A    Primarily I reviewed financial materials,

20   which fall less within my operating capacity, but I'm

21   somewhat familiar with.  I just reviewed them on a more

22   detailed basis in order to prepare for this.

23       Q    Okay.  Apart from financial materials, what

24   else did you review?

25       A    As part of this specific deposition?

Jamie Ben Alluch
May 27, 2021

```
 1      Q    To prepare for this deposition.

 2      A    Primarily financial review.  The rest is,

 3  like, anything that has to do with development I'm

 4  fairly familiar with, I work with on a day-to-day basis,

 5  for the most part, so...

 6      Q    Okay.  So did you interview any -- any other

 7  witnesses -- strike that.

 8           Did you interview any other people who work

 9  for StocksToTrade.com who may have particular knowledge

10  of these issues?

11      A    Well, my knowledge supersedes everyone else's

12  knowledge on the development.  And I have reviewed the

13  technical information that will be produced to you as

14  part of the package.

15      Q    So you believe that you are the person most

16  knowledgeable at the company regarding these topics?

17      A    I do.

18      Q    Okay.  Who does -- who handles the financial

19  responsibilities for the company, StocksToTrade.com,

20  Inc.?

21      A    Could you be more specific about financial

22  responsibilities?

23      Q    Yes.  Does the company have a CFO?

24      A    It does not.

25      Q    Who handles -- who keeps the books for the
```

Jamal Ben Alluch
May 27, 2021

1    company?

2       A    That would be Mr. Joshua Anderson.  He's the

3    financial controller.

4       Q    Does Mr. Anderson have more information about

5    the finances of StocksToTrade.com, Inc. than you?

6       A    He would have the same access as I do to the

7    financials.  I have access to all documents pertaining

8    to the company.

9       Q    I understand you have access to documents, but

10   does Mr. Anderson prepare those documents?

11      A    He runs the numbers as a consultant for

12   StocksToTrade in the financial controller capacity.

13      Q    So the documents that you're looking at were

14   actually prepared by Mr. Anderson, correct?

15      A    Yes.

16      Q    So as between you and Mr. Anderson,

17   Mr. Anderson would be the better witness regarding

18   questions pertaining to the financial background of

19   StocksToTrade.com?

20      A    I don't believe -- I don't believe that's the

21   case.  We have the same information and I've prepared

22   with the financial statements of the company to have

23   that information ready for this deposition.

24      Q    And do you have that information going back to

25   the company's inception to current day?

Jamid Ben Alluch
May 27, 2021

1      A    Yes.

2      Q    Okay.  Apart from reviewing -- could you

3  just -- before I go off -- off to a different topic,

4  could you tell me what financial information you

5  reviewed?

6      A    The profit and loss, the sales revenue, the

7  balance sheets, cash flow statements, all of which will

8  be produced as part of the package you will be getting.

9      Q    Do you have those documents with you to refer

10  to today?

11     A    I can open them if needed.

12         MR. FELDMAN:  And, Gabe, do you have any issue

13     with the witness accessing those documents to

14     answer questions today?

15         MR. COLWELL:  I think the witness can refer to

16     his notes.  We're not producing documents today.

17     So we're not producing --

18         MR. FELDMAN:  I'm not -- that question wasn't

19     whether you're producing.

20         Do you have an issue with the witness

21     referring to documents to answer questions?

22         MR. COLWELL:  I do have issue with the witness

23     obtaining documents to answer specific questions.

24     Documents will be produced to you after the

25     deposition.

Jamal Ben Alluch
May 27, 2021

1      MR. FELDMAN:  Well, one of the issues that was

2   Noticed for today are any of the documents

3   requested in attachment B, which include financial

4   information.

5      So are you -- are you instructing the witness

6   to not answer questions about item 15?

7      MR. COLWELL:  Yes.  And we previously objected

8   to item 15 because there are 55 requests there and

9   we're not producing any documents with respect to

10   those, to item 15 and those 55 requests because

11   they're not yet due for production.

12      MR. FELDMAN:  Well, then you'll make the

13   witness available again to give answers to

14   questions about the documents, correct?

15      MR. COLWELL:  No.

16      MR. FELDMAN:  Why not?

17      MR. COLWELL:  This is the deposition of

18   StocksToTrade's 30(b)(6) today.  The witness is

19   prepared to answer questions on the topics.

20      You know, Plaintiffs did not seek document

21   production in a timely manner in this case, which

22   is why, you know, you're taking the deposition

23   without documents.

24      MR. FELDMAN:  And you're refusing to give us

25   an opportunity to question your corporate

Jamal Ben Alluch
May 27, 2021

1   representative about documents which you're

2   withholding until after this deposition?

3       MR. COLWELL:  No.  I disagree with that

4   characterization.

5       As I said, you know, we've met and conferred

6   about this and we've objected in writing.

7       Plaintiff here in this case decided not to

8   take any discovery until shortly before discovery

9   cutoff, decided to take depositions without any

10  documents, and that was Plaintiff's strategic

11  choice.

12      MR. FELDMAN:  Okay.  Well, we obviously object

13  to the gamesmanship.

14      It is totally uncustomary to expect a party to

15  take a corporate deposition without the benefit of

16  the party's documents.  And we'll let Judge Torres

17  deal with this issue, but it is our position that

18  this witness will be made available again to answer

19  questions about documents you chose not to produce

20  until tomorrow, given -- notwithstanding that those

21  documents were a subject of the deposition the day

22  before.

23      As I understand it, STT is producing documents

24  May 28th, correct?

25      MR. COLWELL:  STT is producing documents on

Jamal Ben Alluch
May 27, 2021

1   May 28th, as required by the Rule 34 requests, not

2   by your deposition Notice.

3       And as I stated before -- and, you know, Jeff,

4   you weren't in the case, but your colleagues,

5   co-Counsel, of which you have two different law

6   firms, elected not to, you know, seek discovery in

7   a timely manner.  Nonetheless, we made this witness

8   available on short notice.

9       MR. FELDMAN:  I just think that, Gabe, you're

10  playing it close to the line.  I mean, it's one

11  thing to take -- it's one thing to take the

12  position that you're not -- you're not going to

13  produce documents until the day after your client's

14  corporate deposition, but it's now another thing to

15  say that you're not going to let the witness use

16  those documents during the course of the deposition

17  so that we can get the best answer.

18      And clearly when we're asking for financial

19  information, the best answer is what's on the

20  documents, not what the witness remembers of the

21  documents.  And that is a completely different

22  issue and it's inappropriate for you to instruct

23  this witness to not refer to documents when his

24  entire knowledge for this deposition is from those

25  documents.

Jamal Ben Alluch
May 27, 2021

1    We're entitled -- we're entitled to the

2    company's information, not what your witness

3    remembers of that information.

4    So I would ask you, you know, in a gentlemanly

5    way, I would ask you to reconsider your position

6    about what your client, Mr. Ben Alluch, may make of

7    those documents during today's depo.

8    And that's all I have to say on the issue.

9    And -- and if you feel that, you know, you'll

10   reconsider, you'll let us know.

11   And at this point we'll proceed with the

12   instruction you've given to the witness, that he

13   may not refer to documents today during the

14   deposition to answer questions, which I believe is

15   completely inappropriate.  But if that is your

16   instruction, that instruction stands.

17   Is that your instruction?

18   MR. COLWELL:  I've already made my record and

19   said, you know, we've objected.

20   We attempted to meet and confer on May 4th at

21   first and, you know, we met and conferred finally

22   yesterday on these points.

23   We've made our position known since the

24   beginning, so this should not be a surprise.

25   MR. FELDMAN:  If you'll forgive me, I don't

Jamal Ben Alluch
May 27, 2021

1    want to make much more of this, but I want -- I

2    want a clear response.

3        Are you instructing this witness that he may

4    not refer to documents from which he gained his

5    knowledge for today's depo to answer questions

6    propounded in this depo?

7        MR. COLWELL:  I'm instructing the witness not

8    to produce documents today and answer questions

9    based off of documents.  He's here to produce --

10       MR. FELDMAN:  I can't get documents from the

11   witness today, right?  I'm thousands of miles away

12   from where the witness is.  The witness is not in

13   the room, he doesn't have documents with him.

14       The question is not whether he's going to

15   produce.  I'm being very clear in my question and I

16   would appreciate a direct response.

17       The witness has the documents with him.  He

18   can access them electronically, right?  He's in his

19   office.  I see his computer.  He told us that he

20   can access them.

21       Are you instructing your witness to not access

22   documents that he may need to look at to answer

23   questions in today's deposition?

24       MR. COLWELL:  I'm instructing my witness not

25   to look at documents.

Jamie Ben Alluch
May 27, 2021

1        I'm instructing my witness to answer your

2    questions to the best of his knowledge and as the

3    corporate representative for StocksToTrade today on

4    the topics noticed, subject to our objections.

5    That's it.

6        MR. FELDMAN:  All right.  And here's my

7    problem with that instruction:  We're not here

8    today to get the witness' individual knowledge.

9    We're here today to get your client's knowledge.

10    And your client's knowledge exceeds what is in

11    Mr. Ben Alluch's brain, right?

12        What he knows is a function of what he

13    remembers.  And we're entitled to more than his

14    memory.  We're entitled to your client's

15    information, and you are impairing our ability to

16    do that.

17        Now, this -- it's one thing to withhold

18    documents for our use.  It's all together different

19    for you to withhold documents from your own

20    witness.  That's completely inappropriate.  If you

21    want to take a minute to think about this --

22        MR. COLWELL:  No.  I think you can proceed and

23    ask your questions.

24        We're not going to go get documents for him to

25    answer questions today during the deposition when

Jamal Ben Alluch
May 27, 2021

1    documents are not yet due.

2        Proceed with your deposition.

3        MR. FELDMAN:  Okay.  I need to take a moment.

4    I may have to call Judge Torres.

5        MR. COLWELL:  Okay.

6        MR. FELDMAN:  And see if -- if we need to get

7    this worked out.

8        Now, for the record, our position is clear.

9    We're entitled to STT's knowledge, STT's -- strike

10   that -- information.  We're entitled to STT's

11   information.

12       Now, you're impairing our ability to get that

13   information from your -- your corporate witness,

14   who has admitted that the information that he has

15   comes from two sources.

16       As to the issues of software development, that

17   is from, in part, personal knowledge, and also

18   whatever efforts he has individually made to inform

19   himself to answer questions today regarding the

20   genesis and evolution of the development of the

21   StocksToTrade platform.

22       But he's also here to answer questions today

23   about financial information, which he said he

24   informed himself from the company's financial

25   documents.

Jamal Ben Alluch
May 27, 2021

 1      The witness has no ability to answer questions

 2  about financial information without reliance on

 3  those documents.

 4      And what you're telling him to do is to tell

 5  us what he can remember from those documents, as

 6  opposed to giving us the best answer, which is from

 7  the documents themselves, which is far different

 8  than my having a document to cross examine him

 9  from, so...

10      MR. COLWELL:  No, that's not -- that's not

11  what he said.  But -- and that's not what I said,

12  either.

13      Listen, he has prepared himself.  He's

14  reviewed records.  He's here to answer questions,

15  right?

16      We're not producing you, you know, any

17  documents to you today and we're not going to delay

18  the deposition any further by making the witness go

19  search for documents which he can then --

20      MR. FELDMAN:  Now you're talking out of both

21  sides --

22      MR. COLWELL:  Let me finish.  Let me finish.

23      MR. FELDMAN:  You're talking out of both sides

24  of your mouth.

25      MR. COLWELL:  Let me finish.

Jamie Ben Alluch
May 27, 2021

1      We're not going -- we're not going to delay

2    the deposition further by, you know, wasting time,

3    making him go and look for documents to answer your

4    questions that aren't yet due.

5      Now, if you want to talk about this off the

6    record later, that's fine.

7      MR. FELDMAN:  You have instructed this witness

8    to not refer to documents that he looked at to

9    prepare himself for the topics in this deposition.

10    That was the instruction you gave.  I heard it,

11    okay?  And I'm asking you to reconsider that, or

12    I'll get the judge on the phone and he'll ask you

13    to reconsider it.

14      So we can do it the easy way or we'll do it

15    the hard way.  You tell me which way you want to do

16    it.

17      (Simultaneous speakers.)

18      MR. COLWELL:  If you want to call Judge

19    Torres, go ahead.  Or you can proceed with your

20    deposition.

21      MR. FELDMAN:  What I want is, I want to go off

22    the record and speak with my client and co-Counsel

23    to see whether we want the Court's involvement on

24    this issue.

25      Give me 5 minutes, please.  We're off the

Jamie Ben Alluch
May 27, 2021

1    record.

2        VIDEOGRAPHER:  We're off the record, 3:12 p.m.

3    UTC time.

4        (Recess.)

5        VIDEOGRAPHER:  We're back on the record,

6    3:14 p.m. UTC time.

7  BY MR. FELDMAN:

8    Q    Mr. Ben Alluch, would you mind putting your

9  video back on, please.

10    A    Of course.

11        MR. FELDMAN:  And, Gabe, I don't know if

12    you're there.  I think that they may be out on a

13    break.

14        Well, it appears that Counsel is not back yet

15    online, so let's -- let's go off record until

16    everybody is back on screen, please.

17        I would ask all the participants, the lawyer

18    participants to advise, please, when they are

19    present.

20        VIDEOGRAPHER:  Off the record, 3:15 p.m. UTC

21    time.

22        (Recess.)

23        VIDEOGRAPHER:  Back on the record, 3:23 p.m.

24    UTC time.

25        MR. FELDMAN:  We're back on the record.

Jamie Ben Alluch
May 27, 2021

1        Mr. Colwell, do you have an instruction to

2    your witness?

3        MR. COLWELL:  I do.

4        Okay.  So while we were off the record, spoke

5    to Counsel.

6        With respect to the financial statements, as

7    I've said previously, we're not producing, nor are

8    we required to produce any documents until

9    tomorrow.

10        Counsel is not -- for the Plaintiff has

11    represented he's not requesting production of any

12    of these records which are due tomorrow, but with

13    respect to the financial statements, he has asked

14    the witness to refer to the financial statements,

15    information he has on the financial statements that

16    the witness has indicated he has readily available.

17        I am permitting the witness to answer

18    questions and reference those financial statements

19    in responding to questions from Plaintiff's

20    Counsel.

21        I am -- I am not going to have the witness go

22    during the course of this deposition searching, you

23    know, for various documents to respond to questions

24    from Counsel.  But as the witness has indicated, he

25    has these financial, you know, records readily

Jamal Ben Alluch
May 27, 2021

```
 1    available, he can reference them for questions by

 2    Plaintiff's Counsel.

 3          MR. FELDMAN:  Okay.  And my response to that

 4    is, there is no compromise between us.

 5          And the instruction you gave to your witness

 6    is not as the result of any negotiation that you

 7    and I have had.

 8          My position is clear, that if there is a

 9    document that your client acquired information from

10    to give an answer, we're entitled to the

11    information on the document, not what's in his

12    memory of the document.

13          Now, with that said, your position is clear

14    and so is mine.

15          And what I'd like do is to go back to the

16    deposition and we'll see -- we'll deal with this

17    again when -- when we can cross that bridge.

18          Does that work?

19          MR. COLWELL:  Yes.  And I'm not saying there's

20    a compromise.  I'm just saying -- that's basically

21    what occurred, exactly what I stated, and that's my

22    position.

23          You've stated your position.  And go ahead and

24    proceed with your questioning.

25    BY MR. FELDMAN:
```

Jamal Ben Alluch
May 27, 2021

```
1      Q    Okay.  So item 14 of the Notice says, "All

2   business plans, sales plans, sales report, financial

3   audit reports, management reports and/or similar

4   documents from April 2013 to the present."

5          As -- as between your memory and those

6   specific documents, which is a better source of the

7   information in those documents, as between your memory

8   and the documents themselves?

9          MR. COLWELL:  Objection to the form of the

10      question.  Presumes that these all exist, which

11      they don't.

12  BY MR. FELDMAN:

13      Q    All right.  Mr. Ben Alluch, is your memory

14  better than the documents themselves relating to the

15  information in these documents?

16          MR. COLWELL:  Objection.  Same objection.

17  BY MR. FELDMAN:

18      Q    Mr. Ben Alluch, do you hear us?

19      A    Would you mind repeating the question one more

20  time, please?

21      Q    Yeah.  As between your memory and the document

22  itself, what is the better source of the information in

23  the document?

24          MR. COLWELL:  Objection to the form of the

25      question.
```

Jamie Ben Alluch
May 27, 2021

1        THE WITNESS:  Let me just rephrase your

2    question to make sure I fully --

3    BY MR. FELDMAN:

4        Q    No, no, no.  I don't want you to rephrase it.

5        A    I just want to make sure I understand the

6    question, so that way you can confirm that I can answer

7    your question appropriately.

8        Q    You don't need to rephrase my question.  You

9    just need to answer it.

10        MR. COLWELL:  The witness is trying to answer

11    your question.  Let the witness answer your

12    question.

13        THE WITNESS:  You are referring to point 14,

14    "All business plans, sales plans, sales reports,

15    financial audit reports, management reports and/or

16    similar documents from April 2013 to the present."

17        I would say my memory is better than those.

18    BY MR. FELDMAN:

19        Q    Really?  Okay.  What's on the -- did you look

20    at the sales report for November of 2019?

21        A    The sales reports --

22        MR. COLWELL:  Objection.  Assumes facts not in

23    evidence.  Lacks foundation.

24    BY MR. FELDMAN:

25        Q    Go ahead.

Jamil Ben Alluch
May 27, 2021

1          Is there a sales report?

2          MR. COLWELL:  Better question.

3    BY MR. FELDMAN:

4       Q    Is there a monthly sales report, Mr. Ben

5    Alluch?

6          MR. COLWELL:  Better question.

7          THE WITNESS:  There are no sales reports.

8    BY MR. FELDMAN:

9       Q    Okay.  Which of these reports in item 14

10   exist?

11      A    None.

12      Q    The company does not have a business plan?

13      A    No.

14      Q    The company has no sales plan?

15      A    No.

16      Q    The company has no sales report?

17      A    I don't believe that's the case, no.

18      Q    It has no written record of how many

19   subscriptions it sold to the -- to the StocksToTrade

20   platform; is that your testimony?

21         MR. COLWELL:  Objection.  That's not what he

22     said.

23         MR. FELDMAN:  Well, I'm asking.

24   BY MR. FELDMAN:

25      Q    Does the company have any -- any documents,

Jamal Ben Alluch
May 27, 2021

1   electronic or otherwise, that reflect subscriptions to

2   the StocksToTrade platform?

3       A    We don't have documents.

4       Q    Well, how are you defining documents?

5       A    That's extremely broad.  That's subjective to

6   my personal --

7       Q    Well, you're saying you don't have documents.

8   Tell me -- tell me, when you use the word documents,

9   what are you including in that word?

10      A    Anything that can be downloaded and viewed on

11  a computer.  That's a document.  You open it --

12      Q    So if the company does not have, quote,

13  unquote, documents regarding its subscriptions to the

14  StocksToTrade platform, what information does it have by

15  which it records its subscription sales?

16      A    I'm not sure I understand your question.

17          MR. COLWELL:  Objection.

18  BY MR. FELDMAN:

19      Q    What is it that you don't understand about

20  that question?

21      A    It's extremely broad and specific.

22      Q    It's not broad, Mr. Ben Alluch.  I'm asking

23  you --

24      A    I'm -- I'm telling you how I understand the

25  question.  You cannot tell me how I understand the

1   question.  I'm just asking for more specification.

2      Q    Mr. Ben Alluch, it's a simple question.

3       Your company sells subscriptions --

4      A    Correct.

5      Q    -- on the StocksToTrade platform; is that

6   correct?

7      A    Yes, we sell subscription on the StocksToTrade

8   platform, yes.

9      Q    Each subscription is by a subscriber, correct?

10     A    Yes.

11     Q    A subscriber pays a monthly fee to access the

12  StocksToTrade platform via the internet, correct?

13     A    Yes.

14     Q    And so to put it pro quo is, the subscriber

15  gives you money and you give the subscriber access to

16  the platform, correct?

17     A    Yes.

18     Q    Okay.  How does the company keep records of

19  its subscribers?

20      MR. COLWELL:  Objection.  Form.

21      THE WITNESS:  We see the list of subscribers

22    on the subscription management system.

23  BY MR. FELDMAN:

24     Q    What is the subscription management system?

25     A    We use Recurly.

Jamie Ben Alluch
May 27, 2021

1      Q    I didn't ask you what you use.

2           What is the subscription management system?

3      A    I just answered your question.

4      Q    Give me your answer again.

5      A    Recurly.

6      Q    And what is Recurly?

7      A    That is a third-party service that manages

8  subscriptions.

9      Q    And what information does Recurly keep in

10  that -- in that system?

11     A    Subscription information.

12     Q    Okay.  So what kind of subscription

13  information?

14     A    Subscriptions.

15     Q    Mr. Ben Alluch, you don't know me.

16     A    No, I don't.

17     Q    But I got to tell you something.  If you're

18  going to play I don't know or I see nothing, I know

19  nothing --

20     A    Mr. Feldman, I am --

21     Q    -- I can be here all day.  I will -- I will

22  drill and drill and drill until you answer the question.

23  Okay?  I'm not going to have this.

24          Now, I'm asking --

25          MR. COLWELL:  Objection.  Objection.

Jamie Ben Alluch
May 27, 2021

1   BY MR. FELDMAN:

2       Q    I'm asking clean, simple questions.  Okay?

3            You're telling me that this -- this

4   third-party service keeps subscription information.

5            I want to know, what are the components of the

6   subscription information kept by that vendor?  That's a

7   clear -- clear question.

8            MR. COLWELL:  Objection.  Argumentative.  Ask

9       better questions.  Okay?

10           He's here to provide information.

11           You're talking about topic 14, right?  He's --

12      he clearly was -- is here to discuss the financial

13      reporting.

14           And with respect to Recurly, I mean, just

15      because you don't know what it is doesn't mean he's

16      not trying to answer your question.

17  BY MR. FELDMAN:

18      Q    Okay.  Mr. Ben Alluch, we're talking about the

19  company's subscription information.

20           What are the components of the subscription

21  information kept by this third-party vendor?

22      A    Anything relating to the subscriptions.  I

23  don't understand what -- I mean, components is extremely

24  broad in every sense of the way.

25      Q    You don't understand the word component?

Jamie Ben Alluch
May 27, 2021

1     A    I understand the word component.

2          I just -- are you talking about, you know, the

3     back end of Recurly?  Are you talking about the emails

4     of Recurly?  I don't know which components you're

5     referring to.  It's an extremely wide system.

6     Q    Well, when we -- when we -- listen, when you

7     talk about subscription information, you're certainly

8     talking about the name of the customer, right?

9     A    We keep that, yes.

10    Q    Do you keep the address of the customer?

11    A    Yes.

12    Q    Do you keep the phone number of the customer?

13    A    No.

14    Q    Do you keep the email of the customer?

15    A    Yes.

16    Q    Do you keep the credit card information of the

17    customer?

18    A    Recurly does.

19    Q    Do you keep -- and Recurly is acting on STT's

20    behalf; it's keeping the information for STT, correct?

21    A    Recurly is a third-party service that provides

22    subscription management services.

23    Q    To STT, correct?

24    A    To StocksToTrade, yes.

25    Q    Good.  And it also maintains the subscription

Jamie Ben Alluch
May 27, 2021

1  history, the duration of the customer's subscription,

2  correct?

3     A    Yes.

4     Q    And it also maintains a record of the revenue

5  that that customer has paid to STT, correct?

6     A    Yes.

7     Q    Okay.  Other than those items which are the

8  components or at least some of the components of the

9  subscription information, what else -- what other

10  components of information does Recurly keep, other than

11  the -- other than the items that I just mentioned?

12     A    Transaction i.d.s.

13     Q    What is a transaction i.d.?

14     A    Well, Recurly manages subscriptions, but it's

15  not our payment gateway.  Payments go through a separate

16  system.

17        Transaction i.d.s are where the payment

18  happened it's kept -- there's a record kept on Recurly.

19     Q    Okay.  Now, as -- do you have a photo memory

20  of every record of every subscriber that this vendor

21  keeps for STT?

22     A    I do not have a photo memory of every record

23  and every subscriber.

24     Q    And you would agree that the best information

25  regarding the subscription, the company subscription

Jamal Ben Alluch
May 27, 2021

1   history, are the actual records kept by this vendor,

2   correct?

3       A    Yes.

4       Q    Do you have those records with you this

5   morning?

6       A    I don't have the records from Recurly, no.

7       Q    So you're here today to give us information

8   you remember from this vendor, but you do not have the

9   vendor's information with you, correct?

10      A    You're -- I don't understand your question.

11          MR. COLWELL:  Objection to the form of the

12      question.

13  BY MR. FELDMAN:

14      Q    You do not have the information with you to

15  give to us today; is that right?

16      A    I do not have the Recurly information today

17  with me.

18      Q    Thank you.  Okay.

19          MR. COLWELL:  Documents, he doesn't have any

20      documents, nor is this part of the deposition

21      Notice.

22          MR. FELDMAN:  It isn't?

23          MR. COLWELL:  No.

24  BY MR. FELDMAN:

25      Q    Mr. Ben Alluch, when we talk about sales for

Jamal Ben Alluch
May 27, 2021

```
 1   STT, we talk about subscriptions, don't we?

 2      A    When we talk about sales?  My understanding is

 3   we talk about transactions happening that generates

 4   revenue, and the revenue goes --

 5      Q    Mr. Ben Alluch, the company sells

 6   subscriptions through the StocksToTrade platform; isn't

 7   that right?

 8      A    Yes.

 9      Q    Okay.  So when we talk about -- when we use

10   the word sales in relation to StocksToTrade.com, Inc.,

11   we are talking about subscription sales, correct?

12      A    That is your understanding of it.

13      Q    Well, tell me.  Isn't that the truth?  Isn't

14   that what your company does?  It sells subscriptions

15   through the StocksToTrade platform.  Isn't that the

16   truth, yes or no?

17      A    There were multiple components to your

18   question, sir.  I just want to make sure --

19      Q    Mr. Ben Alluch, stop.

20      A    Stop what?

21      Q    Your job is to answer questions.

22          MR. COLWELL:  Objection.  This is

23   argumentative.  Stop badgering the witness.

24          MR. FELDMAN:  I am not arguing --

25          COURT REPORTER:  One at a time, please.
```

Jamia Ben Alluch
May 27, 2021

1           MR. COLWELL:  You're just arguing with the

2      witness.  Ask a question.

3  BY MR. FELDMAN:

4      Q    Mr. Ben Alluch, isn't it true that

5  StocksToTrade's sole product, the sole thing it sells

6  are subscriptions to the StocksToTrade platform, yes or

7  no?

8      A    That's not true.

9      Q    Okay.  What else does it sell?

10      A    Educational products.

11      Q    Okay.  Other than -- other than educational

12  products and the StocksToTrade platform, what else does

13  it sell?

14      A    E-books, courses.

15      Q    Those are educational products, are they not?

16      A    Let me -- let me define educational products

17  for you.

18           We have courses that are with live training,

19  so that's what we understand as an educational product.

20           Then we have one-time sales that are going to

21  be books, E-books or course videos.  Those are -- we

22  consider them separately from the educational product as

23  a subscription, which is our understanding of

24  educational products at this point.

25      Q    I have no interest in the educational

1  products.  I'm here to talk today about the sales that

2  the company makes regarding subscriptions to the

3  StocksToTrade platform.  Okay?

4          Now, you would agree that your company makes

5  money by selling subscriptions to the StocksToTrade

6  platform, correct?

7      A    It makes money selling a variety of products,

8  which includes the StocksToTrade platform.

9      Q    Okay.  Now, and the best record of the number

10  of subscribers that the company has ever had are the

11  records, that is in the past or currently, are the

12  records kept by that third-party vendor you mentioned,

13  correct?

14      A    Yes.

15      Q    All right.  And you, sitting here today, you

16  don't have knowledge of the entirety of the contents of

17  those records, correct?

18      A    I do not.

19      Q    And if you were going to give us information

20  about the number of subscriptions the company had in a

21  particular month and the revenue generated from those

22  subscriptions, you would need those records to give that

23  information, correct?

24      A    I would need to go to Recurly as a platform to

25  look at the information on their dashboard.

Jamal Ben Alluch
May 27, 2021

1      Q    Okay.  Would you please go to Recurly and tell

2   me how many subscriptions the company had in the month

3   of November 2019?

4            MR. COLWELL:  No, we're not going to do that.

5            MR. FELDMAN:  Thank you.

6            MR. COLWELL:  You can -- you can ask your

7       questions.  He's not going to go look for

8       documents.

9            Like I said, the topics you've asked for are

10      sales, revenue.  He can provide that information to

11      you.

12           He's not going to go searching for documents

13      throughout this deposition.

14           MR. FELDMAN:  You are -- Counsel, you are

15      impairing this deposition through your

16      instructions, and I'm just telling you up front,

17      we're going to seek sanctions for the interference

18      that you are causing by your instructions.  You're

19      impairing our ability to take this deposition.

20   BY MR. FELDMAN:

21      Q    Now, answer my question, please, Mr. Ben

22   Alluch.

23           How many subscribers did the company have in

24   November of 2019?  Do you have that information

25   available, sir?

Jamal Ben Alluch
May 27, 2021

1      A    I do not have it available.

2      Q    Well, what would you need in order to answer

3  that question?

4      A    I would need to open my browser, log into

5  Recurly, enter to factor identification, and then open

6  the dashboard for Recurly, and then proceed to the

7  analytics information of the platform.

8      Q    Please do that, sir.

9          MR. COLWELL:  We're going to go off record.

10         MR. FELDMAN:  No, we're not.

11         MR. COLWELL:  Yeah, we are.

12         Hey, Witness, we're going to go off record.

13   We're taking a break.

14         MR. FELDMAN:  Again, totally inappropriate.

15   Totally inappropriate.

16         And do not go off record, please.  Madame

17   Court Reporter and Videographer, please do not go

18   off record.

19         VIDEOGRAPHER:  Yes, sir.

20         MR. FELDMAN:  Let the record reflect with a

21   question pending Counsel is consulting with his

22   client.

23         And our record should also reflect, and all

24   I'm doing right now is burning my time, so I am

25   going to agree to go off record because they have

Jamie Ben Alluch
May 27, 2021

```
1    shut down their video and they have shut down their

2    audio in the midst of a question pending.

3         And we'll go off the record now.

4         VIDEOGRAPHER:  We're off the record, 3:40 p.m.

5    UTC time.

6         (Recess.)

7         VIDEOGRAPHER:  We're back on the record,

8    3:45 p.m. UTC time.

9         MR. COLWELL:  Is Plaintiff's Counsel on the

10   record or is Plaintiff's Counsel still waiting?

11        MR. BOTWIN:  Mr. Feldman is not back yet.

12        MR. FELDMAN:  No, okay.  I'm sorry.  I was

13   here.

14  BY MR. FELDMAN:

15   Q    Mr. Ben Alluch, what's the answer to my

16  question?

17        MR. COLWELL:  So Mr. Ben Alluch is not

18   answering.  There's no question pending.

19        Here's the issue with respect to Recurly.

20   And, again, this is the problem when Plaintiff has

21   not sought timely discovery.

22        Recurly has customer lists.  We've objected to

23   customer lists.  Okay?

24        We're not producing any information about

25   customer lists.  This witness is not going to
```

Jamie Ben Alluch
May 27, 2021

1  testify about customer lists.

2       With respects to sales information, subscriber

3  information, number of subscribers, revenue

4  generated and the rest, this witness, STT's

5  corporate designee, will testify regarding that.

6       We're going to designate this information

7  highly confidential and he can access that from the

8  relevant records that he has before him.

9       That's the instruction to the witness.

10      Ask your question.

11      MR. FELDMAN:  Well, there's a question

12  pending.

13      MR. COLWELL:  I'm not aware of any question

14  pending.  All I heard was a lot of argument before

15  we took our break.

16      MR. FELDMAN:  You did what lawyers --

17      (Simultaneous speakers.)

18      MR. FELDMAN:  -- is to instruct the witness

19  not to answer the question that is pending and then

20  go off record and privately consult with the

21  witness to tell him how to answer the question,

22  which is completely inappropriate, which I'll bring

23  up with Judge Torres, in addition to a whole bunch

24  of other things.

25      MR. COLWELL:  Yeah, none of that happened.

Jamil Ben Alluch
May 27, 2021

1          (Simultaneous speakers.)

2          MR. COLWELL:  But what I just -- what I just

3      said is what happened.

4          MR. FELDMAN:  Yeah, I know.

5          MR. COLWELL:  If you have a question, you can

6      ask the question.  If you -- have any questions for

7      this witness, then you can do whatever you want.

8          MR. FELDMAN:  Sandra, would you read back the

9      pending question, please.

10          COURT REPORTER:  Yes, sir.  Before I do, I

11      need one person speaking at a time, please.

12          (A portion of the transcript was read.)

13  BY MR. FELDMAN:

14      Q    Okay.  So Mr. Ben Alluch, would you please

15  proceed to open the Recurly platform.

16      A    Yes.

17          MR. COLWELL:  He's already done so.

18          MR. FELDMAN:  Okay.

19          MR. COLWELL:  And like I say, the

20      clarification was with respect to customer lists,

21      which we've already objected to, and I've already

22      made my record on that point.

23  BY MR. FELDMAN:

24      Q    What I want to do, please, is, I want you to

25  give me from the launch of STT in February of 2016, I

Jamie Ben Alluch
May 27, 2021

1    want the number of subscribers and gross revenue for

2    those subscribers for each month, commencing with the

3    first month that the company launched the StocksToTrade

4    platform, please.

5        A    Could you be specific about dates, please?

6        Q    Yeah.  From the very -- from the very first

7    month where the company made money selling subscriptions

8    through the StocksToTrade platform up to current date,

9    please give me that information.

10           MR. COLWELL:  Objection to the form.  Calls

11       for --

12           MR. FELDMAN:  Counsel --

13   BY MR. FELDMAN:

14       Q    And then, Mr. Ben Alluch, you're obviously

15   looking at something based on what I'm observing on the

16   screen.

17           Would you confirm what it is that you're

18   looking at to give me this information?

19       A    I am looking at the monthly recurring revenue

20   analytics portion of Recurly right now.

21       Q    Okay.

22       A    Which I am querying between February 15, 2016,

23   to today.

24               * * * * *

25           (Page 55, line 24 to Page 131, line 19 of the

Jamie Ben Alluch
May 27, 2021

1    transcript has been declared confidential and is

2    produced under separate cover.)

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021



1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021



1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021



1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021



1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1 #

2 #

3 #

4 #

5 #

6 #

7 #

8 #

9 #

10 #

11 #

12 #

13 #

14 #

15 #

16 #

17 #

18 #

19 #

20 #

21 #

22 #

23 #

24 #

25 #


Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021



1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021



1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021



1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10    #

11    #

12    #

13    #

14    #

15    #

16    #

17    #

18    #

19    #

20    #

21    #

22    #

23    #

24    #

25    #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021



 1   #

 2   #

 3   #

 4   #

 5   #

 6   #

 7   #

 8   #

 9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021



1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

```
 1   #

 2   #

 3   #

 4   #

 5   #

 6   #

 7   #

 8   #

 9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #
```

Jamie Ben Alluch
May 27, 2021



1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jami Ben Alluch
May 27, 2021



1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamil Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jami Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jami Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jami Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jami Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamil Ben Alluch
May 27, 2021



1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jami Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

 1   #

 2   #

 3   #

 4   #

 5   #

 6   #

 7   #

 8   #

 9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jami Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamil Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jami Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021



1 #

2 #

3 #

4 #

5 #

6 #

7 #

8 #

9 #

10 #

11 #

12 #

13 #

14 #

15 #

16 #

17 #

18 #

19 #

20 #

21 #

22 #

23 #

24 #

25 #

Jami Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jami-Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021



1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jami Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021



1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1  #

2  #

3  #

4  #

5  #

6  #

7  #

8  #

9  #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jamie Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jami Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jami Ben Alluch
May 27, 2021

1  #
2  #
3  #
4  #
5  #
6  #
7  #
8  #
9  #
10  #
11  #
12  #
13  #
14  #
15  #
16  #
17  #
18  #
19  #
20  #
21  #
22  #
23  #
24  #
25  #

Jamie Ben Alluch
May 27, 2021

1   #

2   #

3   #

4   #

5   #

6   #

7   #

8   #

9   #

10  #

11  #

12  #

13  #

14  #

15  #

16  #

17  #

18  #

19  #

20  #

21  #

22  #

23  #

24  #

25  #

Jami Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #

Jamie Ben Alluch
May 27, 2021

```
 1   #

 2   #

 3   #

 4   #

 5   #

 6   #

 7   #

 8   #

 9   #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19   #

20   #

21   #

22   #

23   #

24   #

25   #
```

Jami Ben Alluch
May 27, 2021

1    #

2    #

3    #

4    #

5    #

6    #

7    #

8    #

9    #

10   #

11   #

12   #

13   #

14   #

15   #

16   #

17   #

18   #

19              * * * * *

20         MR. FELDMAN:  Okay.

21   BY MR. FELDMAN:

22      Q    All right.  So Mr. Ben Alluch, let's talk

23   about events now.  Okay?

24      A    Sure.

25      Q    And what I want to do, and I understand now

1  we're going to be talking about the genesis of the

2  StocksToTrade platform, going back to the earliest day,

3  month and year that this project began.  Okay?

4         And I understand from the earlier conversation

5  that this information is personal, as opposed to

6  corporate, correct?

7     A    Yes.

8     Q    Okay.

9     A    Anything -- anything just, as an addition,

10  anything preceding the formation or the incorporation of

11  StocksToTrade I will answer on a personal basis, based

12  on my knowledge and experience as myself.

13    Q    Okay.  So let's -- let's talk.

14         So when -- what was the earliest point of

15  origin of the development of the StocksToTrade platform?

16    A    Would you mind being more specific?

17    Q    Sure.  We got your company's interrogatory

18  responses and we know the following:  That there was

19  a -- in fact, I'll just -- I'll just read it.

20         In response to interrogatory 5, SST -- I'm

21  sorry -- STT, in response to my client's first set of

22  interrogatories, this is in response to interrogatory

23  number 5, said:  "Jewmon entered into an agreement with

24  Scopic Software on or about May 7, 2014, under the terms

25  of which Scopic provided software development services

Jami Ben Alluch
May 27, 2021

1    to Jewmon.  STT entered into an agreement with Scopic

2    Software, on or about May 7, 2016, under the terms of

3    which Scopic provided software development services to

4    STT.  STT further states that under the May 7, 2014, and

5    May 7, 2016, agreements with Scopic, Jewmon and/or STT

6    independently developed the STT platform."

7         Okay?  So this is where we start.  This is

8    information that STT gave us.  All right?

9       A    Understood.

10      Q    All right.  So starting with the May 2014

11   Jewmon/Scopic agreement, that's the point in time where

12   I want to direct you.  Okay?

13      A    Yes.

14      Q    All right.  Do you have knowledge as to --

15   first, do you have knowledge as to who initially

16   contacted Scopic on behalf of Jewmon?

17      A    I do not have the knowledge.  I can only

18   assume, but I don't have the knowledge.

19      Q    Tell me what you do know regarding this topic

20   that is --

21      A    So --

22      Q    Go ahead.

23      A    I believe that Tim and Zach initiated the

24   contact with Scopic Software.

25      Q    When?

Jami Ben Alluch
May 27, 2021

1      A    I don't have the specific dates on that.

2  Based on -- based on what you said --

3      Q    It would have been before May 2014, correct?

4      A    I cannot speak to that.  I wasn't privy of

5  those conversations.

6           So based on the dates you gave me, which

7  was -- was it May 7, 2014?

8      Q    Yes, according to the interrogatory response,

9  May 7, 2014.

10     A    Yeah.  So it would -- I guess if they had --

11  if the agreement was signed, my understanding is it

12  would -- they would have talked prior to that just to

13  set it up, but I have no knowledge of the details on how

14  that was established during that time.

15     Q    Do you know if any other companies were

16  contacted, other than Scopic, to develop the

17  StocksToTrade platform?

18     A    I don't believe that's the case.

19     Q    Do you know how Scopic was found?

20     A    I'm not sure.  And I believe it may have been

21  a contact of Zach.

22     Q    Do you know what motivated Zach to contact

23  Scopic?

24     A    I can -- I can only assume.  I do not know,

25  but I can only assume.

Jamie Ben Alluch
May 27, 2021

1     Q    What -- then tell me what you assume.

2     A    So my assumption would be that the prior

3  version, so the white label version of StocksToTrade,

4  was not able to evolve or there was no desire to -- this

5  is, again, based on prior conversations, not

6  specifically on the subject, but my understanding is

7  there might have been a split over the direction to take

8  with the software, which was not satisfactory.  And I

9  guess Tim and Zach wanted to make something evolve that

10  was more catered to the penny stocking people and the

11  way Tim Sykes teaches, as opposed to some of the things.

12          And one of the big limitations that EquityFeed

13  had at the time was charting was extremely bad, given

14  the fact that the entire demographics that serves or

15  that Tim Sykes aims to serve focuses on penny stock

16  trading, which relies a lot on charting information.

17          So one of the down sides was, I guess, maybe,

18  you know, EquityFeed wasn't willing to make that product

19  evolve, at which point there might have been a split,

20  but again, I can only assume that's the case, which led

21  to creating their own product and pushing the features

22  they wanted to see, which was very focused specifically

23  on charting and more of the Tim related indicators that

24  he wanted to see for his demographic as we started out,

25  or as, you know, StocksToTrade started out in the

Jami Ben Alluch
May 27, 2021

1    software end, then evolved into the software that it is

2    today.

3        Q    When you talk about indicators, we're talking

4    about criteria that people can use to filter the

5    StocksToTrade database, correct?

6        A    When -- when I talk about indicators, I'm

7    talking about how Tim finds his stocks.

8            And my understanding is, you know -- or

9    actually, as a user I know this for a fact of EquityFeed

10   prior to joining StocksToTrade.

11           I was actually on The Challenge program, which

12   is Tim's educational program, and I was part of the

13   StocksToTrade white label as a customer.

14           And during that time, one of the selling

15   features for StocksToTrade as a white label was the

16   ability to have those, you know, tools to be able to

17   find stocks quickly, based on the knowledge that Tim

18   Sykes offered to find them.

19       Q    Well, the white label had Tim Sykes' 40 -- 40

20   scans, didn't it?

21       A    I believe that's the case.

22       Q    Right.  So the white label agreement had the

23   information that Sykes thought was important in

24   locating --

25       A    I --

Jami Ben Alluch
May 27, 2021

1     Q     -- problem stocks, right?

2     A     I believe -- yeah, I believe Tim Sykes

3   provided that information to EquityFeed somehow.

4     Q     Okay.  In fact, as a user, you know that

5   Sykes' 40 scans were on the white label, don't you?

6     A     To the best of my recollection, I would say I

7   think they were probably there.

8     Q     Yes, okay.

9           Now, do you know if both Tim and Zach

10  communicated with Scopic?

11    A     Tim never really communicated with Scopic.

12  And let me -- let me rephrase my answer.

13          I don't believe Tim ever communicated with

14  Scopic, just because it's his -- forgive me the way I'm

15  saying this -- but he's incompetent in anything that has

16  to do with technology.  He has no ability to fully

17  understand or describe a technical need to someone who's

18  versed in technical specific fields.

19    Q     What about Zach?

20    A     Zach might understand slightly what is going

21  on, but he's also not someone who's technically

22  oriented, so he wouldn't be able to understand the

23  specifics of how a given program would work.

24          And my understanding is that, you know, they

25  hired Scopic specifically because they didn't quite

Jamie Ben Alluch
May 27, 2021

1   understand how or the technicalities of making a

2   program.  They didn't have that knowledge and weren't

3   able to hire the people that may have had it at that

4   point to create whatever it is they wanted to do at that

5   point in time.

6        Q    Were either -- strike that.

7             Based on your personal knowledge, are either

8   Zach or Tim, that is, Tim Sykes or Zach Westphal,

9   skilled to develop a graphic user interface?

10       A    No.

11       Q    And you agree that in order to develop a

12  graphic user interface, you first need to know the

13  visual; that is, what you want that interface to look

14  like to the user, correct?

15       A    I do not agree with that.

16       Q    I'm sorry?

17       A    I don't -- I don't agree with that.

18       Q    Okay.  So then perhaps you can help me

19  understand it.  But let me, if I may just for a moment,

20  use a narrative.

21            What I'm understanding is that if I -- if I

22  know what I want my interface to look like, I can then

23  have code written to create that visual.  And I operate

24  on the understanding that in order to create the visual,

25  you need to create the code, and the code can't be

Jami Ben Alluch
May 27, 2021

1    written until you know what the visual -- until you know

2    what the visual -- until you know what you want the

3    visual to look like.  Is that understanding correct or

4    incorrect?

5        A    I believe that's not the case.  It's --

6        Q    Can you explain it then to me, please, Mr. Ben

7    Alluch?

8        A    I feel like your -- your perception of user

9    interfaces overall is oversimplified, and there's a lot

10   more elements in the development process that -- some

11   include, you know, user interfaces.

12           And in order to have a user interface, you

13   need coding when it comes to functional programming.

14           So in order to have something visual, whether

15   it's -- in this case you're using zoom.  It has its own

16   interface.  It has code underneath, right?

17       Q    Uh-huh.

18       A    But that code is not necessarily defined by a

19   graphical design.  People can come up with just basic

20   code.  And you can find online all kinds of ugly

21   interfaces that are just coded in a way.

22           What that means is --

23       Q    Let me stop you for one second, just so --

24   this is helpful.  But I want to make sure for the

25   benefit of those who listen to this down the road that

Jamil Ben Alluch
May 27, 2021

1   they understand what we're talking about.  All right?

2          So let's define terms.

3          When we talk about a graphic user interface or

4   when you talk about a graphic user interface, what are

5   you talking about?

6      A    I am referring to the portion of the software

7   that a given user or user can interact with on a screen.

8      Q    Right.  So -- so when we talk about Google,

9   the Google interface, the Google interface is what we

10  see when we go to google.com.  It's the visuals on the

11  landing page for google.com, correct?

12     A    I would say that is an oversimplification of

13  it, and that -- you just added a different layer of

14  that, because essentially what you see in Google is a

15  web page.  And while it is an interface, what you're

16  seeing is the interface of the browser as a rendering

17  engine that's grabbing code provided by a given service,

18  in this case, Google, that gets recreated based on that

19  code by a third-party software.

20         So the way -- in your example, the way a

21  browser works is, you're basically requesting some

22  information from a server, and that server resends you

23  code.  And the role of that browser is to render a

24  visual code into something a user can interact with.

25         So for all intents and purposes the interface

Jami Ben Alluch
May 27, 2021

1    is not really created by Google.  It's rendered by the

2    browser.

3          And you can see these differences if you go on

4    Chrome, for example, as a browser, if you do Edge or

5    Safari, depending on the versions they are adhering to

6    when it comes to standards of html, which is the coding

7    used for web pages, you'll see different things.

8          So Safari, for example, has a tendency to not

9    respect the standards.  And so when you're coding in a

10   certain way, it's not going to look the same between the

11   two.

12          So that's a user interface that's defined by

13   the browser.

14          And then someone is coding it.  And that's,

15   again, it's a different problem than what you're

16   alluding to earlier.

17      Q    What I'd like you to do, if you could, first,

18   direct -- we're dealing -- we're dealing with a graphic

19   user interface in this case; you would agree?

20      A    No.

21      Q    Well, let me step back.  And I'm going to --

22   I'm going to have to use a lay explanation here.  All

23   right?

24      A    Sure.

25      Q    So there -- when you go to stockstotrade.com

Jamie Ben Alluch
May 27, 2021

1   and you sign into the StocksToTrade platform, when we're

2   on the platform there are visuals, correct?

3       A    I believe you just mixed two completely

4   different aspects of the business.

5       Q    Well, let me -- let me be specific.

6            To get -- to get to the StocksToTrade

7   platform, you need to go to stockstotrade.com, correct?

8       A    That's partially accurate.

9       Q    Okay.  And then -- so you need a portal to the

10  platform, correct?

11      A    No.

12      Q    Okay.  So tell me what is incorrect about

13  that.

14      A    StocksToTrade is a software.  It's not --

15  okay.  So -- and what I was alluding to earlier, you are

16  mixing two different things.

17      Q    Go ahead.

18      A    You mentioned StocksToTrade.com.  That's a

19  website.  It's how we market our product, how we bring

20  people in.  We do search engine optimization.  We do

21  marketing.  We send emails.  And they go there and they

22  see, you know, our offerings or anything we want them to

23  see on a public basis.

24           We have a link that goes to our customer

25  dashboard where they can log in and see their billing

Jarvis Ben Alluch
May 27, 2021

1    information.  And all of that is what they see, they

2    manage their accounts, but has nothing to do with the

3    application.

4          Now, you do need to have that account, which

5    is synchronized, to be able to access the platform.

6          Now, the platform in sales, our market data

7    analysis platform, that is a piece of software that you

8    actually need to install on your computer independently

9    of the website.

10          So the website is not needed once you have

11    downloaded and you have an active subscription, right?

12          So you logged in, you downloaded the piece of

13    software, and then you are able to run StocksToTrade on

14    your machine with your credentials.

15          But those two, other than the account

16    management system that we have that basically deals with

17    the permissions, do not intertwine in any way or form.

18    They do not communicate in any way or form.

19          StocksToTrade is software.  And then

20    StocksToTrade.com is our website to bring people in and

21    then do other kind of public management or, you know,

22    customer facing visuals that people need to be able to

23    have to know what we do or find information about us.

24    Q    So let's put the website aside.

25    A    Sure.

Jami Ben Alluch
May 27, 2021

1       Q     And then let's talk about the StocksToTrade

2   platform.

3       A     Yes.

4       Q     Now, so to get on to the platform, you need to

5   log on, correct?

6       A     Yes.

7       Q     And then you would install your user name and

8   a pass code, and then you would press enter.  And then

9   if all is good, the platform appears on your computer

10  screen, correct?

11      A     So you would log into the website.  You would

12  download the package that -- whether it's Mac or

13  Windows, you would download that onto your computer.

14  Then you need to go through the installation process.

15          So that -- that downloaded file has a number

16  of other files, which will put files or, you know, the

17  contents in specific folders for a customer to be able

18  to run that application on their computer.  Just having

19  the downloaded file will not execute.

20          Once that is installed as a piece of software,

21  the same way you would install Chrome or Zoom on your

22  computer as a naked application, what we call naked

23  application, which means it runs directly on the

24  machine, as opposed to a web application, which runs on

25  a browser and on external server.

Jamie Ben Alluch
May 27, 2021

1         So the naked application, once installed on

2    your system, at that point you will have an icon on your

3    desktop.  You can double click on that and it will pop

4    up the log-in screen that is part of the naked

5    application and not the website.

6         Q    Got it.  Now, once you log in, what do you

7    see?

8         A    That depends.

9         Q    Please, help me.

10        A    Well, it depends on the type or -- the type of

11    customer you are or you're -- whether it's the first

12    time or not that you're having.

13        Alluding back to what I was saying about our

14    market responsibilities, so let's say you just signed up

15    for StocksToTrade, right, on a fully paid, not a trial,

16    because those have different ways we manage it.  But

17    let's say you just signed up for the full subscription,

18    monthly subscription.

19        So you enter your credit number, pay the

20    179.95 we have for the monthly subscription, which is

21    the base.  You have your credentials.  You enter your

22    credentials.

23        And what we display at that point is going to

24    be the market agreements, and that is our requirements

25    from the markets and exchanges to collect information

Jamil Ben Alluch
May 27, 2021

1    from each customer to either qualify them or disqualify

2    them as what we call non-professional users.

3          And the meaning of that is essentially really

4    for billing purposes on the market side.

5          But a professional user is what's recognized

6    as a FINRA registered user or someone who has the

7    ability to trade on behalf of other people, such as

8    financial advisers, registered FINRA representatives,

9    you know, securities dealers, broker/dealer employees,

10   things like that, or anyone ultimately representing a --

11         MR. TOUIZER:  You're trying to get to when the

12      user loads up the platform, what does he see?  And

13      he's taking you --

14         MR. COLWELL:  Sorry.

15         MR. FELDMAN:  Stephan, you need to mute your

16      microphone.

17         MR. TOUIZER:  Oh.

18         MR. FELDMAN:  Go ahead.  I apologize, sir.

19         Go ahead.

20         THE WITNESS:  Right.  So what I was getting

21      at, they have to fill out those forms.

22         And at that point they end up -- so once they

23      agree to everything and we have qualified them, so

24      that means they answer that they are

25      non-professional, at that point what happens is, we

Jamie Ben Alluch
May 27, 2021

1     grant them access to the actual interface, what you

2     understand as the user interface.

3   BY MR. FELDMAN:

4     Q    Okay.  So -- and that's where -- that's where

5   I want to go.

6          So at what --

7     A    Understood.

8     Q    -- point are we at the user interface?

9     A    I did not hear that part.  I'm sorry.

10    Q    Pardon me.

11         At what point in the log-in process are we at

12   the user interface?

13    A    Everything you see is a user interface.  The

14   log-in screen is a user interface.  The market

15   agreements are user interfaces.

16    Q    But -- and I think you understand what I'm

17   saying.

18         At what point are we at the user interface for

19   the StocksToTrade platform tool itself?

20    A    So the functional platform, the user interface

21   with the tooling, that is after the log in and after

22   they have agreed to the market agreements.

23         And in the example I was giving, once that is

24   done, you're not due to refill those for another year.

25   So every time you log in after that, you'll have access

Jamil Ben Alluch
May 27, 2021

1   to the platform.

2        Q    Okay.  Now, when you -- so we're now -- we're

3   now on the platform.  And can we agree that there are

4   different components of the user interface in relation

5   to different functions of the platform?

6        A    I would agree that there are a number of

7   different interactions you can do to perform different

8   activities on the platform through the user interface we

9   have created.

10       Q    So is it one user interface or multiple user

11  interfaces?

12       A    I feel like we're playing on semantics there.

13  I mean, the user interface presents what the user

14  interacts with.

15            And as I explained before, StocksToTrade is

16  modular.  So we have a lot of little components within

17  what we call the platform, but it's really modular.  So

18  each piece of the software exists in its own thing and

19  may have links to other pieces of the interface itself.

20       Q    How many modules does the StocksToTrade

21  platform have?

22       A    I'll have to choose how to break it down.

23            If I grab, like, the major features, I would

24  say that's probably, like, 60, 70, and not including

25  anything that goes behind the scenes that people don't

Jami Ben Alluch
May 27, 2021

1    see.

2           So user interface only, we probably have

3    about, like, maybe 50 modules, just top of my head.  And

4    I would have to validate with a list of things we have.

5       Q    So now, when you use modules, are you talking

6    about functions?

7       A    You need to be more specific.

8       Q    Well, what defines a module?

9       A    It -- well, I would call -- so my

10   understanding on a module is any piece of tooling that

11   may have a representation visually within the interface.

12   And that may come in very different shapes and forms,

13   depending on the type of tool that you are using.

14      Q    Now, let's -- let's talk about Screener Plus.

15   Okay?

16           You would agree that that's a module of the

17   StocksToTrade platform, correct?

18      A    Screener Plus, I would qualify that as a

19   module within StocksToTrade as a platform.

20      Q    And it has its own visuals, correct?

21      A    Yes.

22      Q    And those visuals are the user interface for

23   that function, correct?

24      A    I wouldn't call it a function.

25      Q    What would you call it?

Jamie Ben Alluch
May 27, 2021

1      A    The module.

2      Q    Okay.  So when someone logs on to the

3  StocksToTrade platform, what do they need to do to get

4  from the landing page to the Screener Plus page?

5      A    There's no landing page.  But in order to get

6  to Screener Plus, they would have to actively open a tab

7  and then specifically select that function.

8           So when a user first starts up the platform as

9  a brand-new user, they will have basically nothing on

10  screen.  There's nothing displayed.  There's the shell,

11  which has the, what I would call the container module,

12  which is basically an empty space where it can basically

13  load different pieces of the software.

14           So that's kind of like the top level module

15  that is tasked with containing other pieces of that

16  interface.

17           When you start up the application, you have

18  nothing.  You just have the container module and you

19  have the buttons that allow you to open various tooling.

20           The first time you run it, you will have a

21  tutorial available that kind of like shows arrows on how

22  to do things.  But beyond that, once that tutorial

23  closes, you're left with essentially, like, the title

24  bar, the toolbars and the sidebar with empty spaces for

25  you to basically decide how you want to fill out your

Jamie Ben Alluch
May 27, 2021

1   space, depending on your own personal needs for trading.

2       Q    Well, if someone wants to use Screener Plus,

3   what do they do?

4           MR. COLWELL:  Objection.  Form.

5           You can answer.

6           THE WITNESS:  In order to do that, as I

7   mentioned earlier, the process for opening that

8   specific feature within the platform, they would

9   have to go and visit -- actually, not go and visit.

10          They would have to open a tab, which would

11   qualify as another type of container feature or a

12   module.  And then they would have to actively click

13   on the button that's -- that has a tool set that

14   says Screener Plus.

15  BY MR. FELDMAN:

16      Q    Okay.  Now, they press that button.

17      A    Uh-huh.

18      Q    What happens?

19      A    So once they press the button within that tab

20  container module, the window for the Screener Plus

21  feature comes up -- or the module, the visual portion of

22  the module comes up within the tab.

23      Q    Now, that visual portion of the Screener Plus

24  module, is that -- is that part of the software?

25      A    It's a module as part of the software, just

Jamil Ben Alluch
May 27, 2021

 1    like all other modules on their own.

 2         Q    Whatever is in a module is in the software,

 3    correct?

 4         A    It's part of the platform, yes.

 5         Q    Right.  So a graphic user interface is

 6    actually part of the software, correct?

 7         A    The software needs to be --

 8              MR. COLWELL:  Form.

 9              THE WITNESS:  The software needs to be a -- I

10         mean, unless you like doing things in a console or

11         a terminal, for all intents and purposes a software

12         in the understanding of this conversation has to

13         have a graphic user interface; otherwise, there is

14         no way for you to interact with the technology.

15    BY MR. FELDMAN:

16         Q    Right.  So the -- in Screener Plus, the

17    graphic user interface for Screener Plus is part of the

18    software for Screener Plus, correct?

19         A    The graphical user interface is part of the

20    Screener Plus -- so let me word that properly.

21              The graphical user interface for Screener Plus

22    is part of the Screener Plus module, which belongs to

23    or, you know, associates with all the other modules that

24    represent the StocksToTrade platform.

25         Q    Right.  So -- but the screener -- what's under

Jami Ben Alluch
May 27, 2021

1    the visuals on the Screener Plus platform is the

2    software, what drives the visual?

3        A    I want to make sure I fully understand how

4    you're defining software, because everything --

5    everything is software.  By definition, you know, a

6    module is software, the platform is software and the

7    containers around them are software.

8        Q    I'm talking about code.

9        A    Again, anything related to anything that runs

10   on a computer is called software.  And that's why I want

11   to make sure I fully grasp how you're defining that.

12       Q    Okay.  What I'm talking about now is the

13   Screener Plus graphic user interface; that is, as I'm

14   using that term, it is the visual that the user sees on

15   Screener Plus that allows that user to achieve or to use

16   the functionality of that module to actually do scans.

17       A    So to answer your question, there is software

18   supporting the module of Screener Plus and displaying

19   the graphical user interface for the end user as part of

20   the Screener Plus module.

21       Q    Okay.  Now, so the graphic user interface has

22   a design, correct?

23       A    Yes.

24       Q    And you would agree that part of that design

25   is the sequencing of indicators, correct?

Jami Ben Alluch
May 27, 2021

1    A    I don't believe I can agree to it.

2    Q    Why not?

3    A    Design is a visual representation of

4    something.  But my understanding is, you're alluding to

5    the actual functionality that supports the graphical

6    user interface.

7    Q    Okay.  So fair enough.  All right?  So

8    let's -- let's separate them.

9         So when we talk about the -- when you talk

10   about the design of graphic user interface, what are you

11   talking about?

12   A    The portion that a user interacts with on a

13   screen with a mouse or keyboard shortcuts, depending on

14   how that is implemented.

15   Q    Okay.  All right.  And then when we talk about

16   sequencing indicators, what -- what does that mean to

17   you?

18        MR. COLWELL:  Objection.  Form.

19        THE WITNESS:  It's very vague to me.  I mean,

20       that can mean a million things and I have no

21       reference point for how you're describing that.

22   BY MR. FELDMAN:

23   Q    Well, I'm getting -- I'm getting that language

24   from your deposition, your prior deposition.  That's

25   how -- that's how you -- the words sequencing indicators

Jami Ben Alluch
May 27, 2021

1    came from you, not from me.

2        A    I would need more -- like, my deposition

3    happened a month ago and I've been looking at a lot of

4    different communications, so without context it's

5    impossible for me to be able to --

6        Q    Okay.  So --

7        A    -- recollect that.

8        Q    -- to sort of bring this back to where I was

9    probably 25 minutes ago.

10       A    Sure.

11       Q    All right?  Screener Plus -- Screener Plus has

12   its own visual, doesn't it?

13       A    Yes.

14       Q    And who designed that visual?  The visual

15   that -- that a user has seen since February 16, 2016,

16   who designed that visual?

17       A    That's inaccurate.

18           MR. COLWELL:  Objection.  Form.

19   BY MR. FELDMAN:

20       Q    Okay.  Who designed the visual that --

21       A    I would like to answer your question, but your

22   timeline is incorrect.

23       Q    Okay.  We can agree that Screener Plus

24   launched with StocksToTrade, the StocksToTrade platform

25   in February of 2016; is that correct?

Jamie Ben Alluch
May 27, 2021

1    A    No, it's not.

2    Q    Okay.  So when did Screener Plus launch?

3    A    That was released in, I believe, November 9,

4   2016, so roughly eight months, November 9th, ten months

5   after release.

6    Q    Was there a scanning feature on the software

7   on StocksToTrade's platform in February of 2016?

8    A    There was a rough --

9        MR. COLWELL:  Objection.  Form.

10       THE WITNESS:  There was a very rough screener

11    that had --

12   BY MR. FELDMAN:

13    Q    What was that called?

14    A    It wasn't called anything.  It was just a

15   filtering feature.

16    Q    Okay.  So what I want to do is draw your

17   attention to that -- that first scanning feature.

18        Can we give it a name?

19    A    Filter.

20    Q    What's that?

21    A    Stock filter, I guess.

22    Q    Okay.  So who designed the stock filter that

23   was on before -- before Screener Plus?

24    A    I don't think that had to be designed.  It was

25   just, you know, grabbing the fields from our -- let

Jami Ben Alluch
May 27, 2021

1    me -- let me answer that with a bit of context before,

2    just to make sure we have a full understanding of what's

3    going on.

4           So the way StocksToTrade works internally, I

5    believe like any screener whatsoever, or for that matter

6    that is available to the general public, StocksToTrade

7    or otherwise, is, we have what is -- would be called an

8    internal database.

9           A database is basically a tabular view of

10   information that has either rows or columns, depends on

11   how you present your data.  For all intents and

12   purposes, let's just go with a regular relational

13   database.

14          So you would have data presented in a form

15   that has columns -- and let me compare that to Excel.

16          You would put your header on Excel.  You have

17   the names of the fields at the top, and then you will

18   have rows that each represent entries with its own

19   values sequentially, depending on how you decide to sort

20   that information.

21          The principle behind how we receive the data

22   is similar to that.  We get the data and then we store

23   it inside an internal database, which is essentially,

24   for all intents and purposes, a glorified Excel sheet in

25   memory.  And the reason why it's in memory is because

Jamie Ben Alluch
May 27, 2021

1   it's a lot faster to process and address in a binary

2   format, which means it's compressed and properly

3   addressable within that standpoint.

4           So you have that in memory, it's a database.

5   And that's, generally speaking, the general definition

6   of a database, it stores data, and depending on the type

7   of database you have, it's presented differently.

8           In our case we have columns that defines the

9   fields, so, for example, you have -- in the case of

10  stock trading, you have price, volume, you know, net

11  change, percent change, bid, ask, you have all of these

12  represent columns which are fields associated with a

13  given row, which represent a record within that

14  database.  Okay?

15          Now, to answer your question, essentially that

16  filtering piece that we have, all it does is an

17  interface that offers a way to query that database, the

18  same way you would just run code or the same way I

19  actually pulled the information for you earlier, was

20  essentially writing similar code to what would be used

21  to access the data for the stuff, just different

22  representation for different data.

23          So my Recurly data that I provided earlier is

24  in a database, it has rows, I pulled it the same way.

25  You generate the query, you write it down, and then it

Jamie Ben Alluch
May 27, 2021

 1   gives you results.

 2           The same principle applies to that portion of

 3   the software where you have those columns and you want

 4   to find stocks that, say, that have a price between $5

 5   and $10, right?

 6           So what the filter does is essentially we're

 7   offering the selection of fields that we thought were

 8   most appropriate at the time, and we provided the user

 9   with a way that they wouldn't have to write that code to

10   pick it up.  And essentially you don't never want people

11   to write code because it's not their familiarity.  They

12   can understand, okay, price between this and this, but

13   they wouldn't understand writing code, like, select star

14   from table stocks where price is between $5 and $10,

15   right?

16           So we simplify that interface providing that

17   functionality that would normally be coded manually by

18   someone more experienced with, you know, a database

19   system into something that is simplistic at best.

20           And I would say that initial version of it was

21   oversimplified and ugly, just because the entire

22   software back in 2016 wasn't really polished or even

23   properly finished at that point in time.

24           So that feature was just blended together by

25   the developers to be able to provide that simple

Jami Ben Alluch
May 27, 2021

1  functionality of querying the database of stocks

2  underneath, you know, StocksToTrade, which is

3  non-visible to the users.  So the users cannot access

4  that data.  They need the user interface, and which goes

5  back to the modules.

6          The user interface is only a portion that is

7  at the face of the application.  But most of the

8  application functional logic happens behind the scenes

9  without actually requiring the need for the front-end

10  portion of what we call the user interface.

11          So back to that question and to answer, kind

12  of like what my answer, that was thrown in together by

13  the developers just grabbing the fields that were the

14  most relevant to our stock trading customers or, you

15  know, based on the penny stocks that -- demographics

16  that Tim Sykes would have looked for.

17    Q    So I appreciate the long explanation, it was

18  helpful to me.  Okay?

19          So let me -- what we started with at the

20  commencement of the narrative was this issue of who

21  designed the -- the original filter that launched on

22  StocksToTrade in February of 2016.

23    A    So that filter --

24          MR. COLWELL:  Wait for a question.  Wait for

25    him to ask his question, please.

Jamil Ben Alluch
May 27, 2021

1    BY MR. FELDMAN:

2        Q    So we can agree that there was a scanning

3    feature on the original platform, the original

4    StocksToTrade platform that launched in 2016, right?

5        A    I don't agree to that.  I would say there was

6    a querying feature for the database, and that's what we

7    used for our system, querying the database of the memory

8    that have in our stock database or our stock entries

9    that get updated in realtime.

10       Q    And you're -- and you're saying that that

11   querying feature was not a graphic user interface?

12       A    No, the query -- well, the interface that

13   offer the querying feature is an interface.  We had to

14   provide a way for the user to generate and figure that

15   query so it would provide results in a tabular manner.

16       Q    Right.  Now, that interface, that query

17   interface gave the user options, correct?

18       A    Yes.

19       Q    And those options included the selection of

20   indicators, correct?

21       A    No.

22       Q    Well, tell me why that's no.

23       A    Well, we're querying for values, not

24   indicators.

25            Indicators are typically a calculated field or

Jami Ben Alluch
May 27, 2021

1   presentation, and those are stored values for the most

2   part, so price, volume -- net change is actually

3   calculated, not considered indicator.  Anything that's

4   typically very simple calculations.

5       Q    All right.  Mr. Ben Alluch, you're obviously a

6   lot more technical and knowledgeable in this area than I

7   am.  All right?

8           Now, you're giving testimony for the benefit

9   of a judge and a jury.

10      A    I understand.

11      Q    And you're representing your company.

12      A    Yes.

13      Q    So in talking as technical as you are, you may

14  think you're protecting your company by talking about

15  stuff that a normal person will not understand, but at

16  the end of the day I'd suggest --

17      A    I absolute -- sorry to interrupt.  I am not

18  trying to overcomplicate.  My goal is actually to over

19  -- to oversimplify the --

20      Q    Let's try to talk so that a judge listening to

21  this and a jury listening to this can understand you.

22  Okay?

23      A    Understood.

24      Q    At the end of the day what I'm trying to

25  understand is, what was on StocksToTrade, the

Jamie Ben Alluch
May 27, 2021

 1   StocksToTrade platform when it launched that enabled

 2   someone to run scans against the database?  That's one

 3   question.

 4         And then inevitably I want to know who created

 5   it.  Okay?  And I use that in a lay perspective.  You

 6   know, there is -- there is -- someone using, a layperson

 7   using this feature --

 8      A   I understand.

 9      Q   -- sees something on his screen or her screen.

10      A   My apologies.  There's a number of questions.

11   I would like to go sequentially through those questions,

12   as opposed --

13      Q   Let's do it.

14         MR. COLWELL:  Objection.  Objection to form.

15         I do think -- I think the scanning piece is

16      the problem there.

17         But go ahead and answer.

18   BY MR. FELDMAN:

19      Q   Go ahead.

20      A   Would you mind just going each question

21   independent, like, separately?  Because you had three

22   questions there that were bundled together and I'm not

23   sure which one you want me to start with or how.

24      Q   We've gotten this far, as you agree that there

25   was a query function on the original StocksToTrade

Jamie Ben Alluch
May 27, 2021

1   platform that launched in February of 2016, correct?

2       A    There was a querying, very simple querying

3   function that launched with the platform in 2016, that

4   is correct.

5       Q    Okay.  And what -- what I'm trying to

6   understand is, what were the components of that querying

7   function?

8       A    We base --

9           MR. COLWELL:  Objection.  Form.

10          THE WITNESS:  So when you say "components,"

11      what are you referring to specifically?

12  BY MR. FELDMAN:

13      Q    What I'm referring to are those features on

14  that interface that gave choices to the user on how to

15  slice and dice the database, how to find --

16      A    I would like to be careful with the word

17  feature, and to make sure I understand, not to be

18  confused with the prior definition of features we used

19  throughout the explanation of the platform.

20      Q    Okay.  Mr. Ben Alluch, a normal person who

21  doesn't know what you know only understands exactly what

22  you advertise to them.

23          Your advertisement tells people that this

24  device enables them to use certain criteria to find

25  stocks that are of interest to them.

Jamie Ben Alluch
May 27, 2021

1        And what I'm trying to understand is, what --

2    what criteria was available to a user on this querying

3    function to try to locate stocks that meet the selected

4    criteria?

5      A    Sure.  Okay.

6          MR. COLWELL:  Objection.  Form.

7          THE WITNESS:  I understand your question.

8          I haven't looked at that specific filter in a

9      while, so I can assess or -- I mean, that's -- that

10      function still exists within the platform and it's

11      something we can provide screen shots for, if

12      needed.

13          Top of my head, I can provide some of them,

14      just generally speaking.  But we have price,

15      volume, percent change, net change, EPS.  There

16      were -- there were a few others.  There was, like,

17      ten or 12 values that we query for on the internal

18      database.

19    BY MR. FELDMAN:

20      Q    Now, just give me a moment, please.

21          Now, before you arrived in the fall of 2015

22    there was already an existing querying function on the

23    StocksToTrade platform that existed at that time, the

24    prototype platform, correct?

25          MR. COLWELL:  Objection.  Form.

Jamil Ben Alluch
May 27, 2021

1        THE WITNESS:  On -- when I joined in, the

2   functionality, underlying functionality for being

3   able to run queries on the database was

4   established.

5  BY MR. FELDMAN:

6        Q    So is that a fancy way of saying, yes, Mr.

7   Feldman, when I arrived in the fall of 2015 the

8   StocksToTrade prototype had a querying function?  Is

9   that --

10       A    It had -- I'll be clearer with my answer.  My

11  apologies.

12       Q    Go ahead.

13       A    We had the non-visual portions of the querying

14  specifics or the -- the querying engine, I don't know

15  how to better describe that, which is basically the

16  database engine that allows us to pull data from the

17  memory.

18         So going back -- I'm not going to explain it

19  again, but in memory we have the database, which is what

20  I referred to earlier.  We created the engine that once

21  stores that data into the memory and pulls that data

22  from the memory.  That is non-visual.  That is the

23  functionality that exists.

24       Q    So can we try to make that simple?  So

25  basically before you arrived in September of 2015 there

Jamie Ben Alluch
May 27, 2021

1   was a prototype for StocksToTrade, correct?

2       A    There was a version in development.  I

3   wouldn't call that a prototype.  It's just --

4       Q    That version already included what you call a

5   querying function, correct?

6           MR. COLWELL:  Objection.  Form.

7           THE WITNESS:  I feel like we're looping

8       around, and I'm trying to explain this in the -- in

9       the simplest possible terms.

10  BY MR. FELDMAN:

11      Q    I'm just asking you a yes or no question.

12      A    No, no.  It's not a simple --

13      Q    Stop.  Stop.  It's not complicated.

14      A    But it is.

15      Q    I just want -- no, it's not.

16           I just want to know, when you arrived in

17  September of 2015, what existed on the prototype at that

18  time that enabled a user to find stocks in the database

19  to meet specific criteria?  Just answer that question.

20      A    Sure.

21           MR. COLWELL:  Objection.  Form.

22           THE WITNESS:  When I arrived, the team was in

23      the middle of software development, so they were

24      implementing all the functionalities that they

25      wanted to have on StocksToTrade, including the

Jami Ben Alluch
May 27, 2021

1       querying engine that lies underneath the actual

2       platform.

3    BY MR. FELDMAN:

4       Q    Okay.  Now, a couple of background questions.

5    You talk about the team.  Who was the team?

6       A    That would have been Scopic Software.

7       Q    And who at Scopic Software?

8       A    Who specifically created the querying engine?

9       Q    No.  Who was --

10          MR. COLWELL:  Objection.

11   BY MR. FELDMAN:

12      Q    What people at Scopic were developing the

13   platform?

14      A    The developers.

15      Q    And yes, their names, please.

16      A    I only -- so Scopic, being a contractor, we

17   only dealt with the technical lead and the project

18   manager.  I cannot share the names of the people because

19   I've never had to interact with anybody other than the

20   technical lead and the project manager.

21      Q    Who was the technical lead?

22      A    That was Mladen Lazic, I think.

23      Q    Mladen?

24      A    I don't think.  I know for a fact.  It was

25   Mladen, M-L-A-D-E-N, last name L-A-Z-I-C.

Jamil Ben Alluch
May 27, 2021

1    Q    And what was his title?

2    A    He was the technical lead.

3    Q    And then --

4         MR. COLWELL:  At that time.

5   BY MR. FELDMAN:

6    Q    -- who is the second person?

7         MR. COLWELL:  At that time.

8         Go ahead.

9         THE WITNESS:  At that time, correct.

10        And the second person was Joanna, I believe it

11   was Turziman.

12  BY MR. FELDMAN:

13   Q    Okay.  And those are the people that you

14  interacted with?

15   A    Correct.  And that were leading the project up

16  to my arrival.

17        So prior to StocksToTrade, it is my

18  understanding -- so prior to the formation of

19  StocksToTrade in June 11, 2015, it is my understanding

20  that Mladen and Joanna were the leading roles in the

21  development of the platform.

22   Q    Okay.  And then just to complete this -- this

23  history, I want to come back to the querying issue in a

24  moment.

25   A    Sure.

Jami Ben Alluch
May 27, 2021

1   Q    But the interrogatory answer said that Scopic

2   signed the contract with Jewmon on May 7, 2014.

3        Do you agree that in fact Jewmon entered into

4   a contract with Scopic on May 7, 2014?

5   A    I can't speak to that.  I mean, I've been told

6   that's the date.

7        MR. COLWELL:  Let me just object.

8        You can -- you can answer as to your own

9    personal knowledge.

10  BY MR. FELDMAN:

11   Q    I'm not talking about personal.  I'm talking

12  now -- I'm asking you the question as a representative.

13   A    I can't answer that as a representative.

14        MR. COLWELL:  We'll stipulate -- we'll

15    stipulate to that.  Okay?

16  BY MR. FELDMAN:

17   Q    I don't understand why as a corporate

18  representative you do not know.

19        MR. FELDMAN:  I appreciate the stipulation.

20    I'll take it.

21  BY MR. FELDMAN:

22   Q    But it's funny to me why you don't know the

23  date -- as the corporate representative, you don't know

24  the date that ST -- that --

25        MR. COLWELL:  Jewmon?

Jami Ben Alluch
May 27, 2021

1  BY MR. FELDMAN:

2      Q    -- Scopic commenced its work on this platform.

3      A    That's -- you just said two different things.

4      Q    No, no, no.

5           MR. COLWELL:  I think he's getting confused.

6  BY MR. FELDMAN:

7      Q    I think -- I think I understand what you're

8  saying.

9           What you're saying is, is that, the

10 commencement of Scopic's work occurred before STT was

11 formed.  And because of that you do not have the

12 knowledge or have not been authorized to speak about

13 pre-June 11, 2015, events?

14     A    I can speak to what I know.  But you just

15 stated two different things.

16          The agreement and the beginning of work are

17 two different things.

18     Q    I understand.  We're talking about the

19 agreement.

20     A    I was not -- I was not made privy of the

21 agreement, and that falls out of the scope of

22 StocksToTrade.  So, unfortunately, I cannot speak as

23 to -- I can stipulate on a personal basis as to what the

24 reasons may have been for Jewmon to do what they did

25 back then.  And you have stated the date to be, I

Jami Ben Alluch
May 27, 2021

1   believe it was May 7, 2014, for the agreement between

2   Scopic and Jewmon.  So I --

3       Q    Here's my question:  Before you arrived in

4   September of 2015 --

5       A    Yes.

6       Q    -- do you know who from Jewmon was interacting

7   from or interacting with Scopic regarding the design of

8   or the development of StocksToTrade platform?

9       A    My understanding and my belief is that would

10  have been Zach.

11      Q    Okay.  Now, and then when a software designer,

12  a software developer is asked to design something, who

13  do they take their instructions from?

14          MR. COLWELL:  Objection.  Form.

15          THE WITNESS:  I'll --

16  BY MR. FELDMAN:

17      Q    I'm making the question too complicated.  Let

18  me withdraw the question.

19          MR. COLWELL:  Jeff, if I could just -- just

20      maybe clarify the record.

21          So, you know, StocksToTrade stipulates that

22      the Jewmon contract with Scopic was signed May 7,

23      2014.

24          I think the witness -- you asked a couple

25      questions, but I think you were talking about, hey,

Jami Ben Alluch
May 27, 2021

1    when did work occur, right?

2         MR. FELDMAN:  Okay.  I'm not talking about

3    that now.  Let me parse that.  Okay?

4         MR. COLWELL:  Okay.  Go ahead.

5         MR. FELDMAN:  Here's -- I'm asking a more

6    generic question.

7  BY MR. FELDMAN:

8         Q    You would agree that when one goes to a

9  software developer, one goes there with an idea of what

10  they want that software developer to develop, right?

11        A    I'll answer that the best way I can.  And

12  having -- having been part of both worlds, from the

13  software development and from the business side, the

14  understanding between what the business side wants or,

15  like, the people who are coming up with ideas, and what

16  the development understands are two different things.

17  And this is, I guess, in a way what led me to actually

18  take my role is, that understanding was not fully clear.

19            Now, they need to be provided instructions,

20  and whether they understand it or not that's a different

21  thing, by whomever is doing the hiring.  And depending

22  on the technical understanding of that person, they will

23  put in place certain things.

24            But my understanding with what happened

25  between Jewmon and Scopic Software is, they gave very

Jamie Ben Alluch
May 27, 2021

1   loose guidelines over what had to happen for it to, you

2   know, exist.

3          And it -- if I had to assume or make an

4   assumption, knowing both personally Tim and Zach, it's,

5   like, we want a trading platform for penny stocking

6   people.  And that would have been probably close to the

7   wording they may have used at that point in time.

8          And essentially they left Scopic to their own

9   devices to actually try to figure out how to build such

10  a thing.

11      Q    And the reason why you believe it was that

12  simple is because you know that neither Zach, nor Tim,

13  had any knowledge of designing a stock -- you know they

14  did not have the technical proficiency to direct Scopic

15  as to exactly what they wanted, correct?

16      A    Neither -- neither -- so Tim Sykes is a career

17  trader who travels the world, multimillionaire.  He just

18  does his thing and doesn't really care about much of the

19  back-end runnings of what happens.  He wants things and

20  makes it happen.

21          Zach is a businessman who focuses on the

22  marketing, has no idea how technology works, and while

23  he has a mild understanding of some things if explained

24  long enough, he wouldn't be able to convey ideas in a

25  technical manner.

Jamil Ben Alluch
May 27, 2021

1    Q    Right.  So basically you would agree that the

2   only thing they would be able to convey, the only thing

3   that they would have been able to convey to Scopic is

4   what they knew from their own experience, correct?

5         MR. COLWELL:  Objection.  Form.

6         THE WITNESS:  I can't talk as to how they

7      would have said it.

8         And it's my assumption that, you know, based

9      on Tim's desires to have something that would meet

10     his own needs as a trader, you know, as a career

11     trader for at that point 22 years or so, he would

12     have had requests that were not being met by, you

13     know, other solutions, and that's the premise.

14        Zach is the businessperson.  He deals with

15     everything that has to do with making things

16     happen.  And that's where --

17  BY MR. FELDMAN:

18    Q    Go ahead.  I'm sorry.  I cut you off.  I

19   apologize.

20    A    I was going to say, is that that community,

21   you know, that happens, in terms of, like, the product

22   ideas and making it happen, you know, between the two of

23   them.  But neither of them have any idea how to actually

24   build something that has to do with software.

25    Q    Okay.  So -- but in terms of knowing what they

Jamie Ben Alluch
May 27, 2021

1    wanted, the people who knew what they wanted from Scopic

2    were Tim and Zach, right?

3         MR. COLWELL:  Objection.  Form.

4         THE WITNESS:  They initiated the conversation

5        with Scopic.  They likely made a request, which

6        I've personally never seen.  I can only assume

7        there was a request made for something.

8            And again, going back to what I said earlier,

9        it's, like, I would like a trading software that

10       allows me to run my -- my strategies and be able to

11       sell that to our user base and the people who are

12       doing The Challenge program, which was the initial

13       demographic, my understanding, for the platform.

14   BY MR. FELDMAN:

15       Q    And indeed, it wasn't just running searches

16   based on, you know, Tim's criteria, but the direction to

17   Scopic, as you understood it, was to not just run Tim's

18   criteria, but would allow a user to run searches against

19   the database using criteria that the user wanted to use,

20   correct?

21       MR. COLWELL:  Objection.  Form.

22       THE WITNESS:  I can't -- I can't speak as to

23       what they requested in any way or form.

24           My understanding is, they wanted a top tier

25       platform that would meet all the needs of the

Jami Ben Alluch
May 27, 2021

1      demographics they were carrying.

2          And you have to take for context that Tim

3      Sykes has been running his educational products --

4      again, on a personal basis I'm sharing this, and

5      having personal experience with that specific

6      process -- has been running that enterprise of

7      educational products for a large number of years.

8  BY MR. FELDMAN:

9      Q    Mr. Ben Alluch, let me see if I could simplify

10 this.

11     A    Sure.

12     Q    Do it inferentially.

13         When you arrived in September of 2015 there

14 was a prototype, right?

15         MR. COLWELL:  Objection.  Form.

16         THE WITNESS:  When I arrived there was a

17      product in development.

18 BY MR. FELDMAN:

19     Q    Right.  That product in development became

20 StocksToTrade -- became the StocksToTrade platform,

21 correct?

22     A    The product in development was released in

23 February 15, 2016, as what is known as StocksToTrade

24 today.

25     Q    And before -- before you -- when you arrived

Jami Ben Alluch
May 27, 2021

1   in September 2015, you learned that the people who were

2   directing, giving -- giving input to StocksToTrade were

3   either Zach Westphal or Tim Sykes.  Is that -- is that

4   correct?

5          MR. COLWELL:  Objection.  Form.

6          THE WITNESS:  To some extent.

7   BY MR. FELDMAN:

8       Q    Thank you.

9          Now, and at the time that you arrived, you

10  understood that -- that it was Jewmon who -- who

11  originated this project, right?  You had that

12  understanding?

13      A    At the time that I arrived I had no idea who

14  was running what.

15      Q    But you now -- but you have -- but you now

16  know, don't you?

17      A    As a corporate representative, I know the

18  chronology of events.

19      Q    Okay.  And so give me that chronology as

20  simply as you can.

21      A    Understood.

22          So as you mentioned earlier, 2014 in May, I

23  believe it was 7th, agreement signed with -- between

24  Jewmon Enterprise and Scopic Software.

25          Then I believe the actual start of the

Jamie Ben Alluch
May 27, 2021

1    development on the project happened in October 2014.

2        Q    Okay.

3        A    In May 2015, I believe -- and again, this is

4    outside of the scope of the StocksToTrade, but I have

5    knowledge that I can speak to on a personal basis.

6            My understanding is that in May of 2015 a

7    mockup was made to represent what the application would

8    look like.

9        Q    Okay.

10       A    In September 2015 I, personally, joined the

11   team after I pointed out that the product was not viable

12   at that point in time and would have led to basically

13   the business not existing.

14           Like, essentially the product was flawed in

15   every possible way, in terms of how it operated, and was

16   not going to be viable in any way or form.

17       Q    Now, when you arrived and began to volunteer,

18   who did you believe you were volunteering for?  Which

19   company?

20       A    I did this -- now, am I speaking on -- as a

21   corporate or as a person?

22       Q    Well, it's September 2015, so in September of

23   2015 --

24       A    It was formed.

25           But you're asking me -- you're asking me a

Jami Ben Alluch
May 27, 2021

 1    personal question, which is separate.  I was not

 2    officially employed at that point in time.  And while it

 3    falls under, I -- on a personal basis I took it upon

 4    myself.  There was no solicitation from Zach or Tim for

 5    me to do that.

 6            And the context of it is, I wrote a book on

 7    penny stocking.

 8        Q    I'm aware of that book.  I don't want to go

 9    off into the book.  I just want to know --

10        A    No, no, no, I'm not going into the book.  I'm

11    just providing context.

12            I met with Tim and Zach on a meeting to get a

13    deal for that book.  And given my background, they

14    showed the application.

15            And then I asked them if I could, you know,

16    have a look at it, which I did, and then presented them

17    with a very large list of issues that would have

18    prevented the application from being released, from

19    being viable.

20        Q    Was it Zach that gave you -- who gave you

21    access to the prototype at that time initially?

22            MR. COLWELL:  Objection.  Form.

23            THE WITNESS:  It would have been Zach.

24    BY MR. FELDMAN:

25        Q    Okay.  And now, you looked at the prototype

Jamie Ben Alluch
May 27, 2021

1   and you gave -- you did an analysis and gave

2   recommendations, correct?

3        A    My apologies.  One more time?  I didn't hear

4   it.

5        Q    You did an analysis of the prototype and made

6   recommendations?

7             MR. COLWELL:  Objection.

8             THE WITNESS:  I did -- I did an analysis of

9        the software at the state it was in.  I wouldn't

10       call that a prototype, because a prototype involves

11       a finished product that's free --

12   BY MR. FELDMAN:

13       Q    What name would you give it?  Just give me the

14   name.

15       A    As I said, it's a product in development.

16            A prototype -- in my understanding of a

17   prototype, or just, like, the dictionary definition

18   implies it's a finished product that might need tweaking

19   to be able to be released.  It was a not a prototype.

20       Q    We'll call it product in development.  Okay?

21       A    It was a product in development.  And it

22   was --

23            MR. COLWELL:  Right, thank you.

24            THE WITNESS:  -- far from finished in any way

25       or form.

Jami Ben Alluch
May 27, 2021

1   BY MR. FELDMAN:

2       Q    Okay.  So in September 2015 there was a

3   product in development?

4       A    Correct.

5       Q    And Zach gave you access to it, correct?

6       A    Yes.

7       Q    And you -- you did an analysis of that product

8   in development, correct?

9       A    Yes.

10      Q    And then you made -- you went back to Zach and

11  Tim and made recommendations, correct?

12          MR. COLWELL:  Objection.  Form.

13          THE WITNESS:  I wrote a document that stated

14      what the problems were.  And then I, personally,

15      offered to fix those problems by working with

16      Scopic Software.

17  BY MR. FELDMAN:

18      Q    Okay.  Now, and did they -- did anyone accept

19  your offer?

20      A    On a personal basis, yes.  But I was never

21  officially brought on.  There was no paperwork.

22      Q    I understand.

23          Who accepted your offer to help?

24      A    That is something I would have to look at

25  emails for.  I don't remember what --

Jami Ben Alluch
May 27, 2021

1      Q    Okay.  And then you -- and then you stepped

2  in --

3      A    Sorry.  Let me -- let me walk that back.

4           Most of my -- Tim Sykes is a busy man, so just

5  by inference, you know, like, the person I would have

6  interacted with initially would have been Zach who would

7  have allowed me to move forward with doing what I did.

8      Q    Okay.  And how was that access granted?  How

9  were you able to access the product in development?

10     A    They -- they just gave me the user name and

11  password for that platform.

12     Q    Fair.  Okay.  Now, before you -- before you

13  saw the product in development the first time, you

14  understood that the contribution, the only contribution

15  being made to Scopic was -- was from Zach and/or Tim,

16  correct?

17     A    So my understanding, to the extent of what

18  Scopic was hired to do and how they were paid for it, my

19  understanding predating StocksToTrade is that they put

20  their own money to or they put -- they paid for the

21  development, they paid Scopic Software to create the

22  software and development.

23     Q    Okay.  So let's -- we're moving on to payment.

24  Let's stay on that for a moment, get that covered and

25  then we'll come back.

Jami Ben Alluch
May 27, 2021

1      A    Sure.

2      Q    Okay?  We know that there was a contract

3   signed between Jewmon and Scopic in May of 2014,

4   correct?

5      A    Correct.

6      Q    And then we know that work commenced in

7   October of 2014, correct?

8      A    That is my understanding of it.

9      Q    And you know that work was continuing in

10  September 2015 when you joined the team, volunteer,

11  correct?

12     A    Yes.  That work was being continued in 2015.

13     Q    And you know that there was money being paid

14  to Scopic during that entire period, correct?

15     A    Yes.

16     Q    Now, you would also agree that Jewmon had been

17  paying all of that money, correct?

18     A    I can't speak to how Scopic was paid or what

19  Jewmon did on their end.

20     Q    You can or cannot?

21     A    I cannot.  I'm unable -- like, it's outside of

22  the scope and I don't see the financials.

23         It's my understanding on a personal basis that

24  Scopic was being paid.  The sources are unclear to me,

25  but StocksToTrade was not the initial payor for the

Jamie Ben Alluch
May 27, 2021

1  development.

2      Q    Right.  The initial payor was Jewmon, correct?

3      A    I do not have that information.

4      Q    Do you know --

5      A    I can -- I can assess who was, but officially

6  speaking, StocksToTrade didn't start paying Scopic

7  Software until, I believe it was May or April 2016.

8      Q    StocksToTrade began paying Scopic in April or

9  May of 2016 or 2017?

10     A    2016, if I recall correctly.

11     Q    2016.  Okay.  Okay.

12         So the company was formed in June of 2015,

13  StocksToTrade.com, Inc. was formed in June of 2015,

14  correct?

15     A    Yes.

16     Q    And you would agree that StocksToTrade.com,

17  Inc. did not begin to pay Scopic until almost a year

18  later, correct?

19     A    Yes.  We -- the first invoice we received from

20  Scopic was April -- April 2016.

21     Q    Good.  Now, before that point in time who was

22  paying the bill, the bills to Scopic?

23     A    I believe it may have been Jewmon.

24         And, again, it's their agreement before it was

25  transferred to StocksToTrade.

Jami Ben Alluch
May 27, 2021

1          Based on what you have told me and, you know,

2    the documents available with the agreement of 2014, May

3    7th, I would -- I would assume it was Jewmon continuing

4    to pay for that.

5          MR. FELDMAN:  Okay.  Gabe, I don't think we

6          need to assume.  You told us last night during the

7          meet and confer that prior to the time that Scopic

8          began to pay in the spring of 2016 that Jewmon was

9          paying Scopic.

10          Can we stipulate to that?

11          MR. COLWELL:  I think that's accurate.  There

12          may have been another source of funds, like a

13          portion of it may have been paid from some other

14          source.  But generally speaking I believe that is

15          accurate.

16    BY MR. FELDMAN:

17    Q    Jewmon -- what's accurate is that Jewmon paid

18    Scopic from the inception of the project up to the time

19    that STT.com, Inc. began to pay in the spring of 2016;

20    is that accurate?

21    A    May 2016 was the first invoice recorded for

22    Scopic Software under StocksToTrade.com, Inc.

23          MR. COLWELL:  You just said April 2016.

24          THE WITNESS:  April.  April.  My apologies,

25          04, 2016/04.

Jami Ben Alluch
May 27, 2021

1          MR. COLWELL:  Jeff, on the -- we might be able

2     to take a break on that particular point, just to

3     get clarity for you.  We do want to get you clarity

4     on it.  I mean --

5          MR. FELDMAN:  Okay.  So we'll take that break

6     shortly.

7          MR. COLWELL:  Sure.

8          MR. FELDMAN:  All right?

9          MR. COLWELL:  Go on and then I'll come back to

10    it.

11         MR. FELDMAN:  All right.

12   BY MR. FELDMAN:

13     Q    Now, when -- when the -- given -- given that

14   it was -- all right.

15         Let me -- let me ask it this way:

16   Notwithstanding that Jewmon or someone else and/or

17   someone else was paying the bill when you came on in

18   September of 2015, who was Scopic developing this

19   product in development for?

20     A    I suppose there was a, what I would call a

21   silent transfer, not really addressing any contractual

22   way, that indicated that StocksToTrade took over the

23   leadership of the project.

24         Officially speaking, we start -- we took

25   ownership of it the moment we started paying for it and

Jamison Alluch
May 27, 2021

```
 1   we took on the debt for what was already paid to Scopic

 2   Software at that point.

 3       Q    When you say you took on the debt, what does

 4   that mean, that STT took on the debt.  What does that

 5   mean?

 6       A    So what it means is that StocksToTrade

 7   essentially on the books, which is on the documents you

 8   will be -- will be produced to you, there are lines that

 9   indicate that money was received as a loan from third

10   parties, including Jewmon.  And that covers

11   essentially -- there was no cash transfer.  It wasn't a

12   cash transfer.  As a loan it was really, you know, in my

13   understanding, because there's no paperwork relating to

14   how that specifically it was done, it's just in terms of

15   value and what we can infer from the value that was

16   stated as a loan is essentially the value that was paid

17   to Scopic Software was transferred into StocksToTrade as

18   owner of the project, and that was paid back to the

19   original payors to return on their investment so we

20   could take on the project as StocksToTrade for the

21   continued development of the platform.

22       Q    Okay.  So I'll ask my question simply.  Was

23   Jewmon ever paid back -- strike that.

24           Did Jewmon sell the product in development to

25   StocksToTrade.com, Inc.?
```

Jamie Ben Alluch
May 27, 2021

1     A    It wasn't sell as much as it was transferred

2  and the loan was recorded for it.  That's my

3  understanding.  There's no official paperwork stating

4  the transaction, but it's implied in how it's presented.

5     Q    Okay.  So did StocksToTrade ever pay

6  consideration, give money to Stocks -- to Jewmon in

7  exchange for the transfer of the product in development?

8     A    Yes.  So the loan, it's marked -- so on the

9  statement sheets on the balance and cash flow, I

10  believe, those loans are repaid.  And that is --

11    Q    What loans?

12    A    That's what I just mentioned earlier.

13    Q    All right.  Let me -- let me simplify this.

14  Okay?

15        Before StocksToTrade was formed, Jewmon was

16  paying -- before StocksToTrade was formed, Jewmon was in

17  a contract with Scopic and was paying Scopic; that's

18  your understanding, correct?

19    A    That is my understanding.

20    Q    Good.  Now, and we just heard that Jewmon

21  and/or others continued to pay Scopic up until

22  approximately April or May of 2016, correct?

23    A    That is my understanding.  I can speak --

24  starting May I can speak for sure that we started --

25  April 2016 I can speak for sure that we started paying

Jami Ben Alluch
May 27, 2021

1    Scopic and we took, like, full ownership of the project.

2        Q    Okay.  So now from May 2016 forward --

3        A    April.

4        Q    -- StocksToTrade.com, Inc. began paying

5    Scopic's bills, correct?

6        A    From April 2016 moving forward StocksToTrade

7    has been responsible for paying Scopic Software fees.

8        Q    Okay.  Now, has Scopic Software -- Scopic --

9    strike that.

10            Has StocksToTrade.com, Inc. paid Jewmon or any

11   other party for the money that they lent -- they had

12   laid out prior to the time that STT.com, Inc. began

13   paying Scopic?

14       A    Yes.

15       Q    Please explain that to me.

16       A    It's what I was trying to allude to earlier.

17            On the balance sheets there are lines that

18   indicate loan from, starting the inception of

19   StocksToTrade.  That year, 2015 is marked about 526 or

20   27,000 negative results.  Like, basically at the end of

21   2016 we were at negative 527k.

22            And based on my understanding of what the

23   initial investment was from Tim and Zach, they each put

24   down roughly 260k.

25            That is my understanding of how it proceeded,

Jamie Ben Alluch
May 27, 2021

1    in terms of the expense, the personal expense or however

2    they decided to move that money, which I'm not privy of.

3    I don't know the specific details.

4            But my understanding is, they each put

5    $260,000 in that project, which matches the loan amounts

6    we have listed, which would correspond in practice to

7    what we had owed for the development of StocksToTrade in

8    the transfer.

9        Q    So what you're telling me is that the monies

10   that Jewmon, Tim and Zach paid to Scopic were ultimately

11   booked as loans to StocksToTrade.com, Inc.?

12       A    As -- I would say, yes, that they -- that the

13   loans -- they were -- they paid -- they were marked as

14   loans within StocksToTrade, and into the states, you

15   know, they each owned 50 percent of StocksToTrade at

16   that point, so it was a cash transfer between companies,

17   I suppose, or whatever the case may be, which, you know,

18   I don't have the full details on how that went.

19           With that in mind, there was a silent transfer

20   of, or like a non-recorded transfer of the ownership of

21   the project from Scopic, like, with the StocksToTrade

22   platform development, which was previously owned by

23   Jewmon for the agreement you mentioned.  So, you know,

24   I'm taking that as a reference, and then transferred

25   into StocksToTrade as we started paying.  And then they

Jamie Ben Alluch
May 27, 2021

1    recorded the 400 -- the 526,000 as loans to the company

2    that equate to their investment in the project.

3        Q    Okay.  So -- and then is it your testimony

4    that StocksToTrade has now repaid a half million dollars

5    to Jewmon, Zach and/or Tim?

6            MR. COLWELL:  Objection.  Form.

7            THE WITNESS:  My understanding, and based on

8        the financial sheets that will be produced to you,

9        the loans that were marked on those sheets have

10        been paid back.

11   BY MR. FELDMAN:

12       Q    Okay.  Now, was there ever a sale of the -- of

13   the product under development from Jewmon to

14   StocksToTrade.com?

15       A    As I mentioned earlier, it was a silent

16   transfer.  So if there's no contract or paperwork that's

17   -- that indicates it was sold to StocksToTrade.

18           So to answer your question, no, it wasn't sold

19   to StocksToTrade.

20       Q    All right.  So basically what happened here

21   is, Jewmon gave -- gave its product in development to

22   StocksToTrade, and then Jewmon, the loans -- the loans

23   that Jewmon had bought were then transferred to

24   StocksToTrade and that was the deal, correct?

25           MR. COLWELL:  Objection to form.

Jami Ben Alluch
May 27, 2021

```
1        THE WITNESS:  I don't know whether it's a deal

2    or not.  I know, like, on the balance sheets, I

3    have the statement for loans from, you know,

4    Jewmon, for instance.

5        And I know that the initial investment Zach

6    and Tim put was roughly the same amounts combined.

7        And I know there's no paperwork that indicates

8    a transfer between the two, other than the fact

9    that we took ownership and started paying Scopic's

10    bills, and then there was an agreement made --

11 BY MR. FELDMAN:

12    Q    So -- how much -- how much did -- once these

13 monies were moved, these loans were moved to

14 StocksToTrade, how much did StocksToTrade owe to Jewmon?

15    A    520 -- no.  Jewmon, 400,000.

16    Q    And then how much did StocksToTrade.com, Inc.

17 owe to Zach and Tim?

18        MR. COLWELL:  Objection.  Form.

19        THE WITNESS:  Look -- again, those financial

20    records will be produced to you and you'll be able

21    to, you know, verify.

22        My understanding is Jewmon was primarily the

23    way to repay that.  There was no direct payment or

24    repayment to Tim and Zach for, you know, that

25    transfer of ownership of the project, I suppose, or
```

Jami Ben Alluch
May 27, 2021

1       silent transfer of StocksToTrade taking over the

2       project.

3   BY MR. FELDMAN:

4       Q    There was no -- you would agree there was no

5   arm's length transaction between StocksToTrade and

6   Jewmon regarding the transfer of the product in

7   development from Jewmon to StocksToTrade, correct?

8           MR. COLWELL:  Objection.  Form.

9           THE WITNESS:  My apologies.  I'm not familiar

10       with the expression arm's length.

11  BY MR. FELDMAN:

12      Q    If you own something and somebody else wants

13  it, you negotiate a sales price, you reach a deal, and

14  then the sales price is paid and ownership is

15  transferred.  That's what I mean by arm's length.

16          And there was -- there was never a deal like

17  that between StocksToTrade and Jewmon with regard to the

18  product in development, correct?

19          MR. COLWELL:  Objection.  Form.

20          THE WITNESS:  Like, there wouldn't -- like,

21       there is no documentation.  And, again, back to the

22       financials that will be produced to you.

23  BY MR. FELDMAN:

24      Q    But I'm asking you a yes or no.  You would --

25  I don't need you to repeat what you've already said.

Jami Ben Alluch
May 27, 2021

1    I'm just trying to get an answer to the obvious.  Okay?

2           Jewmon had a widget.  The widget was a -- was

3    the product in development.  And StocksToTrade,

4    brand-new company, wanted that widget.  And you would

5    agree there was never a negotiation of a price that

6    StocksToTrade would pay to Jewmon in exchange for the

7    widget, correct?

8           MR. COLWELL:  Objection.  Form.

9           THE WITNESS:  I don't believe it is --

10         StocksToTrade wanted this as much as more of

11         creating a company to divest from -- and let me --

12         let me -- let me --

13   BY MR. FELDMAN:

14      Q   I'm asking you a question.

15      A   I'm trying to, but you're not -- I would like

16   to finish my answer so I can --

17      Q   Let's start -- let's start with a yes or no.

18      A   But I can't give you yes or no when --

19      Q   You can give me a yes or no and then an

20   explanation.

21          I don't need -- listen, I understand the

22   questions you're answering and that you don't want to

23   answer.  Okay?  I'm going to get an answer to this

24   question, Mr. Ben Alluch.

25          MR. COLWELL:  That's -- that's argumentative.

Jamil Ben Alluch
May 27, 2021

```
 1         That's argumentative.
 2    BY MR. FELDMAN:
 3      Q    I'm going to get an answer.  Okay?  Now, let's
 4    try it again.
 5         Do you agree that Jewmon and StocksToTrade
 6    never negotiated a sales price for the transfer of the
 7    product in development from Jewmon to StocksToTrade?
 8    Isn't that true, yes or no?
 9      A    My understanding is --
10      Q    Yes -- yes or no, followed by an explanation.
11    Yes or no followed by an explanation.
12      A    Okay.
13      Q    Is it a yes or no?
14      A    My understanding regarding the position is I
15    can --
16         MR. COLWELL:  Objection.  Argumentative.
17         THE WITNESS:  I can provide the answer,
18    regardless of whether you like my answer or not.
19    And I will answer the way I feel comfortable
20    answering.  And I'm more happy to do that in the
21    most truthful and knowledgeable way I can do that.
22         Now, in terms of your request, my
23    understanding is that there was no negotiation
24    between StocksToTrade and Jewmon for the transfer
25    of the project that happened silently as it became
```

Jamie Ben Alluch
May 27, 2021

1   taking ownership.

2        And my understanding is that there was a

3   divest -- a divestment from Jewmon as, like, the

4   partner that wanted to create a software, because

5   Jewmon ultimately is a marketing company, not a

6   software company, and it wanted to stay that way.

7        So StocksToTrade was created as the software

8   piece.  And that, again, is my understanding of how

9   things happened on the background prior to its

10  inception.

11       Jewmon and now Millionaire Publishing focus on

12  the marketing aspects.  They sell -- or they focus

13  on email lists and anything that has to do with

14  marketing regarding the trading products that are

15  being offered.  Now, that's one thing.

16       They did not want to mix -- again, my

17  understanding, they did not want to mix the

18  marketing aspects of that business with the

19  software development aspects which falls within a

20  completely different state of things.

21       StocksToTrade was created within that context

22  to take over the software aspect of creating, you

23  know, a product or products that would meet the

24  demands of traders in a software as a service basis

25  as a technology company that will support that.

Jamie Ben Alluch
May 27, 2021

1          It was not intended as a marketing company or

2      the crossover between both, because that would have

3      created a lot of confusion.

4          Now, that was created in that piece.

5          Now, in between those Jewmon decided to give

6      ownership to StocksToTrade.  And I'm not privy of

7      the details of how that happened, other than the

8      fact we started paying for it, and that is more

9      high level agreements than as a corporation we know

10      of, because it was done at the shareholder level

11      where they decided to capitalize that money and

12      then get back that investment through a loan that

13      was -- sat on the books prior to the time I,

14      personally, joined the team.

15  BY MR. FELDMAN:

16      Q    Okay.  Now, so I guess the answer to my

17  question is, yes, Mr. Feldman, I agree there was no sale

18  between Jewmon and StocksToTrade, correct?

19          MR. COLWELL:  Objection.  Form.

20          THE WITNESS:  I agree there was no negotiation

21      that was recorded.  And I don't know of any

22      conversations or anything that may have happened

23      between the owners of the company and any other

24      dealings, other than the fact that those appear as

25      loans into the books that we have.

Jamil Ben Alluch
May 27, 2021

1   BY MR. FELDMAN:

2       Q    All right.  Okay.  All right. I think we've

3   got that clarified.  All right.

4            Now, going back -- by the way, you would agree

5   that it was Tim and Zach that created and ran Jewmon,

6   correct?  Right?

7       A    It is -- it is my understanding that they both

8   owned the company equally.

9       Q    Jewmon?

10      A    Jewmon Enterprises, LLC, I believe.

11      Q    And it's also your understanding that they

12  both owned -- they both at inception owned StocksToTrade

13  equally, correct?

14      A    Yes.  At the inception they were each

15  50 percent shareholders of StocksToTrade.com, Inc.

16      Q    Right.  So they -- they both owned and

17  controlled Jewmon and StocksToTrade.com, Inc., correct?

18      A    I can speak with certainty for StocksToTrade.

19  And I can -- it is my understanding that for Jewmon it

20  is the same case.

21      Q    Okay.  So just to clarify.  You're

22  testifying -- tell me -- tell me -- strike that.

23           You would agree that at inception of

24  StocksToTrade.com, Zach and Tim each equally owned and

25  controlled StocksToTrade.com, Inc., correct?

Jamie Ben Alluch
May 27, 2021

1      A     Yes.

2      Q     And you're also agreeing that Tim and Zach

3   owned and controlled Jewmon equally, correct?

4      A     On a personal basis, that is my understanding

5   of that.

6      Q     Okay.  Thank you.  So at the end of the day,

7   the same two guys could do whatever they want as between

8   Jewmon and StocksToTrade because they -- they were the

9   puppeteers of both entities; they ran both entities,

10  correct?

11         MR. COLWELL:  Objection.  Form.

12         THE WITNESS:  You're asking me to basically

13      make a guess on what people are thinking and how

14      they're doing --

15  BY MR. FELDMAN:

16     Q     Okay.  I'll withdraw the question.  All right.

17         Now, I want to go back.  We were talking about

18  product in development.  And you said that when you got

19  there and you were given access that very first time,

20  that you saw a querying function, correct?

21     A     You're -- is that -- you're asking on a

22  personal level?

23     Q     No.  I'm asking you now in September of 2015.

24     A     I'm answering on behalf of StocksToTrade.

25  That's my understanding.

Jamil Ben Alluch
May 27, 2021

1          In September of 2015, me, as Jamil Ben Alluch,

2     a person, was not a part of StocksToTrade.  I did not

3     independently.

4          Q    Okay.  I understand your issue.

5          I'm asking -- I'm asking you now from personal

6     knowledge.

7          A    Understood.

8          Q    When you went on the product in development

9     for the first time, very first time, was there a

10    querying function?

11         A    It's very possible.

12         Q    Okay.  Now -- well, is that a yes or no?

13         A    That's my answer.  I mean, it's been a while.

14    It's been seven years and I've been working on the

15    project for six -- sorry -- it's been six years, so

16    September 2015.  I've been working on every, single

17    feature of the product, like, the project ever since.

18    And I can tell you for a fact that I don't remember

19    everything that has happened.

20         Q    Is it your recollection that you, Jamil Ben

21    Alluch, directed Scopic to add a querying function to

22    the product in development or that it was already there

23    and you just improved what was there?

24         A    On a personal basis, at the time I was not

25    employed by StocksToTrade.

Jared Ben Alluch
May 27, 2021

1          It is very possible and I do not recall all

2    the details of everything that has gone, but it's very

3    possible that it may have been that the structure for

4    the implementation or the querying engine was in place.

5          On -- as a representative of StocksToTrade,

6    like, I have knowledge of what has happened during that

7    time.  I know that the engine was in place, at least the

8    core elements that would allow to search the database in

9    memory.

10          But, personally, I don't recall the specifics

11    when I look at the platform, whether that was available

12    on what I saw at the time I saw it as a person prior to

13    me joining officially StocksToTrade.

14     Q    Okay.  So here's my question:  Do you know who

15    directed Scopic -- before your very first time on the

16    product in development, do you know who developed -- who

17    directed Scopic to develop a query -- querying function

18    for the product under development?

19          Let me -- that's an awful question.

20          Do you know who directed Scopic to include a

21    querying function in the product under development?

22     A    I don't know who included that.  And that may

23    have been, you know, prior to my arrival.

24          Some of the pieces were -- or my arrival, even

25    before the inception, I don't recall a specific request

Jami Ben Alluch
May 27, 2021

1   of someone, or even in the documentation that I've seen

2   as a corporate representative on the documentation that

3   I've seen, I've never seen a specific request from a

4   person -- in this case -- you might be alluding to, for

5   example, Zach or Tim.  I've never seen a request from

6   either of them specifically asking for that.

7           Now, another piece of context is that they

8   were tasked with creating a software platform for

9   trading, and then they probably -- going back before the

10  inception of StocksToTrade and knowing -- I'm sharing my

11  experience with software development and my experience

12  with StocksToTrade over the last five years and knowing

13  how Scopic works is, there is a research process in

14  which they will evaluate a large number of software

15  solutions that may be similar to see, you know, what

16  kind of features they have, especially when they have

17  little guidance and someone comes to them, it's, like, I

18  want a trading platform.  Well, that's fantastic, but we

19  don't have details.

20          And they cannot provide -- people like Tim and

21  Zach cannot provide any technical details on the

22  building that.

23          So -- and going back to the base, the

24  discrepancy between the start of the project.  And,

25  again, I will assume on a personal basis, and, again,

Jami Ben Alluch
May 27, 2021

1    with my experience with dealing with Scopic, that the

2    discrepancy between the date they signed the agreement

3    with Scopic Software, Jewmon, and they started the

4    development, you have May to October.  That's five

5    months, which can only be assumed to be a research

6    process, where they looked at all possible solutions in

7    the context of, you know, charting, you know, trading,

8    indicators, anything that has to do with trading values,

9    you know, screeners, like, for example, StockFetcher,

10   you know, was a little in E-trade, TD Ameritrade, which

11   all offer, you know, similar functionalities that,

12   again, query database with information there.

13          So they did their research.  They started the

14   development around October 2014, and then I arrived in

15   September 2015.  It was a partially finished product

16   that was completely useless, because if it had launched,

17   it would have just been --

18       Q    Is it -- I appreciate the explanation, but I'm

19   asking, again, a pretty simple question.

20          Is it your testimony that Scopic told Zach and

21   Tim what they want, or is it your testimony that Zach

22   and Tim told Scopic what they want?  Which one was it?

23       A    My understanding is Zach and Tim would have

24   had a level of approval, but didn't necessarily fully

25   understand what they needed or wanted on the platform.

Jamil Ben Alluch
May 27, 2021

```
 1      Q    Are you -- are you testifying that when Zach

 2   and Tim went to Scopic, they didn't know they wanted a

 3   scanning function in the --

 4      A    I cannot tell you what Tim or Zach --

 5      Q    I got to finish --

 6           MR. COLWELL:  Let him finish the question.

 7           THE WITNESS:  My apologies.  Sorry.  Yes.

 8   BY MR. FELDMAN:

 9      Q    Is it your testimony that -- that Tim and Zach

10   did not tell -- strike that.

11           Is it your testimony that neither Tim, nor

12   Zach, told Scopic that they wanted Scopic to develop a

13   platform that included a querying or screening feature?

14           MR. COLWELL:  Objection.  Form.

15           THE WITNESS:  Prior to -- prior to

16       inception -- I'll speak on a personal basis and

17       make a very broad assumption knowing Tim and Zach

18       personally and knowing --

19   BY MR. FELDMAN:

20      Q    I don't want assumptions.  I want facts.

21      A    But I cannot give you knowledge I don't have

22   because --

23      Q    You can't answer the question, can you?

24      A    But you're asking -- you're asking me --

25   you're asking me for an opinion.  I can only tell you --
```

Jamil Ben Alluch
May 27, 2021

```
 1        COURT REPORTER:  One at a time, please.

 2     Excuse me.  One at a time.  I'm not getting either

 3     one.

 4  BY MR. FELDMAN:

 5     Q    I'm not asking for an opinion.  I am not

 6  asking for an opinion.  Okay?  I don't want your

 7  opinion.  If I do, I'll ask for an opinion.  I want your

 8  knowledge.  And if you don't have knowledge, I want you

 9  to say, I don't know.  Okay?

10        Now, what I'm trying to find out now is

11  whether Scopic was instructed in its research or in its

12  development to include a screening or querying function

13  in the software they were being asked to develop.

14        Do you know the answer to that question, yes

15  or no?

16     A    I do not know the answer to that question.

17     Q    Thank you.  Thank you.  Okay.

18        Now, but somehow, some way, a screening

19  querying function, whatever you want to call it, was in

20  the product under development the first time you went

21  on -- went on to experiment with it, correct?

22        MR. COLWELL:  Objection.  Form.

23        THE WITNESS:  On a personal level, I believe

24     that's the case.

25  BY MR. FELDMAN:
```

Jamie Ben Alluch
May 27, 2021

1    Q    Okay.  Now, and then from the moment that you

2  went on and saw that screening function, you concluded

3  that it needed to be better, correct?

4         MR. COLWELL:  Objection.  Form.

5  BY MR. FELDMAN:

6    Q    Right?

7    A    I went with industry standards to make sure

8  that we have all the capabilities that other industry

9  standard tools had, and made sure that we went with the

10  industry standard with adding our own improvements.  You

11  know, we are creating a new software for a specific

12  demographic, and that was our goal, to create a tool

13  that met those needs.

14    Q    Now, one way of figuring out -- one way a guy

15  like you, who develops software -- I'll rephrase.

16         You would agree that in understanding the

17  features to include in this product in development was

18  to do market research, correct?

19    A    Yes.

20    Q    And market research included going on to

21  other -- other market analysis platforms to see what

22  they use, correct?

23    A    To the extent of having the same access as any

24  paying subscriber or whatever information may have been

25  publicly available on, let's say, YouTube or any other,

Jamil Ben Alluch
May 27, 2021

1   you know, documentation made available through websites,

2   then, yes, they did market research.  And most likely --

3   I mean, we do market research all the time.  We have

4   done it, like with EquityFeed specifically, by logging

5   into their systems.  And that's not -- you know, we're

6   not hiding that, either.

7         And it's to the extent where we have no access

8   to any confidential information, other than whatever

9   access we had was the same as any subscriber or any

10  information you can find on a public facing website,

11  such as YouTube, the documentation posted on the

12  website, and so on and so forth.

13     Q    Okay.  So you just mentioned a moment ago that

14  you went on to EquityFeed as part of your market

15  research, correct?

16     A    Yes.

17     Q    And you did that when you were volunteering to

18  elevate this product under development, correct?

19     A    I was a sub --

20         MR. COLWELL:  Objection.  Form.

21         THE WITNESS:  I was a -- I was a subscriber of

22      EquityFeed prior to ever meeting Tim and Zach or

23      having any agreement with them.

24  BY MR. FELDMAN:

25     Q    Right.  And so what -- you would agree that in

Jami Ben Alluch
May 27, 2021

1   figuring out what you wanted Stocks -- the StocksToTrade

2   product in development to both do and to look like, you

3   looked at EquityFeed -- EquityFeed's product, as well as

4   the products of a number of other companies, correct?

5       A    I looked --

6            MR. COLWELL:  Objection.  Form.

7            THE WITNESS:  I was a trader.  I was trading.

8   My intent was to go full-time trading.  And I had

9   knowledge as a software developer or someone who is

10   familiar with, like, the technicalities of it of

11   what would be ideal in the context of trading.

12           And as I said, I've accessed all of these

13   tools on the same premise that anyone with a paying

14   subscription would have, which did not -- which did

15   not give me any privileged access or any

16   confidential access to any information.

17           Anything that was publicly available, any

18   person with a technical understanding of high level

19   or, you know, decent technical understanding or

20   capacity to make programs would have been able to

21   figure out on their own.

22           And one of the things I'll point out, since

23   we're focusing specifically, your questioning goes

24   into the querying engine and specifically, I

25   suppose, the Filter Builder of EquityFeed.

Jami Ben Alluch
May 27, 2021

1          At the bottom of that, whether it's EquityFeed

2     or StockFetcher or TD Ameritrade or Interactive

3     Brokers, whomever you are trying to use, there's a

4     database underneath, receives data, that data gets

5     updated on the database and then you run a query in

6     the same way you run a database query on any

7     relational data base, such as PostgreSQL, MySQL,

8     Snowflake.  You name -- you give me a name of a

9     database and it works exactly the same way.

10          That information is assessed in the same way.

11     You can look at it, and there's no magic juice

12     happening underneath.  It's a database.  We built

13     that from scratch with our own knowledge of how it

14     works based on how we knew we wanted to display

15     things.

16 BY MR. FELDMAN:

17     Q     Okay.  Mr. Ben Alluch, I appreciate the long

18 answer, but I've got a very narrow question for you.

19          In figuring out how you wanted the

20 StocksToTrade's querying function, the scanning

21 function, to both look like and operate, do you agree

22 that you went on to EquityFeed's Filter Builder to do

23 market research to figure out the answer to that

24 question?  Do you agree with that?

25          MR. COLWELL:  Objection.  Form.

Jami Ben Alluch
May 27, 2021

1        THE WITNESS:  No, I don't.

2    BY MR. FELDMAN:

3        Q    Why don't you agree with that?

4        A    Because much as I have personally used

5    EquityFeed, I have also used other products in different

6    capacities.

7            You want me to answer the question.  I'm

8    answering the question.  Like I gave you an answer, I'm

9    trying to give you an explanation.

10           And the explanation is, EquityFeed, much like

11   every platform that exists, has an interface.  And the

12   actual interface of Screener Plus, the one that exists

13   today, I, personally, designed myself in Photoshop.

14       Q    You, personally, designed it with -- with the

15   knowledge -- with your knowledge of what Filter Builder

16   looks like, right?  You did that, right?

17       A    I designed --

18           MR. COLWELL:  Objection.  Form.

19           THE WITNESS:  -- it with the knowledge of

20       trading, and knowledge of all the tools that we've

21       looked at over the last six or seven years that

22       I've been in the industry.

23   BY MR. FELDMAN:

24       Q    Including Filter Builder, correct?

25       A    Including Filter Builder, yes.

Jami Ben Alluch
May 27, 2021

1      Q    Thank you.

2           Now, Mr. Ben Alluch, how many times while you

3    were in that -- in that four to five-month period where

4    you were improving the product under development, and

5    specifically the screening querying function, how many

6    times did you go on to EquityFeed in order to do the

7    market research you needed to do to figure out what you

8    wanted StocksToTrade's querying or screening function to

9    look like?  How many times did you do that?

10          MR. COLWELL:  Objection.  Form.

11          THE WITNESS:  That did not happen during the

12      time I joined to the release.

13   BY MR. FELDMAN:

14      Q    Okay.

15      A    The -- the Screener Plus was developed, the

16   initial request was done a few days prior to the public

17   release.  And the final development and delivery of that

18   feature specifically was finalized in November of 2016.

19      Q    I'm not talking about Screener Plus.  I'm

20   talking about -- I'm talking about the querying function

21   that was launched with StocksToTrade on -- in February

22   of 2016.

23      A    I didn't -- I didn't need to look at

24   EquityFeed for that.  Any person with a degree in

25   computer science can figure it out.

Jami Ben Alluch
May 27, 2021

1    Q    You may not have needed, but you did do -- you

2    did look at EquityFeed, didn't you?

3          MR. COLWELL:  Objection.  Form.

4    BY MR. FELDMAN:

5    Q    Didn't you?

6    A    On a personal basis, I may have accessed, but

7    I did not specifically look at that like --

8    Q    Like what?

9    A    I can't answer yes to something like that

10   because I did not specifically look at EquityFeed to

11   build our stuff.

12   Q    Not specifically.  But you did look at

13   EquityFeed during that four or five-month period that

14   you were developing the -- or improving the product

15   under development, correct?

16   A    No.

17   Q    You're saying --

18   A    I'm saying I accessed EquityFeed on a trader

19   basis, the same way I access StockFetcher and the same

20   way I access every other tool, which, by the way, I was

21   a paying subscriber of EquityFeed for the purpose of

22   trading.

23          And so you're implying right now that I'm

24   using it to copy, where, in fact, I was using it to

25   trade, right?  I was --

Jamil Ben Alluch
May 27, 2021

1      Q    It just also happened to be very convenient

2    that at the time that you were going on to my client's

3    market scanning platform, that you just happened to be

4    developing a competitive market scanning platform for --

5      A    I didn't happen to be developing.

6      Q    -- Tim Sykes and Zachary Westphal, right?

7           MR. COLWELL:  Objection.  Form.

8    BY MR. FELDMAN:

9      Q    That just happened to be a coincidence, right?

10          MR. COLWELL:  Objection.  Form.

11          THE WITNESS:  It was no coincidence.  I was a

12     subscriber to StocksToTrade.  I met with Zach.  I

13     got my book deal.  They showed me the thing.  I

14     decided to help them make it better because I

15     wasn't fully satisfied with how EquityFeed was

16     doing things.

17          I have kept using EquityFeed for a while after

18     that because I was still trading.  And the tool was

19     at that time a lot better than StocksToTrade was

20     prior to the launch, because, like, to be honest,

21     like, StocksToTrade was a piece of garbage at the

22     time I joined.  It was not functional.  It was a

23     dying product.  And we spent literally from

24     September 2015 to February 2016 to actually rework

25     the entire back end and the front end to be able to

Jami Ben Alluch
May 27, 2021

1    have a viable product at launch that was still not

2    viable at launch.

3        We managed to stay afloat, thanks to a number

4    of marketing strategies.  And we spent the next, I

5    would say, four years resolving all of the issues

6    that came with performance and bandwidth with the

7    platform.

8  BY MR. FELDMAN:

9    Q    Right.

10   A    Now, you can -- you can assess whatever you

11  want on whether I accessed for what reason, but,

12  personally speaking, I had access to EquityFeed as a

13  trader and that was my primary use for the tool at the

14  time I joined StocksToTrade.

15   Q    Yes, your primary use, thank you.

16       Now, Mr. Ben Alluch, you would agree -- you

17  just -- strike that.

18       You would agree that in the fall of 2015 --

19  I'm going rephrase the question.

20       You made -- you made mention that the

21  EquityFeed product was a lot better than the

22  StocksToTrade product as it existed at that point in

23  time, the fall of 2015, correct?

24   A    Yes.

25   Q    And you would agree that the EquityFeed

Jami Ben Alluch
May 27, 2021

1    product is a good product, right?

2        A    It was --

3            MR. COLWELL:  Objection.

4            THE WITNESS:  What I would say is, EquityFeed

5        was a usable product, but it lacked a large number

6        of features that would cater to people like myself

7        who were trading penny stocks at the time.

8    BY MR. FELDMAN:

9        Q    Okay.  All right.  When did you become a

10   subscriber of EquityFeed?

11       A    I then -- I became a subscriber of

12   StocksToTrade when it was white labeled.

13       Q    When?  When did you do that?

14       A    I believe it was January 2015, but I don't

15   recall the exact date on a personal basis.

16       Q    And then how long did you keep -- after the

17   white label agreement ended, how long did you keep the

18   EquityFeed subscription?

19       A    My understanding is I'm still subscribed to

20   EquityFeed.

21       Q    Okay.  And -- okay.  You never stopped being a

22   subscriber to EquityFeed, correct?

23       A    Correct.  The pricing was good.  I got

24   grandfathered into $120 a month, which is not their

25   pricing right now, so...

Jamil Ben Alluch
May 27, 2021

1      Q    Okay.  And did you ever go on to EquityFeed

2   with Tim or with Zach?

3      A    I don't understand your question, "go on."

4      Q    Did you -- did you ever log in to EquityFeed

5   with Tim and/or Zach present?

6      A    I don't believe I've ever done that.

7      Q    When you say you don't believe, are you

8   saying -- I need to know whether you're denying it or

9   you're saying it's possible or you don't know.

10     A    Well, you're asking me on -- as a corporate

11   representative or on a personal basis?

12     Q    I'm asking you, Jamil Ben Alluch, whether you

13   have ever logged into EquityFeed, whether -- whether it

14   was white labeled -- I'm sorry.

15          Did Jamil Ben Alluch ever log on to either the

16   white label product or EquityFeed itself with Tim and/or

17   Zach present?

18          MR. COLWELL:  Objection.  Form.

19          THE WITNESS:  Personally speaking, I don't

20      remember ever doing that.

21   BY MR. FELDMAN:

22     Q    And as a corporate representative?

23     A    I have no knowledge of anyone ever doing that

24   with Tim or Zach.

25     Q    Have you ever logged on to either the white

Jami Ben Alluch
May 27, 2021

1    label or to EquityFeed with anybody from Scopic?

2            MR. COLWELL:  Objection.  Form.

3            THE WITNESS:  I don't think that's the case.

4    BY MR. FELDMAN:

5        Q    You don't think?

6        A    Like, I have logged on and I have taken screen

7    shots occasionally to show certain things, but...

8        Q    Whoa, whoa, whoa.  You have logged on to take

9    screen shots.  You logged on to EquityFeed to take

10   screen shots of EquityFeed?

11           MR. COLWELL:  Objection.  Form.

12   BY MR. FELDMAN:

13       Q    Is that what you just said?

14       A    Yes.

15       Q    And you showed those screen shots to Scopic,

16   didn't you?

17           MR. COLWELL:  Objection.  Form.

18           THE WITNESS:  I have shown screen shots that I

19       have taken to Scopic for comparison purposes within

20       the context of data validation.

21   BY MR. FELDMAN:

22       Q    Right.  You took screen shots of the

23   EquityFeed product and took those screen shots back to

24   the people who were developing the StocksToTrade

25   product, correct?

Jami Ben Alluch
May 27, 2021

```
 1      A    I took --

 2           MR. COLWELL:  Objection.  Form.

 3           THE WITNESS:  I took screen shots that were

 4      useful for performance benchmarking in comparison

 5      with other market players, as I have done with

 6      other products as well.

 7  BY MR. FELDMAN:

 8      Q    Right.  And that included screen shots of my

 9  client's product, correct?

10      A    It's very likely, yes.

11      Q    And did it include screen shots of Filter

12  Builder?

13      A    I don't think so.

14      Q    Well, do you know?  You're saying you don't

15  think so.

16      A    Again --

17      Q    Are you denying -- whoa, whoa.

18           Are you denying -- are you denying that you

19  took screen shots of Filter Builder and showed those

20  screen shots to the folks at Scopic?

21      A    I'm not denying, but I'm not also saying I did

22  because, again, I spent the last five years working,

23  five, six years working on this project, and the amount

24  of information that has been exchanged is extremely

25  large.
```

Jami Ben Alluch
May 27, 2021

1         And, you know, within the context of preparing

2    for this deposition, I wasn't to be expected to see

3    every, single communication that was, you know, that has

4    happened between Scopic, myself, the developers, Tim,

5    Zach or anyone involved within that.

6         Q    Mr. Ben Alluch, did you ever take screen shots

7    on EquityFeed of the indicator pull-down menus, yes or

8    no?

9         MR. COLWELL:  Objection.  Form.

10        THE WITNESS:  I'll just tell you it's the same

11     answer.  It's, I cannot recall the specifics of

12     what -- and, again, I cannot be expected to know

13     every, single communication or piece of data that

14     was given to, you know, Scopic as part of our

15     software development communication.

16        MR. COLWELL:  We've been going over an hour.

17        MR. FELDMAN:  I'm going to finish up this line

18     of questioning.

19        MR. COLWELL:  You can take a couple more

20     questions and then we'll take a break.

21        MR. FELDMAN:  Yeah, we'll take a break in a

22     couple moments, okay.

23        MR. COLWELL:  Sure.

24   BY MR. FELDMAN:

25        Q    So tell me what screen shots you do remember

Jamie Ben Alluch
May 27, 2021

1   taking from Equity -- EquityFeed that you showed to

2   Scopic.

3       A    Possibly level two, just for comparative

4   reasons on, you know, how we're doing, as I did with

5   Interactive Brokers as well, to see what the differences

6   were in how we were processing the data.

7           Time and sales would have come up.  Charting,

8   because just to show what not to do.

9           Those are the ones that immediately come to

10  mind at this point.

11      Q    Do you have any recollection of taking any

12  screen shots of Filter Builder?

13      A    I don't have any recollection of taking any

14  screen shots of Filter Builder.

15      Q    But -- but we agree that you're not -- you're

16  not here saying it didn't happen, correct?  You're just

17  saying you don't remember if it happened, correct?

18      A    What I'm saying is that there are a lot of

19  communications and I cannot be expected to know all of

20  them.

21      Q    I'm not asking you to remember.  I'm asking

22  about, do you remember what screen shots --

23      A    I just shared that information in your prior

24  question.

25      Q    Is it your testimony today that you never took

Jami Ben Alluch
May 27, 2021

1   screen shots of Filter Builder to show to Scopic?

2       A    I cannot say for certain that I never took

3   screen shots of Filter Builder.

4       Q    Thank you.  Now, I want to talk to you about

5   Jira.

6       A    Of course.

7           MR. COLWELL:  Is now a good time for a break,

8       since you're starting a new topic?

9           MR. FELDMAN:  Actually, it is part of this

10      topic.

11          MR. COLWELL:  Okay.

12          MR. FELDMAN:  Give me -- give me 5 minutes and

13      then we'll take a break.

14          MR. COLWELL:  Okay.

15   BY MR. FELDMAN:

16      Q    Jira was the -- the platform that was used to

17   communicate with Scopic about the tasks that you wanted

18   them to perform, correct?

19      A    Yes.

20      Q    And do you have your Jira notes?

21      A    I don't have any notes with me.

22      Q    What's that?

23      A    I do not have any notes with me.

24      Q    I understand that.  But do your Jira notes

25   exist --

Jamie Ben Alluch
May 27, 2021

1          MR. COLWELL:  Objection.  Form.

2    BY MR. FELDMAN:

3       Q    -- with Scopic --

4          MR. COLWELL:  Objection.

5    BY MR. FELDMAN:

6       Q    -- regarding StocksToTrade platform?

7       A    My apologies.  Jira does not provide notes.  I

8    just want to make sure I fully understand the context of

9    your question.

10          MR. COLWELL:  The question assumes -- yeah,

11       assumes facts not in evidence.

12          MR. FELDMAN:  I'll rephrase it.

13          MR. COLWELL:  Yeah.

14    BY MR. FELDMAN:

15       Q    What is Jira?

16       A    Jira is an issue tracking system for software

17    development.

18       Q    All right.  And how does one use Jira?

19       A    So typically you will have your developers,

20    and then you will have issue requests that get recorded

21    into Jira as part of the list or the backlog, depending

22    on the type of software development strategies you use.

23          So a request will come in, whether it's a

24    feature request for something new or a bug report,

25    someone's reporting on something that's not working

Jami Ben Alluch
May 27, 2021

1   needs to be addressed.

2        And then a -- one of the developers gets

3   assigned to that specific issue to perform the work that

4   will either correct or create a given feature or task

5   within that context.  And a discussion can happen within

6   each of the tasks contained within the environment of

7   the task management system.

8        So each issue will have a description that

9   indicates the request, a title for the request, as well

10  as the assignee, the priority, the gravity, and comments

11  that are going to be associated with that specific

12  request.

13     Q    Is Jira a subscription service?

14     A    Jira is a tool that is offered as a

15  subscription service.

16     Q    So if I want to use Jira to manage the tasks

17  of a project, I would subscribe to Jira and I would get

18  access to their tool, as one would subscribe to

19  StocksToTrade and get access to StocksToTrade tools?

20        MR. COLWELL:  Objection.  Form.

21        THE WITNESS:  It would be more comparable to

22     something like Asana or Gmail, if I had to be very

23     broad about it, but --

24  BY MR. FELDMAN:

25     Q    So is it a -- is it a paid service?

Jami Ben Alluch
May 27, 2021

1      A    Jira is a paid service.

2      Q    Okay.  And are there records of your Jira

3   communications with Scopic?

4      A    Yes.  We are producing those to you.

5      Q    Okay.  And are those records of STT.com, Inc.

6   or a third party?

7      A    Those are records owned by Scopic Software,

8   which basically blend the moment from the actual

9   creation of the project, which is basically the

10   reference for that date of October 2014 I provided.

11   It's the first ticket on Jira that appears -- that

12   indicates the beginning of the development of the

13   platform.  So it blends the Jewmon period and was also

14   used by Scopic Software to track the StocksToTrade

15   period as well.

16      Q    Okay.  So the Jira notes run from what date to

17   what date?

18      A    From October 2014 to today.

19          MR. COLWELL:  Just to be clear, they're Jira

20      tickets, Jeff.

21          MR. FELDMAN:  Jira tickets.  Okay.  No

22      problem.

23   BY MR. FELDMAN:

24      Q    And is Stocks -- is Scopic still engaged by

25   StocksToTrade.com to this day?

Jami Ben Alluch
May 27, 2021

1    A    Yes.

2    Q    Are they under a contract?

3    A    Yes.

4    Q    Are you producing the contract?

5         MR. COLWELL:  Yes.

6         THE WITNESS:  Yes.

7  BY MR. FELDMAN:

8    Q    You're producing all the contracts with

9  Scopic?

10   A    Yes.

11        MR. COLWELL:  Yes.

12 BY MR. FELDMAN:

13   Q    Jewmon and StocksToTrade, correct?

14   A    I cannot produce anything on behalf of Jewmon.

15 That is outside of scope.

16        MR. COLWELL:  Let me say, yes, Jeff, you're

17    getting the contract with Scopic.  There are two.

18 BY MR. FELDMAN:

19   Q    Okay.  When -- when you presented screen shots

20 of the EquityFeed product to Scopic, did you explain to

21 Scopic that these were screen shots from EquityFeed?

22   A    Again, there's about 6,000 tickets on Jira.

23   Q    I'm not asking about the tickets.  I'm asking

24 about you what you remember.

25   A    Well, I don't remember the specifics of what

Jami Ben Alluch
May 27, 2021

1   was written in the description, so I do not know what

2   was written at that time, just because of the volume of

3   information that's --

4       Q    I understand.  So maybe I'm misunderstanding.

5           So basically you would take the screen shots

6   and then send them to Scopic through Jira; is that

7   correct?

8       A    Yes.

9       Q    And did you ever have sitdown, old-fashioned

10  human conversations with the folks at Scopic?

11      A    Most of our communications have been online.

12          I've been remote for about 12 years, so prior

13  to even joining StocksToTrade, and I've been remote ever

14  since.  Scopic Software is remote.

15          So, no, to answer your question, there was no

16  sitdowns with Scopic.  Most all our communication is

17  electronic.

18      Q    What email -- did you ever communicate with

19  Scopic by email?

20      A    A handful of times.

21      Q    So the principal mechanism, the principal

22  means of communication between you and Scopic was

23  through Jira?

24      A    And Slack.

25      Q    What is Slack?

Jamie Ben Alluch
May 27, 2021

1      A    Slack is a corporate messaging system that

2   does multimedia, so essentially it's like -- like a chat

3   where, you know, you can talk in realtime without the

4   need for necessarily a voice, although they use voice

5   communication as well.  But we primarily communicate

6   through Slack.

7           And Jira is really left more for the

8   developer's side who are actually doing the work,

9   whereas we use Slack for the high level definitions

10  where we discuss what has to be done and problems and

11  then Scopic tracks that on Jira.

12     Q    Which platform did you use to send screen

13  shots of my client's Filter Build -- strike that.

14          Which platform did you use to send screen

15  shots of the EquityFeed product to Scopic?

16     A    It would have been Jira initially.

17     Q    And you've looked at the Jira notes in

18  preparing the -- the production, correct?

19     A    I've reviewed some of the relevant, you know,

20  within the scope of what was being asked, specifically

21  the scanning portion.

22          I've reviewed a part of the tickets because,

23  again, there's a very large number of them and very

24  limited amount of time for preparation.

25     Q    And did -- did you see in your review for the

Jami Ben Alluch
May 27, 2021

1    production any Jira notes that included EquityFeed's

2    screen shots?

3        A    Those -- my understanding is those are being

4    produced to you.

5        Q    So you know for a fact they exist?

6        A    I know -- I know for a fact --

7            MR. COLWELL:  Objection.  Form.

8            THE WITNESS:  I know for a fact that the

9        documents will be produced to you and there --

10        there were discussions.  And if screen shots are,

11        they would be in the Jira tickets if they were

12        shared at that point.

13            And again, I don't have a full recollection of

14        all the tickets that were created on Jira.

15    BY MR. FELDMAN:

16        Q    I'm asking a simple question.

17            As you sit here today, do you agree that the

18    Jira tickets include screen shots that you sent to

19    Scopic; that is, the EquityFeed screen shots?  Do you

20    agree to that?

21            MR. COLWELL:  Objection.  Form.

22            THE WITNESS:  I -- again, I've reviewed the

23        Jira tickets for the preparation, and there's a lot

24        of tickets.  I don't recall during the preparation

25        seeing any screen shots.  If they would have been

Jamie Ben Alluch
May 27, 2021

1      shared, they would have gone through Jira, yes.

2   BY MR. FELDMAN:

3      Q     Okay.  But you know you shared them.  And

4   so -- and you know --

5      A     It's -- they would be on Jira or they would

6   have been through Skype earlier on.

7      Q     Now we have Skype, now a third platform.

8      A     Right.

9      Q     Tell me about Skype.

10      A     So Skype was the initial means of

11   communication we had with Scopic Software prior to --

12      Q     Why didn't you mention that in your first

13   deposition?

14      A     It was never asked.

15      Q     Okay.  So what I want to know right now, I

16   want to know everything that you used to communicate

17   with Scopic, everything.  I don't care if it was writing

18   in invisible ink.  I want to know what you used to

19   communicate with Scopic, please.  Lay it all out,

20   100 percent.

21      A     Okay.  So the first means of communication was

22   primarily through email and Skype, with a preference for

23   Skype.  So it was realtime, we were able to communicate

24   in near realtime or leave messages that were quickly

25   addressable.

Jamil Ben Alluch
May 27, 2021

```
 1          Jira was also one of the primary -- at that

 2   time was one of the primary ways of communication in

 3   order to be able to properly track the progress of tasks

 4   at any given point in time.  That was the initial.

 5          And probably around June of 2016 we introduced

 6   Slack and we basically dropped Skype altogether.  Scopic

 7   kept using Jira, and Slack has been our primary means of

 8   communication ever since.

 9          We also have internal issue tracking that's

10   controlled by StocksToTrade that was added much later

11   on.  That's called YouTrack, and it also includes

12   communication with Scopic -- Scopic in regards to

13   development of the platform.  And that sums up all the

14   communication layers that we have had.

15      Q    What email address did you use to communicate

16   with Scopic?

17      A    Initially I used my personal email address,

18   which I believe those are being produced as part of the

19   package.

20      Q    What was that email address?

21      A    It's jamil, J-A-M-I-L, so my first name, at

22   A-U-T-R-O-N-I-X.com.

23      Q    Okay.  And what -- what Skype address?

24      A    That was my personal Skype address.  So it's

25   ninja_1.
```

Jami Ben Alluch
May 27, 2021

1    Q    And then the Jira account that was used?

2    A    That is Scopic's Jira account.  I mean, they

3  have --

4    Q    And the Slack account?

5    A    That's the StocksToTrade corporate Slack

6  account.

7    Q    And the YouTrack?

8    A    YouTrack is the corporate YouTrack account.

9    Q    And are we getting -- are we getting all of

10  your communications with Jira from all -- I'm sorry --

11  all these communications with Scopic from all of these

12  platforms?

13    A    That is my understanding.  You are being

14  produced the relevant documents.

15    Q    And then what I -- what I want, and then we'll

16  take a break after this.

17        What I want to understand is whether or not we

18  are being given copies of the communications from you to

19  Scopic that included screen shots of the EquityFeed

20  product.  Are they in the production?

21        MR. COLWELL:  Objection.  Form.

22        THE WITNESS:  Again, I have not looked at all

23   of the exports.  If they are there, you know, it

24   will be included.

25  BY MR. FELDMAN:

Jamie Ben Alluch
May 27, 2021

1    Q    But you know they exist, right?

2         MR. COLWELL:  Objection.  Form.

3         Go ahead.

4         THE WITNESS:  I know I took screen shots and,

5    you know, those were likely shared with Scopic.  I

6    cannot tell you specifically which tickets or what

7    the subject matter of those tickets were.

8  BY MR. FELDMAN:

9    Q    But -- but this isn't -- this is not

10 complicated.

11        You know you took screen shots of my client's

12 product and sent them to Scopic, true or false?

13    A   I know I took screen shots.  And I know that I

14 probably may have shared them with Scopic.

15        Now, again, it's a chron -- like a time

16 question, in which I have to recollect, you know, six

17 years' worth of communication on how I've done things.

18 And it is a possibility, but I cannot 100 percent

19 guarantee that I did share it with them or not.

20        I can -- I can say for a fact that I have

21 taken screen shots and logged into the platform.

22    Q    Right.  But you took screen shots for what

23 purpose?

24    A    Again, may --

25    Q    Screen shots were taken for what purpose?

Jami Ben Alluch
May 27, 2021

1    A    May have been bench marking, or I may have

2  used them in my book.  You know, there's a number of

3  reasons why I have taken screen shots.  It's been a long

4  time and that is, you know, a wide scope of information

5  that I need to recall.

6    Q    Now, have you gone back to -- to your email,

7  Skype, Jira, Slack, YouTrack to look for your

8  communications to Scopic that included the screen shots?

9  Did you --

10    A    I didn't look -- I didn't look specifically

11  for communication that included screen shots, but I did

12  look specifically, and I was essentially the one pulling

13  that information as being the most knowledgeable on the

14  subject regarding -- so the query terms essentially

15  included EquityFeed, Scanz with a Z, Filter Builder

16  Scan, Screener, Screener Plus.  So we ran those queries

17  individually.

18         And I believe our lawyer's team also -- also

19  have full access to our emails to perform their own

20  matter research within the context of the emails, and

21  all those emails were also provided to our team for

22  inspection.

23         And within, you know, the bounds of what is

24  requested, I feel like we've done our due diligence to

25  pull that information for, you know, the case.

Jami Ben Alluch
May 27, 2021

1        MR. COLWELL:  I think we can take a break now.

2    We've been going --

3        MR. FELDMAN:  How much -- how much time do I

4    have left, please, Darlene?

5        MR. COLWELL:  You want to just tell us after

6    the break, Darlene?

7        MR. FELDMAN:  That's fine.  That's fine.

8        MR. COLWELL:  We'll take a break.

9        VIDEOGRAPHER:  Yes, please.

10        MR. FELDMAN:  10 minutes.

11        MR. COLWELL:  Thank you.

12        VIDEOGRAPHER:  We're off the record, 9:12 p.m.

13    UTC time.

14        (Recess.)

15        VIDEOGRAPHER:  We're back on the record,

16    9:40 p.m. UTC time.

17   BY MR. FELDMAN:

18    Q    Okay.  We've been talking about the -- the

19   original scanning feature, query feature that was on the

20   StocksToTrade platform when it launched in February of

21   2016.  I want to now move to Screener Plus.

22        Can you tell me -- can you go through the

23   evolution of Screener Plus, please?

24    A    The --

25        MR. COLWELL:  Objection.  Form.

Jamil Ben Alluch
May 27, 2021

1        You can answer.

2        THE WITNESS:  The evolution?  I'm not sure I

3    understand the term.

4   BY MR. FELDMAN:

5        Q    Do you understand the word evolution?

6        A    I do, but I don't -- I don't understand it in

7   this context.

8        Q    Well, what does the word evolution mean to

9   you?

10       A    Something that starts from something, changes

11   form and gets to something else.

12       Q    Right.  Well, okay.

13       So explain -- explain to me from the moment of

14   conception to the moment of existence of Screener Plus.

15       A    I understand.

16       MR. COLWELL:  Objection.  Form.

17       THE WITNESS:  So the process to create

18   Screener Plus was essentially I put in a request to

19   essentially -- for the feature.  And then that was

20   developed for the next eight months.  And then we

21   had the feature released in November of 2016.

22   BY MR. FELDMAN:

23       Q    Who did you put the request to?  Who did you

24   make the request to?

25       A    That was done through Jira as a ticket.

Jamie Ben Alluch
May 27, 2021

1    Q    To whom?

2    A    Just as a ticket.

3    Q    No.  I'm saying, but who did you send it to?

4    A    You don't send it.  It's a tracking management

5  system.

6    Q    Okay.  So who were you directing this to?

7    A    So the assumption there when we place tickets

8  or issues in a issue management system is whoever is

9  most qualified to work on a given task gets assigned

10  that task.  And it's either the PM, so the project

11  manager, who will assign that task, or one of the

12  developers of the Scopic Software team who would take

13  that specific ticket and start working on it.  And

14  that's arbitrary --

15    Q    Which person at Scopic got the ticket and

16  worked on developing Screener -- Screener Plus?

17    A    I believe the lead on that was --

18         MR. COLWELL:  Objection.  Form.  Yeah.

19         THE WITNESS:  I believe -- and again, I

20    believe the lead on that was Mladen, who was the

21    technical lead.  Mladen Lazic, we talked about him

22    earlier, technical lead for Scopic Software at that

23    time.

24  BY MR. FELDMAN:

25    Q    And does that mean he's the one who actually

Jamil Ben Alluch
May 27, 2021

1  wrote the code or does that mean that he's -- he was the

2  lead guy?

3      A    It means he's the person responsible for the

4  ticket.  And as technical lead he would provide the

5  insight on implementation if it's not him putting it in

6  place.  So that means he would direct --

7      Q    I want to know who sat at a desk and wrote

8  code.

9      A    I don't have that information.

10     Q    You don't.

11     A    It would be -- so we are -- we have done the

12 extracts that were provided to our Counsel that include

13 all of the Screener Plus extracts from Jira within the

14 of context of what was requested.

15         I do not recall the name of the person who was

16 actively working on it, but it would be on the Jira

17 ticket.

18     Q    Okay.  So who do you believe conceived

19 Screener Plus?

20     A    There's a number of people capable of doing

21 that.  However, I will make a note that Screener Plus,

22 and for that matter, the -- the prior conversation we

23 had regarding the filter are only user interfaces to the

24 querying engine.

25         And so -- so this -- the best way I can

Jamil Ben Alluch
May 27, 2021

1   describe that is basically if you have a person, you're

2   just essentially changing the clothes on that person to

3   look different, but the underlying functionality is

4   irrelevant of how you present that interface.

5        Q    So are you -- are you saying that the

6   functionality of Screener Plus was the functionality

7   that existed at the time that StocksToTrade launched in

8   February 2016?

9        A    What I'm saying is that the querying engine,

10  which is essentially a database system, was in place

11  throughout the process of creating, which is the only

12  way for us to essentially generate lists of stocks based

13  on criteria.

14       Q    So at the end of day, by analogy what you're

15  telling me is, is that the engine was there, it's just a

16  question of what it was going to look like to the user,

17  correct?

18       A    Partially.  The -- so the difference between

19  something like the Screener Plus and the filter feature

20  that we discussed earlier is that the filter feature --

21  or it's basically a filter in essence to find specific

22  stuff.

23            One of them is -- has a pre-defined query, so

24  you can only search by a pre-determined set of

25  parameters; whereas the other one you can give a lot

Jamil Ben Alluch
May 27, 2021

1    more flexibility to the end user to create the queries

2    that they want to create, which gives them, technically

3    speaking or practically speaking, I would say rather, an

4    infinite, like, an infinite way of creating screener

5    space on their own individual needs.

6            Ultimately -- ultimately what it does is, it

7    provides an interface to a database -- the database

8    engine or the querying engine that we have on the back

9    end that has all the data in memory as a database

10   system.

11       Q    Okay.  So what I gathered from that answer was

12   this:  That the principal difference between the

13   original query function and Screener -- Screener Plus is

14   that Screener Plus allowed a user to select his or her

15   own criteria to run against the database.

16       A    Yes.  It performs, like, a very specific

17   query, based on the wider selection of criteria choices

18   we offer to the end user, which are industry standard

19   criteria.

20       Q    Okay.  So -- and then what I'm gathering is,

21   is that, that that broader criteria or selection

22   criteria did not exist on the original query function

23   that got launched in February 2016; is that correct?

24       A    The ability to fully customize a search query

25   on the internal database of the StocksToTrade querying

Jamie Ben Alluch
May 27, 2021

1    engine was not made available at launch.  But the

2    functionality underlying that is basically the -- how we

3    find, you know, stocks.

4         Q    What month and year was it made available?

5         A    November 2016.

6         Q    November 2016.  Okay.  And so it -- would it

7    be fair to say that it was the engine, the engine was

8    always there, but what it -- what it -- let me -- let me

9    withdraw the question.  Let me try to ask it this way.

10             The first time anyone looking at the

11   StocksToTrade website would appreciate that they were

12   able to select their own criteria to view scans was in

13   November of 2016?

14        A    Yes.

15             MR. COLWELL:  Objection.  Form.  As to the

16        website, as to the term website.

17             MR. FELDMAN:  Yes, let me rephrase that.

18   BY MR. FELDMAN:

19        Q    The first time anybody using StocksToTrade,

20   the StocksToTrade platform, first time anyone using the

21   StocksToTrade platform would know that they had the

22   ability to select their own criteria to do scans against

23   a database was in November of 2016?

24        A    The first time that feature would have been

25   available to the general public as part of the public

Jamie Ben Alluch
May 27, 2021

1    release, specifically Screener Plus, was the official

2    release of the feature on, I believe it was November 15,

3    2016, or November 11.  It was the week of the 10th in

4    2016.  We do have that on our public change log where we

5    list essentially all the feature changes, fixes and

6    additions to our platform.

7        Q    Now, in order for someone to have known that

8    that feature was there, what would they have -- what

9    would they have needed to do?

10       A    In order to know that the feature was there?

11       Q    Yes.

12       A    They would have needed to read the manual.

13       Q    Okay.  What else?

14       A    I don't -- I don't have a full recollection of

15   all the marketing email that was sent at that period of

16   time.

17            My understanding is it's very likely we may

18   have announced that feature as part of our email

19   campaigns, and we may have alluded to it in videos or

20   other, you know, promotional material throughout that

21   period.  Again, lots of materials, in terms of

22   marketing, have been created over time, so I don't have

23   a full recollection of the entire scope.

24       Q    You made an analogy.

25       A    Uh-huh.

Jamie Ben Alluch
May 27, 2021

1    Q    You made an analogy earlier --

2    A    Yes.

3    Q    -- to -- to Screener -- Screener Plus

4    essentially being -- putting new clothes on an

5    existing -- it's not a good analogy, but you called it

6    putting new clothes on an existing engine.

7          That doesn't really -- can we come up with a

8    better analogy?

9          (Simultaneous speakers.)

10         THE WITNESS:  I can provide you a better

11    analogy.

12         Let's grab a Hyundai and a Kia.  Both cars are

13    made in Korea.  They look very much alike.  If you

14    grab any given model, you know, typically they're

15    very close together.

16         Now, they both run, engines, wheels and all

17    kinds of features specifically to them that you

18    would assume are standard for a vehicle that needs

19    to function.

20         Now, you have different trims on each of the

21    cars where you can all together just remove the

22    body work and put something else on top that makes

23    it look like a completely different car.

24         In essence, the difference between, for

25    example, filter -- the filter portion that we were

Jamie Ben Alluch
May 27, 2021

1    discussing earlier and Screener Plus is, we just

2    decided at that point to offer the car without

3    doors and windows.  It's still a functional car.

4    It has wheels, an engine, a steering wheel and a

5    seat, but the overall, you know, look is not the

6    same, but the functionality operates the same in a

7    limited capacity.

8         Now, on the other model you start adding, you

9    know, like infotainment system and all the windows

10   and Android Alt or Apple car, whichever is your

11   preference, and all of these data plans that allow

12   you to have a better experience.  Or even if you go

13   with a higher transport trim, what you do is,

14   you're basically changing that look, but the

15   underlying car is the same.

16        And so the analogy here is essentially at

17   the -- at the bottom it's the same back-end process

18   that gives the functionality.  And then we just

19   create interfaces on the front end that come and

20   communicate with that, in the same way you'll have

21   all those extra features made available to the user

22   to interact with, such as, you know, the power

23   windows and the press start, you know, button and

24   drive assist.  Those features are available on both

25   cars, except the interfaces with the user, the ways

Jamil Ben Alluch
May 27, 2021

1    you perform that task may not be available on the

2    other one.

3        So that would be, I suppose, a better analogy.

4    BY MR. FELDMAN:

5        Q    So would I be correct in understanding that

6    the development of Screener Plus was really about the

7    development of its interface?

8        MR. COLWELL:  Sorry.  I didn't hear you.  What

9    was that?

10   BY MR. FELDMAN:

11       Q    That the development of Screener Plus was

12   really about the development of its interface.

13       A    I feel like that would be a proper way to

14   describe it.

15       Q    Okay.  So who -- who actually developed the

16   interface?

17       A    I did.

18        Well, let me -- let me correct that.  I did

19   the mockup.  The developers developed the interface.

20        So I made a drawing on either Illustrator or

21   Photoshop, I don't recall the specifics.  And then that

22   was given to the desk, the developers, and then they

23   made it happen.

24       Q    Okay.  Now, do you agree that Screener Plus

25   has its own specific user interface and flow logic that

Jamie Ben Alluch
May 27, 2021

```
 1   a user goes through to complete the steps required to

 2   build the stock scan, whether it be single rule or

 3   multiple rules and get the realtime results?

 4           MR. COLWELL:  Objection.  Form.

 5           THE WITNESS:  Would you mind repeating that

 6       question?  I didn't fully grasp the entirety of it.

 7   BY MR. FELDMAN:

 8       Q    Do you agree that Screener Plus has its own

 9   specific user interface and flow logic that a user goes

10   through to complete the steps required to build a stock

11   scan?

12           MR. COLWELL:  Objection.  Form.

13           THE WITNESS:  I don't grasp, you know, like,

14       the term specific there, throwing me off in the

15       context of the question.

16   BY MR. FELDMAN:

17       Q    What -- do you agree -- let me rephrase the

18   question.

19           Do you agree that Screener Plus has its own

20   user interface?

21       A    Screener Plus has a dedicated user interface.

22       Q    Right.  And you would agree that that -- that

23   user interface has a flow logic that a user goes through

24   to complete the steps required to build a stock scan,

25   correct?
```

Jami Ben Alluch
May 27, 2021

1              MR. COLWELL:  Objection.  Form.

2              THE WITNESS:  One more time?

3    BY MR. FELDMAN:

4        Q    Do you agree that that -- that Screener Plus

5    user interface has a flow logic that a user goes through

6    to complete the steps required to build a stock scan,

7    correct?

8        A    I wouldn't call it --

9              MR. COLWELL:  Objection.

10             THE WITNESS:  -- a scan.  It's really a

11        database query.

12   BY MR. FELDMAN:

13       Q    Okay.  Call it a database query.

14             With that, do you agree -- do you agree with

15   that?

16       A    The interface provides the means.

17             Again, a user interface, I'll put the focus on

18   the word interface, which essentially means we're

19   connecting two pieces together, in this case the front

20   end and the software back end, which deals with the

21   querying engine.

22             So in this case the interface is the method by

23   which the user chooses the necessary information that is

24   passed back to the querying engine to perform a query on

25   the database in order to obtain realtime results.

Jami Ben Alluch
May 27, 2021

1     Q     And there is a flow logic to the manner in

2    which the user selects the criteria, correct?

3     A     The flow -- the flow is based on math.  So,

4    for instance, you cannot choose to put a number before

5    an operator, for example, or you cannot do, for example,

6    like -- trying to find a simple analogy for this to

7    simplify the process.

8          Typically when you do a sum and a product

9    there's an order to things.  And you cannot put a plus

10   sign before you put your numbers.  You're not going to

11   do plus 5, 3.  There is a sequence that needs to be

12   followed in order for an addition to happen.

13          And when you're dealing with databases, the

14   process is the same, where you need to put the field

15   name that you're selecting, you need to put an operator,

16   which defines the comparison that you're doing within

17   the query, and then you need to put the desired search

18   query that you're looking for, which is commonly applied

19   within any database engine.

20          So, for instance, if I have to do that with a

21   SQL query, I would do select star from a table, and a

22   table being the data store for a given set of data,

23   where price greater or equal to $5.  And that -- that is

24   a written query on a normal database engine.

25          So what I did there is, I grabbed the field

Jami Ben Alluch
May 27, 2021

 1   that exists on my table.  I used a comparative operator,

 2   which in this case greater or equal to, and then I added

 3   the value by which I am comparing it to.

 4          So this query feature that we have, so the

 5   building feature for that is the operation of selecting

 6   that field within the database, selecting the operator

 7   by which we are doing the comparison, and then setting

 8   the value by which we are comparing the, you know, that

 9   operator to.

10          And then we have the sequential following,

11   which is, you know, the logical operators and/or which

12   allow you to combine multiple of these in the same way

13   we do it for a database system in a relational manner,

14   whether it's PostgreSQL, MySQL or any other database in

15   existence.

16     Q    Okay.  So I appreciate that.  Got a little too

17   technical for me, so let me see if I can try this again

18   and perhaps maybe you could give me a more direct yes or

19   no response, followed by a more simplified explanation,

20   one that a jury and judge can understand.  Okay?

21          So we established that Screener Plus has its

22   own user interface.

23     A    Yes.

24     Q    Now, what I'm asking you is that when -- when

25   a customer uses that Screener Plus interface, does that

Jami Ben Alluch
May 27, 2021

1    interface require the user to -- strike that.

2           Does that interface have a flow logic that a

3    user goes through to complete the steps required to

4    build a stock inquiry?

5           MR. COLWELL:  Objection.  Form.  I don't

6      understand flow logic.

7           Go ahead.  You can answer, if you understand.

8           THE WITNESS:  Yeah.  I do not understand flow

9      logic in this specific example.

10          MR. COLWELL:  I think that's the problem with

11      the question.

12   BY MR. FELDMAN:

13     Q    Do you understand the word sequencing?

14     A    I understand sequencing.

15     Q    Okay.  So what I'm asking you is, does the

16   user interface have a sequence of steps by which the

17   user builds an inquiry to look for stocks of interest in

18   the database?

19     A    It does, in the same way that you need to put,

20   again, a number before a plus sign.  If you're -- basic

21   arithmetic, I think that I can get by with that one.

22   You cannot do plus 5, 3 in order to get to 8.  So you do

23   plus 5, 3, your expectation is 8, you would do 5 plus 3.

24   You have first element, you have your mathematical

25   operator, and then you have the second element for the

Jamie Ben Alluch
May 27, 2021

1    addition.  Just math, right?  1 plus 1 equals 2.  You

2    cannot do plus 1, 1 equals something.  You wouldn't have

3    something because it needs to have a following, in terms

4    to be able -- for that operation to be logical.

5           So in the context -- and that's to answer your

6    question.

7           The user needs to place the operator prior to

8    the -- the field of search prior to an operator, and

9    that is a sequence being followed in order to make

10   logical sense on what the comparison is, because you

11   cannot compare a value to an -- to air or an unknown.

12       Q    But let me -- I'm going to try -- forgive me.

13   I'm -- I'll get to where -- where I want to go.

14       A    Understood.

15       Q    All right?

16           What you said to me earlier, that this really

17   distinguished Screener Plus from what existed originally

18   was Screener Plus enabled users to select their own

19   criteria.

20       A    Yes.

21       Q    All right.  Now, you would agree that on the

22   interface, on the Screener Plus interface there are

23   broad categories of criteria that a user can select

24   from, correct?

25       A    There are broad -- the user can select from a

Jamie Ben Alluch
May 27, 2021

1   number of pre-defined criteria based on industry

2   standards for those fields that we have on the database.

3       Q    So, for instance, the user can -- the user can

4   select an analytic, correct?

5       A    The user can select a -- to do a comparison

6   with a calculated value, which is my understanding of

7   what you're calling analytic right now.

8       Q    Right.  And so under analytics, the user can

9   look at price, data, correct?

10      A    No.  An analytic would be a calculated field.

11          So what you would be doing is grabbing a

12  specific field within the table and doing a comparison

13  with a specific calculated field.

14          So in simple terms, instead of grabbing a

15  specific value, you would grab something that has -- a

16  formula is calculated of things of value, and then you

17  compare that to your initial criteria.

18      Q    Okay.  So let me see if I can dumb this down.

19  All right?

20          On Screener Plus a user has a choice among

21  price, data, liquidity, fundamentals and technical

22  overlay.

23          Do you agree with that?

24      A    Yes.

25      Q    And can -- do those features, do those

Jamie Ben Alluch
May 27, 2021

1  criteria all belong to a broader category?

2      A    They're industry standard terms.  So liquidity

3  refers to volume typically and you have several

4  categories of volume that you're looking at within that

5  context.

6          Pricing, you know, you're looking at different

7  categories within that context.

8          The high, the lows, again, categories within

9  that context based on time, all of which -- all of which

10  are industry standard terms used, generally speaking,

11  across any market trading tool.

12      Q    Right.  So again, you're giving me more than

13  what I asked for, but I appreciate that.  All right.

14          So let me think before I speak.  All right?

15          So where would I find price data on Screener

16  Plus, under what -- under what -- what caption or label?

17      A    I'm not sure I follow your question.

18      Q    Okay.  Well, where on -- where on the

19  dashboard of Screener Plus would I find price data?

20      A    I'm having trouble grasping --

21      Q    Price data as a criteria.

22      A    Okay.  So that would be -- I believe that

23  would be on the left, if memory serves well.

24      Q    Right.  Under what category or --

25      A    I believe it's called parameter, on top of my

Jamie Ben Alluch
May 27, 2021

1    head.

2        Q    Parameters.  Okay.  So a user of Screener Plus

3    could go to parameters --

4        A    Yes.

5        Q    -- and press that button, correct?

6        A    There is not a button.

7        Q    Okay.

8        A    It's a column.

9        Q    Column.

10           And then under -- under the word -- in that

11   column under parameters there's price data, liquidity,

12   fundamentals, technical overlay, correct?

13       A    Which are top level categories.

14       Q    What's that?

15       A    Yeah, those are top level categories for

16   industry standard terms.

17       Q    Right.  Now, when we talk about "top level,"

18   what do you mean by that?

19       A    Well, it's -- it's a categorization of fields

20   that fall within the similar family, I suppose.  Or it's

21   really a category of fields from the database.

22       Q    And then are there sublevels under the top

23   levels?

24       A    I don't fully recall the entire -- there's --

25   there's a number of them, so I don't fully know the

Jamie Ben Alluch
May 27, 2021

1    hierarchy of how that is presented.

2         Q    Well, so, for instance, under liquidity --

3         A    Yes.

4         Q    -- there were -- there is a pull-down menu,

5    wouldn't you agree, that then lists as subcomponents of

6    liquidity, volume, dollar volume, average daily volume

7    trading, correct?

8         A    Yes.  Liquidity implies volume as part of, you

9    know, it's a market industry standard term used to

10   define.

11        And then volume and all of those you listed

12   are specific fields within the category of liquidity,

13   they all fall within that category as part of, you know,

14   how we present the data to the user so it's

15   understandable when it comes to selecting specifics

16   without having to show the entirety of all the

17   selections in a single place and make it a lot more

18   confusing.

19        Q    What is the importance in how you present the

20   selection information to the user?

21        A    It's just the way people --

22             MR. COLWELL:  Form.

23             You can answer.

24             THE WITNESS:  So in regards to how it's

25        presented, it's typically industry standard, and

Jamie Ben Alluch
May 27, 2021

1    most specifically or more specifically relating to

2    how we typically address in the trading world, you

3    know, the importance of things.

4        So price is typically the first thing you look

5    at.  And after price you look at volume related

6    fields.

7        You will look at price, volume, high, low, and

8    then anything else that comes up will follow that.

9    BY MR. FELDMAN:

10    Q    But here's my question.  I asked you about

11    what is the importance.

12    A    Importance is --

13    Q    Hold on.  I got to finish the question.

14    Sorry.

15    A    Sorry.

16    Q    What importance did you, as the designer of

17    the interface, put on the -- the presentation of these

18    parameters and sub parameters to the user?

19        MR. COLWELL:  Objection.  Form.

20        THE WITNESS:  So it's subjective.  And that's

21    more of a design decision, based on my personal

22    experience with trading.

23        And the goal with the design when I was having

24    on the creative level is that we wanted to have

25    something visual that was not overload, given the

Jami Ben Alluch
May 27, 2021

1        complexity of the tool itself.

2    BY MR. FELDMAN:

3        Q    So you were trying to simplify the complex,

4    correct?

5        A    We were trying to make it a simple process for

6    customers to be able to create those without necessarily

7    having to learn how to code a query.

8        Q    Okay.  So you were presenting information --

9    presenting criteria to the -- you decided to present

10   criteria to the user, both top level and then related

11   sublevels, that the user could follow in a simple way in

12   order to develop the query?

13       A    I disagree with that.  I don't believe you can

14   follow --

15       Q    I don't -- I'm not -- what I want to know is

16   what was in your mind.  Okay?

17            So, you know, tell me what it is that you did

18   to simplify the presentation of selection criteria to

19   the user.

20       A    I believe you may have a misunderstanding on

21   how the process works and the ultimate result, and I'd

22   like to clarify that before -- before answering that --

23       Q    I don't -- I don't need a clarification.  I'm

24   asking you to answer my questions.

25       A    Well, I am more than willing to do that.

Jami Ben Alluch
May 27, 2021

1    Q    Look, Mr. Ben Alluch, I got the control here.

2    A    Of course.

3    Q    Okay?  I ask the questions and you answer

4    them.  Okay?

5    A    Understood.

6    Q    I don't want to get into -- as much as, you

7    know, I appreciate your forthcomingness, but I only have

8    a limited amount of time for this deposition and I'm

9    protecting my time now.

10    A    Understood.

11    Q    I want to know what you did in designing the

12    Screener Plus interface.  What did you do to simplify

13    the process for a user to select criteria to form a

14    query?

15        MR. COLWELL:  Objection.  Form.

16        THE WITNESS:  The creative process behind that

17        at a personal level when I was designing this was

18        essentially to make sure that it wasn't a visual

19        overload of criteria that people could select from,

20        which is what would have happened if I would have

21        left all the criteria you're referring to in a

22        single list of things.  It would have been a fairly

23        large number of elements that would not have been

24        practical for a user to use.

25    BY MR. FELDMAN:

Jami Ben Alluch
May 27, 2021

1    Q    So what did you do, in order to facilitate

2  that?

3    A    I collapsed the criteria into corresponding

4  categories, which matched within their own specific

5  areas.  And those are the -- what you now know as a top

6  level categories, that then unfold into those sublevels

7  that are actually the criteria.

8    Q    Okay.  And do you know of any other market

9  analysis tool that built their interface as you just

10  described?

11        MR. COLWELL:  Objection.  Form.

12        THE WITNESS:  I mean, every, single major

13    trading platform will offer some kind of selection

14    in such a manner where you can select your criteria

15    and then --

16  BY MR. FELDMAN:

17    Q    I understand -- I understand that the criteria

18  may be present on other platforms.  I'm not talking

19  about the existence of the user.

20    A    So --

21    Q    Hold on.  I'm talking about the presentation

22  of a platform.

23    A    None -- the answer is no.

24    Q    Look, what I'm asking you is, do you know of

25  any platform, any other platform by any other company

Jamie Ben Alluch
May 27, 2021

1   that organized the criteria as you did, you know,

2   compartmentalizing it as you did on Screener Plus?

3          MR. COLWELL:  Objection.  Form.

4          THE WITNESS:  I don't -- the way we

5      specifically organized it, no.

6   BY MR. FELDMAN:

7      Q    So you believe Screener Plus is unique in that

8   regard, correct?

9      A    I believe that our design is unique.

10     Q    And what is unique about your design is the

11  compartmentalization of the criteria, correct?

12         MR. COLWELL:  Objection.  Form.

13         THE WITNESS:  I believe that the design in its

14     totality and the individual parts of how it's

15     presented is unique.

16  BY MR. FELDMAN:

17     Q    Right.  So it's the visual, it's the

18  organization of the criteria that you believe is unique

19  to Screener Plus, correct?

20         MR. COLWELL:  Objection.  Form.

21         THE WITNESS:  Let me -- let me understand the

22     word organization, just to make sure I grasp that.

23  BY MR. FELDMAN:

24     Q    Well, it's what you described just a moment

25  ago.

Jamie Ben Alluch
May 27, 2021

1          Rather than presenting criteria in one big

2     list, you broke it down into category, subcategory,

3     correct?

4          A    Yes.

5               MR. COLWELL:  Objection.

6               THE WITNESS:  This is the same -- this is the

7          same way that Windows allows you to look for files

8          by unfolding top level categories and allowing you

9          to see underneath folders or any other, you know,

10          file manager menus that --

11     BY MR. FELDMAN:

12          Q    Right.  And what you believe is unique about

13     Screener Plus are these top level, sublevel folders of

14     criteria?

15               MR. COLWELL:  Objection.  Form.

16     BY MR. FELDMAN:

17          Q    Right?

18          A    I believe that all of that is essentially

19     industry standard terms categorized by the way they're

20     normally put in place.

21          Q    I'm asking -- I'm asking about you.

22          A    Well, I base -- I base this off of the

23     standard industry practices, which is essentially to

24     show --

25          Q    I'm not -- I'm not asking about industry

Jamil Ben Alluch
May 27, 2021

 1    standard practices.

 2             I'm asking about what you did and what you

 3    believe is unique.  Okay?

 4             And so what -- what I'm understanding from

 5    what you said is that there's a whole lot of criteria

 6    out there.  And you can just put it on, you know, under

 7    one column and let people pick and choose.  But what you

 8    decided to do was to organize it, correct?

 9        A    Absolutely, yes.

10        Q    And so -- and what you did is, is, you

11    organized it by -- by top level, sublevel pull-down type

12    of menus, correct?

13        A    Yes.

14        Q    So that there was a logical flow among

15    criteria that are related to each other, correct?

16             MR. COLWELL:  Objection.  Form.

17             THE WITNESS:  I disagree with that.

18    BY MR. FELDMAN:

19        Q    Well, tell me -- tell me what you did in

20    organizing the criteria.  You tell me.

21        A    It was as you described.  It is organized in a

22    top level category, which contains elements that are

23    related to that top level.  And I've done that for each

24    of the fields that are available on the database.

25        Q    And when you did that, were you aware of any

Jamie Ben Alluch
May 27, 2021

1   other market analysis or market scanning tool that did

2   what you did as you did it?

3          MR. COLWELL:  Objection.  Objection.  Form.

4   BY MR. FELDMAN:

5      Q    That looked as your Screener Plus did?

6          MR. COLWELL:  Objection.  Form.

7          THE WITNESS:  I was not -- I was not aware of

8      any other tool that would look as Screener Plus.

9   BY MR. FELDMAN:

10     Q    Okay.  So from your standpoint, even though

11  there are a lot of other tools out there that -- that

12  use a similar criteria, you don't know of any other tool

13  out there that presents that criteria organized as you

14  organized it, correct?

15         MR. COLWELL:  Objection.  Form.

16         THE WITNESS:  Not to the best of my

17     recollection.

18         On a personal level I can, you know, again, I

19     look at a large number of things.  This was

20     developed five years ago.  I don't know what I

21     looked at or didn't look at.  And at this point I

22     do not remember.

23  BY MR. FELDMAN:

24     Q    But -- yes, again, you're answering a question

25  that I didn't ask.  I'm not asking if you remember.

Jamie Ben Alluch
May 27, 2021

1          What I'm saying is that when you -- when you

2    finished designing this interface, you believed it was

3    unique in the manner in which it organized the criteria,

4    correct?

5          MR. COLWELL:  Objection.

6          THE WITNESS:  I believed it was unique in the

7      manner the interface was presented for the end

8      user.

9    BY MR. FELDMAN:

10      Q    Okay.  Now, and to go one level down from that

11   answer, what was unique about the manner in which the

12   interface presented information to the user was the

13   manner in which the interface presented the criteria to

14   the user, correct?

15          MR. COLWELL:  Objection.

16          THE WITNESS:  Would you mind repeating that

17      question?  I didn't fully understand.

18   BY MR. FELDMAN:

19      Q    Yeah.  What was -- what was unique was the

20   organization of the criteria, correct?

21          MR. COLWELL:  Objection.  Form.

22          THE WITNESS:  What was unique was the design

23      of the interface as a whole.

24   BY MR. FELDMAN:

25      Q    I understand that.  But, you know, again,

Jamie Ben Alluch
May 27, 2021

1   we're going backwards.

2         The interface includes the criteria, correct?

3   A   Yes.  It goes parameters.

4   Q   Parameters, all right.

5         And what you did is, you organized those

6   parameters in what you believe was a unique way,

7   correct?

8         MR. COLWELL:  Objection.

9         THE WITNESS:  I organized -- I don't recall

10     how I decided to organize that information.

11  BY MR. FELDMAN:

12     Q   I didn't ask you how.  I didn't ask that

13  question.

14     A   I didn't respond how.  I said, I don't recall

15  how -- like, you're asking about a creative process

16  which is absolutely 100 percent subjective.  I made

17  those decisions --

18     Q   I'm not asking about a creative process.

19         (Simultaneous speakers.)

20  BY MR. FELDMAN:

21     Q   Mr. Ben Alluch, listen --

22         COURT REPORTER:  One at a time, please.

23  BY MR. FELDMAN:

24     Q   I'm not asking you a difficult question.  I'm

25  asking you as simply as possible to tell the judge and

Jamie Ben Alluch
May 27, 2021

1  the jury in this case right now what you believe was

2  unique about the manner in which you organized the

3  parameters, the selection parameters.  Please answer

4  that question.

5          MR. COLWELL:  Objection.  Form.

6          THE WITNESS:  The parameters were organized --

7       to the best of my recollection, which was five

8       years ago, they were organized based on industry

9       standards, which I believe to be a common practice

10      at that time.  And they were put in a unique

11      looking interface I believe to be unique.

12  BY MR. FELDMAN:

13      Q    Tell me about that unique looking interface.

14  What was unique about that interface?

15      A    So the interface, you know, uses boxes in

16  order to generate the criteria -- the actual, you know,

17  values, and then you can combine those boxes into what

18  represents a query to essentially search for specific --

19      Q    Tell me about -- tell me about the

20  presentation of the parameters to the user, the

21  organization of those parameters to the user.

22          MR. COLWELL:  Objection.  Form.

23          THE WITNESS:  They're presented -- they're

24      presented on the left-hand side and they can unroll

25      the categories and select from them.  And then they

Jamie Ben Alluch
May 27, 2021

1      can select the operator and the value they want to

2      compare that item to.

3  BY MR. FELDMAN:

4      Q    And do you believe that the manner in which

5  you were presenting the parameters to the user to select

6  was -- was unique?

7      MR. COLWELL:  Objection.  Asked and answered.

8      Form.

9      THE WITNESS:  Mr. Feldman, I've answered this

10      four times already.  You don't like my answer on

11      what I believe.

12  BY MR. FELDMAN:

13      Q    I just want a simple answer.

14      A    I just told you.  I said --

15      Q    You got to stop.

16          (Simultaneous speakers.)

17  BY MR. FELDMAN:

18      Q    You're telling me -- you told me during this

19  deposition that the manner in which you organized and

20  presented the parameters to the user was unique.  And

21  I'm just trying to understand, what was it about --

22      A    I didn't -- I didn't say that.  I didn't

23  say -- what I said is, I believe that the interface is

24  unique as a whole, and within the components the way we

25  design it as unique.

Jamie Ben Alluch
May 27, 2021

1      Q    Right.  I'll tell you what.  You've given your

2   answers and the record will show what it is that you've

3   said.  Okay?  So maybe it's best that we move on.

4           MR. COLWELL:  I agree.

5   BY MR. FELDMAN:

6      Q    You would agree -- you would agree that

7   there -- that the manner -- that the Screener Plus

8   presents the parameters in an -- in an organized way;

9   agreed?

10     A    It presents the parameters in an organized

11   way, yes.

12     Q    Okay.  And do you know of any other market

13   scanning tool that presents the parameters in the same

14   way that you present them on Screener Plus?

15     A    Not that I can think of at this moment.

16     Q    Thank you.  Okay.

17          Now, and did you decide to present those

18   parameters as you did in order to simplify the process

19   of selection for the user?

20     A    I just --

21          MR. COLWELL:  Objection.  Form.

22          THE WITNESS:  It was part of the design

23   process.  And again, I don't recall what the

24   decisions were why I made certain things.  It

25   happened five years ago.

Jamie Ben Alluch
May 27, 2021

1  BY MR. FELDMAN:

2      Q   Are you -- are you saying, as you sit here

3  today as the designer of the interface, that you don't

4  know whether you designed the presentation of the

5  parameters as you did in order to simplify the process

6  for the user?

7          MR. COLWELL:  Objection.  Form.

8          THE WITNESS:  What I said is, I've designed

9      the interface, I've created those mockups.

10          I do not recall the creative process that was

11      behind or the thoughts that went behind that at

12      that moment when those were created over five years

13      ago.

14  BY MR. FELDMAN:

15      Q   Well, so are you telling me you don't -- you

16  have no idea what your motivation was for organizing the

17  parameters as you did?

18      A   I've already shared the motivation on earlier

19  questions, which is essentially simplify the interface

20  and follow industry standards for, you know.

21      Q   Why was simplifying the interface important?

22          MR. COLWELL:  Let the witness finish his

23      answer, please.

24          THE WITNESS:  Simplifying the interface allows

25      people to have a better experience when using the

Jami Ben Alluch
May 27, 2021

1     interface.

2  BY MR. FELDMAN:

3     Q    Okay.  So you organized the parameters as you

4  did so people will have a better experience in using the

5  Screener Plus feature, correct?

6     A    Yes.

7     Q    Thank you.  Now, do you know FINVIZ?

8     A    Yes.

9     Q    Does FINVIZ, the presentation of selection

10  parameters on FINVIZ look anything like they do on

11  Screener Plus?

12     A    I have no recollection of the product.  I

13  haven't used it in years.

14     Q    StockFetcher.  Do you know StockFetcher?

15     A    I do.

16     Q    Does StockFetcher present selection parameters

17  as you present them on Screener Plus?

18         MR. COLWELL:  Objection.  Form.

19         THE WITNESS:  Again, I haven't looked at that

20     product in years as well.

21  BY MR. FELDMAN:

22     Q    Trade Ideas, do you know Trade Ideas?

23     A    Yes.

24     Q    Does Trade Ideas present the parameter, the

25  selection parameters as you do on Screener Plus?

Jami Ben Alluch
May 27, 2021

1           MR. COLWELL:  Objection.  Form.

2           THE WITNESS:  Same answer as prior.  I haven't

3     used Trade Ideas in a long time.

4  BY MR. FELDMAN:

5     Q    How about TD Ameritrade?

6     A    I haven't used them in a while.

7     Q    So you don't know?

8     A    It's something that I would have to access and

9  refresh my recollection on.

10          But on a personal capacity, I haven't accessed

11  those products, nor do I have any reason to do so in

12  recent times, given my, you know, obligations

13  professionally.

14     Q    What about EquityFeed, does EquityFeed present

15  design parameters similarly to the way you do it on

16  Screener Plus?

17          MR. COLWELL:  Objection.  Form.

18          THE WITNESS:  I haven't looked at EquityFeed

19     and I haven't for a while.

20  BY MR. FELDMAN:

21     Q    Well, you know, I mean, you already admitted

22  that you not only looked at EquityFeed during the design

23  period, but you took screen shots of my client's

24  product.

25     A    I did.

Jamie Ben Alluch
May 27, 2021

1          And actually, for the record, I will confirm,

2     during the break I had a chance to refresh my

3     recollection.  So there are screen shots available on

4     Jira.

5          And I confirmed what I had mentioned earlier,

6     which was, essentially we used that for benchmarking in

7     the case where we were missing some stocks from our or

8     some -- some financial entries and level two entries

9     from our results.  So it was --

10     Q    So you found on Jira during the break Jira

11    notes that included screen shots of my client's product,

12    correct?

13    A    Yes.

14          MR. COLWELL:  Objection.  Form.

15          THE WITNESS:  I found -- I found -- I found

16     tickets referring to EquityFeed in which screen

17     shots were included of EquityFeed that were

18     provided to Scopic Software and were used for

19     benchmarking our results.

20    BY MR. FELDMAN:

21     Q    Yeah.  So are we going to be getting those

22    Jira notes with my client's -- with the screen shots of

23    my client's product?

24    A    My under --

25          MR. COLWELL:  Yes.  Yeah.

Jami Ben Alluch
May 27, 2021

```
 1   BY MR. FELDMAN:

 2       Q    Okay.  Now -- okay.  So going back.  Now --

 3            MR. COLWELL:  And, again, they're tickets, by

 4       the way, Jeff.  Just I know you keep calling them

 5       notes, but go ahead.

 6            MR. FELDMAN:  Tickets.  Tickets.

 7   BY MR. FELDMAN:

 8       Q    All right.  So Mr. Ben Alluch, does EquityFeed

 9   present selection parameters similarly to Screener Plus?

10       A    I have no idea.

11       Q    You don't?

12       A    As I mentioned earlier, I haven't used

13   EquityFeed in a while.  I do not try to recall what they

14   do or don't do.

15            And my primary focus over the last, you know,

16   number of years has been working on developing new

17   features, not trying to look at what other people are

18   doing.

19            MR. BOTWIN:  If I may interject for a moment.

20       Madame Videographer, how much time do we have left?

21            VIDEOGRAPHER:  Let me calculate it real quick.

22            MR. COLWELL:  Just note for the record, that

23       wasn't part of the deposition topics, Jeff.

24            VIDEOGRAPHER:  You have one hour left.

25   BY MR. FELDMAN:
```

Jami Ben Alluch
May 27, 2021

1        Q    Are you saying you never compared

2    StocksToTrade to EquityFeed?

3        A    I don't believe I've ever said that.

4        Q    You never made sure that things were not too

5    close between StocksToTrade and EquityFeed?  Is that

6    your testimony?

7            MR. COLWELL:  Objection.  Form.

8            THE WITNESS:  Is that part of the topic list

9        that we're --

10   BY MR. FELDMAN:

11       Q    Answer the question, please.

12       A    I'll answer the question.  And I'm guessing

13   that's based on my prior deposition.

14           I have accessed EquityFeed and I have probably

15   run comparisons on a personal standing.  But I'm not

16   sure whether I should be answering that on a corporate

17   representative capacity.

18           MR. COLWELL:  This isn't part of the noticed

19       topics.

20           (Simultaneous speakers.)

21           MR. COLWELL:  It's fine, but it's just not

22       part of the depo Notice.

23           Go ahead.

24   BY MR. FELDMAN:

25       Q    Do you remember this question and this answer

Jamie Ben Alluch
May 27, 2021

1    from your prior deposition, page 198, line 6.

2         Actually, let me go back one more page.

3         Page 197, line 19:  "Would you deny that

4    EquityFeed has almost an identical interface design

5    to the one that's being -- that was put into

6    service by StocksToTrade in 2016?"

7         Answer:  "I feel like the question is

8    extremely subjective."

9         Question -- actually, you say, "In terms of

10   comparing.  I can give you an opinion that will be

11   my own.

12        Question:  "Sure.  What's your opinion?"

13        Answer:  "I don't think they look anything

14   alike."

15        Question:  "And have you done a comparison as

16   to whether they're alike or not alike in a

17   significant way?   And what I mean by that, it's in

18   reference to StocksToTrade versus EquityFeed."

19        Answer:  "I understand.  I believe I may have

20   looked and compared to make sure things were not

21   too close, and also to create an interface that was

22   suitable for our end users, but not similar to

23   other players in the industry."

24        Do you remember giving that answer?

25   A    I believe I do.

Jami Ben Alluch
May 27, 2021

1    Q   Do you stand by that answer?

2    A   I stand by the belief of whatever I may have

3  said and, you know, that is relative to my recollection

4  and my understanding based on my -- on my own memory.

5    Q   So you did -- you agree that in developing

6  StocksToTrade's Screener Plus feature, you did compare

7  the Screener Plus feature to EquityFeed, correct?

8        MR. COLWELL:  Objection.

9        THE WITNESS:  Is that -- are you asking me on

10     a personal capacity?

11  BY MR. FELDMAN:

12    Q   Yes.

13    A   On a personal capacity, it's very --

14        MR. COLWELL:  Objection.  Form.  That

15     misstates prior testimony.

16        You can answer.

17        MR. FELDMAN:  I'm asking -- I'm not asking

18     about prior testimony.  I'm asking him from his own

19     memory.

20  BY MR. FELDMAN:

21    Q   You would agree --

22        MR. COLWELL:  He can answer in his personal

23     capacity.

24        Go ahead.

25        MR. FELDMAN:  Yeah, he's answering from his

Jamin Ben Alluch
May 27, 2021

1    personal capacity.

2    BY MR. FELDMAN:

3        Q    You would agree -- I'm asking you

4    individually, using your own knowledge and your brain.

5    Okay?

6            Did you, while designing Screener Plus,

7    compare what you were doing for Screener Plus to

8    EquityFeed's Filter Builder, yes or no?

9        A    I don't recall the events of that time.

10       Q    So when you said here -- you don't recall what

11   events?

12       A    Well, you're alluding specifically to the

13   design that was never a question on the prior

14   deposition.

15           So what I -- what I said was -- during that

16   time was what I believed to be true at that moment.

17           And at this point I've been through a lot of

18   information over the course of the last two weeks.  And

19   while those answers may have been given at that point, I

20   can possibly stand by them, but I have a lot of

21   information to address.  And the belief remains a belief

22   based on my knowledge at the time.

23       Q    Okay.  Mr. Ben Alluch, it's a simple question.

24           Did you ever look and compare StocksToTrade

25   versus EquityFeed, yes or no, for any purpose?

Jamie Ben Alluch
May 27, 2021

1      A    It's possible.

2      Q    Uh-huh.  And did you do that to make sure

3  things were not too close between the two?

4      A    It's possible.

5           MR. COLWELL:  Objection.  Form.

6  BY MR. FELDMAN:

7      Q    Well, when you say, "I believe I may have

8  looked and compared," what does that mean?

9           MR. COLWELL:  Objection.  Form.  Beyond the

10          scope of the Notice.

11 BY MR. FELDMAN:

12     Q    Go ahead.

13          MR. COLWELL:  He testified to the best of his

14          knowledge as an individual.

15 BY MR. FELDMAN:

16     Q    Tell me.  When you said --

17     A    Well --

18     Q    Hold on.  I'm asking the question.

19          When you said, quote, "I believe I may have

20 looked and compared to make sure things were not too

21 close, and also to create an interface that was suitable

22 for our end users, but not similar to other players in

23 the industry," what did you mean when you said that?

24          MR. COLWELL:  Objection.

25          THE WITNESS:  I meant -- I meant that as, you

Jamie Ben Alluch
May 27, 2021

1       know, the key word believe says, that it is a

2       possibility, and I don't fully recall the events

3       that happened during that time, which is precisely

4       what I said at that time during the prior

5       deposition.

6  BY MR. FELDMAN:

7       Q    Given that you were taking screen shots of my

8  client's product and sending them to your software

9  developer, don't you think just from that alone you were

10  curious about what my -- about what my client's Filter

11  Builder looked like?

12       A    I made it --

13            MR. COLWELL:  Objection.

14            THE WITNESS:  I made it clear over the course

15       of the last deposition that we have indeed had

16       access to EquityFeed.  The specifics of what was

17       accessed is fuzzy in my mind.  It's something I

18       cannot recall.

19            Now, as I mentioned earlier, I refreshed my

20       recollection on the specifics regarding screen

21       shots, as mentioned before, and those are indeed

22       present in which, you know, a comparison was made,

23       given specific aspects, to benchmark some of these

24       things, which I have not denied.

25  BY MR. FELDMAN:

Jamie Ben Alluch
May 27, 2021

1    Q    So as you sit here today, is it your testimony

2  that there is no similarity between Filter Builder and

3  Screener Plus in the manner in which each -- each

4  presents design parameters to the user?

5         MR. COLWELL:  Objection.  Form.

6         THE WITNESS:  On a personal capacity, and

7     taking into account that similarity is a subjective

8     matter, I do not believe they are similar.

9  BY MR. FELDMAN:

10   Q    And then why -- why do you believe you're able

11  to give that personal point of view?  What allows you to

12  state that?

13   A    It's on a personal capacity.  Similarity is

14  absolutely subjective unless you have a picture perfect

15  image of anything else.

16         MR. FELDMAN:  Elad, can we put up --

17  BY MR. FELDMAN:

18   Q    I'm going to show you a video.

19   A    Sure.

20   Q    That's going to -- it's a -- it shows a

21  comparison of the two side by side, EquityFeed --

22  EquityFeed Filter Builder versus Screener Plus from

23  StocksToTrade.

24         I'm going to ask you to look at the video.

25  And then at the end of the video, I'm going to ask you

Jami Ben Alluch
May 27, 2021

1   whether based on your observation of the video you

2   believe there is similarity between the two.  Okay?

3          Will you watch the video carefully and --

4   A    I will.

5   Q    Okay.  All right.

6          MR. FELDMAN:  Could you, Elad, put up the

7   video, please.

8          MR. BOTWIN:  Yes.

9          This was Exhibit 77 from the Sykes deposition.

10   I can upload the video again -- excuse me, sorry.

11   I can upload a video again if it's needed.

12          MR. COLWELL:  I think you're going to have to

13   because you're going to have to show it to the

14   witness.

15          MR. BOTWIN:  Sure.  I am going to screen share

16   it.

17          MR. COLWELL:  Great.  Then after he watches

18   the video, you're going to ask him a question and

19   he'll give an answer --

20          MR. FELDMAN:  Yes.  There will be no

21   questioning during the video.  Just watch --

22          MR. COLWELL:  No question pending.  Okay.

23   Good.

24          MR. BOTWIN:  Before I play it, Madame

25   Videographer, could you please tell us again how

Jamie Ben Alluch
May 27, 2021

1   much time is remaining?

2         VIDEOGRAPHER:  41 minutes at this time.

3         MR. BOTWIN:  Okay.  Thank you.

4         This is a 19-minute video.  I will begin now.

5   There is no sound.

6         (A video was played.)

7         MR. FELDMAN:  The record should reflect the

8   video is playing.

9   BY MR. FELDMAN:

10      Q    Mr. Ben Alluch, are you watching the video?

11      A    I am.

12         MR. FELDMAN:  Elad, how much time is left?

13         MR. BOTWIN:  Jeff, can you hear me?  Your

14   microphone is not muted.

15         MR. FELDMAN:  Oh, excuse me.  I'm sorry.

16         How much more time is left?

17         MR. BOTWIN:  4 minutes.

18         (Video concluded.)

19         MR. BOTWIN:  That is the end of the video.

20   BY MR. FELDMAN:

21      Q    Did you watch the entirety of the video?

22      A    I have.  I watched the entire video.

23      Q    Okay.  Do you agree that Screener Plus and

24   Filter Builder, based on what you observed in the video,

25   have the same look and feel?

Jami Ben Alluch
May 27, 2021

1      A    No.

2           MR. COLWELL:  Objection.  Form.

3   BY MR. FELDMAN:

4      Q    Not at all?  No -- no similarity in look and

5   feel whatsoever; is that your testimony?

6           MR. COLWELL:  Objection.  Form.

7           THE WITNESS:  I don't think so, no.

8   BY MR. FELDMAN:

9      Q    All right.  You say you don't think so.

10     A    Yeah.  Is your question on a personal capacity

11  based on my perception of it?

12     Q    Well, I'm going to -- I'm going to ask you in

13  both respects.  Okay?  I'm going to start with the

14  personal question to you, Mr. Ben Alluch.

15     A    Sure.

16     Q    Do you, Mr. Ben Alluch, having watched the

17  video, believe that -- that Filter Builder and Screener

18  Plus have the same look and feel?

19     A    I do not believe that they have the same look

20  and feel.

21     Q    Okay.  Do you believe that they have

22  similarities?

23     A    I believe they both use industry standard

24  terms very broadly.

25     Q    That's not my question.

Jamie Ben Alluch
May 27, 2021

1          Do you believe that they have similarities,

2    yes or no?

3      A    I believe they have -- they may have

4    similarities.

5      Q    Yes.  What are those similarities?

6      A    They both use industry standard terms very

7    broadly.

8      Q    How about in the presentation of selection

9    parameters, do you believe that they're similar in that

10   regard?

11          MR. COLWELL:  Objection.  Form.

12          THE WITNESS:  I do not.

13          MR. COLWELL:  Again, this is him personally,

14    correct, Jeff?

15          MR. FELDMAN:  Right now, yes.

16          MR. COLWELL:  Okay.

17   BY MR. FELDMAN:

18      Q    Do you believe -- do you believe that they

19   have similarities in the presentation of the selection

20   parameters?

21      A    Only to the extent that they both use very

22   broad industry standard terms.

23      Q    And then in terms of the presentation of those

24   selection parameters to a user, do you believe that

25   there are similarities?

Jamie Ben Alluch
May 27, 2021

1          MR. COLWELL:  Objection.  Form.

2          THE WITNESS:  I'll just reuse my previous

3     answer.  That's the extent to which I believe the

4     similarities stop, is the very broad use of

5     industry standard terms.

6  BY MR. FELDMAN:

7          Q     I mean, you saw that there were, I'll call

8     them trees, you know, the top level, sublevel, each

9     having their own components.

10          I mean, didn't you see identical top level and

11     sublevel presentations that were identical in each -- in

12     each of the two platforms?

13          A     I saw terms that were used on both sides that

14     both correspond to industry standard terms and

15     categorizations for elements.

16          Q     Yeah, listen.  On every menu for a restaurant

17     the word menu appears.  You know, that's an industry

18     standard term for what a restaurant sells, menu.

19          How about -- yeah.  A lot of menus look

20     different than a lot of other menus, right?

21          So I understand that there are words, design

22     words that identify design selection parameters that are

23     present on Screener Plus and StocksToTrade and a bunch

24     of other scanning platforms.  But it's the way they're

25     presented, the organization of them, the presentation.

Jami Ben Alluch
May 27, 2021

```
 1            Would you agree that the presentation of what
 2    you're calling industry standard design parameters
 3    between StocksToTrade Screener -- Screener Plus and
 4    EquityFeed Filter Builder in some cases are identical?
 5            MR. COLWELL:  Objection.  Form.
 6            THE WITNESS:  Again, I believe they both use
 7        industry standard terms, and those terms would be
 8        identical within the context of industry standard
 9        terms.
10    BY MR. FELDMAN:
11        Q    Yeah.  But, Mr. Ben Alluch, you got to answer
12    the question.
13        A    I am answering the question.
14            (Simultaneous speakers.)
15    BY MR. FELDMAN:
16        Q    You're ignoring the question.  And, frankly,
17    that's the impression you want to leave with a jury and
18    a judge that's, I guess, your prerogative, because I
19    can't -- I can't beat it out of you.  Okay?
20            Are you telling me -- in watching this video,
21    are you telling me that you did not see on both
22    platforms the same design parameters organized the same
23    way, top level, sublevel?  You didn't see that?
24            MR. COLWELL:  Objection.  Form.
25            THE WITNESS:  What I saw were two completely
```

Jami Ben Alluch
May 27, 2021

1    different interfaces that use similar terms in

2    similar fashions.  And I believe they're not the

3    same inherently in how everything is presented.

4         The words may be -- the words may be similar

5    in the way they are used within industry standard,

6    and there's a limited selection of those words

7    because they all come from the data feed.

8         It's some things that you have as industry

9    standard skills that you keep on a database, and

10    there's only a limited number of ways you can

11    present those and categorize them to simplify a

12    view.

13         So in those -- in those terms they are

14    similar, in that, they use similar names or same

15    names for some of the fields, which represent the

16    same things within industry standard practices.

17   BY MR. FELDMAN:

18    Q    Good.  Tell me one other website that

19   organizes as these two tools, Filter Builder and

20   StocksToTrade, as we just saw.

21         MR. COLWELL:  Objection.  Form.

22   BY MR. FELDMAN:

23    Q    Tell me the name of a single other web -- a

24   single other market scanning tool that presents

25   selection parameters in the same fashion that they are

Jamie Ben Alluch
May 27, 2021

1   presented on these two tools.

2         MR. COLWELL:  He just said they're not the

3   same and you're asking him for now a third.

4         MR. FELDMAN:  I'll rephrase it.

5         MR. COLWELL:  Yeah.

6         MR. FELDMAN:  Okay?

7   BY MR. FELDMAN:

8     Q    You told me before that the manner in which

9   you presented the selection parameters was unique.  You

10  said that.

11    A    And let me -- let me correct that a bit.

12         So the manner in which I --

13    Q    Why do you -- why do you want to correct it?

14    A    I want to correct to provide additional

15  context to that specific statement.

16    Q    Are you now changing your testimony?

17    A    Absolutely not.  But I do feel there is

18  incomplete context for you to be aware of at this point

19  in order to be able to properly answer your question.

20         I did a design.  And now my design is not

21  comprehensive.  It covered the overall aspect of it.  I

22  did not go and do 75 different drop downs just to make

23  sure that we had everything covered.  That was the work

24  of the developers.

25         Now, they may have used whichever publicly

Jamil Ben Alluch
May 27, 2021

1  available information or information they may have had

2  access to, to create those lists independently of the

3  design, which did not specifically indicate, to the best

4  of my recollection, what was in there.  Because I did

5  not put every, single one.

6           On a personal level, I designed the overall

7  view.

8           Now, my -- my understanding is that EquityFeed

9  has a number of videos, and subscribers can actually

10 readily subscribe with a credit card to their service

11 and have access to all of these in what I would call a

12 public manner.

13          So whatever inspiration the development team

14 may have had at that point in time, that I am not able

15 to speak to because that is basically to the discretion

16 of what the developer has had.

17     Q    Did Scopic use EquityFeed to design the

18 Scanner Plus drop-down menus, yes or no?

19     A    I don't believe that's the case.  There was

20 never any communication regarding that specific aspect.

21          I said that the developers to their discretion

22 put in place the industry standard elements that were

23 available through the internal database as fields in the

24 way they chose to do it.

25          Now --

Jamie Ben Alluch
May 27, 2021

1    Q    That isn't what you said.

2    A    It is.

3    Q    No, sir.  What you said -- what you said is --

4  is that the developers -- what I heard you say is that

5  the developers may have looked at -- may have looked --

6    A    At a number of solutions.

7         MR. COLWELL:  Let him finish the question.

8         THE WITNESS:  My apologies.  Yes.  Sorry.

9  BY MR. FELDMAN:

10   Q    Tell me what you recall saying regarding what

11 the developers may have looked at to design the

12 drop-down menus that you did not design.

13   A    I said that the developers may have looked at

14 the number of solutions to determine how to grab the

15 industry standard criteria that were available through

16 the database.

17   Q    And when you're talking about solutions, what

18 are you talking about?

19   A    Any publicly available software, anything they

20 would get their hands on.  And that was not specifically

21 directed.

22        It is a developer specific initiative to

23 decide how those were put in place.

24   Q    Does that include looking at EquityFeed's

25 Filter Builder feature?

Jami Ben Alluch
May 27, 2021

1      A    It includes --

2           MR. COLWELL:  Objection.  Form.  Lacks

3      foundation.

4   BY MR. FELDMAN:

5      Q    Go ahead.

6           MR. COLWELL:  Calls for speculation.

7   BY MR. FELDMAN:

8      Q    Go ahead.

9      A    It includes looking at any publicly available

10  information, including YouTube, you know, if there are

11  subscriptions to be had, and if they had a subscription

12  to that.  They may have looked at that.

13          And I cannot speak to what Scopic may or may

14  have not looked at to build that specific list in order

15  to get to that point.

16     Q    Well, then who -- who built the drop-down

17  menus in Scanner Plus -- or Screener Plus -- Screener

18  Plus?

19     A    Screener Plus.

20     Q    Who built those?

21     A    That would be Scopic.

22     Q    And what did Scopic use to design those

23  drop-down menus?

24          MR. COLWELL:  Objection.  Form.

25          THE WITNESS:  I already answered.  I already

Jamie Ben Alluch
May 27, 2021

1   answered that question.

2        That was to the discretion of the individual

3   developer that may have worked on that specific

4   thing, and they may have done their own research

5   independently as part of their development process,

6   and looked at any number of publicly available

7   information, including maybe EquityFeed, through

8   either videos, or if they had a subscription, which

9   I am not aware of that as well.  That, I cannot

10   speak to.

11  BY MR. FELDMAN:

12       Q    Thank you.

13       A    It --

14       Q    Did you finish your answer?

15       A    I believe I have.

16            MR. BOTWIN:  If I may interject real quick.

17            Madame Court Reporter, how much time do we

18   have left now?  Excuse me.  Videographer.

19            VIDEOGRAPHER:  Let's see.  We have roughly 10

20   minutes.

21            MR. BOTWIN:  Thank you.

22  BY MR. FELDMAN:

23       Q    Have I gotten your best answers to the

24  questions that I propounded today?

25       A    You've got my truthful and honest answers on

Jami Ben Alluch
May 27, 2021

1   what I believe to be true, and as a corporate

2   representative, the ones I know to be true are in regard

3   to StocksToTrade.com, Inc.

4        Q    Are there any answers that you gave today that

5   you wish to change now?

6        A    There are not.

7        Q    Do you know of any reason why in reviewing

8   this transcript that you would have to change any

9   testimony you gave today?

10        MR. COLWELL:  Objection.  He hasn't even seen

11        the transcript.  We don't know if there are any

12        errors in the transcript.

13   BY MR. FELDMAN:

14        Q    Apart from -- what I'm talking about is change

15   the substance of your testimony.

16        Do you know of any reason why after you leave

17   today you would find a need to change your testimony in

18   the errata sheet that you will have the opportunity to

19   fill out in relation to this deposition?

20        A    In regards to my corporate or my position as a

21   corporate representative for StocksToTrade, I do not

22   have anything to change or recant at any point in time.

23        In regards to my personal contribution

24   individually, I may choose to correct if I find untruths

25   to not be the case, which for the most part I am sure

Jamie Ben Alluch
May 27, 2021

 1  I've mentioned in ways that whatever I'm not sure of, I

 2  made sure it's clear that I am not sure of, and that may

 3  or may not have happened that needs to be checked

 4  against my recollection or other sources.

 5      Q    Mr. Ben Alluch, we're almost done.  I've got

 6  another question or two.

 7           Isn't it true, Mr. Ben Alluch, that in

 8  designing the interface for Screener Plus, you looked at

 9  and considered the components of Filter Builder?  Isn't

10  that true?

11           MR. COLWELL:  Objection.  Form.

12           THE WITNESS:  I don't think that's the case.

13      I don't agree with that.

14  BY MR. FELDMAN:

15      Q    Isn't it true, sir, that as you sit here

16  today, you know that you discussed Filter Builder with

17  Scopic, whether in writing or in person, in furthering

18  the design of Screener Plus?  Isn't that true?

19           MR. COLWELL:  Objection.  Form.  Asked and

20      answered.

21           THE WITNESS:  As I mentioned numerous times

22      today, in essence, I do not recall every, single

23      conversation.  And the subject may have come up on

24      occasions, and that would need to be checked

25      across, you know, the communications that we -- we

Jami Ben Alluch
May 27, 2021

1          are ready to produce, you know, through our legal

2          Counsel.

3     BY MR. FELDMAN:

4          Q    Isn't it true that Scopic was given access to

5     EquityFeed as part of its design process?

6               MR. COLWELL:  Objection.  Form.

7               THE WITNESS:  I don't believe that's the case,

8          that Scopic, within the context of StocksToTrade as

9          a corporate representative, to the best of my

10         knowledge, within the communications that were had

11         that were accessible to me, that Scopic was given

12         access to EquityFeed, and that essentially, if any

13         access, either it was done independently or

14         information collection was done through public

15         means, such as, you know, YouTube, documentation or

16         other --

17    BY MR. FELDMAN:

18         Q    Mr. Ben Alluch, you gave me a long answer to a

19    short question.  Okay?

20              Did -- do you have knowledge from any source

21    as to whether Scopic looked at EquityFeed, specifically

22    Filter Builder, when designing the interface for

23    Screener Plus, yes or no?

24         A    No.

25         Q    And do you believe that Scopic looked at

Jami Ben Alluch
May 27, 2021

1    EquityFeed for any --

2        A    I can't --

3        Q    -- reason in designing the StocksToTrade

4    platform?

5            MR. COLWELL:  Objection.  Form.

6            THE WITNESS:  I can't speak unto what Scopic

7        has or hasn't done outside of the scope of what was

8        recorded within the conversations we had or the

9        Jira environment where we discussed those features.

10   BY MR. FELDMAN:

11       Q    Would it surprise you if Scopic looked at

12   EquityFeed to design StocksToTrade platform and

13   specifically Screener Plus?

14       A    That is subjective, but I'll answer on a

15   personal capacity, that they may choose to do the

16   research as they please.  And we did not put any

17   restrictions on how they approach that, provided they --

18   there is no reverse engineering or anything of the sort

19   involved in the process of researching, as long as we

20   are able to collect information on what we're

21   researching to make sure that we are able to create the

22   products that meets the requirements that we're trying

23   to achieve.

24       Q    What we do know, though, is that you sent

25   screen shots of EquityFeed to Scopic, so we know that

Jami Ben Alluch
May 27, 2021

1   Scopic had access to those screen shots, right?

2        A    Yes, they had access to the screen shots that

3   I collected through my personal subscription to

4   EquityFeed or -- yes, Scanz.

5            MR. FELDMAN:  All right.  I need a minute to

6        consult with my team, but I think we're done.

7            MR. COLWELL:  Okay.  Go off record.

8            VIDEOGRAPHER:  Off the record, 11:16 p.m. UTC.

9            (Recess.)

10           VIDEOGRAPHER:  Back on the record, 11:19 p.m.

11       UTC time.

12   BY MR. FELDMAN:

13       Q    Are we getting in the production documents

14   from Slack and Skype?

15       A    Is that a question for me or?

16       Q    Yes.

17           MR. COLWELL:  Is that a question?

18           MR. FELDMAN:  Yes.

19   BY MR. FELDMAN:

20       Q    Are we -- do you know if documents are being

21   produced from Slack?  Are you producing to us documents

22   from Slack?

23           MR. COLWELL:  Yes.

24   BY MR. FELDMAN:

25       Q    Are you producing to us documents from Skype?

Jamil Ben Alluch
May 27, 2021

```
 1            MR. COLWELL:  You can answer that.

 2            THE WITNESS:  There are no records from Skype.

 3       Those do not get stored on the server, so we're not

 4       able to recover them.

 5   BY MR. FELDMAN:

 6       Q    So you're -- you lost the Skype records,

 7   Mr. Ben Alluch?

 8            MR. COLWELL:  No.  Objection.  Form.

 9            THE WITNESS:  I did not lose them.  It's just

10       Skype does not store records for longer than a

11       month.  And in five years I've changed computers a

12       number of times, so the records that were for Skype

13       have gone with those machines.

14   BY MR. FELDMAN:

15       Q    What efforts did you make to preserve the

16   records that existed on Skype?

17            MR. COLWELL:  Objection.  Form.

18            THE WITNESS:  None, given that, you know, the

19       records were gone much before the entire litigation

20       started.  These were --

21   BY MR. FELDMAN:

22       Q    When did you first become aware, sir, that

23   EquityFeed believed that StocksToTrade and/or Jewmon had

24   violated its legal rights?  When did you first become

25   aware of that?
```

Jami Ben Alluch
May 27, 2021

1      A    I never became aware of that because, you

2    know, we never believed we, like, StocksToTrade stole

3    anything.  We created everything from scratch.  We paid

4    nearly, you know, $2.4 million to get the platform to

5    where we're at right now.  And everything has been done

6    from scratch in a completely different language and in a

7    completely different manner than whatever EquityFeed has

8    done.

9      Q    Mr. Ben Alluch, what I asked you is, when did

10   you first become aware that EquityFeed was claiming or

11   Scanz was claiming that the StocksToTrade platform

12   violated its, that is, EquityFeed's, legal rights?  When

13   did you first become aware --

14         MR. COLWELL:  Objection.  Form.

15   BY MR. FELDMAN:

16     Q    -- of that?

17     A    On a personal --

18         MR. COLWELL:  He's testifying in his personal

19         capacity here.  This is way outside scope.

20         Go ahead.

21         THE WITNESS:  On my personal capacity, if I

22         recall correctly, the day we launched StocksToTrade

23         publicly there was a tweet from the EquityFeed

24         Twitter account that indicated that we had --

25   BY MR. FELDMAN:

Jamie Ben Alluch
May 27, 2021

1     Q    That was February of 2016, correct?

2     A    Correct.

3     Q    You believe that you knew in February 2016 of

4  possible litigation between EquityFeed and

5  StocksToTrade, correct?

6          MR. COLWELL:  Objection.  Form.

7          THE WITNESS:  On a personal capacity, I did

8     not believe that, because all those claims were

9     empty to begin with, and there was no exchange of

10     confidential information or any information

11     whatsoever between StocksToTrade.com, Inc. and

12     EquityFeed.

13  BY MR. FELDMAN:

14     Q    You were an employee of StocksToTrade as of

15  what month and date?

16     A    February 2016.  I don't recall the specific

17  day.

18     Q    Okay.  And when you learned -- when you

19  learned that EquityFeed was alleging a violation of its

20  legal rights, you were already an employee of

21  StocksToTrade, correct?

22          MR. COLWELL:  Objection.

23          THE WITNESS:  Yes.

24          MR. COLWELL:  Misstates prior testimony.

25     Calls for a legal conclusion.

Jamil Ben Alluch
May 27, 2021

```
 1   BY MR. FELDMAN:

 2       Q    And, Mr. Ben Alluch, you made no efforts in

 3   February 2016 or any time thereafter to preserve your

 4   Skype conversations, correct?

 5           MR. COLWELL:  Objection.  Form.

 6           THE WITNESS:  I couldn't preserve them, given

 7        that there was no active litigation and no request

 8        for me to do so in a personal capacity, given that

 9        that Skype account is my personal Skype account.

10   BY MR. FELDMAN:

11       Q    What -- what records existed on that Skype

12   account pertaining to your interaction with Scopic?

13           MR. COLWELL:  Objection.  Form.

14           THE WITNESS:  So within -- within the scope of

15        what we talked about, initial discussions of

16        understanding what the platform was doing and

17        general communication about development of features

18        and tools.

19   BY MR. FELDMAN:

20       Q    Okay.  And now those -- all those

21   communications are lost, right?

22       A    Yes.

23       Q    And then with your -- did you preserve your

24   personal email?

25       A    Yes.
```

Jamil Ben Alluch
May 27, 2021

1      Q     And we're getting records from your personal

2   email?

3      A     That was provided to our legal Counsel for --

4   for production.

5      Q     Okay.  All right.  And final question.

6            You mentioned that you gave the first level

7   design to Scopic for the Screener Plus interface.

8   How -- how, from whatever it was that you gave Scopic,

9   did they then develop the code to create that interface?

10           MR. COLWELL:  Objection.  Form.

11           THE WITNESS:  I didn't get the question there.

12   BY MR. FELDMAN:

13      Q     How was it -- from whatever it was that you

14   gave to Scopic regarding the design of the Screener Plus

15   interface, how did -- how did that design evolve into

16   the interface?

17      A     I grabbed the --

18           MR. COLWELL:  Objection.  Form.

19           THE WITNESS:  So to answer that, essentially

20      we grabbed the design in a graphical manner, put it

21      into a Jira ticket, and then they got to do what

22      they do as developers, which is coding in C++ and

23      meeting the requirements within the look, general

24      look and feel of the interface by filling the gaps

25      that are not described in the design.

Jamie Ben Alluch
May 27, 2021

```
1   BY MR. FELDMAN:

2       Q    Okay.  All right.  I think that concludes the

3   deposition.

4            Again, any question you -- any answer you want

5   to change at this point?

6       A    No.  Everything was shared in the best of my

7   capacity and knowledge for both myself on my personal

8   capacity and StocksToTrade as a corporate

9   representative.

10           MR. FELDMAN:  All right.  Thank you, everyone.

11     Appreciate everyone's patience.

12           Gabe, good seeing you.

13           And to, Jenna, thank you for being on board

14     here and not saying anything during the entire

15     deposition.

16           MS. JONES:  Sure.  Happy to help.

17           MR. FELDMAN:  That takes discipline.

18     Appreciate it.  All right?

19           Nice seeing you all.  Everybody have a nice

20     night.

21           THE WITNESS:  You, too.  Take care.

22           VIDEOGRAPHER:  Off the video record,

23   11:26 p.m. UTC time.

24           (Witness excused.)

25           (Deposition was concluded.)
```

Jamil Ben Alluch
May 27, 2021

1                 CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF PALM BEACH

4

5          I hereby certify that on this 27th day of May,

6    2021, JAMIL BEN ALLUCH appeared before me and was sworn

7    by me for the purpose of giving testimony in the matter

8    of Scanz Technologies, Inc. vs. Jewmon Enterprises, LLC,

9    et al., Case Number 20-cv-22957-RNS.  He produced a

10   driver's license as identification.

11

12

13        _____

14          Sandra W. Townsend, RPR, FPR
             Notary Public - State of Florida
            My Commission Expires:  6/26/24
15           My Commission No.:  HH 005910

16

17

18

19

20

21

22

23

24

25

Jamie Ben Alluch
May 27, 2021

1              C E R T I F I C A T E

2    STATE OF FLORIDA

3    COUNTY OF PALM BEACH

4

5              I, Sandra W. Townsend, Registered
     Professional Reporter and Notary Public in and for
6    the State of Florida at Large, do hereby certify
     that the aforementioned witness was by me first duly
7    sworn to testify the whole truth; that I was
     authorized to and did report said deposition in
8    stenotype; and that the foregoing pages, are a true
     and correct transcription of my shorthand notes of
9    said deposition.

10             I further certify that said deposition was
     taken at the time and place hereinabove set forth
11   and that the taking of said deposition was commenced
     and completed as hereinabove set out.
12
               I further certify that I am not attorney or
13   counsel of any of the parties, nor am I a relative or
     employee of any attorney or counsel of party connected
14   with the action, nor am I financially interested in the
     action.
15
               The foregoing certification of this transcript
16   does not apply to any reproduction of the same by any
     means unless under the direct control and/or  direction
17   of the certifying reporter.

18
               Dated this 3rd day of June, 2021.
19

20

21        _____

22             Sandra W. Townsend, RPR, FPR

23

24

25

Jamil Ben Alluch
May 27, 2021

1  DATE:      June 3, 2021

2  TO:        JAMIL BEN ALLUCH,    Job #2436131
              c/o Gabriel Colwell, Esquire
3              Squire Patton Boggs
              555 Flower Street, 31st Floor
4              Los Angeles, California  90071

5  IN RE:     Scanz Techologies, Inc. vs. Jewmon
   Enterprises, LLC, et al.
6
   CASE NO.:  20-cv-22957-RNS
7
        Please take notice that on Thursday, the 27th
8  of May, 2021, you gave your deposition in the
   above-referred matter.  At that time, you did not
9  waive signature.  It is now necessary that you sign
   your deposition.
10       If you do not read and sign the deposition
   within a reasonable time, the original, which has
11  already been forwarded to the ordering attorney, may
   be filed with the Clerk of the Court.  If you wish
12  to waive your signature, sign your name in the blank
   at the bottom of this letter and return it to us.

13                Very truly yours,

14

15         _____

16          Sandra W. Townsend, RPR, FPR
           U.S. LEGAL SUPPORT, INC.
17          444 W. Railroad Avenue, Suite 300
           West Palm Beach, Florida  33401
18          Phone:  561.835.0220

19  I do hereby waive my signature.

20  _____

21  JAMIL BEN ALLUCH,

22  Cc:  Via transcript:  All Counsel of Record; File
   copy
23

24

25

```
1              C E R T I F I C A T E

2                   - - -

3    THE STATE OF FLORIDA

4    COUNTY OF PALM BEACH

5         I hereby certify that I have read the foregoing

6    deposition by me given, and that the statements

7    contained herein are true and correct to the best of

8    my knowledge and belief, with the exception of any

9    corrections or notations made on the errata sheet,

10   if one was executed.

11

12        Dated this _____ day of _____,

13   2021.

14

15

16

17

18   _____

19   JAMIL BEN ALLUCH,

20   Job #2436131

21

22

23

24

25
```

Jamil Ben Alluch
May 27, 2021

1    E R R A T A   S H E E T

2  IN RE: SCANZ TECHOLOGIES, INC. VS. JEWMON ENTERPRISES,

3  LLC, ET AL.  CR: SANDRA TOWNSEND

4  DEPOSITION OF: JAMIL BEN ALLUCH

5  TAKEN: 5/27/21   JOB NO.: 2436131

6

7   DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

8  PAGE #  LINE #   CHANGE                REASON

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18  Please forward the original signed errata sheet to
   this  office so that copies may be distributed to
19  all parties.

20  Under penalty of perjury, I declare that I have read
   my deposition and that it is true and correct
21  subject to any changes in form or substance entered
   here.

22

23 DATE: _____

24

25 SIGNATURE OF
   DEPONENT:_____

Jamil Ben Alluch
May 27, 2021

---

**Exhibits**

**EX 0079 Jamil Ben Alluch 0 52721**
4:14 20:22, 24 21:2

---

**$**

**$10**
159:5,14
**$120**
216:24
**$2.4**
299:4
**$260,000**
191:5
**$5**
159:4,14
248:23

---

**0**

**04**
186:25

---

**1**

**1**
251:1,2
**10**
235:10
292:19
**100**
230:20
233:18
265:16
**10th**
242:3
**11**
169:19
171:13 242:3
**11:16**
297:8

**11:19**
297:10
**11:26**
303:23
**12**
165:17
227:12
**131**
55:25
**14**
37:1 38:13
39:9 43:11
**15**
25:6,8,10
55:22 177:23
242:2
**16**
155:15
**179.95**
145:20
**19**
55:25 275:3
**19-minute**
282:4
**197**
275:3
**198**
275:1

---

**2**

**2**
251:1
**2013**
37:4 38:16
**2014**
132:24
133:4,10
134:3,7,9
170:2,4
172:1,23
178:22 179:1
184:3,7
186:2 204:14
225:10,18
**2015**
165:21

166:7,25
167:17
169:19
171:13 172:4
177:13 178:1
179:3,6,10,
22,23 182:2
184:10,12
185:12,13
187:18
190:19
200:23
201:1,16
204:15
214:24
215:18,23
216:14
**2016**
54:25 55:22
133:2,5
155:15,25
156:4,7
159:22
160:22 161:4
164:1,3
177:23
185:7,9,10,
11,20 186:8,
19,21,23
189:22,25
190:2,6,21
212:18,22
214:24 231:5
235:21
236:21 239:8
240:23
241:5,6,13,
23 242:3,4
275:6 300:1,
3,16 301:3
**2016/04**
186:25
**2017**
185:9
**2019**
38:20 50:3,
24

**22**
175:11
**24**
55:25
**25**
155:9
**260k**
190:24
**27,000**
190:20
**28th**
26:24 27:1

---

**3**

**3**
248:11
250:22,23
**30(b)(6)**
25:18
**34**
27:1
**3:12**
34:2
**3:14**
34:6
**3:15**
34:20
**3:23**
34:23
**3:40**
52:4
**3:45**
52:8

---

**4**

**4**
282:17
**40**
136:19 137:5
**400**
192:1
**400,000**
193:15

---

Jami Ben Alluch
May 27, 2021

| | | | |
|---|---|---|---|
| **41** | **70** | 187:1 193:20 | **accessible** |
| 282:2 | 148:24 | 209:20 | 295:11 |
| **4th** | **75** | 214:25 | **account** |
| 28:20 | 288:22 | 230:23 231:3 | 143:4,15 |
| | **77** | 241:12 251:4 | 232:1,2,4,6, |
| **5** | 281:9 | 257:6 280:10 | 8 280:7 |
| | **7th** | 288:19 | 299:24 |
| **5** | 178:23 186:3 | 289:14 | 301:9,12 |
| 33:25 | | 296:20,21 | **accounts** |
| 132:20,23 | **8** | 298:4 | 143:2 |
| 222:12 | | **absolute** | **accurate** |
| 248:11 | **8** | 162:17 | 142:8 |
| 250:22,23 | 250:22,23 | **absolutely** | 186:11,15, |
| **50** | | 262:9 265:16 | 17,20 |
| 149:3 191:15 | **9** | 280:14 | **achieve** |
| 199:15 | | 288:17 | 153:15 |
| **520** | **9** | **accept** | 296:23 |
| 193:15 | 156:3 | 182:18 | **acquired** |
| **526** | **9:12** | **accepted** | 36:9 |
| 190:19 | 235:12 | 182:23 | **across** |
| **526,000** | **9:40** | **access** | 253:11 |
| 192:1 | 235:16 | 29:18,20,21 | 294:25 |
| **527k** | **9th** | 41:11,15 | **acting** |
| 190:21 | 156:4 | 53:7 143:5 | 44:19 |
| **55** | | 147:1,25 | **active** |
| 25:8,10 | **A** | 158:21 160:3 | 143:11 301:7 |
| 55:25 | | 180:21 182:5 | **actively** |
| | A-u-t-r-o-n- | 183:8,9 | 150:6 151:12 |
| **6** | i-x.com. | 200:19 | 238:16 |
| | 231:22 | 207:23 | **activities** |
| **6** | **ability** | 208:7,9 | 148:8 |
| 275:1 | 30:15 31:12 | 209:15,16 | **actual** |
| **6,000** | 32:1 50:19 | 213:19,20 | 46:1 147:1 |
| 226:22 | 136:16 | 215:12 | 154:5 168:1 |
| **60** | 137:16 146:7 | 224:18,19 | 178:25 |
| 148:24 | 240:24 | 234:19 271:8 | 211:12 225:8 |
| | 241:22 | 279:16 | 266:16 |
| **7** | **able** | 289:2,11 | **add** |
| | 135:4 136:16 | 295:4,12,13 | 201:21 |
| **7** | 137:22 138:3 | 297:1,2 | **added** |
| 132:24 | 143:5,13,22 | **accessed** | 140:13 |
| 133:2,4,5 | 144:17 155:5 | 209:12 | 231:10 249:2 |
| 134:7,9 | 159:25 166:3 | 213:6,18 | **adding** |
| 170:2,4 | 174:24 | 215:11 | 207:10 244:8 |
| 172:1,22 | 175:2,3 | 271:10 | **addition** |
| | 176:10 | 274:14 | 53:23 132:9 |
| | 181:19 183:9 | 279:17 | 248:12 251:1 |

Jamie Ben Alluch
May 27, 2021

additional
  288:14
additions
  242:6
address
  44:10 158:1
  231:15,17,
  20,23,24
  256:2 277:21
addressable
  158:3 230:25
addressed
  224:1
addressing
  187:21
adhering
  141:5
admitted
  31:14 271:21
advertise
  164:22
advertisement
  164:23
advise
  34:18
advisers
  146:8
afloat
  215:3
ago
  155:3,9
  208:13
  260:25
  263:20 266:8
  268:25
  269:13
agree
  45:24 49:4
  51:25
  138:11,15,17
  141:19
  146:23
  148:3,6
  149:16
  153:24 154:1
  155:23
  161:2,5

163:24 170:3
173:8 175:1
184:16
185:16 194:4
195:5 196:5
198:17,20
199:4,23
207:16
208:25
210:21,24
211:3
215:16,18,25
221:15
229:17,20
245:24
246:8,17,19,
22 247:4,14
251:21
252:23 255:5
268:4,6
276:5,21
277:3 282:23
286:1 294:13
agreed
  147:22 268:9
agreeing
  200:2
agreement
  132:23
  133:1,11
  134:11
  136:22
  171:16,19,21
  172:1 178:23
  185:24 186:2
  191:23
  193:10 204:2
  208:23
  216:17
agreements
  133:5 145:24
  147:15,22
  198:9
ahead
  33:19 36:23
  38:25 133:22
  142:17
  146:18,19

163:17,19
166:12 169:8
173:4 175:18
233:3 250:7
273:5 274:23
276:24
278:12
291:5,8
299:20
aims
  135:15
air
  251:11
alike
  243:13
  275:14,16
alleging
  300:19
allow
  150:19
  176:18 202:8
  244:11
  249:12
allowed
  183:7 240:14
allowing
  261:8
allows
  153:15
  166:16
  176:10 261:7
  269:24
  280:11
Alluch
  28:6 34:8
  37:13,18
  39:5 40:22
  41:2 42:15
  43:18 46:25
  47:5,19 48:4
  50:22 52:15,
  17 54:14
  55:14 131:22
  139:7 162:5
  164:20 177:9
  195:24
  201:1,21
  210:17 212:2

215:16
217:12,15
220:6 258:1
265:21 273:8
277:23
282:10
283:14,16
286:11
294:5,7
295:18 298:7
299:9 301:2
Alluch's
  30:11
allude
  190:16
alluded
  242:19
alluding
  141:16
  142:15
  145:13 154:4
  203:4 277:12
Alt
  244:10
altogether
  231:6
Ameritrade
  204:10 210:2
  271:5
amount
  219:23
  228:24 258:8
amounts
  191:5 193:6
analogy
  239:14
  242:24
  243:1,5,8,11
  244:16 245:3
  248:6
analysis
  143:7 181:1,
  5,8 182:7
  207:21 259:9
  263:1
analytic
  252:4,7,10

Jami Ben Alluch
May 27, 2021

| | | | |
|---|---|---|---|
| analytics | 206:14,16 | 241:10,20 | approximately |
| 51:7 55:20 | 210:18,23 | Apart | 189:22 |
| 252:8 | 211:7,8 | 293:14 | April |
| and/or | 213:9 220:11 | apologies | 37:4 38:16 |
| 37:3 38:15 | 227:15 236:1 | 163:10 | 185:7,8,20 |
| 133:5 183:15 | 240:11 250:7 | 166:11 181:3 | 186:23,24 |
| 187:16 | 251:5 255:23 | 186:24 194:9 | 189:22,25 |
| 189:21 192:5 | 257:24 258:3 | 205:7 223:7 | 190:3,6 |
| 217:5,16 | 259:23 | 290:8 | arbitrary |
| 249:11 | 264:11 266:3 | apologize | 237:14 |
| 298:23 | 267:10,13 | 146:18 | area |
| Android | 269:23 271:2 | 175:19 | 162:6 |
| 244:10 | 274:11,12,25 | appears | areas |
| announced | 275:7,13,19, | 34:14 144:9 | 259:5 |
| 242:18 | 24 276:1,16, | 225:11 | arguing |
| answer | 22 281:19 | 285:17 | 47:24 48:1 |
| 25:6,19 | 285:3 286:11 | Apple | argument |
| 26:18 27:17, | 288:19 | 244:10 | 53:14 |
| 19 28:14 | 292:14 | application | argumentative |
| 29:5,8,22 | 295:18 | 143:3 | 43:8 47:23 |
| 30:1,25 | 296:14 298:1 | 144:18,22, | 195:25 |
| 31:19,22 | 302:19 303:4 | 23,24 145:1, | 196:1,16 |
| 32:1,6,14 | answered | 5 150:17 | arithmetic |
| 33:3 35:17 | 42:3 267:7,9 | 160:7,8 | 250:21 |
| 36:10 38:6, | 291:25 292:1 | 179:7 | arm's |
| 9,10,11 | 294:20 | 180:14,18 | 194:5,10,15 |
| 42:4,22 | answering | applied | around |
| 43:16 47:21 | 52:18 195:22 | 248:18 | 153:7 167:8 |
| 50:21 51:2 | 196:20 | applies | 204:14 231:5 |
| 52:15 53:19, | 200:24 211:8 | 159:2 | arrival |
| 21 132:11 | 257:22 | appreciate | 169:16 |
| 137:12 | 263:24 | 29:16 160:17 | 202:23,24 |
| 146:24 151:5 | 274:16 | 170:19 | arrived |
| 153:17 | 276:25 | 204:18 | 165:21 |
| 155:21 157:1 | 286:13 | 210:17 | 166:7,25 |
| 158:15 | answers | 241:11 | 167:16,22 |
| 160:11,12 | 25:13 268:2 | 249:16 | 172:3 |
| 163:17 | 277:19 | 253:13 258:7 | 177:13,16,25 |
| 166:10 | 292:23,25 | 303:11,18 | 178:9,13 |
| 167:19 | 293:4 | approach | 179:17 |
| 170:1,8,13 | anybody | 296:17 | 204:14 |
| 173:11 | 168:19 218:1 | appropriate | arrows |
| 192:18 | 241:19 | 159:8 | 150:21 |
| 195:1,16,23 | anyone | appropriately | Asana |
| 196:3,17,18, | 146:10 | 38:7 | 224:22 |
| 19 198:16 | 182:18 | approval | asked |
| 201:13 | 209:13 | 204:24 | 35:13 50:9 |
| 205:23 | 217:23 220:5 | | |

Jamie Ben Alluch
May 27, 2021

172:12,24
180:15
206:13
228:20
230:14
253:13
256:10 267:7
294:19 299:9
**asking**
27:18 33:11
39:23 40:22
41:1 42:24
43:2 167:11
170:12 173:5
179:25
194:24
195:14
200:12,21,23
201:5 203:6
204:19
205:24,25
206:5,6
217:10,12
221:21
226:23
229:16
249:24
250:15
257:24
259:24
261:21,25
262:2 263:25
265:15,18,
24,25 276:9,
17,18 277:3
278:18 288:3
**aspect**
197:22
288:21
289:20
**aspects**
142:4
197:12,18,19
279:23
**assess**
165:9 185:5
215:10

**assessed**
210:10
**assign**
237:11
**assigned**
224:3 237:9
**assignee**
224:10
**assist**
244:24
**associated**
158:12
224:11
**associates**
152:23
**assume**
133:18
134:24,25
135:1,20
174:3 176:6
186:3,6
203:25
243:18
**assumed**
204:5
**assumes**
38:22
223:10,11
**assumption**
135:2 174:4
175:8 205:17
237:7
**assumptions**
205:20
**attachment**
25:3
**attempted**
28:20
**attention**
156:17
**audio**
52:2
**audit**
37:3 38:15
**authorized**
171:12

**available**
25:13 26:18
27:8 35:16
36:1 50:25
51:1 150:21
157:6 165:2
186:2 202:11
207:25 208:1
209:17
241:1,4,25
244:21,24
245:1 262:24
272:3 289:1,
23 290:15,19
291:9 292:6
**average**
255:6
**aware**
53:13 180:8
262:25 263:7
288:18 292:9
298:22,25
299:1,10,13
**awful**
202:19

———————

**B**

———————

**back**
34:5,9,14,
16,23,25
36:15 44:3
52:7,11 54:8
132:2 141:21
145:13 155:8
159:22
160:5,11
166:18
169:23
171:25 176:8
182:10
183:3,25
187:9
188:18,23
192:10
194:21
198:12 199:4
200:17

203:9,23
214:25
218:23 234:6
235:15 240:8
247:20,24
273:2 275:2
297:10
**back-end**
174:19
244:17
**background**
168:4 180:13
197:9
**backlog**
223:21
**backwards**
265:1
**bad**
135:13
**badgering**
47:23
**balance**
189:9 190:17
193:2
**bandwidth**
215:6
**bar**
150:24
**base**
145:21 164:8
176:11
203:23 210:7
261:22
**based**
29:9 55:15
132:11
134:2,6
135:5 136:17
138:7 140:18
160:15 175:8
176:16 186:1
190:22 192:7
210:14
239:12
240:17 248:3
252:1 253:9
256:21 266:8

Jami Ben Alluch
May 27, 2021

274:13 276:4
277:22 281:1
282:24
283:11
**basic**
139:19
250:20
**basically**
36:20 140:21
143:16
150:9,12,25
157:9
166:15,25
175:1 179:12
190:20
192:20
200:12
225:8,9
227:5 231:6
239:1,21
241:2 244:14
289:15
**basis**
132:11
142:23
171:23 177:4
179:5 180:3
182:20
184:23
197:24 200:4
201:24
203:25
205:16
213:6,19
216:15
217:11
**beat**
286:19
**began**
132:3 179:17
185:8 186:8,
19 190:4,12
**begin**
185:17 282:4
300:9
**beginning**
28:24 171:16
225:12

**behalf**
44:20 133:16
146:7 200:24
226:14
**behind**
148:25
157:21 160:8
258:16
269:11
**belief**
172:9 276:2
277:21
**believe**
28:14 39:17
133:23
134:18,20
136:21
137:2,13
139:5 142:3
154:1 156:3
157:5 169:10
172:1 174:11
178:23,25
179:3,18
185:7,23
186:14
189:10 195:9
199:10
206:23
216:14
217:6,7
231:18
234:18
237:17,19,20
238:18 242:2
253:22,25
257:13,20
260:7,9,13,
18 261:12,18
262:3 265:6
266:1,9,11
267:4,11,23
274:3
275:19,25
278:7,19
279:1 280:8,
10 281:2
283:17,19,

21,23 284:1,
3,9,18,24
285:3 286:6
287:2 289:19
292:15 293:1
295:7,25
300:3,8
**believed**
264:2,6
277:16
298:23 299:2
**belong**
253:1
**belongs**
152:22
**Ben**
28:6 30:11
34:8 37:13,
18 39:4
40:22 41:2
42:15 43:18
46:25 47:5,
19 48:4
50:21 52:15,
17 54:14
55:14 131:22
139:6 162:5
164:20 177:9
195:24
201:1,20
210:17 212:2
215:16
217:12,15
220:6 258:1
265:21 273:8
277:23
282:10
283:14,16
286:11
294:5,7
295:18 298:7
299:9 301:2
**bench**
234:1
**benchmark**
279:23
**benchmarking**
219:4 272:6,

19
**benefit**
26:15 139:25
162:8
**best**
27:17,19
30:2 32:6
45:24 49:9
137:6 159:19
173:11
238:25
263:16 266:7
268:3 278:13
289:3 292:23
295:9 303:6
**better**
37:6,14,22
38:17 39:2,6
43:9 166:15
207:3
214:14,19
215:21
243:8,10
244:12 245:3
269:25 270:4
**bid**
158:11
**big**
135:12 261:1
**bill**
185:22
187:17
**billing**
142:25 146:4
**bills**
185:22 190:5
193:10
**binary**
158:1
**bit**
157:1 288:11
**blend**
225:8
**blended**
159:24
**blends**
225:13

Jamie Ben Alluch
May 27, 2021

| | | | |
|---|---|---|---|
| board | 224:23 | builds | 149:9,24,25 |
|   303:13 | 251:23,25 |   250:17 | 150:11 |
| body | 284:22 285:4 | built | 160:10 |
|   243:22 | broader |   210:12 259:9 | 167:3,4 |
| book |   240:21 253:1 | 291:16,20 | 181:10,20 |
|   180:6,8,9, | broadly | bunch | 187:20 |
| 10,13 214:13 |   283:24 284:7 |   53:23 285:23 | 206:19 |
| 234:2 | broke | bundled | 247:8,13 |
| booked |   261:2 |   163:22 | 285:7 289:11 |
|   191:11 | broker/dealer | burning | called |
| books |   146:9 |   51:24 |   153:10 |
|   48:21 188:7 | Brokers | business | 156:13,14 |
| 198:13,25 |   210:3 221:5 |   37:2 38:14 | 157:7 231:11 |
| bottom | brought | 39:12 142:4 | 243:5 253:25 |
|   210:1 244:17 |   182:21 | 173:13,14 | calling |
| BOTWIN | browser | 179:13 |   252:7 273:4 |
|   52:11 273:19 |   51:4 140:16, | 197:18 | 286:2 |
| 281:8,15,24 | 21,23 141:2, | businessman | Calls |
| 282:3,13,17, | 4,13 144:25 |   174:21 |   55:10 291:6 |
| 19 292:16,21 | bug | businessperso | 300:25 |
| bought |   223:24 | n | campaigns |
|   192:23 | build |   175:14 |   242:19 |
| bounds |   174:9 175:24 | busy | capabilities |
|   234:23 | 213:11 |   183:4 |   207:8 |
| boxes | 228:13 | button | capable |
|   266:15,17 | 246:2,10,24 |   151:13,16,19 |   238:20 |
| brain | 247:6 250:4 | 244:23 | capacities |
|   30:11 277:4 | 291:14 | 254:5,6 |   211:6 |
| brand-new | Builder | buttons | capacity |
|   150:9 195:4 |   209:25 |   150:19 |   209:20 244:7 |
| break | 210:22 | | 271:10 |
|   34:13 51:13 | 211:15,24,25 | ——————— | 274:17 |
| 53:15 148:22 | 219:12,19 | C | 276:10,13,23 |
| 187:2,5 | 221:12,14 | | 277:1 280:6, |
| 220:20,21 | 222:1,3 | C++ | 13 283:10 |
| 222:7,13 | 234:15 277:8 |   302:22 | 296:15 |
| 232:16 | 279:11 | calculate | 299:19,21 |
| 235:1,6,8 | 280:2,22 |   273:21 | 300:7 301:8 |
| 272:2,10 | 282:24 | calculated | 303:7,8 |
| bridge | 283:17 286:4 |   161:25 162:3 | capitalize |
|   36:17 | 287:19 | 252:6,10,13, |   198:11 |
| bring | 290:25 | 16 | caption |
|   53:22 142:19 | 294:9,16 | calculations |   253:16 |
| 143:20 155:8 | 295:22 |   162:4 | car |
| broad | building | call |   243:23 |
|   40:5,21,22 |   203:22 249:5 |   31:4 33:18 | 244:2,3,10, |
| 43:24 205:17 | | 144:22 146:2 | 15 |
| | | 148:17 | |

Jami Ben Alluch
May 27, 2021

card
  44:16 289:10
care
  174:18
  230:17
  303:21
career
  174:16
  175:10
careful
  164:16
carefully
  281:3
carrying
  177:1
cars
  243:12,21
  244:25
case
  25:21 26:7
  27:4 39:17
  134:18
  135:20
  136:21
  139:5,15
  140:18
  141:19
  158:8,9
  191:17
  199:20 203:4
  206:24 218:3
  234:25
  247:19,22
  249:2 266:1
  272:7 289:19
  293:25
  294:12 295:7
cases
  286:4
cash
  188:11,12
  189:9 191:16
categories
  251:23
  253:4,7,8
  254:13,15
  259:4,6
  261:8 266:25

categorizatio
n
  254:19
categorizatio
ns
  285:15
categorize
  287:11
categorized
  261:19
category
  253:1,24
  254:21
  255:12,13
  261:2 262:22
cater
  216:6
catered
  135:10
causing
  50:18
certain
  141:10
  164:24
  173:23 218:7
  222:2 268:24
certainly
  44:7
certainty
  199:18
Challenge
  136:11
  176:12
chance
  272:2
change
  158:11 162:2
  165:15 242:4
  293:5,8,14,
  17,22 303:5
changed
  298:11
changes
  236:10 242:5
changing
  239:2 244:14
  288:16

characterizat
ion
  26:4
charting
  135:13,16,23
  204:7 221:7
chat
  228:2
checked
  294:3,24
choice
  26:11 252:20
choices
  164:14
  240:17
choose
  148:22 248:4
  262:7 293:24
  296:15
chooses
  247:23
chose
  26:19 289:24
Chrome
  141:4 144:21
chron
  233:15
chronology
  178:18,19
claiming
  299:10,11
claims
  300:8
clarification
  54:20 257:23
clarified
  199:3
clarify
  172:20
  199:21
  257:22
clarity
  187:3
clean
  43:2
clear
  29:2,15 31:8

  36:8,13 43:7
  173:18
  225:19
  279:14 294:2
clearer
  166:10
clearly
  27:18 43:12
click
  145:3 151:12
client
  28:6 33:22
  36:9 51:22
client's
  27:13 30:9,
  10,14 132:21
  214:2 219:9
  228:13
  233:11
  271:23
  272:11,22,23
  279:8,10
close
  27:10 174:6
  243:15 274:5
  275:21
  278:3,21
closes
  150:23
clothes
  239:2 243:4,
  6
co-counsel
  27:5 33:22
code
  138:23,25
  139:16,18,20
  140:17,19,
  23,24 144:8
  153:8
  158:18,20
  159:9,11,13
  238:1,8
  257:7 302:9
coded
  139:21
  159:17

Jami Ben Alluch
May 27, 2021

coding
  139:13
  141:6,9,14
  302:22
coincidence
  214:9,11
collapsed
  259:3
colleagues
  27:4
collect
  145:25
  296:20
collected
  297:3
collection
  295:14
column
  254:8,9,11
  262:7
columns
  157:10,15
  158:8,12
  159:3
Colwell
  25:7,15,17
  26:3,25
  28:18 29:7,
  24 30:22
  31:5 32:10,
  22,25 33:18
  35:1,3 36:19
  37:9,16,24
  38:10,22
  39:2,6,21
  40:17 41:20
  42:25 43:8
  46:11,19,23
  47:22 48:1
  50:4,6 51:9,
  11 52:9,17
  53:13,25
  54:2,5,17,19
  55:10 146:14
  151:4 152:8
  154:18
  155:18 156:9
  160:24

163:14 164:9
165:6,25
167:6,21
168:10
169:4,7
170:7,14,25
171:5
172:14,19
173:4 175:5
176:3,21
177:15 178:5
180:22
181:7,23
182:12
186:11,23
187:1,7,9
192:6,25
193:18
194:8,19
195:8,25
196:16
198:19
200:11
205:6,14
206:22 207:4
208:20 209:6
210:25
211:18
212:10 213:3
214:7,10
216:3 217:18
218:2,11,17
219:2 220:9,
16,19,23
222:7,11,14
223:1,4,10,
13 224:20
225:19
226:5,11,16
229:7,21
232:21 233:2
235:1,5,8,
11,25 236:16
237:18
241:15 245:8
246:4,12
247:1,9
250:5,10
255:22

256:19
258:15
259:11
260:3,12,20
261:5,15
262:16
263:3,6,15
264:5,15,21
265:8 266:5,
22 267:7
268:4,21
269:7,22
270:18
271:1,17
272:14,25
273:3,22
274:7,18,21
276:8,14,22
278:5,9,13,
24 279:13
280:5
281:12,17,22
283:2,6
284:11,13,16
285:1 286:5,
24 287:21
288:2,5
290:7 291:2,
6,24 293:10
294:11,19
295:6 296:5
297:7,17,23
298:1,8,17
299:14,18
300:6,22,24
301:5,13
302:10,18
combine
  249:12
  266:17
combined
  193:6
come
  139:19
  149:12
  169:23
  183:25 187:9
  221:7,9

223:23 243:7
244:19 287:7
294:23
comes
  31:15 139:13
  141:6
  151:21,22
  203:17
  255:15 256:8
comfortable
  196:19
commenced
  171:2 184:6
commencement
  160:20
  171:10
commencing
  55:2
comments
  224:10
common
  266:9
commonly
  248:18
communicate
  143:18
  222:17
  227:18 228:5
  230:16,19,23
  231:15
  244:20
communicated
  137:10,11,13
communication
  220:3,13,15
  227:16,22
  228:5
  230:11,21
  231:2,8,12,
  14 233:17
  234:11
  289:20
  301:17
communication
s
  155:4 221:19
  225:3 227:11

Jami Ben Alluch
May 27, 2021

| | | | |
|---|---|---|---|
| 232:10,11,18 | 275:15 | compromise | considered |
| 234:8 294:25 | 279:22 | 36:4,20 | 162:3 294:9 |
| 295:10 | 280:21 | computer | console |
| 301:21 | comparisons | 29:19 40:11 | 152:10 |
| community | 274:15 | 143:8 144:9, | consult |
| 175:20 | compartmental | 13,18,22 | 53:20 297:6 |
| companies | ization | 153:10 | consulting |
| 134:15 | 260:11 | 212:25 | 51:21 |
| 191:16 209:4 | compartmental | computers | contact |
| company | izing | 298:11 | 133:24 |
| 39:12,14,16, | 260:2 | conceived | 134:21,22 |
| 25 40:12 | competitive | 238:18 | contacted |
| 41:3,18 | 214:4 | conception | 133:16 |
| 45:25 47:5, | complete | 236:14 | 134:16 |
| 14 49:2,4, | 169:22 | concluded | contained |
| 10,20 50:2, | 246:1,10,24 | 207:2 282:18 | 224:6 |
| 23 55:3,7 | 247:6 250:3 | 303:25 | container |
| 162:11,14 | completely | concludes | 150:11,18 |
| 179:19 | 27:21 28:15 | 303:2 | 151:11,20 |
| 185:12 192:1 | 30:20 53:22 | conclusion | containers |
| 195:4,11 | 142:3 197:20 | 300:25 | 153:7 |
| 197:5,6,25 | 204:16 | confer | contains |
| 198:1,23 | 243:23 | 28:20 186:7 | 262:22 |
| 199:8 259:25 | 286:25 | conferred | contents |
| company's | 299:6,7 | 26:5 28:21 | 49:16 144:17 |
| 28:2 31:24 | complex | confidential | context |
| 43:19 132:17 | 257:3 | 53:7 56:1 | 155:4 157:1 |
| comparable | complexity | 208:8 209:16 | 177:2 180:6, |
| 224:21 | 257:1 | 300:10 | 11 197:21 |
| comparative | complicated | confirm | 203:7 204:7 |
| 221:3 249:1 | 167:13 | 38:6 55:17 | 209:11 |
| compare | 172:17 | 272:1 | 218:20 220:1 |
| 157:15 | 233:10 | confirmed | 223:8 224:5 |
| 251:11 | component | 272:5 | 234:20 236:7 |
| 252:17 267:2 | 43:25 44:1 | confused | 238:14 |
| 276:6 277:7, | components | 164:18 171:5 | 246:15 251:5 |
| 24 | 43:5,20,23 | confusing | 253:5,7,9 |
| compared | 44:4 45:8,10 | 255:18 | 286:8 |
| 274:1 275:20 | 47:17 148:4, | confusion | 288:15,18 |
| 278:8,20 | 16 164:6,10 | 198:3 | 295:8 |
| comparing | 267:24 285:9 | connecting | continued |
| 249:3,8 | 294:9 | 247:19 | 184:12 |
| 275:10 | comprehensive | consider | 188:21 |
| comparison | 288:21 | 48:22 | 189:21 |
| 218:19 219:4 | compressed | consideration | continuing |
| 248:16 249:7 | 158:2 | 189:6 | 184:9 186:3 |
| 251:10 | | | |
| 252:5,12 | | | |

Jamie Ben Alluch
May 27, 2021

contract
  170:2,4
  172:22 184:2
  189:17
  192:16
  226:2,4,17
contractor
  168:16
contracts
  226:8
contractual
  187:21
contribution
  183:14
  293:23
control
  258:1
controlled
  199:17,25
  200:3 231:10
convenient
  214:1
conversation
  132:4 152:12
  176:4 238:22
  294:23
conversations
  134:5 135:5
  198:22
  227:10 296:8
  301:4
convey
  174:24
  175:2,3
copies
  232:18
copy
  213:24
core
  202:8
corporate
  25:25 26:15
  27:14 30:3
  31:13 53:5
  132:6
  170:17,23
  178:17

179:21 203:2
217:10,22
228:1 232:5,
8 274:16
293:1,20,21
295:9 303:8
corporation
  198:9
correct
  25:14 26:24
  41:4,6,9,12,
  16 44:20,23
  45:2,5 46:2,
  9 47:11
  49:6,13,17,
  23 132:6
  134:3 136:5
  138:14 139:3
  140:11
  142:2,7,10
  144:5,10
  149:17,20,23
  152:3,6,18
  153:22,25
  155:25
  161:17,20
  164:1,4
  165:24
  167:1,5
  169:9,15
  174:15 175:4
  176:20
  177:21 178:4
  181:2 182:4,
  5,8,11
  183:16
  184:4,5,7,
  11,14,17
  185:2,14,18
  189:18,22
  190:5 192:24
  194:7,18
  195:7 198:18
  199:6,13,17,
  25 200:3,10,
  20 206:21
  207:3,18,22
  208:15,18

209:4 211:24
213:15
215:23
216:22,23
218:25 219:9
221:16,17
222:18 224:4
226:13 227:7
228:18
239:17
240:23
245:5,18
246:25 247:7
248:2 251:24
252:4,9
254:5,12
255:7 257:4
260:8,11,19
261:3 262:8,
12,15 263:14
264:4,14,20
265:2,7
270:5 272:12
276:7 284:14
288:11,13,14
293:24
300:1,2,5,21
301:4
correctly
  185:10
  299:22
correspond
  191:6 285:14
corresponding
  259:3
Counsel
  34:14 35:5,
  10,20,24
  36:2 50:14
  51:21 52:9,
  10 55:12
  238:12 295:2
  302:3
couple
  168:4 172:24
  220:19,22
course
  27:16 34:10

35:22 48:21
222:6 258:2
277:18
279:14
courses
  48:14,18
Court
  47:25 51:17
  54:10 206:1
  265:22
  292:17
Court's
  33:23
cover
  56:2
covered
  183:24
  288:21,23
covers
  188:10
create
  138:4,23,24,
  25 183:21
  197:4 207:12
  224:4 236:17
  240:1,2
  244:19 257:6
  275:21
  278:21 289:2
  296:21 302:9
created
  141:1 148:9
  163:4 166:20
  168:8 197:7,
  21 198:3,4
  199:5 229:14
  242:22
  269:9,12
  299:3
creating
  135:21
  195:11
  197:22 203:8
  207:11
  239:11 240:4
creation
  225:9

Jamison Ben Alluch
May 27, 2021

creative
  256:24
  258:16
  265:15,18
  269:10
credentials
  143:14
  145:21,22
credit
  44:16 145:19
  289:10
criteria
  136:4 164:24
  165:2,4
  167:19
  176:16,18,19
  239:13
  240:15,17,
  19,21,22
  248:2
  251:19,23
  252:1,17
  253:1,21
  257:9,10,18
  258:13,19,21
  259:3,7,14,
  17 260:1,11,
  18 261:1,14
  262:5,15,20
  263:12,13
  264:3,13,20
  265:2 266:16
  290:15
cross
  32:8 36:17
crossover
  198:2
curious
  279:10
current
  55:8
customer
  44:8,10,12,
  14,17 45:5
  52:22,23,25
  53:1 54:20
  136:13

142:24
143:22
144:17
145:11 146:1
249:25
customer's
  45:1
customers
  160:14 257:6
customize
  240:24
cut
  175:18
cutoff
  26:9

_____

            D
_____

daily
  255:6
Darlene
  235:4,6
dashboard
  49:25 51:6
  142:25
  253:19
data
  143:6
  157:11,14,
  21,22 158:6,
  21,22,23
  160:4
  166:16,21
  210:4,7
  218:20
  220:13 221:6
  240:9 244:11
  248:22
  252:9,21
  253:15,19,21
  254:11
  255:14 287:7
database
  136:5 157:8,
  9,13,23
  158:4,6,7,
  14,17,24

159:18 160:1
161:6,7,8
163:2 164:15
165:18
166:3,16,19
167:18
176:19 202:8
204:12
210:4,5,6,9,
12 239:10
240:7,9,15,
25 241:23
247:11,13,25
248:19,24
249:6,13,14
250:18 252:2
254:21
262:24 287:9
289:23
290:16
databases
  248:13
date
  55:8 170:6,
  23,24 171:25
  204:2 216:15
  225:10,16,17
  300:15
dates
  55:5 134:1,6
day
  26:21 27:13
  42:21 132:2
  162:16,24
  200:6 225:25
  239:14
  299:22
  300:17
days
  212:16
deal
  26:17 36:16
  180:13
  192:24 193:1
  194:13,16
  214:13
dealers
  146:9

dealing
  141:18 204:1
  248:13
dealings
  198:24
deals
  143:16
  175:14
  247:20
dealt
  168:17
debt
  188:1,3,4
decent
  209:19
decide
  150:25
  157:19
  268:17
  290:23
decided
  26:7,9 191:2
  198:5,11
  214:14 244:2
  257:9 262:8
  265:10
decision
  256:21
decisions
  265:17
  268:24
declared
  56:1
dedicated
  246:21
define
  48:16 140:2
  255:10
defined
  139:18
  141:12
defines
  149:8 158:8
  248:16
defining
  40:4 153:4,
  11

Jami Ben Alluch
May 27, 2021

definition
  153:5 158:5
  164:18
  181:17
definitions
  228:9
degree
  212:24
delay
  32:17 33:1
delivery
  212:17
demands
  197:24
demographic
  135:24
  176:13
  207:12
demographics
  135:14
  160:15 177:1
denied
  279:24
deny
  275:3
denying
  217:8
  219:17,18,21
depending
  141:5 149:13
  151:1 154:13
  157:19 158:6
  173:21
  223:21
depends
  145:8,10
  157:10
depo
  28:7 29:5,6
  274:22
deposition
  25:17,22
  26:2,15,21
  27:2,14,16,
  24 28:14
  29:23 30:25
  31:2 32:18

33:2,9,20
  35:22 36:16
  46:20 50:13,
  15,19 154:24
  155:2 220:2
  230:13 258:8
  267:19
  273:23
  274:13 275:1
  277:14
  279:5,15
  281:9 293:19
  303:3,15,25
depositions
  26:9
describe
  137:17
  166:15 239:1
  245:14
described
  259:10
  260:24
  262:21
  302:25
describing
  154:21
description
  224:8 227:1
design
  139:19
  153:22,24
  154:3,10
  172:7,12
  256:21,23
  260:9,10,13
  264:22
  267:25
  268:22
  271:15,22
  275:4 277:13
  280:4
  285:21,22
  286:2,22
  288:20
  289:3,17
  290:11,12
  291:22
  294:18 295:5

296:12
  302:7,14,15,
  20,25
designate
  53:6
designed
  155:14,16,20
  156:22,24
  160:21
  211:13,14,17
  269:4,8
  289:6
designee
  53:5
designer
  172:11
  256:16 269:3
designing
  174:13
  258:11,17
  264:2 277:6
  294:8 295:22
  296:3
desire
  135:4
desired
  248:17
desires
  175:9
desk
  238:7 245:22
desktop
  145:3
details
  134:13
  191:3,18
  198:7 202:2
  203:19,21
determine
  290:14
develop
  134:16
  138:9,11
  173:10
  202:17
  205:12
  206:13

257:12 302:9
developed
  133:6 202:16
  212:15
  236:20
  245:15,19
  263:20
developer
  172:12
  173:9,10
  209:9 279:9
  289:16
  290:22 292:3
developer's
  228:8
developers
  159:25
  160:13
  168:14 220:4
  223:19 224:2
  237:12
  245:19,22
  288:24
  289:21
  290:4,5,11,
  13 302:22
developing
  168:12
  187:18
  213:14
  214:4,5
  218:24
  237:16
  273:16 276:5
development
  31:16,20
  132:15,25
  133:3 139:10
  167:2,23
  169:21 172:8
  173:13,16
  177:17,19,22
  179:1
  181:15,20,21
  182:3,8
  183:9,13,21,
  22 185:1
  187:19

188:21,24
189:7 191:7,
22 192:13,21
194:7,18
195:3 196:7
197:19
200:18
201:8,22
202:16,18,21
203:11
204:4,14
206:12,20
207:17
208:18 209:2
212:4,17
213:15
220:15
223:17,22
225:12
231:13
245:6,7,11,
12 289:13
292:5 301:17
**develops**
207:15
**device**
164:24
**devices**
174:9
**dice**
164:15
**dictionary**
181:17
**difference**
239:18
240:12
243:24
**differences**
141:3 221:5
**different**
27:5,21
30:18 32:7
140:13
141:7,15
142:4,16
145:16
148:4,5,7
149:12

150:13 155:4
158:21,22
171:3,15,17
173:16,20
197:20 211:5
239:3
243:20,23
253:6 285:20
287:1 288:22
299:6,7
**differently**
158:7
**difficult**
265:24
**diligence**
234:24
**direct**
29:16 133:12
141:18
174:14
193:23 238:6
249:18
**directed**
201:21
202:15,17,20
290:21
**directing**
178:2 237:6
**direction**
135:7 176:16
**directly**
144:23
**disagree**
26:3 257:13
262:17
**discipline**
303:17
**discovery**
26:8 27:6
52:21
**discrepancy**
203:24 204:2
**discretion**
289:15,21
292:2
**discuss**
43:12 228:10

**discussed**
239:20
294:21 296:9
**discussing**
244:1
**discussion**
224:5
**discussions**
229:10
301:15
**display**
145:23
210:14
**displayed**
150:10
**displaying**
153:18
**disqualify**
146:1
**distinguished**
251:17
**divest**
195:11 197:3
**divestment**
197:3
**document**
25:20 32:8
36:9,11,12
37:21,23
40:11 182:13
**documentation**
194:21
203:1,2
208:1,11
295:15
**documents**
25:2,9,14,23
26:1,10,16,
19,21,23,25
27:13,16,20,
21,23,25
28:7,13
29:4,8,9,10,
13,17,22,25
30:18,19,24
31:1,25
32:3,5,7,17,

19 33:3,8
35:8,23
37:4,6,7,8,
14,15 38:16
39:25 40:3,
4,7,8,13
46:19,20
50:8,12
186:2 188:7
229:9 232:14
297:13,20,
21,25
**doing**
51:24 152:10
173:21
176:12 183:7
200:14
214:16
217:20,23
221:4 228:8
238:20
248:16 249:7
252:11,12
273:18 277:7
301:16
**dollar**
255:6
**dollars**
192:4
**doors**
244:3
**double**
145:3
**download**
144:12,13
**downloaded**
40:10
143:11,12
144:15,19
**downs**
288:22
**draw**
156:16
**drawing**
245:20
**drill**
42:22

Jamie Ben Alluch
May 27, 2021

drive
  244:24
drives
  153:2
drop
  288:22
drop-down
  289:18
  290:12
  291:16,23
dropped
  231:6
due
  25:11 31:1
  33:4 35:12
  147:24
  234:24
dumb
  252:18
duration
  45:1
dying
  214:23

------

**E**

E-BOOKS
  48:14,21
E-TRADE
  204:10
earlier
  132:4 141:16
  142:15 151:7
  158:19,23
  166:20 176:8
  178:22
  189:12
  190:16
  192:15 230:6
  237:22
  239:20 243:1
  244:1 251:16
  269:18 272:5
  273:12
  279:19
earliest
  132:2,14

easy
  33:14
Edge
  141:4
educational
  48:10,11,15,
  16,19,22,24,
  25 136:12
  177:3,7
efforts
  31:18 298:15
  301:2
eight
  156:4 236:20
either
  32:12 138:6,
  7 146:1
  157:10 178:3
  203:6 206:2
  208:6
  217:15,25
  224:4 237:10
  245:20 292:8
  295:13
Elad
  280:16 281:6
  282:12
elected
  27:6
electronic
  40:1 227:17
electronically
  29:18
element
  250:24,25
elements
  139:10 202:8
  258:23
  262:22
  285:15
  289:22
elevate
  208:18
email
  44:14 197:13
  227:18,19

230:22
231:15,17,20
234:6
242:15,18
301:24 302:2
emails
  44:3 142:21
  182:25
  234:19,20,21
employed
  180:2 201:25
employee
  300:14,20
employees
  146:9
empty
  150:12,24
  300:9
enabled
  163:1 167:18
  251:18
enables
  164:24
end
  44:3 136:1
  146:22
  153:19
  162:16,24
  184:19
  190:20 200:6
  214:25
  239:14
  240:1,9,18
  244:19
  247:20 264:7
  275:22
  278:22
  280:25
  282:19
ended
  216:17
engaged
  225:24
engine
  140:17
  142:20
  166:14,16,20

168:1,8
202:4,7
209:24
238:24
239:9,15
240:8 241:1,
7 243:6
244:4
247:21,24
248:19,24
engineering
  296:18
engines
  243:16
enter
  51:5 144:8
  145:19,21
entered
  132:23 133:1
  170:3
enterprise
  177:6 178:24
Enterprises
  199:10
entire
  27:24 135:14
  159:21
  184:14
  214:25
  242:23
  254:24
  282:22
  298:19
  303:14
entirety
  49:16 246:6
  255:16
  282:21
entities
  200:9
entitled
  28:1 30:13,
  14 31:9,10
  36:10
entries
  157:18 161:8
  272:8

Jami Ben Alluch
May 27, 2021

environment
  224:6 296:9
EPS
  165:15
equal
  248:23 249:2
equally
  199:8,13,24
  200:3
equals
  251:1,2
equate
  192:2
Equity
  221:1
Equityfeed
  135:12,18
  136:9 137:3
  208:4,14,22
  209:3,25
  210:1 211:5,
  10 212:6,24
  213:2,10,13,
  18,21
  214:15,17
  215:12,21,25
  216:4,10,18,
  20,22 217:1,
  4,13,16
  218:1,9,10,
  23 220:7
  221:1
  226:20,21
  228:15
  229:19
  232:19
  234:15
  271:14,18,22
  272:16,17
  273:8,13
  274:2,5,14
  275:4,18
  276:7 277:25
  279:16
  280:21,22
  286:4 289:8,
  17 292:7
  295:5,12,21

  296:1,12,25
  297:4 298:23
  299:7,10,23
  300:4,12,19
Equityfeed's
  209:3 210:22
  229:1 277:8
  290:24
  299:12
errata
  293:18
errors
  293:12
essence
  239:21
  243:24
  294:22
essentially
  140:14 146:3
  150:23
  157:23
  158:15,20
  159:6,10
  174:8 179:14
  188:7,11,16
  228:2
  234:12,14
  236:18,19
  239:2,10,12
  242:5 243:4
  244:16
  247:18
  258:18
  261:18,23
  266:18
  269:19 272:6
  295:12
  302:19
established
  134:14 166:4
  249:21
evaluate
  203:14
events
  131:23
  171:13
  178:18
  277:9,11

  279:2
everybody
  34:16 303:19
everyone
  303:10
everyone's
  303:11
evidence
  38:23 223:11
evolution
  31:20 235:23
  236:2,5,8
evolve
  135:4,9,19
  302:15
evolved
  136:1
exact
  216:15
exactly
  36:21 164:21
  174:15 210:9
examine
  32:8
exceeds
  30:10
Excel
  157:15,16,24
exchange
  189:7 195:6
  300:9
exchanged
  219:24
exchanges
  145:25
excuse
  206:2 281:10
  282:15
  292:18
excused
  303:24
execute
  144:19
Exhibit
  281:9
exist
  37:10 39:10

  174:2 222:25
  229:5 233:1
  240:22
existed
  165:23
  167:17
  215:22 239:7
  251:17
  298:16
  301:11
existence
  236:14
  249:15
  259:19
existing
  165:22
  179:13
  243:5,6
exists
  148:18
  165:10
  166:23
  211:11,12
  249:1
expect
  26:14
expectation
  250:23
expected
  220:2,12
  221:19
expense
  191:1
experience
  132:12 175:4
  177:5 203:11
  204:1 244:12
  256:22
  269:25 270:4
experienced
  159:18
experiment
  206:21
explain
  139:6 166:18
  167:8 190:15
  226:20

Jami Ben Alluch
May 27, 2021

236:13
explained
  148:15
  174:23
explanation
  141:22
  160:17
  164:19
  195:20
  196:10,11
  204:18
  211:9,10
  249:19
exports
  232:23
expression
  194:10
extent
  178:6 183:17
  207:23 208:7
  284:21 285:3
external
  144:25
extra
  244:21
extracts
  238:12,13
extremely
  40:5,21
  43:23 44:5
  135:13
  219:24 275:8

―――――――――

           F

―――――――――

face
  160:7
facilitate
  259:1
facing
  143:22
  208:10
fact
  132:19
  135:14 136:9
  137:4 168:24
  170:3 193:8

198:8,24
201:18
213:24
229:5,6,8
233:20
factor
  51:5
facts
  38:22 205:20
  223:11
fair
  154:7 183:12
  241:7
fairly
  258:22
fall
  165:21 166:7
  215:18,23
  254:20
  255:13
falls
  171:21 180:3
  197:19
false
  233:12
familiar
  194:9 209:10
familiarity
  159:11
family
  254:20
fancy
  166:6
fantastic
  203:18
far
  32:7 163:24
  181:24
fashion
  287:25
fashions
  287:2
faster
  158:1
feature
  151:8,11,21
  156:6,15,17

159:24
161:3,6,11,
13 163:7
164:17
201:17
205:13
212:18
223:24 224:4
235:19
236:19,21
239:19,20
241:24
242:2,5,8,
10,18 249:4,
5 270:5
276:6,7
290:25
features
  135:21
  136:15
  148:23
  164:13,18
  203:16
  207:17 216:6
  243:17
  244:21,24
  252:25
  273:17 296:9
  301:17
February
  54:25 55:22
  155:15,25
  156:7 160:22
  164:1 177:23
  212:21
  214:24
  235:20 239:8
  240:23
  300:1,3,16
  301:3
fee
  41:11
feed
  287:7
feel
  28:9 139:8
  148:12 167:7
  196:19

234:24
245:13 275:7
282:25
283:5,18,20
288:17
302:24
fees
  190:7
Feldman
  25:1,12,16,
  24 26:12
  27:9 28:25
  29:10 30:6
  31:3,6
  32:20,23
  33:7,21
  34:7,11,25
  36:3,25
  37:12,17
  38:3,18,24
  39:3,8,23,24
  40:18 41:23
  42:20 43:1,
  17 46:13,22,
  24 47:24
  48:3 50:5,
  14,20 51:10,
  14,20 52:11,
  12,14 53:11,
  16,18 54:4,
  8,13,18,23
  55:12,13
  131:20,21
  146:15,18
  147:3 151:15
  152:15
  154:22
  155:19
  156:12 161:1
  163:18
  164:12
  165:19
  166:5,7
  167:10
  168:3,11
  169:5,12
  170:10,16,
  19,21 171:1,

Jami Ben Alluch
May 27, 2021

6 172:16
173:2,5,7
175:17
176:14
177:8,18
178:7 180:24
181:12
182:1,17
186:5,16
187:5,8,11,
12 192:11
193:11
194:3,11,23
195:13 196:2
198:15,17
199:1 200:15
205:8,19
206:4,25
207:5 208:24
210:16
211:2,23
212:13 213:4
214:8 215:8
216:8 217:21
218:4,12,21
219:7
220:17,21,24
222:9,12,15
223:2,5,12,
14 224:24
225:21,23
226:7,12,18
229:15 230:2
232:25 233:8
235:3,7,10,
17 236:4,22
237:24
241:17,18
245:4,10
246:7,16
247:3,12
250:12 256:9
257:2 258:25
259:16
260:6,16,23
261:11,16
262:18
263:4,9,23
264:9,18,24

265:11,20,23
266:12
267:3,9,12,
17 268:5
269:1,14
270:2,21
271:4,20
272:20
273:1,6,7,25
274:10,24
276:11,17,
20,25 277:2
278:6,11,15
279:6,25
280:9,16,17
281:6,20
282:7,9,12,
15,20 283:3,
8 284:15,17
285:6
286:10,15
287:17,22
288:4,6,7
290:9 291:4,
7 292:11,22
293:13
294:14
295:3,17
296:10
297:5,12,18,
19,24 298:5,
14,21
299:15,25
300:13
301:1,10,19
302:12
303:1,10,17
**field**
161:25
248:14,25
249:6 251:8
252:10,12,13
**fields**
137:18
156:25
157:17
158:9,12
159:7 160:13

252:2
254:19,21
255:12 256:6
262:24
287:15
289:23
**figure**
161:14 174:9
209:21
210:23
212:7,25
**figuring**
207:14 209:1
210:19
**file**
144:15,19
261:10
**files**
144:16 261:7
**fill**
146:21
150:25
293:19
**filling**
302:24
**filter**
136:4
156:19,21,22
159:6
160:21,23
165:8 209:25
210:22
211:15,24,25
219:11,19
221:12,14
222:1,3
228:13
234:15
238:23
239:19,20,21
243:25 277:8
279:10
280:2,22
282:24
283:17 286:4
287:19
290:25
294:9,16

295:22
**filtering**
156:15
158:16
**final**
212:17 302:5
**finalized**
212:18
**finally**
28:21
**financial**
25:3 27:18
31:23,24
32:2 35:6,
13,14,15,18,
25 37:2
38:15 43:12
146:8 192:8
193:19 272:8
**financials**
184:22
194:22
**find**
136:17,18
139:20
143:23 159:4
164:15,24
167:18
206:10
208:10
239:21 241:3
248:6
253:15,19
293:17,24
**finds**
136:7
**fine**
33:6 235:7
274:21
**finish**
32:22,25
195:16
205:5,6
220:17
256:13
269:22 290:7
292:14

Jami Ben Alluch
May 27, 2021

finished
  159:23
  181:11,18,24
  204:15 264:2
FINRA
  146:6,8
FINVIZ
  270:7,9,10
firms
  27:6
first
  28:21 55:3,6
  132:21
  133:15
  138:12
  141:17
  145:11
  150:8,20
  156:17
  183:13
  185:19
  186:21
  200:19 201:9
  202:15
  206:20
  225:11
  230:12,21
  231:21
  241:10,19,
  20,24 250:24
  256:4
  298:22,24
  299:10,13
  302:6
five
  203:12 204:4
  219:22,23
  263:20 266:7
  268:25
  269:12
  298:11
five-month
  212:3 213:13
fix
  182:15
fixes
  242:5

flawed
  179:14
flexibility
  240:1
flow
  189:9 245:25
  246:9,23
  247:5 248:1,
  3 250:2,6,8
  262:14
focus
  197:11,12
  247:17
  273:15
focused
  135:22
focuses
  135:15
  174:21
focusing
  209:23
folders
  144:17
  261:9,13
folks
  219:20
  227:10
follow
  253:17 256:8
  257:11,14
  269:20
followed
  196:10,11
  248:12
  249:19 251:9
following
  132:18
  249:10 251:3
forgive
  28:25 137:14
  251:12
form
  37:9,24
  41:20 46:11
  55:10
  143:17,18
  151:4 152:8

154:18
155:18 156:9
157:14
163:14 164:9
165:6,25
167:6,21
172:14 175:5
176:3,21,23
177:15 178:5
179:16
180:22
181:25
182:12
192:6,25
193:18
194:8,19
195:8 198:19
200:11
205:14
206:22 207:4
208:20 209:6
210:25
211:18
212:10 213:3
214:7,10
217:18
218:2,11,17
219:2 220:9
223:1 224:20
229:7,21
232:21 233:2
235:25
236:11,16
237:18
241:15
246:4,12
247:1 250:5
255:22
256:19
258:13,15
259:11
260:3,12,20
261:15
262:16
263:3,6,15
264:21
266:5,22
267:8 268:21
269:7 270:18

271:1,17
272:14 274:7
276:14
278:5,9
280:5 283:2,
6 284:11
285:1 286:5,
24 287:21
291:2,24
294:11,19
295:6 296:5
298:8,17
299:14 300:6
301:5,13
302:10,18
format
  158:2
formation
  132:12
  169:18
formed
  171:11
  179:24
  185:12,13
  189:15,16
forms
  146:21
  149:12
formula
  252:16
forth
  208:12
forthcomingne
ss
  258:7
forward
  183:7 190:2,
  6
found
  134:19
  272:10,15
foundation
  38:23 291:3
four
  212:3 213:13
  215:5 267:10

Jamie Ben Alluch
May 27, 2021

| | | | |
|---|---|---|---|
| frankly | 214:22 244:3 | 133:8 134:6 | 165:20 |
| 286:16 | functionaliti | 161:17 | 178:19 |
| free | es | 164:14 | 181:13 189:6 |
| 181:11 | 167:24 | 173:25 | 195:18,19 |
| front | 204:11 | 180:20 181:1 | 198:5 205:21 |
| 50:16 214:25 | functionality | 182:5 183:10 | 209:15 210:8 |
| 244:19 | 153:16 154:5 | 192:21 211:8 | 211:9 222:12 |
| 247:19 | 159:17 160:1 | 293:4,9 | 239:25 |
| front-end | 166:2,23 | 295:18 | 249:18 |
| 160:9 | 239:3,6 | 302:6,8,14 | 275:10 |
| full | 241:2 244:6, | general | 280:11 |
| 145:17 157:2 | 18 | 157:6 158:5 | 281:19 |
| 190:1 191:18 | functions | 241:25 | given |
| 229:13 | 148:5 149:6 | 301:17 | 26:20 28:12 |
| 234:19 | fundamentals | 302:23 | 135:13 |
| 242:14,23 | 252:21 | generally | 137:23 |
| full-time | 254:12 | 158:5 165:14 | 140:7,17 |
| 209:8 | funds | 186:14 | 158:13 |
| fully | 186:12 | 253:10 | 180:13 |
| 38:2 137:16 | funny | generate | 187:13 |
| 145:15 | 170:22 | 158:25 | 200:19 |
| 153:3,11 | furthering | 161:14 | 220:14 224:4 |
| 173:18 | 294:17 | 239:12 | 231:4 232:18 |
| 204:24 | fuzzy | 266:16 | 237:9 243:14 |
| 214:15 223:8 | 279:17 | generated | 245:22 |
| 240:24 246:6 | | 49:21 53:4 | 248:22 |
| 254:24,25 | | generates | 256:25 268:1 |
| 264:17 279:2 | G | 47:3 | 271:12 |
| function | | generic | 277:19 |
| 30:12 | Gabe | 173:6 | 279:7,23 |
| 149:23,24 | 27:9 34:11 | genesis | 295:4,11 |
| 150:7 163:25 | 186:5 303:12 | 31:20 132:1 | 298:18 |
| 164:3,7 | gained | gentlemanly | 301:6,8 |
| 165:3,10,22 | 29:4 | 28:4 | giving |
| 166:8 167:5 | gamesmanship | getting | 32:6 147:23 |
| 200:20 | 26:13 | 146:20 | 162:8 178:2 |
| 201:10,21 | gaps | 154:23 171:5 | 253:12 |
| 202:17,21 | 302:24 | 206:2 226:17 | 275:24 |
| 205:3 | garbage | 232:9 272:21 | glorified |
| 206:12,19 | 214:21 | 297:13 302:1 | 157:24 |
| 207:2 | gateway | give | Gmail |
| 210:20,21 | 45:15 | 25:13,24 | 224:22 |
| 212:5,8,20 | gathered | 33:25 36:10 | goal |
| 240:13,22 | 240:11 | 41:15 42:4 | 162:18 |
| 243:19 | gathering | 46:7,15 | 207:12 |
| functional | 240:20 | 49:19,22 | 256:23 |
| 139:13 | gave | 54:25 55:9, | goes |
| 147:20 160:8 | 33:10 36:5 | 18 156:18 | 47:4 142:24 |

Jami-Ben Alluch
May 27, 2021

148:25 160:4
173:8,9
209:23
246:1,9,23
247:5 250:3
265:3
going
27:12,15
29:14 30:24
32:17 33:1
35:21 42:18,
23 48:20
49:19 50:4,
7,12,17
51:9,12,25
52:25 53:6
132:1,2
137:20
141:10,21,22
145:23 157:3
163:20
166:18
175:20 176:8
179:16
180:10
195:23 196:3
199:4 203:9,
23 207:20
214:2 215:19
220:16,17
224:11 235:2
239:16
248:10
251:12 265:1
272:21 273:2
280:18,20,
24,25
281:12,13,
15,18
283:12,13
good
44:25 144:9
185:21
189:20
216:1,23
222:7 243:5
281:23
287:18

303:12
Google
140:8,9,14,
18 141:1
google.com
140:11
google.com.
140:10
grab
148:23
243:12,14
252:15
290:14
grabbed
248:25
302:17,20
grabbing
140:17
156:25
160:13
252:11,14
grandfathered
216:24
grant
147:1
granted
183:8
graphic
138:9,12
140:3,4
141:18
152:5,13,17
153:13,21
154:10
161:11
graphical
139:19
152:19,21
153:19 154:5
302:20
grasp
153:11
246:6,13
260:22
grasping
253:20

gravity
224:10
Great
281:17
greater
248:23 249:2
gross
55:1
guarantee
233:19
guess
134:10
135:9,17
156:21
173:17
198:16
200:13
286:18
guessing
274:12
guidance
203:17
guidelines
174:1
guy
207:14 238:2
guys
200:7

---

**H**

half
192:4
handful
227:20
hands
290:20
happen
174:1,20
175:16,22
212:11 214:5
221:16 224:5
245:23
248:12
happened
45:18 53:25
54:3 155:3

173:24 179:1
192:20
196:25 197:9
198:7,22
201:19 202:6
214:1,3,9
220:4 221:17
258:20
268:25 279:3
294:3
happening
47:3 210:12
happy
196:20
303:16
hard
33:15
he'll
33:12 281:19
head
149:3 165:13
254:1
header
157:16
hear
37:18 147:9
181:3 245:8
282:13
heard
33:10 53:14
189:20 290:4
help
138:18 145:9
182:23
214:14
303:16
helpful
139:24
160:18
hey
51:12 172:25
hiding
208:6
hierarchy
255:1
high
198:9 209:18

Jamie Ben Alluch
May 27, 2021

228:9 253:8
256:7

**higher**
244:13

**highly**
53:7

**hire**
138:3

**hired**
137:25
183:18

**hiring**
173:21

**history**
45:1 46:1
169:23

**Hold**
256:13
259:21
278:18

**honest**
214:20
292:25

**hour**
220:16
273:24

**html**
141:6

**human**
227:10

**Hyundai**
243:12

___

**I**

___

**i.d.**
45:13

**i.d.s**
45:17

**i.d.s.**
45:12

**icon**
145:2

**idea**
173:9 174:22
175:23
178:13

269:16
273:10

**ideal**
209:11

**ideas**
173:15
174:24
175:22
270:22,24
271:3

**identical**
275:4
285:10,11
286:4,8

**identificatio
n**
51:5

**identify**
285:22

**ignoring**
286:16

**Illustrator**
245:20

**image**
280:15

**immediately**
221:9

**impairing**
30:15 31:12
50:15,19

**implementatio
n**
202:4 238:5

**implemented**
154:14

**implementing**
167:24

**implied**
189:4

**implies**
181:18 255:8

**implying**
213:23

**importance**
255:19
256:3,11,12,
16

**important**
136:23
269:21

**impossible**
155:5

**impression**
286:17

**improved**
201:23

**improvements**
207:10

**improving**
212:4 213:14

**inaccurate**
155:17

**inappropriate**
27:22 28:15
30:20 51:14,
15 53:22

**inception**
186:18
190:18
197:10
199:12,14,23
202:25
203:10
205:16

**include**
25:3 139:11
202:20
206:10
207:17
219:11
229:18
238:12
290:24

**included**
161:19 167:4
202:22
205:13
207:20 219:8
229:1
232:19,24
234:8,11,15
272:11,17

**includes**
49:8 231:11

265:2 291:1,
9

**including**
40:9 148:24
167:25
188:10
211:24,25
291:10 292:7

**incompetent**
137:15

**incomplete**
288:18

**incorporation**
132:10

**incorrect**
139:4 142:12
155:22

**indeed**
176:15
279:15,21

**independent**
163:21

**independently**
133:6 143:8
201:3 289:2
292:5 295:13

**indicate**
188:9 190:18
289:3

**indicated**
35:16,24
187:22
299:24

**indicates**
192:17 193:7
224:9 225:12

**indicator**
162:3 220:7

**indicators**
135:23
136:3,6
153:25
154:16,25
161:20,24,25
204:8

**individual**
30:8 240:5

Jami Ben Alluch
May 27, 2021

260:14
278:14 292:2
**individually**
31:18 234:17
277:4 293:24
**industry**
207:7,8,10
211:22
240:18 252:1
253:2,10
254:16
255:9,25
261:19,23,25
266:8 269:20
275:23
278:23
283:23
284:6,22
285:5,14,17
286:2,7,8
287:5,8,16
289:22
290:15
**inevitably**
163:4
**infer**
188:15
**inference**
183:5
**inferentially**
177:12
**infinite**
240:4
**inform**
31:18
**information**
25:4 27:19
28:2,3 30:15
31:10,11,13,
14,23 32:2
35:15 36:9,
11 37:7,15,
22 40:14
42:9,11,13
43:4,6,10,
19,21 44:7,
16,20 45:9,
10,24 46:7,

9,14,16
49:19,23,25
50:10,24
51:7 52:24
53:2,3,6
55:9,18
132:5 133:8
135:16
136:23 137:3
140:22
143:1,23
145:25
157:10,20
158:19 185:3
204:12
207:24
208:8,10
209:16
210:10
219:24
221:23 227:3
234:4,13,25
238:9 247:23
255:20 257:8
264:12
265:10
277:18,21
289:1 291:10
292:7 295:14
296:20
300:10
**informed**
31:24
**infotainment**
244:9
**inherently**
287:3
**initial**
159:20
176:12
184:25 185:2
190:23 193:5
212:16
230:10 231:4
252:17
301:15
**initially**
133:15

180:21 183:6
228:16
231:17
**initiated**
133:23 176:4
**initiative**
290:22
**ink**
230:18
**input**
178:2
**inquiry**
250:4,17
**inside**
157:23
**insight**
238:5
**inspection**
234:22
**inspiration**
289:13
**install**
143:8 144:7,
21
**installation**
144:14
**installed**
144:20 145:1
**instance**
193:4 248:4,
20 252:3
255:2
**instruct**
27:22 53:18
**instructed**
33:7 206:11
**instructing**
25:5 29:3,7,
21,24 30:1
**instruction**
28:12,16,17
30:7 33:10
35:1 36:5
53:9
**instructions**
50:16,18
172:13

173:19
**intended**
198:1
**intent**
209:8
**intents**
140:25
152:11
157:11,24
**interact**
140:7,24
152:14
168:19
244:22
**interacted**
169:14 183:6
**interacting**
172:6,7
**interaction**
301:12
**interactions**
148:7
**Interactive**
210:2 221:5
**interacts**
148:14
154:12
**interest**
48:25 164:25
250:17
**interface**
138:9,12,13,
22 139:12,16
140:3,4,9,
15,16,25
141:12,19
147:1,2,8,
12,13,14,18,
20 148:4,8,
10,13,19
149:2,11,22
150:16
152:5,13,17,
19,21
153:13,19,21
154:6,10
158:17

Jami Ben Alluch
May 27, 2021

159:16
160:4,6,10
161:11,12,
13,16,17
164:14
211:11,12
239:4 240:7
245:7,12,16,
19,25 246:9,
20,21,23
247:5,16,17,
18,22
249:22,25
250:1,2,16
251:22
256:17
258:12 259:9
264:2,7,12,
13,23 265:2
266:11,13,
14,15 267:23
269:3,9,19,
21,24 270:1
275:4,21
278:21 294:8
295:22
302:7,9,15,
16,24
**interfaces**
139:9,11,21
147:15
148:11
238:23
244:19,25
287:1
**interference**
50:17
**interject**
273:19
292:16
**internal**
157:8,23
165:17 231:9
240:25
289:23
**internally**
157:4

**internet**
41:12
**interrogatories**
132:22
**interrogatory**
132:17,20,22
134:8 170:1
**interrupt**
162:17
**intertwine**
143:17
**introduced**
231:5
**investment**
188:19
190:23 192:2
193:5 198:12
**invisible**
230:18
**invoice**
185:19
186:21
**involved**
220:5 296:19
**involvement**
33:23
**involves**
181:10
**irrelevant**
239:4
**issue**
26:17 27:22
28:8 33:24
52:19 160:20
169:23 201:4
223:16,20
224:3,8
231:9 237:8
**issues**
25:1 31:16
180:17 215:5
237:8
**item**
25:6,8,10
37:1 39:9
267:2

**items**
45:7,11

_____

**J**

_____

**J-A-M-I-L**
231:21
**jamil**
201:1,20
217:12,15
231:21
**January**
216:14
**Jeff**
27:3 172:19
187:1 225:20
226:16
273:4,23
282:13
284:14
**Jenna**
303:13
**Jewmon**
132:23
133:1,5,16
170:2,3,25
171:24
172:2,6,22
173:25
178:10,24
184:3,16,19
185:2,23
186:3,8,17
187:16
188:10,23,24
189:6,15,16,
20 190:10
191:10,23
192:5,13,21,
22,23 193:4,
14,15,22
194:6,7,17
195:2,6
196:5,7,24
197:3,5,11
198:5,18
199:5,9,10,
17,19 200:3,

8 204:3
225:13
226:13,14
298:23
**Jewmon/scopic**
133:11
**Jira**
222:5,16,20,
24 223:7,15,
16,18,21
224:13,14,
16,17 225:1,
2,11,16,19,
21 226:22
227:6,23
228:7,11,16,
17 229:1,11,
14,18,23
230:1,5
231:1,7
232:1,2,10
234:7 236:25
238:13,16
272:4,10,22
296:9 302:21
**Joanna**
169:10,20
**job**
47:21
**joined**
166:1 179:10
184:10
198:14
212:12
214:22
215:14
**joining**
136:10
202:13
227:13
**JONES**
303:16
**judge**
26:16 31:4
33:12,18
53:23 162:9,
20 249:20
265:25

Jamie Ben Alluch
May 27, 2021

286:18

**juice**
210:11

**June**
169:19
185:12,13
231:5

**jury**
162:9,21
249:20 266:1
286:17

---

**K**

**keep**
41:18 42:9
44:9,10,12,
14,16,19
45:10
216:16,17
273:4 287:9

**keeping**
44:20

**kept**
43:6,21
45:18 46:1
49:12 214:17
231:7

**key**
279:1

**keyboard**
154:13

**Kia**
243:12

**kind**
42:12 143:21
150:14,21
160:11
203:16
259:13

**kinds**
139:20
243:17

**knew**
175:4 176:1
210:14 300:3

**know**
25:20,22
26:5 27:3,6
28:4,9,10,
19,21 32:16
33:2 34:11
35:23,25
42:15,18
43:5,15
44:2,4 54:4
132:18
133:19
134:15,19,
22,24
135:18,25
136:8,9,16
137:4,9,24
138:12,22
139:1,2,11
142:22
143:21,23
144:16 146:9
152:23 153:5
156:25
158:10
159:18
160:2,15
163:4,6
164:21
166:14
167:16
168:24
170:18,22,23
171:14
172:6,21
174:2,12,13
175:8,10,13,
21,22 176:16
178:16,17
180:9,15
183:5 184:2,
6,9,13 185:4
186:1 188:12
191:3,15,17,
23 193:1,2,
3,5,7,21,24
197:23
198:9,21
202:7,14,16,

20,22,23
203:15
204:7,9,10,
11 205:2
206:9,14,16
207:11
208:1,5
209:19
217:8,9
219:14
220:1,3,12,
14 221:4,19
227:1 228:3,
19 229:5,6,8
230:3,4,15,
16,18 232:23
233:1,4,5,
11,13,16
234:2,4,23,
25 238:7
241:3,21
242:10,20
243:14
244:5,9,22,
23 246:13
249:8,11
253:6 254:25
255:9,13
256:3
257:15,17
258:7,11
259:5,8,24
260:1 261:9
262:6
263:12,18,20
264:25
266:15,16
268:12
269:4,20
270:7,14,22
271:7,12,21
273:4,15
276:3 279:1,
22 285:8,17
291:10
293:2,7,11,
16 294:16,25
295:1,15
296:24,25

297:20
298:18
299:2,4

**knowing**
174:4 175:25
203:10,12
205:17,18

**knowledge**
27:24 29:5
30:2,8,9,10
31:9,17
49:16 132:12
133:14,15,
17,18 134:13
136:17
138:2,7
170:9 171:12
174:13 179:5
201:6 202:6
205:21 206:8
209:9 210:13
211:15,19,20
217:23
277:4,22
278:14
295:10,20
303:7

**knowledgeable**
162:6 196:21
234:13

**known**
28:23 177:23
242:7

**Korea**
243:13

---

**L**

**L-A-Z-I-C**
168:25

**label**
135:3
136:13,15,
19,22 137:5
216:17
217:16 218:1
253:16

| | | | |
|---|---|---|---|
| labeled | layer | length | list |
| 216:12 | 140:13 | 194:5,10,15 | 41:21 149:4 |
| 217:14 | layers | lent | 180:17 |
| lacked | 231:14 | 190:11 | 223:21 242:5 |
| 216:5 | layperson | level | 258:22 261:2 |
| Lacks | 163:6 | 150:14 | 274:8 291:14 |
| 38:23 291:2 | Lazic | 198:9,10 | listed |
| laid | 168:22 | 200:22 | 191:6 255:11 |
| 190:12 | 237:21 | 204:24 | listen |
| landing | lead | 206:23 | 32:13 44:6 |
| 140:11 | 168:17,20,21 | 209:18 221:3 | 139:25 |
| 150:4,5 | 169:2 | 228:9 | 195:21 |
| language | 237:17,20, | 254:13,15,17 | 265:21 |
| 154:23 299:6 | 21,22 238:2, | 256:24 | 285:16 |
| large | 4 | 257:10 | listening |
| 177:7 180:17 | leadership | 258:17 259:6 | 162:20,21 |
| 203:14 216:5 | 187:23 | 261:8,13 | lists |
| 219:25 | leading | 262:11,22,23 | 52:22,23,25 |
| 228:23 | 169:15,20 | 263:18 | 53:1 54:20 |
| 258:23 | learn | 264:10 272:8 | 197:13 |
| 263:19 | 257:7 | 285:8,10 | 239:12 255:5 |
| launch | learned | 286:23 289:6 | 289:2 |
| 54:25 156:2 | 178:1 | 302:6 | literally |
| 214:20 | 300:18,19 | levels | 214:23 |
| 215:1,2 | leave | 254:23 | litigation |
| 241:1 | 230:24 | lies | 298:19 300:4 |
| launched | 286:17 | 168:1 | 301:7 |
| 55:3 155:24 | 293:16 | limitations | little |
| 160:21 161:4 | led | 135:12 | 148:16 |
| 163:1 164:1, | 135:20 | limited | 203:17 |
| 3 204:16 | 173:17 | 228:24 244:7 | 204:10 |
| 212:21 | 179:12 | 258:8 287:6, | 249:16 |
| 235:20 239:7 | left | 10 | live |
| 240:23 | 150:23 174:8 | line | 48:18 |
| 299:22 | 228:7 235:4 | 27:10 55:25 | LLC |
| law | 253:23 | 220:17 | 199:10 |
| 27:5 | 258:21 | 275:1,3 | load |
| lawyer | 273:20,24 | lines | 150:13 |
| 34:17 | 282:12,16 | 188:8 190:17 | loads |
| lawyer's | 292:18 | link | 146:12 |
| 234:18 | left-hand | 142:24 | loan |
| lawyers | 266:24 | links | 188:9,12,16 |
| 53:16 | legal | 148:19 | 189:2,8 |
| lay | 295:1 298:24 | liquidity | 190:18 191:5 |
| 141:22 163:5 | 299:12 | 252:21 253:2 | 198:12 |
| 230:19 | 300:20,25 | 254:11 | loans |
| | 302:3 | 255:2,6,8,12 | 189:10,11 |

Jami Ben Alluch
May 27, 2021

191:11,13,14
192:1,9,22
193:3,13
198:25
**locate**
165:3
**locating**
136:24
**log**
51:4  142:25
144:5,11
145:6
147:21,25
217:4,15
242:4
**log-in**
145:4
147:11,14
**logged**
143:12
217:13,25
218:6,8,9
233:21
**logging**
208:4
**logic**
160:8  245:25
246:9,23
247:5  248:1
250:2,6,9
**logical**
249:11
251:4,10
262:14
**logs**
150:2
**long**
160:17
174:24
210:17
216:16,17
234:3  271:3
295:18
296:19
**longer**
298:10

**look**
29:22,25
33:3  38:19
49:25  50:7
138:13,22
139:3  141:10
179:8  180:16
182:24
193:19
202:11  209:2
210:11,21
212:9,23
213:2,7,10,
12  234:7,10,
12  239:3,16
243:13,23
244:5,14
250:17  252:9
256:4,5,7
258:1  259:24
261:7  263:8,
19,21  270:10
273:17
275:13
277:24
280:24
282:25
283:4,18,19
285:19
302:23,24
**looked**
33:8  160:16
165:8  180:25
204:6  209:3,
5  211:21
228:17
232:22
263:5,21
270:19
271:18,22
275:20
278:8,20
279:11
290:5,11,13
291:12,14
292:6  294:8
295:21,25
296:11

**looking**
55:15,18,19
155:3  241:10
248:18
253:4,6
266:11,13
290:24  291:9
**looks**
211:16
**looping**
167:7
**loose**
174:1
**lose**
298:9
**lost**
298:6  301:21
**lot**
53:14  135:16
139:9  148:16
155:3  158:1
162:6  198:3
214:19
215:21
221:18
229:23
239:25
255:17  262:5
263:11
277:17,20
285:19,20
**lots**
242:21
**low**
256:7
**lows**
253:8

_____

**M**

_____

**M-L-A-D-E-N**
168:25
**Mac**
144:12
**machine**
143:14
144:24

**machines**
298:13
**Madame**
51:16  273:20
281:24
292:17
**made**
26:18  27:7
28:18,23
31:18  54:22
55:7  171:20
176:5,7
179:7  181:5
182:10,11
183:15
193:10  207:9
208:1  215:20
241:1,4
242:24
243:1,13
244:21
245:20,23
265:16
268:24  274:4
279:12,14,22
294:2  301:2
**magic**
210:11
**maintains**
44:25  45:4
**major**
148:23
259:12
**make**
25:12  28:6
29:1  38:2,5
47:18  135:9,
18  139:24
153:3,11
157:2  164:17
166:24  174:3
200:13
205:17  207:7
209:20
214:14  223:8
236:24
238:21  251:9
255:17  257:5

Jamie Ben Alluch
May 27, 2021

258:18
260:22
275:20
278:2,20
288:22
296:21
298:15

makes
49:2,4,7
174:20
243:22

making
32:18 33:3
138:1 172:17
175:15,22

man
183:4

manage
143:2 145:16
224:16

managed
215:3

management
37:3 38:15
41:22,24
42:2 44:22
143:16,21
224:7 237:4,
8

manager
168:18,20
237:11
261:10

manages
42:7 45:14

manner
25:21 27:7
161:15
174:25 248:1
249:13
259:14
264:3,7,11,
13 266:2
267:4,19
268:7 280:3
288:8,12
289:12 299:7
302:20

manual
242:12

manually
159:17

marked
189:8 190:19
191:13 192:9

market
142:19 143:6
145:14,24
146:4
147:14,22
207:18,20,21
208:2,3,14
210:23 212:7
214:3,4
219:5 253:11
255:9 259:8
263:1 268:12
287:24

marketing
142:21
174:22
197:5,12,14,
18 198:1
215:4
242:15,22

markets
145:25

marking
234:1

matched
259:4

matches
191:5

material
242:20

materials
242:21

math
248:3 251:1

mathematical
250:24

matter
157:5 233:7
234:20
238:22 280:8

mean
27:10 43:14,
15,23 148:13
152:10
154:16,19,20
165:9 170:5
187:4 188:4,
5 194:15
201:13 208:3
232:2 236:8
237:25 238:1
254:18
259:12
271:21
275:17
278:8,23
285:7,10

meaning
146:3

means
139:22
144:23
146:24 158:2
188:6 227:22
230:10,21
231:7 238:3,
6 247:16,18
295:15

meant
278:25

mechanism
227:21

meet
28:20 165:3
167:19 175:9
186:7 197:23

meet all
176:25

meeting
180:12
208:22
302:23

meets
296:22

memory
30:14 36:12
37:5,7,13,21
38:17 45:19,

22 157:25
158:4 161:7
166:17,19,
21,22 202:9
240:9 253:23
276:4,19

mention
215:20
230:12

mentioned
45:11 49:12
142:18 151:7
178:22
189:12
191:23
192:15
208:13 272:5
273:12
279:19,21
294:1,21
302:6

menu
255:4
285:16,17,18

menus
220:7 261:10
262:12
285:19,20
289:18
290:12
291:17,23

messages
230:24

messaging
228:1

met
26:5 28:21
175:12
180:12
207:13
214:12

method
247:22

microphone
146:16
282:14

middle
167:23

midst
  52:2
mild
  174:23
miles
  29:11
million
  154:20 192:4
  299:4
Millionaire
  197:11
mind
  34:8 37:19
  132:16
  163:20
  191:19
  221:10 246:5
  257:16
  264:16
  279:17
mine
  36:14
minute
  30:21 297:5
minutes
  33:25 155:9
  222:12
  235:10
  282:2,17
  292:20
missing
  272:7
misstates
  276:15
  300:24
misunderstand
ing
  227:4 257:20
mix
  197:16,17
mixed
  142:3
mixing
  142:16
Mladen
  168:22,23,25
  169:20

mockup
  179:7 245:19
mockups
  269:9
model
  243:14 244:8
modular
  148:16,17
module
  149:8,10,16,
  19 150:1,11,
  14,18
  151:12,20,
  21,22,24,25
  152:2,22
  153:6,16,18,
  20
modules
  148:20
  149:3,5
  152:1,23
  160:5
moment
  31:3 138:19
  165:20
  169:24
  183:24
  187:25 207:1
  208:13 225:8
  236:13,14
  260:24
  268:15
  269:12
  273:19
  277:16
moments
  220:22
money
  41:15 49:5,7
  55:7 183:20
  184:13,17
  188:9 189:6
  190:11 191:2
  198:11
monies
  191:9 193:13

month
  49:21 50:2
  55:2,3,7
  132:3 155:3
  216:24 241:4
  298:11
  300:15
monthly
  39:4 41:11
  55:19
  145:18,20
months
  156:4 204:5
  236:20
morning
  46:5
motivated
  134:22
motivation
  269:16,18
mouse
  154:13
mouth
  32:24
move
  183:7 191:2
  235:21 268:3
moved
  193:13
moving
  183:23 190:6
multimedia
  228:2
multimill-iona
ire
  174:17
multiple
  47:17 148:10
  246:3 249:12
mute
  146:15
muted
  282:14
Mysql
  210:7 249:14

N

naked
  144:22
  145:1,4
name
  44:8 144:7
  156:18
  168:25
  181:13,14
  183:10 210:8
  231:21
  238:15
  248:15
  287:23
names
  157:17
  168:15,18
  287:14,15
narrative
  138:20
  160:20
narrow
  210:18
necessarily
  139:18
  204:24 228:4
  257:6
necessary
  247:23
need
  29:22 31:3,6
  38:8,9
  49:22,24
  51:2,4 54:11
  137:17
  138:12,25
  139:13
  142:7,9
  143:4,8,22
  144:4,14
  146:15 149:7
  150:3 155:2
  160:4,9
  173:19
  181:18 186:6
  194:25

Jamie Ben Alluch
May 27, 2021

195:21
212:23 217:8
228:4 234:5
248:14,15,17
250:19
257:23
293:17
294:24 297:5

**needed**
143:10
165:12
204:25 207:3
212:7 213:1
242:9,12
281:11

**needs**
151:1 152:7,
9 175:10
176:25
207:13 224:1
240:5 243:18
248:11
251:3,7
294:3

**negative**
190:20,21

**negotiate**
194:13

**negotiated**
196:6

**negotiation**
36:6 195:5
196:23
198:20

**net**
158:10 162:2
165:15

**never**
137:11
159:10
168:19 176:6
182:20
194:16 195:5
196:6 203:3,
5 216:21
221:25 222:2
230:14
274:1,4

277:13
289:20
299:1,2

**nice**
303:19

**night**
186:6 303:20

**ninja_1**
231:25

**non-professional**
146:2,25

**non-recorded**
191:20

**non-visible**
160:3

**non-visual**
166:13,22

**Nonetheless**
27:7

**normal**
162:15
164:20
248:24

**note**
238:21
273:22

**notes**
222:20,21,
23,24 223:7
225:16
228:17 229:1
272:11,22
273:5

**notice**
27:2,8 37:1
46:21 274:22
278:10

**noticed**
25:2 30:4
274:18

**notwithstanding**
26:20 187:16

**November**
38:20 50:3,
24 156:3,4

212:18
236:21
241:5,6,13,
23 242:2,3

**number**
44:12 49:9,
20 53:3 55:1
132:23
144:15
145:19 148:6
163:10 177:7
203:14 209:4
215:3 216:5
228:23 234:2
238:20 248:4
250:20 252:1
254:25
258:23
263:19
273:16
287:10 289:9
290:6,14
292:6 298:12

**numbers**
248:10

**numerous**
294:21

---

### O

**object**
26:12 170:7

**objected**
25:7 26:6
28:19 52:22
54:21

**objection**
37:9,16,24
38:22 39:21
40:17 41:20
42:25 43:8
46:11 47:22
55:10 151:4
154:18
155:18 156:9
163:14 164:9
165:6,25
167:6,21

168:10
172:14 175:5
176:3,21
177:15 178:5
180:22 181:7
182:12
192:6,25
193:18
194:8,19
195:8 196:16
198:19
200:11
205:14
206:22 207:4
208:20 209:6
210:25
211:18
212:10 213:3
214:7,10
216:3 217:18
218:2,11,17
219:2 220:9
223:1,4
224:20
229:7,21
232:21 233:2
235:25
236:16
237:18
241:15
246:4,12
247:1,9
250:5 256:19
258:15
259:11
260:3,12,20
261:5,15
262:16
263:3,6,15
264:5,15,21
265:8 266:5,
22 267:7
268:21 269:7
270:18
271:1,17
272:14 274:7
276:8,14
278:5,9,24
279:13 280:5

Jamie Ben Alluch
May 27, 2021

283:2,6
284:11 285:1
286:5,24
287:21
291:2,24
293:10
294:11,19
295:6 296:5
298:8,17
299:14
300:6,22
301:5,13
302:10,18
**objections**
30:4
**obligations**
271:12
**observation**
281:1
**observed**
282:24
**observing**
55:15
**obtain**
247:25
**obvious**
195:1
**obviously**
26:12 55:14
162:5
**occasionally**
218:7
**occasions**
294:24
**occur**
173:1
**occurred**
36:21 171:10
**October**
179:1 184:7
204:4,14
225:10,18
**offer**
161:13
182:19,23
204:11
240:18 244:2

259:13
**offered**
136:18
182:15
197:15
224:14
**offering**
159:7
**offerings**
142:22
**offers**
158:17
**office**
29:19
**official**
189:3 242:1
**officially**
180:2 182:21
185:5 187:24
202:13
**okay**
26:12 31:3,5
33:11 35:4
36:3 37:1
38:19 39:9
41:18 42:12,
23 43:2,9,18
45:7,19
46:18 47:9
48:9,11
49:3,9 50:1
52:12,23
54:14,18
55:21
131:20,23
132:3,8,13
133:7,12
137:4,8
138:18
142:9,12,15
147:4 148:2
149:15 150:2
151:16
153:12,21
154:7,15
155:6,20,23
156:2,16,22
158:14

159:12
160:18
162:22 163:5
164:5,20
165:5 168:4
169:13,22
170:11
172:11
173:2,3,4
175:25
178:19
179:2,9
180:25
181:20
182:2,18
183:1,8,12,
23 184:2
185:11 186:5
187:5 188:22
189:5,14
190:2,8
192:3,12
195:1,23
196:3,12
198:16
199:2,21
200:6,16
201:4,12
202:14
206:6,9,17
207:1 208:13
210:17
212:14
216:9,21
217:1 220:22
222:11,14
225:2,5,16,
21 226:19
230:3,15,21
231:23
235:18
236:12 237:6
238:18
240:11,20
241:6 242:13
245:15,24
247:13
249:16,20
250:15

252:18
253:18,22
254:2,7
257:8,16
258:3,4
259:8 262:3
263:10
264:10
268:3,12,16
270:3 273:2
277:5,23
281:2,5,22
282:3,23
283:13,21
284:16
286:19 288:6
295:19 297:7
300:18
301:20 302:5
303:2
**old-fashioned**
227:9
**once**
143:10
144:20
145:1,6
146:22
147:23
150:22
151:19
166:20
193:12
**one**
25:1 27:10,
11 30:17
37:19 47:25
54:11
135:12,17
136:14
139:23
148:10
163:2,23
173:8,9
181:3 197:15
204:22
206:1,2,3
207:14
209:22

Jami Ben Alluch
May 27, 2021

211:12
223:18
224:2,18
231:1,2
234:12
237:11,25
239:23,25
245:2 247:2
249:20
250:21 261:1
262:7 264:10
265:22
273:24
275:2,5
287:18 289:5
one-time
48:20
ones
221:9 293:2
online
34:15 139:20
227:11
open
40:11 51:4,5
54:15 150:6,
19 151:10
opening
151:7
operate
138:23
210:21
operated
179:15
operates
244:6
operation
249:5 251:4
operator
248:5,15
249:1,6,9
250:25
251:7,8
267:1
operators
249:11
opinion
205:25

206:5,6,7
275:10,12
opportunity
25:25 293:18
opposed
32:6 132:5
135:11
144:24
163:12
optimization
142:20
options
161:17,19
order
51:2 138:11,
24 139:12,14
150:5 151:6
212:6 231:3
242:7,10
247:25
248:9,12
250:22 251:9
257:12 259:1
266:16
268:18 269:5
288:19
291:14
organization
260:18,22
264:20
266:21
285:25
organize
262:8 265:10
organized
260:1,5
262:11,21
263:13,14
264:3 265:5,
9 266:2,6,8
267:19
268:8,10
270:3 286:22
organizes
287:19
organizing
262:20
269:16

oriented
137:22
origin
132:15
original
160:21 161:3
163:25
188:19
235:19
240:13,22
originally
251:17
originated
178:11
outside
179:4 184:21
226:15 296:7
299:19
overcomplicat
e
162:18
overlay
252:22
254:12
overload
256:25
258:19
oversimplific
ation
140:12
oversimplifie
d
139:9 159:21
oversimplify
162:19
owe
193:14,17
owed
191:7
owned
191:15,22
199:8,12,16,
24 200:3
225:7
owner
188:18

owners
198:23
ownership
187:25 190:1
191:20
193:9,25
194:14 197:1
198:6

_____

P

p.m.
34:2,6,20,23
52:4,8
235:12,16
297:8,10
303:23
package
144:12
231:19
page
55:25
140:11,15
150:4,5
275:1,2,3
pages
141:7
paid
45:5 145:15
183:18,20,21
184:13,18,24
186:13,17
188:1,16,18,
23 190:10
191:10,13
192:10
194:14
224:25 225:1
299:3
paperwork
182:21
188:13 189:3
192:16 193:7
parameter
253:25
270:24

Jami Ben Alluch
May 27, 2021

| | | | |
|---|---|---|---|
| parameters | particular | payor | perform |
| 239:25 | 49:21 187:2 | 184:25 185:2 | 148:7 222:18 |
| 254:2,3,11 | parties | payors | 224:3 234:19 |
| 256:18 | 188:10 | 188:19 | 245:1 247:24 |
| 265:3,4,6 | partner | pays | performance |
| 266:3,6,20, | 197:4 | 41:11 | 215:6 219:4 |
| 21 267:5,20 | parts | pending | performs |
| 268:8,10,13, | 260:14 | 51:21 52:2, | 240:16 |
| 18 269:5,17 | party | 18 53:12,14, | period |
| 270:3,10,16, | 26:14 190:11 | 19 54:9 | 184:14 212:3 |
| 25 271:15 | 225:6 | 281:22 | 213:13 |
| 273:9 280:4 | party's | penny | 225:13,15 |
| 284:9,20,24 | 26:16 | 135:10,15 | 242:15,21 |
| 285:22 | pass | 160:15 174:5 | 271:23 |
| 286:2,22 | 144:8 | 180:7 216:7 | permissions |
| 287:25 288:9 | passed | people | 143:17 |
| Pardon | 247:24 | 135:10 136:4 | permitting |
| 147:10 | password | 138:3 139:19 | 35:17 |
| parse | 183:11 | 142:20 | person |
| 173:3 | past | 143:20,22 | 54:11 162:15 |
| part | 49:11 | 146:7 148:25 | 164:20 |
| 31:17 46:20 | patience | 159:10 | 169:6,10 |
| 136:12 145:4 | 303:11 | 164:23 | 173:22 |
| 147:9 | pay | 168:12,18 | 179:21 183:5 |
| 151:24,25 | 145:19 | 169:13 | 201:2 202:12 |
| 152:4,6,17, | 185:17 | 173:15 174:6 | 203:4 209:18 |
| 19,22 | 186:4,8,19 | 176:1,11 | 212:24 |
| 153:19,24 | 189:5,21 | 178:1 200:13 | 237:15 |
| 162:2 173:12 | 195:6 | 203:20 216:6 | 238:3,15 |
| 201:2 208:14 | paying | 218:24 | 239:1,2 |
| 220:14 222:9 | 184:17 | 238:20 | 294:17 |
| 223:21 | 185:6,8,22 | 255:21 | personal |
| 228:22 | 186:9 | 258:19 262:7 | 31:17 40:6 |
| 231:18 | 187:17,25 | 269:25 270:4 | 132:5,11 |
| 241:25 | 189:16,17,25 | 273:17 | 138:7 151:1 |
| 242:18 | 190:4,7,13 | percent | 170:9,11 |
| 255:8,13 | 191:25 193:9 | 158:11 | 171:23 |
| 268:22 | 198:8 207:24 | 165:15 | 177:4,5 |
| 273:23 | 209:13 | 191:15 | 179:5 180:1, |
| 274:8,18,22 | 213:21 | 199:15 | 3 182:20 |
| 292:5 293:25 | payment | 230:20 | 184:23 191:1 |
| 295:5 | 45:15,17 | 233:18 | 200:4,22 |
| partially | 183:23 | 265:16 | 201:5,24 |
| 142:8 204:15 | 193:23 | perception | 203:25 |
| 239:18 | Payments | 139:8 283:11 | 205:16 |
| participants | 45:15 | perfect | 206:23 213:6 |
| 34:17,18 | | 280:14 | 216:15 |
| | | | 217:11 |

Jamie Ben Alluch
May 27, 2021

| | | | |
|---|---|---|---|
| 231:17,24 | 163:15 197:8 | 17,21 | 278:22 |
| 256:21 | 198:4 203:7 | 149:17,19 | **playing** |
| 258:17 | 214:21 | 150:3,8 | 27:10 148:12 |
| 263:18 | 220:13 | 151:8 152:4, | 282:8 |
| 271:10 | **pieces** | 24 153:1,6 | **please** |
| 274:15 | 148:19 | 155:24 156:7 | 33:25 34:9, |
| 276:10,13,22 | 150:13,15 | 161:3,4 | 16,18 37:20 |
| 277:1 280:6, | 202:24 | 163:1 164:1, | 47:25 50:1, |
| 11,13 | 247:19 | 3,19 165:10, | 21 51:8,16, |
| 283:10,14 | **place** | 23,24 168:2, | 17 54:9,11, |
| 289:6 293:23 | 173:23 | 13 169:21 | 14,24 55:4, |
| 296:15 297:3 | 202:4,7 | 171:2 172:8 | 5,9 139:6 |
| 299:17,18,21 | 237:7 238:6 | 174:5 | 145:9 160:25 |
| 300:7 301:8, | 239:10 251:7 | 176:13,25 | 165:20 |
| 9,24 302:1 | 255:17 | 177:20 | 168:15 |
| 303:7 | 261:20 | 183:11 | 190:15 206:1 |
| **personally** | 289:22 | 188:21 | 230:19 |
| 174:4 176:6 | 290:23 | 191:22 | 235:4,9,23 |
| 179:10 | **Plaintiff** | 202:11 | 265:22 266:3 |
| 182:14 | 26:7 35:10 | 203:8,18 | 269:23 |
| 198:14 | 52:20 | 204:25 | 274:11 |
| 202:10 | **Plaintiff's** | 205:13 | 281:7,25 |
| 205:18 | 26:10 35:19 | 211:11 | 296:16 |
| 211:4,13,14 | 36:2 52:9,10 | 214:3,4 | **PM** |
| 215:12 | **Plaintiffs** | 215:7 222:16 | 237:10 |
| 217:19 | 25:20 | 223:6 225:13 | **point** |
| 284:13 | **plan** | 228:12,14 | 28:11 38:13 |
| **perspective** | 39:12,14 | 230:7 231:13 | 48:24 54:22 |
| 163:5 | **plans** | 233:21 | 132:14 |
| **pertaining** | 37:2 38:14 | 235:20 | 133:11 |
| 301:12 | 244:11 | 241:20,21 | 135:19 |
| **phone** | **platform** | 242:6 | 138:4,5 |
| 33:12 44:12 | 31:21 39:20 | 259:13,22,25 | 145:2,23 |
| **photo** | 40:2,14 | 296:4,12 | 146:22,25 |
| 45:19,22 | 41:5,8,12,16 | 299:4,11 | 147:8,11,18 |
| **Photoshop** | 47:6,15 | 301:16 | 154:21 |
| 211:13 | 48:6,12 | **platforms** | 159:23 174:7 |
| 245:21 | 49:3,6,8,24 | 207:21 | 175:11 |
| **pick** | 51:7 54:15 | 232:12 | 179:12 180:2 |
| 159:10 262:7 | 55:4,8 | 259:18 | 185:21 187:2 |
| **picture** | 132:2,15 | 285:12,24 | 188:2 191:16 |
| 280:14 | 133:6 134:17 | 286:22 | 209:22 |
| **piece** | 142:1,2,7,10 | **play** | 215:22 |
| 143:7,12 | 143:5,6,7 | 42:18 281:24 | 221:10 |
| 144:20 | 144:2,4,9 | **played** | 229:12 231:4 |
| 148:18 | 146:12 | 282:6 | 244:2 263:21 |
| 149:10 | 147:19,20 | **players** | 277:17,19 |
| 158:16 | 148:1,3,5,8, | 219:5 275:23 | 280:11 |

Jamie Ben Alluch
May 27, 2021

288:18
289:14
291:15
293:22 303:5
**pointed**
179:11
**points**
28:22
**polished**
159:22
**pop**
145:3
**portal**
142:9
**portion**
54:12 55:20
140:6
151:21,23
154:12 159:2
160:6,10
186:13
228:21
243:25
**portions**
166:13
**position**
26:17 27:12
28:5,23 31:8
36:8,13,22,
23 196:14
293:20
**possibility**
233:18 279:2
**possible**
167:9 179:15
201:11
202:1,3
204:6 217:9
265:25
278:1,4
300:4
**possibly**
221:3 277:20
**posted**
208:11
**Postgresql**
210:7 249:14

**power**
244:22
**practical**
258:24
**practically**
240:3
**practice**
191:6 266:9
**practices**
261:23 262:1
287:16
**pre-defined**
239:23 252:1
**pre-determined**
239:24
**pre-june**
171:13
**preceding**
132:10
**precisely**
279:3
**predating**
183:19
**preference**
230:22
244:11
**premise**
175:13
209:13
**preparation**
228:24
229:23,24
**prepare**
33:9
**prepared**
25:19 32:13
**preparing**
220:1 228:18
**prerogative**
286:18
**present**
34:19 37:4
38:16 157:11
217:5,17
239:4
255:14,19

257:9 259:18
268:14,17
270:16,17,24
271:14 273:9
279:22
285:23
287:11
**presentation**
162:1 256:17
257:18
259:21
266:20 269:4
270:9 284:8,
19,23 285:25
286:1
**presentations**
285:11
**presented**
157:14 158:7
180:16 189:4
226:19
255:1,25
260:15
264:7,12,13
266:23,24
267:20
285:25 287:3
288:1,9
**presenting**
257:8,9
261:1 267:5
**presents**
148:13
263:13
268:8,10,13
280:4 287:24
**preserve**
298:15
301:3,6,23
**press**
144:8
151:16,19
244:23 254:5
**Presumes**
37:10
**pretty**
204:19

**prevented**
180:18
**previous**
285:2
**previously**
25:7 35:7
191:22
**price**
158:10
159:4,12,14
162:2 165:14
194:13,14
195:5 196:6
248:23
252:9,21
253:15,19,21
254:11
256:4,5,7
**pricing**
216:23,25
253:6
**primarily**
193:22 228:5
230:22
**primary**
215:13,15
231:1,2,7
273:15
**principal**
227:21
240:12
**principle**
157:21 159:2
**prior**
134:12
135:2,5
136:10
154:24
164:18
169:17,18
186:7 190:12
197:9 198:13
202:12,23
205:15
208:22
212:16
214:20
221:23

Jami Ben Alluch
May 27, 2021

```
227:12                203:13 204:6      195:3 196:7      programming
230:11                236:17            197:23             139:13
238:22                239:11            200:18           programs
251:7,8               244:17            201:8,17,22        209:20
271:2 274:13          248:7,14          202:16,18,21     progress
275:1                 257:5,21          204:15             231:3
276:15,18             258:13,16         206:20           project
277:13 279:4          265:15,18         207:17             132:3
300:24                268:18,23         208:18             168:17,20
priority               269:5,10          209:2,3            169:15
   224:10              292:5 295:5       212:4 213:14       178:11 179:1
privately              296:19           214:23             186:18
   53:20             processing          215:1,21,22        187:23
privileged             221:6            216:1,5            188:18,20
   209:15           produce             217:16             190:1 191:5,
privy                 26:19 27:13       218:23,25          21 192:2
   134:4 171:20       29:8,9,15         219:9 226:20       193:25 194:2
   191:2 198:6        35:8 226:14       228:15             196:25
pro                   295:1             232:20             201:15,17
   41:14            produced            233:12 248:8       203:24
probably               56:2 188:8       270:12,20         219:23
   137:7 148:24       192:8 193:20      271:24            224:17 225:9
   149:2 155:9        194:22            272:11,23         237:10
   174:6 203:9        229:4,9           279:8           promotional
   231:5 233:14       231:18          production           242:20
   274:14             232:14            25:11,21         proper
problem               297:21            35:11 228:18       245:13
   30:7 52:20       producing           229:1 232:20     properly
   137:1 141:15       25:9 26:23,       297:13 302:4       152:20 158:2
   163:16             25 32:16        products             159:23 231:3
   225:22             35:7 52:24        48:10,12,15,       288:19
   250:10             225:4 226:4,      16,24 49:1,7    propounded
problems              8 297:21,25       177:3,7            29:6 292:24
   182:14,15        product             197:14,23       protecting
   228:10             48:5,19,22        209:4 211:5        162:14 258:9
proceed               135:18,21         219:6 271:11     prototype
   28:11 30:22        142:19            296:22             165:24 166:8
   31:2 33:19         175:21          professional         167:1,3,17
   36:24 51:6         177:17,19,22      146:5              177:14
   54:15              179:11,14       professionall        180:21,25
proceeded             181:11,15,      y                   181:5,10,16,
   190:25             18,20,21          271:13            17,19
process               182:3,7        proficiency        provide
   139:10             183:9,13          174:14            43:10 50:10
   144:14             187:19          program             159:25
   147:11 151:7       188:24 189:7      136:11,12         161:14,15
   158:1 177:6        192:13,21         137:23 138:2      165:11,13
                      194:6,18          176:12            196:17
```

Jami Ben Alluch
May 27, 2021

203:20,21
223:7 238:4
243:10
288:14
**provided**
132:25 133:3
137:3 140:17
158:23 159:8
173:19
225:10
234:21
238:12
272:18
296:17 302:3
**provides**
44:21 240:7
247:16
**providing**
159:16
180:11
**public**
142:23
143:21 157:6
208:10
212:16
241:25 242:4
289:12
295:14
**publicly**
207:25
209:17
288:25
290:19 291:9
292:6 299:23
**Publishing**
197:11
**pull**
166:16
234:25
**pull-down**
220:7 255:4
262:11
**pulled**
158:19,24
**pulling**
234:12
**pulls**

166:21
**puppeteers**
200:9
**purpose**
213:21
233:23,25
277:25
**purposes**
140:25 146:4
152:11
157:12,24
218:19
**pushing**
135:21
**put**
41:14 143:24
144:16
157:16
173:23
183:19,20
190:23 191:4
193:6
236:18,23
243:22
247:17
248:4,9,10,
14,15,17
250:19
256:17
261:20 262:6
266:10 275:5
280:16 281:6
289:5,22
290:23
296:16
302:20
**putting**
34:8 238:5
243:4,6

----

**Q**

**qualified**
146:23 237:9
**qualify**
146:1 149:18
151:11

**queries**
166:3 234:16
240:1
**query**
158:17,25
161:12,15,16
163:25
165:17
202:17
204:12
210:5,6
234:14
235:19
239:23
240:13,17,
22,24
247:11,13,24
248:17,18,
21,24 249:4
257:7,12
258:14
266:18
**querying**
55:22 160:1
161:6,7,11,
13,23 164:2,
6 165:2,22
166:8,13,14
167:5 168:1,
8 169:23
200:20
201:10,21
202:4,17,21
205:13
206:12,19
209:24
210:20
212:5,8,20
238:24 239:9
240:8,25
247:21,24
**question**
25:25 29:14,
15 37:10,19,
25 38:2,6,7,
8,11,12
39:2,6
40:16,20,25

41:1,2 42:3,
22 43:7,16
46:10,12
47:18 48:2
50:21 51:3,
21 52:2,16,
18 53:10,11,
13,19,21
54:5,6,9
153:17
155:21
158:15
160:11,24,25
163:3,20
165:7
167:11,19
170:12
172:3,17,18
173:6 180:1
188:22
192:18
195:14,24
198:17
200:16
202:14,19
204:19
205:6,23
206:14,16
210:18,24
211:7,8
215:19 217:3
221:24
223:9,10
227:15
229:16
233:16
239:16 241:9
246:6,15,18
250:11 251:6
253:17
256:10,13
263:24
264:17
265:13,24
266:4
274:11,12,25
275:7,9,12,
15 277:13,23
278:18

Jami Ben Alluch
May 27, 2021

281:18,22
283:10,14,25
286:12,13,16
288:19 290:7
292:1 294:6
295:19
297:15,17
302:5,11
303:4
**questioning**
36:24 209:23
220:18
281:21
**questions**
25:6,14,19
26:19 28:14
29:5,8,23
30:2,23,25
31:19,22
32:1,14 33:4
35:18,19,23
36:1 43:2,9
47:21 50:7
54:6 163:10,
11,22 168:4
172:25
195:22
220:20
257:24 258:3
269:19
292:24
**quick**
273:21
292:16
**quickly**
136:17
230:24
**quite**
137:25
**quo**
41:14
**quote**
40:12 278:19

—————————

**R**

—————————

**ran**

199:5 200:9
234:16
**reach**
194:13
**read**
54:8,12
132:19
242:12
**readily**
35:16,25
289:10
**ready**
295:1
**real**
273:21
292:16
**realtime**
161:9 228:3
230:23,24
246:3 247:25
**reason**
157:25
174:11
215:11
271:11
293:7,16
296:3
**reasons**
171:24 221:4
234:3
**recall**
185:10
202:1,10,25
216:15
220:11
229:24 234:5
238:15
245:21
254:24
265:9,14
268:23
269:10
273:13
277:9,10
279:2,18
290:10
294:22
299:22

300:16
**recant**
293:22
**receive**
157:21
**received**
185:19 188:9
**receives**
210:4
**recent**
271:12
**Recess**
34:4,22 52:6
235:14 297:9
**recognized**
146:5
**recollect**
155:7 233:16
**recollection**
137:6 201:20
221:11,13
229:13
242:14,23
263:17 266:7
270:12 271:9
272:3 276:3
279:20 289:4
294:4
**recommendatio
ns**
181:2,6
182:11
**reconsider**
28:5,10
33:11,13
**record**
28:18 31:8
33:6,22
34:1,2,5,15,
20,23,25
35:4 39:18
45:4,18,20,
22 49:9
51:9,12,16,
18,20,23,25
52:3,4,7,10
53:20 54:22

158:13
172:20
235:12,15
268:2 272:1
273:22 282:7
297:7,8,10
303:22
**recorded**
186:21 189:2
192:1 198:21
223:20 296:8
**records**
32:14 35:12,
25 40:15
41:18 46:1,
4,6 49:11,
12,17,22
53:8 193:20
225:2,5,7
298:2,6,10,
12,16,19
301:11 302:1
**recover**
298:4
**recreated**
140:18
**Recurly**
41:25 42:5,
6,9 43:14
44:3,4,18,
19,21 45:10,
14,18 46:6,
16 49:24
50:1 51:5,6
52:19,22
54:15 55:20
158:23
**recurring**
55:19
**refer**
27:23 28:13
29:4 33:8
35:14
**reference**
35:18 36:1
154:21
191:24
225:10

Jami Ben Alluch
May 27, 2021

275:18
referred
 166:20
referring
 38:13 44:5
 140:6
 164:11,13
 258:21
 272:16
refers
 253:3
refill
 147:24
reflect
 40:1 51:20,
 23 282:7
refresh
 271:9 272:2
refreshed
 279:19
refusing
 25:24
regard
 194:17 260:8
 284:10 293:2
regarding
 31:19 40:13
 45:25 49:2
 53:5 133:19
 172:7 194:6
 196:14
 197:14 223:6
 234:14
 238:23
 279:20
 289:20
 290:10
 302:14
registered
 146:6,8
regular
 157:12
related
 135:23 153:9
 256:5 257:10
 262:15,23

relating
 37:14 43:22
 188:13 256:1
relation
 47:10 148:4
 293:19
relational
 157:12 210:7
 249:13
relative
 276:3
release
 156:5
 212:12,17
 242:1,2
released
 156:3 177:22
 180:18
 181:19
 236:21
relevant
 53:8 160:14
 228:19
 232:14
reliance
 32:2
relies
 135:16
remaining
 282:1
remains
 277:21
remember
 32:5 46:8
 182:25
 201:18
 217:20
 220:25
 221:17,21,22
 226:24,25
 263:22,25
 274:25
 275:24
remembers
 27:20 28:3
 30:13

remote
 227:12,13,14
remove
 243:21
render
 140:23
rendered
 141:1
rendering
 140:16
repaid
 189:10 192:4
repay
 193:23
repayment
 193:24
repeat
 194:25
repeating
 37:19 246:5
 264:16
rephrase
 38:1,4,8
 137:12
 207:15
 215:19
 223:12
 241:17
 246:17 288:4
report
 37:2 38:20
 39:1,4,16
 223:24
Reporter
 47:25 51:17
 54:10 206:1
 265:22
 292:17
reporting
 43:13 223:25
reports
 37:3 38:14,
 15,21 39:7,9
represent
 152:24
 157:18
 158:12,13

 179:7 287:15
representatio
n
 149:11 154:3
 158:22
representative
 26:1 30:3
 170:12,13,
 18,23 178:17
 202:5 203:2
 217:11,22
 274:17
 293:2,21
 295:9 303:9
representative
s
 146:8
represented
 35:11
representing
 146:10
 162:11
represents
 266:18
request
 176:5,7
 196:22
 202:25
 203:3,5
 212:16
 223:23,24
 224:9,12
 236:18,23,24
 301:7
requested
 25:3 176:23
 234:24
 238:14
requesting
 35:11 140:21
requests
 25:8,10 27:1
 175:12
 223:20
require
 250:1

Jami Ben Alluch
May 27, 2021

required
  27:1 35:8
  246:1,10,24
  247:6 250:3
requirements
  145:24
  296:22
  302:23
requiring
  160:9
research
  203:13
  204:5,13
  206:11
  207:18,20
  208:2,3,15
  210:23 212:7
  234:20 292:4
  296:16
researching
  296:19,21
resends
  140:22
resolving
  215:5
respect
  25:9 35:6,13
  43:14 52:19
  54:20 141:9
respects
  53:2 283:13
respond
  35:23 265:14
responding
  35:19
response
  29:2,16 36:3
  132:20,21,22
  134:8 249:19
responses
  132:18
responsibilit
ies
  145:14
responsible
  190:7 238:3

rest
  53:4
restaurant
  285:16,18
restrictions
  296:17
result
  36:6 257:21
results
  159:1 161:15
  190:20 246:3
  247:25
  272:9,19
return
  188:19
reuse
  285:2
revenue
  45:4 47:4
  49:21 50:10
  53:3 55:1,19
reverse
  296:18
review
  228:25
reviewed
  32:14
  228:19,22
  229:22
reviewing
  293:7
rework
  214:24
right
  29:11,18
  30:6,11
  32:15 37:13
  43:11 44:8
  46:15 47:7
  49:15 51:24
  55:20 131:22
  133:8,10,14
  136:22 137:1
  139:16
  140:1,8
  141:23
  143:11

  145:15
  146:20
  152:5,16,25
  154:7,15
  155:11
  159:5,15
  161:4,16
  162:5,7
  173:1,10
  175:1 176:2
  177:14,19
  178:11
  181:23 185:2
  187:8,11,14
  189:13
  192:20
  199:2,3,6,16
  200:16 207:6
  208:25
  211:16
  213:23,25
  214:6,9
  215:9 216:1,
  9,25 218:22
  219:8 223:18
  230:8,15
  233:1,22
  236:12
  246:22
  251:1,15,21
  252:7,8,19
  253:12,13,
  14,24 254:17
  260:17
  261:12,17
  265:4 266:1
  268:1 273:8
  281:5 283:9
  284:15
  285:20
  297:1,5
  299:5 301:21
  302:5 303:2,
  10,18
rights
  298:24
  299:12
  300:20

road
  139:25
role
  140:23
  173:18
roles
  169:20
room
  29:13
rough
  156:8,10
roughly
  156:4 190:24
  193:6 292:19
row
  158:13
rows
  157:10,18
  158:24
rule
  27:1 246:2
rules
  246:3
run
  143:13
  144:18
  150:20
  158:18 163:2
  166:3
  176:10,17,18
  210:5,6
  225:16
  240:15
  243:16
  274:15
running
  176:15
  177:3,6
  178:14
runnings
  174:19
runs
  144:23,24
  153:9

Jamie Ben Alluch
May 27, 2021

---

S

---

Safari
  141:5,8
sale
  192:12
  198:17
sales
  37:2 38:14,
  20,21 39:1,
  4,7,14,16
  40:15 46:25
  47:2,10,11
  48:20 49:1
  50:10 53:2
  143:6
  194:13,14
  196:6 221:7
sanctions
  50:17
Sandra
  54:8
sat
  198:13 238:7
satisfactory
  135:8
satisfied
  214:15
saying
  36:19,20
  40:7 137:15
  145:13
  147:17
  161:10 166:6
  171:8,9
  213:17,18
  217:8,9
  219:14,21
  221:16,17,18
  237:3 239:5,
  9 264:1
  269:2 274:1
  290:10
  303:14
says
  37:1 151:14

279:1
scan
  234:16
  246:2,11,24
  247:6,10
Scanner
  289:18
  291:17
scanning
  156:6,17
  161:2 163:15
  205:3 210:20
  214:3,4
  228:21
  235:19 263:1
  268:13
  285:24
  287:24
scans
  136:20 137:5
  153:16 163:2
  241:12,22
Scanz
  234:15 297:4
  299:11
scenes
  148:25 160:8
science
  212:25
scope
  171:21 179:4
  184:22
  226:15
  228:20 234:4
  242:23
  278:10 296:7
  299:19
  301:14
Scopic
  132:24,25
  133:1,3,5,
  16,24
  134:16,19,23
  137:10,11,
  14,25 168:6,
  7,12,16
  170:1,4
  171:2 172:2,

7,22 173:25
  174:8,14
  175:3 176:1,
  5,17 178:24
  182:16
  183:15,18,21
  184:3,14,18,
  24 185:6,8,
  17,20,22
  186:7,9,18,
  22 187:18
  188:1,17
  189:17,21
  190:1,7,8,13
  191:10,21
  201:21
  202:15,17,20
  203:13
  204:1,3,20,
  22 205:2,12
  206:11
  218:1,15,19
  219:20
  220:4,14
  221:2 222:1,
  17 223:3
  225:3,7,14,
  24 226:9,17,
  20,21 227:6,
  10,14,16,19,
  22 228:11,15
  229:19
  230:11,17,19
  231:6,12,16
  232:11,19
  233:5,12,14
  234:8
  237:12,15,22
  272:18
  289:17
  291:13,21,22
  294:17
  295:4,8,11,
  21,25 296:6,
  11,25 297:1
  301:12
  302:7,8,14
Scopic's
  171:10 190:5

193:9 232:2
scratch
  210:13
  299:3,6
screen
  34:16 55:16
  140:7 144:10
  145:4 147:14
  150:10
  154:13 163:9
  165:11
  218:6,9,10,
  15,18,22,23
  219:3,8,11,
  19,20 220:6,
  25 221:12,
  14,22 222:1,
  3 226:19,21
  227:5
  228:12,14
  229:2,10,18,
  19,25 232:19
  233:4,11,13,
  21,22,25
  234:3,8,11
  271:23
  272:3,11,16,
  22 279:7,20
  281:15
  296:25
  297:1,2
screener
  149:14,18
  150:4,6
  151:2,14,20,
  23 152:16,
  17,18,20,21,
  22,25 153:1,
  13,15,18,20
  155:11,23
  156:2,10,23
  157:5 211:12
  212:15,19
  234:16
  235:21,23
  236:14,18
  237:16
  238:13,19,21

---

Jami Ben Alluch
May 27, 2021

239:6,19
240:4,13,14
242:1 243:3
244:1 245:6,
11,24 246:8,
19,21 247:4
249:21,25
251:17,18,22
252:20
253:15,19
254:2 258:12
260:2,7,19
261:13
263:5,8
268:7,14
270:5,11,17,
25 271:16
273:9 276:6,
7 277:6,7
280:3,22
282:23
283:17
285:23 286:3
291:17,19
294:8,18
295:23
296:13
302:7,14
**screeners**
204:9
**screening**
205:13
206:12,18
207:2 212:5,
8
**search**
32:19 142:20
202:8 239:24
240:24
248:17 251:8
266:18
**searches**
176:15,18
**searching**
35:22 50:12
**seat**
244:5

**second**
139:23
169:6,10
250:25
**securities**
146:9
**see**
29:19 31:6
33:23 36:16
41:21 42:18
135:22,24
140:10,14
141:3,7
142:22,23,25
143:1 145:7
146:12
147:13 149:1
177:9 184:22
203:15
207:21 220:2
221:5 228:25
249:17
252:18 261:9
285:10
286:21,23
292:19
**seeing**
140:16
229:25
303:12,19
**seek**
25:20 27:6
50:17
**sees**
153:14 163:9
**select**
150:7 159:13
240:14
241:12,22
248:21
251:18,23,25
252:4,5
258:13,19
259:14
266:25
267:1,5
**selected**
165:3

**selecting**
248:15
249:5,6
255:15
**selection**
159:7 161:19
240:17,21
255:20
257:18
259:13 266:3
268:19
270:9,16,25
273:9 284:8,
19,24 285:22
287:6,25
288:9
**selections**
255:17
**selects**
248:2
**sell**
41:7 48:9,13
176:11
188:24 189:1
197:12
**selling**
49:5,7 55:7
136:14
**sells**
41:3 47:5,14
48:5 285:18
**semantics**
148:12
**send**
142:21 227:6
228:12,14
237:3,4
**sending**
279:8
**sense**
43:24 251:10
**separate**
45:15 56:2
154:8 180:1
**separately**
48:22 163:21

**September**
166:25
167:17 172:4
177:13 178:1
179:10,22
182:2 184:10
187:18
200:23
201:1,16
204:15
214:24
**sequence**
248:11
250:16 251:9
**sequencing**
153:25
154:16,25
250:13,14
**sequential**
249:10
**sequentially**
157:19
163:11
**serve**
135:15
**server**
140:22
144:25 298:3
**serves**
135:14
253:23
**service**
42:7 43:4
44:21 140:17
197:24
224:13,15,25
225:1 275:6
289:10
**services**
44:22 132:25
133:3
**set**
132:21
134:13
151:13
239:24
248:22

Jamie Ben Alluch
May 27, 2021

setting
  249:7
seven
  201:14
  211:21
several
  253:3
shapes
  149:12
share
  168:18
  233:19
  281:15
shared
  221:23
  229:12
  230:1,3
  233:5,14
  269:18 303:6
shareholder
  198:10
shareholders
  199:15
sharing
  177:4 203:10
sheet
  157:24
  293:18
sheets
  189:9 190:17
  192:8,9
  193:2
shell
  150:10
short
  27:8 295:19
shortcuts
  154:13
shortly
  26:8 187:6
shots
  165:11
  218:7,9,10,
  15,18,22,23
  219:3,8,11,
  19,20 220:6,
  25 221:12,

14,22 222:1,
3 226:19,21
227:5
228:13,15
229:2,10,18,
19,25 232:19
233:4,11,13,
21,22,25
234:3,8,11
271:23
272:3,11,17,
22 279:7,21
296:25
297:1,2
show
  218:7 221:8
  222:1 255:16
  261:24 268:2
  280:18
  281:13
showed
  180:14
  214:13
  218:15
  219:19 221:1
shown
  218:18
shows
  150:21
  280:20
shut
  52:1
side
  146:4
  173:13,14
  228:8 266:24
  280:21
sidebar
  150:24
sides
  32:21,23
  135:17
  285:13
sign
  142:1 248:10
  250:20
signed
  134:11

145:14,17
170:2 172:22
178:23 184:3
204:2
significant
  275:17
silent
  187:21
  191:19
  192:15 194:1
silently
  196:25
similar
  37:3 38:16
  157:22
  158:20
  203:15
  204:11
  254:20
  263:12
  275:22
  278:22 280:8
  284:9 287:1,
  2,4,14
similarities
  283:22
  284:1,4,5,
  19,25 285:4
similarity
  280:2,7,13
  281:2 283:4
similarly
  271:15 273:9
simple
  41:2 43:2
  159:25 162:4
  164:2 166:24
  167:12
  174:12
  204:19
  229:16 248:6
  252:14
  257:5,11
  267:13
  277:23
simplest
  167:9

simplified
  249:19
simplify
  159:16 177:9
  189:13 248:7
  257:3,18
  258:12
  268:18
  269:5,19
  287:11
simplifying
  269:21,24
simplistic
  159:19
simply
  178:20
  188:22
  265:25
simultaneous
  33:17 53:17
  54:1 243:9
  265:19
  267:16
  274:20
  286:14
single
  201:16
  220:3,13
  246:2 255:17
  258:22
  259:12
  287:23,24
  289:5 294:22
sir
  47:18 50:25
  51:8,19
  54:10 146:18
  290:3 294:15
  298:22
sit
  229:17 269:2
  280:1 294:15
sitdown
  227:9
sitdowns
  227:16
sitting

Jami Ben Alluch
May 27, 2021

49:15
**skilled**
138:9
**skills**
287:9
**Skype**
230:6,7,9,
10,22,23
231:6,23,24
234:7
297:14,25
298:2,6,10,
12,16 301:4,
9,11
**Slack**
227:24,25
228:1,6,9
231:6,7
232:4,5
234:7
297:14,21,22
**slice**
164:15
**slightly**
137:20
**Snowflake**
210:8
**software**
31:16
132:24,25
133:2,3,24
135:8 136:1
140:6,19
142:14
143:7,13,19
144:20
148:18
150:13
151:24,25
152:2,6,7,9,
11,18 153:2,
4,5,6,7,10,
17 156:6
159:3,22
167:23
168:6,7
172:11,12
173:9,10,13,

25 175:24
176:9 178:24
181:9 182:16
183:21,22
185:7 186:22
188:2,17
190:7,8
197:4,6,7,
19,22,24
203:8,11,14
204:3 206:13
207:11,15
209:9 220:15
223:16,22
225:7,14
227:14
230:11
237:12,22
247:20
272:18 279:8
290:19
**sold**
39:19
192:17,18
**sole**
48:5
**solicitation**
180:4
**solutions**
175:13
203:15 204:6
290:6,14,17
**someone's**
223:25
**sort**
155:8 157:19
296:18
**sought**
52:21
**sound**
282:5
**source**
37:6,22
186:12,14
295:20
**sources**
31:15 184:24
294:4

**space**
150:12 151:1
240:5
**spaces**
150:24
**speak**
33:22 134:4
170:5
171:12,14,22
176:22 179:5
184:18
189:23,24,25
199:18
205:16
253:14
289:15
291:13
292:10 296:6
**speakers**
33:17 53:17
54:1 243:9
265:19
267:16
274:20
286:14
**speaking**
54:11 158:5
165:14
179:20 185:6
186:14
187:24
215:12
217:19 240:3
253:10
**specific**
37:6 40:21
55:5 132:16
134:1 137:18
142:5 144:17
149:7 151:8
165:8 167:19
177:5 191:3
202:25 203:3
207:11
224:3,11
237:13
239:21
240:16

245:25
246:9,14
250:9
252:12,13,15
255:12 259:4
266:18
279:23
288:15
289:20
290:22
291:14 292:3
300:16
**specifically**
135:6,22
137:25 150:7
164:11 168:8
188:14 203:6
208:4
209:23,24
212:5,18
213:7,10,12
228:20 233:6
234:10,12
242:1 243:17
256:1 260:5
277:12 289:3
290:20
295:21
296:13
**specification**
41:1
**specifics**
137:23
166:14
202:10
220:11
226:25
245:21
255:15
279:16,20
**speculation**
291:6
**spent**
214:23 215:4
219:22
**split**
135:7,19

spoke
  35:4
spring
  186:8,19
SQL
  248:21
SST
  132:20
ST
  170:24
stand
  276:1,2
  277:20
standard
  207:9,10
  240:18
  243:18
  253:2,10
  254:16
  255:9,25
  261:19,23
  262:1 283:23
  284:6,22
  285:5,14,18
  286:2,7,8
  287:5,9,16
  289:22
  290:15
standards
  141:6,9
  207:7 252:2
  266:9 269:20
standing
  274:15
standpoint
  158:3 263:10
stands
  28:16
star
  159:13
  248:21
start
  133:7 150:17
  163:23
  178:25 185:6
  187:24
  195:17

203:24
237:13
244:8,23
283:13
started
  135:24,25
  160:19
  187:25
  189:24,25
  191:25 193:9
  198:8 204:3,
  13 298:20
starting
  133:10
  189:24
  190:18 222:8
starts
  150:8 236:10
state
  181:9 197:20
  280:12
stated
  27:3 36:21,
  23 171:15,25
  182:13
  188:16
statement
  189:9 193:3
  288:15
statements
  35:6,13,14,
  15,18
states
  133:4 191:14
stating
  189:3
stay
  183:24 197:6
  215:3
steering
  244:4
step
  141:21
Stephan
  146:15
stepped
  183:1

steps
  246:1,10,24
  247:6 250:3,
  16
stipulate
  170:14,15
  171:23
  186:10
stipulates
  172:21
stipulation
  170:19
stock
  135:15
  156:21,22
  158:10
  160:14 161:8
  174:13
  246:2,10,24
  247:6 250:4
Stockfetcher
  204:9 210:2
  213:19
  270:14,16
stocking
  135:10 174:5
  180:7
stocks
  136:7,17
  137:1 159:4,
  14 160:1,15
  164:25 165:3
  167:18 189:6
  209:1 216:7
  225:24
  239:12 241:3
  250:17 272:7
Stockstotrade
  30:3 31:21
  39:19 40:2,
  14 41:5,7,12
  44:24 47:6,
  15 48:6,12
  49:3,5,8
  55:3,8
  132:2,11,15
  134:17
  135:3,25

136:5,10,13,
15 142:1,6,
14 143:13,19
144:1 145:15
147:19
148:15,20
149:17,19
150:3 152:24
155:24
157:4,6
160:2,22
161:4 162:25
163:1,25
165:23 166:8
167:1,25
169:17,19
171:22
172:8,21
177:20,23
178:2 179:4
183:19
184:25
185:6,8,25
187:22
188:6,17,20
189:5,15,16
190:6,19
191:7,14,15,
21,25 192:4,
17,19,22,24
193:14
194:1,5,7,17
195:3,6,10
196:5,7,24
197:7,21
198:6,18
199:12,18
200:8,24
201:2,25
202:5,13
203:10,12
209:1 212:21
214:12,19,21
215:14,22
216:12
218:24 223:6
224:19
225:14
226:13

Jamie Ben Alluch
May 27, 2021

227:13
231:10 232:5
235:20 239:7
240:25
241:11,19,
20,21 274:2,
5 275:6,18
277:24
280:23
285:23 286:3
287:20
293:21 295:8
296:3,12
298:23
299:2,11,22
300:5,14,21
303:8
**Stockstotrade
's**
25:18 48:5
156:7 210:20
212:8 276:6
**stockstotrade
.com**
47:10 141:25
142:7 143:20
185:13,16
186:22
188:25
190:4,10
191:11
192:14
193:16
199:15,17,
24,25 225:25
293:3 300:11
**Stockstotrade
.com.**
142:18
**stole**
299:2
**stop**
47:19,20,23
139:23
167:13
267:15 285:4
**stopped**
216:21

**store**
157:22
248:22
298:10
**stored**
162:1 298:3
**stores**
158:6 166:21
**strategic**
26:10
**strategies**
176:10 215:4
223:22
**strike**
31:9 138:6
188:23 190:9
199:22
205:10
215:17
228:13 250:1
**structure**
202:3
**STT**
26:23,25
44:20,23
45:5,21 47:1
54:25 132:21
133:1,4,5,6,
8 171:10
188:4
**STT's**
31:9,10
44:19 53:4
**STT.COM**
186:19
190:12 225:5
**stuff**
158:21
162:15
213:11
239:22
**sub**
208:19
256:18
**subcategory**
261:2

**subcomponents**
255:5
**subject**
26:21 30:4
135:6 233:7
234:14
294:23
**subjective**
40:5 256:20
265:16 275:8
280:7,14
296:14
**sublevel**
261:13
262:11
285:8,11
286:23
**sublevels**
254:22
257:11 259:6
**subscribe**
224:17,18
289:10
**subscribed**
216:19
**subscriber**
41:9,11,14,
15 45:20,23
53:2 207:24
208:9,21
213:21
214:12
216:10,11,22
**subscribers**
41:19,21
49:10 50:23
53:3 55:1,2
289:9
**subscription**
40:15 41:7,
9,22,24
42:2,11,12
43:4,6,19,20
44:7,22,25
45:1,9,25
47:11 48:23
143:11
145:17,18,20

209:14
216:18
224:13,15
291:11 292:8
297:3
**subscriptions**
39:19 40:1,
13 41:3
42:8,14
43:22 45:14
47:1,6,14
48:6 49:2,5,
20,22 50:2
55:7 291:11
**substance**
293:15
**suggest**
162:16
**suitable**
275:22
278:21
**sum**
248:8
**sums**
231:13
**support**
197:25
**supporting**
153:18
**supports**
154:5
**suppose**
187:20
191:17
193:25
209:25 245:3
254:20
**sure**
38:2,5 40:16
47:18 131:24
132:17
134:20
139:24
141:24
143:25
153:3,11
155:10 157:2

Jami Ben Alluch
May 27, 2021

163:23
164:17 165:5
167:20
169:25
177:11 184:1
187:7
189:24,25
207:7,9
220:23 223:8
236:2 253:17
258:18
260:22
274:4,16
275:12,20
278:2,20
280:19
281:15
283:15
288:23
293:25
294:1,2
296:21
303:16
**surprise**
28:24 296:11
**Sykes**
135:11,15
136:18,23
137:2 138:8
160:16
174:16 177:3
178:3 183:4
214:6 281:9
**Sykes'**
136:19 137:5
**synchronized**
143:5
**system**
41:22,24
42:2,10 44:5
45:16 143:16
145:2 159:19
161:7 223:16
224:7 228:1
237:5,8
239:10
240:10 244:9
249:13

**systems**
208:5

_____

**T**

_____

**tab**
150:6
151:10,19,22
**table**
159:14
248:21,22
249:1 252:12
**tabular**
157:9 161:15
**take**
26:8,9,15
27:11 30:21
31:3 50:19
135:7 170:20
172:13
173:18 177:2
187:2,5
188:20
197:22
218:8,9
220:6,19,20,
21 222:13
227:5 232:16
235:1,8
237:12
303:21
**taken**
218:6,19
233:21,25
234:3
**takes**
303:17
**taking**
25:22 51:13
146:13
191:24 194:1
197:1 221:1,
11,13 279:7
280:7
**talk**
33:5 44:7
46:25 47:1,

2,3,9 49:1
131:22
132:13
136:3,6
140:3,4,8
144:1 149:14
154:9,15
162:20 168:5
175:6 222:4
228:3 254:17
**talked**
134:12
237:21
301:15
**talking**
32:20,23
43:11,18
44:2,3,8
47:11 132:1
136:3,7
140:1,5
149:5 153:8,
12 154:11
162:13,14
170:11
171:18
172:25 173:2
200:17
212:19,20
235:18
259:18,21
290:17,18
293:14
**task**
224:4,7
237:9,10,11
245:1
**tasked**
150:15 203:8
**tasks**
222:17
224:6,16
231:3
**TD**
204:10 210:2
271:5
**teaches**
135:11

**team**
167:22 168:5
179:11
184:10
198:14
234:18,21
237:12
289:13 297:6
**technical**
137:17,18
162:6,13
168:17,20,21
169:2 173:22
174:14,25
203:21
209:18,19
237:21,22
238:4 249:17
252:21
254:12
**technicalitie
s**
138:1 209:10
**technically**
137:21 240:2
**technology**
137:16
152:14
174:22
197:25
**tell**
32:4 33:15
40:8,25
42:17 47:13
50:1 53:21
133:19 135:1
142:12
161:22
199:22
201:18
205:4,10,25
220:10,25
230:9 233:6
235:5,22
257:17
262:19,20
265:25
266:13,19

Jam - Ben Alluch
May 27, 2021

268:1 278:16
281:25
287:18,23
290:10
**telling**
32:4 40:24
43:3 50:16
191:9 239:15
267:18
269:15
286:20,21
**tells**
164:23
**ten**
156:4 165:17
**tendency**
141:8
**term**
153:14 236:3
241:16
246:14 255:9
285:18
**terminal**
152:11
**terms**
132:24 133:2
140:2 167:9
175:21,25
179:15
188:14 191:1
196:22
234:14
242:21 251:3
252:14
253:2,10
254:16
261:19 275:9
283:24
284:6,22,23
285:5,13,14
286:7,9
287:1,13
**testified**
278:13
**testify**
53:1,5
**testifying**
199:22 205:1

299:18
**testimony**
39:20 162:8
192:3
204:20,21
205:9,11
221:25 274:6
276:15,18
280:1 283:5
288:16
293:9,15,17
300:24
**thank**
46:18 50:5
178:8 181:23
200:6 206:17
212:1 215:15
222:4 235:11
268:16 270:7
282:3
292:12,21
303:10,13
**thanks**
215:3
**thing**
27:11,14
30:17 48:5
148:18
173:21
174:10,18
175:2 197:15
214:13 256:4
292:4
**things**
53:24 135:11
141:7 142:16
146:10 149:4
150:22
152:10
154:20
171:3,15,17
173:16,23
174:19,23
175:15
197:9,20
209:22
210:15
214:16 218:7

233:17 248:9
252:16 256:3
258:22
263:19
268:24 274:4
275:20
278:3,20
279:24
287:8,16
**think**
27:9 30:21,
22 34:12
137:7 147:16
156:24
162:14
163:15
168:22,24
171:5,7
172:24,25
186:5,11
199:2 218:3,
5 219:13,15
235:1
250:10,21
253:14
268:15
275:13 279:9
281:12
283:7,9
294:12 297:6
303:2
**thinking**
200:13
**third**
188:9 225:6
230:7 288:3
**third-party**
42:7 43:4,21
44:21 49:12
140:19
**thought**
136:23 159:7
**thoughts**
269:11
**thousands**
29:11
**three**
163:21

**throwing**
246:14
**thrown**
160:12
**ticket**
225:11
236:25
237:2,13,15
238:4,17
302:21
**tickets**
225:20,21
226:22,23
228:22
229:11,14,
18,23,24
233:6,7
237:7 272:16
273:3,6
**tier**
176:24
**Tim**
133:23
135:9,11,15,
23 136:7,17,
19 137:2,9,
11,13 138:8
160:16
174:4,12,16
176:2 177:2
178:3 180:4,
12 182:11
183:4,15
190:23
191:10 192:5
193:6,17,24
199:5,24
200:2 203:5,
20 204:21,
22,23 205:2,
4,9,11,17
208:22 214:6
217:2,5,16,
24 220:4
**Tim's**
136:12 175:9
176:16,17

**time**
33:2 34:3,6,
21,24 37:20
47:25 51:24
52:5,8 54:11
133:11
134:14
135:13
136:14 138:5
145:12
147:25
150:20
159:8,23
165:23
167:18
169:4,7,9
174:7 178:9,
13 179:12
180:2,21
181:3 183:13
185:21
186:7,18
190:12
198:13
200:19
201:9,24
202:7,12,15
206:1,2,20
208:3 212:12
214:2,19,22
215:14,23
216:7 221:7
222:7 227:2
228:24
231:2,4
233:15 234:4
235:3,13,16
237:23 239:7
241:10,19,
20,24
242:16,22
247:2 253:9
258:8,9
265:22
266:10 271:3
273:20
277:9,16,22
279:3,4
282:1,2,12,

16 289:14
292:17
293:22
297:11 301:3
303:23
**timeline**
155:22
**timely**
25:21 27:7
52:21
**times**
212:2,6,9
227:20
267:10
271:12
294:21
298:12
**title**
150:23 169:1
224:9
**today**
25:2,18
28:13 29:8,
11 30:3,8,9,
25 31:19,22
32:17 46:7,
15,16 49:1,
15 55:23
136:2 177:24
211:13
221:25
225:18
229:17 269:3
280:1 292:24
293:4,9,17
294:16,22
**today's**
28:7 29:5,23
**told**
29:19 170:5
186:1,6
204:20,22
205:12
267:14,18
288:8
**tomorrow**
26:20 35:9,
12

**tool**
147:19
149:13
151:13
207:12
213:20
214:18
215:13
224:14,18
253:11 257:1
259:9 263:1,
8,12 268:13
287:24
**toolbars**
150:24
**tooling**
147:21
149:10
150:19
**tools**
136:16 207:9
209:13
211:20
224:19
263:11
287:19 288:1
301:18
**top**
149:3 150:14
157:17
165:13
176:24
243:22
253:25
254:13,15,
17,22 257:10
259:5 261:8,
13 262:11,
22,23 285:8,
10 286:23
**topic**
43:11 133:19
222:8,10
274:8
**topics**
25:19 30:4
33:9 50:9
273:23

274:19
**Torres**
26:16 31:4
33:19 53:23
**totality**
260:14
**totally**
26:14 51:14,
15
**TOUIZER**
146:11,17
**track**
225:14 231:3
**tracking**
223:16 231:9
237:4
**tracks**
228:11
**trade**
146:7 213:25
270:22,24
271:3
**trader**
174:17
175:10,11
209:7 213:18
215:13
**traders**
197:24
**trading**
135:16 151:1
158:10
160:14 174:5
176:9 197:14
203:9,18
204:7,8
209:7,8,11
211:20
213:22
214:18 216:7
253:11 255:7
256:2,22
259:13
**training**
48:18
**transaction**
45:12,13,17

Jami Ben Alluch
May 27, 2021

189:4 194:5

transactions
47:3

transcript
54:12 56:1
293:8,11,12

transfer
187:21
188:11,12
189:7 191:8,
16,19,20
192:16
193:8,25
194:1,6
196:6,24

transferred
185:25
188:17 189:1
191:24
192:23
194:15

transport
244:13

travels
174:17

trees
285:8

trial
145:15

trim
244:13

trims
243:20

trouble
253:20

true
48:4,8 196:8
233:12
277:16
293:1,2
294:7,10,15,
18 295:4

truth
47:13,16

truthful
196:21
292:25

try
162:20 165:3
166:24 174:9
196:4 241:9
249:17
251:12
273:13

trying
38:10 43:16
146:11
162:18,24
164:5 165:1
167:8 190:16
195:1,15
206:10 210:3
211:9 248:6
257:3,5
267:21
273:17
296:22

Turziman
169:11

tutorial
150:21,22

tweaking
181:18

tweet
299:23

Twitter
299:24

two
27:5 31:15
141:11
142:3,16
143:15
171:3,15,17
173:16
175:22 193:8
200:7 221:3
226:17
247:19 272:8
277:18 278:3
280:21 281:2
285:12
286:25
287:19 288:1
294:6

type
145:10
149:13
151:11 158:6
223:22
262:11

typically
161:25 162:4
223:19
243:14 248:8
253:3 255:25
256:2,4

---

U

ugly
139:20
159:21

Uh-huh
139:17
151:17
242:25 278:2

ultimate
257:21

ultimately
146:10
191:10 197:5
240:6

unable
184:21

unclear
184:24

uncustomary
26:14

underlying
166:2 239:3
241:2 244:15

underneath
139:16 160:2
168:1 210:4,
12 261:9

understand
26:23 38:5
40:16,19,24,
25 43:23,25
44:1 46:10
48:19 131:25

132:4
137:17,20,22
138:1,19
140:1 147:2,
16 153:3
159:12,13
162:10,15,
21,25 163:8
164:6,17
165:1,7
170:17
171:7,18
173:20
182:22
195:21 201:4
204:25 217:3
222:24 223:8
227:4 232:17
236:3,5,6,15
249:20
250:6,7,8,
13,14 259:17
260:21
264:17,25
267:21
275:19
285:21

understandable
255:15

understanding
47:2,12
48:23 134:11
135:6 136:8
137:24
138:21,24
139:3 149:10
152:12 154:4
157:2
169:18,19
172:9
173:14,18,
22,24 174:23
176:13,24
178:12 179:6
181:16
183:17,19
184:8,23

Jami Ben Alluch
May 27, 2021

188:13
189:3,18,19,
23 190:22,25
191:4 192:7
193:22
196:9,14,23
197:2,8,17
199:7,11,19
200:4,25
204:23
207:16
209:18,19
216:19 229:3
232:13
242:17 245:5
252:6 262:4
276:4 289:8
301:16
**understands**
164:21
173:16
**understood**
133:9 147:7
162:23
176:17
178:10,21
183:14 201:7
251:14
258:5,10
**unfold**
259:6
**unfolding**
261:8
**unique**
260:7,9,10,
15,18 261:12
262:3 264:3,
6,11,19,22
265:6 266:2,
10,11,13,14
267:6,20,24,
25 288:9
**unknown**
251:11
**unquote**
40:13
**unroll**
266:24

**untruths**
293:24
**updated**
161:9 210:5
**upload**
281:10,11
**usable**
216:5
**useless**
204:16
**user**
136:9 137:4
138:9,12,14
139:8,11,12
140:3,4,7,24
141:12,19
144:7 146:5,
6,12 147:2,
8,12,13,14,
15,18,20
148:4,8,10,
13 149:2,22
150:8,9
152:5,13,17,
19,21
153:13,14,
15,19,21
154:6,10,12
155:15 159:8
160:4,6,10
161:11,14,17
164:14 165:2
167:18
176:11,18,19
183:10
238:23
239:16
240:1,14,18
244:21,25
245:25
246:1,9,20,
21,23 247:5,
17,23 248:2
249:22
250:1,3,16,
17 251:7,23,
25 252:3,5,
8,20 254:2

255:14,20
256:18
257:10,11,19
258:13,24
259:19
264:8,12,14
266:20,21
267:5,20
268:19 269:6
280:4 284:24
**users**
146:2 160:3
251:18
275:22
278:22
**UTC**
34:3,6,20,24
52:5,8
235:13,16
297:8,11
303:23

---

## V

**vague**
154:19
**validate**
149:4
**validation**
218:20
**value**
188:15,16
249:3,8
251:11
252:6,15,16
267:1
**values**
157:19
161:23 162:1
165:17 204:8
266:17
**variety**
49:7
**various**
35:23 150:19
**vehicle**
243:18

**vendor**
43:6,21
45:20 46:1,8
49:12
**vendor's**
46:9
**verify**
193:21
**versed**
137:18
**version**
135:3 159:20
167:2,4
**versions**
141:5
**versus**
275:18
277:25
280:22
**viable**
179:11,16
180:19
215:1,2
**video**
34:9 52:1
280:18,24,25
281:1,3,7,
10,11,18,21
282:4,6,8,
10,18,19,21,
22,24 283:17
286:20
303:22
**Videographer**
34:2,5,20,23
51:17,19
52:4,7
235:9,12,15
273:20,21,24
281:25 282:2
292:18,19
297:8,10
303:22
**videos**
48:21 242:19
289:9 292:8
**view**

```
    157:9 241:12
    280:11
    287:12 289:7
viewed
    40:10
violated
    298:24
    299:12
violation
    300:19
visit
    151:9
visual
    138:13,23,24
    139:1,2,3,14
    140:24
    151:21,23
    153:2,14
    154:3
    155:12,14,
    16,20 256:25
    258:18
    260:17
visually
    149:11
visuals
    140:10 142:2
    143:22
    149:20,22
    153:1
voice
    228:4
volume
    158:10 162:2
    165:15 227:2
    253:3,4
    255:6,8,11
    256:5,7
volunteer
    179:17
    184:10
volunteering
    179:18
    208:17
```

```
        W

Wait
    160:24
waiting
    52:10
walk
    183:3
want
    29:1,2 30:21
    33:5,15,18,
    21,23 38:4,5
    43:5 47:18
    54:7,24 55:1
    131:25
    133:12
    138:13,22
    139:2,24
    142:22 147:5
    150:25
    153:3,10
    156:16
    159:3,10
    163:4,23
    167:15,16
    169:23
    173:10 174:5
    180:8,9
    187:3 195:22
    197:16,17
    200:7,17
    203:18
    204:21,22
    205:20
    206:6,7,8,19
    211:7 215:11
    222:4 223:8
    224:16
    230:15,16,18
    232:15,17
    235:5,21
    238:7 240:2
    251:13
    257:15
    258:6,11
    267:1,13
    286:17
```

```
    288:13,14
    303:4
wanted
    135:9,22,24
    138:4 167:25
    174:15
    176:1,19,24
    195:4,10
    197:4,6
    204:25
    205:2,12
    209:1
    210:14,19
    212:8 222:17
    256:24
wasting
    33:2
watch
    281:3,21
    282:21
watched
    282:22
    283:16
watches
    281:17
watching
    282:10
    286:20
way
    28:5 33:14,
    15 38:6
    43:24 135:11
    137:14
    139:21
    140:20
    141:10
    143:17,18
    144:21
    152:14 157:4
    158:17,18,24
    159:9 161:14
    166:6
    173:11,17
    176:23
    179:15,16
    181:24
    187:15,22
    193:23
```

```
    196:19,21
    197:6 199:4
    206:18
    207:14
    210:6,9,10
    213:19,20
    238:25
    239:12 240:4
    241:9 244:20
    245:13
    249:12
    250:19
    255:21
    257:11 260:4
    261:7,19
    265:6 267:24
    268:8,11,14
    271:15 273:4
    275:17
    285:24
    286:23 287:5
    289:24
    299:19
ways
    145:16 231:2
    244:25
    287:10 294:1
web
    140:15 141:7
    144:24
    287:23
website
    142:19
    143:9,10,20,
    24 144:11
    145:5
    208:10,12
    241:11,16
    287:18
websites
    208:1
week
    242:3
weeks
    277:18
went
    182:10
    191:18 201:8
```

Jamie Ben Alluch
May 27, 2021

205:2
206:20,21
207:2,7,9
208:14
210:22
269:11
Westphal
138:8 178:3
214:6
whatsoever
157:5 283:5
300:11
wheel
244:4
wheels
243:16 244:4
whichever
244:10
288:25
white
135:3
136:13,15,
19,22 137:5
216:12,17
217:14,16,25
whoa
218:8 219:17
whomever
173:21 210:3
wide
44:5 234:4
wider
240:17
widget
195:2,4,7
window
151:20
windows
144:13
244:3,9,23
261:7
withdraw
172:18
200:16 241:9
withhold
30:17,19

withholding
26:2
witness
25:5,13,18
26:18 27:7,
15,20,23
28:2,12
29:3,7,11,
12,17,21,24
30:1,20
31:13 32:1,
18 33:7
35:2,14,16,
17,21,24
36:5 38:1,
10,11,13
39:7 41:21
47:23 48:2
51:12 52:25
53:4,9,18,21
54:7 146:20
151:6 152:9
154:19
156:10
164:10 165:7
166:1 167:7,
22 169:9
172:15,24
175:6 176:4,
22 177:16
178:6 180:23
181:8,24
182:13
186:24 192:7
193:1,19
194:9,20
195:9 196:17
198:20
200:12
205:7,15
206:23
208:21 209:7
211:1,19
212:11
214:11 216:4
217:19
218:3,18
219:3 220:10
224:21 226:6

229:8,22
232:22 233:4
236:2,17
237:19
243:10
246:5,13
247:2,10
250:8 255:24
256:20
258:16
259:12
260:4,13,21
261:6 262:17
263:7,16
264:6,16,22
265:9 266:6,
23 267:9
268:22
269:8,22,24
270:19
271:2,18
272:15 274:8
276:9 278:25
279:14 280:6
281:14 283:7
284:12 285:2
286:6,25
290:8 291:25
294:12,21
295:7 296:6
298:2,9,18
299:21
300:7,23
301:6,14
302:11,19
303:21,24
witness'
30:8
word
40:8,9 43:25
44:1 47:10
152:20
164:16
236:5,8
247:18
250:13
254:10
260:22 279:1

285:17
wording
174:7
words
154:25
285:21,22
287:4,6
work
36:18 137:23
171:2,10,16
173:1 184:6,
9,12 224:3
228:8 237:9
243:22
288:23
worked
31:7 237:16
292:3
working
182:15
201:14,16
219:22,23
223:25
237:13
238:16
273:16
works
140:21 157:4
174:22
203:13
210:9,14
257:21
world
174:17 256:2
worlds
173:12
worth
233:17
write
158:25
159:9,11
writing
26:6 158:20
159:13
230:17
294:17

Jami-Ben Alluch
May 27, 2021

**written**
  39:18 138:23
  139:1 227:1,
  2 248:24
**wrote**
  180:6 182:13
  238:1,7

---
**Y**
---

**yeah**
  37:21 51:11
  53:25 54:4
  55:6 134:10
  137:2 220:21
  223:10,13
  237:18 250:8
  254:15
  264:19
  272:21,25
  276:25
  283:10
  285:16,19
  286:11 288:5
**year**
  132:3 147:24
  185:17
  190:19 241:4
**years**
  175:11 177:7
  201:14,15
  203:12
  211:21 215:5
  219:22,23
  227:12
  263:20 266:8
  268:25
  269:12
  270:13,20
  273:16
  298:11
**years'**
  233:17
**yesterday**
  28:22
**Youtrack**
  231:11
  232:7,8

  234:7
**Youtube**
  207:25
  208:11
  291:10
  295:15

---
**Z**
---

**Zach**
  133:23
  134:21,22
  135:9 137:9,
  19,20 138:8
  172:10
  174:4,12,21
  175:14 176:2
  178:3 180:4,
  12,20,23
  182:5,10
  183:6,15
  190:23
  191:10 192:5
  193:5,17,24
  199:5,24
  200:2 203:5,
  21 204:20,
  21,23 205:1,
  4,9,12,17
  208:22
  214:12
  217:2,5,17,
  24 220:5
**Zachary**
  214:6
**zoom**
  139:15
  144:21