# EXHIBIT 27

## To Motion for Partial Summary Judgment
## (2017 Letter by Gabriel Colwell)



Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California  90071

O   +1 213 624 2500
F   +1 213 623 4581
squirepattonboggs.com

Gabriel Colwell
T    +1 213 689 5126
gabriel.colwell@squirepb.com

*VIA EMAIL AND FEDERAL EXPRESS*

April 7, 2017

Stephan Touizer
Chief Executive Officer
Equityfeed Corporation
3333 Boul Graham Bureau 302
Mont-Royal QC H3R 3L5
Canada
stephan@equityfeed.com

**Re: StocksToTrade.com, Inc.**

Dear Mr. Touizer:

We represent Stockstotrade.com, Inc. ("StocksToTrade").  We recently became aware that Equityfeed Corporation ("Equityfeed") and its agents have used Twitter to make false, misleading, defamatory and otherwise legally actionable statements concerning StocksToTrade.  This conduct is unacceptable and must cease immediately.

StocksToTrade was founded to give traders the tools they need to understand, develop and execute their best trading strategies.  The StocksToTrade platform provides users with nearly real-time updates at a fraction of the cost of other comparable screening tools, and allows users to screen, chart and trade stocks based on the most current market information available.  As a result, StocksToTrade has experienced substantial user growth and developed a valuable brand.

StocksToTrade created its proprietary platform through the creation of hundreds of thousands of independently-written lines of code; our client did not "steal" its website from Equityfeed or anyone else.

Nonetheless, Equityfeed has undertaken a Twitter campaign to spread misinformation and outright lies about StocksToTrade.  For example, earlier this week, Equityfeed posted the following false statements on its Twitter account:

46 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-8451-3276/1/AMERICAS

Squire Patton Boggs (US) LLP                                    Stephan Touizer
                                                                April 7, 2017



These false statements constitute, at a minimum, unfair competition under the laws of various states, the common law and the Lanham Act.  *See, e.g.*, 15 U.S.C. § 1125(a); Cal. Bus. & Prof. Code §§ 17200 *et seq.* & 17500, *et seq.*  Moreover, several of Equityfeed's statements also constitute defamation under state law.  *See, e.g.*, Cal. Civ. Code § 45.  Accordingly, StocksToTrade hereby demands that Equityfeed immediately cease and desist from making false statements about StocksToTrade, on social media or otherwise, and remove any existing false and defamatory statements relating to StocksToTrade from the Equityfeed's Twitter account and any other social media accounts where they might appear. [1]

---

[1] As we recently discovered, these are just some of the false statements that have appeared on Equityfeed's Twitter account over the past several months.  Appendix A to this letter contains additional

Squire Patton Boggs (US) LLP

Stephan Touizer
April 7, 2017

Our client recognizes that StocksToTrade and Equityfeed are competitors in an exceptionally challenging marketplace.  We do not believe, however, that baseless rhetoric benefits anyone.  If you believe that you have legitimate concerns, we ask that you raise them with us directly.  To that end, our client welcomes the opportunity to meet with you to further discuss, and hopefully address, any concerns Equityfeed may have with regard to StocksToTrade's website or business.  If you are interested in pursuing such a dialogue, please let me know.

Sincerely,

Squire Patton Boggs (US) LLP

Gabriel Colwell

cc:   Brett D. Jaffe, Esq.
      Alston & Bird LLP

Enclosure: Appendix A

---

web screen shots depicting some of Equityfeed's other false and/or misleading Equityfeed statements regarding StocksToTrade.

3

010-8451-3276/1/AMERICAS

Squire Patton Boggs (US) LLP									Stephan Touizer
											April 7, 2017

## APPENDIX A



010-8451-3276/1/AMERICAS

Squire Patton Boggs (US) LLP

Stephan Touizer
April 7, 2017



010-8451-3276/1/AMERICAS