# EXHIBIT 3

**To Motion for Partial Summary Judgment**

**(Prior Draft of *The Complete Penny Stock Course,* by Jamil Ben Alluch)**

# The Complete Penny Stocking Course

by Jamil Ben Alluch
©2015-All Rights Reserved

Confidential

# Table of Contents

Table of Contents.................................................................................... 2

Introduction........................................................................................... 12

   Chapter I.1 - Preface ......................................................................... 13

   Chapter I.2 - Acknowledgements ....................................................... 14

   Chapter I.3 - Who am I and why should you read this stuff?.............. 15

   Chapter I.4 - Legal Disclaimer............................................................ 17

Section I - Getting Started with Penny Stocks ....................................... 18

   Chapter I.1 - Reasons for writing this course .................................... 19

      So why did you write this course?.............................................. 19

      What can be expected from the course ...................................... 20

      This course will not…................................................................. 21

   Chapter I.2 - Suggested course schedule ........................................... 23

   Chapter I.3 - STOP NOW! ................................................................... 24

   Chapter I.4 - Personal and financial requirements ............................ 26

      Personal requirements............................................................... 26

      Financial requirements .............................................................. 28

   Chapter I.5 - The psychology of the penny stock trader..................... 30

      Overview.................................................................................... 30

      Goals......................................................................................... 30

      Understanding the psychology of the penny stock trader........... 30

      Summary.................................................................................... 36

      Homework ................................................................................. 37

   Chapter I.6 - Keeping a journal.......................................................... 38

      Overview.................................................................................... 38

      Goals......................................................................................... 38

Confidential        TS0007569

Learning how to keep a trading journal ........................................................ 38

Summary ............................................................................................. 45

Questions ........................................................................................... 46

Homework ........................................................................................... 46

Chapter I.7 - Brokers and fees ................................................................ 48

Overview ............................................................................................ 48

Goals ................................................................................................ 48

Brokers and Fees ................................................................................. 48

Data Subscriptions ............................................................................... 54

Summary ............................................................................................. 54

Chapter I.8 - The tools of the trade ......................................................... 56

Overview ............................................................................................ 56

Goals ................................................................................................ 56

Web Applications ................................................................................. 56

Software ............................................................................................ 60

Summary ............................................................................................. 62

Chapter I.9 - The collective will of the market ........................................... 63

Overview ............................................................................................ 63

Goals ................................................................................................ 63

Understanding the collective will of the market ........................................... 63

Section II - Trading Penny Stocks ............................................................ 66

Chapter II.1 - Definitions ...................................................................... 67

Overview ............................................................................................ 67

Goals ................................................................................................ 67

Penny Stock Trading Definitions .............................................................. 67

Chapter II.2 - Listed stocks, the Markets ................................................. 75

Overview ............................................................................................ 75

Confidential

TS0007570

Goals ..................................................................................... 75

NASDAQ ............................................................................... 75

NYSE & AMEX ........................................................................ 76

OTC BB ................................................................................. 76

Summary .............................................................................. 77

Chapter II.3 - Stock information, placing orders and making trades ................. 78

Overview ............................................................................... 78

Goals ..................................................................................... 78

The Requirements for ideal penny stock plays ......................................... 78

Obtaining and understanding Stock information ........................................ 79

Reading the Chart ........................................................................ 81

Types of orders ........................................................................... 83

Placing an order .......................................................................... 86

Profit and Loss............................................................................ 87

Summary.................................................................................. 88

Questions ................................................................................. 88

Homework ................................................................................ 88

Chapter II.4 - Risk management strategies ........................................... 89

Overview ................................................................................. 89

Goals ..................................................................................... 89

Choosing a risk management strategy ................................................... 89

What is the purpose of a risk management strategy? ................................... 89

Simple risk and reward ratio – The $R^3$ RMS ......................................... 90

Managing risk like a Turtle – The Ninja Turtle (NT) RMS .............................. 92

Summary.................................................................................. 98

Questions ................................................................................. 98

Exercises ................................................................................. 98

4                                    **Preface**

Homework ................................................................................................ 98

Chapter II.5 - Technical analysis and price action .............................. 99

Overview.................................................................................................. 99

Goals ....................................................................................................... 99

What is technical analysis?..................................................................... 99

Volatility and liquidity ........................................................................... 99

Trend lines ............................................................................................ 100

Momentum............................................................................................ 104

Sideways price action........................................................................... 106

Reversal ................................................................................................ 107

Summary................................................................................................ 110

Questions.............................................................................................. 110

Exercises ............................................................................................... 111

Homework ............................................................................................. 111

Chapter II.6 - Learning the chart patterns ....................................... 112

Overview................................................................................................ 112

Goals ..................................................................................................... 112

What is a chart pattern? ....................................................................... 112

The penny stocking chart patterns ...................................................... 112

Summary................................................................................................ 117

Questions.............................................................................................. 117

Exercises ............................................................................................... 117

Homework ............................................................................................. 117

Chapter II.7 - Understanding catalysts ............................................. 119

Overview................................................................................................ 119

Goals ..................................................................................................... 119

What is a Catalyst?................................................................................ 119

Confidential

TS0007572

Earnings Winner........................................................................... 119

Contract Winner.......................................................................... 120

The News ................................................................................... 121

Hype, Speculation and Anticipation ........................................... 122

Biotechs ..................................................................................... 123

Summary..................................................................................... 123

Questions ................................................................................... 124

Homework .................................................................................. 124

Chapter II.8 - Understanding Pump and Dumps........................... 125

Overview..................................................................................... 125

Goals .......................................................................................... 125

What is a Pump and Dump?........................................................ 125

Promoters .................................................................................. 127

Mailing Lists ............................................................................... 131

Price action, volume and patterns.............................................. 131

How to profit from a Pump & Dump? ........................................ 132

Beware........................................................................................ 133

Summary..................................................................................... 134

Questions ................................................................................... 135

Exercises .................................................................................... 135

Homework .................................................................................. 135

Chapter II.9 - Building a watchlist and doing research ................. 136

Overview..................................................................................... 136

Goals .......................................................................................... 136

Getting Started........................................................................... 136

Finding Stocks ............................................................................ 137

Doing in-depth research.............................................................. 145

Confidential

TS0007573

The Complete Penny Stocking Course                                    Table of Contents

Rating and categorizing your picks ............................................................ 147

Documenting your choices............................................................................ 147

Creating a daily watchlist ............................................................................ 148

Summary......................................................................................................... 150

Questions........................................................................................................ 150

Exercises ......................................................................................................... 151

Homework ...................................................................................................... 151

Chapter II.10 - Entries and Exits .................................................................... 152

Overview......................................................................................................... 152

Goals ............................................................................................................... 152

Introduction ................................................................................................... 152

Preparing your orders before trading........................................................... 153

Entry strategies ............................................................................................. 154

Exiting strategies ........................................................................................... 158

Conclusion ...................................................................................................... 161

Summary......................................................................................................... 161

Questions........................................................................................................ 162

Exercises ......................................................................................................... 162

Homework ...................................................................................................... 162

Section III - Advanced Concepts .................................................................... 163

Chapter III.1 - Short Selling .......................................................................... 165

Overview......................................................................................................... 165

Goals ............................................................................................................... 165

What is short selling?..................................................................................... 165

The continual hunt for shares to short ......................................................... 171

Entering a position: short selling.................................................................. 172

Exiting a position: buying to cover .............................................................. 173

**Preface**                                                                        7

TS0007574

The Complete Penny Stocking Course                                  Table of Contents

The dangers of short selling ......................................................... 173

What is a short sell restriction? ................................................... 176

The $2.5 rule ............................................................................... 177

The cost of short selling ............................................................. 178

Summary ..................................................................................... 178

Questions .................................................................................... 179

Homework ................................................................................... 179

Chapter III.2 - Understanding Level 2 ......................................... 180

Overview ..................................................................................... 180

Goals ........................................................................................... 180

What is Level2? ........................................................................... 180

Definitions .................................................................................. 182

Level 2 Indicators ....................................................................... 183

Conclusion .................................................................................. 190

Summary ..................................................................................... 190

Questions .................................................................................... 191

Homework ................................................................................... 191

Chapter III.3 - Over-The-Counter (OTC) ....................................... 192

Overview ..................................................................................... 192

Goals ........................................................................................... 192

What is OTC? ............................................................................... 192

The behavior of OTC Stocks ........................................................ 194

Trading OTC Stocks ..................................................................... 197

The dangers of trading OTC ........................................................ 199

Summary ..................................................................................... 200

Questions .................................................................................... 200

Homework ................................................................................... 201

Confidential                                                                    TS0007575

Chapter III.4 - SEC Filings ............................................................... 202

    Overview ............................................................................ 202

    Goals ................................................................................. 202

    Introduction ....................................................................... 202

    What is an SEC Filing? ........................................................ 202

    Where to find SEC Filings? ................................................... 203

    The various types SEC Filings .............................................. 203

    Combing through the data .................................................. 206

    Using the data to make trade decisions ............................... 212

    Summary ............................................................................ 214

    Questions ........................................................................... 214

    Homework ......................................................................... 214

Chapter III.5 - Position Boxing ........................................................ 215

    Overview ............................................................................ 215

    Goals ................................................................................. 215

    Short Selling and the hunt for shares ................................... 215

    A tale of two brokers .......................................................... 215

    Boxing the position ............................................................ 216

    The dangers of position boxing ........................................... 219

    Summary ............................................................................ 219

    Questions ........................................................................... 220

    Homework ......................................................................... 220

Chapter III.6 - Pyramiding Positions ................................................ 221

    Overview ............................................................................ 221

    Goals ................................................................................. 221

    Introduction ....................................................................... 221

    Warning ............................................................................. 221

Confidential                                                                    TS0007576

The Numbers .......................................................................................... 222

Pyramid Limits ...................................................................................... 222

Adding to your position.......................................................................... 223

Fictional Case Study .............................................................................. 224

Summary................................................................................................ 228

Questions............................................................................................... 228

Homework ............................................................................................. 228

Chapter III.7 - Trading the spread .......................................................... 229

Overview................................................................................................ 229

Goals ..................................................................................................... 229

Introduction .......................................................................................... 229

Understanding the spread....................................................................... 230

Finding interesting stocks....................................................................... 231

Trading the spread ................................................................................. 232

Dangers of trading the spread................................................................. 234

Summary................................................................................................ 234

Questions............................................................................................... 235

Homework ............................................................................................. 235

Chapter III.8 - Finding a niche and developing your strategy .......................... 236

Overview................................................................................................ 236

Introduction .......................................................................................... 236

Where to start?...................................................................................... 236

Never stop learning................................................................................ 237

Find your niche ...................................................................................... 237

Experiment & track your results.............................................................. 237

Develop your trading strategy................................................................. 238

Conclusion ............................................................................................. 239

Confidential

TS0007577

Summary ...................................................................................................... 239

Questions ................................................................................................... 240

Homework .................................................................................................. 240

Section IV - Sample Penny Stocking Strategies ................................................ 241

Chapter IV.1 - Buy Earnings & Contracts winners .......................................... 243

Chapter IV.2 - Buy Dips ............................................................................... 252

Chapter IV.3 - Short overextended stocks ..................................................... 255

Chapter IV.4 - Short Bounces ....................................................................... 258

Chapter IV.5 - Buy Pump & Dumps ............................................................... 260

Chapter IV.6 - Short Pump & Dumps ............................................................. 267

Chapter IV.7 - Timothy Sykes' Penny Stocking Framework ............................. 269

Appendix I .................................................................................................. 270

Bibliography ............................................................................................... 271

Confidential

TS0007578

# Introduction

Confidential                                                        TS0007579

## Chapter I.1 - Preface

Over the last months I have had the chance to dive deep into the ocean of knowledge that is the realm of Penny Stocks. I stands out as an outcast in the field of finance and the stock market.

Penny stocking is often regarded as the black sheep of Wall Street, responsible for the financial demise of countless traders venturing in this wild west of highly volatile and unpredictable truth.

As such, trading such stocks has been labeled as a risky journey for anyone trying their chance with it... and yet, some people have managed to achieve high levels of success.

"*How is this possible?*" an outsider may ask. "*How can you make any money with such random and quick moving instruments?*"

The truth is that penny stocking has gained a bad reputation and all the labels that are associated to it by being a misunderstood field of finance leading to massive losses for man inexperienced traders. People often fear what they cannot understand or control.

Penny stocks are companies that are not worthy of big network broadcasting, they are not interesting to talk about and there is no reason for big Wall Street players to even talk about them in their TV shows. The general public has no interest in worthless companies that often don't even have a real product.

It is also worth noting that the general public often confuses the idea of trading with that of investment.

Penny Stocking is a sideline niche. A niche ignored by the general population that is filled with money making opportunities if you take the time to learn it. It is that "dark alley" in Wall Street where few dare venture and yet where lots of money has been made by flying under the radar.

Penny stocking is the Wild West, a land of opportunities for those who take the time to learn its intricacies.

Confidential                                                                        TS0007580

## Chapter I.2 - Acknowledgements

This course is the result of many hours of personal study while participating in the Timothy Sykes Millionaire Challenge program; but more importantly, it is based on structuring the information and lessons that have been developed and refined over the years by very successful traders in the field of penny stocks.

The core concept of this course is based on Timothy Sykes' strategy for trading penny stocks. The great majority of the material provided here stems for the lessons I've learned from the material he provided; material that is based on 16 years of experience in dealing with penny stocks. I strongly encourage the readers to buy his DVDs as additional material and join his Challenge program, which provides additional support through the availability of mentors and chats.

A great influence in the writing of this course has been Michael Goode (Reaper) who is an excellent and dedicated mentor when it comes to helping and guiding students throughout the hurdles of penny stock trading. Always polite and straight forward.

Most of the chapter on risk management is the result of adapting and developing the techniques offered by Michael W. Covel in his book "The Complete Turtle Trader" (Covel, 2009) to the realm of penny stocking. I strongly encourage anyone to read it, even though it is oriented toward a completely different type of trading (Trend Following).

Additionally, credit must be given to Gregg (LX21), who has, through his presentations at the Las Vegas conferences (Penny Stocking Framework and Timline DVDs), provided me with a great deal of insight in the true psychology and state of mind of a successful trader. While his presentations are not technical in nature, the insight he has provided me was invaluable in developing this course and pushing me to establish my own strategy.

Worthy mention also goes to Nathan Michaud (Investors Live) and Paul (Superman) for providing very good insight in terms of research, entries and exits, and also showing different types of strategies that can be applied to the real of penny stocks.

Confidential                                                                      TS0007581

## Chapter I.3 - Who am I and why should you read this stuff?

Let me start by saying who I am not. At the time of writing of this book, I have not yet become a successful or fully self-sufficient trader. In fact, my overall profit record is currently negative. So I am not a successful trader yet and my personal expertise in the field of penny stocking is about a 6 months old. That's very encouraging start if you're reading this and were expecting a pro ☺, especially when you're learning from this ☺. Don't worry.

So Who am I? I have a bachelor's degree in computer engineering, I like to play with numbers and I am extremely good at learning fast; I am even more skilled structuring seemingly complex ideas into simple concepts. I am academically fluent in 3 languages and have lived in over 5 countries; I have visited about 25 countries overall throughout my life-time.

My whole life has always revolved around problem solving and finding simple solutions to complex problems in all kinds of fields. I also have a degree in advanced computer security and hacking, which often helps me thinking outside the box. I am addicted to efficiency and to improving imperfect processes, whether it be system automation, mechanical systems, or trading, I like to improve and optimize upon existing concepts.

As a 25+ years martial arts practitioner, I know the necessity of discipline and dedication required for being successful in any endeavor. I have spent many years as a martial arts instructor for both children and adults, which has given me a lot of experience in conveying the necessary information to my students in structured steps and a progressive manner. It has also helped me develop a strong analytic process for learning.

Another of my traits, is that I am an entrepreneur (although not a successful one, yet). I have attempted multiple ventures and have systematically failed at it due to the lack of funding, competent help or the ideas just being crap.

So why should you be reading this course written by a "nobody" in the field of penny stocks? Well you probably shouldn't, as I have nothing to show for. However, this course is based on the collective knowledge gathered by those who have been successful for a long period of time.

Confidential                                                                          TS0007582

I am just someone rewriting in a more structured, more academically adequate, manner, what they have already provided and I added some personal touches and techniques in the process. That is who I am.

As to why you should read this; the answer is simple: I have dedicated a lot of time to watching and understanding the behaviors, processes, techniques of very successful penny stock traders.

My goal with this course is to create a piece of learning material that can offer you the necessary knowledge to become proficient at trading in a structured and progressive manner on your own

My intent is to show here what I wish had been shown to me as I started trading, and how I would have liked the material to be presented to me when I decided to focus my life exclusively on the pursuit of achieving wealth through penny stocks.

For me day trading is not a hobby or a game, I take this endeavor very seriously and I decided to learn it and approach it as I would every other professional task I engage into.

This course is the result of my ongoing learning process, the compression of thousands of hours of videos lessons, written texts, blog posts, chat discussions and personal procrastination on the subject.

I believe the material to be sound and I believe that through writing this text I have managed to regroup the core concepts that are associated with successfully trading penny stocks; all of the credit truly goes to those who are successful and have worked for many years to develop these ideas, concepts and techniques. I am only the messenger of these ideas.

I can only hope that this course is deemed worthy of carrying the knowledge of the masters through to newcomers, although in a slightly different format than is normally available for this type of instructional material.

Confidential                                                                                        TS0007583

## Chapter I.4 - Legal Disclaimer

Before you proceed, make sure you read and understand the following disclaimer before proceeding with the course.

All the integrity of text contained in this work shall henceforth be defined as "the material", "the course" and "the manual".

I am not a registered investment advisor, I am not qualified to, nor will I, nor can I give personalized investment advice in any way or form. If you wish to obtain personalized investment advice, please consult with someone who is qualified as a Certified Financial Planner (CFP). These professionals are qualified to help you; also, you should find one to whom you pay an hourly fee, in order to ensure that your advisor has no conflicts of interest. At the time of writing of this course, I have no positions in any of the stocks mentioned in this material. This manual is for informational purposes only and you should not consider anything contained herein to be investment advice in any way or form. Everything written in this manual is based on what I believe to be true. However, I do not make any guarantees about the accuracy or truth of any of my statements and will not necessarily update the statements that later turn out to be false. I provide the material contained in this manual for entertainment and informational purposes only. No mention of a particular security or instrument constitutes a recommendation to buy or sell that or any security or instrument nor does it mean that any particular security, instrument, portfolio of securities, transaction or investment strategy is suitable for any specific individual. I cannot assess, verify or guarantee the accuracy, adequacy or completeness of any information, the suitability or profitability of any particular investment or methodology, or the potential value of any investment or informational source. The readers of the material contained herein bear the sole responsibility for their own investment research, decisions as well as all the consequences resulting from such actions. All the information contained herein is solely the opinion of the author unless it is clearly and expressly stated as factual. This manual is intended only for informational and entertainment purposes and are not to be construed as investment advice.

By proceeding with reading this course you understand the above disclaimer.

Confidential                                                          TS0007584

# Section I - Getting Started with Penny Stocks

Confidential                                                              TS0007585

## Chapter I.1 - Reasons for writing this course

### So why did you write this course?

Why indeed? That is the million dollar question.

While there is a fantastic and overwhelming quantity of material available on penny stocking (Timothy Sykes alone accounts for about 15 or 16 DVD sets, that's more than 100h of content, plus hundreds of webinars), I have found the existing material to be unstructured and often hard to approach for beginners.

The provided information is exhaustive and often covers the main strategy guidelines without providing a proper frame for a new comer. It comes down to basically, "here is the information, learn everything and start trading".

Countless times I have seen some of the students in the chat rooms mention that they have just lost a significant percentage of their account. Almost as often, you see people asking questions that they shouldn't be asking if they are actively trading.

On a personal level, I have found that there is an important learning curve to understanding all the intricacies of trading penny stocks and that just providing the material in a Do-It-Yourself is not ideal for all the people who are trying to learn.

Having spent most of my life in educational institutions, I highly value the place of structured learning material and a proper curriculum that clearly states what the learning goals are and what is expected of the student at the end of the course.

*The Complete Penny Stocking Course* aims to fill this gap that exists in the learning structure for getting acquainted with the realm of penny stocks while maximizing profits and minimizing the risk.

The second and most important reason for writing this course, is a personal one: being able to develop a course requires a deep understanding of the material presented. As such, this has provided me the opportunity to dive deep into all the core concepts of the strategy and get intimately familiar with trading. This step goes beyond the simple act of keeping a journal and posting on a blog, it forces me to assimilate and adapt to the concepts at hand.

Confidential                                                                TS0007586

## What can be expected from the course

The main objective of **The Complete Penny Stocking Course** is to teach you all the core concepts associated with developing a successful strategy for trading penny stocks while minimizing the risk to your original capital.

This course is mainly based on the strategies developed by Timothy Sykes for trading penny stocks as well as the knowledge obtained from other successful traders and adding some of my own personal touches and improvements to the content.

At the end of this course I expect that you will be able to efficiently:

- Understand the various ideas associated with trading penny stocks and understand all the necessary trading terms
- Build daily watchlists and state the reasons why you are watching those stocks or why you have dismissed stocks not present on your list
- Perform in-depth research on a company and understand its worth and why you should or shouldn't trade it
- Understand what pumps and dumps are and how to exploit this knowledge for your profit
- Be capable of reading charts, recognizing and predicting profitable patterns before they happen
- Be able know when you should enter or avoid entering a position
- Always be able to know when you will exit your existing position
- Efficiently report your trades, research and track your trading performance
- Be capable of developing your own trading strategy without external assistance and adapt to the will of the market

The idea is that by the end of the course, you will be able to become self-sufficient and not have to rely on external sources to perform your daily trading activities.

The ultimate goal is that when you face the market, you will have the answer to all your questions on whether or not you should enter a position and why you should or shouldn't do so. This course intends to make you self-reliant on your own trading skills and keep you from depending on other's alerts.

Confidential                                                                                    TS0007587

## This course will not...

There are some things that **The Complete Penny Stocking Course** will simply not do...

### This course will not make you a millionaire overnight

Anyone trying to tell you that you can become a millionaire overnight with a small starting capital is trying to sell you a pipe dream. This course requires a lot of dedication and a lot of intensive work in order to become a successful trader.

It is worth mentioning that very few are those who have profited 7 figures from trading penny stocks, and they are the ones that originally created the material in this course book.

### This course will not help you generate $10 Million in profit

While the strategy has been proven to work time and time again, it is not scalable. This means that, while making over $1,000,000 is an achievable goal, expecting to generate a lot more is unlikely (although not impossible, see LX21, Tim Gritanni). At that point you may want to look into other strategies such as Trend Following or Options trading.

### *This course will not make you a profitable trader when you are done with it*

As I have discovered throughout my own journey, trading penny stocks is based mainly on experience on top of acquired knowledge. While the basic material is extremely important, the experience factor is even more so.

You may know how you are supposed to act, but, much like martial arts, the fact of knowing and the fact of performing an action, are worlds very far apart.

### *The course will not be completed in 2 weeks*

The shear amount of information and experience required for trading can be overwhelming. Expecting to complete the course within a couple of weeks can be unrealistic.

Chapter I.2 will offer the suggested schedule for going through this course and achieving your penny stock trading goals.

---

Confidential

TS0007588

That being said, learning speed and assimilation vary greatly from one individual to another; it is worth noting however that some of the most profitable penny stocking traders have only become profitable after 6 months to a year of full-time active trading.

### *This course will not be kind to uncommitted individuals*

Trading penny stocks requires a lot of commitment, dedication and a lot of discipline. If you don't feel that you can fully commit to learning and applying these techniques, my advice to you is to quit now.

Doing otherwise will simply result in giving away all your hard earned cash, and you'll be out of the "game" quickly enough.

Confidential                                                                      TS0007589

# Chapter I.2 - Suggested course schedule

Confidential

## Chapter I.3 - STOP NOW!

Whatever you're thinking of doing right now, Stop It!

At this point you need to take a step back from the romanticized fairy tale about Wall Street and trading that has been sold to you by the big players, Hollywood, big TV networks, etc.

Wall Street is full of scams, shady companies, even shadier individuals, promoters, Furus (Fake Gurus) and a wide variety of low life wealthy individuals without a conscience, waiting only to profit from inexperienced traders, such as you probably are now.

**What does this mean to you?**

Well, for one, I'm willing to be that your first idea when getting this course sounded a lot like:

"Hey, I got this trading course, let me start up my broker platform and see if I can make some trades while I'm learning this stuff!"

**STOP NOW!**

From the point where you begin this course, to the point where you are safely able to trade, about 2-4 months will have elapsed. Attempting to start trading without having all the proper knowledge will prompt the devil that is Wall Street to claim all your trading money.

The market may lure you in and you may get lucky with some beginner trades, and this will give you lots of confidence to keep on going. The next thing you know, you are betting all your capital only to realize that it's going the wrong way. End result, your account is blown and you're out of trading, down $10,000 with a very unhappy spouse.

The purpose of this course is to train you to be self-sufficient. However, training takes a lot of time before you are ready for the real world.

Back to my martial arts analogies, it takes years of training, as much time spent on conditioning and a lot of mental preparation before you ever begin to participate in tournaments or fighting competitions. The reason for this being that entering the

24                                    **STOP NOW!**

The Complete Penny Stocking Course          Getting Started with Penny Stocks

ring unprepared will get you hurt; the guy in front of you has possibly been training for a long time before accepting the challenge of a real fight. You are fighting the market with real money.

If you're thinking about opening your broker's platform and start trading. I urge you to immediately stop and cast that thought aside for the time being.

The time will come soon enough when you will be prepared to progressively enter the ring and start taking and giving hits in a manner that you can better control. The market will be merciless and will show you no quarters, it will take you down without pity if you are not ready to confront it.

Even the most experienced penny stock traders have lost considerable amounts of money by neglecting the will of the market. Trade with caution (pun intended).

You have been warned.

Confidential

# Chapter I.4 - Personal and financial requirements

## Personal requirements

You have decided that you would like to start "investing" your money and become a penny stock trader.

Here are some of the necessary personal traits that will help you determine whether or not you are ready to trade. Failing in possess any of these to a certain degree may tell you that you are not ready for this world.

**Discipline**

First and foremost, a successful penny stocking trader is a trader with a strong sense of discipline; discipline to follow a specific set of rules developed by successful traders over the years. Without discipline, as a trader you will join the majority of investors who end up losing money and eventually blowing up accounts.

**Emotional Stability**

This is also a very important requirement for any individual venturing into penny stocks. Penny stocking is a roller-coaster, where, within a matter of minutes or even seconds you can end up with significant gains or losses.

Being able to keep a cold-blooded attitude and control emotions is an absolute necessity when trading. Those who are prone to strong emotional swings will be the victim of unnecessary irrational reactions and that will eventually result in significant losses.

**A balanced level of self confidence**

Being able to have a balanced level of self-confidence is a critical aspect in making quick decisions and entering or exiting positions.

Too little self-confidence may force you to miss opportunities and too much will eventually result in significant financial losses.

Confidential                                                                                TS0007593

**A strong sense of determination**

Penny stocking is not ideal for undecided people. In order to succeed you must possess a strong sense of determination. This type of trading is for individuals who want to make money consistently while understanding the inherent risks associated with trading.

**Conviction**

Self-confidence and determination are both important factors, but the conviction in how you are expecting a stock to move is primordial to successful trader. In order to succeed, you have to trust your strategy and have the conviction that you are making the right decisions even if these are wrong.

**Acceptance of being wrong**

There's nothing wrong with being wrong. However if you cannot accept that you will be wrong, you will lose.

Successful traders accept their defeats and learn from them. They adapt to every situation. Trading isn't a competition or a debate, your only opponent is yourself.

**Being able to accept losses and forget about them**

Successful traders take losses on a regular basis. What separates them from the crowd is their uncanny ability to quickly accept these losses and move on without looking back.

In order to become a penny stock trader, you need to have or feel confident that you can develop this skill. The alternative will end up in significant losses, a strong effect on your self-confidence and limit your capacity to perform profitable trades

**Absolute commitment**

This is not a game, and it is not a hobby. Penny stocking is a full time job where you need to perform your actions in a professional manner, much like a policeman, a fireman or an engineer would at the office. Your hard earned cash depends on it.

Confidential

TS0007594

Those who play stocks as a hobby and do not take it seriously lose money. In order to become successful, you need to be able to dedicate yourself and commit to learning and researching your potential positions.

Some individuals are able to do this part time, although the scope of this course is for those interested in becoming full time penny stocking day traders. For more information on this, you can look up Tim Bohen, one of Timothy Sykes' students.

If you cannot fully commit to this endeavor in a serious and dedicated manner, penny stocking is most likely not for you.

## Financial requirements

Now that we have taken the personal requirements out of the way, let's go over the financial requirements to become a penny stock trader.

**Initial Capital**

The capital that you will originally dedicate to day trading penny stocks is entirely up to you. Many individuals start with completely different amounts based on their savings, perception of the market, or a multitude of personal/financial factors.

Here are a few examples:

- Tim Gritanni started with $3000 (half of it being his own money)
- Timothy Sykes started with around $12000 (received from his Bar Mitzvah as a gift from his parents )
- I started with $12500

It is entirely up to you to decide how much you will dedicate to trading penny stocks.

It is worth noting that in the US, due to the Pattern Day Trader rule, accounts under $25000 are more difficult to trader for reasons that will be covered later in this course.

**Personal Savings**

If you want to become a full time trader, that means you are willing to quit your job and venture into the realm of penny stocks in order to generate your income.

Confidential
TS0007595

The Complete Penny Stocking Course                Getting Started with Penny Stocks

In order to quit your job you need to have money to survive; what does this mean?

The simple answer is that you will not become a profitable trader in a month, 2 months or even probably 6 months.

Manny penny stock traders become profitable after 1 year of intense dedication, commitment and learning.

What this means for you is that, in order for you to fully dedicate to penny stocks you need to consider the possibility that you may not have any income for possibly a year or more.

You need to account for this factor; if you are planning on trading part time, keep in mind that learning this trade takes massive amounts of dedication. It'll be like having two full time jobs.

In more specific words, you need to calculate all your living expenses for at least a year and have those savings as your backup source of income through the process of becoming a profitable penny stocking trader.

**External Services**

Additionally to having your savings and covering for your expected monthly bills for living, you also need to consider the external services that will be associated with trading.

Trading is an expensive endeavor, being a financially oriented trade, the tools and information services are often expensive and need to also be considered in the monthly expenses that you will be incurring.

Among these expenses you will find:

- Brokerage fees
- Data fees
- Software fees
- Courseware fees
- Subscription fees to news/gurus/chats/web applications

These fees add up very quickly, so you must take them into consideration in your financial requirements.

---

**Personal and financial requirements**                29

# Chapter I.5 - The psychology of the penny stock trader

## Overview

This chapter will cover the psychology of the penny stock trader by exploring various aspects required in order to become a successful trader in this niche market.

## Goals

The goal of this chapter will be to give you a deep understanding into how psychology can affect your trading decisions and how manage your emotions when confronted with the unavoidable stress of trading highly volatile and liquid stocks.

In brief:

- Understand how successful traders think and process information in real time
- Understand what successful traders don't do
- Learn to adapt your thoughts to the necessary mindset of a successful trader

## Understanding the psychology of the penny stock trader

There is a very specific mindset that exists in the head of every successful penny stock trader. This mindset that is developed through many years of experience, profits and losses.

Successful traders have learned to optimize their thought process in order to learn from their defeats and claim even greater profits from their victories.

*"Trade the ticker, not the company" ~ Nathan Michaud*

This quote represents what every penny stock trader should adopt as a motto to a certain extent.

As a penny stock trader, you are not a long term investor getting into a serious relationship with a stock, but instead engaging into a one-night-stand kind of situation.

Confidential                                                                    TS0007597

Penny stocks are a numbers game, and while news and some fundamental factors may affect the behavior of ticker, it ultimately comes down to entering when movement becomes apparent.

You need to learn to disregard the meaning behind the company, the passion behind the product, the mission behind the façade. Your goal is ultimately to profit from the price movement, the rest is just noise.

### Cutting down the noise

My personal experience, ever since I got involved with penny stocks is the amount of "noise" that exists all around any single trader at any given time.

To name a few: social media, chats, news, press releases, emails, promotions and message boards. These are some of the factors that cloud your trading environment with unnecessary clutter; think of it as information overload.

As I've learned, this clutter of information will significantly impede your ability to make proper decisions. Most of this information needs to be filtered and in some cases completely eliminated.

When starting out, it is very easy to fall prey to everybody else's opinion on what stocks should be watched, which we should play and what is our next move.

This forces new traders into a hive-like behavioral state, where everyone is trying to do the same move without necessarily knowing why. Often these picks will come from Gurus, Furus, promoters, TV analysts, anybody who's sharing their "expert" opinion to anyone who's willing to follow.

This brings to mind the well-known concept of "following like sheep".

### Don't be that person, don't be a sheep

While it is acceptable for beginners to follow some type of guidance from legitimate trading gurus in terms of picks and plays, a successful trader needs to ultimately become totally self-sufficient.

What this means, is that the necessary mindset required for becoming successful in penny stocks is not one of dependence, but one of leadership and conviction in regards to trading decisions at any given time during the market session.

Confidential

TS0007598

Successful traders don't follow what others have to say, they establish their own set of rules and stick to them. Successful traders monitor their environment and intelligently filter the clutter of information in order to retain the relevant bits.

This is a skill that is gained through experience; however what needs to be present in your mind in order to achieve it, is a strong sense of independence.

### Discipline is not an option

While there are as many successful strategies as there are successful traders in the market, a couple of factors are common to all of them. One of these factors is an uncanny sense of discipline.

This is the kind of discipline that you find in martial arts and the military. Successful traders take their actions seriously and fully commit to their set of rules.

Discipline is an important factor, especially for new traders, as it allows to limit the inevitable potential losses but also to maximize the potential profits over time.

There are simply no successful traders (to the author's best knowledge) who do not fanatically stick to their set of rules as an absolute truth; it is often mentioned that when they don't, significant losses occur.

You can call it the "Kung Fu" of the penny stock.

### The battle between confidence and conviction

As LX21 (quite possibly one of the most successful penny stock traders in my humble opinion) stated it during his presentation at the 2011 Las Vegas conference, trading is about conviction. (Sykes, The New Rules of Pennystocking, 2011)

A successful trader needs the conviction that his hypothesis is right and that his reasons for entering a trade are sound.

Confidence, on the other hand needs to be managed and balanced. Being unconfident will prevent you as a trader from taking advantage of the opportunities that the market has to offer, missing out on lots of potential profits.

Confidential       TS0007599

On the other hand, it has been shown through time that over-confidence is often the downfall of every successful trader. Over-confidence pushes the trader to underestimate the will of the market and creates the false illusion that the hypothesis is factual.

A successful trader needs to find a balance in his confidence but also a strong sense of conviction in his trading hypothesis and resulting decisions.

### Let go of the illusion of control

The market has a will, it is the collective will of all the traders that exist within its realm.

Just like in society, your own desires are meaningless in comparison to the will of the masses; in the stock market you are subjected to the same lack of control over its movements - unless you are part of the select few who can influence the market, but you wouldn't be reading this if you were.

> *"You must be shapeless, formless, like water. When you pour water in a cup, it becomes the cup. When you pour water in a bottle, it becomes the bottle. When you pour water in a teapot, it becomes the teapot. Water can drip and it can crash. Become like water my friend." ~ **Bruce Lee** (Lee, The Lost Interview, 1971)*

Every successful trader understands that the market cannot be controlled, and so you must flow "like water" to adapt to every move and every change that the market performs.

Understanding this very concept is the basis upon which traders become successful.

### Dealing with boredom

The stock market is often romanticized by Hollywood, books and even experts as this fast paced environment where making a million dollars is a matter of seconds; while there is some truth in the romanticism of stock trading, there are also periods where nothing happens.

This is where discipline comes into effect.

---

**The psychology of the penny stock trader**                33

Sometimes there simply aren't profitable opportunities offered by the market. Just like during some seasons, when you go fishing, even if you go to a pond full of fish, you won't get a single catch. Dipping in the pond to try to grab the fish at the bottom will only make you wet and you'll catch a cold.

This is often referred to as "forcing a trade" or a "boredom play". These types of trades are usually losing trades that will end up costing you money.

Successful traders avoid this type of behavior at any cost, they achieve this by simply taking the day off or dedicate themselves to other non-trading related activities.

### *Patience is a virtue, wait for opportunities to come to you*

Building upon the previous section, successful traders always wait for the right opportunities.

Being able to wait for a play is key in becoming profitable. Those who became successful at trading penny stocks did so by developing the virtue of patience when it comes to choosing which battles to fight.

Patience is the essence upon the best opportunities are caught.

### *Own your losses like battle scars, but never seek revenge*

While trading you will lose money. It is the inevitable truth of the market; if you respect the market it will provide for you, but it is nonetheless an untamable wild beast that can take from you just as well.

Successful traders own their losses like battle scars; they don't always remember their victories but certainly remember the times when they've had losses, especially big ones.

Losing to the market is the reality of trading, a reality that must be accepted and managed. As a penny stock trader, there are times that you too will take losses, even if all the right moves have been made.

