UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

| | |
|---|---|
| SCANZ TECHNOLOGIES, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>JEWMON ENTERPRISES, LLC, et al.,<br><br>   Defendants. | **Case No. 20-cv-22957-RNS** |

**DECLARATION OF ELAD BOTWIN**

**In Support of Supplement to Plaintiff's Motion for Leave to Amend**

## **DECLARATION OF ELAD BOTWIN**

I, Elad Botwin, declare:

1. I am an attorney at law duly licensed to practice in the State of Florida and am an associate of Squire Law Group, P.A., counsel for Plaintiff Scanz Technologies, Inc. in this matter.

2. I have personal knowledge of the following facts and if called to testify I could and would competently testify thereon based upon my personal knowledge.

3. I was present at the June 11, 2021 deposition of Tim Burr ("Mr. Burr"), CEO and founder of Scopic Software, LLC ("Scopic"), providing support for attorney Jeffrey D. Feldman, Esq. in conducting the deposition and marshalling the documents presented or produced by Mr. Burr.

4. I submit this declaration in support of the Supplement to Plaintiff's Motion for Leave to Amend Complaint (DE123) to authenticate the transcript of the deposition of Mr. Burr, given that Plaintiff is not yet in possession of the certified version thereof as the deposition occurred only two days ago.  A true and correct copy of the rough draft of the transcript, which was received on June 11, 2021, is filed herewith as Exhibit A. This transcript is equal to my recollection of the deposition of Mr. Burr and there is no distance between the transcript and my memory of what transpired.

5. Additionally, I make this declaration to apprise this Court of the fact that, during a meet and confer call held on June 12, 2021, in which I participated, Defendants' counsel orally confirmed for the first time that Defendants retained the services of a software developer prior to the execution of the License Agreement and prior to negotiations concerning the License Agreement. On the evening of June 12, 2021, I sent Defendants an email documenting Plaintiff's recollection of the meet and confer. A true and correct copy of this June 12, 2021 email is appended hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 14, 2021

_____
ELAD BOTWIN, ESQ.