# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SCANZ TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JEWMON ENTERPRISES, LLC, et al., <br><br> Defendants. | **Case No. 20-cv-22957-SCOLA/TORRES** |

### PLAINTIFF'S NOTICE OF STRIKING PLAINTIFF'S RESPONSE TO MOTION TO STAY CERTAIN DEADLINES AND TO MODIFY THE SCHEDULING ORDER

Plaintiff Scanz Technologies, Inc. ("Scanz" or "Plaintiff"), by and through the undersigned counsel, hereby respectfully gives notice of striking Docket Entry 140, which was inadvertently filed. Plaintiff will promptly file its response to Motion to Stay.

Dated: June 16, 2021

Respectfully Submitted,

SQUIRE LAW GROUP, P.A.
305 W. Atlantic Ave, Suite 5
Delray Beach, FL 33444
Phone: 888.788.8816
Fax: 786.577.0425
dlage@squirelawgroup.com

By:  */s/Gustavo D. Lage*
 Gustavo D. Lage
 Florida Bar No. 972551

*Attorneys for Plaintiff*
*SCANZ TECHNOLOGIES, INC.*

1

**Certificate of Service**

I hereby certify that on June 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: June 16, 2021 *s/Gustavo D. Lage*
Gustavo D. Lage