**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

-------------------------------------------------------------------- x
                     :

SCANZ TECHNOLOGIES, INC. fka EQUITYFEED    :
CORPORATION, a Canadian (Quebec) Corporation,   :
                     :

          Plaintiff,        :    **Case No. 20-cv-22957**
                     :    **(RNS/EGT)**
    v.                   :

JEWMON ENTERPRISES, LLC, *et al.*,       :

          Defendants.     :
                     :
-------------------------------------------------------------------- x

**<u>DEFENDANTS' *UNOPPOSED* MOTION TO FILE UNDER SEAL</u>**
**<u>UNREDACTED VERSIONS OF ITS MOTION FOR SANCTIONS AND</u>**
**<u>CERTAIN EXHIBITS IN SUPPORT THEREOF</u>**

## UNOPPOSED MOTION

Pursuant to Local Rule 5.4(b), Federal Rule of Civil Procedure Rule 26(c), and the Stipulated Protective Order entered in this case (ECF No. 68), Defendants JewMon Enterprises, LLC, Millionaire Media, LLC, Millionaire Publishing, LLC, StocksToTrade.com Inc., Timothy Sykes, and Zachary Westphal (collectively "Defendants") respectfully move for leave to file under seal unredacted versions of its Motion for Sanctions and Memorandum of Law (the "Motion") and Exhibits 13, 14, 16 and 17 to the Declaration of Steven R. Campbell (the "Campbell Declaration"), filed in support thereof.  All documents contain information Plaintiff has designated as "Confidential," "Highly Confidential" or "Attorneys' Eyes Only" under the Stipulated Protective Order.  In support, Defendants allege:

1. The Motion quotes portions of Mr. Ashot Temouriants' deposition testimony and attaches excerpts of the deposition transcript as Exhibit 13 to the Campbell Declaration. Mr. Temouriants is Plaintiff's Chief Technology Officer. Plaintiff has designated portions of Mr. Temouriants' deposition transcript, including portions quoted and excerpted by Defendants, as "Confidential" and "Attorneys' Eyes Only" under the Stipulated Protective Order.

2. The Motion quotes portions of Mr. Mikhail Seleznev's deposition testimony and attaches excerpts of the deposition transcript as Exhibit 14 to the Campbell Declaration.  Mr. Seleznev is Plaintiff's lead software developer.  Plaintiff has designated the entirety of Mr. Seleznev's deposition transcript as "Confidential" under the Stipulated Protective Order.  Plaintiff has further designated portions of Mr. Seleznev's deposition transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.

The Court has previously approved the filing of Mr. Seleznev's deposition transcript under seal. *See* ECF No. 130.

3. A document produced by Plaintiff bearing Bates-number ST26216 is attached as Exhibit 16 to the Campbell Declaration. Plaintiff has designated this document "Confidential" under the Stipulated Protective Order.

4. A document produced by Plaintiff bearing Bates-numbers ST26817 to ST26819 is attached as Exhibit 17 to the Campbell Declaration. Plaintiff has designated this document "Highly Confidential Computer Code; Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.

5. The Stipulated Protective Order requires parties filing documents containing information marked as "Confidential Information" or "Confidential Attorney Eyes Only Information" to "take the steps necessary to seek Court approval to file under seal, as provided by Local Rule 5.4." (ECF No. 68 at 6.) Parties are allowed to seal or redact documents in court filings when there is a claim of confidentiality. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001); *Romero v. Drummon Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (the public's right of access "may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential") (internal quotation and citation omitted).

6. Out of respect for Plaintiff's confidentiality designations, Defendants seek to file under seal unredacted versions of (1) the Motion and (2) Exhibits 13, 14, 16 and 17 to the Campbell Declaration.

7. Pursuant to Local Rule 5.4(b), Defendants respectfully propose that the Court order for these documents to be sealed for the duration of this case, or until Plaintiff provides a non-confidential designation to all or a portion of the documents at issue.

## CONCLUSION

Wherefore, Defendants respectfully move for an order permitting them to file under seal an unredacted version of its Motion and Exhibits 13, 14, 16 and 17 to the Campbell Declaration filed in support thereof.

## Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that counsel for the Defendants have conferred with Plaintiff's counsel, who confirmed that Plaintiff does not oppose this Motion.

Dated:  June 17, 2021                              Respectfully Submitted,

/s/ *Justin B. Elegant*
Justin B. Elegant
Florida Bar No. 0134597
Sabrina T. Zarco
Florida Bar No. 1025800
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Phone: (305) 755-9500
jelegant@bergersingerman.com
szarco@bergersingerman.com

ALSTON & BIRD LLP
Brett D. Jaffe (admitted *pro hac vice*)
Steven R. Campbell (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016-1387
Phone: 212-210-9400
brett.jaffe@alston.com
steven.campbell@alston.com

David S. Frist (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424
Phone: 404-881-7000
david.frist@alston.com

*Attorneys for Defendants Jewmon Enterprises, LLC,*
*Timothy Sykes, Millionaire Publishing, LLC, and*
*Millionaire Media, LLC*

SQUIRE PATTON BOGGS (US) LLP
Raúl B. Mañón
Florida Bar No. 18847
200 South Biscayne Boulevard, Suite 4700

Miami, FL 33131
Phone: +1 305-577-7000
raul.manon@squirepb.com

Gabriel Colwell (admitted *pro hac vice*)
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Phone: +1 213-689-5126
gabriel.colwell@squirepb.com

Joseph A. Meckes (admitted *pro hac vice*)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Phone: +1 415-954-0201
joseph.meckes@squirepb.com

*Attorneys for Defendants StocksToTrade.com, Inc.
and Zachary Westphal*