UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

------------------------------------------------------------------- x
:
SCANZ TECHNOLOGIES, INC. fka EQUITYFEED :
CORPORATION, a Canadian (Quebec) Corporation, :
:
                Plaintiff, : **Case No. 20-cv-22957**
: **(RNS/EGT)**
   v. :
:
JEWMON ENTERPRISES, LLC, *et al.*, :
:
                Defendants. :
:
------------------------------------------------------------------- x

## DECLARATION OF STEVEN R. CAMPBELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR LEAVE TO AMEND THE COMPLAINT

I, Steven R. Campbell, declare as follows:

1. I am a Partner at Alston & Bird LLP, counsel for Defendants JewMon Enterprises, LLC, Millionaire Media, LLC, Millionaire Publishing, LLC, and Timothy Sykes in the above-captioned matter. I am an attorney licensed to practice law in New York, Georgia, and Tennessee and am admitted *pro hac vice* in the above-captioned matter. This Declaration is made upon personal knowledge and is in support of Defendants' Opposition to Plaintiff's Renewed Motion for Leave to Amend the Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Software License and Services Agreement between EquityFeed Corporation and JewMon Enterprises, LLC, dated April 10, 2013.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Termination Notice between EquityFeed Corporation and JewMon Enterprises, LLC, dated April 2015.

1

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendants JewMon Enterprises, LLC and Millionaire Publishing, LLC's Amended Responses and Objections to Plaintiff's First Set of Interrogatories, dated June 8, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Rule 26(a)(1) Initial Disclosures of Defendants Zachary Westphal, Timothy Bohen, and StocksToTrade.com, Inc., dated November 30, 2020.

6. Attached hereto as **Exhibit 5** is a true and correct copy of e-mail correspondence between Elad Botwin and Steven R. Campbell, dated April 6, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of correspondence from Elad Botwin to Joseph A. Meckes, dated March 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2021                                 /s/ Steven R. Campbell

                                                                      Steven R. Campbell