UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

---

SCANZ TECHNOLOGIES, INC. fka EQUITYFEED CORPORATION, a Canadian (Quebec) Corporation,

    Plaintiff,

  v.

JEWMON ENTERPRISES, LLC, *et al.*,

    Defendants.

---

Case No. 20-cv-22957 (RNS/EGT)

### DECLARATION OF STEVEN R. CAMPBELL IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS

I, Steven R. Campbell, declare as follows:

1. I am a Partner at Alston & Bird LLP, counsel for Defendants JewMon Enterprises, LLC, Millionaire Media, LLC, Millionaire Publishing, LLC, and Timothy Sykes in the above-captioned matter. I am an attorney licensed to practice law in New York, Georgia, and Tennessee and am admitted *pro hac vice* in the above-captioned matter. This Declaration is made upon personal knowledge and is in support of Defendants' Reply Memorandum of Law in Further Support of Their Motion for Sanctions.

2. Attached hereto as **Exhibit 18** is a composite of certain Slack messages produced to Defendants in the above-captioned matter by non-party Josh Andrews on June 22, 2021. Passwords and Mr. Andrews' phone number have been redacted by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2021                                  /s/ Steven R. Campbell
                                                                                   Steven R. Campbell