# EXHIBIT 18

● **Stephan** ☆


**Stephan**  1:25 PM
Sure how's now?


**Josh Andrews**  1:27 PM
Works for me. 602 Redacted


**Josh Andrews**  1:33 PM
MPEG 4 Video ▾

September 14th, 2018 ▾



stockstotrade ad.png ▾



September 17th, 2018 ▾

**Stephan**  4:38 PM
What's your phone number Josh

 **Josh Andrews** 1:33 PM

MPEG 4 Video ▾

**stockstotrade video ad.mp4**
5 MB MPEG 4 Video



stockstotrade ad.png ▾



September 17th, 2018 ▾

**Stephan** 4:38 PM

I'm working on the edits for Nate's first vi

January 16th, 2019

**Stephan** 10:55 AM

> Grittani mentioned EquityFeed in a recent video

Amazing!

**Josh Andrews** 11:04 AM
I wonder if he'd be willing to do anything with EquityFeed. He uses it but I believe he still works with Sykes

**Stephan** 11:43 AM
yeah the few times I've had him on email he's always been responsive. I think he's independent (edited)

Contacting him is definitely worth a shot





Josh Andrews  2:22 PM
https://stockstotrade.com/newyearsale/

December 31st, 2019

● Stephan ☆

we may want to find a way to automate it since it adds more work for them with limited upside

March 26th, 2020 ⌄

**Stephan** 9:04 PM

I got a stockstotrade trial because I need to try their broker integration with etrade

could you login tomorrow?

**Josh Andrews** 9:11 PM

I dont have any test accounts at Etrade

Did you try the Ameritrade account?

 **Josh Andrews** 12:06 PM     August 5th, 2020
Sure. My 3:30 was pushed to tomorrow so I can do almost any time

Anton Kreil tweeted about the suit https://twitter.com/AntonKreil/status/1291003693479809025

https://twitter.com/AntonKreil/status/1290990003628027904

 **Stephan** 12:09 PM
Yeah I saw. He's rather agressive

He must have a personal bone to pick

 **Josh Andrews** 12:10 PM
Yeah he's had issues with Sykes before

but he's well known

 **Stephan** 12:10 PM
Could be good to reach out to him as a partner?

 **Josh Andrews** 12:11 PM
Yeah for sure. The timing is good

idk if it aligns with his trading style, but worth checking

 **Stephan** 12:13 PM
He's going at sykes like a spider monkey

 **Josh Andrews** 12:16 PM
Not the first time....

https://twitter.com/AntonKreil/status/1017461565178576896
https://twitter.com/antonkreil/status/1017432090059526144?lang=en
https://twitter.com/antonkreil/status/1041991225601974273?lang=en
https://twitter.com/antonkreil/status/1122218432139653120?lang=en
https://twitter.com/antonkreil/status/1017422748400750599?lang=en
https://twitter.com/antonkreil/status/1108619729868980225?lang=en
https://twitter.com/antonkreil/status/1017450978008694784?lang=en
https://twitter.com/antonkreil/status/1017416052915879936?lang=en
https://twitter.com/antonkreil/status/1041997305455337473

**Sunday, January 10th**



**Stephan** 11:51 AM
Sykes and STT have failed to have the case dismissed. The judge rejected their motion to dismiss. The case continues on to trial

**Monday, January 11th**

**Josh Andrews** 11:02 AM
That's good. Things looking good overall?



**Stephan** 12:55 PM
So far yes. Long fight ahead

● Stephan ☆



Friday, May 7th ⌄

**Josh Andrews** 9:42 AM
Hey Stephan. No worries. How's everything going with the suit?

And no problem, I can add it.

**Stephan** 10:08 AM
Suit is good so far, just requires an incredible amount of work

● Stephan ☆

Monday, May 17th ⌄


**Stephan**  3:45 PM
Hey you around?

Call my cell if you see this!


**Josh Andrews**  3:47 PM
Ok give me 2 mins


**Stephan**  5:26 PM
EF login: https://www.equityfeed.com/login.jsp


**Stephan**  5:45 PM
Username: lohkay3
Password: Redacted

Watch login: https://www.screencast.com/t/FQGhxyHXyRfG

------------------------------------------------

Install STT for Mac: https://download.stockstotrade.com/repository/mac/StocksToTrade.dmg

Username: protectim612@gmail.com
Password: Redacted

image.png ▾




**Josh Andrews**  5:54 PM
Thanks. Ill test them out tomorrow


**Stephan**  6:08 PM
Thank you. Make it for maximum impact value showing one and then the other for each action including the top menu on EF (Select markets, stock types, etc...). Not time limit


**Josh Andrews**  6:09 PM
Sounds good. Should have something ready tomorrow evening

● Stephan ☆

**Josh Andrews** 3:37 PM
Finally got it

MPEG 4 Video ▾

Tuesday, May 18th ▾



EF3.mp4
43 MB MPEG 4 Video

Was able to get most stuff besides the actual results because they dont work on Filter Builder

let me know if you want any changes/additions

Wednesday, May 19th ▾

**Stephan** 10:09 AM
hey. Just got around to looking at it. It good but could be al little better

If I were to make the video and send you the camtasia file could you the put in all the effects?

