UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

SCANZ TECHNOLOGIES, INC., fka EQUITYFEED CORPORATION, A Canadian (Quebec) Corporation,

    Plaintiff,

vs.

JEWMON ENTERPRISES, LLC, et al.,

    Defendants.

Case No. 20-cv-22957(RNS/EGT)

**NOTICE OF SETTLEMENT AND JOINT MOTION
TO STAY ALL DEADLINES AND PROCEEDINGS**

Plaintiff Scanz Technologies, Inc. ("Scanz" or "Plaintiff") and Defendants JewMon Enterprises, LLC, Millionaire Media, LLC, Millionaire Publishing, LLC, StocksToTrade.com Inc., Timothy Sykes, and Zachary Westphal (collectively "Defendants"), by and through the undersigned counsel, hereby advise the Court that this action has been settled in principle, and respectfully move for an order to stay all deadlines and proceedings for thirty (30) days, pending the finalization of the settlement agreement documentation.

**STATEMENT OF FACTS**

On July 8, 2021, the parties participated in mediation before mediator Pamela I. Perry, Esq., pursuant to the Court's Order Scheduling Mediation. (D.E. 86). As a result of the mediation, the parties reached an agreement in principle. The parties are working diligently to finalize the confidential settlement agreement as soon as possible and expect to do so within the next few weeks.

**MEMORANDUM OF LAW**

Courts have "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Chrysler Int'l Corp. v. Chemaly,* 280 F.3d 1358, 1360 (11th Cir. 2002) ("At the outset, we stress the broad discretion district courts have in

1

managing their cases."); *Johnson v. Bd. of Regents of Univ. of Georgia,* 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling."). Additionally, "[m]atters pertaining to discovery are committed to the sound discretion of the district court." *Patterson v. United States Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990).

To prevail on a motion to stay, the parties must demonstrate reasonableness and good cause. In the absence of a dispositive motion, courts have granted motions to stay in consideration of the following factors: "(1) whether the litigation is at an early stage; (2) whether a stay will unduly prejudice or tactically disadvantage the non-moving party; (3) whether a stay will simplify the issues in question and streamline the trial; and (4) whether a stay will reduce the burden of litigation on the parties and on the court." *Chico v. Dunbar Armored, Inc.*, 17-cv-22701, 2017 U.S. Dist. LEXIS 166035, at *4-5 (S.D. Fla. Oct. 6, 2017) (citations omitted). "One of the circumstances that have sometimes satisfied the aforementioned factors is the possibility of avoiding unnecessary expenses while the parties engage in mediation or settlement discussions that might conserve the parties' resources and promote judicial economy." *Id.* at *5 (citations omitted).

Here, the parties have reached a mediated settlement agreement, pending final documentation, that will dispose of the entire action. As the parties have already reached a resolution as a result of mediation, a stay of all proceedings and deadlines will avoid unnecessary expenses and promote judicial economy by allowing the parties to focus on finalizing and executing the settlement agreement, as well as filing a voluntary dismissal with prejudice, that will ultimately dispose of the entire action.

### Rule 7.1(a)(3) Certificate

Counsel for Plaintiff and counsel for Defendants have agreed to the filing of this motion as part of the terms the parties agreed to under the confidential settlement agreement reached during mediation on July 8, 2021.

## CONCLUSION

Wherefore, Plaintiff and Defendants respectfully request that the Court stay all deadlines and proceedings in this matter for thirty (30) days, pending the parties' finalizing the settlement agreement.

Date: July 9, 2021

SQUIRE LAW GROUP, P.A.

/s/ *Elad D. Botwin*
Elad D. Botwin
Gustavo D. Lage
Florida Bar No. 972551
Elad D. Botwin
Florida Bar No. 1019163
301 W. Atlantic Avenue, Suite 5
Delray Beach, FL 33444
Phone: (888) 788-8816
Fax: (786) 577-0425
glage@squirelawgroup.com
ebotwin@squirelawgroup.com

*Attorneys for Plaintiff Scanz Technologies, Inc.*

BERGER SINGERMAN LLP

/s/ *Justin B. Elegant*
Justin B. Elegant
Florida Bar No. 0134597
Sabrina T. Zarco
Florida Bar No. 1025800
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Phone: (305) 755-9500
jelegant@bergersingerman.com
szarco@bergersingerman.com

ALSTON & BIRD LLP

Brett D. Jaffe (admitted *pro hac vice*)
Steven R. Campbell (admitted *pro hac vice*)
Reade W. Seligmann (admitted *pro hac vice*)
Gregg A. Fish (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016-1387
Phone: 212-210-9400
brett.jaffe@alston.com
steven.campbell@alston.com
reade.seligmann@alston.com

David S. Frist (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424
Phone: 404-881-7000
david.frist@alston.com

*Attorneys for Defendants Jewmon Enterprises, LLC, Timothy Sykes, Millionaire Publishing, LLC, and Millionaire Media, LLC*

SQUIRE PATTON BOGGS (US) LLP

 /s/ *Raúl B. Mañón*
Raúl B. Mañón
Florida Bar No. 18847
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131
Phone: +1 305-577-7000
raul.manon@squirepb.com

Gabriel Colwell (admitted *pro hac vice*)
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Phone: +1 213-689-5126
gabriel.colwell@squirepb.com

        Joseph A. Meckes (admitted *pro hac vice*)
        275 Battery Street, Suite 2600
        San Francisco, CA 94111
        Phone: +1 415-954-0201
        joseph.meckes@squirepb.com

        *Attorneys for Defendants StocksToTrade.com, Inc. and Zachary Westphal*

## Certificate of Service

I hereby certify that on July 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

        BERGER SINGERMAN LLP

        /s/ *Justin B. Elegant*
        Justin B. Elegant
        Florida Bar No. 0134597
        Sabrina T. Zarco
        Florida Bar No. 1025800
        1450 Brickell Avenue, Suite 1900
        Miami, FL 33131
        Phone: (305) 755-9500
        jelegant@bergersingerman.com
        szarco@bergersingerman.com

        *Attorneys for Defendants Jewmon Enterprises, LLC, Timothy Sykes, Millionaire Publishing, LLC, and Millionaire Media, LLC*