**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

SCANZ TECHNOLOGIES, INC., fka
EQUITYFEED CORPORATION, A Canadian
(Quebec) Corporation,

        Plaintiff,

vs.

JEWMON ENTERPRISES, LLC, et al.,

        Defendants.

Case No. 20-cv-22957(RNS/EGT)

**STIPULATION OF DISMISSAL OF COMPLAINT**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Scanz Technologies, Inc., f/k/a EquityFeed Corporation ("Plaintiff") and Defendants Timothy Sykes, Zachary Westphal, Jewmon Enterprises, LLC, Millionaire Publishing, LLC, Millionaire Media, LLC, and Stockstotrade.com, Inc. (collectively, "Defendants"), and the parties' respective counsel, that Plaintiff's Complaint (D.E. 1) is hereby dismissed as against all Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Date: August 3, 2021

/s/ Elad D. Botwin

**Gustavo D. Lage**
**Florida Bar No. 972551**
**Elad D. Botwin**
**Florida Bar No. 1019163**
**SQUIRE LAW GROUP, P.A.**
**301 W. Atlantic Avenue, Suite 5**
**Delray Beach, FL 33444**
**Phone: (888) 788-8816**
**Fax: (786) 577-0425**
**glage@squirelawgroup.com**
**ebotwin@squirelawgroup.com**

*Attorneys for Plaintiff Scanz Technologies, Inc.*

/s/ Raúl B. Mañón

**Raúl B. Mañón**
**Florida Bar No. 18847**
**SQUIRE PATTION BOGGS (US) LLP**
**200 South Biscayne Boulevard, Suite 4700**
**Miami, FL 33131**
**Phone: +1 305-577-7000**
**raul.manon@squirepb.com**

**Gabriel Colwell (admitted *pro hac vice*)**
**SQUIRE PATTION BOGGS (US) LLP**
**555 South Flower Street, 31st Floor**
**Los Angeles, CA 90071**
**Phone: +1 213-689-5126**
**gabriel.colwell@squirepb.com**

**Joseph A. Meckes (admitted *pro hac vice*)**
**SQUIRE PATTION BOGGS (US) LLP**
**275 Battery Street, Suite 2600**
**San Francisco, CA 94111**
**Phone: +1 415-954-0201**
**joseph.meckes@squirepb.com**

*Attorneys for Defendants StocksToTrade.com, Inc.*
*and Zachary Westphal*

/s/ Justin B. Elegant

**Justin B. Elegant**
**Florida Bar No. 0134597**
**Sabrina T. Zarco**
**Florida Bar No. 1025800**
**BERGER SINGERMAN LLP**
**1450 Brickell Avenue, Suite 1900**
**Miami, FL 33131**
**Phone: (305) 755-9500**
**jelegant@bergersingerman.com**
**szarco@bergersingerman.com**

**Brett D. Jaffe (admitted *pro hac vice*)**
**Steven R. Campbell (admitted *pro hac vice*)**
**Reade W. Seligmann (admitted *pro hac vice*)**
**Gregg A. Fish (admitted *pro hac vice*)**
**ALSTON & BIRD LLP**
**90 Park Avenue**
**New York, New York 10016-1387**
**Phone: 212-210-9400**
**brett.jaffe@alston.com**
**steven.campbell@alston.com**
**reade.seligmann@alston.com**

**David S. Frist (admitted *pro hac vice*)**
**ALSTON & BIRD LLP**
**One Atlantic Center**
**1201 West Peachtree Street**
**Suite 4900**
**Atlanta, GA 30309-3424**
**Phone: 404-881-7000**
**david.frist@alston.com**

*Attorneys for Defendants Jewmon Enterprises,*
*LLC, Timothy Sykes, Millionaire Publishing,*
*LLC, and Millionaire Media, LLC*