A successful trader documents his losses and tries to understand what went wrong with every losing trade. More importantly he focuses on the lesson rather than the loss itself.

Confidential TS0007601

In order to become successful at trading penny stocks you need to learn how to deal with losses in a way that it doesn't affect your confidence. However it is of the utmost importance to never seek "revenge" after a loss.

It is human nature to simply try to recover profits after taking a loss; it is the downfall of most traders, trying to convince themselves that the price will go their way and fitting information to what they want the stock to do.

The market will do what it will do; it is an emotionless creature. Successful traders try to be objective and move on by remembering the lesson about the loss, but never hanging to the loss itself nor seeking to recover these lost revenue unless the opportunity arises.

### Trading on cash not on margin

One of the most important aspects when trading penny stocks is to always trade with the cash you have at hand and to never rely on margin or borrowed money.

The idea is simple, what you lose when you trade with your own capital is your own money. What you lose when you trade in with margin is the broker's money; in other words, a loan.

This means that every loss that you incur while on margin, could potentially become a debt rather than just a loss.

Successful traders trade their cash and grow their accounts; more importantly, they never rely on borrowed money to increase their gains, as losses can become very costly.

### Never bet more than you are willing to lose

Another line that is often repeated among successful traders is that you should never bet more money than you are willing to lose.

We will cover this idea in great detail in Chapter II.4 while covering risk management strategies.

This goes back to the concept of discipline and being able to control emotional impulses.

---

**The psychology of the penny stock trader**                35

## Dealing with life, the universe, everything!

There is more to life than trading. Penny stock trading is a full time job that requires intense dedication, deep commitment and unfaltering discipline.

Beyond those requirements, dedication to trading requires a healthy mind in a healthy body.

As a trader, you should value your free time, and spend it doing what you like; releasing your stress, enjoying the warmth of your family.

Penny stock trading is a mentally challenging activity intended only for those who possess the mindset to concentrate on the task at hand without allowing external influences to affect their decisions. Anyone can do it if they have the right state of mind.

Ultimately it is a way to make money and create a financial stability for yourself and your family.

Keeping a healthy and balanced life is key to becoming a successful trader.

## Summary

- You are a trader, not an investor. Think about the numbers and not about the company.
- Cut down the information clutter and only retain the information what you need to perform your trading tasks. Stay away from chat, message boards, Facebook, etc.
- Don't be a sheep, make your own decisions and don't follow what others have to say without having your own opinion first
- Be disciplined and stick to your rules diligently
- Choose conviction over confidence. Find the balance in your confidence level, and if you think you're "that" good, you are going to lose, for the market always wins.
- You have no control over the movement of the market or the price of any given stock at any given time. *"Become like water my friend"*
- Never force a trade, boredom is a trader killer that results only in potential losses

---

Confidential                                                                    TS0007603

- Be patient and wait for opportunities to present themselves, don't go looking for them, you won't find them.
- Every loss is a scar, remember the lesson it brings but forget about the loss itself. Never force a trade in order to recover lost revenue and only trade when an opportunity arises.
- Live a healthy and balanced life. Healthy mind in healthy body is the way to get profits.

## Homework

- Identify and write down your personality traits and compare how these fare against that of a successful trader. Be honest with yourself, nobody is here to judge you but yourself.
  - o See where you are comparable
  - o See were you differ
  - o Evaluate how you can improve your mindset in order to bring it closer to that of successful traders
- Identify all factors that exist in your environment that could be considered as "noise" and affect your ability to trade
  - o Evaluate how you can filter or remove some of these elements in order to improve your trading environment.

Confidential                                                                                          TS0007604

## Chapter I.6 - Keeping a journal

### Overview

This chapter will focus on the various ways of keeping a journal in order to track your watchlists, your ideas, your learned lessons and your trading performance.

### Goals

The goal of this chapter is to guide you through the steps for establishing a structured journal that will offer you with a way to track your trading history.

### Learning how to keep a trading journal

Unwritten lessons are often forgotten by people over time. Those who remember are those who are able to put their history in writing.

We will cover some of the ways that you can create and maintain various types of trading journals in order to track every action and event in your engagements with the stock market.

#### *The medium*

There are multiple ways for you to take notes; here are some of the medium that you can use for this purpose:

- Blog
  - Offers a quick way to publish information on the internet and promotes transparency
  - Multiple choices available: blogspot, wordpress, tumblr, etc…
  - Allows you to categorize your entries and is available online
- Profit.ly
  - Tracks your trades and generates trade performance statistics
  - Promotes transparency
  - Social trading platform that allows interaction with other traders
  - Imports data directly from most major US brokers
- Notebook
  - Good old pen and paper approach

Confidential                                                                    TS0007605

- o  Easy access
- o  More traditional
- Spreadsheet
    - o  Offers the possibility to perform calculations and generate graphs
- Word processor
    - o  Similar to the notebook on a computer
- Evernote
    - o  Quick notes from any device
    - o  Easy tagging and categorization
    - o  Online synchronization
- Video blog
    - o  Talk about your trades
    - o  Display media information and real movement of the stock at the time of recording

Each of these have their advantages; you may also opt to use multiple ways to input your information in order to track your data in different ways or to add redundancy to your journal entries.

### The watchlist journal

There are a few types of notes that you should perform. The first of these is related to your daily watchlists.

A full overview on how to find stocks and build a watchlist will be covered in Chapter II.9, which focuses exclusively on building daily watchlists.

In this section we will mainly focus on the concept of note-taking that will be applied to the watchlists that you will create later on through this course.

Your watchlist journal will consist of simply a list of stocks that will be part of your potential plays for the following trading session.

This journal will contain the relevant information associated with every stock on your watchlist; here are a few examples of the data that could be included in this type of journal:

- Stock ticker

Confidential

TS0007606

- Average True Range
- Risk/Reward ratio
- Profit goal in $/share
- Rating (based for example on LX21's method for rating plays)
- Key resistance and support (this will be discussed in Chapter II.5)
- Description of why this should be watched
- Concerns about the possible price action of the stock.
- Applicable trading strategy

These points would be established for every entry in your watchlist.

Additionally, you can add stocks to your list intraday if you find anything worthy of a play.

You can obtain sample watchlist journal pages on the website, under the resources page:

### The trade journal

This is one of the most important elements when tracking trading performance. The trading journal is an overview on the factual performance of a trade that includes all the elements associated with any given trade.

Here is some of the information that should be contained within a trade journal:

- Date
- Symbol
- Entry price, position and time
- Exit price position and time
- Description of the trade
    - Why is it a profitable trade
    - Why is it a losing trade
    - What factors influenced the price
    - What mistakes, if any, were made
- Trading strategy applied to trading this instrument

An example of a notebook entry can be seen below in Figure I.6-1.

Confidential                                                                 TS0007607

Additionally, you may choose to make a more in depth report for every trade you make.

Keeping a trade journal will allow you to monitor your past performance and avoid repeating the same mistakes made in the past. It is used as a tool for personal improvement and also to track the performance of a strategy over multiple trades.

This in turn will promote the concept of optimization to your trading techniques and allow you to become a more profitable trader with each iteration, as you gain more hands-on experience.



*Figure I.6.1 Example of a notebook trade journal entry for a loss on GTATQ*

As can be seen in Figure I.6.1, this trade extracted from my own journal reflects the various kinds of information that can be found in a trade journal.

Another example can be seen in Proft.ly in Figure I.6.2, which imports trades directly from a wide selection of brokers.

Confidential       TS0007608



*Figure I.6.2- Profit.ly trade entry for a profit on ISNS*

Additionally, you can take a look at an in-depth analysis at the following address:
http://www.redandgreen.ninja/trade-16-ninja0n3-vs-clrx-clrx-wins/

This represents a more analytic take on the journal entry, where all aspects of the trade are taken into consideration.

The trade journal needs to serve as a tracking tool to remember successes but more importantly, losses and the mistakes that have been made.

This will allow you as a trader to avoid repeating the mistakes of the past.

You can obtain sample trade journal pages on the website, under the resources page:

Confidential                                                                                      TS0007609

## Strategy Analysis journal

The strategy analysis journal is intended to track your strategy performance over time.

This results from your trading activities and reflects the results documented in your trade journal.

First of all, make sure that you give unique names to your strategies, names that you can easily recognize and differentiate for every other strategy in your trading book.

Tim Gritanni, one of Timothy Sykes millionaire students, is known to track his strategies' performance using spreadsheets and listing each of the stocks and their performance.

Here's how it works: for each of the strategies that you use in your trading activities, you'll need to have a separate spreadsheet associated with that strategy specific strategy.

Each of your strategies' spreadsheet should contain the following information:

- Strategy name
- List of stocks traded with that strategy
    - Symbol
    - Date traded
    - Entry and exit prices
    - Position size
    - Position value
    - Loss amount & percentage
    - Profit amount & percentage
    - Rating of how well this trade was executed within the strategy parameters
    - Notes on this trade
- Number of winning trades
- Number of losing trades
- Strategy performance in percentage wins & losses

Confidential      TS0007610

The Complete Penny Stocking Course                Getting Started with Penny Stocks

By following closely how your various strategies fare, you will be able to optimize your results and adjust your strategy parameters in order to maximize profits. Additionally, you will be able to develop a sense for which strategies you are more efficient at turning into profits and which strategies generate the lowest yield.

This will also allow you to eliminate strategies that keep your from generating steady profits over time.

### Periodic performance reports

Additionally to the basic journals, another type of note should be taking into consideration. Much like you would do your accounting weekly, monthly, quarterly or yearly, you should also consider writing periodic performance reports about your trading activities.

These types of reports should highlight the trading events encountered during that time period and discuss the general performance of the individual.

This type of report should include:

- Reporting period
- Highlights during that period
- Watchlist performance
    - This is important in that you can evaluate how close to reality your picks have come based on your strategy and the logic for choosing specific symbols for your list.
- Lessons learned
    - A result of analyzing each of your trades and also what is shown by your strategy analysis journal.
- Things that need improvement within your strategy or trading activities
    - Based on your lessons learned, identify what needs to be improved in order for you to become a better trader.
- Your mindset and how the market affects you

These reports should be as long as you deem it necessary, although they should be as detailed as possible in order to provide you with the greatest analytical benefit.

The suggested time periods for generating a periodic reports are:

44                          **Keeping a journal**

The Complete Penny Stocking Course          Getting Started with Penny Stocks

- Weekly
- Monthly
- Quarterly
- Yearly

Some traders have been known to include their periodic goals for their monthly and yearly reports in order to gauge how well they have done within their profit expectations.

This however is up to your discretion whether you want to set profit goals or not; also keep in mind that profit goals should be used as a tool for gauging performance and not as an absolute requirement to meet when trading as it can cause forcing trades and generating losses.

### Summary

- You can make a journal on about any medium as long as you have the will to do it
- The watchlist journal or "daily watchlist" will allow you to establish which stocks you plan on playing and how you will exploit them when the opportunity arises. It is used to identify the potential plays.
- The trade journal is used to narrate every single trade you make in order to learn from every trading experience.
- The strategy analysis journal allows you to track the performance of every single strategy you have based on your trade journal
- Periodic performance reports allow you to keep track of your trading progress and provides a bigger picture on your performance as a trader by taking into account all the factors that come into play.

Confidential                                                                TS0007612

## Questions

**Why do I need a watchlist?**

    a. I don't, I trade my stocks on the spot

    b. To keep track of my trades

    c. To keep track of potential opportunities to trade

    d. To keep track of stocks I shouldn't play

**What is the purpose of a trade journal?**

    a. To keep a list of potential opportunities to play

    b. To keep track of the trades that I've made and learn from them

    c. To keep track of my wins and brag about them

    d. To keep track of my losses

**What is a strategy analysis journal used for?**

    a. To know what are my strategies at any given time

    b. To know how my strategies have performed based on my previous trades

    c. To plan for future trades and track opportunities within that strategy

    d. To understand the purpose and list the requirements of each of my strategies

**How often should periodic performance reports ideally be written?**

    a. Never, it's a waste of time

    b. Every day

    c. Every week

    d. Every month

    e. Every quarter

    f. Every Year

    g. As often as I want

**Which element should not appear in a watchlist entry?**

    a. Potential exit price

    b. Potential entry price

    c. Position size

    d. Stock rating

    e. Description of the entry

    f. Planned strategy

## Homework

- Prepare the various trading journals dedicated to your trading activities on your preferred medium. You may chose multiple or different media for each type of journal

- For every trading activity you perform, add an entry to its respective journal

- Start tracking your progress from this point on by completing the various journals and taking note of the lessons you've learned.

Confidential                                                      TS0007613

Confidential

TS0007614

## Chapter I.7 - Brokers and fees

### Overview

This chapter will focus on discussing how to choose a broker and the associated fees that can be incurred through these brokers. Additionally, we will look at the best brokers for trading penny stocks.

The brokers discussed in this chapter will cover those in the US and Canada. While similar situations may exist elsewhere, this is out of the scope of this course.

### Goals

The goal of this chapter is for you to understand how brokers work as well as their pricing structure. The objective will be to differentiate between brokers who are penny stocking friendly and those who are not.

### Brokers and Fees

There are quite a few brokers out there, however there is only a subset of these that will efficiently allow you to trade penny stocks.

#### Brokers and penny stocking

Finding the right broker for trading penny stocks can be quite challenging. Being a niche field of the investment world, very few offer the necessary toolset to be an efficient trader.

A lot of successful traders actually have accounts with multiple brokers in order to maximize their potential opportunities. There are a few cases for which this is practical, including:

- Short selling share availability (discussed in Chapter III.1)
- Boxing positions (discussed in Chapter III.5)
- Circumventing the PDT rule (explained in Chapter II.1)

However having multiple trading accounts also requires the necessary capital to keep them open and may not be suitable to beginner traders, as it also requires some additional management.

Confidential                                                          TS0007615

The Complete Penny Stocking Course                Getting Started with Penny Stocks

## Choosing a broker

The choice of a broker is one of the most important decisions that you'll make as a trader. The broker is the only link that exists between you and the stock market.

Their sole purpose is to provide you with access to the market and to fill the orders in a timely fashion for any given trade you may wish to make.

A few things should be considered when choosing a broker for penny stock trading:

- Permissibility of trading stocks priced under $1 or $2 per share
- Commission structure and fees
- Data subscription fees (when necessary)
- Short share availability and borrow fees (more on this in Chapter III.1)
- Minimum account value to keep the account open
- Customer support and problem resolution
- Order execution times

When choosing your broker, you must evaluate each of these factors based on your strategy and define which is best for you.

This chapter will make a brief overview of the main suggested brokers for penny stocking. It is however strongly advised that you do more in-depth research into these, in order to determine which one(s) is (are) best suited for your specific trading needs and activities.

## Interactive Brokers

Interactive Brokers (IB) is one of the most used brokers in the realm of penny stocks. They offer a reliable software platform, data feeds and pretty much anything you need to get started.

Their platform, Trader Work Station (TWS for short), is compatible with all major Oss, being a java application. So whether you are on Windows, Mac or Linux, you shouldn't have any issues running the software.

Additionally, IB is very flexible in terms of what can be traded: you can trade listed stocks as well as OTC without any issues. Execution times are quick.

---

**Brokers and fees**                                                                49

IB also offers great availability of shares to short in a lot of cases, however they are not the best to obtain "hard-to-borrow" shares (more on this in Chapter III.1); this is usually achieved through other brokers.

It is worth noting that IB is a big operation, used by thousands of traders. They provide a great interface both on the web and as a software as well as mobile applications. That being said, IB has a reputation of offering bad customer service to its clients.

This broker is one of the most popular among penny stock traders in general.

Keep in mind that when shorting stocks priced under $1.00 per share, the $2.5 rule is applied (for every share shorted under $1.00, you need to have $2.5 cash in your account).

It is worth noting that while very popular in among penny stock traders, IB does not offer a Level2 data subscription for OTC stocks, and the data/display software needs to be obtained elsewhere.

Also worth noting that IB has a Canadian subsidiary and that the PDT rule is not applicable to those living in Canada. Probably the only broker worth anything north of the border.

### Requirements

In order to open an account at IB, a trader must make an initial deposit for $10000. The minimum requirement to keep the account open is $2000.

For individuals under 26 years old, the initial deposit must be at least $3000.

### Pricing

IB offers various models for pricing, these are all based on a price per share; depending on the chosen plan and the volume of shares traded for any given instrument, the commission per share can go from $0.005 down to $0.0005 (if you're trading more than 100M shares in monthly volume); this commission price is up to a maximum value of 0.5% of the position value.

Full pricing details are available at this address: https://www.interactivebrokers.com/en/index.php?f=commission&p=stocks

---

50                              **Brokers and fees**

Reviews of IB here: http://www.investimonials.com/brokers/reviews-interactive-brokers.aspx

### Centerpoint Securities

Timotht Sykes' "special" broker, Centerpoint Securities, is a high net worth broker. While not having their own trading platform, they provide very personalized customer service and good fills on orders. They are known for having high prices in terms of commissions

Centerpoint offers three trading platforms to place orders and check quotes. These are Sterling Trader Pro, Realtick and Das Trader Pro. Each of these are offered as a pay package and does not include the data, to which customers need to subscribe.

Centerpoint presents itself as a Prime Brokerage firm, offering high end services and matching their target demographic: wealthy individuals.

**Requirements**

Centerpoint has an initial deposit requirement of $50,000, making it hardly accessible to beginner traders, although if you follow Timothy Sykes, you may know that a referral from him (with an intro) may lower that number down to $30,000.

**Pricing**

Centerpoint offers multiple pricing plans, with prices ranging from $0.004 per share, down to $0.002 per share; they also have a flat fee per trade plan. These prices do not include routing and regulatory fees.

Additionally, they are known to have very high borrow fees for shortable shares, which makes them prohibitively expensive when shorting for more than a couple of days; these fees are in the same order of magnitude as the commissions per trade on a share cost basis.

If you wish to use the compatible platforms, that will set you back between $150 and $500, which does not include the data feed.

For more information on pricing you can check out their page: http://www.centerpointsecurities.com/pricing/

---

**Brokers and fees**                                                      51

### Thinkorswim

Acquired by TD Ameritrade, and provides very good customer service. It is known for offering good execution times and offering good availability for shortable shares with decent borrow fees.

There are no monthly fees or maintenance fees associated with a ToS account.

ToS, just like IB, offers its proprietary java based trading platform to traders at no additional cost. It can be freely downloaded from their website and offers a wide range of features to its users.

It is known to be Timothy Sykes preferred charting software.

**Requirements**

ToS has a minimum requirement of a $2000 initial deposit for trading.

**Pricing**

ToS has a flat fee of $9.00 per trade using their internet connected platform regardless of the number of shares traded. This makes it a rather expensive option for traders starting out and entering positions with a low number of shares.

More information can be found here: https://www.thinkorswim.com/tos/display-Page.tos?webpage=ratesAndCommissions

Reviews can be found here: http://www.investimonials.com/brokers/reviews-thinkorswim.aspx

### SureTrader

SureTrader is based in the Bahamas and is therefore not obligated to comply with the PDT rule when it comes to its client's accounts.

SureTrader also had a reputation of offering great borrows on shortable shares at a premium when reserving hard to borrow shares. The quality of the service has however gone down over the years.

It is also known that customer service with SureTrader can be difficult and it is worth noting that OTC executions leave a lot to be desired.

Confidential

TS0007619

SureTrader uses Das Trader as their base platform offered to their customers. Buggy service.

Much like IB, SureTrader enforces the $2.5 rule.

In brief, SureTrader is the cheapest of brokers and quality of service is affected by this fact. Usually best to avoid when you have enough capital to go with some of the other choices.

### Requirements

An account can be opened at SureTrader with only $500, making it ideal for new penny stock traders with a low starting capital.

### Pricing

Their commission is $4.5 flat fee for the first 1000 shares, then you have to pay 0.0045 per share over 1000.

As for every other broker, data fees are additional.

For more information on pricing, go here: https://suretrader.com/trading-fees/trade-rates/

For reviews, you can check it out here: http://investimonials.com/brokers/reviews-suretrader.aspx

### E-Trade

E-Trade is another popular broker for penny stock traders. Much like IB, it offers its proprietary set of platforms to its clients.

Customer service is often reported to be fairly acceptable, but is not oriented toward highly active traders. That being said, the platform is often used for charting.

### Requirements

E-Trade has a $500 initial deposit requirement, which makes it ideal for traders with a small capital.

### Pricing

---

**Brokers and fees**                                             53

E-Trade has a flat rate of $9.99 per trade, making the commissions quite expensive in the long run when trading small positions; if you make more than 150 trades per quarter, this goes down to $7.99 per trade.

For more information on pricing, go here: https://us.etrade.com/investing-trading/pricing-rates#stocks

For reviews, you can check it out here: http://www.investimonials.com/brokers/reviews-etrade.aspx

### Others

Other brokers are not really worthy of mention as they limit considerably the ability of penny stock traders to perform profitable trades.

A lot of brokers do not allow trading stocks under $2.00 or will give you a hard time executing orders, let alone shorting or finding shares to borrow.

Also worth mentioning that prop firms are usually avoided by penny stocking traders as they are businesses that can blow up from one day to the next, with little chance for the trader to recover the money in the account. Best avoided.

## Data Subscriptions

A data subscription is going to be a necessity when trading penny stocks. They provide the information to the broker directly from the market.

Prices for data subscriptions vary from broker to broker, but can be estimated to be around $15-$20/month for Level 1 quotes and up $150/month (including L1) for Level 2.

## Summary

- A broker is the link between the trader and the market.
- Brokers place orders on behalf of their customers and charge a commission on every trade – this fee varies from broker to broker.
- You should choose your broker based on your specific needs and do an in-depth research prior to opening an account with any of them.

Confidential                                                                    TS0007621

The Complete Penny Stocking Course                 Getting Started with Penny Stocks

- Most brokers are not suitable for penny stocks trading, only a few will allow you to trade these efficiently.
- Accounts under $25000 are subjected to the PDT rule with most brokers in the US.
- Brokers worth considering for trading penny stocks are:
  - Interactive Brokers
  - Centerpoint
  - Thinkorswim
  - SureTrader
  - E-Trade
- Account initial deposit vary from broker to broker

---

**Brokers and fees**                                                                 55

Confidential                                                                                                 TS0007622

## Chapter I.8 - The tools of the trade

### Overview

This chapter will focus on making an overview of the various tools available to penny stock traders in order to help them make informed decisions on which stocks to choose and whether or not to enter a specific position.

### Goals

The goal of this chapter is to get you acquainted with the various tools available to you both free and commercial in order to help you guide your trading decisions and build efficient watchlists as will be discussed in Chapter II.9.

### Web Applications

Web applications and websites for traders come in a wide variety of forms and shapes. Many of them are great tools for penny stock traders.

This is by no means an exhaustive view of all the web applications tools available, but covers the most common ones used when trading penny stocks.

#### Yahoo Finance

Yahoo Finance is the go-to place for all general information on any given stock. It provides a wide range of essential features to its users free of charge.

Among these features, you can find the latest news on a stock, SEC filings (more on this in Chapter III.4), fundamental information about the company, as well as a message board.

**URL:** http://finance.yahoo.com
**Price:** FREE

#### Seeking Alpha

Seeking Alpha is touted as a financial platform providing its users with a wide range of articles for stocks. It is populated by around 8000 contributors and covers all kinds of equities, including penny stocks.

Confidential

TS0007623

This is a valuable tool for getting information. Do keep in mind that free accounts get articles in a delayed manner and the pro-account has very strict requirements as it is intended for "professional traders".

Seeking Alpha is also known for inducing momentum in stock prices based on the articles that it produces, which is considered by some investors as some sort of manipulation of the price.

**URL:** http://seekingalpha.com
**Price:** Free with delayed articles, pricing available upon request and meeting their requirements

### Google Finance

Google finance shares many similarities with Yahoo Finance; it does however offer a less intuitive platform for the user and it is a less popular source for the most part.

Much like Yahoo Finance it is also free and gives you up to date information about the stocks, including news and quotes

Google Finance is mostly suitable for a quick overview of a stock and news.

**URL:** http://www.google.com/finance
**Price:** FREE

### Stockfetcher

Stockfetcher is probably one of the few must-have tools for penny stock traders. Stockfetcher is a delayed stock scanner offering a variety of features to create efficient filters.

Its core feature is based upon the concept of creating your own filters based on your trading requirements in a programmatic way. Based on these filters Stockfecther will then provide a list of all matching stocks based on your criteria and show all the specified technical information on a specific instrument, including quick charts.

Stockfetcher also allows you to store the various filters that you created and use them at a later time, to perform intra-day or day-to-day research.

Confidential
TS0007624

**URL:** http://www.stockfetcher.com
**Price:** free with limited features - $24/quarter

### Finviz

Finviz is a simpler version of Stockfetcher. It offers a simple delayed stock scanner with lots of criteria to be set. Unlike Stockfecther, Finviz doesn't offer a programmatic language to create filters suited to your needs.

It is also worth noting that Finviz does not cover OTC stocks.

Finviz is suitable to perform a quick scan of stocks based on simple criteria that does not require complex queries in order to find matching stocks.

**URL:** http://finviz.com/
**Price:** Free for the scanner, they offer paid services as well providing more in-depth information as well as real-time data for $39.50/month or $299.50/year

### OTC Markets

OTC Market is actually the official site for OTC stocks. It provides a market scanner with a few features in terms of filtering. Additionally it provides SEC filings as well as various tools in a similar fashion to Yahoo Finance.

It is suitable for scanning and researching OTC stocks.

**URL:** http://www.otcmarkets.com/
**Price:** FREE

### BigCharts

BigCharts is a simple charting web application intended to quickly view the basic quote information and chart for any given instrument. It provides a very simple interface to its users as well as the latest news headlines for the selected stock.

### TradingView

TradingView is an advanced charting web application providing the users with useful tools for charting stocks and drawing on them.

The free version provides delayed stock information and limited features, while the paid version will offer the possibility to subscribe to real time data.

Confidential                                                                    TS0007625

It is suitable for users wanting a more advanced online based charting tool that doesn't require the broker's platform to be running. It is also ideal for those who like to save their charts and add indicators to them.

URL: https://www.tradingview.com
Price: Free with limited features – from $9.99/month + subscriptions – pricing details here: https://www.tradingview.com/gopro/

### Investor's Hub and The Lion

Investor's Hub and The Lion are mainly forums and chats for users to share their insight on any given stock. They are suitable for finding information based on user input; interesting tools for side research.

Be advised that forums and chats are full of noise and unnecessary information.

**Investor's Hub**
**URL:** http://investorshub.advfn.com/
**Price:** FREE

**The Lion**
**URL:** http://www.thelion.com/
**Price:** FREE

### Twitter

Twitter may seem like an out of context tool in this niche, but it is actually one of the most useful social media in trading.

Twitter doesn't really need an introduction; for stocks, it offers the possibility to provide quick alerts or relevant information if you are following individuals.

It does take a bit of research to build a follow list and get the relevant information.

**URL:** http://www.twitter.com
**Price:** FREE

Confidential                                                                    TS0007626

The Complete Penny Stocking Course          Getting Started with Penny Stocks

### StockTwits

StockTwits is based on the twitter backend and is entirely dedicated to stocks. It provides the same features as Twitter with a more refined interface for traders and investors.

**URL:** http://stocktwits.com/
**Price:** FREE

## Software

### EquityFeed

EquityFeed is one of the most advanced real-time scanners available on the market. Their software is oriented toward scanning and filtering. The charting however is not very efficient in comparison to the charting tools offered by broker platforms.

It is comparable to StockFetcher as far as features as concerned in a real-time environment.

It is suitable for finding stocks matching a specific criteria intra-day.

**URL:** http://equityfeed.com
**Price:** $79 to $220 per month

### Stockstotrade

Stockstotrade is a rebranded version of EquityFeed with pre-set filters based on Timothy Sykes' strategy. It is the feature complete version of EquityFeed and offers the most comprehensive scanning tool for penny stocking traders.

It also has all the features of EquityFeed on top of the provided filters.

**URL:** http://stockstotrade.com
**Price:** $3000 base price + $200 monthly data fee – a significant discount is offered to Challenge Students.

### Multicharts

Multicharts is a backtesting software intended to programmatically test strategies with past data and implement algorithmic trading strategies.

Confidential                                                                    TS0007627

Multicharts is also a very complete charting tool that can obtain data from various data sources and go back in time as far as the data source allows it in different time resolutions.

For those interested in attempting to implement automated trading strategies based on the penny stocking strategies described in this course, this is a great piece of software.

URL: http://www.multicharts.com
Price: FREE with Interactive Brokers (with some limitations), pricing plans here: http://www.multicharts.com/multicharts/purchase

*Spreadsheets (Excel, Google Spreadsheets, etc...)*

While spreadsheets are not specifically designed for trading, the flexibility they offer in terms of calculations represent a great tool for performing statistical analysis of trade history, performing quick calculations of positions, risk management, etc.

Spreadsheets are an invaluable tool for traders wishing to go deeper into the validation of their data.

There are multiple options available for spreadsheets for traders.

**Microsoft Excel**
**URL:** http://products.office.com/en-us/excel
**Price:** Starting at $139 with Office 2013

**Google Spreadsheets**
**URL:** https://docs.google.com/spreadsheets
**Price:** FREE, requires a Google account

**Libre Office Calc**
**URL:** http://www.libreoffice.org/discover/calc/
**Price:** FREE

**Open Office Calc**
**URL:** https://www.openoffice.org/product/calc.html
**Price:** FREE

Confidential                                                                    TS0007628

The Complete Penny Stocking Course      Getting Started with Penny Stocks

## Summary

Confidential      TS0007629

## Chapter I.9 - The collective will of the market

### Overview

This is a chapter to go over the general behavior of the market.

### Goals

The goal of this chapter is to get a general understanding on how the market behaves and what causes it to change.

### Understanding the collective will of the market

The stock market is a living creature. It is composed of millions of brain cells represented by each trader present within its brain.

Every trader influences the market infinitesimally and the raw average of each participation based on the weight of the trader's capital investment dictates the will of the market.

### So what is the "collective will of the market"?

The market is a hive mind, where every stock depends on every trader. Their emotions, their reactions their hopes and their fears dictate how the price will move. It is the will of the masses that pushes the price up or down based on beliefs that may or may not be rational.

As a penny stock trader, you must understand that trading makes you a part of this collective will, but you also need to understand how the collective will works in order to profit and minimize your losses when they happen.

### What is there to understand?

People are influenced by emotions and therefore, by direct association, the market is influenced by the collective emotions of the group; even some of the most advanced computer systems that perform algorithmic trading are influenced by this human trait: they have been taught to "feel" based on pre-programmed events.

Confidential

These emotions are fueled by greed. We all want to make a profit and better our financial situation by playing the stock market. For many, it seems like the "easy" way to make money; it is the case for most novice and inexperienced traders.

What these novice traders often fail to understand is how the will of the market is influenced; while most individuals in trading in the stock market have a negligible influence, some players have the potential to move any given stock at will.

There are some factors that will help influence how the price of a specific stock moves.

Price action and chart patterns, these are often self-fulfilling prophecies that influence the price of a stock in a certain direction; when these patterns emerge, traders will have a tendency to follow and try to chase. Every trader collectively decided that the price should move a certain way and so it does for no other specific reason.

News are also a big influencer. When news are good, traders collectively decide that a certain stock is worth having in their portfolio and the price per share increases as the demand rises. Conversely when news are not good, people will collectively decide to sell and as supply overtakes demand, the price plunges.

Paid promotions, also called pumps and dumps (covered in detail in Chapter II.8), are mailing promotions sent to novice or unknowledgeable gullible traders who have no experience in dealing with the market. They are influenced with the idea of quick wealth believing in a long term investment, only to find out later that it is not worth much. The collective will of these gullible traders drives the demand and so the price rises exponentially for a short period of time.

Uncompensated promotions represent another type of promotion intended to generate credibility for the promoters. Same principle as paid promotions without the pyramid scheme to drive it.

Analysts and expert reports are probably one of the most important factors in influencing the will of the market; they are "professionals" in the field of finance, therefore it can be assumed that they "know" what they are talking about. Inexperienced traders and investors will rely on this type of insight to make investment decisions. These traders collectively decide that the information is actionable and generates a movement in the stock price.

Confidential                                                              TS0007631

The Complete Penny Stocking Course | Getting Started with Penny Stocks

It is of the utmost importance for a penny stock trader to understand that the will of the market needs to be understood rather than attempting to control its movement. Salmons are big fish in the river and they can swim against the current of the river; the great majority of traders are not salmons and will not be able to swim against the current of the river represented by the market.

Penny stock traders need to swim with the current and adapt to the changes of the market. They need to comprehend the factors that influence the collective will of the market in order to make profitable decisions before the market knows it will do so.

Understanding the collective will of the market is about reading the signs, understanding the emotions that guide it and work around the wealth of information that is generally available to all traders. It is to understand the factors that push the prices and think outside the box to find the right opportunities.

The collective will of the market will be kind to traders who choose to understand its emotions, its behavior and accept that they have no control over what is decided by the hive mind of all traders.

Confidential

TS0007632

The Complete Penny Stocking Course                          Trading Penny Stocks

# Section II - Trading Penny Stocks

**The collective will of the market**

Confidential
TS0007633

## Chapter II.1 - Definitions

### Overview

This chapter will focus on defining the commonly used terms in the stock market as well as the penny stocking niche.

### Goals

The goal of this chapter is to provide you with the basic definitions necessary to understand all the concepts presented throughout this course. You will have to familiarize yourself with all these terms and feel comfortable understanding their meaning.

### Penny Stock Trading Definitions

Throughout this chapter we will be covering the various definitions used in the realm of penny stocks. This is by no means an exhaustive list, but instead the most commonly used terms in this domain. For more in-depth definitions, please refer to http://www.investopedia.com, which offers an exhaustive collection of stock market definitions and concepts.

Stock – a stock represents a type of security that implies ownership in a corporation and offers the holder part of the corporation's assets and earnings.

Two main types of stocks exist: preferred and common; preferred stock does not confer voting rights within the company but offers a higher claim on assets and earning than does the common shares. Common stock confers to the holder the right to attend and vote at shareholder's meetings, and to receive dividends.

Simply put, owning stock is owning a percentage of the company based on the number of shares possessed by the holder relative to the outstanding shares of the company.

Share – see definition for stock

Equity – see definition for stock

Confidential

The Complete Penny Stocking Course                    Trading Penny Stocks

Instrument – An instrument refers to anything you can trade on the market, which includes securities, commodities, derivatives or index. Simply put, anything that can be traded on the stock market is an instrument

Symbol – The symbol represents a unique combination of letters assigned to a security for trading purposes. The number of letters for any given security varies from market to market: Nasdaq has 4 or 5 characters, NYSE and AMEX have 3 characters or less.

Symbols are also known as "Ticker Symbols" or "Tickers"

Penny Stock – Penny stocks, the main subject of this course, officially refers to stocks with a price per share below $1.00; the expression is however used on stocks priced between $0 and $15-$20 per share.

Penny stocks are often considered as a risky investment due to their volatility and the fact that they are often misunderstood by the general public

Small Cap – A Small Cap is a stock with a small market capitalization. It is generally considered to include companies with a market capitalization between $300M and $2B. Small Caps are often the trading instruments of penny stocking, due to the fact that big investors and hedge funds prefer to focus on larger market capitalization companies.

Micro Cap – Similarly to Small Cap, Micro Cap regroups companies with a market capitalization between $50M and $300M.

SEC – The SEC is the Securities and Exchange Commission, a commission created by Congress to regulate securities and protect investors. Additionally it also performs corporate takeover monitoring.

SEC Filing – Companies are required to file documents with the SEC on a regular basis in order to comply with federal trading regulations when the corporation in question is publicly traded. This will be covered in more detail in Chapter III.4.

Trading Hours – US Markets have a specific time in which trading is allowed. The trading session is between 9:30 AM and 4:00PM, from Monday to Friday. Some days the market will close earlier or open later based on holidays. Major holidays are usually a break day for the Market.

Confidential                                                                TS0007635

**After Hour Trading** – Some exchanges allow trading outside of regular trading hours. This is called after-hour trading.

**Pre-Market** – Pre-market refers to trading that happens after-hours before the market opens for the day session.

**After Market** – After Market refers to trading that happens after-hours after the market closes for the day session.

**Session** – The Session represents the trading day during Trading Hours.

**Quote** – The quote represents the last price at which a security traded. Simply put, it is the most recent price at which a buyer and seller agreed to make a trade.

**Price or Last Price** – The price is the monetary value of a security share in the market currency. It is basically the price that you are going to pay for a single share for any given stock.

**Bid** – The Bid is the highest value currently on record that a buyer is willing to pay for a single share of a stock.

**Ask** – The Ask is the lows value currently on record that a seller is willing to accept for a single share of a stock.

**Bid and Ask Sizes** – Bid and Ask sizes refer to the number of shares desired respectively for Bids and Asks.

**Spread** – The spread is the difference in price that exists between the Bid price and the Ask price.

**Open** – The Open or Open price represents the initial price at which any given stock is traded during the session. This can also be applied to various time frames, such as minutes, hours, days, etc...

**Close** – The Close or Close price represents the last price at which any given stock is traded during the session. This can also be applied to various time frames, such as minutes, hours, days, etc...