**Josh Andrews** 10:10 AM
Yeah

**Stephan** 10:11 AM
Give me a call if you have a sec

**Josh Andrews** 10:19 AM
MPEG 4 Video ▾



EF-S.mp4
2 MB MPEG 4 Video

 **Stephan**

**Stephan** 12:43 PM
I got the goods

Wednesday, May 19th

I broke it up into 5 sequential videos

MPEG 4 Video ▾



Video 1.mp4
2 MB MPEG 4 Video

MPEG 4 Video ▾



Video 2.mp4
7 MB MPEG 4 Video

MPEG 4 Video ▾

Stephan

12:44  MPEG 4 Video

Wednesday, May 19th



MPEG 4 Video



MPEG 4 Video



Can you chop this part off the top on all the STT screens? (edited)

 Stephan ⭐

Wednesday, May 19th ⌄



Also if you can fade out of each section with a 2 second blank black screen between each

 **Josh Andrews** 12:48 PM
Black screen instead of the titles?

 **Stephan** 1:09 PM
Correct no titles

 **Josh Andrews** 1:11 PM
Okay. Ill check everything out in a bit. Should be able to get something prepared by later tonight

 **Stephan** 1:46 PM
 🙌🏼

**Stephan** 2:18 PM
Found a few small corrections i need to make

Too late to resend a video?

 **Josh Andrews** 2:18 PM
Still good. Send it whenever

 **Josh Andrews** 3:32 PM
When do you think it will be ready?

 **Josh Andrews** 3:45 PM
And which videos are you redoing?

● Stephan ☆

**Stephan** 4:10 PM

Wednesday, May 19th ⌄

Hi

Here is Video 2 and a new Video 2b to blend into the end of it

MPEG 4 Video ▾



Video 2.mp4
6 MB MPEG 4 Video

MPEG 4 Video ▾



Video 2b.mp4
2 MB MPEG 4 Video

It's a continuation

Nothing more from me


**Josh Andrews** 4:11 PM
Okay. Ill get started shortly


**Stephan** 4:12 PM
Great. Put EF on the left and STT on the right (edited)


**Josh Andrews** 4:12 PM
Will do

Do you prefer the side by side comparison or switching between platforms?


**Stephan** 4:34 PM
What do you think?

I think side by side with pannning is more effective vissually




**Josh Andrews**  5:59 PM
Exporting now

Wednesday, May 19th ⌄

**Josh Andrews**  6:08 PM
https://www.dropbox.com/s/w6rh8s4hug6gdlw/EF22.mp4?dl=0

Haven't had a chance to watch it in real-time yet - let me know if you catch anything that needs to be changed

stepping away for a bit but I can be back later if anything needs to be changed


**Stephan**  6:10 PM
Theres a problem at 1:04

You didn't capture the screen


**Josh Andrews**  6:12 PM
Okay I fixed it. Let me know if there's anything else. I will export all revisions at the end


**Stephan**  6:18 PM
You're the man


**Stephan**  6:33 PM
I found a couple of parts to cut out. I will give you the timeline ranges


**Josh Andrews**  6:34 PM
Sounds good. Send them whenever they're ready and I'll run another export


**Stephan**  7:21 PM
11:33 - zoom in
11:37 - zoom in
14:27 - zoom in

14:28 - 15:32 - cut out

15:33 - zoom in
16:06 - zoom in

16:51 - 17:32 - cut out

17:32 - zoom in
17:46 - zoom in

18:09 - zoom in (very important to zoom sub menus clearly on both)
18:26 - zoom in

18:43 - zoom in
19:08 - zoom in


**Stephan**  7:30 PM
That's all from me!


**Stephan**  7:54 PM
I'm turning in the deposition is early. Will it be the same the same link.


**Josh Andrews**  7:54 PM
new link. will be on slack


**Stephan**  7:55 PM
Cool thank you


**Josh Andrews**  8:48 PM
https://www.dropbox.com/s/5mum0nh7czvv0op/EF23.mp4?dl=0

Friday, June 4th

 **Josh Andrews** 4:05 PM
https://twitter.com/GetScanz/status/804727938335711232
https://twitter.com/GetScanz/status/699628213073530882
https://twitter.com/GetScanz/status/765186690025660416
https://twitter.com/GetScanz/status/826102937680228352
https://twitter.com/GetScanz/status/826548258105331714
https://twitter.com/GetScanz/status/816684055274156035
https://twitter.com/GetScanz/status/699668008009076736
https://twitter.com/GetScanz/status/804724759493636096
https://twitter.com/GetScanz/status/872083318149349376
https://twitter.com/GetScanz/status/1261289638637027329
https://twitter.com/GetScanz/status/804725699223224320
https://twitter.com/GetScanz/status/765187439715553281
https://twitter.com/GetScanz/status/826105405474484225
https://twitter.com/GetScanz/status/826102124727635970