**High of Day** – The High of the Day is the highest price at which the stock has traded for the current sessions. The HoD does not include after-hours trading values.

---

**Definitions**                                                                      69

Low of Day – The Low of the Day is the lowest price at which the stock has traded for the current sessions. The LoD does not include after-hours trading values.

52 Week High – Similar to High of Day, representing the highest value over a period of 52 Weeks or 1 year.

52 Week Low – Similar to Low of Day, representing the lowest value over a period of 52 Weeks, or 1 year.

Day Range or Price Range – The Day Range represents the difference in price between the High of Day value and the Low of Day value. This represents how much the stock price has moved during the current session.

Volume – The volume represents the number of shares being traded for any given stock during the trading session.

Liquidity – The liquidity is directly dependent on the volume: a liquid stock is considered to be a stock that has a high volume, or more specifically, a stock that trades a high number of shares during the session. The concept of liquidity varies from one individual to the next, but it is usually considered that liquid stocks have a volume higher than 100000-200000 shares.

Volatility – Volatility is directly dependent on the Day Range or Price Range. Higher volatility is usually indicative of riskier stocks as they have a tendency to have bigger price ranges in a short period of time; they represent high risk, high reward stocks. On the other hand, stocks with a low volatility have a small price range percentage in comparison to the share price. Volatility varies from one stock to another; volatile stocks are usually considered to have a Day Range above 15-20% of the stock price.

Moving Average – Moving Average refers to various averages (price, volume, range, etc...) that can be performed on any given stock. Each point in the moving average represents the average of all values (within its parameters) before that point. Moving averages change as the conditions of any given stock evolve.

Average True Range – The Average True Range is a moving average that focuses on the Day Range over a given period of time. It is often used, as will be discussed in Chapter II.4 as a volatility measurement tool.

70                                    **Definitions**

Buy – A Buying is the action of trading money for the ownership of a share.

Sell – A Selling is the action of trading the ownership of share for its monetary value

Short Sell – Short Selling is the action of borrowing shares to trade the ownership of those shares for a monetary value. This will be discussed in detail in Chapter III.1.

Buy to Cover – Buying to Cover, is the converse action of Short Selling and is the action of buying back borrowed shares at the indicated price. This will be discussed in detail in Chapter III.1.

Short Squeeze – A Short Squeeze is an event that forces short sellers to cover for various reasons. This will be discussed in detail in Chapter III.1.

Trade – A Trade is the action of buying, selling, short selling or covering.

Position – A position is the considered to be the ownership of shares in any given stock.

Open Position – A position is considered to be open when the shares are acquired through the process of buying.

Closed Position – A position is considered to be closed when the shares are liquidated through the process of selling.

Entry or Entry Price – The Entry price is the price at which a position was opened; more specifically it represents the price paid per share for any given stock causing the position to be opened.

Exit – The Exit price is the price at which a position was closed; more specifically it represents the price received per share for any given stock causing the position to be closed.

Fill – An order is considered to be filled when it has been completely executed; in simpler terms, when you place an order for a certain amount of shares, if the order goes through for all your shares, the order is filled.

Chart – The Chart is the visual representation of the price, volume of any given stock over time.

Confidential                                                        TS0007638

**Candlestick** – The Candlestick chart provides a distinct visual representation of the price changes in stock indicating clearly the opening price, closing price, high of the bar, low of the bar. This will be discussed in further detail in Chapter II.5.

**Trend line** – A Trend Line are usually used as a helper complement to basic charts as indicators of values within which the stock price remains for a certain period of time. It can help determine various potential behaviors of the stock. This will be discussed in detail in Chapter II.5.

**Support** – Support is a type of trend line above which the price remains for a certain period of time without being crossed. This will be discussed in detail in Chapter II.5.

**Resistance** – Resistance is a type of trend line below which the price remains for a certain period of time without being crossed. This will be discussed in detail in Chapter II.5.

**Breakout** – A Breakout occurs when a resistance line is crossed and the price of a stock increases in a very quick manner. This will be discussed in detail in Chapter II.5.

**Breakdown** – A Breakdown occurs when a support line is crossed and the price of a stock falls in a very quick manner. This will be discussed in detail in Chapter II.5.

**Intraday** – Intraday refers to events happening within a given trading session.

**Market Maker** – A Market Maker is a broker-dealer firm that takes the risk of holding a certain amount of shares of a given stock or security with the goal of facilitating the trading of that stock. Market Makers display buy and sell quotes for a guaranteed number of shares. Upon receiving orders, the Market Makers sell their own inventory immediately or seek an offsetting order.

**Level 2** – Level 2 is a trading service that offers real-time data in terms of quotations and market depth. This allows traders to see which market makers are in queue with bid and ask orders at any given point in time for any given stock. This will be discussed in detail in Chapter III.2.

**Pump and Dump** – Pump and Dumps are paid promotions for companies without a real product or any real value for investors. These promotions tend to hike the price before encountering a dramatic drop. This will be discussed in detail in Chapter II.8.

Confidential           TS0007639

SEC Halt – A Trading Halt is the temporary suspension of a sock on one or more exchanges. This is usually imposed by the SEC when suspicious, unusual or irregular activity is found that needs further verification prior to allowing the stock to continue trading.

Promoter – A Promoter is usually an individual or corporation that actively promotes a security with the intent of manipulating the price to a higher point. This will be discussed in detail in Chapter II.8.

Morning Panic – A Morning Panic consists of mass sell orders from shareholders in order to cut their losses following an event that affects the price of the stock negatively and therefore reducing the underlying demand.

Morning Spike – A Morning Spike consists of mass buy orders from interested buyers in order to take profits following an event that affects the price of the stock positively and therefore increasing the underlying demand.

Afternoon Spike/Panic – these are the same as their morning homologues in the afternoon.

Fade – A stock is considered to fade when the price slowly decreases from its highs. It is usually observed after a spike.

Dip – A dip is a sudden decrease in price value for a given stock following a spike. It is usually followed by a recovery increase of the price that may rise or surpass the previous high in some cases.

Momentum – Momentum is created when a large number of traders behave in the same manner when it comes to trade a stock; it is usually the cause for major variations in price.

Chasing – Chasing is the action of attempting to enter a position after the initial momentum has happened. It is usually bad practice to do so without a supporting thesis that indicates that the momentum may continue. Chasing a stock usually results in losses.

Scalping – Scalping is the action of quickly entering and exiting positions with small profits; this is often achieved when chasing momentum in order to capitalize on greater movements. This type of behavior is usually not profitable in penny stocks.

Confidential                                                                                    TS0007640

Gap up/down – A stock gaps up/down when there is a significant difference in price between the previous day close and the current day open; it is usually illustrated in a candlestick chart by the lack of an overlap between the previous candle's body and the current candle open.

Confidential                                                                TS0007641

## Chapter II.2 - Listed stocks, the Markets

### Overview

This chapter will focus on covering the various US stock exchanges allowing individuals to perform trades and engage in penny stocking.

### Goals

The goal of this chapter is to get familiar with the various exchanges available to traders and understanding the role of penny stocks and trading these instruments within each of these markets.

### NASDAQ

NASDAQ, also known as the National Association of Securities Dealers Automated Quotations is one of the major exchanges in the US. It is an electronic market place for stocks to be traded.

NASDAQ Stocks are identified by a unique string of 4 or 5 characters that represent their ticker symbol.

As its name states, the NASDAQ is an electronic exchange that completely automates the process of trading within its exchange.

In order to qualify for being listed on the NASDAQ, companies must be registered with the SEC, must have 3 Market Makers and meet the minimum requirements in terms of assets, capital, public shares and shareholders.

While the NASDAQ is intended for reputable companies, usually considered to be liquid but non-volatile, the share prices for stocks listed on this exchange vary greatly; there are numerous stocks that trade under $10 with high volatility and good liquidity.

Being a completely automated exchange, the NASDAQ also ensures quick execution times to fill orders, which makes it relatively easy to enter or exit a position at a moment's notice.

Confidential
TS0007642

Trading stocks in the NASDAQ is most suitable for novice traders, as it offers a great stability and reliability in terms of how trades are executed internally. It is also known to be less prone to Market Maker manipulation as it is heavily regulated by the SEC; that being said, manipulation exists in all the exchanges.

## NYSE & AMEX

NYSE, also known as the New York Stock Exchange is considered to be the largest exchange for equities in the world; this is based on the total market capitalization of its listed stocks.

The NYSE is also often referred to as the "Big Board", and heavily relied on floor trading only in the past. Currently, about half of the trades on the NYSE are conducted electronically, although floor trading is still in action for setting prices and deal with high-volume trading for institutions.

The NYSE has a wide range of stocks that are characterized by a unique 3 character symbol. Prices vary greatly for these stocks and stocks under $10 can be found with good liquidity and volatility.

NYSE stocks are usually less common than NASDAQ stocks when trading penny stocks, as the stocks are usually higher priced. Execution times also vary; however, being a hybrid electronic exchange, it is also a safe bet for novice traders.

In 2008 NYSE acquired the American Stock Exchange, also known as AMEX and then promptly renamed as NYSE Amex Equities.

AMEX equities are known to be less reputable than their NYSE or NASDAQ counterpart. This exchange remains however an electronic exchange and orders are executed in a timely manner.

## OTC BB

OTC-BB, also known as Over-The-Counter Bulletin-Boards are off-exchange tradable. They include OTC stocks, Pink Sheets and Grey Sheets.

OTC-BB stocks are not suitable to novice traders, as they require a deep understanding of they are traded in order to be able to become profitable.

OTC-BB Stocks will be discussed in great detail in Chapter III.3.

**Listed stocks, the Markets**

Confidential TS0007643

The Complete Penny Stocking Course                    Trading Penny Stocks

## Summary

- There are 3 Major exchanges in the United States
  - ○ NASDAQ
  - ○ NYSE
  - ○ AMEX
- NASDAQ stocks are the most suitable for novice penny stock traders
- All 3 Major exchanges process orders electronically in a quick and reliable manner
- OTC-BB stocks are not suitable to novice traders as they require good knowledge and understanding of their inner workings.

Confidential                                                                          TS0007644

# Chapter II.3 - Stock information, placing orders and making trades

## Overview

This chapter will mainly focus on the process of understanding how to read stock information, how to read a stock chart and how to put an order with any given broker.

**Note: some of the screenshots taken for this course have been obtained from the Interactive Brokers TWS platform. The concepts are still applicable with most platforms.**

## Goals

The goal of this chapter is ultimately for you to become intimately familiar with the action of placing orders through your broker and understand the information of a given security and the requirements for quickly placing orders for any given play.

## The Requirements for ideal penny stock plays

Before we get into the meat of the trading process, there is an important factor to take into consideration when engaging in the trade of penny stocks.

Trading penny stocks have important requirements that need to be respected in order to make trades profitable. While this is not applicable to every single case, and while there are a few exception to these baseline rules, it is accepted as the general basis for trading this type of security.

Penny stocks have two basic requirements:

- Volatility
- Liquidity

Volatility is necessary to ensure that the price of the stock will move in a quick manner; penny stocks are not investments, they are quick trades. What volatility ultimately implies is that the price of a stock can move significantly increasing both potential profits and the associated risk. It is one of the basis upon which profitable traders make money.

Confidential                                                                      TS0007645

Liquidity is the second basic factor that ensures the profitability of any given penny stock. Liquidity implies that there is a high enough volume to allow traders to quickly enter and exit their positions at a moment's notice.

Researching penny stocks will be covered in Chapter II.9 and will take these factors into consideration.

## Obtaining and understanding Stock information

Before a stock can be successfully traded, a trader must know what is to be traded and obtain all the necessary information to perform a given trade.

Obtaining the stock information is one of the most basic concepts when it comes to trading, a concept that needs to be properly understood in order to be able to make informed decisions.

### *The Quote*

The Quote is the basic information regarding the stock price. This will usually include information such as:

- Last price
- Open & Close
- Volume
- Day and 52 Week Highs and Lows
- Bid & Ask
- % and Net change since open
- Etc...

Quotes are used to determine the current state of any given stock in the present. It is the factual actionable information that allows you to make an immediate decision.



*Figure II.3.1 - Interactive Brokers TWS Quote window*

**Stock information, placing orders and making trades**      79

Figure II.3.1 is an example of what a simple quote window looks like on a platform. Quotes can be obtained from a variety of different sources, but ideally this should be taken from your primary trading platform.

If you use multiple brokers, you may use a single platform to obtain your quotes and each individual broker platform to perform your trades.

### The Volume

The volume indicates the number of shares being traded at any given time. This is used as the main metric for establishing liquidity of the stock and its suitability for being treated as a penny stock.

The average daily volume provides additional information in regards to the average of volume over a certain number of days; this is usually calculated in a period of one year or 52 weeks and indicates the normal liquidity of the stock. A daily volume higher than the ADV usually indicates some type of event or momentum.

### The Tape, Time and Sales

The time and sales window, also known as "The Tape" represents the list of trades over time. Each actual exchange of shares is listed on this window. The time and sales offers a view into the movement of the stock during the day.



*Figure II.3.2 - Interactive Brokers TWS Time and Sales*

Confidential                                                                    TS0007647

The Complete Penny Stocking Course                    Trading Penny Stocks

Figure II.3.2 Shows the Time and Sales window. This usually contains the following information: time of trade, price traded, the number of shares traded, and bid and ask at the time of the trade.

The time and sales an often be used to identify momentum or potential behavior of the stock in real time. It is important to get familiar with this screen in order to better understand how the stock price moves and how it could potentially move based on the previous actions of buyers and sellers.

## Reading the Chart

Knowing how to read the stock chart is an important requirement when dealing with penny stocks.

The chart is simply the visual representation of the Time and Sales values; there are multiple ways to display the time and sales values on a chart. This course will focus mainly on candle sticks, which provide the most useful information when trading penny stocks.

### Candlestick chart



*Figure II.3.3 - Multicharts.NET Candlestick Chart - 1 Day candles*

Figure II.3.3 shows a typical candlestick chart. This type of chart provides the following information to the viewer:

- Candle duration (can go from seconds to months per candle)

---

**Stock information, placing orders and making trades**          81

- The period open and close prices; these are denoted within the colored part of the candle
- The period highs and lows; these are denoted by the lines sticking out of the colored part
- Whether the close is higher than open for that period (increase in value, represented in green) or vice versa, the open is higher than the close (decrease in value, represented in red)

The candle stick is a real time tool that gets updated at the same rate of the time and sales.

Having multiple charts open at once with different time periods per candle allows to get an overview of the long term past behavior (with day candles you'd get the "big picture") as well as the immediate past behavior that can help identifying momentum (by using minute or 5 minute candles).

Additionally, candlestick charts can also be used to establish trend lines which may help you determine the potential future behavior of the stock.

Additionally, Charts may include various indicators such as volume, average true range of a multitude of studies; the availability of these indicators varies from platform to platform, volume is however always included.



*Figure II.3.4 - IB TWS Candlestick chart with volume*

82                **Stock information, placing orders and making trades**

As seen in Figure II.3.4, the chart can be accompanied with volume as an additional indicator. Volume will also be updated in real time based on the calculations of the Time and Sales for that candle period.

## Types of orders

Trading stocks ultimately comes down to two basic operations: buying and selling. These operations can however be made in a variety of ways depending on the results that you wish to achieve.

This section will focus mainly on discussing the various main types of order you can make.

### Order Parameters

Before getting to the types of orders, we will go over some of the most used parameters when dealing with penny stocks.

#### Duration

An order may be set to last for the session, until cancelled, or other types:

- A DAY order is only valid during trading hours in the current session, at the session end if not filled, the order will be cancelled.
- A GTC, "Good Till Cancelled", order will be active until the trader actively cancels it. GTC orders will work after hours. A GTC order usually expires within 30 to 90 days.
- A FOK, "Fill or Kill", order will ensure that order is not partially executed. If the broker cannot fully obtain the position at a given price, the order is cancelled. This type is not often used in Penny Stock trading.

There are multiple other order duration parameters that may be set, that are outside of the scope of this course when it comes to penny stocks. Additional information can be found here: http://www.investopedia.com/tags/order_types/definition/

#### Masking size

Many traders choose to hide the size of their position when making a trade, this is especially true with bigger position sizes.

---

**Stock information, placing orders and making trades**          83

The idea behind hiding a position stems from traders having access to Level 2 and being influenced by the position sizes on the Bid or Ask.

This will be discussed in more detail in Chapter III.2.

### Market Order

The Market order is the most basic type of order. When you place a market order, your order is filled at the current market price.

While it is good to know about its existence, due to the volatility and liquidity of the penny stocks, it is usually bad practice to use these types of orders.

Additionally, placing market orders puts you at the mercy of Market Makers and potential manipulation of the price, which may cause you to get filled at a bad price.

Market Orders should be avoided at all costs when trading penny stocks and only be used in desperate situations when no other option is available.

### Limit Order

The Limit (LMT) order is the most used type of order when dealing with penny stocks. The characteristic of the limit order is that it allows you to set at which price you want your order to be executed.

The limit order instructs the broker to fill your order at your limit price or better. A limit order will not get executed if the stock price never reaches your limit price. Additionally, you may cancel a limit order at any time before it is filled, allowing you to control whether or not you may wish to continue waiting for a specific price to be reached.

A Limit order may not get executed, but ensures that the trader will not trade a security at a less beneficial price that was originally intended.

Limit orders are also known to incur higher commissions as they require additional work from the broker to be executed; this also adds a small delay to an order.

**Example:** A buy limit order for a share at $10 means the buyer does not wish to pay more than $10/share for that specific stock. Conversely a $10 sell order will stipulate that the seller the not wish to receive less than $10/share for his shares.

Confidential                                                                TS0007651

## Stop Order

The Stop order (STP), also known as a "Stop-Loss" order, allows the trader to automatically exit a position at a pre-established price point to limit the potential losses.

A stop loss is set by the trader at the price point at which he/she wants to exit in order to limit losses or lock profits. Once this price point is crossed, the broker is instructed to automatically execute this order at the specified price of the stop loss.

A stop order will not necessarily guarantee the price: in case of a gap up or down, the fill price of the stop loss will be significantly higher or lower than originally expected, resulting in potential losses.

Most successful traders use, what is referred to as, a "mental Stop-Loss". This implies that they prepare their LMT orders beforehand and visually confirm that their tolerance threshold has been crossed before sending the order.

Additionally, Market Makers have been known to manipulate the price in order to force exit Stop-Losses at a given price point before pushing the price back to its original state; this is an illegal practice, but is not uncommon in the market place.

It is usually not advised to use STP orders and LMT orders are usually preferred while keeping an eye on the price movement – the exit is performed manually.

## Trailing Stop

A Trailing Stop order (TRL) is a programmatic type of order offered by some platforms. This type of order provides the possibility of having a moving virtual stop that adapts with the change of the price.

More specifically, a trailing stop allows a trader to lock in profits while limiting the downside of their trade.

A trailing stop has a parameter that can either be a % amount or a $ amount that is considered as the trail that will follow the moving price. When the price reaches the trailing value, the broker is instructed to exit the position.

This represents a safer option than the STP order type, as Market Makers do not have access to the Trailing Stop information. This type of order is stored on the

Confidential                                                                                          TS0007652

broker's platform and triggers a LMT order at the trailing price when this price is reached.

**Example:** You entered a long position with a buy order at $1.00. You set your trailing stop at 0.05 below the current price for your SELL order as your trailing stop. The price goes up to $1.55. Once the price falls to $1.50, your trailing stop triggers the LMT SELL and your position is exited.

## Placing an order

All brokers will provide you with some type of interface to perform orders on their platform.

Keep in mind that orders can be submitted in a wide variety of ways ranging from scanner screens, order windows, charts, etc... Only the basic concept of placing an order and the common elements will be discussed here. For further information, refer to your broker's platform user guide on placing orders.



*Figure II.3.5 - IB TWS Order Entry*

Figure II.3.5 illustrates the Order Entry window that allows you to create and submit an order. It is set to a LMT DAY order.

There are a few elements that will always be required:

- The ticker symbol, the instrument that you are trading
- The type of transaction: Buy or Sell, some brokers offer separate buttons for "Short sell" and "buy to cover", keep this in mind and refer to your manual.
- Position size for the order, the number of shares that you wish to trade
- The type of order you wish to perform: MKT, LMT, STP, TRL, etc...

Confidential                                                                                    TS0007653

- For LMT orders, you will be required to enter a limit price, price limit at which your order will be executed, other order types may require additional parameters
- Duration of the order: DAY, GTC, etc...
- The "submit" or "transmit" button used to complete the order.

Keep in mind that unless actively disabled, most brokers will pop up a confirmation window indicating your order details, estimated commission, position value that you will need to confirm prior to getting the order officially submitted.

Once your order is transmitted, the broker will take care of performing the trade for you and credit or debit your account in a virtually immediate manner – virtually considering that all trades take about 3 days to settle in terms of transferring shares and funds.

The role of the broker from this point on is to quickly find the best match for your order and associate it with a Market Maker that will ensure perform the actual transaction of buying/selling.

## Profit and Loss

As soon as an order is placed, you are immediately submerged in a situation where you either profit or loose.

Once your entry in a stock has been completed, you are entitled to unrealized profits; these are the profits or losses that you would actually incur if you were to exit your position at the last traded price.

Unrealized profits will usually give you a general idea of your gains or losses, but once you exit your position, the final result may be different.

Once you have exited your position at a given price point, your unrealized profits become realized. This means that the profits have become a tangible financial gain or loss based on how the stock has moved.

Keep in mind that the realized profit will often add commissions as well as borrow fees when applicable and possibly other regulatory fees depending on your broker.

Confidential                                                                                    TS0007654

## Summary

- Quotes are used to obtain the current state of a given stock
- Time and sales offer an insight into the behavior of the stock
- Charts will give a visual representation of the price and volume movement of a given stock
- There are two types of actions when trading, buying and selling
- There are multiple types of orders available. Penny stock traders should focus on placing LMT orders exclusively.
- Stop Losses can be dangerous if not properly managed. The alternative is using "mental stop losses"
- Trailing stops can also be used as an alternative to STP orders that allows to lock profits and exit when the desired trail is reached
- Position sizes can be masked to show a lower number of shares on the bid/ask board (Level 2)
- DAY or GTC parameters are the most common orders when trading penny stocks. Others may be suitable depending on the situation

## Questions

## Homework

Confidential                                                                        TS0007655

## Chapter II.4 - Risk management strategies

### Overview

This chapter will go over risk management strategies that will allow you to maximize your profits and minimize your losses.

### Goals

The goal of this chapter is to help you find the right risk management strategy suited to your needs. At the end of the chapter you will be able to assess how much you are willing to lose on a single trade and when exactly you should exit a position from the moment you enter it.

### Choosing a risk management strategy

Quite possibly the most important part of trading penny stocks is knowing how much you are willing to lose and when you should get out of a bad trade. This concept is known as risk management.

Choosing the proper risk management strategy (RMS) is crucial to your success or possible demise. Additionally, having a risk management strategy is one part of the equation. Respecting and sticking to the chosen RMS is key to being successful.

Over the chapters of this course we have mentioned the importance of discipline multiple times. The RMS is truly where the trait of self-discipline needs to be applied.

This chapter will focus on presenting two risk management strategies. One based on the concept of the Risk/Reward ratio and the other more technical, based on the Turtle trader's strategy adapted to penny stocks.

### What is the purpose of a risk management strategy?

A RMS is intended to establish your exit point when you are subjected to a losing trade. It defines your rules of engagement for dealing with an undesirable situation and allows you to know exactly how you will deal with such a situation.

Confidential
TS0007656

More importantly, the RMS is your contingency plan, a thoroughly established set of actions intended to protect you from harm's way.

Managing your risk on any given trade will ensure that your profits are sound and that your losses are minimal; managing your losses is as important as making profits.

> *"Know what you are going to do when the market does what it is going to do." ~ The Complete Turtle Trader ~ Michael W. Covel (Covel, 2009)*

## Simple risk and reward ratio – The R³ RMS

The simple risk and reward ratio (R³) strategy is based upon determining: what is the risk to your capital and what is the potential reward to be obtained in a winning trade.

The following questions need to be asked:

- What is the potential downside or loss to entering this trade? –  Measured in a $ amount
- What is the potential upside or profit to entering this trade? – Measured in a $ amount

Once you have established the values for both the potential downside and the potential upside, you will then factor them to a common denominator, bringing the downside amount to 1 and adjusting the upside amount accordingly.

This will give you a risk/reward ratio in the following form: 1:U

U being the value obtained for the upside.

What this means, is that for every dollar that you risk, you have a potential gain of "U" dollars.

A trade is usually considered acceptable when the risk reward ratio is at least 1:2. This however will vary from one individual to the next, as some may wish to have better odds than "for every $1 dollar lost I can win $2".

The upside can be calculated as follows: $U = \dfrac{potential\ \$\ loss}{potential\ \$\ profit}$

Confidential                                                                                      TS0007657

The Complete Penny Stocking Course                    Trading Penny Stocks

The value obtained for U should be rounded to the nearest natural number below that value.

**Example of the R³ strategy:**

GENE (Genetic Tech LTD.) is a stock that has been at trading a price of $9.69 for no specific reason over the last couple of days. Your hypothesis indicates that the stock will probably go fall down back to its previous high point soon.

You consider short selling this stock (Short Selling will be discussed in Chapter III.1). Your downside is $10.08, the previous unbroken high, meaning $0.39/share loss when entering a short position.

Based on your research, you expect the price to fall down to $7.20. The upside is then $2.49.

You have the following equations system:

$$0.39 = 1$$
$$2.49 = U$$

We can infer the following:

$$U = \frac{1 \times 2.49}{0.39} = \frac{2.49}{0.39} = 6.38$$

We can round U to the nearest natural number below that value, which would give us:

$$R^3 \Rightarrow 1:6$$

In this case the R³ RMS indicates that entering GENE could potentially be a profitable trade with the possibility of getting a 6-fold return on every dollar risked (not on investment).

The downside of the R³ RMS is that, while it provides a good indicator for the potential reward based on the amount risked, it does not offer a proper way to evaluate how big your position should be or how much money you should invest in that position.

This RMS often leaves the details of determining the position size to the discretion of the trader.

**Risk management strategies**                    91

## Managing risk like a Turtle – The Ninja Turtle (NT) RMS

During my time spent learning the intricacies of the world of penny stocks, I came upon a dilemma that seemed to be shared with many novice traders in the chat rooms.

The questions usually read like: "how big should my position be?", "How much should I invest?"

The answer provided by more experienced traders and gurus repeatedly expressed that every trader should decide for him/herself as we all have different tolerances in terms of what can be lost.

While tolerance I was in agreement with the fact that tolerance is relative to each individual, I found the "gauge it yourself" approach to be difficult to accept, especially as a beginner.

This is a round the time that I stumbled upon a book written by Michael W. Covel. His trading strategy is usually known as Trend Following and differs greatly from penny stocks, as it deals with longer term positions and much bigger accounts. The book in question is "The Complete Turtle Trader" (Covel, 2009) in which he shared the social trading experiment created by Dennis Richards in the 1980's claiming that he could teach anyone to trade with his strategy and become highly successful; and so he did.

Chapter 5 of the book covers the whole trend following trading strategy as developed by Dennis Richards, upon which the Ninja Turtle RMS has been based and adapted to penny stocks.

The NT RMS offers an alternative way to establish not only the risk, but also a way to determine exactly what the ideal position size should be to enter a trade, an absolute exit price; the NT RMS takes into consideration the current available capital of the trader as well as the state of the traded instrument.

### Average True Range – The N

As defined in Chapter II.1, the Average True Range is a moving average. The purpose of the ATR is to determine the average difference of price over a given period of time; in our case, 15 days.

92                              **Risk management strategies**

The ATR, to which we will refer as N from this point on, will serve 2 main purposes in the NT RMS.

Its first role will be to help determine the price point of the absolute stop, price at which the trader should exit a position, should the price of the traded instrument cross that line.

The second role of N is to help determine the position size, or number of shares that will be traded for that specific instrument.

The ATR or N can easily be obtained by enabling it in most platforms, it does not need to be calculated manually and the range of calculation parameter (ie. 15 days) can be set in the settings.

Taking the previous example, GENE would have an N=$1.676

### Establishing a risk unit – The U

The next step in the NT RMS, is to establish the risk unit, or in simple terms how much financial risk you are willing to take.

The Risk Unit, or U, is established as a percentage of the available trading capital. This allows the trader to adapt the potential gains to the current financial availability dedicated to trading.

The idea behind labeling the risked capital a risk unit has multiple reasons. First and foremost, it helps "demonetize" the position you are trading, which helps in dealing with trade anxiety.

Labeling this the risk unit also serves the purpose of being able to quickly add to your position in terms of risk units rather than in number of shares. This will be discussed in Chapter III.6.

The risk unit is based on your current trading capital, or trading equity; we will call this E. The calculation is made by picking a suitable percentage value (labeled p) that will be at risk, or more specifically, how much you are willing to loose on any given trade.

Your risk unit is then calculated as follows:

$U = E \times p$

Confidential                                                                            TS0007660

**Example:**

Your total trading account is $15000 and you wish you only wish to risk 2% of that equity on every trade.

We then have:

$E = \$15000$
$p = 2\% = 0.02$
$U = E \times p = \$15000 \times 0.02 = \$300$

Your Risk Unit or U is $300, how much you are ready to loose on any given trade, based on your personal requirements.

The base unit percentage may vary from one individual to another, although it is usually advised for novice traders to keep a 1%-2% percentage unit. This gives the trader a fair amount of trades before blowing the account if all trades failed to generate a profit.

## Upgrading and Downgrading the U − Risk adjustment

There are times when the risk unit percentage needs to be adjusted based on various situations.

The first situation that is covered by the NT RMS aims to limit losses. For every 10% down in the account (your equity is down 10%), the risk unit percentage is reduced by 20% until the gains have been recovered for that tier.

**Example:**

Before your last 3 trades you had an equity of $10000 with a risk unit percentage of 2%. After these trades, your equity has been reduced to $9000.

For all the coming trades, your risk unit percentage is reduced to 1.6% (20% reduction of the risk from the original value).

Your risk unit U will be $144 instead of $180.

This allows you to limit the potential losses while giving you time to grow your account back.

Confidential                                                                                TS0007661

A few trades later, your account is down to $8000. You adjust your risk unit percentage to 1.2%; your risk unit U becomes $96.

A few profitable trades come by and your account raises to $11000, your risk unit percentage is restored to its original 2%, giving you a U of $220.

Upgrading the risk unit percentage can also be done in certain cases and will be left at the discretion of the trader; these cases include a higher level of conviction on how the stock price will move, a higher level of confidence in the trades, etc...

It is advised to increase the percentage of the risk unit by 1% increments until comfortable with the potential losses associated with the new value.

### Setting a Stop multiplier and establishing the absolute Stop

The absolute stop is the indicator by which you will decide to exit your current position once the price is crossed.

This can be achieved through the use of Stop-Losses (not recommended), Trailing Stops, and mental Stop-Losses.

The absolute stop is established N and a multiplier, "x". The "x" multiplier allows the trader to set the threshold within which he/she is comfortable taking a loss.

$Stop = entry\ price \pm x \times N$ (+ or − depends on whether you are entering a long or a short position)

**Example:**

GENE has a price $6.3254 per share.

N is $1.55

Your absolute stop is set to be at x=1, giving you a 1N Stop.

If you were to buy GENE at $6.3254 your absolute stop exit price would be set at:

$Stop = \$6.3254 - 1 \times 1.55 = \$4.7754$

---

**Risk management strategies**                              95

The Complete Penny Stocking Course                              Trading Penny Stocks

A higher multiplier would give you more flexibility in terms of the price movement tolerance, but would also conversely reduce the size of your position, as we will see in the next section.

### Defining your risk and position

The final piece is establishing your position size (defined as P) based on your Equity (E), The Average True Range (N), and the defined risk unit (U).

The position size is calculated as follows:

$$P = floor\left(\frac{U}{x \times N}\right)$$

This means that the Position size will be rounded to the lowest nearest natural number; depending on the type of stock, this rounded to the 10, the 100 or the 1000 below.

**Example:**

- If the obtained position size is 45.69, this would be rounded to 45
- If the obtained position size is 323.22, this would be rounded to 320
- If the obtained position size is 1435.57, this would be rounded to 1400
- If the obtained position size is 54325.15, this would be rounded to 54000

Rounding in this manner allows to match the minimum order requirements for trading a given security.

**Example:**

You have defined the following:

$U = 125.23$
$N = 0.45$
$x = 2$
$$P = floor\left(\frac{U}{x \times N}\right) = floor\left(\frac{125.23}{2 \times 0.45}\right) = floor(139.14) = 130$$

Your position size in this situation would be 130 shares of the security in question.

---

96                              **Risk management strategies**

## Putting it all together

Now that we have all the elements to establish the NT RMS, we will go over an example that combines all the concepts described above in order to provide you with a position size based on your equity and risk tolerance.

For the purpose of this study case, we will use once again GENE as our basis.

Here are the basic parameters:

$E = \$16387.23$
$p = 2\%$
$x = 1$
$N = \$1.55$

$GENE\ price = \$6.16/share$

Establishing the risk unit:

$U = E \times p = 16387.23 \times 0.02 = \$327.74$

Establishing your Stop loss exit price:

$Stop = GENE\ price - x \times N = \$6.16 - 1 \times \$1.55 = \$4.61$

Establishing your position size:

$$P = floor\left(\frac{U}{x \times N}\right) = floor\left(\frac{327.74}{1 \times 1.55}\right) = floor(211.44) = 210$$

Your position would be 210 shares of GENE at $6.16. Your position value would then be:

$\$P = P \times GENE\ price = 210 \times \$6.16 = \$1293.6$

Simply put, you are making an investment of 7.8% of your total capital and risking at most $327.74 by sticking to the stop loss exit price of $4.61.

The Ninja Turtle Risk Management Strategy offers the trade the flexibility to define how much money is put at risk during any given trade, but also provides a robust framework that helps quickly define position sizes and exit stop loss prices.

In this manner, a trader can know exactly how to enter and exit a position at any given point in time without wondering how many shares should be traded or how big of an investment should be made.

## Summary

- Risk management represents the most important aspect of trading
- Risk management ensures that losses are controlled at all times while maximizing profits when the opportunity arises
- Risk management provides a way to determine when a position is worth considering as a potential play or abandon altogether
- Choosing the proper Risk Management Strategy (RMS) is crucial to minimizing losses and maximizing profits
- An acceptable $R^3$ RMS must be at least 1:2 in order to consider the position playable
- The NT RMS gives the trader proper position sizing guidelines based on the risk assessment and available trading capital.
- The average true range can be used as a measure of volatility
- The RMS provides you with a guideline on when you should exit a position
- You may not always know when you enter a position, be you should always know when you must exit. That is the purpose of having a RMS

## Questions

## Exercises

## Homework

Confidential                                                            TS0007665

## Chapter II.5 - Technical analysis and price action

### Overview

This chapter will focus on getting familiar with the concept of technical analysis and understanding the various elements that come into play in real time when the trading session is active.

### Goals

The goal of this course is for you to become intimately familiar with the various elements of technical analysis commonly used in penny stock trading. At the end of this chapter you will know how to identify establish support and resistance trend lines, spot potential breakouts/breakdowns, understand the possible consequences of sideway action and identify behavior based on reversal.

### What is technical analysis?

Technical analysis is the concept of basing trade decisions solely on numerical factors by considering the various characteristics of the stock being analyzed. This takes into consideration a wide array of various elements. Penny stocks will usually focus on price and volume as the main technical factors being followed.

Technical analysis is often considered as a self-fulfilling prophecy when it comes to predicting price action on any given stock. The reason being that individuals look for technical patterns and expect these patterns to behave in a certain way, which gives way to collective actions by the will of the market.

### Volatility and liquidity

Penny stocks and the viability of a play is based on two main factors: volatility and liquidity.

Volatility implies that the stock is able to quickly perform price chances within a short period of time. This is considered necessary, as quick price action within a wide range means big potential profits when predicted properly; on the other hand, a volatile stock can mean rapid significant losses when you are not prepared and have a proper risk management strategy in place (See Chapter II.4).

Confidential                                                                                          TS0007666

Liquidity means that the stock has a significant volume throughout the session, hence allowing the trader to quickly enter and exit a position. This is a consequential necessity from the volatility of penny stocks. As the price moves quickly, you need to be able to enter an exit a position as quickly as possible in order to maximize your profits and limit your losses to remain within your RMS.

When choosing penny stocks to trade, these are the two first factors that need to be taken into consideration; this will be covered in greater detail in Chapter II.9.

## Trend lines

Penny stocks trading strategies take a KISS (Keep it simple stupid) approach when it comes to technical analysis and relies on very few technical indicators in order to make trading decisions.

One of these few indicators are Trend Lines. A Trend Line represents a graphical indicator on a chart indicating a certain type of linearity for a given stock. They usually allow the trader to establish levels where the price remains, or price points that are considered to be of significance for that stock.

Trend lines can be built based on the information available on any period of time, being day charts, hourly, 5-minute, minute or a combination of these.

Penny stocking strategies rely on two main types of Trend lines: support and resistance.

### Support

A Support Trend Line, simply called "support", represents a line drawn on the chart that seems to be sustaining the price above a certain level. This level indicates that within the chosen period of time the price has been unable to cross that line. A support line will show multiple failed attempts of crossing below that price.

Support allows to identify multiple potential behaviors and possibly predict price action based on previous price data and some fundamental support.

Some of these behaviors will be discussed later in this chapter as well as on Chapter II.5.

Confidential                                                                    TS0007667

The Complete Penny Stocking Course                    Trading Penny Stocks



*Figure II.5.1 - Multicharts - Support lines on GENE*



*Figure II.5.2 - Multicharts - Support on CRIS*

Figures II.5.1 and II.5.2 show examples of intraday support lines for GENE and CRIS. As can be seen in the figures above, the price fails to fall below certain points which represent the support prices.

Additionally to basic support, a "stronger" type of support line can be established. This is often referred to as "Key Support"; Key support is based on the price analysis over multiple days and the identification of price points below which the price has been unable to fall. Key support is often indicative that a stock retains that value as a minimum and can usually be established over a period of multiple days, months and even years, depending on the instrument.

---

**Technical analysis and price action**                    101



*Figure II.5.3 - Multicharts - Key Supports, 1 year chart for SAAS*

Figure II.5.3 provides a good example of Key support on a 1 year chart. As can be seen in the image, the price fails to fall below $7.50 for about 9 months; an additional key support line can be identified just below $8.50 based on 2 months of price action.

### Resistance

Conversely to support lines, Resistance lines represent the price above which any given stock fails to raise. Resistance helps establish the maximum price point that the stock in question has been unable to cross on multiple occasions.

Much like support, a resistance line may be used to predict various types of potential future behavior of any given instrument, as will be discussed further in the course.

Basic intraday resistance can be seen in Figures II.5.4 and II.5.5. Resistance levels are established intra-day; shown are 1 minute intra-day charts on which we identified resistance points respectively at $7.25 and $7.35 for GENE and around $1.53 for BIOC.

Confidential                                                                                   TS0007669



*Figure II.5.4 - Multicharts - Resistance on GENE Intraday*



*Figure II.5.5 - Multicharts - BIO Intraday resistance*

Key resistance, much like key support is a strong resistance point that has lasted over a certain period of time, and during which the price has been unable to increase past the resistance level.

Shown below on Figure II.5.6 is a representation of Key Resistance for SAAS at around $9.50. It can be seen that the price fails to go over that price for about 8 months.

It can also be seen that once the resistance point is crossed, there is a quick surge in price over the next day. This will be discussed in the following section.

---

**Technical analysis and price action**                                     103

The Complete Penny Stocking Course                    Trading Penny Stocks



*Figure II.5.6 - Multicharts - Key Resistance for SAAS*

Key Resistance is an important indicator in determining how the price will may move in the foreseeable future.

## Momentum

The momentum refers to price action that is directly caused by a surge in trades, commonly identified by a sudden increase in trading volume and a quick price movement in either direction.

Momentum can be caused by purely technical factors as well as fundamental elements that may affect the response to the instrument in question; usually the fundamental elements are backed by a technical element such as resistance and support, discussed previously.

Two main types of momentum are used when trading penny stocks, these are breakouts and breakdowns.

### Breakout

A breakout usually refers to an instrument for which a major increase in volume and price can be identified; a breakout is usually characterized by 3 factors:

- Price increase
- Strong volume
- Price above a resistance or key resistance line

Confidential                                                                              TS0007671

The Complete Penny Stocking Course _____ Trading Penny Stocks

A breakout is often a predictable event when taking into consideration the main technical factors but also considering the fundamental context that surrounds the instrument in question.



*Figure II.5.7 - Multicharts - CAPN breakout*

Figure II.5.7 shows an intraday resistance line at $5.80; once the price crosses that line, a strong increase in volume can be observed and a parabolic movement of the price, raising from $5.80 to $6.50.

Morning spikes and afternoon spikes are also usually the result of a breakout situation.

### *Breakdown*

Conversely to the breakout, a breakdown will result in the price of the stock crashing down; this can usually be associated to the same factors as the breakout:

- Price decrease
- Increased trading volume
- Price below a support or key support line

**Technical analysis and price action**       105

Similarly, a breakdown can be catalyzed by the presence of a fundamental element that causes the will of the market to move the price; however it usually relies on the support indicator that traders set to happen.



*Figure II.5.8 - Multicharts - GENE breakdown below support levels*

Figure II.5.8 shows 2 breakdowns on GENE based on support lines being crossed and failure of the price to increase; the figure also shows a sudden increase in trade volume while the price drops from $7.25 to $7.05 and then again from $7.07 to $6.85.

## Sideways price action

Another important technical indicator when dealing with penny stocks is the presence of sideway price action. Sideway price action represents small variations in stock price without displaying a major change in the current state of the instrument. In simpler terms, the price remains at the same price for a prolonged period of time. This type of event can last from a couple of hours to a couple days before observing any significant change in price.

Sideway price action is usually characterized not only by small variations in price, but also by a small trading volume (although not always) during the concerned period of time.

Confidential                                                              TS0007673

The Complete Penny Stocking Course                    Trading Penny Stocks

It is worth noting that sideway price action may also be an indication of a major move in the stock price ahead, as it offers time to potential investors to assess their position or desired position in the given instrument and make some further research into the fundamentals of the company.

Taking this into consideration, sideway price action is usually followed by a breakout or a breakdown depending on the context of the stock.

Figure II.5.8 shows a good example of sideway side action prior to a breakdown; it can be observed that the price hovers between $7.25 and $7.35 for about an hour before finally dropping down $0.30.

## Reversal

Reversal is often used as an indicator used as the basis for establishing trend lines. When a stock experiences reversal, it marks a general change of direction for the price based on the candle period being analyzed.

There are two types of reversal: "red to green" and "green to red"

### Red to green

Red to green (R2G) indicates that the price changes from negative open-close difference for the previous bar to a positive value. While the change in itself isn't significant, it is worth taking into consideration when the reversal follows multiple bars red bars as a possible indicator of a bounce or recovery.



*Figure II.5.9 - Multicharts –Intraday chart, Red to Green on ATOS*

**Technical analysis and price action**                    107

Confidential

Figure II.5.9 shows some of the chart R2G changes with blue arrows.

Red-to-Green are often considered the underlying basis for support when they follow important down moves. When using daily bars for the candlestick chart, a R2G change following multiple red days marks key support for that stock.



*Figure II.5.10 - Multicharts - Red-to-Green Key support on SAAS daily chart*

Figure II.5.10 shows key support based on R2G changes on SAAS; this is established over multiple days in a period lasting multiple months, which creates a strong support for the stock.

### Green to red

Conversely to the R2G, Green to Red (G2R) indicates the opposite reversal: the price changes from an uptrend to a down trend and is often used as the basis for establishing resistance and key resistance levels.

Just like for R2G, G2R is not necessarily worth taking into consideration unless it follows multiple green bars, as it marks a clear reversal of stock price and is indicative of the potential start drop or dip.

Confidential                                                                                              TS0007675



*Figure II.5.11 - Multicharts - Green to Red on ATOS intraday 1min chart*

Figure II.5.11 shows the G2R changes with dark arrows for ATOS on an intraday 1minute chart.

G2R can also be used on multi-day charts to establish key resistance in a similar manner as R2G.



*Figure II.5.12 - Multicharts - Key resistance on ZAGG multi-day chart based on G2R*

Figure II.5.12 shows key resistance being established based on G2R price reversals on ZAGG on a multiday chart over a period of multiple months.

---

**Technical analysis and price action**       109

## Summary

- Technical analysis is used as a set of numerical indicators in order to predict possible stock price movement
- Technical analysis while being a purely numerical approach, it strongly relies on some fundamental factors when applied to penny stocks in order to predict price movement
  - Timothy Sykes uses a combination of both technical and fundamental
  - Tim Gritanni focuses mainly technical analysis and price action
- Trend lines help identify important price points that indicate a possible change in behavior for the stock price
- Penny stocks rely on volatility and liquidity for being considered as tradable instruments
- A support line defines the price point below which the price has failed to go under
- A support line is a good indicator for the lowest possible price for that stock during that period.
- A support line may be used to predict a rebound or a breakdown based on some fundamental factors and price/volume momentum
- A resistance line defines the price point above which the price has failed to go over
- A resistance line is a good indicator for the highest possible price for that stock during that period.
- A resistance line may be used to predict a dip or a breakout based on some fundamental factors and price/volume momentum
- Reversal following a same-direction trend is used to establish support and resistance lines
- Multi-day reversals can be used to establish key support and resistance when following a same-direction trend

## Questions

Confidential                                                                TS0007677

Exercises

Homework

Confidential

TS0007678

## Chapter II.6 - Learning the chart patterns

### Overview

This chapter focuses on the main profitable penny stocking patterns originally developed by Timothy Sykes. We will also cover the chart patterns that should be avoided when trading penny stocks.

### Goals

The goal of this chapter is to teach you the main penny stocking charts that will allow you to become a profitable trader. At the end of this chapter you will know the chart patterns that will be relevant when choosing stocks to trade. You will be required to get intimately familiar with these patterns.

### What is a chart pattern?

The history is often representative of future behavior. This is often the case with penny stocks.

Penny stocks follow a repeatable behavior over time that is directly translated into price action and represented on the chart.

Chart patterns take past behaviors of penny stock and provides guidelines for choosing and establishing which instruments may yield a profit by predicting how they are likely to move based on what other stocks have done before in a similar manner.

### The penny stocking chart patterns

As introduced by Timothy Sykes in his original "Pennystocking" DVD (Sykes, PennyStocking, 2010) and manual, there are 5 main patterns to look for when establishing a list of potentially tradable picks.

While each of these patterns should not be memorized, knowing the general guidelines offered by each of them is critical to performing successful and profitable trades in the realm of penny stocks.

Confidential

TS0007679

Patterns are usually observed over a period of multiple days, months and even years in order to identify the past and be able to somewhat predict future behavior based on price action.

These patterns also serve as the main basis for intra-day chart analysis and be able to perform informed decision before entering or exiting any given trade.

### The irregular "Messy" patterns

The irregular or "messy" patterns refer to stocks that do not have a clear identifiable price action. Price moves in an erratic manner with no particular way to predict how it is going to move in the short term.

The messy patters are usually best avoided when trading penny stocks as they represent more gambling than trading with a calculated risk, possibly causing the trader to incur significant losses.

Below are a few examples of irregular patterns that must be avoided when looking for potential plays.

These examples are illustrated in Figures II.6.1 to II.6.10.



*Figure II.6.1 - Multicharts - Irregular Pattern AMMJ, daily chart*

**Learning the chart patterns**                    113

The Complete Penny Stocking Course                    Trading Penny Stocks



*Figure II.6.2 - Multicharts - Irregular Pattern PRTS, daily chart*



*Figure II.6.3 - Multicharts - Irregular Pattern DUBL, daily chart*



*Figure II.6.4 - Multicharts - Irregular Pattern REED, daily chart*

Confidential                                                          TS0007681

The Complete Penny Stocking Course                    Trading Penny Stocks



*Figure II.6.5 - Multicharts - Irregular Pattern BOOM, daily chart*



*Figure II.6.6 - Multicharts - Irregular Pattern POEFF, daily chart*



*Figure II.6.7 - Multicharts - Irregular Pattern EPXY, daily chart*

**Learning the chart patterns**                    115

The Complete Penny Stocking Course                    Trading Penny Stocks



*Figure II.6.8 - Multicharts - Irregular Pattern KOS, daily chart*



*Figure II.6.9 - Multicharts - Irregular Pattern EGO, daily chart*



*Figure II.6.10 - Multicharts - Irregular Pattern DGAZ, daily chart*

116                              **Learning the chart patterns**

## The "Clean" patterns

The clean patterns are the most basic technical analysis patterns that follow some logic when it comes to price movement; these patterns are usually widely recognized by traders in different areas (not only penny stocks) and represent coherent motion of the price of an instrument.

Clean patterns allow penny stock traders to make informed decisions and make calculated risks about any given stock.

### The Supernova

### The Stair Stepper

### The Snore

### The Crow

### Summary

### Questions

### Exercises

### Homework

---

**Learning the chart patterns**                                        117

The Complete Penny Stocking Course                                    Trading Penny Stocks

118                        **Learning the chart patterns**

Confidential

## Chapter II.7 - Understanding catalysts

### Overview

This chapter focuses on what catalysts are for a given stock and how it affects the price action for that instrument.

### Goals

The goal of this chapter is for you to become familiar with the concept of catalysts and to understand the effect that each type of catalyst has on the price action of any given stock.

At the end of this chapter you will understand what each catalyst does and how it can be exploited to generate a profit on a trade.

### What is a Catalyst?

Just like in chemistry, a catalyst is something that will accelerate a reaction on a certain type of solution. When it comes to penny stocks, catalysts are events that affect the price action and create momentum.

There are various types of catalysts that create a movement in the price of a stock; each of these have their own particularities and intricacies when it comes to moving an instrument either positively or negatively.

### Earnings Winner

Public companies in the US are required by the SEC to file an earnings report every quarter (3 months), providing the shareholders with all the necessary information regarding the financial health of the company as well as detailed revenue and profit numbers.

The exact dates for earning reports vary from company to company.

An earnings winners is a company that has positive earnings and is able to generate enough hype to force the price to rise in a very quick manner; this is especially true with penny stocks.

Confidential                                                                TS0007686

Penny stocks earnings winner can run up for multiple days and successful ones are often subjected to morning spikes and gap-ups.

Earnings winners are often an indicator of a potential long position, by identifying key resistance, key support and watching for breakouts past the resistance line or dips at the key support.

It is also important to consider that the earnings in themselves are not as important as reaction to the earnings; this means that while positive earnings may mean a hike in price, it may do just the opposite depending on context. The reaction to the earnings is what drives the price. Conversely, bad earnings may result in a spike.

Earnings need to be matched with price action.

It is a dangerous practice to short earnings winners, as the downside can be minimal and conversely the upside can last longer than expected.

## Contract Winner

More random in nature, and depending on the day to day actions of the company, a contract usually means a positive cash inflow into the company by the means of an agreement between the company and a third party acquiring their products or services.

Similarly to earnings, contract are often an indicator of positive price action with the chance of potential morning spikes and gap-ups. Contract winners are usually potential long positions and can run over multiple days.

The effect on price action is even more pronounced in contract winners, when the contract is obtained from a major brand or government; this usually provides additional credibility to the event and creates more interest among traders, hence driving the price action up.

Much like earnings winners, contract winners can be exploited in the same manner on the upside, by establishing key resistance and support, and observing how the price action moves around those levels.

It is also a dangerous practice to short contract winners, for much the same reasons explained above.

Confidential          TS0007687

## The News

News usually pertain to media information about an instrument describing an event may affect the company directly or indirectly.

News can take many forms for traders: news networks, blogs, articles from reputable sources, social media, PRs, etc; when it comes to price action, they can either affect a stock positively or negatively depending on the information being advanced to the reader/watcher.

Stocks are real companies (for the most part) and their business models revolve around the state of the world; as such, news affecting the given stock's industry, main operational field or competitors may have a direct impact on its price action.

This is where understanding the fundamental factors becomes critical in predicting how the stock price may move.

For example, in August 2014, the US was confronted to police violence in Ferguson, Missouri. The news regarding the questioning of police behavior raised the awareness of the necessity of some type of oversight or control over the actions taken by each officer; this became more prominent as people became enraged with the whole situation over the following weeks.

These events led to police departments acquiring wearable cameras in order to be able to control and oversee the actions of their officers post-event. One of the main companies in this industry, Digital Ally Inc. designs and manufactures these types of devices for law enforcement. Traders know this company as DGLY, a stock that raised from around $3.00/share to $34.00 share within two weeks.

In this specific case, the news had an effect on the company and creating a viable business opportunity that resulted in winning contracts with various law enforcement agencies. Additionally, companies in the same industry also encountered the same type of behavior in their price, what can be called a "sympathy play", with traders expecting the price to do just as the big winner did.

Stock price action driven by news can be played both long and short depending on the context and the events being reported.

Confidential          TS0007688

## Hype, Speculation and Anticipation

Hype, Speculation and Anticipation all fall within a subset of news as described above; stocks that move based on these factors are hard to play unless there are very strong factors that drive the price.

Hype is usually a social type of behavior where a company or a product might seem to be a bigger deal than it actually is; it defies the laws of sense and is entirely based on the emotional response to a brand, product, or the feeling that these bring to the hype "leaders". The rest of the sheep then follow and the end result is a snow-ball movement in price action that will drive the stock up.

Hype is usually associated with a positive reaction; however, hype does die down and as hype decreases, so does the price.

Hype plays are usually a type of play that will allow the trader to trade both the long and short sides of the price action, as the price in these types of plays has a tendency to overextend before retracing all its gains within a matter of hours.

The danger in hype plays, is that a stock may continue to rise and draw attention to the company, thus creating a situation where additional news may arise, and with it the price; though this is not common, it is possible. Conversely, it may seem like the price may keep on rising only to encounter a cliff and nose dive into the rocky shore.

Hype plays must be traded with caution since they have a tendency to be unpredictable in their price action behavior.


Similarly, speculation and anticipation are usually pushed by so-called Analysts who provide a great deal of "insight" into the reasons behind the potential imminent success of a given company. Often times these analysts have a conflict-of-interest type of situation where it becomes beneficial for them to write these types of articles (this applies to a great percentage of analysts).

Speculation and anticipation will often drive the price of a stock one way or the other depending on what is being presented by the speculator or analyst; it is often

Confidential                                                                TS0007689

hard to trade these plays without having some good fundamental understanding of the traded instrument.

## Biotechs

Last but not least, are Biotechs; they are not a catalyst per se, but deserve a fair mention in this section. "Biotech" refers to bio-technology or more widely known pharmaceutical companies. They specialize in creating medicine and drugs with the intent to patent and license.

Biotechs follow a very specific set of rules which makes it a very intricate niche within the niche of Penny Stocks. These rules are set by the development cycle that is involved in the creation of a drug. With each phase, often can be seen different type of price actions that are solely based on speculation, since these companies spend most of the development phase asking for money and not generating any type of income whatsoever.

The type of plays offered by biotechnology stocks is often more of a long term position that focuses on intimately knowing the traded instruments, their filing schedules, understanding their PRs and following the developments associated with their FDA statuses.

Biotechs are often considered hard-to-play stocks due to their price-action unpredictability and the complexity of the process that leads the price up and down. They are however profitable when properly understood; this would take a course on its own and falls in part outside of the scope of this manual.

To find out more about biotechnology stocks, check out Bio RunUp's website (Runup, n.d.); they provide a full featured website dedicated to following biotechs, schedules and potential plays in that niche.

## Summary

- Catalysts are a type of information that can create price-action in a stock
- There are multiple types of catalysts
- Earnings winners are good long and dip positions

---

**Understanding catalysts**                    123

- o Don't short earning's winners
- Contract winners are food long and dip positions
  - o Don't short contract winners
- News can drive the price of the stock based on content
  - o They may be directly or indirectly related to the stock
  - o They may target the industry of a set of stocks, the most prominent in those sectors will be the most affected by the news
  - o The context will lead the price action either up or down, making it possible to play both long and short positions
- Hype is a social type of behavior that drives price action based on emotional perception of a brand or product
  - o It can be difficult to play as the price action is unpredictable based on fundamental factors
  - o It can be dangerous due to the risk of quick reversal of the price action and retrace of the previous movement
- Speculation behaves similarly to hype based on expert opinions that may or may not reflect the reality of the company
- Biotechs are a complex type of penny stocks with a very specific type of catalysts and rules that affect its price action
  - o Should be avoided by novice traders

Questions


Homework

Confidential

## Chapter II.8 - Understanding Pump and Dumps

### Overview

This chapter will focus on getting to know the concept of a "Pump and Dump" and how to profit from its predictable price action.

### Goals

The goal of this chapter is to provide you with a deep understanding on how a Pump and Dump works, how you can profit from it and the dangers that are associated with trading these types of stocks.

At the end of this chapter you will be able to recognize the very characteristic chart of a Pump and Dump, know what to look for when searching for potential plays, how to find promoters and how to potentially profit from playing a Pump and Dump type of trade.

### What is a Pump and Dump?

A Pump and Dump (P&D) is a stock that represents an often worthless company that is being promoted as being worth a lot more than its real value. P&Ds are often promotions, that may have been compensated or uncompensated, that have been mandated (in some cases) by a third party wishing to unload their shares for a profit in spite of other gullible traders who are not experienced with these types of events.

The price action of a successful P&D is usually a gradual but strong rise in price for the duration of the promotion (the pump) until the promotion ends and there is a very quick drop in the price (the dump), bringing it back to its original state.

There are two types of P&Ds: paid and uncompensated. The promotions in themselves are crafted in a manner intended to entice the "make-money-fast" crowd, who are usually the most easily manipulated into gambling on the stock market for a quick, but unreal, profit.

Confidential                                                                                                    TS0007692

### Paid promotions

As mentioned above, paid promotions are, in most cases, mandated by an unknown third party in possession of a large number of shares for a worthless company obtained at a discounted price. This third party hires promoters, in a pyramid scheme type of setup, to advertise the instrument at play and drive its price up for a certain duration of time.

These types of promotions are characterized by a long bottom-line disclaimer stating the amount received to promote the stock in question. This is required by the SEC in order to remain in compliance with the rules and avoid having the trading halted for the stock.

Promotions of this type often come as newsletters, blogs and paper mail promotions.

### Uncompensated promotions

The other type of P&D is uncompensated and the promotion is pushed by individuals building a list of paid followers for their subscription and paid access.

In order to gain credibility these types of promoters attempt to push the stock price up, offering their followers certain profits, before dropping the ball.

Uncompensated promotions are often less successful than paid promotions, due to the lack of "organized-crime" type structure that exists within the inner circles of paid promoters.

### The physiology of a Pump & Dump

The P&D is one of the most predictable patterns in penny stocks, and unlike other types of plays, the outcome is almost always the same.

A promotion often starts with a teaser mentioning an upcoming stock that will make a lot of money. This is often announced weeks in advance before the main course of the promotion starts, just to get people enticed.

Less successful promoters often skip that step and move directly to the promotion part of the P&D, de mailer promotion.

Confidential                                                                                                                    TS0007693

This phase focuses on mass mailing subscribers with the promoter's pick of a stock with the sole purpose of pumping the price sometimes by up to 400% during the course of a couple of weeks, up to a month.

The main characteristic of this phase is the successive green days for a stock that has no real worth as a company or doesn't have any real product; novice traders and "get-rich" seekers get caught in the hype, driving de price even higher.

The final phase of the P&D, is the dump: once the promoter's target price or maximum price achievable for the promotion has been reached, the promoter stops sending emails and people soon realize the scam. This phase is characterized by a very quick drop in price, losing often up to 75% of its value over a couple of days and going back to its pre-pump level within weeks.

It is worth noting that promoters liquidate their free-floating shares as the promotion advances and not the whole inventory at once.

### Promoters

The very basis of a P&D lies upon the capacity of promoters to successfully reach their target demographic and achieve a massive rise in price on a given stock. The world of promoters is quite complex, and follows a pyramid-like structure when it comes to who mandates and who promotes.

An intricate description and detailed workings of the world of promoters has been described by "The Dean", a C-Lister penny stock promoter, at the 3rd Annual Penny Stocking Conference in Las Vegas; this has been recorded and is available on a DVD called The New Rules of Penny Stocking (Sykes, The New Rules of Pennystocking, 2011), available on profit.ly, or Timothy Sykes' store.

We will have a quick overview of the various players in penny stocking promotion and try to quickly understand the role of each of these players when it comes to running a promotion.

Figure II.8.1 below shows the basic pyramid setup that exists in the realm of promoters and P&Ds.

Confidential        TS0007694



*Figure II.8.1 – Stock promoter pyramid as presented by The Dean*

### The Smartest man in the room – #1

At the top of the pyramid, we find "The smartest man in the room". This entity has obtained a large number of shares for a given company at a highly discounted price and is usually responsible for bringing the company public through a reverse merger or S-1 registration. This entity provides the base capital for the promotion and its identity is concealed by multiple corporations. Usually has no interest in the company or the product.

### Quarterback promoter – #2

The QB promoter has the responsibility of building a "team" of promoters and paying them in cash to perform the promotion; they are directly paid by the "Smartest man in the room" in either cash or free-trading stock. By knowing which promoters

Confidential                                                              TS0007695

are successful, they make some easy money. They are also legally liable as they are the "companies" that appear as compensating the promotion in the legal disclaimers.

### Private placement subscribers – #3

They purchase free-trading stock at a discount in order to trade during the public opening. Private placement subscribers usually know about the promotion in advance through a "verbal agreement" with the "Smartest man in the room".

### A-Lister promoter – #4

So-called "Grave Diggers", they get paid the most to ensure that their subscribers hold the stock for the long term, as an investment; their promotions usually start later than all other promoters. A-Lister promoters continually reinvest a percentage of their gains to reel in more subscribers and they will usually be the ones at the top of paid ads in search engines. They are the most in demand and are usually booked a month in advance.

### B-Lister promoter – #5

B-Listers may offer their subscribers a better chance to do well while trading this stock, and like the A-Listers, they must continually reinvest part of their gains to gather more subscribers, though to a lesser extent. They usually start covering the promotion before the A-Lister promoter do.

### C-Lister promoter – #6

The C-List promoter are the smallest promoters in the group receiving a small cash amount compensation per promotion. C-Listers often start the promotion in conjunction with other C-Lister promoters as a group and usually do not have the resources or know-how required to build a more efficient list. The C-List promoters often fly under the radar and have a less respect for SEC laws. C-Listers must usually scavenge for deals with the QB promoters but can make up to $25000 a month.

### Promotion insiders – #7

This entity has first-hand knowledge of how and when the promotion will take place. This may include individuals or companies that know about the promotion deal. They are often the ones to "jump the gun" and start buying shares before the

Confidential                                                                TS0007696

start of the promo, in anticipation of the move; promotion insiders are usually the ones selling on the day that de promotion begins. The can often be responsible for "killing" a promotion by engaging in this types of behavior.

### Pre-promo buyers – #8

Pre-promo buyers are speculators on upcoming promotions and buy shares of the company preemptively in order to benefit early from the price spike. They base themselves on recent trading volume and price swings to determine which stocks are worth playing, but take a lot of speculative risks.

### Traders with sheep-like followers – #9

These traders may play a stock before, during or after the promotion takes place and have a profitable track record that novice or inexperienced traders follow blindly based on their reputation by simply following their trades. This provides them with background support from their followers performing the same trades. They usually have an advantage over other traders because of their following-base.

### Newsletters suckers who trade the promoted stock (NSWTPS) – #10

NSWTPS buy a promotion based on the recommendation of a promoted stock. This is usually the category in which penny stock traders with knowledge of a P&D fall into, as well as traders who don't necessarily realize that it is a promotion. NSWTPS will stay in the trade for a very short period of time, and exit their position within 48 to 72 hours.

### Newsletters suckers who trade the promoted stock & believe long term – #11

These types of traders are at the bottom of the pyramid and buy the stock based on the recommendation of a newsletter, usually put forth by A-Lister promoters. They believe all the hype and half-truths advanced by the promotion and believe in the possibility of a viable long term investment without realizing that it is a worthless company. They are the ones who lose the most money.

Confidential                                                            TS0007697

## Mailing Lists

Subscriber based mailing lists are the very basis of promotions. As explained in the previous segment, promoters invest a great deal of money into building subscriber lists they can send their promotions to.

### Finding promoter mailing lists

This is usually as simple as searching for terms like "hot stock tips", "stock tips", or similar wording/synonyms and looking for the top paid and unpaid results provided by search engines.

There are lots of promoters and very few are successful; finding the right ones means doing some research and finding how well the promotion for a given promoter has done.

Tools like "The Pump Tracker" (The Pump Tracker, n.d.) may offer some insight as to which stocks are currently being promoted, as well as the amount of compensation received.

### Subscribing

There are lots of promoters in the game who engage in sending promotions through e-mail subscribing lists; being successful in tracking these promotions usually means subscribing to a fair amount of mailing lists. This also means going to each of the promoter's sites and signing up with your email address.

It is good practice to have use a separate email account to receive mailing list promotions, in order to separate these types of messages from all your other relevant emails.

When it comes to which promoters to follow, the list changes continuously and while some become more successful, some disappear due to many factors. Listing promoters is out of the scope of this course.

## Price action, volume and patterns

P&D follow a very specific pattern that often repeats over time and is easily recognized when taking a look at the chart.

Confidential                    TS0007698

A promotion will usually focus on a stock that normally has very little to no trading volume over the past few months (keeping in mind that a promotion is not usually run twice for the same stock in the short term).

In the weeks before the promotion starts, there is usually an increase in volume but price action remains flat; this is usually known as the pre-pump stage and is what pump speculators look for (#8 in our promoter pyramid); it is also where all the upper pyramid blocks have their hands (#1-#9)

The second phase of the promotion is when the promotion finally starts and the emails start to go out, successful promotions are marked by a massive increase in volume and a spike in price over the next few days or weeks (depending on how long the promotion lasts).

Keep in mind that promoters are usually hired for an unspecified period of time that varies from promotion to promotion.

The final stage of the promotion is the dump, when everyone realizes (except for long-term bag-holders) that the company is really worthless and the price drops back to its original price point within a matter of days.

This is in essence how a P&D works.

> *"From many shares in the hands of few, to few shares in the hands of many"* ~ The Dean (Sykes, The New Rules of Pennystocking, 2011)

## How to profit from a Pump & Dump?

Now that we understand how P&Ds work, the question that begs to be asked is, How to profit from it?

P&Ds are highly predictable patterns that repeat over time. While the exact price action always varies from stock to stock, the daily charts are usually very similar, sometimes to the point of a carbon copy from one P&D to the next.

Being predictable patters, and knowing that the companies represented by the P&D are not worth much, it is easy to plan for all possibilities in those cases and the

Confidential                                                                TS0007699

hardest aspect of trading these types of stocks is timing, as will be explained in Chapter II.10.

P&D can be profitable opportunities on both long and short sides.

### Profiting Long

Making profits on the long side of a P&D is an art. It takes practice and experience to achieve profitable results in buying a pump and dump.

The key to taking a long position in these types of promoted stocks is to know about the promotion early, and getting in on the very first day when the price is near its multi-month average.

Taking a long position late in the pump is risky, as will be explained in the next section of this chapter.

### Profiting Short

This is where most penny stock traders following this strategy make money. Conversely to taking a long position, a short position on a P&D is an assured gain, provided you obtain shares to short and have enough patience to go through the dumping process.

While you may not know at which point the stock is going to encounter a reversal on the long side, the short side is guaranteed to be a success considering that the company itself truly isn't worth anything.

However, shorting P&D does require good training, experience and an excellent understanding of how to trade these types of securities, which sometimes involves boxing a position (covered in detail in Chapter III.5)

### Beware

P&D are very predictable patterns and can lead to very profitable trades, but only by understanding how they work and more importantly the risks that are associated with it.

Companies that are candidates for promotions are usually listed as OTC Stocks since they do not meet the requirements to be listed under the major exchanges.

Confidential                                                                                    TS0007700

OTC stocks are bound by a specific set of unspoken trading rules that make them difficult to trade without prior experience. This will be discussed in great detail in Chapter III.3. Entering OTC stocks without understanding these rules can lead to major losses.

Additionally, the availability of shares to short for a P&D is often limited, making it difficult to short a stock right before the dump; this often necessitates the use of a technique called Boxing, as will be discussed in Chapter III.5

It is important to understand that trading P&D implies trading shady, worthless companies that have no real product or service to offer; it is also important to understand that these promotions do not always follow the rules and by not doing so, the company can be subjected to a SEC halt, which suspends the trading until the company provides the necessary information to continue the trading – this is very dangerous for long positions, as post halt price action can mean a 75% drop.

The bottom line is that you shouldn't trade P&Ds until you have completely familiarized yourself with Chapters III.1 (Short selling), III.3 (Over the counter bulletin boards) and Chapter III.5 (Position Boxing).

## Summary

- Pump and Dumps are the result of paid promotions for shady, worthless companies
- Pump and Dumps rely on promoter's subscribers to pump the stock
- Pump and Dumps are very predictable, repeatable patters
- Taking a long position in a P&D must be done early in the pump, it is very risky otherwise and can lead to potential losses
- Taking a short position can be profitable but timing is important
- Beware of P&D, they are often OTCBB stocks and exist within a different of rules which need to be understood
- Complete Chapters III.1, III.2, III.3 and III.5 before attempting to trade P&Ds
- The promoter structure is quite complex and there are multiple levels of penny stock promoters
- Not all promotions are successful
- Most promoters do not lead successful Pump and Dumps

Confidential                                                                 TS0007701

The Complete Penny Stocking Course                    Trading Penny Stocks

- Search for "hot stocks", "hot stock picks" on your search engine and sign up to newsletters using a dedicated email account for pumps.

## Questions

## Exercises

## Homework

- Open a dedicated email account for pump and dump promotions
- Go on your favorite search engine and look for promoters, sign up for their newsletters
- Research each promoter and determine their last promotion and how well they have done in the past to establish whether it is a good promoter
- Look for current promotions happening in the market and observe their behavior, take notes on the price action behavior on a day-to-day intraday movement

**Understanding Pump and Dumps**                    135

## Chapter II.9 - Building a watchlist and doing research

### Overview

This chapter will focus on the various steps necessary to research potential plays and establishing a robust watchlist on a daily basis.

### Goals

The goal of this chapter is to get you proficient at performing stock research and establishing a daily watchlist of stocks that will be potential plays for the next trading session.

At the end of this chapter you will be able to:

- look for stocks and recognize the patterns and catalysts discussed in Chapters II.6 and II.7,
- perform in-depth research about a stock and understand basic fundamental information
- document your choices as to why a stock should or shouldn't be on your list
- rating your picks in terms of potential profitability
- creating your daily watchlist based on the information collected in the previous steps

### Getting Started

*"amat victoria curam" (victory loves preparation) ~ Latin proverb*

The daily watchlist is quite possibly one of the most important tasks when it comes to trading penny stocks. It represents your plan for the day, it establishes what you should be looking at, why you should be looking at it and what you should expect from what you're watching.

Your daily watchlist allows you to have a proper strategy on how to play any given stock that you are watching and to weed out the plays that are potentially profitable and separate them from the stocks that present no opportunity.

Confidential                                                                                    TS0007703

Building a watchlist is the last thing you do on your previous trading day and the first thing you do for the coming session. More importantly, this task represents the most work intensive part of your trading process; without it, trading is nothing more than an uninformed gamble with little information to make a decision.

At the end of the watchlist building process you should end up with a list of no more than 10-12 potential picks; while the list could easily become longer, it is worth noting that it is hard to concentrate on so many potential plays and it often leads to missed opportunities within your own list. Ideally, you should focus on 5-6 top picks.

Not spending a good amount of time building a watchlist will only lead to mediocre performance or losses when trading.

## Finding Stocks

The first step in building a watchlist is finding potential stocks that represent profitable opportunities for the next trading session; being able to identify these stocks takes knowledge and experience.

In order to do this step you must be intimately familiar with Chapter II.6 in order to quickly be able to recognize profitable patterns, Chapter II.7 to be able to understand which stocks are being driven by events and Chapter II.8 to know which are Pump & Dumps.

Here are some of the ways to start building a list of potential stocks, and then filtering the good ones from the less interesting plays.

Below will be shown how to use some of the tools described in Chapter I.8 when it comes to actually performing stock research for potential plays. While this is not an exhaustive description of all the ways to find your stocks, I aim to provide the basic guidelines to do so. You are free to use other tools with a similar mindset.

### Google Spreadsheets

While not a finding tool in itself, Google spreadsheets allows to quickly list your initial picks before doing in-depth research.

Confidential                                                                          TS0007704

Below is an example of I personally use Google spreadsheets to prepare my lists and input my initial picks, then cleaned up to only reflect my main plays.

| | A | B | C | E | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Capital | $12,120.77 | | | | | | | | ★ | | | |
| 2 | | | | | | | | | | | | | |
| 3 | Symbol | Action | RU % | N | Res. | Sup. | Up. | Down. | $ Goal | Rating | Info | Notes | Concerns |
| 4 | OREX | | 1.00% | $0.5114 | $8.38, $9.10 | 7.49 | 1.5 | 1.64 | 0.5-1.00 | 3 | P230 - N0.5114 | This biotech stock is a $3+ winner yesterday and finally encountered some resistance at $9.10 before dropping down to the 9.70s on multiple occasions. $9.10 was retested 3 times before a major drop in price back to around $7.84 at close. Potential short if it spikes some more during the day. | The price may spike some more, possibly back to its resistance level at the $9.10 level before it is worth shorting. Lots of sqeezes on this play yesterday |
| 5 | GENE | | 1.00% | $1.6386 | $5.45 | $5.34 | 1.5 | 0.35 | 0.4-0.5 | 2 | P70 - N1.6385 | This biotech stock has been on the watchlist for multiple days. Price has been overexetended for a while but price action has not been kind to traders. Potential short every day | Very irregular stock, lots of traders getting burned both on the long and short sides. Trade with caution |
| 6 | EYES | | 1.00% | $1.5957 | $14.75 | $14.69 | 2.5 | 1 | 0.3-0.5 | 2 | P70 - N1.5957 | Eyes is on its second red day after a $2 spike a couple of days ago, currently in the high $14s, may possibly revert to the $12 or $10 price point. | Shortable shares are hard to borrow on IB, lots of competition to enter this play as a short. |
| 7 | BIOC | | 1.00% | $0.7450 | $3.45 | $3.25 | 0.8 | 0.15 | 0.3-0.5 | 2 | P160 - N0.745 | This is another overextended biotech stock as has been the trend laterly, lots of these plays going around. This is a potential short on a daily basis. | Shares are hard to find and the stock has also presented irregular price action. |
| 8 | ONCY | | 1.00% | $0.1450 | $1.22,$1.40 | $1.12 | 0.32 | 0.2 | 0.2-0.3 | 2 | P830 - N0.145 | potential short similar to GENE, BIOC and EYES | May attempt to spike, share availability |
| 9 | TSRI | | 1.00% | $0.1671 | 5.50 | 4.73 | 1.3 | 0.3 | 0.3-0.5 | | P720 - N0.1671 | potential short similar to OREX | May spike some more before dropping down, too high priced |
| 10 | RESN | | 1.00% | $1.8421 | $11.00 | $10.45 | 2 | 0.5 | 0.4-0.75 | 2 | P60 - N1.8421 | This stock is a potential buy on price action. It had a favorable Seeking Alpha article that yielded no immediate results in price action, keeping it a relatively boring play; it later reached $10.94 from it's $10.45 level | Yesterday was marked by a big drop followed, by a recovery by the time it reached close; this stock might be boring today if price action and volume are not there to move it. |
| 11 | TIVO | | 1.00% | $0.2971 | $11.51 | $11.17,$11.12 | 0.5 | 0.12 | 0.3-0.4 | 2 | P400 - N0.2971 | earnings winners, potential buy or dip buy | Price action may fail on 2nd day |
| 12 | EFUT | | 1.00% | $0.0829 | $4.25 | $3.73 | 1.3 | 0.5 | 0.3 | 2 | P1460 - N0.0828 | earnings winners, potential buy or dip buy | Price action may fail on 2nd day |
| 13 | IFON | | 1.00% | $0.1129 | | | | | | 2 | P1070 - N0.1128 | ID - earnings winner | |

*Figure II.9.1 - Google Spreadsheets watchlist and pick details*

Figure II.9.1 above shows some of the details to collect and establish as will be discussed further in the chapter; it displays my personal way of gathering stock information and organize my data prior to posting my watchlist on my blog.

It is your job to create a system that suits your needs in terms of how you collect and sort your information.

Timothy Sykes does this with Word, some users use the built-in profit.ly watchlist sharing utility; each trader has to develop its own stock acquisition method.

### *Finviz*

As seen in Chapter I.8, Finviz is a delayed data stock screener for listed stocks. It provides a neat way to quickly find stocks based on user-determined filters.

What you should be looking for:

- Stocks under $10 or $15
- Average volume above 50K, 100K or 200K
- Change up 5%-10%

This type of filter allows you to find stocks that are up 5%-10% within the penny stocking range.



| No. | Ticker | Company | Sector | Industry | Country | Market Cap | P/E | Price | Change | Volume |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NVGN | Novogen Limited | Healthcare | Drug Manufacturers - Major | Australia | 32.06M | - | 4.22 | 37.01% | 3,771,906 |
| 2 | VTSS | Vitesse Semiconductor Corp. | Technology | Semiconductor - Integrated Circuits | USA | 268.29M | - | 5.31 | 36.50% | 8,400,279 |
| 3 | MTL | Mechel OAO | Basic Materials | Steel & Iron | Russia | 458.08M | - | 1.27 | 23.20% | 1,117,049 |
| 4 | ZQK | Quiksilver Inc. | Consumer Goods | Textile - Apparel Clothing | USA | 296.26M | - | 2.00 | 17.65% | 1,196,624 |
| 5 | SPHS | Sophiris Bio, Inc. | Healthcare | Drugs - Generic | USA | 9.13M | - | 0.61 | 12.79% | 16,996 |
| 6 | RGSE | Real Goods Solar, Inc. | Industrial Goods | General Building Materials | USA | 17.78M | - | 0.35 | 11.64% | 2,802,364 |
| 7 | LEI | Lucas Energy | | il & Gas | USA | 6.32M | - | 0.20 | 10.96% | 83,739 |
| 8 | HELI | CHC Group L | | pment & Services | Cayman Islands | 91.09M | - | 1.25 | 10.62% | 201,894 |
| 9 | LAS | Lentuo Intern | | ps | China | 14.52M | 2.78 | 0.49 | 10.11% | 141,109 |
| 10 | AMRN | Amarin Corp | | urers - Other | Ireland | 417.69M | - | 2.60 | 9.70% | 6,041,151 |
| 11 | ASTI | Ascent Solar | | - Specialized | USA | 28.12M | - | 1.31 | 7.82% | 2,171,744 |
| 12 | PHMD | PhotoMedex, | | nces & Equipment | USA | 29.35M | - | 1.66 | 7.79% | 22,204 |
| 13 | PRSN | Perseon Corp | | nces & Equipment | USA | 13.32M | - | 0.36 | 7.40% | 2,090 |
| 14 | MCP | Molycorp, In | | ls & Minerals | USA | 117.45M | - | 0.52 | 7.40% | 1,373,234 |
| 15 | ROX | Castle Brand | | ineries & Distillers | USA | 213.41M | - | 1.46 | 7.35% | 153,857 |
| 16 | CAS | A. M. Castle | | on | USA | 77.78M | - | 3.51 | 6.36% | 26,376 |
| 17 | NXTD | Nxt-ID, Inc. | | tection Services | USA | 66.62M | - | 2.85 | 6.24% | 81,574 |
| 18 | AKS | AK Steel Holding Corporation | Basic Materials | Steel & Iron | USA | 707.56M | - | 4.22 | 6.16% | 3,054,222 |

*Figure II.9.2 - Finviz screener*

Figure II.9.2 shows the results of the Finviz screen once the filters have been applied and the results have been returned. The figure also shows that Finviz allows users to quickly take a look at the charts by hovering the mouse over the stock ticker. This allows to quickly recognize chart patterns and add them to your temporary list for further analysis.

## *Stockfetcher*

Stockfetcher is paid alternative to Finviz that offers a great range of features to perform a much more precise in-depth filtering of all available stocks based on user defined filters.

What sets it apart is the possibility to program your own filters based on your requirements using their scripting language.

Confidential TS0007706

Providing a list of filters to find potential plays is outside of the scope of this course given that the possibilities for creating filters is limited only by the user's imagination and its capacity to understand how the scripting language works. Stockfetcher offers a great documentation to achieve this task.



*Figure II.9.3 - Stockfetcher filter*

Much like Finviz, Stockfetcher allows to hover the stock ticker and quickly view the stock chart and thus allowing to quickly recognize chart patterns and adding them to your temporary picks.

However, unlike Finviz, Stockfetcher also covers OTCBB stocks.

### StocksToTrade/EquityFeed

StocksToTrade/EquityFeed is a very advanced programmable scanner that allows to quickly find potential plays based on wide availability of real-time quotes.

One of the main features of STT/EF is the ability to provide a real-time scanner of stocks that have earnings, news, filings and filter these in terms of price range, volume range, among many other criteria.

Confidential                                                        TS0007707

The Complete Penny Stocking Course                          Trading Penny Stocks

It is a real-time version of StockFetcher, making it ideal to quickly identify potential plays intraday.



Figure II.9.4 - StocksToTrade Biggest % gainers over the last 5 days for stocks under $10

STT/EF offers many features for performing research and attempts to centralize all the necessary information in relation to the stock being looked.

Much like StockFetcher, it is hard to cover all the possible ways of finding plays, but focusing on the biggest gainers screens, % gainers with earnings, % gainers with news is usually key to finding potential plays intra-day. Screen examples are shown in Figures II.9.4 and II.9.5.

The main advantage of STT/EF is that it is a very advanced real-time scanner. And allows to efficiently and quickly find potential picks for your list.

**Building a watchlist and doing research**                          141

Confidential                                                                    TS0007708

| Time | News | Symbol | Compa... | Last | Net Change | % Chg ▼ | Volume | Trades |
|---|---|---|---|---|---|---|---|---|
| 09:58:14 | 2 | CNDO | CORONAD... | 4.70 | +1.48 | +45.96 % | 3,807,486 | 10,146 |
| 09:56:42 | 1 | EMIS | EMISPHER... | 0.735 | +0.113 | +18.17 % | 101,143 | 41 |
| 09:58:01 | 1 | SMLR | SEMLER S... | 5.35 | +0.72 | +15.55 % | 74,579 | 293 |
| 09:58:04 | 1 | SYN | SYNTHETI... | 2.67 | +0.29 | +12.18 % | 989,994 | 1,476 |
| 09:55:08 | 1 | BARZ | 5 BARZ IN... | 0.1205 | +0.012 | +11.06 % | 134,110 | 19 |
| 09:58:05 | 1 | ARTX | AROTECH | 3.6285 | +0.2685 | +7.99 % | 644,381 | 1,055 |
| 09:41:29 | 1 | ECGI | EVENT CA... | 0.14 | +0.0101 | +7.78 % | 29,000 | 3 |
| 09:57:40 | 1 | BBLU | BLUE EAR... | 1.11 | +0.08 | +7.77 % | 253,190 | 311 |
| 09:58:14 | 1 | AXMM | AXIOM CO... | 1.50 | +0.0905 | +6.42 % | 1,529,564 | 717 |
| 09:58:01 | 1 | PLUG | PLUG | 2.7501 | +0.1601 | +6.18 % | 986,087 | 900 |
| 09:56:02 | 1 | MNGA | MAGNEGAS | 0.825 | +0.0446 | +5.72 % | 135,043 | 93 |
| 09:58:12 | 1 | NVGN | NOVOGEN | 4.10 | +0.22 | +5.67 % | 226,854 | 497 |
| 09:58:09 | 1 | NAT | NORDIC A... | 11.4154 | +0.6054 | +5.60 % | 429,953 | 1,341 |
| 09:58:09 | 1 | FLSR | FLASR INC | 0.248 | +0.0117 | +4.97 % | 140,774 | 42 |
| 09:57:36 | 1 | ONCY | ONCOLYTI... | 0.8181 | +0.0381 | +4.08 % | 285,733 | 188 |
| 09:57:33 | 1 | CBMX | COMBIMA... | 2.10 | +0.09 | +4.48 % | 81,024 | 209 |
| 09:57:20 | 1 | SLTD | SOLAR3D | 2.6799 | +0.1099 | +4.28 % | 41,933 | 108 |

*Figure II.9.5 - STT Custom Filter displaying 4%+ gainers with news, filings and earnings for the current session*

StocksToTrade additionally offers pre-programmed filters that allow to have a very fast overview of the relevant stocks at play. These filters are based on Timothy Sykes' strategy, as the program was originally derived from EquityFeed specifically for this purpose, an example of the available filters is shown in Figure II.9.6.

It is worth noting that Timothy Sykes uses StocksToTrade as one of his tools to find his potential plays and establish his daily watchlists or perform intraday picks. The figure below shows a screenshot of the various filter categories offered by STT.

It is also worth noting that EquityFeed can perform exactly the same thing, but these filters will have to be created by the user (no pre-programmed filters) and will require the user to subscribe to their most expensive subscription plan to benefit from this feature.

Confidential                                                      TS0007709



*Figure II.9.6 - StocksToTrade - List of pre-programmed filters*

## Yahoo Finance

Yahoo Finance is a great free resource for both finding potential plays and performing in-depth research about a stock, as we will cover later on.

In order to find potential plays, Yahoo Finance offers a practical tool conveniently named "Market Movers", which basically displays the most active stocks, the 10 highest % gainers and the 10 highest percent losers.

Keep in mind that Yahoo Finance has recently implemented a Real-time display for their Market Movers, which applies for the biggest markets and updates every about second on their main screen.

Market Movers can be found at the following link: http://finance.yahoo.com/stock-center/#mkt-movers.

**Building a watchlist and doing research**                          143



YAHOO! FINANCE

Search Finance | Search Web

Wed, Mar 18, 2015, 4:51pm EDT - US Markets are closed

Recent

| | | |
|---|---|---|
| ^IXIC | 4,982.83 | +0.92% |
| OREX | 7.42 | -1.46% |
| DRAM | 2.23 | +3.75% |
| ARQL | 2.26 | -0.44% |
| BIOC | 2.30 | -3.77% |
| ABTL | 14.30 | +1.71% |
| AVEO | 1.35 | +0.75% |
| NYMX | 0.4999 | +8.67% |
| MGT | 0.4110 | -3.86% |
| GIG | 1.23 | -0.81% |

More › Pop Out

Quote Lookup Go

Finance Home
My Portfolio
My Quotes News
Market Data
**Stocks**
Mutual Funds
Options
ETFs
Bonds
Commodities
Currencies
Calendars

Yahoo Originals
Business & Finance
Personal Finance
CNBC
Contributors

US & World Indices US

S&P Dow Jones Nasdaq NYSE Other US Indices Stock Futures

| Name | Price | Change | % Change | Last Update | 1-Day |
|---|---|---|---|---|---|
| S&P 100 Index | 919.94 | +10.36 | +1.14% | 3:34PM EST | |
| S&P 400 Midcap Index | 1,526.76 | +16.13 | +1.07% | 4:10 PM EDT | |
| S&P 500 | 2,099.50 | +25.22 | +1.22% | 4:34 PM EDT | |
| S&P 600 | 718.00 | +6.62 | +0.93% | 4:34 PM EDT | |
| S&P Composite 1500 Index | 486.57 | +5.74 | +1.19% | 3:34PM EST | |
| VOLATILITY S&P 500 | 13.97 | -1.69 | -10.79% | 4:14 PM EDT | |

Market Movers U.S. Composite

Most Actives % Gainers % Losers

| Symbol | Company Name | Price | Change | % Change | Volume | 1-Day |
|---|---|---|---|---|---|---|
| VTSS | Vitesse Semiconduct... | 5.34 | +1.45 | +37.28% | 16,963,926 | |
| RTRX | Retrophin, Inc. | 20.17 | +5.41 | +36.65% | 5,425,555 | |
| SFY | Swift Energy Co. | 2.54 | +0.53 | +26.37% | 4,183,896 | |
| NVGN | Novogen Limited | 3.88 | +0.80 | +25.97% | 6,896,722 | |
| CACG | Chart Acquisition Corp. | 10.02 | +0.32 | +3.30% | 410 | |
| VRTB | Vestin Realty Mortga... | 4.41 | +0.82 | +22.84% | 53,222 | |
| APDN | Applied DNA Science... | 3.61 | +0.66 | +22.37% | 222,945 | |
| MTL | Mechel OAO | 1.26 | +0.23 | +22.33% | 2,769,014 | |
| GBR | New Concept Energy,... | 2.2120 | +0.4020 | +22.21% | 70,424 | |
| CAPR | Capricor Therapeutic... | 10.25 | +1.65 | +19.19% | 54,316 | |

Load 10 more

Trending Tickers

| | | | |
|---|---|---|---|
| **SQM** | RAD | HLF | WBAI |
| **18.65** -15.61% | 8.02 +1.78% | 38.76 +12.58% | 9.36 -20.75% |

*Figure II.9.7 - Yahoo Finance Market Movers*

While the "Market Movers" display is not customizable, it often displays plays that could be of interest as potential trade opportunities; the Market movers screen is shown in Figure II.9.7.

## *Seeking Alpha*

Seeking Alpha focuses on providing expert articles and news for stocks; moreover, traders have a tendency to rely on SA to make trade decisions which sometimes has a pump-like effect when an article comes out about a given stock.

In terms of picking potential plays, it is worth looking at their top and latest news in order to identify potential earnings and contract plays that may pop up.

Their news link is: http://seekingalpha.com/news/all

### Twitter

Last on this list is Twitter, a tool that can allow for great confusion as well as very select trade opportunities.

Knowing who to follow is key in being able to use Twitter for establishing potential watchlists; it is often a good idea to identify successful traders and follow the people the follow (as well as themselves). Michael Good, Tim Gritanni, Michael Crook, Timothy Sykes, Nathan Michaud, Superman, LX21. Who they follow on Twitter is usually a good baseline for who you should be following.

The hard part in choosing potential stocks from Twitter is cutting down the noise and being able to recognize potential plays based on who provided the information and the context surrounding the mention of that instrument.

## Doing in-depth research

At the end of the "finding" process, you should have a fair amount of stocks that are potential opportunities based simply on chart pattern and current price action. This preliminary list may have any number of tickers, based entirely on your findings.

Once that part is done, it becomes time to weed out plays of little to no interest. This is done by doing an in-depth research into the stock fundamentals and taking a more demanding look at the patterns found versus the ideal trading patterns for your strategy.

### Cutting out the weeds

You have your list and you are very happy with it, but your job is far from done: as a trader you need to look at the different factors that can affect a stock and how it relates to the play you intend to do.

The first thing to do is identifying how you want to play your stock; this is directly related to the type of strategy that you plan on using. Ultimately how you word or

---

**Building a watchlist and doing research**        145

establish your strategies is entirely up to you; Section IV will however cover in detail the various Strategies developed by Timothy Sykes.

Once you have established the type of play that you want to follow for a given stock you can then focus on the fundamental aspect of the stock and taking a second look at that chart.

Here are some questions you should ask yourself when weeding out stocks in your list:

- Is there a catalyst for this stock?
  - What is it?
- Is the price point near resistance/support?
- How has the stock done in the past?
- Why is the stock price up/down?
- Is it being promoted somewhere?
  - Is it a pump and dump?
- Is the company healthy or untrustworthy?
- How is the stock sector doing?

Chapter III.4 will cover in detail SEC filings, which will focus on a higher level of in-depth research when it comes to understanding the financials of a company, their financial health and understanding to reasons to believe why a company is or isn't providing a real product or service.

### Keeping the best plays

Those questions allow you to weed out the potential plays, but you should go one step further and keep the best plays at your reach.

That includes stocks that have proper catalysts matching with the right chart pattern.

At the end of this process you should end up with 5-6 top picks and a few other potential plays.

Confidential                                                                                      TS0007713

## Rating and categorizing your picks

Now that you have your picks and have a good idea why you should keep those on your list, you should rate and categorize your plays.

### Rating your picks

This concept is based on how LX21 trades; on one of his presentations (During the 2011 Annual Penny Stocking conference, recorded on Timothy Sykes' Penny Stocking Framework DVD) he shared how he would rate his picks from 1 to 4 based on tradability.

- 1 – Tradable
- 2 – Good
- 3 – Great
- 4 – The Best

Additionally, LX21 would have a 5 rating that is the "11" on the volume knob, "the cherry on top", the "Best of the best" that comes rarely but offers the greatest potential for profitability and he often considers to be his most profitable opportunities.

This will help you identify which are the picks you should really keep an eye on and which ones will be less important to watch during trading hours.

### Categorizing your picks

Categorizing in this context means associating each of the picks with one of your trading strategies; this is particularly important when tracking strategy performance in the future and knowing exactly how you should behave with a given stock, then time comes to act upon making a trading decision.

Knowing specifically which strategy a stock belongs to will tell you how you should act when the right conditions present themselves; it will also tell you when not to act.

## Documenting your choices

Now that you have your picks chosen, rated and categorized, it is time to document your choices of potential plays.

Confidential                                                        TS0007714

Documenting your choices serves not only the purpose of establishing your hypothesis in writing but also to reaffirm your initial ideas regarding the stock and the potential dangers.

### Your reasons for choosing a stock

The first part of documenting your picks focuses on clearly establishing the hypothesis behind the choice of any given stock by describing the reasons, patterns, price action, supports and resistances. This description also needs to take into consideration past behavior of the stock in order to be able to provide the big picture and not only focus on the tick-by-tick action.

Understanding past behavior is key to making informed decisions and taking calculated risks in a stock.

The description should also state how a stock falls into a given strategy and why it does so.

### Your concerns with a pick

The basic hypothesis covers why you chose a given stock, why decided to add it to your watchlist and what to expect from it; the other side of the coin focuses on any concerns that you may have with a stock and basically focuses on what could go wrong once you decide to enter a position.

Clearly establishing concerns about a potential plays adds another layer of preparation to your trading techniques. By making you aware of the possible negative outcomes that you may encounter this will allow you to establish the necessary countermeasures beforehand.

## Creating a daily watchlist

The final step actually consists of putting all of the collected information together in a manner that is easily readable and ease to use as a quick reference while the trading session is open.

This would usually be located in your journal, blog, or whatever mean you have decided to use to document your day-to-day picks.

Confidential                                                                TS0007715

Creating a daily watchlist is not only crucial in giving you a quick reference during the trading session, but also provides you with a historical account of your picks over time and how your choices have rated as you gain experience.

The Figure below shows how I present my own daily watchlists on my blog.

| | ATR | Risk/Reward | Support | Resistance | Rating | Goal | Bias |
|---|---|---|---|---|---|---|---|
| $OREX | 0.5114 | 1:0.91 | 7.49 | $8.38, $9.10 | ★★★ | $0.5-1.00/sh | Short |

**Notes**

This biotech stock is a $3+ winner yesterday and finally encountered some resistance at $9.10 before dropping down to the 8.70s on multiple occasions. $9.10 was retested 3 times before a major drop in price back to around $7.64 at close. Potential short if it spikes some more during the day.

**Concerns**

The price may spike some more, possibly back to its resistance level at the $9.10 level before it is worth shorting. Lots of sqeezes on this play yesterday.

| | ATR | Risk/Reward | Support | Resistance | Rating | Goal | Bias |
|---|---|---|---|---|---|---|---|
| $GENE | 1.6386 | 1:4.29 | 5.34 | 5.45 | ★★ | $0.4-0.5/sh | Short |

**Notes**

This biotech stock has been on the watchlist for multiple days. Price has been overexetended for a while but price action has not been kind to traders. Potential short every day

**Concerns**

Very irregular stock, lots of traders getting burned both on the long and short sides. Trade with caution

| | ATR | Risk/Reward | Support | Resistance | Rating | Goal | Bias |
|---|---|---|---|---|---|---|---|
| $EYES | 1.5957 | 1:2.50 | 14.59 | 14.78 | ★★ | $0.3-0.5/sh | Short |

**Notes**

Eyes is on its second red day after a $2 spike a couple of days ago, currently in the high $14s, may possibly revert to the $12 or $10 price point.

**Concerns**

Shortable shares are hard to borrow on IB, lots of competition to enter this play as a short.

| | ATR | Risk/Reward | Support | Resistance | Rating | Goal | Bias |
|---|---|---|---|---|---|---|---|
| $BIOC | 0.7450 | 1:5.33 | 3.25 | 3.45 | ★★ | $0.3-0.5/sh | Short |

**Notes**

This is another overextended biotech stock as has been the trend laterly, lots of these plays going around. This is a potential short on a daily basis.

**Concerns**

Shares are hard to find and the stock has also presented irregular price action.

*Figure II.9.8 - Red and Green Ninja blog Daily watchlist excerpt*

What your watchlist truly represents is your trading plan for each potential opportunity that the market has to offer. The more dedication and attention to detail you put into developing a plan, the greater the chances of obtaining an acceptable outcome regardless of how the opportunity turns out in reality.

## Summary

- Creating watchlists is one of the most important steps when trading penny stocks
  - It represents your trading plan
- Finding stocks requires the use of the tools are your disposal and knowing the chart patterns and what catalysts mean for each match
  - Choose based on known chart patterns
  - Choose based on your price, volume criteria
- Doing in-depth research allows to weed out potential plays from plays that have a low probability of yielding a profit.
  - Find support and resistance lines
  - Multi-day, month highs and lows
  - Average true Ranges
  - Price action and intraday movement
  - Past behavior
  - Find what trading strategy a stock fits into
- Keeping the best potential plays is crucial to keeping your list to a reasonable size
- Rating your picks will allow you to keep the focus on the most interesting plays in your list
- Categorizing your picks by specifying the trading strategies they belong to will allow you to keep track of your performance and have a plan on how you should enter or exit a stock
- Documenting your picks helps reaffirm your hypothesis and clearly state the reasons why a given stock is a potential play
  - Describe your hypothesis
  - Describe your concerns with the play
- Publish your watchlist

## Questions

Confidential                                                    TS0007717

## Exercises

### Homework

- Build a watchlist every day
  - o Find potential stocks using the tools at your disposal that match potentially profitable chart patterns
  - o Do in-depth research to separate potential plays from boring ones
  - o Rate your picks and build your watchlist
  - o Document and publish your watchlist publicly
    - ▪ Post it on Profit.ly
    - ▪ Post it on your blog
    - ▪ Post it on twitter

Confidential

TS0007718

## Chapter II.10 - Entries and Exits

### Overview

This chapter will focus on understanding how to enter and exit a position based on various criteria that is established based on the information collected as covered in the previous chapters.

### Goals

The goal of this chapter is for you to become familiar with the concepts of entries and exits in regards to any given instrument that you wish to trade.

At the end of this chapter you will be able to know:

- When to enter a position based on various criteria
- How to time your entry based on price action and fundamental information about the stock
- When to exit a stock
- How to cut losses quickly when a the price action affects your profits negatively
- How to stick to your exit rules
- How to lock profits and keep half positions open

### Introduction

Entries and Exits are the final step in the completing the basic understanding on how to trade penny stocks. Entering and Exiting a stock is the result of the all the preparation that has been performed and described throughout the previous chapters.

Entries and Exits rely not only on all the preparation that you have performed, but also on timing.

Much like in martial arts, during a sparring match, timing is essential in attacking or countering an opponent. If you strike too soon, you are will open yourself to be struck and not land your attack; doing so too late will result in the same outcome.

Confidential                                                                      TS0007719

In order to control the outcome of your trade, you must be able to understand the role of timing in both Entries and Exits.

## Preparing your orders before trading

Before getting to the essential subject of entries and exits, it is worth covering an important element that focuses on pre-trade preparation.

This step is intended as guidance to help you improve your trade efficiency by preparing your order before your trade.

While entries and exits are the main concept of actionable trading, preparing orders is as important in saving time and being ready when a suitable event happens.

Creating an order takes time and it usually involves performing the following actions:

- Choosing your trading instrument
- entering an order type (MKT, LMT, STP, etc)
- setting the desired trade price and auxiliary values when needed
- setting the desired position size

This process is time consuming and can take more time than you'd like it to when a stock starts showing signs of interesting behavior.

Not preparing your orders usually means having to do this whole process while the price action is favorable and can potentially lead to missing profitable opportunities; this is especially true in the world of penny stocks where volatility and liquidity usually go hand in hand.

This can also be a limiting factor when trading OTC stocks as will be covered in Chapter III.3.

Preparing your orders in advance and only having to submit saves considerable time and increases your chances of properly timing your entry or exit without having to fiddle with setting your trade information in a rush.

It also allows you to quickly adjust your values as the stock price evolves and adapt to the situation.

---

Confidential                                                            TS0007720

## Entry strategies

Entry is the first phase of taking a position in a stock; before entry you are not subjected to any profit or loss due to the fluctuation of the stock price. When you enter a position you go from having a cash account to becoming as shareholder in that company and automatically the value of your shares either go up or down based on the price fluctuations.

When you enter a position, the position is considered to be "open"; this essentially means that you own shares (or owe shares if you are shorting, covered in Chapter III.1) of a stock at the price value per share of that stock for a total market value equal to:

$$\$\,Mkt\,Value = Position \times \$\,Stock\,average\,fill\,price$$

As mentioned previously, entering a stock heavily relies on timing; it is also necessary to understand technical analysis and the fundamental elements that drive the price.

Below we will cover some of the things to consider and some of the ways to enter a stock with proper timing.

### The catalyst entry

A catalyst entry relies on determining the impact of a given catalyst on a given stock. The various types of catalysts are covered in detail in Chapter II.7.

A catalyst will usually result in a dramatic raise of trader's interest in a specific stock; in some cases, for the most potentially profitable picks, the direct consequence is a massive increase in trading volume and a gain in momentum either up or down, depending on the catalyst content and the context surrounding the stock.

Timing a catalyst entry usually means being early and spotting the stock right when the event happens or in some cases before, by obtaining some insight through various sources and in-depth research.

Positive catalysts usually result in a spike, with a gain of momentum and a dramatic increase in price, that can range anywhere between $0.15 to $2+ depending on the stock, the catalyst and its popularity.

Confidential TS0007721

Conversely, negative catalysts may have the same effect on the way down.

A catalyst entry will rely on the trader knowing the following information:

- Key resistance
- Key support
- Past behavior of a stock when subjected to a catalyst of the same type (news, contracts, earnings, etc)
- Other trader's perception on the catalyst
- The catalyst source, popularity and credibility (the more popular the source, the higher chances of a spike or panic; ie. Seeking Alpha articles)

Knowing the key resistance and support lines allows the trader to understand at which levels the stock price is likely to remain. It also provides the trader with a baseline to predict when a breakout or breakdown can occur.

Your catalyst entry point will be determined by the established trading strategy for that stock, your hypothesis on the potential price action and how it fares to the actual price action when it happens.

**Example:**


### The dip entry

A dip entry is usually associated with a positive catalyst. "Dips" are usually the results of price spikes, where traders making convert their profitable share into hard cash profits.

This type of event is reflected by a significant drop in price, in spite of the contextual support offered by the catalyst.

A dip entry always involves a long position by expecting the stock price to bounce back from a support level.

A dip entry will rely on the trader knowing the following information:

- Intra-day support and resistance
- Key support and resistance

Confidential                                                          TS0007722

- Stock past behavior on dips
- Quality of the catalyst

In order to enter a dip position, it is crucial to know both intra-day and key support lines; this allows the trader to establish a baseline below which the price is not expected to drop.

A dip buy will usually involve having the trader taking a long position once the price has reached the support line and not become a breakdown or fade situation.

What this means is that the traders will buy shares of the stock once the lowest possible support price has been reached and not crossed, with the expectation of a bounce back.

Stocks with a positive popular catalyst will often bounce from their support line and increase in price, sometimes breaking out past previous resistance levels as interest for a given instrument grows with the interest in the catalyst.

**Example:**


*The bounce entry*

Conversely to the dip entry, a bounce entry represents shorting (as will be discussed in Chapter II.1) a stock with a negative catalyst that has bounced and has reached a support line.

The hypothesis behind a bounce entry is that the stock price is going down due to a negative catalyst; this often causes the price to drop significantly. However, numerous traders often see this type of price action as an opportunity to "buy low and sell high"; this collective mentality in essence causes a bounce in the stock price that will reach a resistance line before crashing again.

A bounce entry will rely on the trader knowing the following information:

- Intra-day support and resistance
- Key support and resistance
- Stock past behavior on dips
- Quality of the catalyst

Confidential

Much like the dip entry, the bounce entry relies on knowing key and intraday resistance lines in order to determine what the maximum expected price is that the stock should reach during the bounce phase.

A bounce entry implies taking a short position at the resistance level once it has been determined that the stock will not breakout and remains at or below the resistance line.

Stocks with a negative popular catalyst will often dip from their resistance line and decrease in price, sometimes breakdown out below previous support levels as panic for a given instrument increases with the interest in the catalyst.

**Example:**


## Do not chase

One of the biggest mistakes that can be made by a trader focus on the entry: it is often not advised to chase a stock that has already gone up.

"Chasing" here refers to the concept of having a trader feel like missing on an opportunity that has already happened and attempting to profit from an already profitable stock that may have reached its peak for the current event.

It is always difficult to determine whether a stock will continue its momentum and it is important to further determine if that stock can keep on going with that momentum. This can be determined by performing in-depth fundamental analysts and taking a look at the stock past behavior.

Chasing a stock without a good reason can lead to dangerous outcomes and significantly potential losses.

**Example:**

Confidential                      TS0007724

## Exiting strategies

Exiting a position is the converse action to entering. It is also known as "closing" a position and is usually marked by selling a long position or buying to cover a short position (as will be covered in Chapter II.1).

While timing is quite important when it comes to entries, and entries are the first step of actually taking a position in a stock, the role of exits is far more important as it is the final and absolute determining factor on whether a stock becomes profitable, very profitable, a simple loss or a cripplingly negative loss for your account.

> "The turtles where taught not to fixate on when they entered a market.
> They were taught to worry about when they will exit." ~ Michael W. Covel
> (Covel, 2009)

This simply means that knowing when you will exit your position is far more important than the entry, as it establishes whether or not your trade will be profitable to losing.

### To set goals or not to set goals, that is the question

One question that is often asked by novice traders is whether or not a profit goal should be set in order to exit at a pre-determined profit.

Setting a profit goal implies establishing pre-trade how much profit one should bake before exiting a trader; this is usually presented in a $ amount per share or a total $ amount profit for the trade.

On the upside, setting goals allows to express an expectation of how high the trader believes the price can potentially go. It also allows the trader to lock profits if the stock price is subjected to a price action reversal and the price suddenly drops.

On the downside, setting goals may prevent the trader from fully profiting from a trade opportunity, in some cases exiting long before the price has reached its peak. As Timothy Sykes would say, it can be considered as "Leaving money on the table".

Whether to set or not to set profit goals is left to the discretion of the traders. In some cases setting goals can be beneficial while in others it can simply be a limiting

Confidential                                                                                      TS0007725

element to potential profits. It all comes down to understanding the stock at play, the catalysts, and the context surrounding that instrument.

### Cut losses quickly

Timothy Sykes's first rule: **Cut Losses Quickly**.

This is as simple as it gets, when a stock doesn't go your way and your losses reach your threshold, you must exit your position at once, take your losses and move on.

Cutting losses quickly is where the discipline section of Chapter I.5 really comes into effect.

Cutting losses quickly requires discipline. It requires a trader to completely separate to the illusory attachment to the money and make a logical, purely mathematical and statistical decision to exit a position at a loss, just like a computer or a robot with fixed programming would.

Not respecting this crucial rule is where the true danger of trading penny stocks lies. This is where 90% of traders lose money on the market.

In order to cut losses quickly, you need to know what your exit strategy is; this has been established in great detail in Chapter II.4, dealing with risk management concepts and how to establish your absolute stops.

Cutting losses quickly implies exiting a position at your absolute stop as soon as it is possible. Once you have reached your maximum loss threshold, **you must exit**.

Additionally, even when your absolute stop has not been reached, if the stock price does not behave as you had expected in your hypothesis, **you must exit**.

Cutting losses quickly may in some cases prevent making potential profits, but more importantly, this golden rule, protects the trader from him/herself by limiting the potential downside that can be experience and setting clear limits as to how much money should be lost at a very maximum on a given trade.

Timothy Sykes, as well as many other successful traders, rely on "Mental Stops" in order to exit their position once the price action no longer meets their criteria. This type of behavior requires a great deal of self-discipline and respect for the established rules.

Confidential        TS0007726

Some traders will prefer setting hard stops, which allows them to let the system decide when a position should be exit without having to deal with the emotional ramifications of making the decisions and expecting/hoping the price to "return" to a profitable point.

Successful traders demark themselves from losing traders with this penny stock trading golden rule: **Always remember to CUT LOSSES QUICKLY**.

### Stick to your rules

This section is a superset of the previous section that covered the single golden rule of cutting losses quickly.

As importantly, sticking to your rules, or more specifically to your strategy rules, allows you to consistently perform similarly on resembling trades following the same set of behavior.

Each of your strategies will have its own set of rules pertaining to entries but more importantly to exits. Understanding and respecting these rules is a necessity to become a successful trader and maximize potential profits.

Sticking to the rules requires discipline and conviction, it is therefore necessary to hone these personal traits in order to obtain repeatable results from one trade to the next.

### Locking your profits and half positions

When it comes to exit actions, locking profits and keeping half positions is a way to ensure that, regardless of how the stock does in the future, you recover some cash and whenever you have a successful trade that may continue to be profitable, it is often wise to take partial profits and let the rest of your shares play out.

Locking profits is usually achieved by using your established profit goals as an indicator to partially exit a position.

Exiting a partial position implies that your unrealized profits for the shares you exit become realized and you end up with real hard cash for half your play, while the rest may keep on riding the stock wave.

---

Confidential                                                                                          TS0007727

From this point on you may choose to continue letting the shares follow the stock price momentum and keep generating profits or in the case the stock encounters a reversal, you may exit your position while not being subjected to losses.

**Example:**

## Conclusion

Entries and exits are the last and final phase into understanding the basic concepts of trading penny stocks. All the chapters leading this point have provided you with all the necessary information required to start trading and be on your way to becoming a self-sufficient trader.

While the information offered until now is more than enough, having done an overview is far from sufficient to become a successful trader. Trading penny stocks require an intimate knowledge of these concepts, rules, strategies and patterns; as long as you trade without possessing a reflex-like knowledge of these ideas, you will be trading with a gambling like behavior.

## Summary

- Prepare your orders pre-trade to be ready to simply submit when the timing is right
- Time your entries based on catalysts and the desired play strategy
  - Catalyst entry, price action, support and resistance
  - Dip Buy, catalyst, price action, support and resistance
  - Bounce short, catalyst, price action, support and resistance
- Always remember to CUT LOSSES QUICKLY
- Exit based on your absolute stops and respect your Risk management rules
- Exit based on your strategy
- Exit when you no longer feel confident about the behavior of a trade or when faced with uncertainty
- When necessary, lock your profits for half your position and let the other half keep on riding the stock momentum or exit based on your strategy and risk management rules

Confidential                                                                    TS0007728

Questions

Exercises

Homework

**Entries and Exits**

Confidential                                                                 TS0007729

# Section III - Advanced Concepts

Confidential

TS0007730

This section is dedicated to covering the advanced concepts of penny stock trading. These concepts have been left out of Section II due to the fact that they reflect a riskier and more complex approach to how trades are handled.

This section will cover the following subjects:

- Short selling: the concept of selling borrowed stock and buying at a lower price level to generate a profit
- Understanding Level 2: the concept of using Level 2 information in order to determine possible price action based on market maker tables behavior
- Over The Counter Bulletin Boards: the concept of trading the less regulated market, the intricacies and the risks associated with OTCBB trades
- SEC Filings: the concept of performing in-depth research by reading through the required SEC Filings of a given company in order to determine fundamental components that could potentially provide a trading edge
- Position Boxing: the concept of entering opposite positions with two separate brokers in order to limit the downside of one of the positions until the price action makes a momentum move
- Pyramiding positions: the concept of adding to a position by taking into consideration the NT RMS settings to increase the position size and maximize potential profits
- Trading the spread: the concept of entering and exiting a position with a wide spread between the bid and the ask in order to generate profits
- Finding a niche and developing your strategy: the concept of extending your knowledge and experience in order to develop your own set of rules to trade penny stocks in a profitable manner

The chapters in this section aim to offer an opportunity to further advance penny stock trading knowledge and introduce the trader to more complex ideas that exist in the penny stocking world.

Confidential                                                                                    TS0007731

# Chapter III.1 - Short Selling

## Overview

This chapter focuses on getting familiar with the concept of short selling stocks and the intricate set of rules associated with this type of trade.

## Goals

The goal of this chapter is to provide you with a proper understanding on how short selling works and what the rules are for performing this type of trade.

At the end of this chapter you will know:

- What short selling is
- How to short a stock
- What the dangers of short selling are
- How to enter and exit a short position
- The cost and rules of short selling a stock

## What is short selling?

Short selling, or "shorting" is the action of borrowing a shares from a shareholder through your broker as an interim and then selling them in the stock market as if you would hold them yourself. This action opens the position.

You are then required to buy those shares back in order to return them to the lender. This is known as buying to cover, in familiarly known as "covering".

This type of trade is performed when the price of the stock is expected to go down. A Trader will short a stock at a high price; if the price drops, the absolute value of the difference becomes a profit, on the other hand, if the price increases, the trader covers at a loss.

Confidential

TS0007732

The Complete Penny Stocking Course        Advanced Concepts

## The players

The figure below shows the players involved in a short sell action:



*Figure III.1.1 - Short Selling players*

Each of these players have an essential role in the process of short selling a stock:

- The Trader will usually be you
- The broker is the company that provides you with the means of performing a trade
- The lender is the entity that is currently a share holder of the stock you want to short sell
- The buyer is the entity that will obtain your borrowed shares once you have short sold them
- The seller is the entity you will buy to cover your shares from

In the Figures below, a profitable short sell trade is depicted, however the principle applies to both profiting and losing trades.

Confidential        TS0007733

## The simple explanation



Figure III.1.2 - Step 1 - Short selling a borrowed stock

**Short Selling**                                    167

Confidential                                                                    TS0007734



*Figure III.1.3 - Step 2 - Buying to cover a borrowed stock*

Confidential                                                                              TS0007735

## *The detailed explanation*

The figures below depict a more detailed explanation of how the short-selling process is achieved:



Figure III.1.4 - Step 1 - Short selling a borrowed stock

In simple terms, during the first phase of the short selling process, you are borrowing shares from your broker who is actually borrowing from a shareholder willing to lend those shares. Then the process works as a regular sell with the exception that you must at some point return the shares to its rightful owner.

Confidential         TS0007736

### Step 2: Buy to Cover Order



Figure III.1.5 - Step 2 - buying to cover a borrowed stock

The second phase of the short trade is buying to cover which implies basically instructing your broker to buy the shares back on your behalf and return them to the lender.

At this point you keep the negative difference in price (the shares you return are worth less than what you originally sold them for) or must pay the positive difference (the shares you return are worth more than what you originally sold them for).

This final phase essentially concludes the short selling process.

Confidential                                                                              TS0007737

## The continual hunt for shares to short

One of the main difficulties in performing short sell trades lies in the concept of finding shortable shares.

Unlike traditional buy-and-sell trades, short selling requires a trader to borrow shares in order to be able to short. This implies that there is an even smaller amount of shares available for type of transaction, making adding a layer of complexity to the trade.

Shortable shares need to be located by your broker-dealer, and they can either be Easy-To-Borrow or Hard-To-Borrow.

### Locating shares & Regulation SHO

In order for traders to be able to short a stock, their brokers are required to have confidence that they can find shares they can borrow. This is one of the rules to which brokers are subjected when it comes to short selling and is established by Regulation SHO.

The rule is as follows:

> *"Locate Requirement: Regulation SHO requires a broker-dealer to have reasonable grounds to believe that the security can be borrowed so that it can be delivered on the date delivery is due before effecting a short sale order in any equity security.6 This "locate" must be made and docu-mented prior to effecting the short sale." (Commission S. a., 2005)*

Essentially what this means is that a broker must have "reasonable grounds to be-lieve", which is an entirely subjective approach, "that the security can be bor-rowed". This does not in fact require the broker to actually prove that the shares are borrowable, only to have good reasons to believe that they are.

The only entities actually market entities actually allowed to engage into short sell-ing without following the "locate" rule stated above are Market Makers; they are exempt on the grounds that shorting without a "locate" allows them to bring li-quidity to the market.

---

Confidential
TS0007738

### Easy-To-Borrow

Easy-To-Borrow shares refers to shares for securities that are deemed to be widely available for borrowing because their delivery is assured. This availability is ensured by a high quantity of outstanding shares and easy accessibility.

Easy-To-Borrow shares for a given stock appear on the Easy-To-Borrow list, which simply represents a list of securities that have standing assurances in regards to share availability. This allows firms to perform short selling transactions more easily and removes the necessity to perform a "locate" every time that the stock is requested for a short sale trade; the stock on the Easy-To-Borrow list is assumed to be available which constitutes "reasonable grounds to believe that the security can be borrowed".

### Hard-To-Borrow

Conversely to Easy-To-Borrow shares, Hard-To-Borrow shares represent shares that are hard to locate, or for which the broker does not currently have an inventory available, or has very low availability in its inventory.

The Hard-To-Borrow List represents a list of securities that are currently not available for the broker to borrow from and an actual "locate" action would be necessary in order to allow traders to perform the short sell transaction. This list is usually only internally available to brokers and not publicly published to traders.

Hard-To-Borrow shares, when located by the broker, may be lent to the trader and may be subjected to an additional hard-to-borrow fee on certain short sales.

### Entering a position: short selling

The actual process of entering a short sell position varies from broker to broker; the principle in essence is similar to a traditional Buy order; instead of buying you are simply selling and setting your trade parameters accordingly, taking into consideration that stops amounts will be higher than your current price and that in order to generate a profit the price needs to drop.

Confidential                                                                      TS0007739

Some brokers will allow you to perform a short sell by simply selling a security for which you have a 0 position, your position then becomes negative. It is worth noting however that some broker platforms have a dedicated short sell button in order to perform these types of transactions.

For more details on entering a position and the necessary parameter, please refer to Chapter II.10.

## Exiting a position: buying to cover

Much like selling an open Long position initiated with a Buy order, closing a short position initiated with a short sell is achieved by performing a "Buy to Cover" order.

Most brokers will simply allow you to buy the necessary amount of negative shares (or shares owed) by using the Buy order button and setting the order parameters as necessary. Much like opening the short position, some brokers will have a dedicated button to perform the "Buy to Cover" transaction.

The same risk management rules apply for this type of order.

For more details on exiting a position and the necessary parameter, please refer to Chapter II.10.

## The dangers of short selling

While trading in itself is inherently about risk management and understanding dangers and risky situations, by adding another layer of complexity, short selling brings its own set of dangers on top of the existing ones for traditional trades.

### The infinite upside

A traditional Buy-And-Sell trade involves purchasing shares of a security at a certain price with the expectation of a higher price in the future, with no real mathematical limit to how high the price could go. On the other side, the maximum risk and worst-case scenario associated with that trade would be the price falling down to $0 and losing the whole investment – price for a stock cannot be negative.

Confidential                                                                                      TS0007740

This is not the case for short selling: since you are entering a position that relies on the price going down, your maximum profit would be limited by the company's worst case scenario of a $0 price point.

The upside, on the other hand has no limit, and as such, the potential losses are not limited to the investment but could well go beyond that value turning a significant loss into debt.

The reason for this is that there is no limit to how high the price can potentially go, and while it is impossible for a stock to reach infinity, it is stocks raising ten-fold in price is not unheard of.

This is where the exit rule of Cutting Losses Quickly becomes all the more important. Short selling has no limit on the losing side.

This brings us to the next section, the Short Squeeze.

### Short Squeeze

Taking into consideration that there is no limit to how high a stock price can go, Short sellers become wary of increasing price action.

A short squeeze is an event relating to positive price action on a stock that is heavily shorted. When the price starts increasing drastically, short sellers get uncomfortable with their position and cut their losses by covering their positions.

This often causes a chain reaction that results in a continuous increase in price (a result of successive buy orders by short positions) as traders attempt to exit their position by limiting their losses when the price goes up.

A short squeeze can sometimes drive stock momentum and create Supernovae type charts that then become potential shorts.

### Forced Buy-in

A Forced Buy-in is an event where a broker forces a buy-to-cover transaction onto a trader's short sell open position at whatever market price is at the time of the event.

---

Confidential                                                                                           TS0007741

This type of event happens due to another rule of Regulation SHO that states:

> *""Close-out" Requirement: Regulation SHO imposes additional delivery requirements on broker-dealers for securities in which there are a relatively substantial number of extended delivery failures at a registered clearing agency ("threshold securities"). For instance, with limited exception, Regulation SHO requires brokers and dealers that are participants of a registered clearing agency to take action to "close-out" failure-to-deliver positions ("open fails") in threshold securities that have persisted for 13 consecutive settlement days. Closing out requires the broker or dealer to purchase securities of like kind and quantity. Until the position is closed out, the broker or dealer and any broker or dealer for which it clears transactions (for example, an introducing broker) may not effect further short sales in that threshold security without borrowing or entering into a bona fide agreement to borrow the security (known as the "pre-borrowing" requirement)." (Commission S. a., 2005)*

What this Regulation SHO rule implies is that when brokers fail to deliver shares to buyers during a certain period of time due to the fact that they are unable to actually locate the shares, they are required to actually add those shares to their inventory buy buying and closing the position; this in turn means that brokers are required to close all their client's short positions in order to balance their inventory.

Some brokers will sometimes provide clients with a warning that a forced buy-in may happen in the short term which gives traders the opportunity to exit their position at their discretion. However, in some cases the forced buy-in will occur without any notice until after it has happened.

### SEC Halt

An SEC Halt involves the suspension of all trading activity of a given stock by the SEC due to regulatory or non-regulatory reasons.

> *"There are two types of trading halts and delays—regulatory and nonregulatory. The most common regulatory halt and delay happen when a company has pending news that may affect the security's price (a "news*

---

Confidential      TS0007742

> *pending" halt or delay). By halting or delaying trading, market partici-*
> *pants can have time to assess the impact of the news. Another type of*
> *regulatory halt happens when a market halts trading in a security when*
> *there is uncertainty over whether the security continues to meet the mar-*
> *ket's listing standards. When a regulatory halt or delay is imposed by a*
> *security's primary market, the other U.S. markets that also trade the se-*
> *curity honor this halt." (Commission S. a., Trading Halts and Delays, n.d.)*

This in essence means that a stock may be halted at any time at the discretion of the SEC when it believes that some events may affect the price of the security; it is intended as a way to protect traders from trading by allowing them to obtain further information on what is happening with a given company.

While this doesn't happy too often, it is usually subjected to stocks that have a high rate of short sellers, such as Pump & Dumps; this often triggers an SEC investigation.

> *"The SEC does not halt or delay trading in a security for news pending or*
> *order imbalances, but it can suspend trading for up to ten days and, if*
> *appropriate, take action to revoke a security's registration. For more in-*
> *formation about the SEC's authority to suspend trading in a security,*
> *please read "Trading Suspension! When the SEC Suspends Trading in a*
> *Stock" in our Fast Answers databank." (Commission S. a., Trading Halts*
> *and Delays, n.d.)*

The danger with this type of action is that all trading is suspended for as long as the halt lasts, which means that it is impossible to recover the cash from an open position as long as it remains in effect.

On the other hand, an SEC Halt is usually followed by a significant drop in price when it comes to shady companies.

### What is a short sell restriction?

A Short Sale Restriction is also known as the "alternative uptick rule", or Rule 201 or the SEC's Regulation SHO. It regulates stocks that have dropped more than 10%

Confidential                                                          TS0007743

by subjecting them a short sell rule that prevents short sellers from selling at or below the best bid price.

The rule states the following:

> "[a] trading center shall establish, maintain, and enforce written policies and procedures reasonably designed to: (i) Prevent the execution or display of a short sale order of a covered security at a price that is less than or equal to the current national best bid if the price of that covered security decreases by 10% or more from the covered security's closing price as determined by the listing market for the covered security as of the end of regular trading hours on the prior day; and (ii) Impose the requirements of paragraph (b)(1)(i) of this section for the remainder of the day and the following day when a national best bid for the covered security is calculated and disseminated on a current and continuing basis by a plan processor pursuant to an effective national market system plan." (Commission S. a., Amendments to Regulation SHO , 2010)

This rule effectively prevents short sellers from driving the price down at a quick rate; it also ensures that a short sell can only happen after the price highest bid is increased, hence the name "uptick rule".

### The $2.5 rule

The $2.5 is only applied by some brokers such as Interactive Brokers; this rule enters into effect when short selling stocks under $1 and states that for every share shorted under $1, the trader must have $2.5 in account cash value.

This essentially mean that if you were to trade 1000 shares of a stock at $0.25/share with a market value of $250, your cash account would need to have at least $2500 in order to perform that trade.

It is important to keep this fact in mind when attempting to short sell stocks below $1 as it will considerably limit your position sizes.

Confidential                    TS0007744

## The cost of short selling

Short selling is similar to a loan: you are borrowing shares from a third party through your broker.

As with any loans, there is an annual interest rate associated with the share loan which varies from stock to stock.

How interests are calculated also varies from broker to broker, and will usually be available upon request.

The basic idea being that shortable shares are usually subjected to an annual interest rate on a per share basis; this implies that the total value of your position will be subjected to this interest rate on a daily basis.

This fee is added to broker commissions and regulatory fees.

The basic calculation would be something like this:

$$borrow\ fee\ per\ day = \frac{position\ value \times interest\ rate}{360\ days}$$

Interactive brokers has an additional rule for stocks priced under $1, stating that the price per share under $1 must be rounded to the nearest dollar multiplied by the number of shares in order to get the borrow fee base position value.

This is explained here: http://ibkb.interactivebrokers.com/article/1146

## Summary

- Short selling allows a trader to borrow a stock and sell in order to make a profit from a stock with a decreasing price
- Short selling is entirely reliant on the availability of shares to short in the broker's inventory
- To enter a short position, it simply requires to sell the stock at the desired price. The trade will result in a negative share position
- To exit a short position, it simply requires to buy the stock at the desired price. The trade will result in a 0 share position.

Confidential

- Short selling is riskier than buying as significant losing position will not only bring the investment to a $0 value, but can also create debt by going above the owed value.
- Short selling can be subjected to short squeezes when a great number to short sellers short the same stock and the price increases; this forces every short seller to panic and exit the position driving the price higher.
- Short sold stocks may be subjected to forced buy-ins, which means that the broker will force a buy-to cover trade at the market value regardless of the trader's current profit/loss position.
- Trading for a company may be halted by the SEC for up to 10 sessions for regulatory or non-regulatory purposes when suspicious activity or unusual activity is detected.
- Companies experiencing a 10% drop from the previous close may be subjected to a short sell restriction, also known as the "alternative uptick rule". This prevents traders from shorting a stock at or below the highest bid.
- Some brokers will enforce the $2.5 rule when shorting stocks under $1 per share, which requires traders to have $2.5 for every share shorted that is below $1/share
- Short sell trades are subjected to borrow fees that vary from stock to stock and from broker to broker.

Questions

Homework

Confidential                    TS0007746

## Chapter III.2 - Understanding Level 2

### Overview

This chapter will focus on getting to know how what is Level 2, how it works and how the information it provides can be used to perform better trades.

### Goals

The goal of this chapter is to discover and understand what level 2 is and how to leverage the data obtained from it in order to predict price action movements.

At the end of this chapter you will know:

- What is Level 2
- How to read Level 2
- What are walls of buyers and walls of sellers
- How  to interpret the information provided by Level 2
- How to potentially predict a stock behavior based on Level 2 information

### What is Level2?

Level 2 (L2) is an enhanced type of data feed that provides a higher level of detail in regards to the real-time information of the market for a given stock.

The purpose of Level 2 is to provide an in-depth overview of the order queue that are currently in line for a given stock. This information can allow a trader to see how big the awaiting orders at a given price point are and how many aggregated Market Maker orders there are for each price point.

Unlike the simple Time and Sales screen, Level 2 offers a higher level of detail at every moment, providing an updated list of orders as they become available on the queue.

Figure III.2.1 below shows the Level 2 monitor for Interactive Brokers platform.

It is worth noting that Level 2 is a premium feature offered by brokers or data providers and requires a separate subscription for each of the markets to which one subscribes.

Confidential                                                                TS0007747

The Complete Penny Stocking Course                    Advanced Concepts

| MM Name | Bid Price | Size | MM Name | Ask Price | Size |
|---------|-----------|------|---------|-----------|------|
| DRCTEDGE | 15.67 | 10 | NSDQ | 15.75 | 2 |
| BYX | 15.65 | 1 | ARCA | 15.77 | 1 |
| NSDQ | 15.65 | 9 | ARCA | 15.79 | 1 |
| ARCA | 15.61 | 3 | DRCTEDGE | 15.79 | 4 |
| BATS | 15.56 | 2 | NSDQ | 15.79 | 10 |
| ARCA | 15.53 | 1 | BYX | 15.80 | 1 |
| BATS | 15.52 | 1 | ARCA | 15.82 | 1 |
| ARCA | 15.51 | 3 | BATS | 15.88 | 2 |
| BATS | 15.46 | 1 | ARCA | 15.90 | 3 |
| BATS | 15.44 | 1 | EDGEA | 15.90 | 3 |
| NSDQ | 15.42 | 50 | BATS | 15.92 | 2 |
| ARCA | 15.41 | 1 | NSDQ | 15.92 | 1 |
| ARCA | 15.40 | 1 | NSDQ | 15.95 | 15 |
| ARCA | 15.38 | 2 | NSDQ | 15.97 | 2 |
| BATS | 15.38 | 1 | BATS | 15.99 | 1 |
| BATS | 15.30 | 1 | NSDQ | 15.99 | 1 |
| ARCA | 15.29 | 1 | ARCA | 16.00 | 3 |
| ARCA | 15.25 | 3 | ATDF | 16.00 | 4 |
| BATS | 15.24 | 1 | NSDQ | 16.00 | 52 |
| NSDQ | 15.20 | 5 | UBSS | 16.00 | 28 |
| NSDQ | 15.15 | 5 | BATS | 16.04 | 1 |
| NSDQ | 15.12 | 1 | NSDQ | 16.05 | 5 |
| ARCA | 15.11 | 1 | BATS | 16.06 | 1 |
| ARCA | 15.10 | 5 | BATS | 16.08 | 1 |
| ATDF | 15.08 | 3 | NSDQ | 16.08 | 2 |
| NSDQ | 15.08 | 2 | NSDQ | 16.10 | 3 |
| NSDQ | 15.07 | 10 | ARCA | 16.17 | 2 |

*Figure III.2.1 - TWS Level 2 screen for DGLY, size indicated in number of 100s*

Level 2 can be used to predict and identify price action behavior based on price queue and order patterns on the monitor.

It is also important to take into consideration that the information provided by Level 2 is only a basic indicator of the order queue, but may not actually reflect actual position sizes, as these can be masked or faked at the time of the order.

In order to increase trading efficiency, Level 2 is normally used in conjunction with the Time and Sales monitor, which is available as a Level 1 feature.

**Understanding Level 2**                    181

## Definitions

### Market Maker

A Market Maker is a broker-dealer firm that takes the risk of holding a certain amount of shares of a given stock or security with the goal of facilitating the trading of that stock. Market Makers display buy and sell quotes for a guaranteed number of shares. Upon receiving orders, the Market Makers sell their own inventory immediately or seek an offsetting order.

In Level 2, Market Makers are represented by their Market Maker ID (MMID), this usually appears on left hand side under the MM column, as can be seen in Figure III.2.1

### Bid

In Level 2, the "bid" represents the queue of orders awaiting to be processed based on price action. They represent the highest price that buyers are willing to pay for a certain number of shares of a given security.

The list of bids is sorted in descending order based on market availability and is usually located on the left hand side of the monitor.

### Ask

Conversely to the bid, the "ask" represents the queue of sell orders awaiting to be processed based on price action and on matching bid

Contrarily to the "ask", the bid is sorted in ascending order and is usually located on the right hand side of the monitor.

### Size

The size represents the number of shares for any given entry on the bid/ask list. It specifies the amount of shares that a trader wants to trade for that given security at the specified price appearing on the L2 monitor.

It is very important to remember that sizes should only be used as a guideline and to understand that they do not necessarily represent actual order sizes; this is due to the fact that actual order sizes can be faked (a lower size can be shown on the L2 monitor when placing an order) or completely hidden from the Level 2.

Confidential

The accurate size information may however be available on Level 3, but this is not a feature that is available to regular traders and is only an option for Market Maker firms.

### Spread

The spread represents the difference in price between the highest "bid" and the lowest "ask".

## Level 2 Indicators

There are various patterns on Level 2 that can be identified in order to potentially predict possible price action or price behavior.

### Wall of buyers

One of the first indicators to take into consideration is the "Wall of Buyers". Figure II.2.2 below shows the typical L2 patter for the Wall of Buyers at $6.35.

A wall of buyers is usually represented by a large amount of buyers at the same price point, or blocks of multiple buyers at the same price points; this creates an aggregated size at a given price point by adding all the sizes together.

Additionally, orders on the "bid" are not cleared while orders on the "ask" continuously disappear from the order queue. This is usually followed by additional "bid" orders being queued on the list.

This is usually indicative that a support point has been reached and that there is interest in obtaining the stock at that price with the expectation of a price increase in the short term.

This type of L2 patter can usually predict an increase of the price as interest raises for the given security, and he orders on the Ask side begin disappearing as a result, driving the price even higher with time.

A prolonged duration wall of buyers is usually a good indicator for entering a long position and can often be the early signs of a potential breakout for a given security.

---

**Understanding Level 2**                                           183

This indicator, along with fundamental information about the company behind the stock and help predict a price increase, especially when the price point is near a resistance or key resistance line.



*Figure III.2.2 - StocksToTrade L2, wall of buyers for ECYT*

A Wall of Buyers also makes it difficult to short a watched stock as it reinforces the support line at a certain price level and can potentially discourage sellers from liquidating their existing position.

Confidential         TS0007751

A wall of buyers will serve as an indicator for the following:

- Support created at the wall price line
- Potential breakout on the way
- Potential breakdown fake out, don't be short

It is worth noting, that repeated attempts of a wall of buyers weaken with each iteration, increasing the odds of a potential reversal piercing through the wall price line and potentially resulting in a panic and breakdown.

### Wall of sellers

Conversely to the wall of buyers, the "Wall of Sellers" represents a block or blocks of orders at a certain price point that reinforce a resistance line. Much like the wall of buyers, "ask" orders don't bulge while "bid" orders are cleared as the stock price drops.

Figure III.2.3 shows a good example of a wall of seller at $11.12, having a cumulative size of 2100 (sum of all the seller sizes at that price) shares.

A wall of sellers is usually indicative of a potential breakdown or a breakout fake-out. The price points of the wall usually reaffirm the position of the collective mind of the market and keep the price from raising any further.

A wall of sellers will serve as an indicator for the following:

- Resistance created at the wall price line
- Potential breakdown on the way
- Potential breakout fake out, don't be long

Similarly to the wall of buyers, repeated attempts at maintaining a wall of sellers may result in a spike or breakout, as the will of the market becomes stronger than the wall orders.

Confidential



*Figure III.2.3 - StocksToTrade L2, MDXG Wall of Sellers*

## Mexican Standoff

The Mexican Standoff L2 Pattern is usually characterized by both a wall of buyers and a wall of sellers happening simultaneously.

Stocks experiencing this type of patter are usually better left alone as it is difficult to predict future behavior without having the effect of the catalyst guiding the price action.

---

Confidential                                                                    TS0007753



Figure III.2.4 - StocksToTrade L2 – CRIS Mexican Standoff L2 Pattern

Figure III.2.4 shows a wall of buyers at $2.73 and a wall of sellers at $2.74, indicating that both buyers are seller are confident in their hypothesis.

This type of pattern should be avoided without having further confirmation of the potential price action.

Confidential                                                                                    TS0007754

## Chipping Away and the Cliff Dive

This type of Level 2 Pattern is characterized by large orders appearing on the L2 monitor and these orders quickly being cleared in small succession by the opposite side.



*Figure III.2.5 - StocksToTrade L2 - Large order on the bid for CRMD*

Figure III.2.5 shows 3 large orders on the "bid" in comparison to the order sizes on the "ask". This type of setup is usually indicative of strong support, as buy orders

Confidential            TS0007755

with those quantity sizes are harder to clear by smaller sellers, ensuring that the price is driven up.

When a "Chipping Away" pattern happens, in the example above, small sell orders would swarm the large buy orders until cleared, driving the price down.

This type of L2 pattern is usually indicative of a "Cliff Dive" Pattern: when the large orders are cleared, they no longer offer a support or resistance price line, thus offering traders further confidence in the potential price action of the stock and creating momentum.

A Cliff Dive patter can be an indicator for:

- Potential breakout or breakdown
- Potential reversal of the price action, good exit indicator
- Best considered around round numbers, due to hard stop losses (this triggers the creation of an automated momentum by using the traders pre-set exit settings for cutting losses)
- It usually works best on speculative stocks

### Signs of possible manipulation

Stock price manipulation can often be detected by paying attention to the Level 2 Monitor. This is usually mostly applicable to Pump & Dumps, as it is in the best interest of promoters to drive the price of the stock up for the duration of the promotion.

While these patterns may indicate stock price manipulation by entities engaging in trading a given security, such indicators may also represent legitimate traders changing their mind with significant orders.

The manipulation pattern is usually reflected by the price of a stock dropping significantly, until a certain price level is reached. Once such a price level is attained, very large orders appear on either the "bid" or the "ask" in order to create artificial support or resistance lines.

These large orders are often maintained and even sometimes chipped away until the price action reverses and reaches an acceptable distance from the manipulation threshold.

---

**Understanding Level 2**                              189

The large orders are then removed from the order queue; this process is repeated every time the price drops below the manipulator's threshold.

It is worth noting that when these types of patterns emerge, it is usually better to avoid maintaining a position opposite to the manipulation, due to the uncertainty of how the price action will be affected.

### Conclusion

Understanding the dynamic of the Level 2 monitor is an invaluable tool in being able to predict price action behavior based on the order information that is provided by this deeper data subscription.

It is however necessary to become very experienced in recognizing the L2 patterns in order to become efficient at deciphering the underlying signs that are offered by the various indicators on this monitor.

Level 2 can make the difference between a profitable and a very profitable trade.

### Summary

- Level 2 is an real-time order queue monitor for a specific stock
- Level 2 should be used as a complementary tool and not the only basis for making a trading decision
- Position sizes displayed in Level 2 can be hidden or faked in order to influence or avoid influencing the price action of a given stock
- A Wall of buyers will usually be indicative of a support line
    - A wall of buyers may indicate a failure to break down and a potential breakout, don't be short
    - Repeated attempts at a wall of buyers may indicate a breakdown
- A Wall of sellers will usually be indicative of a resistance line
    - A wall of buyers may indicate a failure to break out and a potential breakdown, don't be long
    - Repeated attempts at a wall of buyers may indicate a breakout
- A Mexican standoff is an unsuitable pattern and trading should be avoided

Confidential                                        TS0007757

The Complete Penny Stocking Course                    Advanced Concepts

- A Chipping Away pattern may indicate a momentum trend and can be used as an indicator to enter a position when close to a key resistance or support line
- A Cliff Dive results from the Chipping away pattern followed by a breakout or breakdown
- Level 2 can reveal stock manipulation when suspicious activity is noticed
    - Quick appearance and disappearance of very large orders at certain price points in order to ensure a resistance or support line and preventing the price from crossing that threshold

Questions


Homework


**Understanding Level 2**                    191

Confidential

## Chapter III.3 - Over-The-Counter (OTC)

### Overview

The focus of this chapter is to develop a deep understanding of the intricacies of trading Over-The-Counter Stocks and understanding its very specific set of trading rules that influence the underlying trading techniques.

### Goals

The goal of this chapter is to become intimately knowledgeable with the inner working and processes that dictate the behavior of OTC stocks.

At the end of this chapter you will know:

- The difference in dynamic between listed and OTC Stocks
- How to recognize OTC chart patterns and price action
- Understand the dynamic of price action in OTC stocks
- Understand the concepts that dictate the behavior of OTC stocks
- Know how to prepare in advance for entries and exits on OTC stocks
- How to always have a proper plan and be able to reach quickly when trading OTC stocks

### What is OTC?

Over-The-Counter Stocks, also known as unlisted stocks, can be compared to Peer-To-Peer file sharing networks, like bit torrent, Kazaa, emule or the likes. It is a distributed exchange for stocks with no centralized way of handling trades.

OTC stocks are traded between Market Makers directly without requiring the intervention of major exchanges to route orders; Market Makers and broker dealers, deal directly with each other to complete a trade.

Unlike big markets like NASDAQ, NYSE and AMEX, stocks traded on the OTC are not traded electronically per-se; instead, orders are directly managed by Market Makers "manually". Additionally, where the big exchanges rely on a regulated and cen-

tralized market to ensure orders are processed in a publicly transparent, standardized, safe and fast manner, OTC stocks do not carry any of those traits when traded: prices are not disclosed publicly until a trade has been completed.

OTC stocks are usually the stocks of choice for Pump & Dump promoters, as the companies that exist within its listings are usually of little worth; very small emerging companies in need of public funding are able to continue healthy operations.

OTC stocks usually represent companies that do not meet the requirements of major exchanges or do not wish to pay the major exchange fees.

Stocks listed on the OTC are the true definition of penny stocks, as the price per share is usually around or below the $1.00 price point.

This links provides the references to the official regulations to which OTC stocks are bound: http://www.otcmarkets.com/learn/sec-finra-rules.

It is worth noting that OTC does not have after-hours trading and that trading is exclusively done between 9h30AM and 4:00PM.

### Bulletin Board

OTC-BB stocks is a type of OTC listing which regroups companies that have offered their shares publicly to dealers belonging to these listings. Market Makers are then directly responsible of ensuring the purchase and resale of a company listed on the OTC-BB

### Pink Sheets

Pink sheets are part of the OTC listings and companies listed are not bound to the same minimum requirements or even required to file with the SEC.

Pink Sheets are a type of OTC stocks and usually represent companies that require public funding without having a proper organization in place.

Pink Sheets historically obtained their name from the fact that these types of listings were originally printed on pink paper.

Confidential                    TS0007760

### The Gray Market

The gray market is a type of OTC where the dealers may execute orders for pre-ferred customers for a new stock before it is actually opened publicly. Grey mar-kets are usually very hard to trade because not only do they behave like BBs and Pink Sheets, but they also provide no public quotes to traders.

Gray market stock opportunities don't occur often, but their existence is notewor-thy.

This will be covered in further detail in the sections below.

## The behavior of OTC Stocks

OTC Stocks are bound by an unwritten set of trading rules that affects all traders that dare venture into its realm.

While some legal regulations exists with OTC stocks, they are often not properly enforced and their application is hard to verify, which makes OTC stocks the wild west of Wall Street.

In the sections below we will cover some of these unwritten rules that affect the traders who choose to play with OTC stocks.

### What an OTC chart looks like

OTC stocks have a very different price action dynamic in comparison to major ex-changed. This dynamic results from the fact that OTC stocks belong to a decentral-ized marketplace where all orders are dealt in a Peer-to-Peer fashion, making the whole trading process much slower.

This translates in a completely different type of resulting intraday chart when look-ing at OTC stocks in comparison to NASDAQ or NYSE.

Confidential                                                                    TS0007761



*Figure III.3.1 - Multicharts - Appearance of an OTC Stock, 1min chart – THCZ*

Figure III.3.1 shows the typical appearance of an OTC stock. Unlike big markets, the price action is not erratic with frequent sudden reversals; these charts usually fit in a "clean" chart category due to the way of how OTC markets operate.

The figure below shows a steady ramp up, a period of flat price action before ramping down in a consistent manner.

### At the whim of Market Makers

> "A "market maker" is a firm that stands ready to buy and sell a particular stock on a regular and continuous basis at a publicly quoted price. You'll most often hear about market makers in the context of the Nasdaq or other "over the counter" (OTC) markets. Market makers that stand ready to buy and sell stocks listed on an exchange, such as the New York Stock Exchange, are called "third market makers." Many OTC stocks have more than one market-maker." (Commission S. a., Market Maker, n.d.)

OTC stock trading is directly reliant on Market Makers (MM) processing the orders in a "manual" way. This means that while your platform may allow you to send orders electronically, the processing of these orders may not be done in an automated fashion and may actually require human intervention in order to get it filled.

Market Makers are in charge of locating other Market Makers in order to fill in an order by buying and selling stock inventory to each other.

The general understanding is that Market Makers are required to fill at least one order at the listed price and size; this would normally work on a first-come-first-serve basis in terms of who gets filled. There is however no way to ensure that this is the case and MMs may choose to prioritize some trades over others before filling

---

**Over-The-Counter (OTC)**                    195

an order; this often results in unfilled orders at a certain price point for a given size even if an order is sent and the availability is listed on the Level 2.

## The turtle and the rabbit

As was mentioned in the previous section, OTC orders often require a certain degree of "manual labor" from the part of Market Makers to fill an order. This fact implies that some of the deals are processed by an individual at a computer and could possibly imply a phone transaction with another MM.

Unlike listed stocks (NASDAQ, AMEX, NYSE, etc...), where all trades are automated and all orders are instantly processed by the centralized trading system, OTC offers no such convenience. Consequently, order fill times are considerably slower. Figure III.3.1 shows the result of these delays.

Taking into consideration that trades are managed by humans to a certain extent, orders take a much longer time to be registered in the time and sales and the price action variation changes progressively, preventing it from experiencing the erratic behavior that is often seen in listed stocks.

## Think Ahead

One of the most important aspects of trading OTC stocks, is having the ability to foresee the price action; in simple terms, a trader needs to think ahead in order to enter or exit a position.

As was mentioned in the previous section, trades are managed by people rather than computers. As a result, MMs are subjected to a queue of orders that they need to process in the order they arrive. This very fact implies that every trader attempting to trade a stock must compete for the available shares listed by the MM.

Market Makers are then free to choose who to fill and when to fill an order.

The bottom line is that, when trading OTC stocks, a trader must think ahead of the masses in order to enter or exit a position, risking otherwise to not have an order filled during a spike or panic.

Confidential                                                                                    TS0007763

## Trading OTC Stocks

As was previously mentioned, trading OTC stocks requires foresight. This is due to the fact that as momentum increases, order fills become more difficult: MMs are flooded with orders at specific price points battling for their listed shares yet only able to accommodate a few orders before adjusting the price point.

Additionally the order in which trade orders are processed are completely left to the discretion of the MM; they may choose to fill or not fill your order even if the shares are available and you were "first" to claim them.

This means that when trading an OTC stock, it is important to have a strong hypothesis and understanding the reasons to enter a position and knowing exactly when such a position should be exit.

Trying to make such decisions while momentum is in progress will only lead to catastrophic results as will be discussed in the next section. Timing OTC trades is of the utmost importance.



*Figure III.3.2 - Multicharts – THCZ 1min chart - OTC trading*

In Figure III.3.2 the red arrow on top shows a potential entry point for a short position. It relies on the expectation that the price will drop in the near future without having a total assurance that it will.

A short sell order at that point would get filled rather quickly, while attempting to enter the position while the price is dropping will be unlikely to result in a filled

---

**Over-The-Counter (OTC)**          197

order, as numerous traders will attempt to enter such a position while competing for a limited number of shares at that price point for a given size in the MMs inventory.

The same idea applies to the blue arrow on the bottom in Figure III.3.2, where a long position would have to be expected before the breakout takes place.

Trading OTC stocks requires preparation and information, in order to enter a trade with an OTC stock, it is important to understand the history of the stock, previous price action, its resistance and support lines and the fundamental details that can drive the price.

It is also worth noting that most Pump & Dumps are OTC stocks that represent worthless companies; chances are that, as a trader, most OTC stocks you trade will be focusing on short positions.

### Entering an OTC position

Entering a position in an OTC stock requires preparation and a good hypothesis that justifies the interest in taking either a long or a short position.

The best time to enter an OTC stock position is either during sideway price action with the expectation of a breakout/down, at a time when trading volume is limited and orders are quickly filled, or at the last stages of a momentum price event, right before the price reversal happens.

Once volume picks up and momentum starts, Market Makers are overwhelmed by a mass of traders attempting to enter the position at specific price points. This makes them unable to process all orders and chances to get a proper entry fill are very unlikely.

It is best to enter a stock during the "calm before the storm" phase.

### Exiting an OTC position

Knowing when to exit an OTC position is far more important than the entry, as will be explained in the next section.

Confidential                                                                TS0007765

In a profitable situation, the exit price point can be important, but will not result in losses. In these cases it is best to exit when either when there is sideway price action or at the beginning of a reversal move.

In a losing trade, exiting an OTC position quickly is of the utmost importance in order to limit potential losses. Much like for a profitable trade, the best and possibly the only time to exit such a position is during sideway price action or right before a reversal. Attempting to exit while a momentum move is in progress is unlikely, but can be attempted in the following ways:

- Matching a listed ARCA price and size on L2 in order to partially exit the position, as ARCA is an automated MM and exact orders are processed almost instantly
- Setting a LMT/STP order with a price point below/above (depending on whether you are long or short) the current price that will appear higher on the order queue and will have higher chances of being processed when the price reaches that level.

It is important to keep in mind that it is very difficult to get orders filled during momentum.

## The dangers of trading OTC

As we discussed previously, trading OTC stocks requires a great deal of timing and good hypotheses in order to perform successful trades. This implies that the trader planning on engaging in such a practice is prepared and fully understands the behavior in these types of situations.

It is important to consider however, that trading OTC stocks implies a higher risk of potential losses than listed stocks when not prepared.

On the entry side of a trade, the worst that can happen is simply missing a profitable opportunity. This in itself, is an acceptable outcome, as there is no loss involved with the trade.

On the other hand, exiting a position requires a lot more attention to the price action and what to expect from a stock.

Confidential                    TS0007766

Attempting to exit a position when a momentum move is happening is usually an impossibility, which consequently means that a trader with a considerable position will be subjected to an unfavorable price action until volume dies down or until the order gets filled. This may only happen at a much different price point than the RMS absolute stop value established by the trader and thus leading to more considerable losses than originally expected.

As an example, in Figure III.3.2, if a trader were to enter a long position at the top red arrow price point, he/she would be subjected to most of the down price before obtaining a fill. This is due to the fact that getting orders filled during momentum is very difficult.

It is worth noting that even the most experienced traders fall victim to the effects of OTC trading and can be subjected to significant losses.

Additionally, it is also important noting that stocks traded in the OTC markets are usually prone to SEC halts, which can suspend all trading of a stock for an undetermined period of time.

The bottom line is that trading OTC stocks without the proper amount of preparation can lead to significant losses and needs to be done with great care.

## Summary

- OTC stocks follow a much different dynamic than listed stocks
- OTC markets are a decentralized P2P type of market network
- OTC orders are not processed instantaneously and a fill at a specific price point is not guaranteed
- OTC orders are filled at the discretion of Market Makers, based on availability and order priotity
- Trading OTC stocks requires foresight and preparation
- It is very difficult to trade OTC stocks when momentum is happening
- Attempting to exit a losing position in an OTC stock during momentum price action is unlikely to be a possibility and can lead to significant losses

## Questions

Confidential

Homework

Confidential                                                     TS0007768

# Chapter III.4 - SEC Filings

## Overview

This chapter will focus on understanding how to read and interpret the content of SEC filings in order to do in-depth research about a stock.

## Goals

The goal of this chapter is to become deeply familiar with reading and interpreting the contents provided by SEC Filings.

At the end of this chapter you will know:

- What is an SEC Filing
- What filings are the most useful when trading penny stocks
- How to find relevant information about a company in the filing
- How to interpret the data contained within the filing
- How to use this information to perform trading decisions

## Introduction

How to read SEC filings is a very advanced concept that is very time consuming. While this chapter will go over some of the concepts of reading and understanding the contents of SEC Filings, it is by no means an exhaustive coverage of learning how to do it.

I urge traders further interested in learning SEC filings in-depth to obtain Michael Goode and Timothy Sykes' "How To Read SEC Filings" DVD (Goode & Sykes, 2010) available on profit.ly.

## What is an SEC Filing?

An SEC Filing is a document required by a publicly traded company to comply with the Securities and Exchange Commission's regulations.

SEC filings allow investors to have a clear view of a company's history and progress in order to make informed decisions on how to further invest in it.

Confidential

These filings appear in the form of formal periodic reports that are publicly available and have a variety of informational purposes depending on the form being filed.

The SEC is in charge of checking the information contained within these forms in order to ensure that they meet certain requirements.

SEC filings offer investors a very in-depth view of the fundamental information about a company over time.

## Where to find SEC Filings?

There are multiple websites where SEC filings for companies can be obtained, here are a few of them:

- EDGAR, the SEC official search for filings: http://www.sec.gov/edgar/searchedgar/companysearch.html
- Yahoo Finance: http://finance.yahoo.com on the right column under "SEC filings" when looking at a stock
- OTC Markets: http://www.otcmarkets.com/ on the right column under "Filings and Disclosure" when looking at a stock

All three sources refer to the official SEC documents.

Additionally, some broker platforms will offer access to the SEC filings directly from the platform itself.

It is worth noting that SEC filings are available electronically and the electronic versions are easier to comb through when looking for information.

## The various types SEC Filings

SEC Filings are regulatory document describing the state of a company at the time of filing; there are various types of filings dedicated to this effect that serve different purposes when it comes to providing company relevant information.

While all filings provide valuable fundamental data about a given company, only a handful of documents are actually relevant when it comes to penny stocking and performing in-depth research to gain an edge over the market.

Confidential                                                                                    TS0007770

## Useful SEC filings in penny stocks

Information relevant to penny stocking when it comes to performing in-depth re-search about a given company can usually be found in a handful of SEC documents.

Here are the most relevant to the type of research performed when dealing with these types of securities:

### 10-K – The annual report

The 10-K represents the annual financial report that is filed by companies at the end of their 4th quarter period, or more precisely within 90 days of the end of their fiscal year.

The filing date for this document varies from company to company.

The 10-K is a report that provides investors with a comprehensive analysis of the company. This filing provides detailed the financial statements of the company.

The 10-K filing is divided in several sections:

- The "business summary" provides a description for the company's operation, it's employees, history, marketing, real estate, business segments, R&D and competition
- The MD&A, Management discussion and analysis offers a description on the company's operations and financial outlook
- Financial statements which may include the cash flow, income statements and the balance sheet
- Other sections of the filing may discuss the company's legal proceedings and the management team

The 10-K filing is an audited report.

The foreign firm equivalent of the 10-K is the 20-F.

### 10-Q – The quarterly report

This SEC filing is a truncated version of the 10-K which must be filed within 45 days after the end of each fiscal quarter.

Confidential                                                                    TS0007771

This document provides details on the company's latest developments and offers insight on the planned direction the company is planning to take.

The sections in this filing are similar to the 10-K and will include unaudited financial statements as well as a toned down version of the 10-K report.

The foreign firm equivalent of the 10-Q is the 6-F.

### 8-K – Report of any other important event

The 8-K filing describes important events that are not included in the 10-K and 10-Q reports. This document is unscheduled and will usually be issued when a major company event is relevant to investors.

This document addresses events and offers more details and exhibits such as data tables and press releases.

Some of the events that result in the production of an 8-K filing may include:

- Bankruptcy
- Receivership
- Material impairments
- Completion of acquisition
- Disposition of assets
- Departures or appointments of executives
- Other events of importance
- Press releases
- Debt conversion

8-K filings can report multiple events and are usually divided in exhibits.

The foreign firm equivalent of the 8-K is the 6-F.

### DEF 14A – Definitive proxy statement

The DEF 14A is a filing that provides investors with management salaries, conflicts of interest that may be of interest.

This document is usually filed before a shareholder meeting takes place and must be sent to the SEC before soliciting a vote on corporate matters.

Confidential

TS0007772

## Less useful SEC filings

There are a multitude of other forms that must be filed with the SEC; a brief description of these will be shown below:

- Form 4 – The purchase or sale of stock by insiders
- Form 3 – initial filing of ownership
- Form 5 – Annual statement of ownership
- SC 13G – the purchase or sale of shares by large holders, more specifically those owning more than 5% of the company's shares.
- SC 13D – the purchase or sale of shares by an activist investor, or more specifically an entity wishing to influence the direction of the company
- /A – This usually indicates an amendment to any of the existing filings (ie. 10-Q/A)
- NT 10-Q and NT 10-K – this represents a notification of late filing for a quarterly or a yearly report
- 10QSB and 10KSB – it is similar to the 10-Q and 10-K applicable to small business and used only for the smallest public companies
- S-3 – The registration of securities, the foreign equivalent is the F-3.
- S-8 – the registration of securities for issuing stock option plans for employees
- Shelf registrations – they allow a company to sell shares without providing an S-3
- There is a multitude of other less relevant documents which can be found on the EDGAR website.

## Combing through the data

SEC Filings can often be overwhelming documents containing lots of data in regards to the fundamental elements of companies.

Combing through the data takes time and it is important to know what to look for and knowing what is relevant.

It is also important, when reading through SEC filings, to consider all statements in relation to the size or value of a company in order to have a relative perspective of

Confidential                                                                        TS0007773

how certain data can affect the worth of the information being considered: in other words, information slightly affecting a $1B company may destroy a $10M one.

Events and information need to be put in the right context and the details need to be considered relative to the size and value of the company.

### The structure of a 10-K

The 10-K, as previously defined, is the annual status report for the company. It is a long document that covers all the aspects of the business for the finished fiscal year and contains crucial information for investors.

The 10-K (and similarly the 10-Q, in a less detailed version) is composed of many elements that provide different types of data in regards to the company in question.

The various sections are described on the SEC website (Commission S. a., How to Read a 10-K, n.d.).

The 10-K is structured as follows:

- An index describing the sections of the document
- Part I
    - Item 1 – "**Business**" is description of the business and how it operates, including its business strategy, products, services, marketing, intellectual property, recent events, etc…
    - Item 1A – "**Risk factors**" which often describes the competitions but may also contain some other juicy details that may affect operations; it does not however focus on how to counter these risks
    - Item 1B – "**Unresolved Staff Comments**" is usually dedicated to respond to comments from the SEC staff on previously filed reports that had not been resolved after a certain time
    - Item 2 – "**Properties**" focus on the information about the properties, locations, plants or other important physical properties
    - Item 3 – "**Legal Proceedings**" focuses on the information regarding pending lawsuits, legal proceedings or other types of litigation
    - Item 4 – this item does not currently offer any information and is reserved by the SEC for future use.

Confidential                                                                TS0007774

- Part II
  - Item 5 – "**Market Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities**" focuses on the company's equity securities that may include market information, number of shareholders, stock repurchases by the business, dividends, or similar information
  - Item 6 – "**Selected Financial Data**" represents certain financial data for the company over the last 5 years.
  - Item 7 – "**Management's Discussion and Analysis of Financial Condition and Results of Operations**" focuses on the company's perspective over the business results of the past financial year, also known as the MD&A, allows a company to tell its story.
  - Item 7A – "**Quantitative and Qualitative Disclosures about Market Risk**" focuses on the information regarding the company's exposure to market risk; in other words, risks of the stock market that may affect the company's operation
  - Item 8 – "**Financial Statements and Supplementary Data**" primarily focuses on the company's audited financial statements. This information is presented according to the accounting standards, conventions and rules known as the Generally Accepted Accounting Principles (GAAP). This section includes:
    - Income statements
    - Balance sheets
    - Cash flow statements
    - Shareholder equity
  - Item 9 – "**Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**" discusses any disagreements arising with accountants if there has been a change in accountants.
  - Item 9A – "**Controls and Procedures**" provides the information about the company's controls and procedures to handle internal financial reporting.
  - Item 9B – "**Other Information**" provides information that is required to be reported on a different form but was not yet reported
- Part III

Confidential                                                                                    TS0007775

- o Item 10 – "**Directors, Executive Officers and Corporate Governance**" includes the information about the experience and background of the company's directors and executive officers as well as the business code of ethics, and any relevant qualification information for directors and committees of the board.
- o Item 11 – "**Executive Compensation**" provides a disclosure about the compensation provided to the top executive officers as well as compensation policies over the past year.
- o Item 12 – "**Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**" provides information about the number of shares that are owned by the company's officers, directors and large shareholders. It also includes details about equity compensation plans.
- o Item 13 – "**Certain Relationships and Related Transactions, and Director Independence**" provides information in regards to the relationships and transactions between the business and its officers, directors, and their respective family members.
- o Item 14 – "**Principal Accountant Fees and Services**" is used to disclose the fees paid to accounting firms of their services during the year. This information is however usually included in the DEF 14A form, "proxy statement" and this item would simply reference to that form.
- Part IV
  - o Item 15 – "**Exhibits, Financial Statement Schedules**" provides a list of exhibits and financial statements included with the 10-K; this includes:
    - Company bylaws
    - Copies of material contracts
    - List of the companies' subsidiaries
    - Etc...

## *What to look for?*

When dealing with penny stocks, combing through SEC filings is about finding discrepancies in financial statements, outstanding debts, insider deals that may adversely affect shareholders, etc.

---

All this information is publicly available and hidden under a large amount of data in regards to the current state of the company being researched.

### Financial Statements

How to read financial statements is outside of the scope of this course; however, in order to understand SEC filings such as the 10-Q and the 10-K, this knowledge is necessary. It is important to have a good knowledge on how to read balance sheets, cash flow and income statements. The financial information is built upon the Generally Accepted Accounting Principles (GAAP); getting familiar with these rules is a necessity when doing SEC filing research.

Understanding the company's business is always important prior to plunging into the financial information. Fundamental analysis can help understand how certain numbers come to be.

Financial statements hide all the juicy details about the financial health of a company, understanding the math behind it can help uncover discrepancies or hidden expenses that may reflect other dubious events.

> *"Most audit reports express an "unqualified opinion" that the financial statements fairly present the company's financial position in conformity with GAAP. If, however, an auditor expresses a "qualified opinion" or a "disclaimer of opinion," investors should look carefully at what kept the auditor from expressing an unqualified opinion. Likewise, investors should carefully evaluate material weaknesses disclosed on internal controls over financial reporting." (Commission S. a., How to Read a 10-K, n.d.)*

The quotation above is a hint by the SEC to look for the results of auditor reports on 10-K forms to find interesting data.

Faking financial data is not an easy task, it is therefore important to pay attention to how number balance between the balance sheet and the income statements. This type of information can usually be a good indicator that something fraudulent is happening.

> *""Changes in and Disagreements with Accountants on Accounting and Financial Disclosure" requires a company, if there has been a change in its accountants, to discuss any disagreements it had with those accountants.*

Confidential        TS0007777

*Many investors view this disclosure as a red flag." (Commission S. a., How to Read a 10-K, n.d.)*

Also brings the attention to Item 9 on the 10-K, disagreements between accountants can be an interesting indicator, when looking for dirt.

### Legal events

It is important to look for the results of legal events as this type of information can reflect ongoing lawsuits which can in certain cases bring a company to bankruptcy.

Understanding how the legal proceedings affect the company can help further understand its health and potential outcome.

### Risk Factors

Finding this type of data can be tricky and cannot simply be categorized as it represents the risk factors for the company; as such, this type of information varies from company to company, thus requiring some fundamental understanding of the underlying business.

Risk Factors are usually a good way to discover potential issues that the business is facing or will be facing in the near future that could affect operations, finances, etc...

### Excessive debt due in the short term

Owing excessive debt and having a payment due date in the short term can reveal that the company is in serious trouble in terms of finances.

This is usually indicative that the underlying company is unable to generate enough income to clear the debt, which consequently points to the fact that the business might end up filing for bankruptcy and having its assets liquidated among the creditors and largest shareholders.

It is important to look who are the primary beneficiaries in the case of the liquidation of the company's assets and find out how this affect holders of publicly traded shares.

Confidential                                                          TS0007778

## Other indicators

There are a multitude of indicators that can be found in the SEC filings to discover potential issues with a company, here are some of the things a trader should look for when performing in-depth research in SEC Filings:

- Going concerns, indicates that a company is not doing well, usually represents a red flag, and is applicable to most P&Ds
- Name changes, can usually indicate reverse mergers; a reverse merger in essence allows a private company to become public without raising capital. Investopedia offers a great explanation on Reverse Mergers (Dumon, n.d.)
- Number of outstanding shares and calculated market capitalization (outstanding shares multiplied by the stock price per share)
- Acquisitions and how the acquired companies relate to the acquiring company
- Dramatic increase in asset value, can indicate a reverse merger
- Entries in the balance sheet providing complex or confusing names
- Research shares other than common stock
- Debt conversion costs need to be investigated

Simply put, finding where the money comes from and where it is going.

## Using the data to make trade decisions

Digging through SEC Filings is a time-consuming research activity. It requires the trader to study and analyze the most intricate details contained within a company's reports.

The main purpose of performing such an in-depth analysis is to validate information that is already suspected in order to further reinforce a trading hypothesis. It is however important for a trader to know when to stop looking into a company as the time spent may not yield any profitable result.

Making trade decisions based on the data contained within SEC filings pertains to understanding how the fundamental data may affect the stock price.

For example, quickly recognizing a company that announces majestic events for is future but does not have a strong financial or legal basis to prove these advances

Confidential                                                                    TS0007779

can indicate a potential Pump & Dump (whether it is compensated or not is a completely different subject).

The result of the in-depth research performed by looking into SEC filings is intended to determine whether a company has real worth and if their statements can be taken seriously.

More importantly, such research can help predict potential price action behavior by giving an edge to traders who understand the underlying business operations and how these operations compare to the basic information that is publicly available to those who do not perform such a research activity.

Diving into SEC filings can help a trader make the following assessment and decisions:

- Determine if a company is worthy, is it a potential long position
- Determine if a company is fraudulent or performing dubious financial activities, is it a potential short
- Determine if a stock with an overextended price action has a justified catalyst to push traders to continue buying
- Determine if a company's press release on financial matters, contracts or agreements have any concrete backing rather than just artificially pumping interest
- Determine who owns the shares of the company and how that may affect the price
  - Is it being funded by toxic financing such as PIPEs (Private Investment in Public Equity)
  - Is it being used for a Pump & Dump
- Determine if the company is potentially fraudulent, will it get halted, is it a potential short position
- Determine if the cash flow statements are representative of the company's actual operations and if the values make financial sense
- Determine if hidden expenses are fraudulent
- Determine if company's officers have previously been part of fraudulent businesses, or if there have been in litigations that may affect the company or represent a conflict of interest, is it a potential short

Confidential

TS0007780

## Summary

- SEC filings are required by the SEC for public companies
- SEC filings disclose all the necessary information required for investors to make decisions
- There are multiple SEC filings, the most important are
    - 10-K, annual report
    - 10-Q, quarter report
    - 8K, report of important events
    - DEF 14A, proxy statements
- Researching SEC Filings is a complementary tool in reinforcing a trade hypothesis
- SEC filing research should never be used alone to perform trade decisions
- Look for red flags in SEC Filings
- Learn to identify the reasons and facts that can influence stock price that can be reflected in an SEC filing
- SEC Filings contain factual information, compare them to promotions and Press Releases to get the big picture and reinforce your hypothesis
- Bad companies may perform well in the market for a certain period of time

## Questions


## Homework

Confidential                                                                      TS0007781

## Chapter III.5 - Position Boxing

### Overview

This chapter will focus on the concept of position boxing in order to counter the downside of a potential play while ensuring the retention of shares to short for a given stock that has low availability.

### Goals

The goal of this chapter is to teach you how to box a position in order to perform a short sell trade with an instrument that has low short share availability.

### Short Selling and the hunt for shares

Chapter III.1 focused on the various intricacies of short sell trades. One of the important points we focused on was the sometimes difficult nature of obtaining shares to borrow for a short sell trade.

As was previously explained, shortable shares rely on the broker-dealer's inventory, however in some cases these shares are quickly used by other traders and shorting a stock when momentum happens becomes an impossibility.

"Hunting" for shares in this type of situation becomes a necessity when desiring to take a short position in order to generate profit, however this needs to be much in advance. As a result, a trader entering a potential short to early can be subjected to a short squeeze situation, forcing the trader to exit the position with significant losses.

### A tale of two brokers

In order to remedy this type of situation, a solution can be applied: "Boxing a position". The very concept of boxing a position relies on a trader having multiple stock broker accounts to perform trades; ideally 2 or more.

Having two or more brokers allows the trader to take multiple differing positions on the same stock without affecting the position sizes at other brokers.

---

**Position Boxing**                                    215

## Boxing the position

Boxing a position takes into account the concept that shares for a given stock are hard to borrow or difficult to find at a given broker, meaning that these shares need to be reserved in advance in order to be able to trade them. Reserving shares is not always a possibility, it is therefore necessary to enter the short position whenever the shares are available; this is often not suitable when the stock price is still expected to raise before crashing.

The concept of boxing the position is as follows:

- The trader takes a short position with Broker 1
- The trader takes a similarly sized long position with Broker 2; this position may be of a bigger size if the trader expects a prolonged upside on this trade.

This first step ensures that the current total value of trader's position is balanced close to 0, meaning that a move in either direction will result in neither a profit nor a loss when both positions are exited at the same time.

Once the stock is ready to crash according, resulting in a price drop of the stock, the trader then closes his/her long position with Broker 2, leaving only the short position open with Broker 1.

The trader can then simply close the short position with Broker 1 as he/she normally would according to the chosen trading strategy.

Figures III.5.1 through III.5.4 show the process of position boxing.

Confidential                    TS0007783

The Complete Penny Stocking Course                    Advanced Concepts



*Figure III.5.1 - The players*

Figure III.5.1 shows the players in this process, namely, the trader, Broker 1 and Broker 2.



*Figure III.5.2 - Entries with both brokers*

Figure III.5.2 shows the position boxing entry process which implies that the trader takes both a short (based on availability) and long with similarly sized positions. The figure above depicts both positions as being 1000 shares, however, the trader could have taken a larger position in order to increase potential gains on the upside.

---

**Position Boxing**                                         217

The Complete Penny Stocking Course                        Advanced Concepts



*Figure III.5.3 - First exit with Broker 2 when the trader expects the price to break down*

Figure III.5.3 shows the trader exiting the long position. This is typically done once the trader has determined through the various strategy indicators that the stock price is about to drop.

In exiting the position, the trader realizes the profit on the upside, compensating for the short sell trade unrealized losses up to this point.

Prior to exiting the position, the combined cash value of both positions was close to $0. As soon as the trader exits the long position, this essentially corresponds to a typical short sell entry; with no counter balancing trade, this position is now ready to either generate a real profit on the down side or an actual loss on the up side.

Figure III.5.4 below depicts a typical buy-to-cover exit for a short position. In this fictional case, the profit is considered to be $970, for a $1/sh drop from its highs. This profit is ensured by the fact that the long position compensated for the losses of the short position; consequently, the short position actually becomes an actual position when the trader exits the long position.

Confidential                                                            TS0007785



*Figure III.5.4 - Typical buy to cover exit with broker 2 for a profit*

It is worth noting that the final account differences in Brokers 1 and 2 will respectively be +$500 and +$470; the cumulative profit of both positions results in a profitable trade.

## The dangers of position boxing

Position boxing requires proper timing in order to enter both broker positions almost simultaneously with two different broker accounts, this means having the proper experience to minimize the time required to get those orders filled while experiencing a very little price variation between both entries (entry price on Broker 1 should be very close to the entry price on Broker 2).

Additionally, all the dangers of short selling are still applicable, namely forced buy-ins and SEC halts of the stock.

These dangers need to be taken into consideration when boxing a position, as the financial risk is technically doubled even though both positions balance one another to a $0 market value.

## Summary

- Position boxing is used when shares to short for a given security are scarce

Confidential                                                    TS0007786

- Position boxing is used when it is necessary to maintain balance between the prior to committing to a position
- Position boxing is typically to improve the efficiency of short positions
- 2 or more brokers are necessary in order to box a position
- The dangers of position boxing are the same as those for short selling
- Position boxing allows a trader to "reserve" shortable shares for a given security in order to perform a trade when the stock is ready for a drop

## Questions

## Homework

Confidential                                                                TS0007787

## Chapter III.6 - Pyramiding Positions

### Overview

This chapter focuses on the concept of pyramiding positions, also known as adding to a position.

### Goals

The goal of this chapter is to teach you to know when to add to a position and when to add to your position in order to maximize your potential profits.

At the end of this chapter you will know:

- What the rules for adding to a position are
- How big your added position should be
- What should be your new absolute stop
- How to add multiple times and determining the necessary values

### Introduction

When trading, there are plays that may turn out better than originally expected, making a base investment less profitable and it could be with a larger position. Pyramiding positions, or adding to a position, takes advantage of a favorable stock price action and increases the potential profits for that series of trades.

The theory behind this strategy for adding to a position has been adapted by myself, based on the concept of trend following pyramiding positions introduced by the Turtle Experiment (Covel, 2009) and applied to penny stocks.

It relies on the NT Risk Management Strategy presented in Chapter II.4 and uses the concepts of Risk Unit and Average True Range (N) in order to determine position sizes, entries and stops.

### Warning

Adding to an existing position implies increasing your position size in order to generate more profit on a given trade. This chapter has been included in the Advanced

---

**Pyramiding Positions**                          221

Concepts section as taking larger position implies a bigger risk for the trader and potentially bigger losses in an unfavorable scenario.

Pyramiding positions requires understanding of the process, but also experience and discipline in order to cut losses quickly and exit a position at a moment's notice.

Additionally, this type of strategy is better suited to listed stocks rather than OTC due to the speed of execution and the effects that this can have on entering or exiting a position.

## The Numbers

The Pyramiding positions technique relies on a couple of concepts established in Chapter II.4, with the NT RMS.

When considering adding to a position the following parameters need to be taken into account:

- Total equity: E
- Average true range: N
- Risk Unit %: p
- Risk Unit $: U
- The absolute stop multiplier: x
- The addition threshold multiplier: m

The risk unit is the same as established in the NT RMS and should be adjusted with the evolution of the total equity value (which includes realized and unrealized profits/losses).

## Pyramid Limits

While pyramiding positions can be a very profitable strategy, it is advisable to limit the number of entry additions to 5 risk units.

This limits the amount of cash that is dedicated to a single position.

**Example:**

Equity: $10000
Risk unit: 2%

Confidential TS0007789

Risk Unit value: $200

For a stock having an N of $0.5 and a stock price of $5.00/share, the trader can take a position of 400 shares with a maximum risk of $200.

The position value at 400 shares would be $2000.

Adding to a position 5 times with a risk unit of 2% with a stock price of $5+ would imply a total position value of over $10000, which is equivalent to the total equity of the trader.

Taking a position that occupies a 100% of the trader's capital is unacceptable as it can blow up the account if something goes wrong.

As a trader you need to take this fact into consideration when using this technique for adding to your position.

## Adding to your position

Adding to your position using the pyramiding technique implies recalculating the N, U and stops for each new position taken in the concerned security.

A detailed fictional example will be provided below.

The exit (established by the RMS) and addition multipliers also need to be taken into consideration and remain constant throughout the whole pyramiding process.

The first step is the original entry into the position, the basics of the RMS is covered in Chapter II.4.

Steps 2-5 operate based on adjusted trader's equity and N based on the stock price action, profit and loss, which then determines the new absolute stops and subsequent entries if necessary.

The entry prices for steps 2-5 are determined as follows:

$$EP = base\ price + (step\# - 1) \times m \times N$$

This essentially means performing the product of the entry multiplier, the current step number minus 1 and the average true range; then adding this value to the base entry price to obtain the entry price for the current step.

Confidential                                                          TS0007790

## Fictional Case Study

This section will focus on providing a fictional example of how this technique for pyramiding entries works. It will assume a fictional long position on a non-existent stock in order to present the details of the technique in a more practical manner. Additionally, it will be assumed that the price of the stock will be following a constantly increasing pattern for the duration of the example. However, the absolute stops described below should serve as an example of when to fully exit the position when that value is crossed following a reversal.

### Step 1 – Basic long entry

For the purpose of this fictional case study the following parameters will be established:

- Base equity: $E = \$10000.00$
- Risk unit: $p = 1\%$
- Absolute stop multiplier: $x = 1$
- Entry multiplier: $m = 0.5$

This provides us with the Risk Unit $ value as being

$$U = \$100.00$$

We assume the starting point of the stock as having the following values:

- Current price and 1st step entry price: $2.50
- Average True Range: $N = \$0.50$

An entry at the current price with the current N value would imply the following position size for a long position:

$$P = floor\left(\frac{\$100}{0.50}\right) = 200 \; shares$$
$$Position \; value \; \$P = 200 \times \$2.50 = \$500.00$$

Additionally we calculate our first stop to be:

$$S_1 = x \times N = 1 \times \$0.5 = -\$0.50$$
$$S_1 = \$2.50 - \$0.50 = \$2.00$$

Confidential                                                                    TS0007791

Our first absolute stop is therefore set at $2.00 for a $100 loss if the price drops.

Table III.6.1 summarizes the current state of the trader's position;

Table III.6.1 - Pyramid entry Step 1 - initial position

| Unit # | Entry price | # Shares | Stop price | P/L | RtOE[1] |
|--------|-------------|----------|------------|-----|---------|
| 1 | $2.50 | 200 | $2.00 | $0.00 | 1% |

### Step 2 – First addition

The second entry point is determined as follows:

$$EP_2 = entry\ price + (step\# - 1) \times m \times N$$
$$EP_2 = \$2.50 + (2 - 1) \times 0.5 \times 0.5 = \$2.50 + \times 1 \times 0.25$$
$$EP_2 = \$2.50 + 0.25 = \$2.75$$

The current stock price is $2.75, resulting in the following values:

- Equity: $E = \$10050.00$
- Risk Unit: $U = \$10050.00 \times 1\% = \$100.50$
- Adjusted stop price: $S_2 = \$2.75 - \$0.5 = \$2.25$
- 2 Entry position size: $P_2 = floor\left(\frac{100.50}{0.5}\right) = 201\ shares$
- Position value: $\$P_2 = 201 \times \$2.75 = \$552.75$

Table III.6.2 - Pyramid entry Step 2 - first addition

| Unit # | Entry price | # Shares | Stop price | P/L | RtOE |
|--------|-------------|----------|------------|-----|------|
| 1 | $2.50 | 200 | $2.25 | $50.00 | 0.5% |
| 2 | $2.75 | 201 | $2.25 | $0.00 | 1% |
| **Total:** | | **401** | | **$50.00** | **1.5%** |

### Step 3 – Second addition

The second entry point is determined as follows:

$$EP_3 = entry\ price + (step\# - 1) \times m \times N$$
$$EP_3 = \$2.50 + (3 - 1) \times 0.5 \times 0.5 = \$2.50 + \times 2 \times 0.25$$

---

[1] Risk to Original Equity

**Pyramiding Positions**                                                              225

The Complete Penny Stocking Course        Advanced Concepts

$$EP_3 = \$2.50 + 0.50 = \$3.00$$

The current stock price is $2.75, resulting in the following values:

- Equity: $E = \$10150.25$
- Risk Unit: $U = \$10150.25 \times 1\% = \$101.50$
- Adjusted stop price: $S_3 = \$3.00 - \$0.5 = \$2.50$
- 2 Entry position size: $P_3 = floor\left(\frac{101.50}{0.5}\right) = 203\ shares$
- Position value: $\$P_3 = 203 \times \$3.00 = \$609.00$

Table III.6.3 – Pyramid entry Step 3 - second addition

| Unit # | Entry price | # Shares | Stop price | P/L | RtOE |
|--------|-------------|----------|------------|----------|-------|
| 1 | $2.50 | 200 | $2.50 | $100.00 | 0% |
| 2 | $2.75 | 201 | $2.50 | $50.00 | 0.5% |
| 3 | $3.00 | 203 | $2.50 | $0.00 | 1.01% |
| Total: | | 604 | | $50.00 | 1.51% |

## Step 4 – Third addition

The second entry point is determined as follows:

$$EP_4 = entry\ price + (step\# - 1) \times m \times N$$
$$EP_4 = \$2.50 + (4 - 1) \times 0.5 \times 0.5 = \$2.50 + \times 3 \times 0.25$$
$$EP_4 = \$2.50 + 0.75 = \$3.25$$

The current stock price is $2.75, resulting in the following values:

- Equity: $E = \$10301.50$
- Risk Unit: $U = \$10301.50 \times 1\% = \$103.01$
- Updated ATR: $N = \$0.6$
- Adjusted stop price: $S_4 = \$3.25 - \$0.6 = \$2.65$
- 2 Entry position size: $P_4 = floor\left(\frac{103.01}{0.6}\right) = 171\ shares$
- Position value: $\$P_4 = 171 \times \$3.25 = \$555.75$

Confidential

TS0007793

The Complete Penny Stocking Course                    Advanced Concepts

*Table III.6.4 - Pyramid entry Step 4 - third addition*

| Unit # | Entry price | # Shares | Stop price | P/L | RtOE |
|--------|-------------|----------|------------|-----|------|
| 1 | $2.50 | 200 | $2.65 | $150.00 | 0% |
| 2 | $2.75 | 201 | $2.65 | $100.50 | 0.20% |
| 3 | $3.00 | 203 | $2.65 | $50.75 | 0.61% |
| 4 | $3.25 | 171 | $2.65 | $0.00 | 1.02% |
| **Total:** | | **775** | | **$301.25** | **1.83%** |

## Step 5 – 4th and last addition

The second entry point is determined as follows:

$$EP_5 = entry\ price + (step\# - 1) \times m \times N$$
$$EP_5 = \$2.50 + (5 - 1) \times 0.5 \times 0.5 = \$2.50 + \times\ 4 \times 0.25$$
$$EP_5 = \$2.50 + 1.00 = \$3.50$$

The current stock price is $2.75, resulting in the following values:

- Equity: $E = \$10533.75$
- Risk Unit: $U = \$10533.75 \times 1\% = \$105.33$
- Adjusted stop price: $S_5 = \$3.55 - \$0.6 = \$2.50$
- 2 Entry position size: $P_5 = floor\left(\frac{105.33}{0.6}\right) = 175\ shares$
- Position value: $\$P_5 = 175 \times \$3.55 = \$621.25$

*Table III.6.5 - Pyramid entry Step 5 - 4th and last addition*

| Unit # | Entry price | # Shares | Stop price | P/L | RtOE |
|--------|-------------|----------|------------|-----|------|
| 1 | $2.50 | 200 | $2.95 | $210.00 | 0% |
| 2 | $2.75 | 201 | $2.95 | $160.80 | 0% |
| 3 | $3.00 | 203 | $2.95 | $111.65 | 0.10% |
| 4 | $3.25 | 171 | $2.95 | $51.30 | 0.51% |
| 5 | $3.55 | 175 | $2.95 | $0.00 | 1.05% |
| **Total:** | | **950** | | **533.75** | **1.66%** |

Total cumulative entry position value @ $3.55:

$$TEPV = 500 + 552.75 + 609 + 555.75 + 621.25 = \$2838.75$$

**Pyramiding Positions**                    227

Confidential                                        TS0007794

The total cumulative investment for each of the positions taken in this fictional example would be $2838.75, assuming a profit of $533.75 by maintaining all the positions at the $3.55 price point per share.

If the price were to continue raising, so would the profits of each of the individual steps, progressively eliminating the total risk to equity; conversely, with an absolute stop set at $2.95, the maximum loss would be of $166.00 at step 5, which is already covered by the gains in steps 1 and 2.

## Summary

- Pyramiding positions is an advanced concept to add to an existing position in order to maximize profits
- Pyramiding can be risky, as it implies increasing the position size
- A 5 step limit should be set when pyramiding positions in order to limit the total amount of equity being invested
- This technique relies on the NT RMS described in Chapter II.4 and the values defined therein

## Questions

## Homework

Confidential                                                                TS0007795

## Chapter III.7 - Trading the spread

### Overview

This chapter will focus on the concept of Trading the spread which allows a trader to profit from medium volume stocks that are subjected to a wide difference between the "bid" and the "ask".

### Goals

The goal of this chapter is to teach you a technique to profit from stocks that experience very little price change due to a stalemate in trading resulting from a wide price gap between buyers and sellers.

At the end of this chapter you will know:

- How to uncover potential candidates for this type of play
- How to enter and exit position relying on this technique
- What the potential dangers are of trading the spread

### Introduction

Trading the spread is a technique that relies essentially on taking advantage of the difference between what buyers are willing to pay for a stock and what sellers wish to receive.

This is an advanced technique as it requires experience and patience to be successful at it; more importantly, it is not the type of play that comes to a trader often, but which can potentially be profitable as it can be repeated as many times as the stock allows it.

Trading the spread is directly dependent on a wide difference between the "bid" and the "ask" prices, usually looking for anything above a $0.15 gap for stocks priced under $10.00.

Trading the spread also relies on having access to Level 2 real time data in order to have a proper overview of how buyers and sellers stand up to each other; more precisely, identify the presence of walls of buyers and sellers present to reinforce the hypothesis that this technique may be successfully applied.

Confidential
TS0007796

## Understanding the spread

Spread is usually the result of mid and low volume stocks where both buyers and sellers remain firm on their order prices, reducing dramatically the immediate volatility of the stock.



*Figure III.7.1 –StocksToTrade - MOLG $0.16 Spread on L2*

Figure III.7.1 shows a $0.16 spread between the "bid" and the "ask" at similar position size orders.

Confidential                                                                TS0007797

In terms of charts, this usually means very little movement over time in price action, hence revealing a low volatility stock; this can also often be associated with a low liquidity stock.

Stocks with a wide spread often have a volume under 200000 shares on the day.

## Finding interesting stocks

There are a couple of ways to find stocks to which this technique could be applicable.

The first way, is "manual", this implies that you'll have to use a real-time screener/scanner to look for stocks with a spread and determine the spread visually and mentally calculate the difference between "bid" and "ask" for each of the stocks on your scanner and then determine those that meet your criteria.

The second option, which is currently the only way to perform this type of filtration is by creating a StocksToTrade/EquityFeed filter that looks for a spread above a certain value.



*Figure III.7.2 - StocksToTrade - Filter to look for a spread greater than $0.15*

Figure III.7.2 depicts the filter builder that allows to create a real time filter in order to find stocks that have an "ask" price greater than the "bid" price by $0.15. Once you run the filter you obtain the desired results and can look further onto whether any of those plays are of any interest for this technique.

---

**Trading the spread**                    231

The Complete Penny Stocking Course                    Advanced Concepts



*Figure III.7.3 - StocksToTrade - Spread filter results*

Figure III.7.3 shows the results of the filter above during trading hours. It shows all the stocks currently matching a spread wider than $0.15, and also matching a price between $0.1 and $12, and a volume greater than 250000.

## Trading the spread

Now that we have established what to look for, we can move to the specifics on how to trade stocks with a wide spread.

We will use Figure III.7.4 as an example reference for how to trade this type of technique.

The basic concept is as follows:

- Take a long or short position respectively higher or lower than the current bid or ask
- Wait until your order is filled at that price
- Close your position below or above the current ask/bid
- Wait for your order to be filled.

Trading the spread strongly relies on patience, as the orders may take some time to get filled and rely on some traders trying to open or close their position at the price you are posting.

In some instances the orders may not be filled at all.

232                          **Trading the spread**



Figure III.7.4 - StocksToTrade - NVCN with a $0.44 spread

Based on Figure III.7.4, a trader could trade the spread as follows:

- Take a 100 share long position above the current bid: for example $8.69
- Wait until the order is filled

Once the order is filled you can immediately send a closing order:

- Close the 100 share long position by selling at $8.97 for example.
- Wait until the order is filled

Confidential                                                              TS0007800

Once the closing order is filled, the technique is complete; the end result is a $0.28/share profit without relying on any advanced technical analysis or catalyst, but instead entirely depending on the status quo of the stock price.

## Dangers of trading the spread

While trading the spread can be a profitable and repeatable technique, it is not without its dangers.

Just like every stock, a stock fitting into this type of play is also subjected to fundamental factors that may affect the price one way or another; this means in essence that a stock may have very little volatility for an extended period of time only to meet a situation where it encounters a breakout/down event.

This can result in losses and needs to be taken into consideration when trading the spread.

Additionally, due to the very nature of this technique, orders may not get filled for extended periods of time, if at all, which may force a trader to exit a position at or below the entry price, limiting considerably the profitability of such a technique.

All these factors need to be taken into account in order to do well with this technique.

## Summary

- Trading the spread is an advanced technique
- Trading the spread relies on a good knowledge of Level 2 (See Chapter III.2)
- Trading the spread takes advantage of the difference of price between "bid" and "ask"
- Trading the spread works best with low/medium volatility/liquidity stocks
- Trading the spread can be done by taking entries either long or short respectively above the "bid" or below the "ask"
- Trading the spread exits can be selling below the "ask" for a long position or above the "bid" for a short position
- Trading the spread requires patience, as orders are not executed immediately and depend on buyer/seller interest at the posted price points

Confidential                                                                                        TS0007801

The Complete Penny Stocking Course                     Advanced Concepts

- Orders using this technique are not guaranteed to be filled and the trader may need to exit the position at a loss
- Trading the spread can be dangerous if the stock encounters momentum through an unexpected catalyst of fundamental factor that may affect price action and volume

Questions

Homework

**Trading the spread**                     235

## Chapter III.8 – Finding a niche and developing your strategy

### Overview

This chapter focus on providing you with the necessary concepts to find a trading niche and develop your own trading strategy.

### Introduction

This is the final chapter of the course that focuses on how to really become a self-sufficient and self-reliant trader.

All the previous chapters leading to here have built upon a large wealth of information and provided you with all the necessary tools to be able to think by yourself. While the course in itself may have been completed in a relatively short time from the point you started to the point you reached this chapter, there is still much experience to be gained.

This chapter aims to provide you with the guidelines to find your own trading path from this point on.

Section IV will present some of the most popular sample trading strategies, but they are by no means the only ones and certainly not absolute cash cows in all situations. You may use them as a baseline for developing your own.

### Where to start?

Developing your strategy is about building upon all the trading concepts and ideas that have been covered all throughout this course.

The only place you can really start is by learning the material in a way that it becomes embedded in your subconscious and allows you to successfully perform trades without having a second thought.

Knowing what you are doing and becoming experienced with this knowledge is the starting point to developing your own way of handling your trades.

Martial artists are taught to learn thousands of techniques for many years, some of these techniques are repeated thousands of times in order to assimilate them as a

Confidential                                                          TS0007803

reflex. A Martial artist only becomes a true master once he is able to move from the "external techniques" to the "internal techniques". This is also known as self-discovery, and relies on knowing oneself to further improve.

## Never stop learning

Trading, much like anything else, is about a continuous state of learning. The market evolves, much like an aging creature. New rules are added, new events affect its core behavior.

Being able to learn in a constant manner and continuously adapt to these changes is a necessity for traders looking to become successful and self-sufficient. The most successful traders have understood that in order to continue performing well, it is of the utmost importance to keep on learning every step of the way.

Those who fail to learn and adapt, relying on obsolete techniques ultimately end up victim of a fast paced, constantly evolving, growing market.

## Find your niche

Finding a trading niche is about experience; it is not something that can be achieved by novice traders as it requires a large trade history and experience with the market to discover what works and what doesn't.

Finding your niche starts with tracking your trading results, as was discussed in Chapter I.6. More specifically, it is very important to track the performance of every strategy you have traded.

Over time, you will realize that you are more successful with certain types of plays and less with others. Finding your niche ultimately relies on optimizing your trading strategies based on the results you obtain from your past performance.

This will eventually dictate which plays are best for you, which are the most comfortable and which you should truly be focusing on.

## Experiment & track your results

Building upon finding a niche, you will start experimenting with new approaches on your entries, exits and performance.

---

**Finding a niche and developing your strategy**       237

Confidential       TS0007804

This approach is very similar to the scientific process which is basically as follows:

- Define the question
- Gather your information and resources
- Build a hypothesis for your trades
- Experiment based on your hypothesis and collect the data obtained
- Analyze the data
- Interpret the date and draw conclusions that will serve as the basis for new hypotheses
- Publish your results

This process allows you to build upon existing knowledge in order to find new and novel approaches to tackle penny stocks.

## Develop your trading strategy

The final step is developing your own trading strategy based on all that you have learned. This process may take months or it may take years of continuous trading.

It is important to keep in mind that the most successful traders, whether they are self-taught or have learned from a guru, have all ended up developing their own strategy and stopped relying on the opinions of others to perform their trades.

Each of them have a certain level of leadership attitude that allows them to have conviction in the trades they perform and never follow the trades of others.

Developing your strategy is about finding your niche, experimenting with different entry and exit approaches, trying different risk management strategies and ultimately determining what works best for you.

Trading is a personal endeavor, and while in the beginning it might look more like a group effort and may seem like you're following on the steps of more experienced traders, ultimately trading is done for oneself and no other.

Every trader is different and much like DNA, every trading strategy is truly unique, even when it starts off as a copy of every other strategy in the field.

> *"Don't get set into one form, adapt it and build your own, and let it grow, be like water. Empty your mind, be formless, shapeless — like water. Now*

*you put water in a cup, it becomes the cup; You put water into a bottle it becomes the bottle; You put it in a teapot it becomes the teapot. Now water can flow or it can crash. Be water, my friend."* **~ Bruce Lee** *(Lee & Little, Bruce Lee: A Warrior's Journey, 2000)*

## Conclusion

This chapter concludes the main sections of this course. From this point on you will be able to start taking the journey to become a self-sufficient trader by progressively assimilating all of the concepts covered throughout this manual.

The next section will focus mainly on existing well established strategies that have been proven to be successful over time. Use them as the basis for your day-to-day trading as well as for building your own strategies.

Finally, if you really want to dedicated yourself to penny stocking and have a great chance at becoming successful at penny stocking, I strongly encourage you to apply for Timothy Sykes' Millionaire Challenge. This represents a great way of learning with people that can guide you throughout every step of your penny stocking journey. You have access to other traders and great mentors, especially Michael Goode (Reaper) who shows great patience with novice traders and always offers useful insight with every question asked.

## Summary

- Learn and deeply assimilate all the contents offered in this course
- Adapt to the evolving market and never stop learning new things
- Find your niche by discovering the trading actions that work best for you and learn from these
- Optimize your trading strategy by understanding your performance and tracking your record
- Define new trading hypotheses based on your performance
- Experiment with new trading approaches and track your results
- Develop your own strategy based on your results
- "Be water, my friend"

Confidential                                                          TS0007806

The Complete Penny Stocking Course                    Advanced Concepts

Questions

Homework

Confidential                                                                    TS0007807

The Complete Penny Stocking Course                Sample Penny Stocking Strategies

# Section IV - Sample Penny Stocking Strategies

Confidential                                                                TS0007808

This section is entirely dedicated to presenting the most popular penny stocking strategies that allow to successfully trade stocks for a profit.

Each of these strategies has been tested time and time again, and proven to work by numerous successful traders. It is the result of many years of experimentation.

Each of these strategies focuses on a different approach to penny stocks and is intended as the very basis for what novice traders should be focusing on when starting out and attempting to generate profits.

It is worth noting that these strategies still need to be complemented with all the knowledge acquired throughout this course and should never be attempted without having performed the proper amount of research on a given security or keeping in mind the various technical and fundamental factors that affect the stock market at any given time.

Confidential

## Chapter IV.1 - Buy Earnings & Contract winners

**Strategy:** Buy Earnings and Contract winners (BECW)
**Difficulty:** Easy (listed stocks)/Medium (OTC)
**Orientation:** Long
**Suitability:** Novice traders

### Introduction

Buying earnings and contract winners is one of the most basic and yet most profitable penny stocking strategies.

This strategy relies on finding stocks that are subjected to catalysts that will strongly impact the price action.

### What to look for

The interesting stocks for this type of play are usually represented by a company that offers a real product and is backed by a proper business model.

The ideal price range per share is usually between $1 and $15.

These types of plays are usually found by following the market reactions on contract win news and earnings; attempting to predict price action without having a strong hypothesis and supporting technical factors will often not yield any profitable results.

StocksToTrade/EquityFeed offers a great way to find these kinds of stock by looking at pre-market/intra-day 4% winners with earnings or news. Figure IV.1.1 shows the results of such a filter that provides a good overview of matching stocks.

You can further filter down your results based on your price range, desired volume, number of trades, etc.

In the case of Earnings, it is worth knowing the company's history and how the market has previously reacted to this type of catalyst. On the other hand, contract winners rely more on the essence of the contract itself and how it will impact the core business of the stock it represents.

Confidential                                                                TS0007810

BECW stocks are usually characterized by a strong increase in volume and price. If the catalyst is announced before the market open, this can result in a morning spike.



Figure IV.1.1 - StocksToTrade - 4% gainers with news, filings and earnings

As was mentioned, be wary of past price action to similar events and also keep in mind the general state of the market, as it may have an impact on the overall performance of the stock in question.

## How it works

In order to play a BCEW type of strategy it is important to know some of the technical factors about the stock. These elements should be of interest:

- 52w high
- 52w low
- Key resistance and support
- Current price vs. resistance and support
- Past behavior on contract wins and earnings

Confidential                                                      TS0007811

Knowing these elements allows the trader to form a sound hypothesis on how the stock could potentially be moving based on the information that is currently available and how it was perceived by the will of the market in the past.

### Entry Signal

A BCEW play is characterized by a significant increase in volume and price following the announcement of the catalyst.

When the price is near a resistance or support line, this is usually indicative that the stock may experience a breakout and the start of a momentum trend. An overnight catalyst announcement, or pre-open for the next session may be a precursor to a morning spike.

In order to profit from BCEW plays it is best to notice the catalyst as close as possible to its announcement and perform a buy order early in the momentum price action.

### Exit Signal

A profitable exit on this type of play will depend on your RMS; based on the stock, its fundamental factors and its price action you may wish to have a pre-set profit target, or wait for signs of price reversal before closing your position.

Your exit will be based on your hypothesis and what how you expect the stock to behave in the short and mid-terms.

More specifically to the BCEW plays, if you expect the price to continue raising, it is usually wise to keep the position open as long as possible. On the other hand, if the stock has a history of a limited upside, or the sector is experiencing a virtual resistance point, it is best to evaluate a maximum upside and exit the position once this threshold has been attained.

Keep in mind resistance lines and the reaction to the catalyst.

### Case Study

For the purpose of getting a good idea on how a BCEW strategy applies we will be looking at a company called Digital Ally Inc., also known as **DGLY**.

Confidential                                                                          TS0007812

Digital Ally Inc. is a great example of the true potential of this type of play and how it is important to understand the marker in order to be able to profit from these types of opportunities.

It is worth noting that plays like DGLY in terms of price action and duration are very rare. They are the "11" on the volume knob, the cherry on the cake, the Best of the best. Plays like this one do not happen very often and should not be considered in any way as the norm for a BCEW strategy play.

### Context

On August 9 2014, Michael Brown was shot and killed by a police office in Ferguson, Missouri. The circumstances surrounding the shooting of this 18 year-old black man resulted in massive protests and civil unrest throughout the US and abroad. This event led to a very heated debate about law enforcement and their relationship with African-Americans.

As a result from the protests, law enforcement agencies were forced to look into measures to increase accountability for the actions of their officers. One of these approaches was the acquisition of specialized wearable video equipment.

Digital Ally Inc. is the manufacturer of specialized video equipment for law enforcement. One such products is the FirstVU HD Body Camera.

On August 14 2014, DGLY releases an 8K Form (Form 8-K for DIGITAL ALLY INC, 2014) for the result of operations that was not included in their 10-Q (see Chapter III.4 for more details on the SEC filings), following a press release on the 13th:

> "Digital Ally, Inc. (NASDAQ: DGLY), which develops, manufactures and markets advanced video surveillance products for law enforcement, homeland security and commercial applications, today announced its operating results for the second quarter and first half of 2014. An investor conference call is scheduled for 11:15 a.m. EDT tomorrow, August 14, 2014 (see details below)." (Digital Ally, Inc. Announces Second Quarter Operating Results, 2014)

On August 20 2014, a press release about increased interest in their products by law enforcement was published.

Confidential                                    TS0007813

The Complete Penny Stocking Course                    Sample Penny Stocking Strategies

> "Digital Ally, Inc. (NASDAQ: DGLY), which develops, manufactures and markets advanced video surveillance products for law enforcement, homeland security and commercial applications, today announced that the number of inquiries that it has received from law enforcement agencies interested in its FirstVU HD Officer-Worn Video System has increased dramatically since the national media began covering the civil unrest in Ferguson, Missouri." (Inquiries Regarding Digital Ally's FirstVU HD Body Camera Increase Dramatically During Past Week in Response to Civil Unrest in Ferguson, Missouri, 2014)

The following week was marked by the release of an 8K filing for an entry into a definitive agreement for a $4M private placement, implying the private acquisition of shares by a private investor. (Form 8-K for DIGITAL ALLY INC, 2014)

On the 28th of August, DGLY announced a contract for $1.1M from the state police of Michigan through a press release:

> "Digital Ally, Inc. (NASDAQ: DGLY) ("the Company"), which develops, manufactures and markets advanced video surveillance products for law enforcement, homeland security and commercial applications, today announced the receipt of an order valued at more than $1.1 million from the State of Michigan." (Digital Ally Receives Order From State Police Of Michigan Valued at More Than $1.1 Million, 2014)

The combination of these events led to 11 trading days of continuous momentum for DGLY, pushing the stock price 10 times its starting value, as we'll cover in the next section.

Confidential

TS0007814

## Price action



*Figure IV.1.2 - Multicharts - DGLY price action contract win*

Figure IV.1.2 shows the price action of DGLY in correspondence with the various events that produced a ten-fold price increase in a relatively short period of time.



*Figure IV.1.3 - Multicharts - DGLY key support and resistance prior to momentum*

Figure IV.1.3 shows 6 months prior to the momentum move for DGLY. Before any of the events described in the previous section, the key support for this stock was

Confidential                                                                    TS0007815

set around $3.00, making it a safe bet to open a long position around this price point with minimal down side.

Conversely, key resistance, based on past behavior could be established around $9 per share.

It is important to notice that DGLY experienced a spike in mid-July but didn't hold its gains.

All this information, coupled with the news provides great indicators of what could be expected from the price action; a strong support at $3 and a potential breakout above $9.



*Figure IV.1.4 - Multicharts - DGLY Intraday 2014-08-14 to 2014-08-20*

Figure IV.1.4 shows a potential entry point, using as reference around $5.17. The figure above shows an increase of volume around 14h58 and the technical breakout at 15h20.

Around market opening, the price increases from $3.72 at open to $4.98 at 10h44, a $1.36 increase; this happens following the press release regarding increased interest from law enforcement for their line of wearable products.

Confidential

TS0007816



*Figure IV.1.5 - Multicharts - DGLY contract announcement on the 28th of August*

Figure IV.1.5 shows the reaction to the announcement of the $1.1M contract given to DGLY by the state of Michigan; notice the gap-up in price from the previous day. This is the result of an early morning announcement and some premarket activity driving the price way above previous close.

Throughout the day, the stock price increased around $2/share, from $13.99 at the session opening to $15.69 at day close. The momentum remained throughout the following days as traders became aware of this stock.



*Figure IV.1.6 - Multicharts - DGLY momentum breakout on contract*

Figure IV.1.6 is the continuation of Figure IV.1.5; as interest gathered around this stock, price spiked to a high of $33.50, almost a $20 price increase from the announcement 2 days before.

250          **Buy Earnings & Contract winners**

## Potential profit for long positions

A stock like DGLY, given the context and the fact that is was supported by a contract, news and financial information was an ideal play for short-term profits while holding for multiple days.

The most defining factor for this stock was the news behind the surge and what created a favorable environment for this stock to thrive.

While plays like DGLY are rare in terms of potential profits, it provides a good overview of what the reaction to a contract win or earnings can offer to traders in terms of profitability.

Confidential

## Chapter IV.2 - Buy Dips

**Strategy:** BD
**Difficulty:** Medium
**Orientation:** Long
**Suitability:** Intermediate traders

### Introduction

Buying Dips builds upon the previous strategy of buying contracts and earnings winners: as the price peaks, shareholders lock profits by selling their shares, thus driving the price down.

This provides a new opportunity to traders to enter a potentially profitable position by understanding that while many shareholders lock their profits, many others look for a renewed opportunity to enter the stock at a price lower than the peak.

This type of situation starts with a peak, then a drop in price, the "dip", followed by a "bounce" which often retraces the dip and sometimes results in a breakout event.

### What to look for

Much like for the BCEW strategy, the BD strategy relies on finding stocks with a reaction to earnings or contract news.

Please refer to the "What to look for" section in Chapter IV.1, as it describes essentially the same requirements that the BCEW strategy has, that are also necessary to the BD strategy.

Additionally, BD plays will be strongly reliant on support and key support lines for the concerned stocks.

### How it works

In order to play a BCEW type of strategy it is important to know some of the technical factors about the stock. These elements should be of interest:

- 52w high
- 52w low

Confidential

- Key support and intraday support
- Current price vs. resistance and support
- Past behavior on contract wins and earnings

Knowing these elements allows the trader to form a sound hypothesis on how the stock could potentially be moving based on the information that is currently available and how it was perceived by the will of the market in the past.

### Entry Signal

Entry on for a DB strategy strongly relies on support and key support lines for a given stock.

While the BCEW will rely on an early knowledge of the catalyst in question, the BD strategy requires watching how the price behaves near the support or key support. In simpler terms, a support line that is not crossed is usually a good signal for entering a BD position, as it strengthens the price line for the stock and prevents a potential breakdown resulting from the lack of interest.

Also, conversely to the BCEW strategy that relies on price action and volume, the BD relies on more fundamental factors that may influence the this price action; in other words, knowing the worth of the news and the company, coupled with the knowledge of a strong support line represents a sound entry signal for BD strategy position.

### Exit Signal

A profitable exit on this type of play will depend on your RMS; based on the stock, its fundamental factors and its price action you may wish to have a pre-set profit target, or wait for signs of price reversal before closing your position.

Your exit will be based on your hypothesis and what how you expect the stock to behave in the short and mid-terms.

More specifically to the BD plays, if you expect the price to continue raising, it is usually wise to keep the position open as long as possible. On the other hand, if the stock has a history of a limited upside, or the sector is experiencing a virtual resistance point, it is best to evaluate a maximum upside and exit the position once this threshold has been attained.

---

**Buy Dips**                                                      253

The Complete Penny Stocking Course          Sample Penny Stocking Strategies

Keep in mind resistance lines and the reaction to the catalyst.

Case Study

*Context*

*Price Action*

*Potential profit for long positions*

**Buy Dips**

Confidential

## Chapter IV.3 - Short overextended stocks

**Strategy:** SOS
**Difficulty:** Medium (listed stocks)/Hard (OTC)
**Orientation:** Short (Chapter III.1)
**Suitability:** Intermediate traders

### Introduction

The shorting overextended stocks strategy focuses on stocks that have had a major increase in price without necessarily having a sound catalyst to back the price hike.

This is usually the result of speculation from traders or simply the fact that traders take a position on a stock that shows volume and price action based uniquely on technical factors.

### What to look for

The SOS strategy is about looking for stocks that show a major increase in price in a short period of time, matching a Supernova (Chapter II.6) type of chart while not having a good reason for experiencing such an overextension of the price.

This type of strategy applies to stocks of any price, ideally with high liquidity (100k+ volume on the day) and volatility.

The stocks that are suitable for an SOS play are usually represented by companies that do not have a proper business in place, not offering a good product or service. This is usually further investigated by looking at the SEC filings (Chapter III.4).

The main indicator for these stocks is the obvious lack of a proper catalyst that could be attributed to a rise in price: no earnings, no contract wins and no news to justify such a move.

Stocks for an SOS play are usually spiking 5%-10% in the early morning, or have been up-trending for a certain number of days, however they do not show any news that would normally create such a reaction.

---

**Short overextended stocks**                                    255

## How it works

In order to play a SOS type of strategy it is important to know some of the technical factors about the stock. These elements should be of interest:

- 52w high
- 52w low
- Key support and intraday support
- Key resistance and intraday resistance
- Current price vs. resistance and support
- Past behavior on the stock
- Recent average price point and chart pattern

Knowing these elements allows the trader to form a sound hypothesis on how the stock could potentially be moving based on the information that is currently available and how it was perceived by the will of the market in the past.

Additionally, digging into the SEC filings to find out the financial health of the company and the actual worth of its products/services will reaffirm the speculation that the stock will eventually crash.

### Entry Signal

Entries for these types of plays are hard to evaluate, as they rely on traders realizing that the stock they are trading is actually representing a worthless. Each of these types of plays will have its own particularity in terms of price action.

SOS plays rely on constantly watching the price action and noticing signs of reversal of the price, which may indicate a potential breakdown. This is based upon intraday-support and resistance.

When the stock is ready to crack and the Level 2 shows a wall of sellers, this can usually be an indicator of a good time to short sell the stock.

Additionally, this type of play may be done by using a Boxing Position strategy (Chapter III.5) in order to ensure balance until the stock price Is ready to crack, which may increase the potential for profit.

Confidential                                                                    TS0007823

### Exit Signal

A profitable exit on this type of play will depend on your RMS; based on the stock, its fundamental factors and its price action you may wish to have a pre-set profit target, or wait for signs of price reversal before closing your position.

Your exit will be based on your hypothesis and what how you expect the stock to behave in the short and mid-terms.

More specifically to the SOS plays, you will need to take into consideration support and key support lines as potential stops for the drop in price.

If the stock has historically been able to be maintained at a support line, there is a great chance that it might fail to drop below that price point, unless there are fundamental factors to support that behavior.

### Case Study

Confidential                                                                  TS0007824

## Chapter IV.4 - Short Bounces

**Strategy:** SB
**Difficulty:** Hard
**Orientation:** Short (Chapter III.1)
**Suitability:** Advanced traders

### Introduction

Shorting bounces is the converse action to buying a dip. A bounce will usually be the result of an overextended stock crashing before experiencing a bounce type of behavior; this is characterized by the definition of a support line at which traders attempt to buy shares at a lower price, potentially considering it a "good deal" for "when" it goes back up.

A SB play is usually applied to stocks that are overextended without a proper catalyst to back up a positive price action as seen in Chapter IV.3.

### What to look for

The search criteria for stocks suitable for an SB play is essentially the same as that covered for the SOS strategy in Chapter IV.3.

Additionally, stocks that fall into this strategy, have already experienced a price drop, a price increase at a support line and might be close to a breakdown reversal at the bounce's peak.

### How it works

In order to play a SB type of strategy it is important to know some of the technical factors about the stock. These elements should be of interest:

- 52w high
- 52w low
- intraday support
- Key resistance and intraday resistance
- Current price vs. resistance and support
- Past behavior of the stock

Confidential                                                                TS0007825

- Recent average price point and chart pattern

Knowing these elements allows the trader to form a sound hypothesis on how the stock could potentially be moving based on the information that is currently available and how it was perceived by the will of the market in the past.

Additionally, digging into the SEC filings to find out the financial health of the company and the actual worth of its products/services will reaffirm the speculation that the stock will eventually crash.

### Entry Signal

Entry for a SB strategy relies on resistance and key resistance levels for the given stock: it is important to watch the stock closely for an up-trending price action that tops, but does not cross resistance lines.

This type of behavior is indicative a potential breakdown after a bounce.

### Exit Signal

A profitable exit on this type of play will depend on your RMS; based on the stock, its fundamental factors and its price action you may wish to have a pre-set profit target, or wait for signs of price reversal before closing your position.

Your exit will be based on your hypothesis and what how you expect the stock to behave in the short and mid-terms.

More specifically to the SB plays, you will need to take into consideration key support lines as potential stops for the drop in price.

If the stock has historically been able to be maintained at a support line, there is a great chance that it might fail to drop below that price point, unless there are fundamental factors to support that behavior.

### Case Study

Confidential

## Chapter IV.5 - Buy Pump & Dumps

**Strategy:** BPD
**Difficulty:** Medium/Hard
**Orientation:** Long
**Suitability:** Intermediate Traders

### Introduction

Pump and dumps are one of the original pillars of profitable trades in penny stocking, and while the rules of the game may have changed over time, Pump and Dumps are still a good way to profit.

A detailed description of Pumps & Dumps can be found in Chapter II.8.

### What to look for

The BPD strategy is entirely based on promoted stocks. The vary basis of this strategy relies on identifying stocks that are being actively promoted by stock promoters.

This implies subscriptions to promoter's lists and being able to differentiate promoters with a good performance record when it comes to driving a stock price up from those who do a poor job at getting their subscribers to buy their stocks.

### How it works

The BPD strategy has its basis in recognizing good promoters and knowing when a promotion is going to start.

Promoters are known to tease traders with upcoming promotions, this allows the promoters to hype the stock before it is even announced.

#### Entry Signal

A BPD strategy requires a trader to enter a long position early in the pump, this usually implies buying the stock of a reputable stock promoter as soon as the stock promotion announces the security to trade.

Confidential                                                                 TS0007827

Since most P&D are OTC stocks, entry timing is an important factor, which is why it is necessary to enter such a position early; when the price starts gaining momentum, a good entry may no longer be a possibility, as is explained in Chapter III.3.

### Exit Signal

A profitable exit on this type of play will depend on your RMS; based on the stock, its fundamental factors and its price action you may wish to have a pre-set profit target, or wait for signs of price reversal before closing your position.

Your exit will be based on your hypothesis and what how you expect the stock to behave in the short and mid-terms.

More specifically to the BPD plays, you will need to take into consideration price action, volume and L2 information.

When a stock starts showing sign of slowing down or signs of reversal, it is important to properly time your exit in order to avoid being caught in the downside momentum.

Additionally, it is best avoided to remain for long periods of time (more than a day or 2) in a P&D long position, as, given the untrustworthy nature of P&D stocks, the given stock may be halted.

### Case Study

For the purpose of this case study we will take a look at a stock promotion for Telupay International Inc., also known as TLPY.

### Context

On February 18 2015, Stocktips teased its subscribers about an upcoming pick; Stocktips is a well-known promoter that performs relatively well whenever its promotions are running.

Figure IV.5.1 shows a screenshot of the teaser email sent by Stocktips to create hype about its upcoming pick.

Confidential

TS0007828



You've got **mail** from stocktips

Today's **Exclusive Stock Alert**

Hi Boys and Girls!

OK - this is really getting interesting... I mean really **REALLY** interesting!

I Know I told you in my last email I expect this to be big - **WELL SO FAR IT APPEARS TO BE THE BIGGEST PICK TO DATE!**

You know my reputuation precedes me - I have brought you picks that have gained **100 percent, 200 percent and even over 1,000 percent**... It looks like this newest pick could dwarf anything - **AND I MEAN ANYTHING** - to date!

So yes, this could be my **BIGGEST MONSTER PICK** to date...

I am just going through a few more docs now and once I am done - it will be off to the races...

*SO BE READY!*

Please be on the look out for my email, as **BIGGEST MONSTER PICK** could be released any time now.

Again - watch your inbox like a hawk - as I don't want you to miss this one...

This is going to be **BIG**!

*Lets kick off 2015 with a BANG!*

Happy Trading,

Mike Statler

**Mike**
Co-Editor, Stock Tips

*Figure IV.5.1 - Email excerpt - Stocktips teaser*

Following that announcement, Stocktips sent out another teaser on the 5th of March, as depicted in Figure IV.5.2:



*Figure IV.5.2 - Stocktips teaser 2*

Finally, on the 6th of March, Stocktips announced its pick as shown in Figure IV.5.3:

---

**Buy Pump & Dumps**                                                    263



Figure IV.5.3 - Stocktips announcement for TPLY

The price action following this announcement will be discussed in the following section. Stocktips, being a well-known promoter, has proven over the years to be a good promoter when pumping their stocks; this translates in supernova-like chart patterns.

Stocktips then sent daily emails reinforcing the promotion attempting to drive the stock price even higher from March 6th to March 9th; no more emails on this security where received after this date.

Confidential                                                                 TS0007831

## Price Action

Following the announcement of the Stocktips pick, TPLY experienced a rapid increase in price, from $0.12 to $0.22; this was then met by a small dip to $0.19, bouncing back to $0.27 on the second day before starting to fade.



*Figure IV.5.4 - TPLY days 1 and 2 of the P&D*

Figure IV.5.4 shows the start of the pump on March 6 2015 at open; a strong increase in volume can be noticed mid-day on the first day as the mails start being noticed by subscribers.

Day 2 is marked by an additional spike before finally starting to fade. The mailer promotion officially ran from March 6th to March 9th, achieving a 130% price increase.



*Figure IV.5.5 - TPLY daily chart*

**Buy Pump & Dumps**         265

Confidential         TS0007832

Figure IV.5.5 shows the daily chart for TPLY, showing the initial spike on March 6th, the second high on March 7th and finally fading from that point on.

It is worth noting in the figure above that the price dropped below the promotion's starting point by the time the promoter stopped promoting the stock.

### *Potential profit for long positions*

BPD plays are plays that require experience and very good timing skill; moreover, they rely on proper knowledge of the capacity of a promoter to push a stock price up. Very few promoters are able to show this kind of performance when pumping a stock.

Taking this into consideration, BPD plays can be very profitable by knowing that a reputable promoter is able to drive a stock 100%+; more importantly, these are easy profits if properly prepared and when played well, since these types of plays are fast moving and extremely predictable.

Confidential                                                                                  TS0007833

# Chapter IV.6 - Short Pump & Dumps

**Strategy:** SPD
**Difficulty:** Medium/Hard
**Orientation:** Short (Chapter III.1)
**Suitability:** Intermediate/Advanced traders

## Introduction

Shorting Pump & Dumps truly is the heart of the original Penny stocking strategy. Even though the availability of good promoters has died down over the years, there are still some promotions that are worth the time and can offer some very profitable opportunities.

SPD plays is the other side of the BPD strategy, instead of betting odds on the upside which can potentially reach new heights with every promotional email, the downside is ensured after a certain period of time.

## What to look for

The research parameters for the SPD play is exactly the same as the BPD strategy described in Chapter IV.5. A Pump and Dump stock can be profitable in both the upside and downside if played properly.

## How it works

Being on the short side of a P&D does require experience and timing, more importantly, it may require the use of the Position Boxing technique, as described in Chapter III.5.

The reason for this, as described in both Chapters III.1 and III.5, is that availability of shares to short for these types of shares is often scarce and may require a trader to enter a position much sooner than the readiness of the price to crack and dive.

### Entry Signal

Entering a short position for an SPD strategy takes into consideration price reversal after the stock price has been overextended for a certain period of time. A price

Confidential                                                                          TS0007834

reversal is often followed by the "dump" phase of the promotion, which results in a significant drop in price.

Keep in mind that the promoters may continue pumping the stock following a price reversal and the seeming start of a "dump".

### Exit Signal

The beauty of a P&D is the fact that, considering the shady type of company represented by the stock at hand, the price has little to no chance of recovery. This means in essence that a position in an SPD strategy stock can potentially be ridden all the way to the bottom.

Of course, as for every position taken, your RMS applies and you must respect your absolute stop rules; that being said, once a promotion is over, this is often not necessary.

## Case Study

For the purpose of this case study we will take a look at a promotion pushed by ElitePennyStocks and StockTips Magazine on American Leisure Holdings, Inc., also known as AMLH.

This stock was very heavily promoted, prompting numerous emails per day for a longer-than-usual promotion.

### Context

A couple of weeks prior to the promotion start, ElitePennyStocks announced that it would

### Price action

### Potential profit for short positions

Confidential

TS0007835

The Complete Penny Stocking Course          Sample Penny Stocking Strategies

## Chapter IV.7 - Timothy Sykes' 7-Step Penny Stocking Framework

**Strategy:**
**Difficulty:**
**Orientation:**
**Suitability:**

Introduction

What to look for

How it works

Case Study

**Timothy Sykes' 7-Step Penny Stocking Framework**          269

Confidential
TS0007836

# Appendix I

Confidential                                                          TS0007837

# Bibliography

Commission, S. a. (2005, 04 11). *Division of Market Regulation: Key Points About Regulation SHO*. Retrieved from https://www.sec.gov/spotlight/keyregshoissues.htm

Commission, S. a. (2010, 05 10). Amendments to Regulation SHO . *RIN 3235-AK35*. Retrieved from http://www.sec.gov/rules/final/2010/34-61595.pdf

Commission, S. a. (n.d.). *How to Read a 10-K*. Retrieved from http://www.sec.gov/answers/reada10k.htm

Commission, S. a. (n.d.). *Market Maker*. Retrieved from http://www.sec.gov/answers/mktmaker.htm

Commission, S. a. (n.d.). *Trading Halts and Delays*. Retrieved from http://www.sec.gov/answers/tradinghalt.htm

Covel, M. W. (2009). *The Complete Turtle Trader*. HarperBusiness.

Dumon, M. (n.d.). *Reverse Mergers: The Pros And Cons*. Retrieved from Investopedia: http://www.investopedia.com/articles/stocks/09/introduction-reverse-mergers.asp

Goode, M., & Sykes, T. (2010). How to read SEC Filings. Bullship Press.

Lee, B. (1971, December 9). The Lost Interview. (P. Burton, Interviewer)

Lee, B., & Little, J. (Directors). (2000). *Bruce Lee: A Warrior's Journey* [Motion Picture].

Runup, B. (n.d.). Retrieved from Bio Runup: http://www.biorunup.com

Sykes, T. (2010). PennyStocking. BullShip Press.

Sykes, T. (2011). The New Rules of Pennystocking. BullshipShip Press.

*The Pump Tracker*. (n.d.). Retrieved from http://www.thepumptracker.com/

Confidential                                                          TS0007838